B1 (Official Form 1 (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gridway Energy Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**27-2405072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**24 Massachusetts 6A**<br>**Sandwich, Massachusetts**<br><div align=right>ZIP CODE **02563**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Barnstable** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP CODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above).<br><div align=right>ZIP CODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding or against debtor is pending | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.<br>☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>------------------------------------------------------<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b) |

| **Statistical/Administrative Information**<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

01:15308325.1

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | Gridway Energy Holdings, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed:  None | N/A | N/A |
| Location | Case Number: | Date Filed: |
| Where Filed:  None | N/A | N/A |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed; |
|---|---|---|
| See Attachment 1 | Pending | Date hereof |
| District: | Relationship: | Judge: |
| District of Delaware | | Pending |
| | | Pending |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Gridway Energy Holdings, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

X _____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Michael R. Nestor (No. 3526)        Alan M. Noskow
Joseph M. Barry (No. 4221)          Mark A. Salzberg
YOUNG CONAWAY STARGATT        PATTON BOGGS LLP
& TAYLOR, LLP                             2550 M St. NW
Rodney Square                             Washington, DC 20037
1000 N. King Street                       (202) 457-6000
Wilmington, DE 19801
(302) 571-6600
*April 10, 2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Randy Lennan
Title: President, Secretary and Treasurer

Date *April 10, 2014*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ATTACHMENT 1 TO VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

Gridway Energy Holdings, Inc. (27-2405072)

Glacial Energy Holdings (20-2873292)

Glacial Energy, Inc. (27-1421189)

Glacial Energy of New York (20-2870776)

Glacial Energy of New England, Inc. (06-1771724)

Glacial Energy of Maryland, Inc. (02-0777173)

Glacial Energy of California, Inc. (06-1771795)

Glacial Energy of Illinois, Inc. (06-1771796)

Glacial Energy of New Jersey, Inc. (20-2928671)

Glacial Energy of Pennsylvania, Inc. (26-4509762)

Glacial Energy of Texas (20-2891517)

Glacial Energy of Washington DC, Inc. (42-1705548)

Glacial Energy of Ohio, Inc. (26-0730103)

Glacial Energy of Michigan, Inc. (72-1617110)

Glacial Natural Gas, Inc. (27-1420165)

Negawatt Business Solutions (45-4706299)

Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.) (27-3657086)

Ziphany, L.L.C. (16-1597934)

Glacial Energy VI, LLC (66-0721142)

OMNIBUS RESOLUTIONS

ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF MANAGERS
AND THE BOARDS OF DIRECTORS

April _10_ , 2014

The undersigned, each being the sole member of the boards of directors (the "**Directors**") of the entities listed on _Schedule I_ attached hereto, and the manager (the "**Manager**", together with the Directors, the "**Boards**") of the entity listed on _Schedule II_ attached hereto (the entities listed on _Schedule I_ and _Schedule II_ are collectively referred to herein as the "**Companies**" and individually as a "**Company**"), hereby adopt the following resolutions by written consent. This written consent may be executed in more than one counterpart, by PDF or facsimile, each of which shall be an original and all of which together shall be one and the same instrument.

*Resignation and Election of Officers*

WHEREAS, the officers of each of the Companies have resigned or been terminated as officers of each of the Companies;

WHEREAS, the Boards believe that it is in the best interest of the Companies to appoint Randy Lennan to serve as the President, Secretary and Treasurer of each of the Companies.

NOW, THEREFORE, BE IT RESOLVED, that Randy Lennan shall serve as President, Secretary and Treasurer of each of the Companies to serve until a successor is chosen and has qualified or until his earlier resignation or removal.

*Authorization to File for Bankruptcy*

WHEREAS, the Companies are insolvent and unable to pay their debts as they mature; and

WHEREAS, the Boards deem it in the best interests of the Companies for the Companies to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

NOW, THEREFORE, BE IT RESOLVED, that the Companies be, and hereby are authorized to file with the United States Bankruptcy Court (the "**Bankruptcy Court**"), a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and to perform any and all such acts as the Boards deems to be reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing.

FURTHER RESOLVED, that the Boards and the officers of the Companies are authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Companies, a voluntary petition of the Companies

pursuant to Chapter 11 of the Bankruptcy Code and any and all other documents necessary or appropriate in connection therewith, each in such form or forms as the Boards so acting may approve.

**FURTHER RESOLVED,** that the Boards and the officers of the Companies are authorized and empowered to retain, on behalf of the Companies, bankruptcy counsel in the representation of the Companies as debtor, in any case commenced by it under the Bankruptcy Code and in all matters arising in connection therewith.

### *Consent to Asset Purchase Agreement, Settlement Agreement and Debtor-in-Possession Credit and Guaranty Agreement*

**WHEREAS,** the Boards deem it advisable and in the best interest of the Companies and their equity holders to enter into that certain Asset Purchase Agreement (the "APA") by and among the Glacial VI, LLC, a US Virgin Islands limited liability company ("Glacial VI"), Glacial Energy Holdings, a Nevada corporation ("GEH"), each of the Selling Debtors (as defined in the APA which term includes certain of the Companies, and together with Glacial VI and GEH, the "Sellers"), each of the Non-Selling Debtors (as defined in the APA which term includes certain of the Companies) and Vantage Commodities Financial Services I, LLC, a Delaware limited liability company ("Vantage"), pursuant to which Vantage or its designee shall acquire all of Sellers' right, title and interest in and to the Purchased Assets (as defined in the APA);

**WHEREAS,** the Boards deem it advisable and in the best interest of the Companies and their equity holders to enter into that certain Settlement Agreement (the "Settlement Agreement") by and among GEH and its subsidiaries, including the Companies, identified on the signature pages to the Settlement Agreement, Gary Mole, Glacial VI, EDF Trading North America, LLC, a Texas limited liability company ("EDFT"), and Vantage pursuant to which the parties have (i) agreed to settle various issues between them arising from their pre-petition commercial relationships and (ii) set forth their agreement concerning their commitment to consummate the APA and such other terms agreed to by the parties;

**WHEREAS,** the Boards deem it advisable and in the best interest of the Companies and their equity holders to enter into that certain Senior Secured, Priming and Superpriority Debtor-in-Possession Credit and Guaranty Agreement (the "Credit Agreement") by and among GEH, the guarantors, including the Companies listed on the signature pages of the Credit Agreement, Vantage, and the parties who are or hereafter become parties to the Credit Agreement as Lenders (as defined in the Credit Agreement) and Vantage, as Agent.

**NOW, THEREFORE, BE IT RESOLVED,** that the form, terms and provisions of the APA, the Settlement Agreement, and the Credit Agreement (collectively, the "Agreements") including all exhibits, schedules and amendments thereto, and the other related documents and agreements contemplated by the Agreements are approved, adopted and are hereby ratified as acts of each Company and the officers of each Company, and each of them hereby is, authorized and empowered in the name and on

behalf of each Company to negotiate and execute the Agreements and such other documents, instruments and agreements contemplated thereby, and all actions of the officers of each Company in negotiating and executing the Agreements are hereby ratified and approved.

**RESOLVED FURTHER,** that the officers of each Company be, and each of them hereby is, authorized and directed, for and on behalf of each Company, to execute and deliver all legal documents, agreements and instruments and perform all obligations required for the consummation of the transactions contemplated by the Agreements (collectively, the "Transaction Documents"). All such Transaction Documents are to be in such form and contain such terms and conditions as such persons executing the same may approve, such approval to be conclusively evidenced by the execution thereof.

**RESOLVED FURTHER,** that if, in anticipation of the authority herein delegated, such authorized signatories have already executed and delivered any of the documents required for the consummation of the Transaction Documents, such actions are hereby ratified, confirmed and approved as the duly authorized acts of each Company; further, that all acts heretofore taken and performed by the officers of each Company, agents and employees of each Company in connection with the Transaction Documents are hereby ratified and confirmed.

### Omnibus Resolutions

**RESOLVED,** that any of the Manager and officers of the Companies be, and hereby are, authorized in the name of and on behalf of the Companies to do and perform or to cause to be done and performed all acts and things as such director or officer shall deem necessary, advisable or appropriate to implement the foregoing resolutions; and to execute and deliver any agreements, certificates, instruments or documents of every character and do and perform or cause to be done and performed any other acts and things as such director of the Companies shall deem necessary, advisable or appropriate to comply with the purposes and intent of the foregoing resolutions.

**RESOLVED FURTHER,** that any and all lawful actions previously or subsequently taken or caused to be taken by or on behalf of the Companies by the Manager and officers of the Companies, which are consistent with and in furtherance of the intent and purposes of the foregoing recitals and resolutions and the consummation of the transactions contemplated thereby, be, and they hereby are, ratified, approved and confirmed in all respects.

The undersigned consent to the foregoing resolutions and direct that this Written Consent be filed with the minutes of the proceedings of the directors of the Companies, and that said resolutions shall have the same effect as if adopted at a meeting at which the undersigned were personally present.

<div align="center">*    *    *    *    *</div>

**IN WITNESS WHEREOF,** the undersigned have hereunto set their hands as of the date first written above.  The Secretary of each Company is hereby directed to file this consent with the records of the meetings of the Boards of the Companies.

**GRIDWAY ENERGY HOLDINGS, INC.**

Gary D. Mole

**GLACIAL ENERGY HOLDINGS**

Gary D. Mole

**GLACIAL ENERGY, INC.**

Gary D. Mole

**GLACIAL ENERGY OF NEW YORK**

Gary D. Mole

**GLACIAL ENERGY OF NEW ENGLAND, INC.**

Gary D. Mole

**GLACIAL ENERGY OF MARYLAND, INC.**

Gary D. Mole

**GLACIAL ENERGY OF CALIFORNIA, INC.**

Gary D. Mole

**GLACIAL ENERGY OF ILLINOIS, INC.**

Gary D. Mole

**GLACIAL ENERGY OF NEW JERSEY, INC.**

Gary D. Mole

**GLACIAL ENERGY OF PENNSYLVANIA, INC.**

Gary D. Mole

**GLACIAL ENERGY OF WASHINGTON DC, INC.**

Gary D. Mole

**GLACIAL ENERGY OF OHIO, INC.**

_____
Gary D. Mole

**GLACIAL ENERGY OF MICHIGAN, INC.**

_____
Gary D. Mole

**GLACIAL NATURAL GAS, INC.**

_____
Gary D. Mole

**NEGAWATT BUSINESS SOLUTIONS**

_____
Gary D. Mole

**NEGAWATT BUSINESS SOLUTIONS, INC. (F/K/A GRIDWAY ENERGY PARTNERS, INC.)**

_____
Gary D. Mole

**ZIPHANY, L.L.C.**

_____
Gary D. Mole

## Schedule I

| Entity | Directors | Applicable Law | Governing Document |
|---|---|---|---|
| Gridway Energy Holdings, Inc. | Gary D. Mole | Title 8, Ch. 1 of the General Corporation Law of the State of Delaware | Bylaws |
| Glacial Energy Holdings | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of New York | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of New England, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of Maryland, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of California, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of Illinois, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of New Jersey, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of Pennsylvania, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of Washington DC, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Energy of Ohio, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |

| | | | |
|---|---|---|---|
| Glacial Energy of Michigan, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Glacial Natural Gas, Inc. | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Negawatt Business Solutions | Gary D. Mole | Title 7, Ch. 78 of the Nevada Revised Statutes | Bylaws |
| Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) | Gary D. Mole | Chapter 302A of the Minnesota Statutes | Bylaws |

## Schedule II

| | | | |
|---|---|---|---|
| Ziphany, L.L.C. | Gary D. Mole | Article 4 of the New York Limited Liability Company Law | Operating Agreement |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re*                                                       :          Chapter 11
                                                             :
GRIDWAY ENERGY HOLDINGS, INC., *et al.,*                       :
                                                             :          Case No. 14-_____
                Debtors.[1]                                   :
                                                             :          Joint Administration Requested
---------------------------------------------------------------:
                                                             x

## CERTIFICATION OF DEBTORS' CONSOLIDATED LIST OF CREDITORS

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a consolidated list of creditors (the "**List of Creditors**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") is filed by attachment hereto.

The List of Creditors has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, a duly authorized officer of the Debtors, hereby certifies that the List of Creditors contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. To the extent practicable, the List of Creditors complies with Local Rule 1007-1(a).

The information contained in the List of Creditors is based on a review of the Debtors' books and records. However, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof and therefore may not be creditors of the Debtors for purposes of these chapter 11 cases. This listing therefore does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

01:15308854.2

that may be asserted against the Debtors, or (ii) an acknowledgement of the validity or amount
of any claims that may be asserted against the Debtors.

Dated: April 10, 2014

By: _____

Randy Lennan
Chief Executive Officer of Glacial Energy VI,
LLC and President, Secretary and Treasurer of
the other Debtors

01:15308854.2

2

Form B4 (Official Form 4) - (12/07)

**Gridway Energy Holdings, Inc.**
_____
Debtor                                                    Case No. (If known)
_____

## Form 4.  CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

The following is a list of the debtor's creditors holding the 20 largest unsecured claims on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the petition date.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  This list is consolidated for all of the Debtors, but does not mean that all of the Debtors have joint or several liability.  This list reflects amounts as of April 8, 2014.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | NEW YORK CITY DEPT. OF FINANCE BLDG. 9, W A HARRIMAN CAMPUS ALBANY, NY 12227-0171 | NEW YORK CITY DEPT. OF FINANCE BLDG. 9, W A HARRIMAN CAMPUS ALBANY, NY 12227-0171 TEL: 518-457-2244 FAX: 518-485-6171 | TAXES | X | X | X | $5,798,935.00 |
| 2 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 13528, CAPITOL STATION AUSTIN, TX 78711-3528 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 13528, CAPITOL STATION AUSTIN, TX 78711-3528 TEL: 800-252-5555 FAX: 512-475-0223 | TAXES | X | X | X | $1,817,650.00 |
| 3 | STATE OF RHODE ISLAND DIVISION OF TAXATION ONE CAPITOL HILL PROVIDENCE, RI 02908 | STATE OF RHODE ISLAND DIVISION OF TAXATION ONE CAPITOL HILL PROVIDENCE, RI 02908 TEL: 401-574-8962 FAX: 401- 574-8913 | TAXES | X | X | X | $1,217,782.00 |
| 4 | GEORGE ESPOSITO, A/K/A BENJAMIN ESPOSITO KELLERHALS FERGUSON KROBLIN PLLC 9100 PORT OF SALE MALL, SUITE 15 ST. THOMAS VI 00802 | GEORGE ESPOSITO, A/K/A BENJAMIN ESPOSITO ATTN: CHRISTOPHER A. KROBLIN KELLERHALS FERGUSON KROBLIN PLLC 9100 PORT OF SALE MALL, SUITE 15 ST. THOMAS VI 00802 TEL: 340-779-2564 FAX: 888-316-9269 | LITIGATION | X | X | X | $576,023.00 |
| 5 | LIMOLINK 701 TAMA STREET BUILDING A MARION, IA 52302-4806 | LIMOLINK ATTN: ACCOUNTING DEPT 701 TAMA STREET BUILDING A MARION, IA 52302-4806 TEL: 877-798-6328 FAX: 319-247-5942 | TRADE PAYABLE | | | | $49,202.75 |

Form B4 (Official Form 4) - (12/07)

Gridway Energy Holdings, Inc.

| Debtor | Case No. (If known) |
|---|---|

## Form 4. CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 6  COMPTROLLER OF MARYLAND 80 CALVERT STREET PO BOX 466 ANNAPOLIS, MD 21404-0466 | COMPTROLLER OF MARYLAND ATTN: PETER FRANCOT, CONTROLLER 80 CALVERT STREET PO BOX 466 ANNAPOLIS, MD 21404-0466 TEL: 800-638-2937 FAX: 410-974-3808 | TAXES | X | X | X | $44,000.00 |
| 7  LUTECH RESOURCES, INC. 2103 RESEARCH FOREST DRIVE THE WOODLANDS, TX 77380 | LUTECH RESOURCES, INC. 2103 RESEARCH FOREST DRIVE THE WOODLANDS, TX 77380 TEL: 713-375-8333 FAX: 713-375-8085 | TRADE PAYABLE | | | | $30,002.25 |
| 8  HAEMIN HONG 6460 CONVOY CT #287 SAN DIEGO, CA 92117 | HAEMIN HONG 6460 CONVOY CT #287 SAN DIEGO, CA 92117 | TRADE PAYABLE | | | | $12,200.00 |
| 9  ROSE BUSINESS SOLUTIONS, INC. 11512 EL CAMINO REAL, SUITE 310 SAN DIEGO, CA 92130 | ROSE BUSINESS SOLUTIONS, INC. 11512 EL CAMINO REAL, SUITE 310 SAN DIEGO, CA 92130 TEL: 858-794-9401 FAX: 858-794-9404 | TRADE PAYABLE | | | | $9,753.00 |
| 10  RYAN NICHOLS 1000 BLACKBEARDS HILL 8E ST. THOMAS, VI 00802 | RYAN NICHOLS 1000 BLACKBEARDS HILL 8E ST. THOMAS, VI 00802 | TRADE PAYABLE | | | | $9,750.00 |
| 11  DATA EXCHANGE, INC 7666 E 61 STREET STE 240 TULSA, OK 74133 | DATA EXCHANGE, INC 7666 E 61 STREET STE 240 TULSA, OK 74133 TEL: 888-458-4878 | TRADE PAYABLE | | | | $7,348.00 |
| 12  DANIEL M. MAISLER DBA LETTERSMITHS, LLC 235 MONTGOMERY ST SUITE 870 SAN FRANCISCO, CA 94104 | DANIEL M. MAISLER DBA LETTERSMITHS, LLC 235 MONTGOMERY ST SUITE 870 SAN FRANCISCO, CA 94104 TEL: 415-602-8644 | TRADE PAYABLE | | | | $7,200.00 |

Form B4 (Official Form 4) - (12/07)

Gridway Energy Holdings, Inc.
_____
Debtor                                                    Case No. (If known)

### Form 4. CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
#### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 13 M5 SOFTWARE SOLUTIONS, LLC<br>179 REESE ST.<br>MONTGOMERY, TX 77316 | M5 SOFTWARE SOLUTIONS, LLC<br>179 REESE ST.<br>MONTGOMERY, TX 77316 | TRADE PAYABLE | | | | $4,322.50 |
| 14 NIELIN COMMUNICATIONS<br>PO BOX 302996<br>ST. THOMAS, VI 00803 | NIELIN COMMUNICATIONS<br>ATTN: NIEL VANTERPOOL<br>PO BOX 302996<br>ST. THOMAS, VI 00803<br>TEL: 340-626-1143<br>FAX: 509-696-8531 | TRADE PAYABLE | | | | $4,147.50 |
| 15 LIZBETH MCCORMICK<br>428 KNOLLBROOK<br>LANGHORNE, PA 19047 | LIZBETH MCCORMICK<br>428 KNOLLBROOK<br>LANGHORNE, PA 19047<br>TEL: 215- 815-8156 | COMMISION | | | | $3,742.95 |
| 16 24 6A, LLC<br>5 WEBSTER AVE<br>SANDWICH, MA 02563 | 24 6A, LLC<br>5 WEBSTER AVE<br>SANDWICH, MA 02563 | TRADE PAYABLE | | | | $3,645.75 |
| 17 LATTIMORE BLACK MORGAN & CAIN, PC<br>PO BOX 1869<br>BRENTWOOD, TN 37024-1869 | LATTIMORE BLACK MORGAN & CAIN, PC<br>PO BOX 1869<br>BRENTWOOD, TN 37024-1869<br>TEL: (615) 377-4600<br>FAX: 615- 309-2500 | TRADE PAYABLE | | | | $3,517.50 |
| 18 EQUIFAX INFO SVCS PUERTO RICO<br>PO BOX 105835<br>ATLANTA, GA 30348 | EQUIFAX INFO SVCS PUERTO RICO<br>PO BOX 105835<br>ATLANTA, GA 30348<br>TEL: 404-885-8000<br>FAX: 787- 751-0291 | TRADE PAYABLE | | | | $3,012.84 |
| 19 WEB ICE<br>PO BOX 933269<br>ATLANTA, GA 31193 | WEB ICE<br>ATTN: SHARON MAJOR<br>PO BOX 933269<br>ATLANTA, GA 31193<br>TEL: 770-857-2525 | TRADE PAYABLE | | | | $2,400.00 |

Form B4 (Official Form 4) -  (12/07)

**Gridway Energy Holdings, Inc.**

Debtor                                                                                      Case No. (If known)

### Form 4.   CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 20  CONN DAVIS<br>PO BOX 7997<br>ST. THOMAS, VI 00801 | CONN DAVIS<br>PO BOX 7997<br>ST. THOMAS, VI 00801 | DIVIDENDS | | | | $2,350.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

*In re*                                               :

                                                      :    Chapter 11

GRIDWAY ENERGY HOLDINGS, INC., *et al.,*               :

                                                      :    Case No. 14-_____

        Debtors.[1]                                    :

                                                      :    Joint Administration Requested

-------------------------------------------------------------:

                                                      x

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Gridway Energy Holdings, Inc., named as a

debtor in these cases, declare under penalty of perjury that I have reviewed the Consolidated List

of Creditors Holding 20 Largest Unsecured Claims, submitted herewith, and that it is true and

correct to the best of my information and belief.

Dated: April 10, 2014                    GRIDWAY ENERGY HOLDINGS, INC.

                                         By: _____

                                             Randy Lennan
                                             President, Secretary and Treasurer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

*In re*                                       :

                                              :        **Chapter 11**

**GRIDWAY ENERGY HOLDINGS, INC.,** *et*       :
*al.,*                                        :        **Case No. 14-_____ (   )**

                                              :

              **Debtors.**[1]                 :        **Joint Administration Requested**

                                              x

-------------------------------------------------------------

## CORPORATE OWNERSHIP STATEMENT

Debtors Gridway Energy Holdings, Inc.; Glacial Energy Holdings; Glacial Energy, Inc.; Glacial Energy of New York; Glacial Energy of New England, Inc.; Glacial Energy of Maryland, Inc.; Glacial Energy of California, Inc.; Glacial Energy of Illinois, Inc.; Glacial Energy of New Jersey, Inc.; Glacial Energy of Pennsylvania, Inc.; Glacial Energy of Texas; Glacial Energy of Washington DC, Inc.; Glacial Energy of Ohio, Inc.; Glacial Energy of Michigan, Inc.; Glacial Natural Gas, Inc.; Negawatt Business Solutions; Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.); Ziphany, L.L.C.; and Glacial Energy VI, LLC (collectively, the "Debtors") submit this Corporate Ownership Statement ("Statement") in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1), and include, for the sake of completeness, information concerning Debtor ownership of and by both incorporated and unincorporated Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

4852-0816-5658.4.

1.      Glacial Energy Holdings is owned by the following entities as indicated:  Hasbro Management LLC 11%, Photon Management LLC 9%, and Gary Mole 80%.

2.      The following Debtors are wholly owned subsidiaries of Glacial Energy Holdings:

   a.  Gridway Energy Holdings, Inc.

   b.  Glacial Energy, Inc.

   c.  Glacial Energy of New England, Inc.

   d.  Glacial Energy of Maryland, Inc.

   e.  Glacial Energy of California, Inc.

   f.  Glacial Energy of Illinois, Inc.

   g.  Glacial Energy of New Jersey, Inc.

   h.  Glacial Energy of Pennsylvania, Inc.

   i.  Glacial Energy of Washington DC, Inc.

   j.  Glacial Energy of Ohio, Inc.

   k.  Glacial Energy of Michigan, Inc.

   l.  Glacial Natural Gas, Inc.

   m.  Glacial Energy of Texas

   n.  Glacial Energy of New York

   o.  Negawatt Business Solutions

3.      The following Debtors are wholly owned subsidiaries of Gridway Energy Holdings, Inc.:

   a.  Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.)

   b.  Ziphany, L.L.C.

4852-0816-5658.4.

4.      Glacial Energy VI, LLC is owned by the following entities as indicated: Gary Mole 70.75%; Hasbro Management, LLC 13.75%; Photon Management, LLC 11.25%; and the remainder by certain senior level executives.

Dated: April 10, 2014

By:    _____
       Randy Lennan
       Chief Executive Officer of Glacial Energy VI,
       LLC and President, Secretary and Treasurer of
       the other Debtors

3

4852-0816-5658.4.