IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GRIDWAY ENERGY HOLDINGS, INC.,                        :
                                                      :   Case No. 14-_____
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GLACIAL ENERGY HOLDINGS,                              :
                                                      :   Case No. 14-_____
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GLACIAL ENERGY, INC.,                                 :
                                                      :   Case No. 14-_____
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GLACIAL ENERGY OF NEW YORK,                           :
                                                      :   Case No. 14-_____
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GLACIAL ENERGY OF NEW ENGLAND,                        :
INC.,                                                 :   Case No. 14-_____
                                                      :
        Debtor.                                       :
------------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
GLACIAL ENERGY OF MARYLAND, INC.,               :
                                                :    Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
GLACIAL ENERGY OF CALIFORNIA, INC.,             :
                                                :    Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
GLACIAL ENERGY OF ILLINOIS, INC.,               :
                                                :    Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
GLACIAL ENERGY OF NEW JERSEY, INC.,             :
                                                :    Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
GLACIAL ENERGY OF PENNSYLVANIA,                 :
INC.,                                           :
                                                :    Case No. 14-_____
        Debtor.                                 :
------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :  Chapter 11
GLACIAL ENERGY OF TEXAS,                        :
                                                :  Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :  Chapter 11
GLACIAL ENERGY OF WASHINGTON DC,                :
INC.,                                           :  Case No. 14-_____
                                                :
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :  Chapter 11
GLACIAL ENERGY OF OHIO, INC.,                   :
                                                :  Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :  Chapter 11
GLACIAL ENERGY OF MICHIGAN, INC.,               :
                                                :  Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :  Chapter 11
GLACIAL NATURAL GAS, INC.,                      :
                                                :  Case No. 14-_____
        Debtor.                                 :
                                                :
------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
NEGAWATT BUSINESS SOLUTIONS, INC.                    :
(f/k/a GRIDWAY ENERGY PARTNERS, INC.),               :   Case No. 14-_____
                                                     :
        Debtor.                                      :
                                                     :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
NEGAWATT BUSINESS SOLUTIONS,                         :
                                                     :   Case No. 14-_____
        Debtor.                                      :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
ZIPHANY, L.L.C.,                                     :
                                                     :   Case No. 14-_____
        Debtor.                                      :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
GLACIAL ENERGY VI, LLC,                              :
                                                     :   Case No. 14-_____
        Debtor.                                      :
                                                     :
-----------------------------------------------------x
```

**DEBTORS' MOTION FOR ORDER, PURSUANT TO
BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1,
<u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>**

Gridway Energy Holdings, Inc. ("**Gridway**" or the "**Company**") and its title 11 subsidiaries and affiliates, as chapter 11 debtors and debtors in possession (collectively with Gridway, the "**Debtors**"), submit this motion (the "**Motion**") for an order directing the joint

4

administration of the Debtors' chapter 11 cases, for procedural purposes only, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the District of Delaware (the "**Local Rules**"). In support of this Motion, the Debtors respectfully represent:

## Background

1. On the date hereof (the "**Commencement Date**"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession as authorized by Bankruptcy Code sections 1107(a) and 1108.

2. Information regarding the Debtors' history and business operations, their capital structure and primary secured indebtedness, and the events leading up to the commencement of these chapter 11 cases (the "**Chapter 11 Cases**") can be found in the *Declaration of Randy Lennan in Support of Chapter 11 Petitions and First Day Motions and Applications* (the "**First Day Declaration**"), which is incorporated herein by reference.[1]

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

4. By this Motion, the Debtors seek an order, substantially in the form attached hereto as Exhibit A, directing the joint administration of their cases for procedural purposes only.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the First Day Declaration.

5. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" as such term is defined under Bankruptcy Code section 101(2). Accordingly, this Court is authorized to grant the requested relief.

6. In addition, Local Rule 1015-1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

7. There are 19 (nineteen) affiliated Debtors filing chapter 11 petitions. Joint administration will avoid the preparation, service, and filing, as applicable, of duplicative notices, pleadings, and orders in each individual Debtor's case, thereby saving the Debtors' estates, creditors, and other parties in interest considerable expense, time, and resources.

8. The relief requested will not adversely affect creditors' rights because this Motion requests joint administration for procedural purposes only, and not substantive consolidation of the Debtors' estates. Each creditor must still file its claim against a particular Debtor's estate and creditors and other parties in interest will retain all their claims or rights against the individual Debtor estates as to which they have such claims or rights. The relief requested will also relieve the Court of the burden of entering duplicative orders and maintaining duplicative files and dockets, and streamline supervision of the administrative aspects of these chapter 11 cases by the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and the Clerk of the Court.

9. Accordingly, the Debtors respectfully request that the Court modify the caption of

6

their cases to reflect the joint administration thereof, as follows:

```
------------------------------------------------------------ x
                                                             :
In re                                                        :  Chapter 11
                                                             :
GRIDWAY ENGERY HOLDINGS, INC., et al.,                       :  Case No. 14-_____ (  )
                                                             :
              Debtors.²                                      :  Jointly Administered
                                                             :
------------------------------------------------------------ x
```

10.  The Debtors also request that the Court direct a notation substantially similar to the following be entered on the docket of each of the Debtors' cases to reflect the joint administration thereof:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: Gridway Energy Holdings, Inc.; Glacial Energy Holdings; Glacial Energy, Inc.; Glacial Energy of New York; Glacial Energy of New England, Inc.; Glacial Energy of Maryland, Inc.; Glacial Energy of California, Inc.; Glacial Energy of Illinois, Inc.; Glacial Energy of New Jersey, Inc.; Glacial Energy of Pennsylvania, Inc.; Glacial Energy of Texas; Glacial Energy of Washington DC, Inc.; Glacial Energy of Ohio, Inc.; Glacial Energy of Michigan, Inc.; Glacial Natural Gas, Inc.; Negawatt Business Solutions; Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.); Ziphany, L.L.C.; and Glacial Energy VI, LLC. The docket in **Case No. 14-_____ (  )** should be consulted for all matters affecting this case.

11.  The relief requested herein is routinely granted in other chapter 11 cases in this circuit. *See, e.g., In re School Specialty, Inc.*, No. 13-10125 (KJC) (Bankr. D. Del. Jan. 30, 2013) [Docket No. 77]; *In re Penson Worldwide Inc.*, No. 13-10061 (PJW) (Bankr. D. Del. Jan.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

15, 2013) [Docket No. 30]; *In re THQ Inc.*, No. 12-13398 (MFW) (Bankr. D. Del. Dec. 20, 2012) [Docket No. 32]; *In re Pipeline Data, Inc.*, No. 12-13123 (KJC) (Bankr. D. Del. Nov. 21, 2012) [Docket No. 34]; *In re Southern Air Holdings, Inc.*, No. 12-12690 (CSS) (Bankr. D. Del. Sept. 28, 2012) [Docket No. 40]; *In re Buffets Restaurants Holdings, Inc.*, No. 12-10237 (MFW) (Bankr. D. Del. Jan. 19, 2012) [Docket No. 43]; *In re Trident Microsystems, Inc.*, No. 12-10069 (CSS) (Bankr. D. Del. Jan. 5, 2012) [Docket No. 24]; *In re Filenes Basement, LLC*, No. 11-13511 (KJC) (Bankr. D. Del. Nov. 4, 2011) [Docket No. 68]; *In re Amicus Wind Down Corporation fka Friendly Ice Cream Corporation*, No. 11-13167 (KJG) (Bankr. D. Del. Oct. 6, 2012) [Docket No. 47]; *In re NewPage Corporation*, No. 11-12804 (KJG) (Bankr. D. Del. Sept. 8, 2011) [Docket No. 55]. The Debtors submit that such relief is warranted in these chapter 11 cases.

### Notice

12.     No trustee, examiner, or statutory creditors' committee has been appointed in these chapter 11 cases. Notice of this Motion will be provided by facsimile, electronic mail transmission, overnight delivery and/or hand delivery to the following parties: (i) the Office of the United States Trustee; (ii) the Debtors' twenty (20) largest unsecured creditors on a consolidated basis; (iii) counsel to the Debtors' prepetition secured lender; and (iv) the Internal Revenue Service. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m).

WHEREFORE the Debtors respectfully request an order (i) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (ii) granting the Debtors such other and further relief as the Court deems just and proper.

Dated: April 10, 2014
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joseph M. Barry
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Donald J. Bowman, Jr. (No. 4383)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302.571.6600
Facsimile: 302.571.1253

-and-

Alan M. Noskow (*pro hac vice* pending)
Mark A. Salzberg (*pro hac vice* pending)
PATTON BOGGS LLP
2550 M St. NW
Washington, DC 20037
Telephone: 202.457.6000
Facsimile: 202.457.6315

*Proposed Co-Attorneys for the Debtors and Debtors in Possession*

# EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
GRIDWAY ENERGY HOLDINGS, INC.,                              :
                                                            :  Case No. 14-_____ ( )
    Debtor.                                                  :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
GLACIAL ENERGY HOLDINGS,                                    :
                                                            :  Case No. 14-_____ ( )
    Debtor.                                                  :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
GLACIAL ENERGY, INC.,                                       :
                                                            :  Case No. 14-_____ ( )
    Debtor.                                                  :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
GLACIAL ENERGY OF NEW YORK,                                 :
                                                            :  Case No. 14-_____ ( )
    Debtor.                                                  :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
GLACIAL ENERGY OF NEW ENGLAND,                              :
INC.,                                                       :  Case No. 14-_____ ( )
                                                            :
    Debtor.                                                  :
                                                            :
------------------------------------------------------------x

```
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   Chapter 11
GLACIAL ENERGY OF MARYLAND, INC.,                        :
                                                         :   Case No. 14-_____ (  )
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   Chapter 11
GLACIAL ENERGY OF CALIFORNIA, INC.,                      :
                                                         :   Case No. 14-_____ (  )
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   Chapter 11
GLACIAL ENERGY OF ILLINOIS, INC.,                        :
                                                         :   Case No. 14-_____ (  )
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   Chapter 11
GLACIAL ENERGY OF NEW JERSEY, INC.,                      :
                                                         :   Case No. 14-_____ (  )
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   Chapter 11
GLACIAL ENERGY OF PENNSYLVANIA,                          :
INC.,                                                    :
                                                         :   Case No. 14-_____ (  )
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
```

----------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
GLACIAL ENERGY OF TEXAS,                           :
                                                   :   Case No. 14-_____ (  )
      Debtor.                                    :
                                                   :
----------------------------------------------------------------x
----------------------------------------------------------------x
                                                   :
In re                                              :
                                                   :   Chapter 11
GLACIAL ENERGY OF WASHINGTON DC,                   :
INC.,                                              :   Case No. 14-_____ (  )
                                                   :
      Debtor.                                    :
                                                   :
----------------------------------------------------------------x
----------------------------------------------------------------x
                                                   :
In re                                              :
                                                   :   Chapter 11
GLACIAL ENERGY OF OHIO, INC.,                      :
                                                   :   Case No. 14-_____ (  )
      Debtor.                                    :
                                                   :
----------------------------------------------------------------x
----------------------------------------------------------------x
                                                   :
In re                                              :
                                                   :   Chapter 11
GLACIAL ENERGY OF MICHIGAN, INC.,                  :
                                                   :   Case No. 14-_____ (  )
      Debtor.                                    :
                                                   :
----------------------------------------------------------------x
----------------------------------------------------------------x
                                                   :
In re                                              :
                                                   :   Chapter 11
GLACIAL NATURAL GAS, INC.,                         :
                                                   :   Case No. 14-_____ (  )
      Debtor.                                    :
                                                   :
----------------------------------------------------------------x

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
NEGAWATT BUSINESS SOLUTIONS, INC.                     :
(f/k/a GRIDWAY ENERGY PARTNERS, INC.),                :   Case No. 14-_____ ( )
                                                      :
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
NEGAWATT BUSINESS SOLUTIONS,                          :
                                                      :   Case No. 14-_____ ( )
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
ZIPHANY L.L.C.,                                       :
                                                      :   Case No. 14-_____ ( )
        Debtor.                                       :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :   Chapter 11
GLACIAL ENERGY VI, LLC,                               :
                                                      :   Case No. 14-_____ ( )
        Debtor.                                       :
                                                      :
------------------------------------------------------x
```

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "**Motion**"),[3] of Gridway Energy Holdings, Inc. ("**Gridway**" or the "**Company**") and its title 11 subsidiaries and affiliates, as chapter 11 debtors and debtors in

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

01:15310865.2

4

possession (collectively with Gridway, the "**Debtors**"), for an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully described in the Motion; and the Court having subject matter jurisdiction to consider the Motion and to grant the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee, examiner, or statutory creditors' committee having been appointed in these chapter 11 cases; and due and proper notice of the Motion having been provided as set forth in the Motion, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the *Declaration of Randy Lennan in Support of the Debtor' First Day Motions and Applications*, the record of the Hearing, and all of the proceedings had before the Court; and any objections to the Motion having been withdrawn or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted.

2. The above-captioned chapter 11 cases are consolidated, for procedural purposes only, and shall be administered jointly under Case No. 14-_____ ( ).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          : **Chapter 11**
                                                                 :
**GRIDWAY ENERGY HOLDINGS, INC.,** *et al.,*                     : Case No. 14-_____ (___)
                                                                 :
                  Debtors.[1]                                    : **Jointly Administered**
                                                                 :
---------------------------------------------------------------- x

5. A docket entry shall be made in each of the individual Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: Gridway Energy Holdings, Inc.; Glacial Energy Holdings; Glacial Energy, Inc.; Glacial Energy of New York; Glacial Energy of New England, Inc.; Glacial Energy of Maryland, Inc.; Glacial Energy of California, Inc.; Glacial Energy of Illinois, Inc.; Glacial Energy of New Jersey, Inc.; Glacial Energy of Pennsylvania, Inc.; Glacial Energy of Texas; Glacial Energy of Washington DC, Inc.; Glacial Energy of Ohio, Inc.; Glacial Energy of Michigan, Inc.; Glacial Natural Gas, Inc.; Negawatt Business Solutions; Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.); Ziphany, L.L.C.; and Glacial Energy VI, LLC. The docket in **Case No. 14-_____ ( )** should be consulted for all matters affecting this case;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: _____, 2014
      Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE