**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Gridway Energy Holdings, Inc., *et al*. | : | Case No. 14-10833 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Mark A. Finley**, 6501 Red Hook Plaza, St. Thomas, VI 00802, Phone: 617-888-2200

2. **Joel H. Finley**, 6501 Red Hook Plaza, St. Thomas, VI 00802, Phone: 617-888-2200

3. **Benjamin Esposito**, Ellicott City, MD 21042, Phone: 443-257-0467

4. **Henk Jonkman**, 6, Route Des Basses Masures, 78125 Poigny La Foret, France, Phone: +33788184334

5. **Terry L. Hart**, 33832 Jefferson Ave., Saint Clair Shores, MI 48082, Phone: 586-530-9183


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: April 24, 2014

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joseph M. Barry, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253