## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
                                          :
In re                                     :
                                          :    Chapter 11
GRIDWAY ENERGY HOLDINGS, INC., et al.,    :
                                          :    Case No. 14-10833 (CSS)
            Debtors.¹                     :
                                          :    Jointly Administered
----------------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 6, 2014 AT 1:00 P.M. (ET)

### ADJOURNED MATTERS

1.      Motion for Interim and Final Orders: (I) Authorizing Debtors to Obtain Postpetition
        Financing Pursuant to 11 U.S.C. §§ 105, 362, and 364, (II) Authorizing Debtors to Use
        Cash Collateral, (III) Granting Liens and Superpriority Claims to Postpetition Lenders
        Pursuant to 11 U.S.C. §§ 364 and 507, (IV) Granting Adequate Protection to Prepetition
        LES Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507, (V) Scheduling Final
        Hearing Pursuant to Bankruptcy Rule 4001(c) and Local Bankruptcy Rule 4001-2, and
        (VI) Granting Related Relief [D.I. 9; 4/10/14]

        Related Pleadings:

        a)      Notice of Filing of DIP Credit Agreement [D.I. 27; 4/10/14]

        b)      Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing
                Pursuant to 11 U.S.C. §§ 105, 362, and 364, (II) Authorizing Debtors to
                Use Cash Collateral, (III) Granting Liens and Superpriority Claims to
                Postpetition Lenders Pursuant to 11 U.S.C. §§ 364 and 507, (IV) Granting
                Adequate Protection to Prepetition LES Lenders Pursuant to 11 U.S.C. §§
                361, 362, 363, 364, and 507, and (V) Scheduling Final Hearing Pursuant
                to Bankruptcy Rule 4001(c) and Local Bankruptcy Rule 4001-2 [D.I. 49;

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189);
Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc.
(7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New
Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of
Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial
Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway
Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142).  The location of the
headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802.  The location
of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

4/14/14]

    c)    Notice of Entry of Interim Order and Final Hearing [D.I. 60; 4/14/14]

Objection Deadline:    April 29, 2014 at 4:00 p.m. (ET); Extended to May 8, 2014 at 4:00 p.m. (ET) for the United States Trustee and the Official Committee of Unsecured Creditors.

Objections/Responses Received:

    d)    Informal comments from the United States Trustee

Status:    The Debtors have agreed to adjourn the matter approximately one week to a date and time to be determined by the Court.

2.    Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I)(A) Approving Procedures in Connection with Sale of Debtors' Assets; (B) Approving Form of APA; (C) Scheduling Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II)(A) Authorizing Sale of Such Assets Pursuant to APA, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [D.I. 13; 4/10/14]

Related Pleadings:

    a)    Notice of Hearing [D.I. 55; 4/14/14]

Objection Deadline:    April 29, 2014 at 4:00 p.m. (ET); Extended for State of New Hampshire to May 2, 2014 at 11:00 a.m. (ET); Extended to May 8, 2014 at 4:00 p.m. (ET) for the United States Trustee, the Official Committee of Unsecured Creditors, New Hampshire State Attorney General, and the Texas Public Utility Commission.

Objections/Responses Received:

    b)    Informal comments from the United States Trustee

    c)    Informal comments from New Hampshire State Attorney General

    d)    Informal comments from Texas Public Utility Commission

    e)    Informal comments from Public Utility Commission of Massachusetts

01:15403529.1

Status:        The Debtors have agreed to adjourn the matter approximately one week to a date and time to be determined by the Court.

3.      Debtors' Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Vantage Commodities Financial Services, I, LLC, EDF Trading North America, LLC, and Gary Mole [D.I. 23; 4/10/14]

Related Pleadings:

      a)      Notice of Hearing [D.I. 56; 4/14/14]

Objection Deadline:      April 29, 2014 at 4:00 p.m. (ET); Extended to May 8, 2014 at 4:00 p.m. (ET) for the United States Trustee and the Official Committee of Unsecured Creditors.

Objections/Responses Received:

      b)      Informal comments from the United States Trustee

Status:        The Debtors have agreed to adjourn the matter approximately one week to a date and time to be determined by the Court.

4.      Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Continue Performance Under the ISDA Agreement, (II) Authorizing the Assumption of the ISDA Agreement, (III) Authorizing the Payment of Any Cure Cost in Connection with the ISDA Agreement, (IV) Authorizing Credit Support Relating to the ISDA Agreement, and (V) Granting Related Relief [D.I. 24; 4/10/14]

Related Pleadings:

      a)      Notice of Hearing [D.I. 57; 4/14/14]

Objection Deadline:      April 29, 2014 at 4:00 p.m. (ET); Extended to May 8, 2014 at 4:00 p.m. (ET) for the United States Trustee and the Official Committee of Unsecured Creditors.

Objections/Responses Received:

      b)      Informal comments from the United States Trustee

Status:        The Debtors have agreed to adjourn the matter approximately one week to a date and time to be determined by the Court.

01:15403529.1

5.      Motion of the Debtors for (I) Approval of Assumption of Employment Contracts
        Pursuant to 11 U.S.C. §§ 363 & 365; and (II) Approval of Incentive Plan Pursuant to 11
        U.S.C. § 503(c)(3) [D.I. 25; 4/10/14]

        Related Pleadings:

                a)      Notice of Hearing [D.I. 58; 4/14/14]

        Objection Deadline:             April 29, 2014 at 4:00 p.m. (ET); Extended to May 8, 2014
                                        at 4:00 p.m. (ET) for the United States Trustee and the
                                        Official Committee of Unsecured Creditors.

        Objections/Responses Received:

                b)      Informal comments from the United States Trustee

        Status:         The Debtors have agreed to adjourn the matter approximately one week to
                        a date and time to be determined by the Court.

## MATTERS WITH CERTIFICATIONS FILED

6.      Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363(b), 363(c),
        507(a)(4), and 507(a)(5) and Bankruptcy Rules 6003 and 6004 for Order (I) Authorizing
        Payment of Prepetition Employee Obligations and Continuation of Prepetition Employee
        Benefits, (II) Authorizing Financial Institutions to Honor and Process Related Checks and
        Transfers, and (III) Granting Related Relief [D.I. 5; 4/10/14]

        Related Documents:

                a)      Order (I) Authorizing Payment of Prepetition Employee Obligations and
                        Continuation of Prepetition Employee Benefits, (II) Authorizing Financial
                        Institutions to Honor and Process Related Checks and Transfers, and (III)
                        Granting Related Relief [D.I. 45; 4/11/14]

                b)      Notice of Entry of Interim Order and Final Hearing [D.I. 52; 4/14/14]

                c)      Amended Order (I) Authorizing Payment of Prepetition Employee
                        Obligations and Continuation of Prepetition Employee Benefits, (II)
                        Authorizing Financial Institutions to Honor and Process Related Checks
                        and Transfers, and (III) Granting Related Relief [D.I. 98; 4/28/14]

                d)      Certification of Counsel [D.I. 123; 5/2/14]

        Objection Deadline:             April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                                        at 4:00 p.m. (ET) for the Official Committee of Unsecured
                                        Creditors

01:15403529.1

4

Objections/Responses Received:        None.

Status:              A proposed form of supplemental order has been filed under Certification of Counsel.  No hearing is necessary.

7.      Motion for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 7; 4/10/14]

Related Documents:

        a)      Interim Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures, and (IV) Setting a Final Hearing Related Thereto [D.I. 44; 4/11/14]

        b)      Notice of Entry of Interim Order and Final Hearing [D.I. 54; 4/14/14]

        c)      Certificate of No Objection [D.I. 121; 5/2/14]

Objection Deadline:              April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Objections/Responses Received:        None.

Status:              A certificate of no objection has been filed.  No hearing is necessary.

8.      Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Commencement Date [D.I. 64; 4/15/14]

Related Pleadings:

        a)      Certificate of No Objection [D.I. 115; 5/2/14]

Objection Deadline:              April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Objections/Responses Received:        None.

Status:              A certificate of no objection has been filed.  No hearing is necessary.

01:15403529.1

9.      Debtors' Application for Order (I) Authorizing, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, Debtors to Employ and Retain Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors *Nunc Pro Tunc* to the Commencement Date and (II) Waiving the Requirements of Local Rule 2016-2(d) [D.I. 65; 4/15/14]

Related Pleadings:

a)      Supplemental Declaration of Michael H. Boone in Support of Debtors' Application for Order (I) Authorizing, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, Debtors to Employ and Retain Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors *Nunc Pro Tunc* to the Commencement Date and (II) Waiving the Requirements of Local Rule 2016-2(d)  [D.I. 119; 5/2/14]

b)      Certification of Counsel [D.I. 124; 5/2/14]

Objection Deadline:          April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014 at 4:00 p.m. (ET) for the United States Trustee and the Official Committee of Unsecured Creditors

Objections/Responses Received:

c)      Informal comments from the United States Trustee

Status:      Houlihan & Lokey has filed a supplemental declaration to the Application which addresses the United States Trustee's concerns.  The Debtors have submitted a revised form of order to the Court under Certification of Counsel.  No other responses were received. No hearing is required.

10.     Debtors' Application for Order (I) Authorizing, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, Debtors to Employ and Retain RPA Advisors, LLC as Financial Advisor to the Debtors *Nunc Pro Tunc* to April 11, 2014 and (II) Granting Related Relief [D.I. 66; 4/15/14]

Related Pleadings:

a)      Supplemental Declaration of Chip Cummins in Support of Debtors' Application for Order (I) Authorizing, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, Debtors to Employ and Retain RPA Advisors, LLC as Financial Advisor to the Debtors *Nunc Pro Tunc* to April 11, 2014 and (II) Granting Related Relief [D.I. 120; 5/2/14]

b)      Certification of Counsel [D.I. 122; 5/2/14]

Objection Deadline:          April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                             at 4:00 p.m. (ET) for the United States Trustee and the
                             Official Committee of Unsecured Creditors

Objections/Responses Received:

c)      Informal comments from the United States Trustee

Status:          RPA Advisors has filed a supplemental declaration to the Application
                 which addresses the United States Trustee's concerns.  The Debtors have
                 submitted a revised form of order to the Court under Certification of
                 Counsel.  No other responses were received.  No hearing is necessary.

11.     Application of the Debtors for Order Authorizing the Employment and Retention of Rust
        Consulting / Omni Bankruptcy as Administrative Advisor to the Debtors, Effective as of
        the Commencement Date [D.I. 67; 4/15/14]

        Related Pleadings:

        a)      Certifciate of No Objection [D.I. 116; 5/2/14]

        Objection Deadline:          April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                                     at 4:00 p.m. (ET) for the Official Committee of Unsecured
                                     Creditors

        Objections/Responses Received:          None.

        Status:          A certificate of no objection has been filed.  No hearing is necessary.

12.     Debtors' Motion for Entry of an Order Authorizing Assumption of Certain Executory
        Contracts and Entry into Certain Post-Petition Agent Agreements Pursuant to Sections
        363(b) and 365(a) of the Bankruptcy Code [D.I. 69; 4/15/14]

        Related Pleadings:

        a)      Supplement to Debtors' Motion for Entry of an Order Authorizing
                Assumption of Certain Executory Contracts and Entry into Certain Post-
                Petition Agent Agreements Pursuant to Sections 363(b) and 365(a) of the
                Bankruptcy Code [D.I. 90; 4/25/14]

        b)      Certificate of No Objection [D.I. 126; 5/2/14]

        Objection Deadline:          April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                                     at 4:00 p.m. (ET) for the United States Trustee and the

Official Committee of Unsecured Creditors

Objections/Responses Received:       None.

Status:            A certificate of no objection has been filed.  No hearing is necessary.

13.     Debtors' Application Pursuant to Sections 327(a) and 330 of the Bankruptcy Code and
        Bankruptcy Rule 2014 to Authorize the Retention and Employment of Patton Boggs LLP
        as Bankruptcy Co-Counsel for the Debtors in Possession Effective, *Nunc Pro Tunc*, to the
        Petition Date [D.I. 70; 4/16/14]

        Related Pleadings:

                a)      Supplemental Declaration of Alan M. Noskow in Support of the
                        Application of the Debtors for an Order Authorizing the Retention and
                        Employment of Patton Boggs LLP as Bankruptcy Co-Counsel for the
                        Debtors, Effective as of the Petition Date [D.I. 112; 5/1/14]

                b)      Declaration of Randy Lennan in Support of the Application of the Debtors
                        for an Order Authorizing the Retention and Employment of Patton Boggs
                        LLP as Bankruptcy Co-Counsel for the Debtors, Effective as of the
                        Petition Date [D.I. 113; 5/1/14]

                c)      Certification of Counsel [D.I. 125; 5/2/14]

        Objection Deadline:            April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                                       at 4:00 p.m. (ET) for the United States Trustee and the
                                       Official Committee of Unsecured Creditors

        Objections/Responses Received:

                d)      Informal comments from the United States Trustee

        Status:            Patton & Boggs has filed a supplemental declaration to the Application
                           which addresses the United States Trustee's concerns and has submitted a
                           revised form of order to the Court under Certification of Counsel.  No
                           other responses were received.  No hearing is necessary.

## CONTESTED MATTERS GOING FORWARD

14.     Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), (I)
        Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors
        Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial
        Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical
        Vendors [D.I. 6; 4/10/14]

        Related Documents:

01:15403529.1

a)       Interim Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b) (I) Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical Vendors [D.I. 43; 4/11/14]

b)       Notice of Entry of Interim Order and Final Hearing [D.I. 53; 4/14/14]

Objection Deadline:       April 29, 2014 at 4:00 p.m. (ET); ); Extended to May 1, 2014 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors; for Texas CenterPoint ISO to May 2, 2014 at 11:30 a.m. (ET); and for Mid-Continent ISO to May 2, 2014 at 11:00 a.m. (ET).

Objections/Responses Received:

c)       Objection of ISO New England Inc. to Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), (I) Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical Vendors [D.I. 104; 4/29/14]

d)       Objection of AEP Texas Central Company and AEP Texas North Company to the Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), (I) Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical Vendors [D.I. 106; 4/29/14]

e)       Objection of Rochester Gas and Electric Corporation to the Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), (I) Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical Vendors [D.I. 107; 4/29/14]

f)       Objection of Public Service Electric and Gas Company to the Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), (I) Authorizing the Debtors to Pay the Prepetition Claims of Certain Critical Vendors Pursuant to Bankruptcy Code Sections 105 and 363 and (II) Authorizing Financial Institutions to Honor and Process Prepetition Checks and Transfers to Certain Critical Vendors [D.I. 108;

01:15403529.1

4/29/14]

g)      Limited Objection to Debtors' Motion to Pay Prepetition Claims of Certain Critical Vendors (Filed by CenterPoint Energy Houston Electric, LLC) [D.I. 117; 5/2/14]

h)      Informal comments from Electric Reliability Council of Texas

i)      Informal comments from Texas CenterPoint ISO

j)      Informal comments from Mid-Continent ISO

k)      Informal comments from California ISO

l)      Informal comments from New England ISO

Status:      The Debtors are continuing in discussions with each of the parties who filed formal responses as well as those who provided informal comments in an effort to reach a consensual resolution. The Debtors intend to present a revised form of order at the hearing which addresses the issues raised by the various parties. This matter is going forward.

15.      Debtors' Motion for Entry of an Order Authorizing Rejection of a Certain Aircraft Lease and Related Contracts Nunc Pro Tunc to the Commencement Date and for Related Relief [D.I. 26; 4/10/14]

Related Pleadings:

a)      Notice of Hearing [D.I. 59; 4/14/14]

Objection Deadline:      April 29, 2014 at 4:00 p.m. (ET); ); Extended to May 1, 2014 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors, and for CEF 2002 Aircraft, LLC to May 2, 2014 at 11:00 a.m. (ET).

Objections/Responses Received:

b)      Objection of CEF 2002 Aircraft, LLC, to Debtors' Motion for Entry of an Order Authorizing Rejection of a Certain Aircraft Lease and Related Contracts Nunc Pro Tunc to the Commencement Date and for Related Relief [D.I. 118; 5/2/14]

Status:      This matter is going forward.

16.      Motion of Debtors for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 68; 4/15/14]

Related Pleadings:          None.

Objection Deadline:         April 29, 2014 at 4:00 p.m. (ET); Extended to May 1, 2014
                            at 4:00 p.m. (ET) for the United States Trustee and the
                            Official Committee of Unsecured Creditors

Objections/Responses Received:

      a)          Informal comments from the United States Trustee

Status:          The Debtors are continuing to work to resolve the informal concerns of the
                 United States Trustee and will present a revised form of order at the
                 hearing.  This matter is going forward.


Dated: May 2, 2014                          YOUNG CONAWAY STARGATT &
      Wilmington, Delaware                 TAYLOR, LLP

                                            */s/ Donald J. Bowman, Jr.*
                                            Michael R. Nestor (No. 3526)
                                            Joseph M. Barry (No. 4221)
                                            Donald J. Bowman, Jr. (No. 4383)
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:  302.571.6600
                                            Facsimile:   302.571.1253

                                            -and-

                                            Alan M. Noskow (admitted *pro hac vice*)
                                            Mark A. Salzberg (admitted *pro hac vice*)
                                            PATTON BOGGS LLP
                                            2550 M St. NW
                                            Washington, DC 20037
                                            Telephone:  202.457.6000
                                            Facsimile:  202.457.6315

                                            *Proposed Co-Attorneys for the Debtors and
                                            Debtors in Possession*

01:15403529.1