IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* :
: Chapter 11
GRIDWAY ENERGY HOLDINGS, INC., *et al.,* :
: Case No. 14-10833 (CSS)
Debtors.[1] :
: Jointly Administered
---------------------------------------------------------------x

# NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE THAT, at the direction of the Court, the hearing originally scheduled for July 18, 2014 at 11:00 a.m. (ET) before The Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 has been rescheduled to **July 17, 2014 at 2:00 p.m. (ET)**.

| | |
|---|---|
| Dated: May 6, 2014<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP |
| | */s/ Donald J. Bowman, Jr.*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Donald J. Bowman, Jr. (No. 4383)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302.571.6600<br>Facsimile: 302.571.1253 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

01:15436515.1

-and-

Alan M. Noskow (admitted *pro hac vice*)
Mark A. Salzberg (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M St. NW
Washington, DC 20037
Telephone: 202.457.6000
Facsimile: 202.457.6315

*Co-Attorneys for the Debtors and Debtors in Possession*

01:15436515.1