# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GRIDWAY ENERGY HOLDINGS, INC. *et al.*, | Case No. 14-10833 (CSS) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 22, 2014, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Amended Notice of (I) Proposed Assumption and Assignment of Certain Executory Contract(s) and Unexpired Leases in Connection with the Sale of the Debtors' Assets, and (II) Objection Deadlines with Respect Thereto [Docket No. 221]**

Dated: May 27, 2014

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this _20th_ day of _May_, 20_14_, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1980246
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2016

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts 6A, Sandwich, MA 02563.

**<u>EXHIBIT A</u>**

**Gridway Energy Holdings, Inc. - U.S. Mail**                                              Served 5/22/2014

BAKER BOTTS, L.L.P.
ATTN: JAMES PRINCE, II/OMAR J. ALANIZ
2001 ROSS AVE
DALLAS, TX 75201

BARNES & THORNBURG LLP
ATTN: DAVID POWLEN/KEVIN COLLINS
1000 N. WEST STREET, SUITE 1500
WILMINGTON, DE 19801

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: INGRID BAGBY/D.KRONENBERG
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: KENNETH W. IRVIN, ESQ.
ATTN: KAREN DEWIS, ESQ.
700 SIXTH STREET, N.W.
WASHINGTON, DC 20001

CIARDI CIARDI & ASTIN
ATTN: DANIEL ASTIN/JOHN MCLAUGHLIN JR
ATTN: JOSEPH MCMAHON JR
1204 N. KING STREET
WILMINGTON, DE 19801

CONNOLLY GALLAGHER LLP
ATTN: KAREN CONLAN/KAREN BIFFERATO
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

DANNING, GILL, DIAMOND & KOLLITZ, LLP
ATTN: WALTER K. OETZELL
1900 AVENUE OF THE STARS
ELEVENTH FLOOR
LOS ANGELES, CA 90067

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
401 FEDERAL STREET - SUITE 4
PO BOX 898
DOVER, DE 19903

DELAWARE STATE TREASURY
820 SILVER LAKE BOULEVARD, SUITE 100
DOVER, DE 19904

FEDERAL ENERGY REGULATORY COMMISSION
ATTN: GENERAL COUNSEL
888 FIRST STREET, NE
WASHINGTON, DC 20426

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMONS FREEWAY, SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253

LOWENSTEIN SANDLER LLP
ATTN: SHARON LEVINE/PHILIP GROSS
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE
ATTN: PETER C.L. ROTH
SENIOR ASSISTANT ATTORNEY GENERAL
33 CAPITOL STREET
CONCORD, NH 03301

OFFICE OF THE ASSISTANT ATTORNEY GENERAL
ATTN: JOHN MARK STERN
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

OFFICE OF THE U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20530

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JANE LEAMY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE/LUCY QIU
1201 N. MARKET ST., SUITE 1500
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
ATTN: JASON M. MADRON
ONE RODNEY SQUARE
920 N. KING STREET
WILMINGTON, DE 19801

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, N.E.
WASHINGTON, DC 20549

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
ATTN: LAURA L. MCCLOUD
BANKRUPTCY DIVISION
PO BOX 20207
NASVHILLE, TN 37202

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY REGULATORY SECTION
ATTN: ASHLEY FLYNN BARTRAM/HAL MORRIS
PO BOX 12548
AUSTIN, TX 78711

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK ROSNER/JULIA KLEIN
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

TROUBH HESILER
ATTN: DANIEL R. FELKEL
511 CONGRESS STREET
P.O. BOX 9711
PORTLAND, ME 04104

U.S. ATTORNEY'S OFFICE
ATTN: ELLEN W. SLIGHTS, ESQ.
ASSISTANT UNITED STATES ATTORNEY
1007 ORANGE STREET, SUITE 700
PO BOX 2046
WILMINGTON, DE 19899

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

Parties Served: 29

## INDIVIDUALIZED NOTICE PARTIES

| | | |
|---|---|---|
| 2000 MT VERNON<br>ADDRESS REDACTED | A ALDRIDGE-IYAGROU, & ABDOU IYAG<br>ADDRESS REDACTED | A B WILLIAMS<br>ADDRESS REDACTED |
| A BENJAMIN S PARKS<br>ADDRESS REDACTED | A HERNANDEZ<br>ADDRESS REDACTED | A P<br>ADDRESS REDACTED |
| A P<br>ADDRESS REDACTED | A P<br>ADDRESS REDACTED | A. HERRERA<br>ADDRESS REDACTED |
| AAISHA MUSAID<br>ADDRESS REDACTED | AARON  NOLAND<br>ADDRESS REDACTED | AARON ANDRIACCO<br>ADDRESS REDACTED |
| AARON BAZAN<br>ADDRESS REDACTED | AARON BW STADIUM, LLC<br>ADDRESS REDACTED | AARON HARRIS<br>ADDRESS REDACTED |
| AARON JEFFERY<br>ADDRESS REDACTED | AARON MICHAUD<br>ADDRESS REDACTED | AARON NGUYEN<br>ADDRESS REDACTED |
| AARON NOLAND<br>ADDRESS REDACTED | AARON POSEY<br>ADDRESS REDACTED | AARON PUTNAM<br>ADDRESS REDACTED |
| AARON SNIPPE<br>ADDRESS REDACTED | AARON SOTO<br>ADDRESS REDACTED | AARON TIANGCIO<br>ADDRESS REDACTED |
| AARTI THIAGARAJAN WILLIAM WISEMAN<br>ADDRESS REDACTED | ABBAS ARSIWALA<br>ADDRESS REDACTED | ABBY WHITESIDE<br>ADDRESS REDACTED |
| ABDUL AHMADYAR<br>ADDRESS REDACTED | ABDUL GAFAR<br>ADDRESS REDACTED | ABDUL RAUS<br>ADDRESS REDACTED |
| ABE BRACH<br>ADDRESS REDACTED | ABEL AVILA<br>ADDRESS REDACTED | ABEL NAVARRO<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**                                      Served 5/22/2014

| | | |
|---|---|---|
| ABEL SUMBA<br>ADDRESS REDACTED | ABEL TORRES<br>ADDRESS REDACTED | ABELARDO PARRA<br>ADDRESS REDACTED |
| ABELARDO ZAFRA<br>ADDRESS REDACTED | ABELINO COC COY<br>ADDRESS REDACTED | ABELINO ESPINOZA<br>ADDRESS REDACTED |
| ABHIJIG RS<br>ADDRESS REDACTED | ABHISHEK K AGARWAL<br>ADDRESS REDACTED | ABIGAIL FLORES<br>ADDRESS REDACTED |
| ABIGAIL JIMENEZ<br>ADDRESS REDACTED | ABIGAIL STAVROS<br>ADDRESS REDACTED | ABIUD MENDEZ<br>ADDRESS REDACTED |
| ABLO MONTES<br>ADDRESS REDACTED | ABRAHAM LICHTSCHEIN<br>ADDRESS REDACTED | ABRAHAM PANOPIO<br>ADDRESS REDACTED |
| ABRIL ROSILLO<br>ADDRESS REDACTED | ABRON A YATES JR<br>ADDRESS REDACTED | ABUNDIO BETANCOURT<br>ADDRESS REDACTED |
| ACCOUNTING  DEPARTMENT<br>ADDRESS REDACTED | ACCOUNTS  PAYABLE<br>ADDRESS REDACTED | ACCOUNTS PAYABLE<br>ADDRESS REDACTED |
| ACCOUNTS PAYABLE<br>ADDRESS REDACTED | ACCOUNTS PAYABLE<br>ADDRESS REDACTED | ACCOUNTS PAYABLE<br>ADDRESS REDACTED |
| ACCOUNTS PAYABLE<br>ADDRESS REDACTED | ACCOUNTS PAYABLE<br>ADDRESS REDACTED | ADA ROMAN<br>ADDRESS REDACTED |
| ADAM DAR<br>ADDRESS REDACTED | ADAM DULBERG<br>ADDRESS REDACTED | ADAM FRANCZAK<br>ADDRESS REDACTED |
| ADAM MARSHALL<br>ADDRESS REDACTED | ADAM PLAWKER<br>ADDRESS REDACTED | ADAM SADAKA<br>ADDRESS REDACTED |

ADAM SPINA
ADDRESS REDACTED

ADAM VASQUEZ
ADDRESS REDACTED

ADAM WALTERS
ADDRESS REDACTED

ADAM YUNGBLUTH
ADDRESS REDACTED

ADAMSON CASTANEDA
ADDRESS REDACTED

ADAN ORTEGA
ADDRESS REDACTED

ADBA NAWADI
ADDRESS REDACTED

ADDIE COHEN
ADDRESS REDACTED

ADDRIENNE WILLIAMS
ADDRESS REDACTED

ADEL ALI
ADDRESS REDACTED

ADEL MOHAMMED
ADDRESS REDACTED

ADELA MALACA
ADDRESS REDACTED

ADELAIDE DEL PRETE
ADDRESS REDACTED

ADELE WILSON
ADDRESS REDACTED

ADELIA DAROSA
ADDRESS REDACTED

ADELIDA REZIVES
ADDRESS REDACTED

ADELINA AZINA
ADDRESS REDACTED

ADELINA SANCHEZ
ADDRESS REDACTED

ADELISE MARTINEZ
ADDRESS REDACTED

ADELL EROZER
ADDRESS REDACTED

ADELLA NEVAREZ
ADDRESS REDACTED

ADIL MEHMOOD
ADDRESS REDACTED

ADLER  JEAN-LOUIS
ADDRESS REDACTED

ADLY SOLIMAN
ADDRESS REDACTED

ADOLFO GARIBAY
ADDRESS REDACTED

ADOLFO IBARA
ADDRESS REDACTED

ADONIS CORNEJO & BEN CORNEJO
ADDRESS REDACTED

ADRIAEN CALDERON
ADDRESS REDACTED

ADRIAN CROOKER
ADDRESS REDACTED

ADRIAN DBJAGER
ADDRESS REDACTED

ADRIAN LIVIBUMA
ADDRESS REDACTED

ADRIAN MILLS
ADDRESS REDACTED

ADRIAN MORA
ADDRESS REDACTED

ADRIAN TAYLOR
ADDRESS REDACTED

ADRIANA BITELA
ADDRESS REDACTED

ADRIANA GARCIA
ADDRESS REDACTED

ADRIANA PEREZ
ADDRESS REDACTED

ADRIANA VASQUEZ
ADDRESS REDACTED

ADRIANO ALEDRE
ADDRESS REDACTED

ADRIENNE HAWK
ADDRESS REDACTED

ADYMARIE TORRES
ADDRESS REDACTED

AEDREN AZONOS
ADDRESS REDACTED

AENNEH PARKER
ADDRESS REDACTED

AFFI KOUMI
ADDRESS REDACTED

AGAPITO VEGA
ADDRESS REDACTED

AGATA PAWICA
ADDRESS REDACTED

AGNES MUERYNOWSKI
ADDRESS REDACTED

AGNES P GONZALES
ADDRESS REDACTED

AGUSTIN ACOSTA
ADDRESS REDACTED

AGUSTIN GIALOGO
ADDRESS REDACTED

AGUSTIN HERNANDEZ
ADDRESS REDACTED

AGUSTIN LEOS
ADDRESS REDACTED

AGUSTINA MARTINEZ
ADDRESS REDACTED

AHARON BLUM
ADDRESS REDACTED

AHIMED ALI
ADDRESS REDACTED

AHMED OBADI
ADDRESS REDACTED

AHMED RHUMA
ADDRESS REDACTED

AIDA ESPERICUETA
ADDRESS REDACTED

AIMEE GIOCALONE
ADDRESS REDACTED

AJ BARONE
ADDRESS REDACTED

AJAI NARAYAN
ADDRESS REDACTED

AJAY SAHU
ADDRESS REDACTED

AJEN PRASAD
ADDRESS REDACTED

AL  LOPEX
ADDRESS REDACTED

AL BALKO
ADDRESS REDACTED

AL GOODSPEED
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| ALADDIN AKILLI<br>ADDRESS REDACTED | ALAIN PENA SANCHEZ<br>ADDRESS REDACTED | ALAN ARCHILEI<br>ADDRESS REDACTED |
| ALAN BALEN<br>ADDRESS REDACTED | ALAN BECK<br>ADDRESS REDACTED | ALAN CAITO<br>ADDRESS REDACTED |
| ALAN COLVIN<br>ADDRESS REDACTED | ALAN CONSTANTINO<br>ADDRESS REDACTED | ALAN CONSTANTINO<br>ADDRESS REDACTED |
| ALAN EGE<br>ADDRESS REDACTED | ALAN FOWLER<br>ADDRESS REDACTED | ALAN GUSHURST<br>ADDRESS REDACTED |
| ALAN KENYON<br>ADDRESS REDACTED | ALAN MANSHACK<br>ADDRESS REDACTED | ALAN PARELLO<br>ADDRESS REDACTED |
| ALAN QUALE<br>ADDRESS REDACTED | ALAN SANCHEZ<br>ADDRESS REDACTED | ALAN SEZT<br>ADDRESS REDACTED |
| ALANNA DAVIS<br>ADDRESS REDACTED | ALASTAIR STIPZLEY<br>ADDRESS REDACTED | ALBA MARTINEZ<br>ADDRESS REDACTED |
| ALBA MEJIA<br>ADDRESS REDACTED | ALBERT  BELOCH<br>ADDRESS REDACTED | ALBERT A YANZ<br>ADDRESS REDACTED |
| ALBERT ATKINS<br>ADDRESS REDACTED | ALBERT BURGOS<br>ADDRESS REDACTED | ALBERT CELMER<br>ADDRESS REDACTED |
| ALBERT HENSCHEL<br>ADDRESS REDACTED | ALBERT PILEGAARD<br>ADDRESS REDACTED | ALBERT PONCE<br>ADDRESS REDACTED |
| ALBERT QUINN<br>ADDRESS REDACTED | ALBERT R GUTIERREZ<br>ADDRESS REDACTED | ALBERT R. REYNOFA<br>ADDRESS REDACTED |

ALBERT RAMIREZ
ADDRESS REDACTED

ALBERT RANDOLPH
ADDRESS REDACTED

ALBERT RODRIGUEZ
ADDRESS REDACTED

ALBERT ROMERO
ADDRESS REDACTED

ALBERT SANTAPOLE
ADDRESS REDACTED

ALBERT SANTELLI
ADDRESS REDACTED

ALBERT SARKIS
ADDRESS REDACTED

ALBERT SEYMOUR JR
ADDRESS REDACTED

ALBERT W BURNOR
ADDRESS REDACTED

ALBERT WAYNE MILLER
ADDRESS REDACTED

ALBERTA FORD
ADDRESS REDACTED

ALBERTA LITMAN
ADDRESS REDACTED

ALBERTA MENES
ADDRESS REDACTED

ALBERTO CRUZ
ADDRESS REDACTED

ALBERTO LOPEZ
ADDRESS REDACTED

ALBERTO ORTIZ
ADDRESS REDACTED

ALBERTO PAIVA
ADDRESS REDACTED

ALBERTO TRINIDAD
ADDRESS REDACTED

ALBINA PINEDA
ADDRESS REDACTED

ALDEEN ANDRADE
ADDRESS REDACTED

ALDEMORE TURGEON
ADDRESS REDACTED

ALDEN FIGARO
ADDRESS REDACTED

ALDINO VALLADARES
ADDRESS REDACTED

ALDO BARRIENTOS
ADDRESS REDACTED

ALEC PATVALDS
ADDRESS REDACTED

ALEH USOVICH
ADDRESS REDACTED

ALEICE N SPEED
ADDRESS REDACTED

ALEJANDRA ARCE
ADDRESS REDACTED

ALEJANDRA HERNANDEZ, & ROBERTO HERNANDEZ
ADDRESS REDACTED

ALEJANDRO COLLAZO
ADDRESS REDACTED

ALEJANDRO CONTRERAS
ADDRESS REDACTED

ALEJANDRO GALAN
ADDRESS REDACTED

ALEJANDRO GARCIA
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ALEJANDRO LOPEZ<br>ADDRESS REDACTED | ALEJANDRO MONROY<br>ADDRESS REDACTED | ALEJANDRO SILVA<br>ADDRESS REDACTED |
| ALEKXANDER TOROPOP<br>ADDRESS REDACTED | ALENDRO HERNANDES<br>ADDRESS REDACTED | ALESSANDRA MORCOLA<br>ADDRESS REDACTED |
| ALETHEA TAYLOR<br>ADDRESS REDACTED | ALETHIA HEAD<br>ADDRESS REDACTED | ALEX ARECHIGA<br>ADDRESS REDACTED |
| ALEX BERRY<br>ADDRESS REDACTED | ALEX DECKER<br>ADDRESS REDACTED | ALEX DEMETRIADES<br>ADDRESS REDACTED |
| ALEX HALASZ<br>ADDRESS REDACTED | ALEX KOHEN<br>ADDRESS REDACTED | ALEX KOHEN<br>ADDRESS REDACTED |
| ALEX KOVACS<br>ADDRESS REDACTED | ALEX MULIC<br>ADDRESS REDACTED | ALEX ORTEGA<br>ADDRESS REDACTED |
| ALEX ORTEGA<br>ADDRESS REDACTED | ALEX PISCAZO<br>ADDRESS REDACTED | ALEX RODRIQUEZ<br>ADDRESS REDACTED |
| ALEX ROWE<br>ADDRESS REDACTED | ALEX WARTHAN<br>ADDRESS REDACTED | ALEXANDER ANTENEH<br>ADDRESS REDACTED |
| ALEXANDER B. BLAZEJ<br>ADDRESS REDACTED | ALEXANDER GLICKMAN<br>ADDRESS REDACTED | ALEXANDER J. NEEDHAM<br>ADDRESS REDACTED |
| ALEXANDER J.MORENO<br>ADDRESS REDACTED | ALEXANDER LACOMBE<br>ADDRESS REDACTED | ALEXANDER LAROCO<br>ADDRESS REDACTED |
| ALEXANDER XAVIER<br>ADDRESS REDACTED | ALEXANDRA MEDINA ZURI PETERSON<br>ADDRESS REDACTED | ALEXANDRO VILLVAL<br>ADDRESS REDACTED |

ALEXIS REIVAS
ADDRESS REDACTED

ALEXIS VALENCIA
ADDRESS REDACTED

ALFERD POUSARD
ADDRESS REDACTED

ALFIA MAURO
ADDRESS REDACTED

ALFIE N MAGUIRE
ADDRESS REDACTED

ALFONSO ALLEN
ADDRESS REDACTED

ALFONSO CHUMG
ADDRESS REDACTED

ALFONSO FLORES
ADDRESS REDACTED

ALFONSO H LOZA
ADDRESS REDACTED

ALFONSO IBARRA JR.
ADDRESS REDACTED

ALFONSO OCHOA
ADDRESS REDACTED

ALFONSO RODRIGUEZ
ADDRESS REDACTED

ALFRED  LEWIS JR
ADDRESS REDACTED

ALFRED BRUZZESE
ADDRESS REDACTED

ALFRED C REED
ADDRESS REDACTED

ALFRED L PATRICK
ADDRESS REDACTED

ALFRED MORENO
ADDRESS REDACTED

ALFRED ROBLES
ADDRESS REDACTED

ALFRED SANTIAGO
ADDRESS REDACTED

ALFRED SLOAN
ADDRESS REDACTED

ALFRED W BAILEY&ANN POWERS-BAILEY
ADDRESS REDACTED

ALFREDA GRAVES
ADDRESS REDACTED

ALFREDA PROCTOR
ADDRESS REDACTED

ALFREDO ALGOS
ADDRESS REDACTED

ALFREDO BARAJAS
ADDRESS REDACTED

ALFREDO CALDERON HERRORA
ADDRESS REDACTED

ALFREDO CASTILLO
ADDRESS REDACTED

ALFREDO DIAZ
ADDRESS REDACTED

ALFREDO FERREIRA
ADDRESS REDACTED

ALFREDO FORNI
ADDRESS REDACTED

ALFREDO HERNANDEZ RODRIGUEZ
ADDRESS REDACTED

ALFREDO MANANSALA
ADDRESS REDACTED

ALFREDO MARTINEZ
ADDRESS REDACTED

| | | |
|---|---|---|
| ALFREDO MARTINEZ<br>ADDRESS REDACTED | ALFREDO MICIAS<br>ADDRESS REDACTED | ALFREDO PEDROZA<br>ADDRESS REDACTED |
| ALFREDO SANCHEZ<br>ADDRESS REDACTED | ALFREDO T AVELAR<br>ADDRESS REDACTED | ALFREDO VILLANUEVA<br>ADDRESS REDACTED |
| ALGRINO RODILLAS<br>ADDRESS REDACTED | ALI AQUILINO SANCHEZ BRAVO<br>ADDRESS REDACTED | ALI BEHMANI<br>ADDRESS REDACTED |
| ALI KAM<br>ADDRESS REDACTED | ALIA SHOCHAT<br>ADDRESS REDACTED | ALICE  SCHWARZ<br>ADDRESS REDACTED |
| ALICE C RAEL<br>ADDRESS REDACTED | ALICE COLEMAN<br>ADDRESS REDACTED | ALICE CORONADO<br>ADDRESS REDACTED |
| ALICE COX<br>ADDRESS REDACTED | ALICE FINCH<br>ADDRESS REDACTED | ALICE GARDEA<br>ADDRESS REDACTED |
| ALICE HENDERSON<br>ADDRESS REDACTED | ALICE HILL<br>ADDRESS REDACTED | ALICE LOPEZ<br>ADDRESS REDACTED |
| ALICE MALOTTE<br>ADDRESS REDACTED | ALICE MCVICKER<br>ADDRESS REDACTED | ALICE SHIDLER<br>ADDRESS REDACTED |
| ALICIA  ROBLEDO<br>ADDRESS REDACTED | ALICIA BARBA<br>ADDRESS REDACTED | ALICIA C. BUCHOR<br>ADDRESS REDACTED |
| ALICIA FLORES<br>ADDRESS REDACTED | ALICIA HENRIQUEZ<br>ADDRESS REDACTED | ALICIA JEPSEN<br>ADDRESS REDACTED |
| ALICIA K. PATTEN<br>ADDRESS REDACTED | ALICIA KITE<br>ADDRESS REDACTED | ALICIA ROMERO<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ALICIA RUIZ<br>ADDRESS REDACTED | ALICIA SHOTT AND JONATHAN SHOTT<br>ADDRESS REDACTED | ALICIA WRIGHT<br>ADDRESS REDACTED |
| ALIRIO CARDONA<br>ADDRESS REDACTED | ALISA SIMONOFF<br>ADDRESS REDACTED | ALISON DECLEENE<br>ADDRESS REDACTED |
| ALISON DETHEA<br>ADDRESS REDACTED | ALISON MAC CULLOUGH<br>ADDRESS REDACTED | ALKETA XAMBAZI<br>ADDRESS REDACTED |
| ALL OCCUPANTS<br>ADDRESS REDACTED | ALLACE DURHAM<br>ADDRESS REDACTED | ALLAN KELLIS<br>ADDRESS REDACTED |
| ALLAN MOSES<br>ADDRESS REDACTED | ALLAN MOSES<br>ADDRESS REDACTED | ALLAN WILLIAMS<br>ADDRESS REDACTED |
| ALLEJANDRA ZERMENO<br>ADDRESS REDACTED | ALLEN AMARO<br>ADDRESS REDACTED | ALLEN CROSKEY<br>ADDRESS REDACTED |
| ALLEN D STRONG<br>ADDRESS REDACTED | ALLEN JANTZ<br>ADDRESS REDACTED | ALLEN MAISENBACH<br>ADDRESS REDACTED |
| ALLEN SIMPSON<br>ADDRESS REDACTED | ALLEN SLICHTER<br>ADDRESS REDACTED | ALLEN WILTSHIRE<br>ADDRESS REDACTED |
| ALLEN WONG<br>ADDRESS REDACTED | ALLYN J. ARNOLD<br>ADDRESS REDACTED | ALLYNE RICKER<br>ADDRESS REDACTED |
| ALMA B RUBES<br>ADDRESS REDACTED | ALMA BELLA<br>ADDRESS REDACTED | ALMA DELAROSA<br>ADDRESS REDACTED |
| ALMA GALVAN<br>ADDRESS REDACTED | ALMA GRIFFIN<br>ADDRESS REDACTED | ALMA MENDEZ<br>ADDRESS REDACTED |

ALMA MOORE
ADDRESS REDACTED

ALMA OLAGUER
ADDRESS REDACTED

ALMA RAGSDALE
ADDRESS REDACTED

ALMA REVUELTA
ADDRESS REDACTED

ALMA REYES
ADDRESS REDACTED

ALMA SAAVEDRA
ADDRESS REDACTED

ALMA SEALE
ADDRESS REDACTED

ALMA WHITTED
ADDRESS REDACTED

ALMADELIA ALEMAZA
ADDRESS REDACTED

ALMARIO LUGTU
ADDRESS REDACTED

ALMAROSA DEL TORO
ADDRESS REDACTED

ALMERICO PESSOA
ADDRESS REDACTED

ALPHA JOHNSTON
ADDRESS REDACTED

ALPHEE JEAN
ADDRESS REDACTED

ALPHELINE GERMANIA
ADDRESS REDACTED

ALSELMO ROSALES
ADDRESS REDACTED

ALTHA BARRY
ADDRESS REDACTED

ALVA M. LEAL
ADDRESS REDACTED

ALVARO DEMARZI
ADDRESS REDACTED

ALVARO HERNANDEZ
ADDRESS REDACTED

ALVARO SAYONG
ADDRESS REDACTED

ALVIN L. FLANIGAN
ADDRESS REDACTED

ALVIN STANDFORD
ADDRESS REDACTED

ALVINA BEGGS
ADDRESS REDACTED

ALYCE TEKERLEK
ADDRESS REDACTED

AMADA CARDOSO
ADDRESS REDACTED

AMADEO GRUILLON
ADDRESS REDACTED

AMADOR ARANDA
ADDRESS REDACTED

AMADOR RAMIREZ
ADDRESS REDACTED

AMALIA OLIVA
ADDRESS REDACTED

AMAN PATEL
ADDRESS REDACTED

AMANDA  BENNETT
ADDRESS REDACTED

AMANDA BRAVO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| AMANDA CARDOSO<br>ADDRESS REDACTED | AMANDA DEVOLK<br>ADDRESS REDACTED | AMANDA FRANCIS<br>ADDRESS REDACTED |
| AMANDA GRACIA<br>ADDRESS REDACTED | AMANDA MOURELO<br>ADDRESS REDACTED | AMANDA RANDALL<br>ADDRESS REDACTED |
| AMANDA S DEAN<br>ADDRESS REDACTED | AMANDA SAOMERON<br>ADDRESS REDACTED | AMANDA WALKER<br>ADDRESS REDACTED |
| AMANDA WEBER<br>ADDRESS REDACTED | AMANDA WILLIAMS<br>ADDRESS REDACTED | AMANDA WILLIAMS<br>ADDRESS REDACTED |
| AMAR SINGH<br>ADDRESS REDACTED | AMARJIT F DHILLON<br>ADDRESS REDACTED | AMAYA PEREZ-BRUMER DAVID COLBERT<br>ADDRESS REDACTED |
| AMBER BACA<br>ADDRESS REDACTED | AMBER CASTRO<br>ADDRESS REDACTED | AMBER COKLEY<br>ADDRESS REDACTED |
| AMBER HART<br>ADDRESS REDACTED | AMBER MCHANEY<br>ADDRESS REDACTED | AMBER PALACIO<br>ADDRESS REDACTED |
| AMELIA DEDRES<br>ADDRESS REDACTED | AMELITA RADOC<br>ADDRESS REDACTED | AMELSI CASTILLO<br>ADDRESS REDACTED |
| AMIC MEHTA<br>ADDRESS REDACTED | AMINA RAMSEY<br>ADDRESS REDACTED | AMIR L LUNA<br>ADDRESS REDACTED |
| AMITESH PARSAB<br>ADDRESS REDACTED | AMON N RAZO<br>ADDRESS REDACTED | AMOS PRICE<br>ADDRESS REDACTED |
| AMPARO DALIT<br>ADDRESS REDACTED | AMPARO DENIEVEC<br>ADDRESS REDACTED | AMPARO MENDOZA<br>ADDRESS REDACTED |

AMRIK SINGH
ADDRESS REDACTED

AMRIT SINGH, NAVJEET SINGH
ADDRESS REDACTED

AMRIT SOKHI
ADDRESS REDACTED

AMY  LEDBETTER
ADDRESS REDACTED

AMY  WEINRELCH
ADDRESS REDACTED

AMY  WEINRELCH
ADDRESS REDACTED

AMY  WEINRELCH
ADDRESS REDACTED

AMY  WEINRELCH
ADDRESS REDACTED

AMY BRINK
ADDRESS REDACTED

AMY CHANG
ADDRESS REDACTED

AMY CRIBELLO
ADDRESS REDACTED

AMY L CARPENTER
ADDRESS REDACTED

AMY L HERKO
ADDRESS REDACTED

AMY LOCOCO
ADDRESS REDACTED

AMY MURDOCH
ADDRESS REDACTED

AMY R JAMESON
ADDRESS REDACTED

AMY SIYAM
ADDRESS REDACTED

AMY SKONIECZNY
ADDRESS REDACTED

AMY SMITH
ADDRESS REDACTED

AMY SMOUCHA
ADDRESS REDACTED

AMY VARGAS
ADDRESS REDACTED

AN NGUYEN
ADDRESS REDACTED

ANA ARIAS
ADDRESS REDACTED

ANA AVALOS
ADDRESS REDACTED

ANA BOCANEGRA
ADDRESS REDACTED

ANA CARILLO GUERRERO
ADDRESS REDACTED

ANA CHAVEZ
ADDRESS REDACTED

ANA CRUZ
ADDRESS REDACTED

ANA ESCOBAR
ADDRESS REDACTED

ANA ESPINAL
ADDRESS REDACTED

ANA FLORES
ADDRESS REDACTED

ANA GUAMAN
ADDRESS REDACTED

ANA GUZMAN
ADDRESS REDACTED

ANA HERNANDEZ
ADDRESS REDACTED

ANA HERRERA
ADDRESS REDACTED

ANA INGLES
ADDRESS REDACTED

ANA LOWE
ADDRESS REDACTED

ANA M FALCON
ADDRESS REDACTED

ANA MARIA PADRON
ADDRESS REDACTED

ANA MELENDEZ
ADDRESS REDACTED

ANA MEZA
ADDRESS REDACTED

ANA NACAS
ADDRESS REDACTED

ANA OLMOS
ADDRESS REDACTED

ANA PAYTON
ADDRESS REDACTED

ANA R. HALSTED
ADDRESS REDACTED

ANA RENTERIA
ADDRESS REDACTED

ANA RENTERIA
ADDRESS REDACTED

ANA SELF
ADDRESS REDACTED

ANA TALAVERA
ADDRESS REDACTED

ANA TEIXEIRA
ADDRESS REDACTED

ANA V TORRES GOMEZ
ADDRESS REDACTED

ANA VALEZ
ADDRESS REDACTED

ANA VARGAS
ADDRESS REDACTED

ANA VILLASENOR
ADDRESS REDACTED

ANABEL DELGADO
ADDRESS REDACTED

ANABELA VENEZIA
ADDRESS REDACTED

ANAIS MONTENEGRO
ADDRESS REDACTED

ANAND CHERUKURI
ADDRESS REDACTED

ANASTACIO MARTINEZ
ADDRESS REDACTED

ANASTASIA ATHANASI
ADDRESS REDACTED

ANATOLIY GRIMAYLO
ADDRESS REDACTED

ANATOLIY PAVLISHIN
ADDRESS REDACTED

ANDASIA MAXEY
ADDRESS REDACTED

ANDI BUDIWARMAN
ADDRESS REDACTED

ANDRE GAUTREAU
ADDRESS REDACTED

ANDRE GUTIERREZ
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ANDRE JONES<br>ADDRESS REDACTED | ANDRE WATSON<br>ADDRESS REDACTED | ANDREA  WARNER<br>ADDRESS REDACTED |
| ANDREA ALLRED<br>ADDRESS REDACTED | ANDREA BOW<br>ADDRESS REDACTED | ANDREA C RILEY<br>ADDRESS REDACTED |
| ANDREA CONRAD<br>ADDRESS REDACTED | ANDREA CONRAD<br>ADDRESS REDACTED | ANDREA KING<br>ADDRESS REDACTED |
| ANDREA KOSIER<br>ADDRESS REDACTED | ANDREA MARTINEZ<br>ADDRESS REDACTED | ANDREA PAULOS<br>ADDRESS REDACTED |
| ANDREA RICOTTA<br>ADDRESS REDACTED | ANDREA RIGGLEMAN<br>ADDRESS REDACTED | ANDREA TORRO<br>ADDRESS REDACTED |
| ANDREA WEILL<br>ADDRESS REDACTED | ANDREA WITHERSPOON<br>ADDRESS REDACTED | ANDREAS DAHLQVIST<br>ADDRESS REDACTED |
| ANDREIA S MOREIRA<br>ADDRESS REDACTED | ANDREINA  CALASS<br>ADDRESS REDACTED | ANDRERW VIXON<br>ADDRESS REDACTED |
| ANDRES  FERREIRA<br>ADDRESS REDACTED | ANDRES HERRERA<br>ADDRESS REDACTED | ANDRES MARTINEZ<br>ADDRESS REDACTED |
| ANDRES TELLEZ<br>ADDRESS REDACTED | ANDRES VELAZQUEZ<br>ADDRESS REDACTED | ANDRES YEPEZ OREJEL<br>ADDRESS REDACTED |
| ANDREW ABRAMS<br>ADDRESS REDACTED | ANDREW BAXTER<br>ADDRESS REDACTED | ANDREW BISHOP<br>ADDRESS REDACTED |
| ANDREW CALCATERRA<br>ADDRESS REDACTED | ANDREW CHAN<br>ADDRESS REDACTED | ANDREW CHESLEY<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

Served 5/22/2014

| | | |
|---|---|---|
| ANDREW DAMIAN<br>ADDRESS REDACTED | ANDREW EFFROSS<br>ADDRESS REDACTED | ANDREW FIMBRES<br>ADDRESS REDACTED |
| ANDREW GIANNETTO<br>ADDRESS REDACTED | ANDREW IVES<br>ADDRESS REDACTED | ANDREW J KOVAL<br>ADDRESS REDACTED |
| ANDREW L SMITH<br>ADDRESS REDACTED | ANDREW LAHMAN<br>ADDRESS REDACTED | ANDREW LAI<br>ADDRESS REDACTED |
| ANDREW LEE<br>ADDRESS REDACTED | ANDREW LIMONE<br>ADDRESS REDACTED | ANDREW LINCOLN, JR<br>ADDRESS REDACTED |
| ANDREW MARQUEZ<br>ADDRESS REDACTED | ANDREW MARROY<br>ADDRESS REDACTED | ANDREW MILLER<br>ADDRESS REDACTED |
| ANDREW PANG<br>ADDRESS REDACTED | ANDREW PARKER<br>ADDRESS REDACTED | ANDREW PRASAD<br>ADDRESS REDACTED |
| ANDREW ROCKENSTEIN<br>ADDRESS REDACTED | ANDREW SEBIAN<br>ADDRESS REDACTED | ANDREW SOLOMON<br>ADDRESS REDACTED |
| ANDREW STEPHENSON<br>ADDRESS REDACTED | ANDREW SUNBLAB<br>ADDRESS REDACTED | ANDREW SUNG<br>ADDRESS REDACTED |
| ANDREW T. LOVELL<br>ADDRESS REDACTED | ANDREW TOOL<br>ADDRESS REDACTED | ANDREW VANDYKE<br>ADDRESS REDACTED |
| ANDREW VANDYKE<br>ADDRESS REDACTED | ANDREW VANDYKE<br>ADDRESS REDACTED | ANDREW VILLA<br>ADDRESS REDACTED |
| ANDREW WALD<br>ADDRESS REDACTED | ANDRIS EZRIS<br>ADDRESS REDACTED | ANDY BALER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**                                    Served 5/22/2014

| | | |
|---|---|---|
| ANDY BARTON<br>ADDRESS REDACTED | ANDY CAMPBELL<br>ADDRESS REDACTED | ANDY HUA<br>ADDRESS REDACTED |
| ANDY KIM<br>ADDRESS REDACTED | ANDY KRIDLE<br>ADDRESS REDACTED | ANDY OH<br>ADDRESS REDACTED |
| ANDY VARRIALE<br>ADDRESS REDACTED | ANEESHA TEXIDOR<br>ADDRESS REDACTED | ANGEL  MARTINEZ<br>ADDRESS REDACTED |
| ANGEL ABERCA<br>ADDRESS REDACTED | ANGEL BEATO<br>ADDRESS REDACTED | ANGEL ESCALANTE<br>ADDRESS REDACTED |
| ANGEL FERRER<br>ADDRESS REDACTED | ANGEL LOPEZ<br>ADDRESS REDACTED | ANGEL MARTINEZ<br>ADDRESS REDACTED |
| ANGEL MEDINA<br>ADDRESS REDACTED | ANGEL TORRES<br>ADDRESS REDACTED | ANGELA CHAMPIGNY<br>ADDRESS REDACTED |
| ANGELA CHAMPIGNY<br>ADDRESS REDACTED | ANGELA CHAMPIGNY<br>ADDRESS REDACTED | ANGELA CHAMPIGNY<br>ADDRESS REDACTED |
| ANGELA CHAMPIGNY<br>ADDRESS REDACTED | ANGELA CHAVEZ<br>ADDRESS REDACTED | ANGELA DE LA CERTA<br>ADDRESS REDACTED |
| ANGELA DUNCAN<br>ADDRESS REDACTED | ANGELA J. DUNCAN<br>ADDRESS REDACTED | ANGELA KNOX<br>ADDRESS REDACTED |
| ANGELA KUNGULUS<br>ADDRESS REDACTED | ANGELA PILCHER<br>ADDRESS REDACTED | ANGELA RIVERA<br>ADDRESS REDACTED |
| ANGELA TEKELDER<br>ADDRESS REDACTED | ANGELA THACKER<br>ADDRESS REDACTED | ANGELA WEBER<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANGELBERTO ESTRADA<br>ADDRESS REDACTED | ANGELES FIGUERO<br>ADDRESS REDACTED | ANGELICA CLAROS<br>ADDRESS REDACTED |
| ANGELICA CRUZ<br>ADDRESS REDACTED | ANGELICA GALLEGOS<br>ADDRESS REDACTED | ANGELICA HERNANDEZ<br>ADDRESS REDACTED |
| ANGELICA RAMIREZ<br>ADDRESS REDACTED | ANGELICA SANDOVAL<br>ADDRESS REDACTED | ANGELICA VASQUEZ<br>ADDRESS REDACTED |
| ANGELINA CANON<br>ADDRESS REDACTED | ANGELINA FRANCISCO<br>ADDRESS REDACTED | ANGELINA HURTADO<br>ADDRESS REDACTED |
| ANGELITA GOMEZ<br>ADDRESS REDACTED | ANGELITA VICERA<br>ADDRESS REDACTED | ANGELITA VICERA<br>ADDRESS REDACTED |
| ANGELO ALBANO<br>ADDRESS REDACTED | ANGELO ARGYRIADIS<br>ADDRESS REDACTED | ANGELO BARROERO<br>ADDRESS REDACTED |
| ANGELO COLOMBO<br>ADDRESS REDACTED | ANGELO DEMMA<br>ADDRESS REDACTED | ANGELO G DELLIBOVI<br>ADDRESS REDACTED |
| ANGELO MORONNI<br>ADDRESS REDACTED | ANGELO WALKER<br>ADDRESS REDACTED | ANGIE FIORINO<br>ADDRESS REDACTED |
| ANGIE GONZALES<br>ADDRESS REDACTED | ANGIE GUTIERREZ<br>ADDRESS REDACTED | ANGIE PEREZ<br>ADDRESS REDACTED |
| ANH PHAM<br>ADDRESS REDACTED | ANH TRAN<br>ADDRESS REDACTED | ANIBAL HUERECA<br>ADDRESS REDACTED |
| ANIELKA LOPEZ<br>ADDRESS REDACTED | ANIILKUMAR PATEL<br>ADDRESS REDACTED | ANIL PATEL<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANIL VERMA<br>ADDRESS REDACTED | ANILA ROMENA<br>ADDRESS REDACTED | ANITA AGUILAR<br>ADDRESS REDACTED |
| ANITA BYRD<br>ADDRESS REDACTED | ANITA CAMPBELL<br>ADDRESS REDACTED | ANITA DIAZ<br>ADDRESS REDACTED |
| ANITA GOKEY<br>ADDRESS REDACTED | ANITA KUMAR<br>ADDRESS REDACTED | ANITA M TEMBERTON<br>ADDRESS REDACTED |
| ANITA PROVENCHER<br>ADDRESS REDACTED | ANITA REES<br>ADDRESS REDACTED | ANITA RODRIGUEZ<br>ADDRESS REDACTED |
| ANITA SALEMME<br>ADDRESS REDACTED | ANITA T. ARANDA<br>ADDRESS REDACTED | ANITA THOMSON<br>ADDRESS REDACTED |
| ANITA TURNER<br>ADDRESS REDACTED | ANJA PFLANZ<br>ADDRESS REDACTED | ANJELICA ARAUZA<br>ADDRESS REDACTED |
| ANJELICA GOMEZ<br>ADDRESS REDACTED | ANLO HOANG<br>ADDRESS REDACTED | ANN BAAR<br>ADDRESS REDACTED |
| ANN C ESPOSITO<br>ADDRESS REDACTED | ANN CHILDRESS, SHON ADAMS<br>ADDRESS REDACTED | ANN HENNINGSEN<br>ADDRESS REDACTED |
| ANN JAMES<br>ADDRESS REDACTED | ANN MARIE MANTZ<br>ADDRESS REDACTED | ANN MCCAIN<br>ADDRESS REDACTED |
| ANN MORGAN<br>ADDRESS REDACTED | ANN OSTER<br>ADDRESS REDACTED | ANN PENDARVIS<br>ADDRESS REDACTED |
| ANN RIDDALL<br>ADDRESS REDACTED | ANN ROWLAND<br>ADDRESS REDACTED | ANN TAYLOR<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| ANN WOLFE<br>ADDRESS REDACTED | ANNA  WILLSON<br>ADDRESS REDACTED | ANNA ALVAREX<br>ADDRESS REDACTED |
| ANNA BEHAN<br>ADDRESS REDACTED | ANNA CHRISTIANSEN<br>ADDRESS REDACTED | ANNA D CERVANTES<br>ADDRESS REDACTED |
| ANNA DEL CARMEN LEMUS<br>ADDRESS REDACTED | ANNA DIPIERNO<br>ADDRESS REDACTED | ANNA FORD KEELS<br>ADDRESS REDACTED |
| ANNA GONZALEZ<br>ADDRESS REDACTED | ANNA GUINN<br>ADDRESS REDACTED | ANNA HU<br>ADDRESS REDACTED |
| ANNA JUAREZ<br>ADDRESS REDACTED | ANNA KEIM<br>ADDRESS REDACTED | ANNA LANGSTON<br>ADDRESS REDACTED |
| ANNA LI<br>ADDRESS REDACTED | ANNA M BRINSER<br>ADDRESS REDACTED | ANNA MALDONADO<br>ADDRESS REDACTED |
| ANNA MARIE DENIS<br>ADDRESS REDACTED | ANNA MARTINEZ<br>ADDRESS REDACTED | ANNA NUTTING<br>ADDRESS REDACTED |
| ANNA ORTIZ<br>ADDRESS REDACTED | ANNA PEREZ<br>ADDRESS REDACTED | ANNA SABINO<br>ADDRESS REDACTED |
| ANNA SCHMIDT<br>ADDRESS REDACTED | ANNA TAVARES<br>ADDRESS REDACTED | ANNA YEUNG<br>ADDRESS REDACTED |
| ANNALIZA FRANCISCO<br>ADDRESS REDACTED | ANNE BURDICK<br>ADDRESS REDACTED | ANNE CANCILLA<br>ADDRESS REDACTED |
| ANNE E VON PAYR, & PETER VON PAYR<br>ADDRESS REDACTED | ANNE HAMILTON<br>ADDRESS REDACTED | ANNE HOLLEY<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANNE MARIE LUKIN<br>ADDRESS REDACTED | ANNE RUBIO<br>ADDRESS REDACTED | ANNE SHERMAN<br>ADDRESS REDACTED |
| ANNE SILVER<br>ADDRESS REDACTED | ANNE SILVESTRI<br>ADDRESS REDACTED | ANNE SOWLER<br>ADDRESS REDACTED |
| ANNE TROCHEZ<br>ADDRESS REDACTED | ANNE TURNER<br>ADDRESS REDACTED | ANNE WELLING BASTIAN<br>ADDRESS REDACTED |
| ANNERAL SHARP<br>ADDRESS REDACTED | ANNETTE ALDRIDGE<br>ADDRESS REDACTED | ANNETTE CURRY<br>ADDRESS REDACTED |
| ANNETTE DAVIDSON<br>ADDRESS REDACTED | ANNETTE DURNER<br>ADDRESS REDACTED | ANNETTE ELZERMAN<br>ADDRESS REDACTED |
| ANNETTE JACKSON<br>ADDRESS REDACTED | ANNETTE LILES<br>ADDRESS REDACTED | ANNETTE PREJO<br>ADDRESS REDACTED |
| ANNIE BONDS<br>ADDRESS REDACTED | ANNIE JOHNSON<br>ADDRESS REDACTED | ANNIE KAUFMAN<br>ADDRESS REDACTED |
| ANNIE MAE GAINES<br>ADDRESS REDACTED | ANNIE MCCONNELL<br>ADDRESS REDACTED | ANNIE RISHON<br>ADDRESS REDACTED |
| ANNIE SMITH<br>ADDRESS REDACTED | ANNIE STREETER & GREG STREETER<br>ADDRESS REDACTED | ANNIE SYNDER<br>ADDRESS REDACTED |
| ANNIE THOMAS<br>ADDRESS REDACTED | ANNIE TITUS<br>ADDRESS REDACTED | ANNMARIE OREILLY<br>ADDRESS REDACTED |
| ANNUMZIATA BUSSAMICH<br>ADDRESS REDACTED | ANOOP DHALIWAL<br>ADDRESS REDACTED | ANSELEMO LUNA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ANSELMO PIMENTEL<br>ADDRESS REDACTED | ANSU SUSEELAN<br>ADDRESS REDACTED | ANTANASIO MENDEZ<br>ADDRESS REDACTED |
| ANTEL LLWELLYN<br>ADDRESS REDACTED | ANTHONEY FERNAND<br>ADDRESS REDACTED | ANTHONY ANDERSON<br>ADDRESS REDACTED |
| ANTHONY BEVERLY<br>ADDRESS REDACTED | ANTHONY BODINE<br>ADDRESS REDACTED | ANTHONY BOVA<br>ADDRESS REDACTED |
| ANTHONY BURGESS<br>ADDRESS REDACTED | ANTHONY CALUB<br>ADDRESS REDACTED | ANTHONY CAROLLO<br>ADDRESS REDACTED |
| ANTHONY CATENACCI<br>ADDRESS REDACTED | ANTHONY DECESARE<br>ADDRESS REDACTED | ANTHONY DISTAULO<br>ADDRESS REDACTED |
| ANTHONY DOBER<br>ADDRESS REDACTED | ANTHONY FANGONILL<br>ADDRESS REDACTED | ANTHONY FEILLMAN<br>ADDRESS REDACTED |
| ANTHONY FIGHAMONY<br>ADDRESS REDACTED | ANTHONY FURTCH<br>ADDRESS REDACTED | ANTHONY GALLI<br>ADDRESS REDACTED |
| ANTHONY HASKIN<br>ADDRESS REDACTED | ANTHONY IGNAGNI JR<br>ADDRESS REDACTED | ANTHONY J FERRARA<br>ADDRESS REDACTED |
| ANTHONY L BELL<br>ADDRESS REDACTED | ANTHONY LAURIANO<br>ADDRESS REDACTED | ANTHONY LONGO<br>ADDRESS REDACTED |
| ANTHONY MAKINS<br>ADDRESS REDACTED | ANTHONY MASSA<br>ADDRESS REDACTED | ANTHONY MASSA JR<br>ADDRESS REDACTED |
| ANTHONY MASTRANGELO<br>ADDRESS REDACTED | ANTHONY MCCARTY RUSSEL ASHTON<br>ADDRESS REDACTED | ANTHONY MONTOYA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANTHONY PARKER<br>ADDRESS REDACTED | ANTHONY PEREZ<br>ADDRESS REDACTED | ANTHONY PERRERIA<br>ADDRESS REDACTED |
| ANTHONY PERRONE<br>ADDRESS REDACTED | ANTHONY PULSIPHER<br>ADDRESS REDACTED | ANTHONY SANCHEZ<br>ADDRESS REDACTED |
| ANTHONY T SMITH<br>ADDRESS REDACTED | ANTHONY TAYLOR<br>ADDRESS REDACTED | ANTHONY TORRES<br>ADDRESS REDACTED |
| ANTHONY TREY BROWN<br>ADDRESS REDACTED | ANTNIO PANINGUA<br>ADDRESS REDACTED | ANTOINETTE MOON<br>ADDRESS REDACTED |
| ANTOINETTE SHAW<br>ADDRESS REDACTED | ANTOIONE WILLIAMS<br>ADDRESS REDACTED | ANTON BERNHARD<br>ADDRESS REDACTED |
| ANTON BERNHARD<br>ADDRESS REDACTED | ANTONIA LOPEZ<br>ADDRESS REDACTED | ANTONIA PALAPA<br>ADDRESS REDACTED |
| ANTONIA PEREZ<br>ADDRESS REDACTED | ANTONIA ROMA<br>ADDRESS REDACTED | ANTONIA SORIA<br>ADDRESS REDACTED |
| ANTONIETA FIGUEROA<br>ADDRESS REDACTED | ANTONIETA VILLAR<br>ADDRESS REDACTED | ANTONIETTE & JOHN FLOWERS<br>ADDRESS REDACTED |
| ANTONINA ETTEARE<br>ADDRESS REDACTED | ANTONIO ALMONTE<br>ADDRESS REDACTED | ANTONIO BINLOT<br>ADDRESS REDACTED |
| ANTONIO CABRERA & CRISTINA ARREOLA<br>ADDRESS REDACTED | ANTONIO CHAVES<br>ADDRESS REDACTED | ANTONIO CHAVIRA<br>ADDRESS REDACTED |
| ANTONIO DURANTE<br>ADDRESS REDACTED | ANTONIO FERNANDEZ<br>ADDRESS REDACTED | ANTONIO GOMEZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANTONIO GONZALEZ<br>ADDRESS REDACTED | ANTONIO GUTERRIES<br>ADDRESS REDACTED | ANTONIO GUTIERREZ<br>ADDRESS REDACTED |
| ANTONIO J. ANABO<br>ADDRESS REDACTED | ANTONIO M TEJADA<br>ADDRESS REDACTED | ANTONIO MARANDA<br>ADDRESS REDACTED |
| ANTONIO MEDEIROS<br>ADDRESS REDACTED | ANTONIO MUNOZ NICOLAS<br>ADDRESS REDACTED | ANTONIO NANALISAY<br>ADDRESS REDACTED |
| ANTONIO PALACIO<br>ADDRESS REDACTED | ANTONIO RAMOS<br>ADDRESS REDACTED | ANTONIO RODRIGUEZ<br>ADDRESS REDACTED |
| ANTONIO ROSA<br>ADDRESS REDACTED | ANTONIO SILVA<br>ADDRESS REDACTED | ANTONIO THOMASSON<br>ADDRESS REDACTED |
| ANTOVI ATCHADE<br>ADDRESS REDACTED | ANWAR ZEIDI<br>ADDRESS REDACTED | ANY JOHANSON<br>ADDRESS REDACTED |
| AP AP<br>ADDRESS REDACTED | APLESH PATEL<br>ADDRESS REDACTED | APOLINAR AGUILAR<br>ADDRESS REDACTED |
| APOLINAR ANDRES<br>ADDRESS REDACTED | APPARAO INDRAGANTI<br>ADDRESS REDACTED | APPOLLONIA MARTIN<br>ADDRESS REDACTED |
| APRIL BOATMAN<br>ADDRESS REDACTED | APRIL GREEN<br>ADDRESS REDACTED | APRIL R JETTON<br>ADDRESS REDACTED |
| APRIL WILLIAMS<br>ADDRESS REDACTED | APRIL ZSERDIN<br>ADDRESS REDACTED | ARACELI DIMAS<br>ADDRESS REDACTED |
| ARACELI ESPINOCA<br>ADDRESS REDACTED | ARACELI GONZALEZ<br>ADDRESS REDACTED | ARACELI ORNELAS<br>ADDRESS REDACTED |

ARACELI TORRES
ADDRESS REDACTED

ARACELIS SANCHEZ
ADDRESS REDACTED

ARCELI VALLE
ADDRESS REDACTED

ARCENIO HERNANDEZ
ADDRESS REDACTED

ARCHANGE ORACIUS
ADDRESS REDACTED

ARCHIE ISLAS
ADDRESS REDACTED

ARCHIE L. JACKSON
ADDRESS REDACTED

ARCIDES RODRIGUEZ
ADDRESS REDACTED

ARDYN IGUEAN
ADDRESS REDACTED

AREON CALLOWAY
ADDRESS REDACTED

AREY MITES
ADDRESS REDACTED

ARIAN SOLBERG
ADDRESS REDACTED

ARIC ARNOLD
ADDRESS REDACTED

ARINOLA ADEKOLA
ADDRESS REDACTED

ARLEEN ORTIZ
ADDRESS REDACTED

ARLENE J TREICHEL
ADDRESS REDACTED

ARLENE LUGO
ADDRESS REDACTED

ARLENE SERREIRAE
ADDRESS REDACTED

ARLENE WAGENMAN
ADDRESS REDACTED

ARLENE WHITE
ADDRESS REDACTED

ARLESTER WASHINGTON
ADDRESS REDACTED

ARMAN PATEL
ADDRESS REDACTED

ARMANDA ERVIN
ADDRESS REDACTED

ARMANDO ISLAS
ADDRESS REDACTED

ARMANDO MARTINEZ
ADDRESS REDACTED

ARMANDO MEDINA
ADDRESS REDACTED

ARMANDO MENDOZA
ADDRESS REDACTED

ARMANDO MONTOYA
ADDRESS REDACTED

ARMANDO OCHOA
ADDRESS REDACTED

ARMILU BAQUIAL
ADDRESS REDACTED

ARMIN SCHLOTTERBECK
ADDRESS REDACTED

ARMINDA OJEDA
ADDRESS REDACTED

ARNEL SHAUF
ADDRESS REDACTED

| | | |
|---|---|---|
| ARNITA D HOUSTON<br>ADDRESS REDACTED | ARNOLD GARVERICK<br>ADDRESS REDACTED | ARNOLD MEW<br>ADDRESS REDACTED |
| ARNOLD ROSALES<br>ADDRESS REDACTED | ARNOLDO MOSCOSO<br>ADDRESS REDACTED | ARNUNEE ANGSIRILAVAL<br>ADDRESS REDACTED |
| ARON BUCKNELL<br>ADDRESS REDACTED | ARON L. BROCK, TERRY L. BROCK<br>ADDRESS REDACTED | ARON LOPEZ<br>ADDRESS REDACTED |
| ARRINTON HUGHES<br>ADDRESS REDACTED | ARRON CHANDLER<br>ADDRESS REDACTED | ARSHA BIBI<br>ADDRESS REDACTED |
| ARSOFILIA LIMUS<br>ADDRESS REDACTED | ART  MILLER<br>ADDRESS REDACTED | ARTENIO ANGUIANO<br>ADDRESS REDACTED |
| ARTHUR BENSON<br>ADDRESS REDACTED | ARTHUR CHATMAN<br>ADDRESS REDACTED | ARTHUR CHIN<br>ADDRESS REDACTED |
| ARTHUR COOPERBERG<br>ADDRESS REDACTED | ARTHUR COPELAND<br>ADDRESS REDACTED | ARTHUR COULTER<br>ADDRESS REDACTED |
| ARTHUR DECARLI<br>ADDRESS REDACTED | ARTHUR FONG<br>ADDRESS REDACTED | ARTHUR FRIEDMAN<br>ADDRESS REDACTED |
| ARTHUR HARRINGTON<br>ADDRESS REDACTED | ARTHUR HOFFMANN<br>ADDRESS REDACTED | ARTHUR KLEIN<br>ADDRESS REDACTED |
| ARTHUR MAYES<br>ADDRESS REDACTED | ARTHUR OHANIAN HASMIK OHANIAN<br>ADDRESS REDACTED | ARTHUR SHANNON<br>ADDRESS REDACTED |
| ARTHUR VEA<br>ADDRESS REDACTED | ARTHUR WINOKER<br>ADDRESS REDACTED | ARTIS RILEY<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**                                    Served 5/22/2014

| | | |
|---|---|---|
| ARTURO BASTIDAS<br>ADDRESS REDACTED | ARTURO CABRERA<br>ADDRESS REDACTED | ARTURO LEON<br>ADDRESS REDACTED |
| ARTURO MARTINEZ<br>ADDRESS REDACTED | ARTURO PUERTO<br>ADDRESS REDACTED | ARUN GOEL<br>ADDRESS REDACTED |
| ARVIND R. SIXTUS<br>ADDRESS REDACTED | ASHAD KHATTAK<br>ADDRESS REDACTED | ASHER SCHLUSSELBERG<br>ADDRESS REDACTED |
| ASHLEY DARGAN<br>ADDRESS REDACTED | ASHLEY DAVIS<br>ADDRESS REDACTED | ASHLEY FUDGE<br>ADDRESS REDACTED |
| ASHLEY GANT<br>ADDRESS REDACTED | ASHLEY HUMMICK<br>ADDRESS REDACTED | ASHLEY MARCINOWSKI<br>ADDRESS REDACTED |
| ASHLEY OLIVER<br>ADDRESS REDACTED | ASHLEY WARNER<br>ADDRESS REDACTED | ASHLEY WISE<br>ADDRESS REDACTED |
| ASHLIE YOAKUM<br>ADDRESS REDACTED | ASHOK DADLANI<br>ADDRESS REDACTED | ASHOK KUMAR<br>ADDRESS REDACTED |
| ASHOK PANDILLA<br>ADDRESS REDACTED | ASIA SALEH<br>ADDRESS REDACTED | ASIF MAHMUD<br>ADDRESS REDACTED |
| ASMARE TADESSE<br>ADDRESS REDACTED | ASSUNTA DELLAPENTA<br>ADDRESS REDACTED | ASTANTON ROSENBERG<br>ADDRESS REDACTED |
| ASUCENA CERNA<br>ADDRESS REDACTED | ATHENA CAUSING<br>ADDRESS REDACTED | ATHENA MACK<br>ADDRESS REDACTED |
| ATSUSHI SUGIURA<br>ADDRESS REDACTED | ATUL PATEL<br>ADDRESS REDACTED | ATUL PATEL<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| AUBERY MAYFEILD<br>ADDRESS REDACTED | AUBREY DONDAS<br>ADDRESS REDACTED | AUBREY MASON<br>ADDRESS REDACTED |
| AUCENCIA HERNANDEZ<br>ADDRESS REDACTED | AUDELIA VASQUEZ<br>ADDRESS REDACTED | AUDRA OTRADOVEC<br>ADDRESS REDACTED |
| AUDREY HATCH<br>ADDRESS REDACTED | AUDREY OBRIEN<br>ADDRESS REDACTED | AUGUST ENDERLIN<br>ADDRESS REDACTED |
| AUGUST GALVIN<br>ADDRESS REDACTED | AUGUSTIN FLORE<br>ADDRESS REDACTED | AUGUSTINE  NEBUWA<br>ADDRESS REDACTED |
| AUGUSTINE MARIANO<br>ADDRESS REDACTED | AUPRIE FERNANDEZ<br>ADDRESS REDACTED | AUREL CIMPOAIE<br>ADDRESS REDACTED |
| AURELIA R SANTIAGO<br>ADDRESS REDACTED | AURELIO CARVALHO<br>ADDRESS REDACTED | AURELIO ORQIZ<br>ADDRESS REDACTED |
| AURLAND JACKSON<br>ADDRESS REDACTED | AURON LOUISELL<br>ADDRESS REDACTED | AURORA CONTRERAS<br>ADDRESS REDACTED |
| AURORA MANGIONE<br>ADDRESS REDACTED | AURTHER DECARLI<br>ADDRESS REDACTED | AURTHER DECARLI<br>ADDRESS REDACTED |
| AUSENCIO AGUAYO<br>ADDRESS REDACTED | AUSHIA ALWARD<br>ADDRESS REDACTED | AUSTIN FORDORD<br>ADDRESS REDACTED |
| AUSTIN VEALE<br>ADDRESS REDACTED | AUSTREBERTA MARTINEZ<br>ADDRESS REDACTED | AUTAIWAN PRASERTSIL<br>ADDRESS REDACTED |
| AVE INABINET<br>ADDRESS REDACTED | AVELINA SUAREZ TRUJILLO<br>ADDRESS REDACTED | AVERETT MARKHAM<br>ADDRESS REDACTED |

AVIKASH SINGH
ADDRESS REDACTED

AVILIO CHUN
ADDRESS REDACTED

AVINESH CHAND
ADDRESS REDACTED

AVIS T.  HARDEN
ADDRESS REDACTED

AVONA NAVARRO
ADDRESS REDACTED

AVRAM SIEGEL
ADDRESS REDACTED

AXEL SCHEFFLER
ADDRESS REDACTED

AYHAN YILDIRIM
ADDRESS REDACTED

AYMAN DAJALI
ADDRESS REDACTED

AZIZAH SMITH
ADDRESS REDACTED

AZUCENA MENCHAVEZ
ADDRESS REDACTED

AZUCENA ROMERO
ADDRESS REDACTED

AZUSANA WEBBER
ADDRESS REDACTED

B A. GIORGI
ADDRESS REDACTED

BABETTE NIXON
ADDRESS REDACTED

BABUBHAI PATEL
ADDRESS REDACTED

BAIBA LEJINS
ADDRESS REDACTED

BALBIR KAUR
ADDRESS REDACTED

BALDEV SINGH
ADDRESS REDACTED

BALWANT SINGH
ADDRESS REDACTED

BANDELE ADEYEMI-ZNIDA RCIC
ADDRESS REDACTED

BANDITH MAM
ADDRESS REDACTED

BANJINDER KAUR
ADDRESS REDACTED

BANK OF  CAPE COD
ADDRESS REDACTED

BANKIM RANA
ADDRESS REDACTED

BARB TAGGART
ADDRESS REDACTED

BARBARA A SHARP
ADDRESS REDACTED

BARBARA ALGERI
ADDRESS REDACTED

BARBARA BANEZ
ADDRESS REDACTED

BARBARA BERTOLATUS
ADDRESS REDACTED

BARBARA BREWER
ADDRESS REDACTED

BARBARA BUTLER
ADDRESS REDACTED

BARBARA BUTLER
ADDRESS REDACTED

| | | |
|---|---|---|
| BARBARA BYE<br>ADDRESS REDACTED | BARBARA DALPINO<br>ADDRESS REDACTED | BARBARA DEWIND<br>ADDRESS REDACTED |
| BARBARA DORDA<br>ADDRESS REDACTED | BARBARA DOTTS<br>ADDRESS REDACTED | BARBARA ETSTEIN<br>ADDRESS REDACTED |
| BARBARA F. SCOTT<br>ADDRESS REDACTED | BARBARA FITZGERALD<br>ADDRESS REDACTED | BARBARA FLORES<br>ADDRESS REDACTED |
| BARBARA GARCIA<br>ADDRESS REDACTED | BARBARA GIBBSON<br>ADDRESS REDACTED | BARBARA GRAHAM<br>ADDRESS REDACTED |
| BARBARA GRASS<br>ADDRESS REDACTED | BARBARA HEMENEZ<br>ADDRESS REDACTED | BARBARA J. MCNEAL<br>ADDRESS REDACTED |
| BARBARA LOAUREL<br>ADDRESS REDACTED | BARBARA MALINA<br>ADDRESS REDACTED | BARBARA MARION<br>ADDRESS REDACTED |
| BARBARA MCKENNA<br>ADDRESS REDACTED | BARBARA MIRANDA<br>ADDRESS REDACTED | BARBARA MULHER<br>ADDRESS REDACTED |
| BARBARA MULLENDORE<br>ADDRESS REDACTED | BARBARA PACE<br>ADDRESS REDACTED | BARBARA PARMER<br>ADDRESS REDACTED |
| BARBARA PERRY<br>ADDRESS REDACTED | BARBARA PHILPOT<br>ADDRESS REDACTED | BARBARA RILEY<br>ADDRESS REDACTED |
| BARBARA ROSE<br>ADDRESS REDACTED | BARBARA ROZANSKI<br>ADDRESS REDACTED | BARBARA SCHENO<br>ADDRESS REDACTED |
| BARBARA SLEMISTER<br>ADDRESS REDACTED | BARBARA SMITH<br>ADDRESS REDACTED | BARBARA STIGALL<br>ADDRESS REDACTED |

BARBARA SWEET
ADDRESS REDACTED

BARBARA WALLACE
ADDRESS REDACTED

BARBARA WILLIAMS
ADDRESS REDACTED

BARBARA WILSON
ADDRESS REDACTED

BARBARA WISCH
ADDRESS REDACTED

BARBARO ROMERO
ADDRESS REDACTED

BARBER PASHA
ADDRESS REDACTED

BARBRA PARKIN
ADDRESS REDACTED

BARDIA SHIRAZI
ADDRESS REDACTED

BARNEY NICHOLSON
ADDRESS REDACTED

BARRY BLACKMORE
ADDRESS REDACTED

BARRY DAVILMAN
ADDRESS REDACTED

BARRY E BLYTHE
ADDRESS REDACTED

BARRY HERRERA
ADDRESS REDACTED

BARRY JACKSON
ADDRESS REDACTED

BARRY L KO
ADDRESS REDACTED

BARRY LUDWIG
ADDRESS REDACTED

BARRY N OXENRIDER
ADDRESS REDACTED

BARRY PRESCOTT
ADDRESS REDACTED

BARRY W JOHNSTON
ADDRESS REDACTED

BARRY WETRIN
ADDRESS REDACTED

BART ALEXANDER
ADDRESS REDACTED

BARTH MILLER
ADDRESS REDACTED

BARTOLO SANTAMARA
ADDRESS REDACTED

BASIKIA RIVERA
ADDRESS REDACTED

BASILIO REYNA
ADDRESS REDACTED

BAUDEL RAMIREZ
ADDRESS REDACTED

BEATA EDELINE
ADDRESS REDACTED

BEATRICE DULEN
ADDRESS REDACTED

BEATRICE FREID
ADDRESS REDACTED

BEATRICE KANTACK
ADDRESS REDACTED

BEATRICE SCHIMEL
ADDRESS REDACTED

BEATRICE STORM
ADDRESS REDACTED

BEATRICE VALENT
ADDRESS REDACTED

BEATRIZ ESQUEDA
ADDRESS REDACTED

BEATRIZE HERNANDEZ
ADDRESS REDACTED

BECKY AFENDOULIS
ADDRESS REDACTED

BECKY J STUTZMAN
ADDRESS REDACTED

BECKY MEYDAM
ADDRESS REDACTED

BECKY VETTER
ADDRESS REDACTED

BEE WAH LAM
ADDRESS REDACTED

BELICIA VEGA
ADDRESS REDACTED

BELINDA BANBUREN
ADDRESS REDACTED

BELINDA LEVETT
ADDRESS REDACTED

BELINDA WASHINGTON
ADDRESS REDACTED

BELLA CUBILLO
ADDRESS REDACTED

BELTON HARRIS
ADDRESS REDACTED

BEN BUSTOS
ADDRESS REDACTED

BEN ERBERT
ADDRESS REDACTED

BEN I HIGA JR
ADDRESS REDACTED

BEN MALLAH
ADDRESS REDACTED

BEN MUGAR
ADDRESS REDACTED

BEN RUPERT
ADDRESS REDACTED

BEN SHELL
ADDRESS REDACTED

BEN TSURUMOTO
ADDRESS REDACTED

BEN VARGAS
ADDRESS REDACTED

BEN WANG
ADDRESS REDACTED

BENISI NIUPALAU
ADDRESS REDACTED

BENITO CAVAVOS
ADDRESS REDACTED

BENITO SANTIAGO
ADDRESS REDACTED

BENITO VEGA
ADDRESS REDACTED

BENJAMAN WURM
ADDRESS REDACTED

BENJAMIN  HERBST
ADDRESS REDACTED

BENJAMIN CIRLIN
ADDRESS REDACTED

BENJAMIN DICUS
ADDRESS REDACTED

BENJAMIN EISELE
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**                                    Served 5/22/2014

| | | |
|---|---|---|
| BENJAMIN GOODWIN<br>ADDRESS REDACTED | BENJAMIN HEZEROH<br>ADDRESS REDACTED | BENJAMIN KOWALSKI<br>ADDRESS REDACTED |
| BENJAMIN KURLENDA<br>ADDRESS REDACTED | BENJAMIN LOPEZ<br>ADDRESS REDACTED | BENJAMIN REDDISH JR.<br>ADDRESS REDACTED |
| BENJAMIN REYES<br>ADDRESS REDACTED | BENJAMIN REYES<br>ADDRESS REDACTED | BENJAMIN S MILLER<br>ADDRESS REDACTED |
| BENJAMIN SCOTT<br>ADDRESS REDACTED | BENJAMIN SILVA<br>ADDRESS REDACTED | BENNETTE GAY<br>ADDRESS REDACTED |
| BENNIE EDWARD PRICE<br>ADDRESS REDACTED | BENNY PULICE<br>ADDRESS REDACTED | BEP R. ZAMBONIN<br>ADDRESS REDACTED |
| BERENICE ORTIZ<br>ADDRESS REDACTED | BERENICE VELDZ<br>ADDRESS REDACTED | BERNABE PANTOJA<br>ADDRESS REDACTED |
| BERNABE ZAMBRANO<br>ADDRESS REDACTED | BERNADETTE & BERNARD WAY<br>ADDRESS REDACTED | BERNADETTE A. MACK<br>ADDRESS REDACTED |
| BERNADETTE LANOUE<br>ADDRESS REDACTED | BERNADETTE MARIN<br>ADDRESS REDACTED | BERNADETTE SANCHEZ<br>ADDRESS REDACTED |
| BERNADETTE TEIXEIRA<br>ADDRESS REDACTED | BERNADINA LOMANTA<br>ADDRESS REDACTED | BERNARD J ENDA<br>ADDRESS REDACTED |
| BERNARD JR. MORRIS<br>ADDRESS REDACTED | BERNARD M SMULLIN<br>ADDRESS REDACTED | BERNARD ODDING<br>ADDRESS REDACTED |
| BERNARD OTTOVICH<br>ADDRESS REDACTED | BERNARD WOOD<br>ADDRESS REDACTED | BERNARDINO GARCIA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| BERNICE GONZALEZ<br>ADDRESS REDACTED | BERNICE MCDONALD<br>ADDRESS REDACTED | BERNICE SENA<br>ADDRESS REDACTED |
| BERNICE STRAYHORN<br>ADDRESS REDACTED | BERNIE N BARTOLOME<br>ADDRESS REDACTED | BERNON L JAKUBIAK<br>ADDRESS REDACTED |
| BERRY SPOCKLE<br>ADDRESS REDACTED | BERT QUINT<br>ADDRESS REDACTED | BERTHA FRAUSTO<br>ADDRESS REDACTED |
| BERTHA L MORFIN<br>ADDRESS REDACTED | BERTHA M NESBY<br>ADDRESS REDACTED | BERTHA WHITE<br>ADDRESS REDACTED |
| BERTOLDO CASTRO<br>ADDRESS REDACTED | BESEEMAH BRUTON<br>ADDRESS REDACTED | BESS HO<br>ADDRESS REDACTED |
| BESSIE PIERCE<br>ADDRESS REDACTED | BESSIE SMITH<br>ADDRESS REDACTED | BESSIE WESISS<br>ADDRESS REDACTED |
| BEST WESTERN  BAY HARBOR HOTEL<br>ADDRESS REDACTED | BEST WESTERN  BAY HARBOR HOTEL<br>ADDRESS REDACTED | BESTY REEVES<br>ADDRESS REDACTED |
| BETH CAMPODONCO<br>ADDRESS REDACTED | BETH L. SAMMIS<br>ADDRESS REDACTED | BETH MCCLURE<br>ADDRESS REDACTED |
| BETH MCREYNOLDS<br>ADDRESS REDACTED | BETH MOFFATT<br>ADDRESS REDACTED | BETH RILEY<br>ADDRESS REDACTED |
| BETH VELTRI<br>ADDRESS REDACTED | BETH VISSER<br>ADDRESS REDACTED | BETH/GERALD HAYDEN<br>ADDRESS REDACTED |
| BETHANI SCHEURICH<br>ADDRESS REDACTED | BETHANY  CAMARA<br>ADDRESS REDACTED | BETHUEL B GOOBRIDGE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

BETSY ADAMS
ADDRESS REDACTED

BETSY ROSS
ADDRESS REDACTED

BETTE MUNIZ
ADDRESS REDACTED

BETTI IRSAK
ADDRESS REDACTED

BETTY BISHOP
ADDRESS REDACTED

BETTY CLARK
ADDRESS REDACTED

BETTY DAVIS
ADDRESS REDACTED

BETTY F LEE
ADDRESS REDACTED

BETTY HICKS
ADDRESS REDACTED

BETTY HUEY
ADDRESS REDACTED

BETTY HUNT
ADDRESS REDACTED

BETTY J  GARNER
ADDRESS REDACTED

BETTY J ESTRABA
ADDRESS REDACTED

BETTY J THOMPSON
ADDRESS REDACTED

BETTY J. WADDELLL
ADDRESS REDACTED

BETTY KAUER
ADDRESS REDACTED

BETTY KELLER
ADDRESS REDACTED

BETTY LANFRI
ADDRESS REDACTED

BETTY LARISON
ADDRESS REDACTED

BETTY MCFARLANE
ADDRESS REDACTED

BETTY MURRAY
ADDRESS REDACTED

BETTY OSWALD
ADDRESS REDACTED

BETTY PILKAY
ADDRESS REDACTED

BETTY SLEMING
ADDRESS REDACTED

BETTY STEENWYK
ADDRESS REDACTED

BETTY STELLABOTT
ADDRESS REDACTED

BETTY VARGAS
ADDRESS REDACTED

BETTY VENESIO
ADDRESS REDACTED

BETTY WALTON
ADDRESS REDACTED

BETUNE BANNEL
ADDRESS REDACTED

BEVERL Y. HAYES
ADDRESS REDACTED

BEVERLY A DAY
ADDRESS REDACTED

BEVERLY ANDERSON
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

BEVERLY BARR
ADDRESS REDACTED

BEVERLY CARPENTER
ADDRESS REDACTED

BEVERLY CLAYTON-WILLIAMS
ADDRESS REDACTED

BEVERLY EDWARDS
ADDRESS REDACTED

BEVERLY GESSEL
ADDRESS REDACTED

BEVERLY HOFFMAN
ADDRESS REDACTED

BEVERLY HONEYGHAN
ADDRESS REDACTED

BEVERLY MARCIEL
ADDRESS REDACTED

BEVERLY MINO
ADDRESS REDACTED

BEVERLY R. HAVERKAMP
ADDRESS REDACTED

BEVERLY ROBINSON
ADDRESS REDACTED

BEVERLY SILAGI
ADDRESS REDACTED

BEVERLY SLOAN
ADDRESS REDACTED

BEVERLY TRUJILLO
ADDRESS REDACTED

BEVERLY VILES
ADDRESS REDACTED

BEVERLY WILLETT
ADDRESS REDACTED

BEVERLY WILLIS
ADDRESS REDACTED

BEVLYN RUSHING
ADDRESS REDACTED

BEYANT FINGH
ADDRESS REDACTED

BGE
ADDRESS REDACTED

BHAGAVANBAS  PATEL
ADDRESS REDACTED

BHAGESH (BOB) PATEL
ADDRESS REDACTED

BHARAL PATEL
ADDRESS REDACTED

BHUPENDRABHAI MISTRY
ADDRESS REDACTED

BIANCA FERRUFINO
ADDRESS REDACTED

BIELINDA  EDMONDS
ADDRESS REDACTED

BIENVENIDO DELLROSARIO
ADDRESS REDACTED

BILAZONZ SIHARATH
ADDRESS REDACTED

BILL  COLTER
ADDRESS REDACTED

BILL BAGNELL
ADDRESS REDACTED

BILL FROLING
ADDRESS REDACTED

BILL HOEKSEMA
ADDRESS REDACTED

BILL HOEKSEMA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| BILL HOEKSEMA<br>ADDRESS REDACTED | BILL LAKIN<br>ADDRESS REDACTED | BILL LEWIS<br>ADDRESS REDACTED |
| BILL LOMBORDI<br>ADDRESS REDACTED | BILL MAYER<br>ADDRESS REDACTED | BILL RATH<br>ADDRESS REDACTED |
| BILL SALMON<br>ADDRESS REDACTED | BILL SCHAEFER<br>ADDRESS REDACTED | BILL SPANGLER<br>ADDRESS REDACTED |
| BILL STEWART<br>ADDRESS REDACTED | BILL THOMPSON<br>ADDRESS REDACTED | BILL VADAKIN<br>ADDRESS REDACTED |
| BILL WHITE<br>ADDRESS REDACTED | BILL WIENERS<br>ADDRESS REDACTED | BILLIE JACINTO<br>ADDRESS REDACTED |
| BILLIE R. CAPAUL<br>ADDRESS REDACTED | BILLY BURDEN<br>ADDRESS REDACTED | BILLY POLK<br>ADDRESS REDACTED |
| BILLY W MATLOCK<br>ADDRESS REDACTED | BIN HUANG<br>ADDRESS REDACTED | BINH TRUONG<br>ADDRESS REDACTED |
| BINLA SINGH<br>ADDRESS REDACTED | BIONELIS DEJESUS NUNEZ<br>ADDRESS REDACTED | BJ MORRISON<br>ADDRESS REDACTED |
| BLAIR HANSEN<br>ADDRESS REDACTED | BLAISE MORGAN<br>ADDRESS REDACTED | BLANCA ALVARADO<br>ADDRESS REDACTED |
| BLANCA CERVANTES<br>ADDRESS REDACTED | BLANCA ESTELA GARCIA<br>ADDRESS REDACTED | BLANCA NORIGEA<br>ADDRESS REDACTED |
| BLANCA RODRIGUEZ<br>ADDRESS REDACTED | BLANCA RODRIGUEZ<br>ADDRESS REDACTED | BLANCHE CORGIAT<br>ADDRESS REDACTED |

BLANCHE JURADO
ADDRESS REDACTED

BLANCHE M BROUILLARD
ADDRESS REDACTED

BLIA LEE
ADDRESS REDACTED

BO QUACH
ADDRESS REDACTED

BOB  BERG
ADDRESS REDACTED

BOB BENNETT
ADDRESS REDACTED

BOB CUMMINS
ADDRESS REDACTED

BOB CUMMINS
ADDRESS REDACTED

BOB D'UVA
ADDRESS REDACTED

BOB GUILIANI
ADDRESS REDACTED

BOB HOFFMAN
ADDRESS REDACTED

BOB KEESLER
ADDRESS REDACTED

BOB LEVEILLEE
ADDRESS REDACTED

BOB LURKER
ADDRESS REDACTED

BOB MEDERES
ADDRESS REDACTED

BOB MILLEY
ADDRESS REDACTED

BOB NEILY
ADDRESS REDACTED

BOB OHEA
ADDRESS REDACTED

BOB PATEL
ADDRESS REDACTED

BOB RICE
ADDRESS REDACTED

BOB ROSENBERG
ADDRESS REDACTED

BOB SCHOPPMANN
ADDRESS REDACTED

BOB SIEGWALD
ADDRESS REDACTED

BOB TEKIP
ADDRESS REDACTED

BOB THAYER
ADDRESS REDACTED

BOB THAYER
ADDRESS REDACTED

BOB TORE
ADDRESS REDACTED

BOB WERNER
ADDRESS REDACTED

BOB WINTERS
ADDRESS REDACTED

BOBBIE APPLEGEN
ADDRESS REDACTED

BOBBIE BLAIR
ADDRESS REDACTED

BOBBIE D BEST
ADDRESS REDACTED

BOBBIE JEAN SMITH
ADDRESS REDACTED

| | | |
|---|---|---|
| BOBBIE SULLIVAN<br>ADDRESS REDACTED | BOBBY GRAY<br>ADDRESS REDACTED | BOBBY J DAVIS<br>ADDRESS REDACTED |
| BOBBY PATARA<br>ADDRESS REDACTED | BOBBY SINGH<br>ADDRESS REDACTED | BOBBY WATSON<br>ADDRESS REDACTED |
| BOBBY WILSON<br>ADDRESS REDACTED | BOEUNG PRUM<br>ADDRESS REDACTED | BOLESLAW JANKOWSKI<br>ADDRESS REDACTED |
| BOLLIE BOLLENBACH<br>ADDRESS REDACTED | BONIFACIO GOBEA<br>ADDRESS REDACTED | BONITA MATTI<br>ADDRESS REDACTED |
| BONNIE CIANO<br>ADDRESS REDACTED | BONNIE LEWIS<br>ADDRESS REDACTED | BONNIE MORRIS<br>ADDRESS REDACTED |
| BONNIE YATES<br>ADDRESS REDACTED | BONNIE YEE<br>ADDRESS REDACTED | BONNY DEPOYSGER<br>ADDRESS REDACTED |
| BONY TABAYOYONG<br>ADDRESS REDACTED | BORIS KATCHKO<br>ADDRESS REDACTED | BORIS RAPOPORT<br>ADDRESS REDACTED |
| BOUNTHAI SISAVAT<br>ADDRESS REDACTED | BOUNTHENG SAITRASERT<br>ADDRESS REDACTED | BOYT JOHNSON<br>ADDRESS REDACTED |
| BRAD  WILCOX<br>ADDRESS REDACTED | BRAD  WILCOX<br>ADDRESS REDACTED | BRAD ANDERSON<br>ADDRESS REDACTED |
| BRAD HUBER<br>ADDRESS REDACTED | BRAD KIMMEY<br>ADDRESS REDACTED | BRAD KISSLER<br>ADDRESS REDACTED |
| BRAD MOONEY<br>ADDRESS REDACTED | BRAD SAMMUT<br>ADDRESS REDACTED | BRAD THOMPSON<br>ADDRESS REDACTED |

BRAD WILLIAMS
ADDRESS REDACTED

BRADFORD  JOHNSON
ADDRESS REDACTED

BRADLEY  GRAY
ADDRESS REDACTED

BRADLEY FOSTER
ADDRESS REDACTED

BRADLEY HODGDON
ADDRESS REDACTED

BRAIN  THOMAY
ADDRESS REDACTED

BRAIN SMITH
ADDRESS REDACTED

BRANDI SMITH
ADDRESS REDACTED

BRANDIE HOUSTON-BROWN
ADDRESS REDACTED

BRANDOM BERCOVICH
ADDRESS REDACTED

BRANDON BADEL
ADDRESS REDACTED

BRANDON BEASLEY
ADDRESS REDACTED

BRANDON BERG
ADDRESS REDACTED

BRANDON CECCHETTI
ADDRESS REDACTED

BRANDON CHANEY
ADDRESS REDACTED

BRANDON COLE
ADDRESS REDACTED

BRANDON FLOYD
ADDRESS REDACTED

BRANDON J BRIGGS
ADDRESS REDACTED

BRANDON LEHR
ADDRESS REDACTED

BRANDON MCEUEN
ADDRESS REDACTED

BRANDON T VALES
ADDRESS REDACTED

BRANDON WHEELER
ADDRESS REDACTED

BRANDON WONG
ADDRESS REDACTED

BRANDY MANO
ADDRESS REDACTED

BRANDY MINER
ADDRESS REDACTED

BRANDY PEDERSEN
ADDRESS REDACTED

BRANDY RICE
ADDRESS REDACTED

BRANKO FTOJAKVIC
ADDRESS REDACTED

BRANNIN CLARK
ADDRESS REDACTED

BRANNON FREY
ADDRESS REDACTED

BRAT  FINZEL
ADDRESS REDACTED

BRAULIO ALFARO
ADDRESS REDACTED

BREANNA GARCIA- LADIANA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| BRENDA ANDERSON<br>ADDRESS REDACTED | BRENDA BANTADOS MICHAEL DELACRUZ<br>ADDRESS REDACTED | BRENDA BRYANT<br>ADDRESS REDACTED |
| BRENDA CAMACHO<br>ADDRESS REDACTED | BRENDA CREEGER<br>ADDRESS REDACTED | BRENDA D ROBERTS<br>ADDRESS REDACTED |
| BRENDA DONNELLY<br>ADDRESS REDACTED | BRENDA F. NORRIS<br>ADDRESS REDACTED | BRENDA GEREMSKI<br>ADDRESS REDACTED |
| BRENDA HOGG<br>ADDRESS REDACTED | BRENDA JACKSON<br>ADDRESS REDACTED | BRENDA JOHNSON<br>ADDRESS REDACTED |
| BRENDA JONES<br>ADDRESS REDACTED | BRENDA L ROCHA<br>ADDRESS REDACTED | BRENDA LEWIS<br>ADDRESS REDACTED |
| BRENDA LLAMA ECKART<br>ADDRESS REDACTED | BRENDA SMITH<br>ADDRESS REDACTED | BRENDA VANDERLEE<br>ADDRESS REDACTED |
| BRENDAN CORBETT<br>ADDRESS REDACTED | BRENDAN FITZHARRIS<br>ADDRESS REDACTED | BRENDAN FITZHARRIS<br>ADDRESS REDACTED |
| BRENDAN FITZHARRIS<br>ADDRESS REDACTED | BRENDAN MADDEN<br>ADDRESS REDACTED | BRENDAN SULLIVAN<br>ADDRESS REDACTED |
| BRENICE GREEN<br>ADDRESS REDACTED | BRENT CORK<br>ADDRESS REDACTED | BRENT LINGENFELTER<br>ADDRESS REDACTED |
| BRENT N SOULIS<br>ADDRESS REDACTED | BRENTON COUNTRY<br>ADDRESS REDACTED | BRET DOVE<br>ADDRESS REDACTED |
| BRETT HENRY<br>ADDRESS REDACTED | BRIA PASSEY<br>ADDRESS REDACTED | BRIAN  ANDRADE<br>ADDRESS REDACTED |

| BRIAN ANDRADE | BRIAN ANDRADE | BRIAN ANDRADE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN DUMONT | BRIAN KIM | BRIAN PACQUETTE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN SHELLE | BRIAN ANDERSON | BRIAN BANNASCH |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN BENOIT | BRIAN BOYER | BRIAN BRETTON |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN BRISTOL | BRIAN BRISTOL | BRIAN CARDEN |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN CAULFIELD | BRIAN CHENG | BRIAN CHRIS |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN COMEAU | BRIAN CROWLEY | BRIAN DANA |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN DANE | BRIAN DAVIES | BRIAN DELANO |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN DENNIS GIBBONS | BRIAN DUBOIS JENNIFER DUBOIS | BRIAN DUMONT |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN DUMONT | BRIAN DUMONT | BRIAN ELLIS |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| BRIAN FAIERMAN | BRIAN HARLIN | BRIAN HOERTH |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

BRIAN J PALUMBO &TRACY A PALUMBO
ADDRESS REDACTED

BRIAN J. FRYLING
ADDRESS REDACTED

BRIAN JONES
ADDRESS REDACTED

BRIAN K SMITH
ADDRESS REDACTED

BRIAN LAWRENCE CAROL PAIGE
ADDRESS REDACTED

BRIAN LEIPNER
ADDRESS REDACTED

BRIAN MARUCA
ADDRESS REDACTED

BRIAN MELVEN
ADDRESS REDACTED

BRIAN NUNEZ
ADDRESS REDACTED

BRIAN PEACOCK
ADDRESS REDACTED

BRIAN PETERS
ADDRESS REDACTED

BRIAN POPE
ADDRESS REDACTED

BRIAN PUTNAM
ADDRESS REDACTED

BRIAN S THOMPSON
ADDRESS REDACTED

BRIAN SHOTT
ADDRESS REDACTED

BRIAN SIEMERS
ADDRESS REDACTED

BRIAN SMITH
ADDRESS REDACTED

BRIAN SOMMERS
ADDRESS REDACTED

BRIAN SOMMERS
ADDRESS REDACTED

BRIAN SOMMERS
ADDRESS REDACTED

BRIAN SOMMERS
ADDRESS REDACTED

BRIAN UMBELINA
ADDRESS REDACTED

BRIAN VANNIEUWENHOVEN
ADDRESS REDACTED

BRIAN VINCENT
ADDRESS REDACTED

BRIAN WAITE
ADDRESS REDACTED

BRIAN WILDEBOER
ADDRESS REDACTED

BRIAN YEE
ADDRESS REDACTED

BRIANA CARRILLO
ADDRESS REDACTED

BRIANA EDWARDS
ADDRESS REDACTED

BRIANA HAYES
ADDRESS REDACTED

BRIANNA BOURGEOIS
ADDRESS REDACTED

BRIDGETTE KEENAN
ADDRESS REDACTED

BRIDIGA ZARAGOZA
ADDRESS REDACTED

BRIGHT OMOMA
ADDRESS REDACTED

BRIGITTE COUSINS
ADDRESS REDACTED

BRIJESH PATEL
ADDRESS REDACTED

BRIJESH PATEL
ADDRESS REDACTED

BRION CARTWRIGHT
ADDRESS REDACTED

BRITTANIA CAVERO
ADDRESS REDACTED

BRITTANY BOWEN
ADDRESS REDACTED

BRITTANY PEARLMAN SARAH MCCABE
ADDRESS REDACTED

BROCK ACKERMAN
ADDRESS REDACTED

BROOK WOOD
ADDRESS REDACTED

BROOKE HARRIS
ADDRESS REDACTED

BROOKE MEIMER
ADDRESS REDACTED

BROOKE WOODARD
ADDRESS REDACTED

BRUCE  ZARETT
ADDRESS REDACTED

BRUCE  ZARETT
ADDRESS REDACTED

BRUCE & KATHLEEN VAN ETTEN
ADDRESS REDACTED

BRUCE A. KELLER
ADDRESS REDACTED

BRUCE BAGDAZIAN
ADDRESS REDACTED

BRUCE BRAZIL
ADDRESS REDACTED

BRUCE D MACLEAN
ADDRESS REDACTED

BRUCE D VALENCIA
ADDRESS REDACTED

BRUCE E RISTER
ADDRESS REDACTED

BRUCE E STANTON
ADDRESS REDACTED

BRUCE FINISTER
ADDRESS REDACTED

BRUCE JOHNSON
ADDRESS REDACTED

BRUCE KROUSKOP
ADDRESS REDACTED

BRUCE OWSIAK
ADDRESS REDACTED

BRUCE QUTERMOUS
ADDRESS REDACTED

BRUCE REED
ADDRESS REDACTED

BRUCE RENNIE
ADDRESS REDACTED

BRUCE ROBERTSON
ADDRESS REDACTED

BRUCE ROBINSON
ADDRESS REDACTED

BRUCE SPOON
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| BRUCE STARR<br>ADDRESS REDACTED | BRUCE TISDALE<br>ADDRESS REDACTED | BRUNO BRUNATTI<br>ADDRESS REDACTED |
| BRYAN A DUNCAN<br>ADDRESS REDACTED | BRYAN ANDERSEN<br>ADDRESS REDACTED | BRYAN DEGROOT<br>ADDRESS REDACTED |
| BRYAN EVANS<br>ADDRESS REDACTED | BRYAN MCCORMACK<br>ADDRESS REDACTED | BRYAN MORRISEY<br>ADDRESS REDACTED |
| BRYAN NESSHAM<br>ADDRESS REDACTED | BRYAN PATRICK LOLMAUGH<br>ADDRESS REDACTED | BRYAN PATRICK LOLMAUGH<br>ADDRESS REDACTED |
| BRYANT KNIBBS<br>ADDRESS REDACTED | BRYCE MCDONALD<br>ADDRESS REDACTED | BUD SHOUST<br>ADDRESS REDACTED |
| BUN YUEN<br>ADDRESS REDACTED | BUNNA HANG<br>ADDRESS REDACTED | BURCH AND BARLEY CHURCHKEY<br>ADDRESS REDACTED |
| BURKE STORTI<br>ADDRESS REDACTED | BURL E SMITH<br>ADDRESS REDACTED | BURNELL T. WILLAMS<br>ADDRESS REDACTED |
| BURT FINK<br>ADDRESS REDACTED | BUSAYO ALABI<br>ADDRESS REDACTED | BYRON JONES<br>ADDRESS REDACTED |
| BYRON KIRKENDOLL<br>ADDRESS REDACTED | BYRON MATTHEWS<br>ADDRESS REDACTED | BYRON VONTHAL<br>ADDRESS REDACTED |
| C L SHAW<br>ADDRESS REDACTED | C MAXWELL<br>ADDRESS REDACTED | C N SOMMERS<br>ADDRESS REDACTED |
| C/O  CONSERVICE<br>ADDRESS REDACTED | C/O  CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED | C/O CONSERVICE<br>ADDRESS REDACTED |
| C/O CONSERVICE<br>ADDRESS REDACTED | C/O ECOVA MS 4022<br>ADDRESS REDACTED | C/O INNOVATIVE MANAGEMENT<br>ADDRESS REDACTED |
| C/O NAI DILEO-BRAM PROPERTY MGMT<br>ADDRESS REDACTED | CAESAR PAISO<br>ADDRESS REDACTED | CALETTE WASHINGTON<br>ADDRESS REDACTED |
| CALLIE HOGALE<br>ADDRESS REDACTED | CALLY CANALES<br>ADDRESS REDACTED | CALVARY LUTHERAN CHURCH<br>ADDRESS REDACTED |
| CALVIN GOWARD<br>ADDRESS REDACTED | CALVIN KING<br>ADDRESS REDACTED | CAM VOONG<br>ADDRESS REDACTED |
| CAMELIA BROWN<br>ADDRESS REDACTED | CAMERINA LOPEZ<br>ADDRESS REDACTED | CAMERON F. METCALF<br>ADDRESS REDACTED |
| CAMERON NEULEN<br>ADDRESS REDACTED | CAMILE COVEL<br>ADDRESS REDACTED | CAMILLE COOPER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| CAMILLE OLIVER<br>ADDRESS REDACTED | CAMILLE PASSLER<br>ADDRESS REDACTED | CAMILO TASRANO<br>ADDRESS REDACTED |
| CANDELARIO SANDOVAL<br>ADDRESS REDACTED | CANDICE GONZALEZ<br>ADDRESS REDACTED | CANDICE JOHNSON<br>ADDRESS REDACTED |
| CANDY JOHNSON<br>ADDRESS REDACTED | CAP DANG<br>ADDRESS REDACTED | CARALYN DEVITO<br>ADDRESS REDACTED |
| CARI LEWIS<br>ADDRESS REDACTED | CARINA AROQUE<br>ADDRESS REDACTED | CARL BERGER<br>ADDRESS REDACTED |
| CARL BORBONS<br>ADDRESS REDACTED | CARL ESSEX<br>ADDRESS REDACTED | CARL HOUNSHELL<br>ADDRESS REDACTED |
| CARL J MARTIN SR<br>ADDRESS REDACTED | CARL J RAMSELL<br>ADDRESS REDACTED | CARL KLAUSMEIER<br>ADDRESS REDACTED |
| CARL KUHN<br>ADDRESS REDACTED | CARL MALISH<br>ADDRESS REDACTED | CARL NELSON<br>ADDRESS REDACTED |
| CARL PIERMAN<br>ADDRESS REDACTED | CARL RACHAL<br>ADDRESS REDACTED | CARL REIGHTLER<br>ADDRESS REDACTED |
| CARL RISCO<br>ADDRESS REDACTED | CARL SCARTELLI<br>ADDRESS REDACTED | CARL STOUT<br>ADDRESS REDACTED |
| CARL SWANSON<br>ADDRESS REDACTED | CARL WRIGHT<br>ADDRESS REDACTED | CARLA DAVENPORT<br>ADDRESS REDACTED |
| CARLA BARBARO<br>ADDRESS REDACTED | CARLA BURDON<br>ADDRESS REDACTED | CARLA CAMPOS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**                                                                    Served 5/22/2014

| | | |
|---|---|---|
| CARLA CARANZA<br>ADDRESS REDACTED | CARLA CARTER<br>ADDRESS REDACTED | CARLA CHRISTINA VASQUEZ<br>ADDRESS REDACTED |
| CARLA D. LOVE<br>ADDRESS REDACTED | CARLA DE ALBA<br>ADDRESS REDACTED | CARLA DELELLIS<br>ADDRESS REDACTED |
| CARLA JOHNSON<br>ADDRESS REDACTED | CARLA LETE<br>ADDRESS REDACTED | CARLA REMO-DUZAN<br>ADDRESS REDACTED |
| CARLENE TILLSON<br>ADDRESS REDACTED | CARLO DILEONARDO<br>ADDRESS REDACTED | CARLO DILEONARDO<br>ADDRESS REDACTED |
| CARLO WALTH<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED |
| CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED |
| CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS  MONTALVO<br>ADDRESS REDACTED |
| CARLOS  MONTALVO<br>ADDRESS REDACTED | CARLOS A. HERNANDEZ<br>ADDRESS REDACTED | CARLOS ALFARO<br>ADDRESS REDACTED |
| CARLOS ARANGUEN<br>ADDRESS REDACTED | CARLOS BAIRES<br>ADDRESS REDACTED | CARLOS BAUTIZTA- NOYOLA<br>ADDRESS REDACTED |
| CARLOS BENAZIGEZ<br>ADDRESS REDACTED | CARLOS BERMUDEZ, TERESITA ROMERO<br>ADDRESS REDACTED | CARLOS CABRERA<br>ADDRESS REDACTED |
| CARLOS CAMPOS<br>ADDRESS REDACTED | CARLOS CARVALHO<br>ADDRESS REDACTED | CARLOS DELGADO<br>ADDRESS REDACTED |

CARLOS ENRIQUEZ
ADDRESS REDACTED

CARLOS F TAVARES
ADDRESS REDACTED

CARLOS FAINEZ
ADDRESS REDACTED

CARLOS G RODRIGUEZ
ADDRESS REDACTED

CARLOS GAMBOA
ADDRESS REDACTED

CARLOS GARCIA
ADDRESS REDACTED

CARLOS GOMEZ
ADDRESS REDACTED

CARLOS GONZALEZ
ADDRESS REDACTED

CARLOS L CHATMAN
ADDRESS REDACTED

CARLOS MARTIENEZ
ADDRESS REDACTED

CARLOS MARTINEZ
ADDRESS REDACTED

CARLOS MOCTEZUMA
ADDRESS REDACTED

CARLOS MONTAIVO
ADDRESS REDACTED

CARLOS MONTALVO
ADDRESS REDACTED

CARLOS MONTALVO
ADDRESS REDACTED

CARLOS MONTALVO
ADDRESS REDACTED

CARLOS MUNOZ
ADDRESS REDACTED

CARLOS ODANDO
ADDRESS REDACTED

CARLOS ORNELAS
ADDRESS REDACTED

CARLOS PALACIOS
ADDRESS REDACTED

CARLOS PEREZ
ADDRESS REDACTED

CARLOS PINEDO
ADDRESS REDACTED

CARLOS PORTILLO
ADDRESS REDACTED

CARLOS R MARTINEZ
ADDRESS REDACTED

CARLOS RAMIREZ
ADDRESS REDACTED

CARLOS RODRIGUEZ
ADDRESS REDACTED

CARLOS RODRIGUEZ
ADDRESS REDACTED

CARLOS ROMERO
ADDRESS REDACTED

CARLOS ROSAS
ADDRESS REDACTED

CARLOS SERANDON
ADDRESS REDACTED

CARLOS SHIPP
ADDRESS REDACTED

CARLOS STORONA
ADDRESS REDACTED

CARLOS VALLECASTANEDA
ADDRESS REDACTED

CARLOS VERDUGO
ADDRESS REDACTED

CARLOTTA BRYANT
ADDRESS REDACTED

CARLTON HORTON
ADDRESS REDACTED

CARLY CARROLL
ADDRESS REDACTED

CARMAN ARIA
ADDRESS REDACTED

CARMELA IODICE
ADDRESS REDACTED

CARMELLA L GALLOPO
ADDRESS REDACTED

CARMELLO MARTINEZ
ADDRESS REDACTED

CARMELO NAKAR
ADDRESS REDACTED

CARMELO RIVERA
ADDRESS REDACTED

CARMEN  RIVERA
ADDRESS REDACTED

CARMEN  RIVERA
ADDRESS REDACTED

CARMEN ACEVEDO
ADDRESS REDACTED

CARMEN AND REGGIE JOHNSTON
ADDRESS REDACTED

CARMEN BOLANOS
ADDRESS REDACTED

CARMEN CORRELL
ADDRESS REDACTED

CARMEN FERNANDEZ
ADDRESS REDACTED

CARMEN GONZALES
ADDRESS REDACTED

CARMEN GONZALEZ
ADDRESS REDACTED

CARMEN GUEVARA
ADDRESS REDACTED

CARMEN MENDOZA
ADDRESS REDACTED

CARMEN MOLINA
ADDRESS REDACTED

CARMEN MORALES
ADDRESS REDACTED

CARMEN PALCIA
ADDRESS REDACTED

CARMEN PATTON
ADDRESS REDACTED

CARMEN PEREZ
ADDRESS REDACTED

CARMEN QUIJANO
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

CARMEN RIVERA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| CARMEN RIVERA<br>ADDRESS REDACTED | CARMEN RIVERA<br>ADDRESS REDACTED | CARMEN RUIZ<br>ADDRESS REDACTED |
| CARMEN SIERRA<br>ADDRESS REDACTED | CARMEN TORRES<br>ADDRESS REDACTED | CARMEN VAZQUEZ<br>ADDRESS REDACTED |
| CARMEN ZANINI<br>ADDRESS REDACTED | CARMINE MATTIELLO<br>ADDRESS REDACTED | CARO HULL<br>ADDRESS REDACTED |
| CAROL  MIDDLETON<br>ADDRESS REDACTED | CAROL  SAUTER<br>ADDRESS REDACTED | CAROL A LEATHERBURY<br>ADDRESS REDACTED |
| CAROL A PERRY<br>ADDRESS REDACTED | CAROL DAVIS<br>ADDRESS REDACTED | CAROL FLORES<br>ADDRESS REDACTED |
| CAROL GARRETT<br>ADDRESS REDACTED | CAROL GARVEY<br>ADDRESS REDACTED | CAROL GRAVES<br>ADDRESS REDACTED |
| CAROL HARRIS<br>ADDRESS REDACTED | CAROL HAYTER<br>ADDRESS REDACTED | CAROL HERALD<br>ADDRESS REDACTED |
| CAROL JACQUEZ<br>ADDRESS REDACTED | CAROL JOHNSON<br>ADDRESS REDACTED | CAROL KREAMER<br>ADDRESS REDACTED |
| CAROL KULIS<br>ADDRESS REDACTED | CAROL LISENBE BUSH<br>ADDRESS REDACTED | CAROL LITT<br>ADDRESS REDACTED |
| CAROL MAITOZA<br>ADDRESS REDACTED | CAROL MANUEL<br>ADDRESS REDACTED | CAROL MICHEL<br>ADDRESS REDACTED |
| CAROL MOSS<br>ADDRESS REDACTED | CAROL RICCI<br>ADDRESS REDACTED | CAROL RICKETTS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| CAROL RIGHTON<br>ADDRESS REDACTED | CAROL RODRIQUEZ<br>ADDRESS REDACTED | CAROL SAUTER<br>ADDRESS REDACTED |
| CAROL STADUM<br>ADDRESS REDACTED | CAROL STEIDTMAN<br>ADDRESS REDACTED | CAROL STOECKER<br>ADDRESS REDACTED |
| CAROL TRIMBLE<br>ADDRESS REDACTED | CAROL W. GERHEIFER<br>ADDRESS REDACTED | CAROL WALTON<br>ADDRESS REDACTED |
| CAROL WERNLI<br>ADDRESS REDACTED | CAROL WITTEN<br>ADDRESS REDACTED | CAROL WITTICH<br>ADDRESS REDACTED |
| CAROLE ADAMS<br>ADDRESS REDACTED | CAROLE CLAUSEN<br>ADDRESS REDACTED | CAROLE HANMOND<br>ADDRESS REDACTED |
| CAROLE NGUYEN<br>ADDRESS REDACTED | CAROLE WILSON<br>ADDRESS REDACTED | CAROLIN TORRES<br>ADDRESS REDACTED |
| CAROLINA CONVOCAR<br>ADDRESS REDACTED | CAROLINA DIAZ<br>ADDRESS REDACTED | CAROLINA VALENZUELA<br>ADDRESS REDACTED |
| CAROLINE A. FMIGIEL<br>ADDRESS REDACTED | CAROLINE E JOHNSTON<br>ADDRESS REDACTED | CAROLINE FALCUCCI<br>ADDRESS REDACTED |
| CAROLINE JUMPUR<br>ADDRESS REDACTED | CAROLINE M LOPEZ<br>ADDRESS REDACTED | CAROLINE ROGERS<br>ADDRESS REDACTED |
| CAROLINE RONE<br>ADDRESS REDACTED | CAROLYN CUSTER<br>ADDRESS REDACTED | CAROLYN ELIAS<br>ADDRESS REDACTED |
| CAROLYN GLOVER<br>ADDRESS REDACTED | CAROLYN GOLDMAN<br>ADDRESS REDACTED | CAROLYN HARPER<br>ADDRESS REDACTED |

CAROLYN HETTINGER
ADDRESS REDACTED

CAROLYN HIGGS
ADDRESS REDACTED

CAROLYN HILDRETH
ADDRESS REDACTED

CAROLYN KUHN
ADDRESS REDACTED

CAROLYN LANING
ADDRESS REDACTED

CAROLYN LASKEY
ADDRESS REDACTED

CAROLYN MATAGA
ADDRESS REDACTED

CAROLYN PAXTON
ADDRESS REDACTED

CAROLYN SANTANGOLO
ADDRESS REDACTED

CAROLYN SMITH
ADDRESS REDACTED

CAROLYN THOMPSON
ADDRESS REDACTED

CAROLYN WEST
ADDRESS REDACTED

CAROLYN WINSCHEL
ADDRESS REDACTED

CAROLYN YOUNG
ADDRESS REDACTED

CAROLYN ZIMMER
ADDRESS REDACTED

CAROLYNE P LEONARD
ADDRESS REDACTED

CARRIE CROUTER
ADDRESS REDACTED

CARRIE LESLIE
ADDRESS REDACTED

CARRIE WHITAKER
ADDRESS REDACTED

CARRIE WRIGHT
ADDRESS REDACTED

CARY JOHNSON
ADDRESS REDACTED

CASEY KHUON
ADDRESS REDACTED

CASSANDRA BELTON
ADDRESS REDACTED

CASSANDRA KIDDER
ADDRESS REDACTED

CASSANDRA LERRO
ADDRESS REDACTED

CASSANDRA SMITH
ADDRESS REDACTED

CASSANDRA/JEFFERY RICHARDSON
ADDRESS REDACTED

CASTINA ASCARRUNZ
ADDRESS REDACTED

CATALINA CAMINERO
ADDRESS REDACTED

CATALINA LOPEZ
ADDRESS REDACTED

CATALINO CORNEJO
ADDRESS REDACTED

CATHEDRAL PLACE
ADDRESS REDACTED

CATHERINE BAZAN
ADDRESS REDACTED

| | | |
|---|---|---|
| CATHERINE BEAUHEIM<br>ADDRESS REDACTED | CATHERINE BERTLING<br>ADDRESS REDACTED | CATHERINE BRADEN<br>ADDRESS REDACTED |
| CATHERINE BUGARIN<br>ADDRESS REDACTED | CATHERINE E BRIGGS<br>ADDRESS REDACTED | CATHERINE GAGNE<br>ADDRESS REDACTED |
| CATHERINE HUBERT<br>ADDRESS REDACTED | CATHERINE JACKSON<br>ADDRESS REDACTED | CATHERINE MALLARI<br>ADDRESS REDACTED |
| CATHERINE MARCHETTI<br>ADDRESS REDACTED | CATHERINE MILLS<br>ADDRESS REDACTED | CATHERINE SCHRANN<br>ADDRESS REDACTED |
| CATHI MAIER<br>ADDRESS REDACTED | CATHRYN HEESZEL<br>ADDRESS REDACTED | CATHY GRIPPANDO<br>ADDRESS REDACTED |
| CATHY HOUSE<br>ADDRESS REDACTED | CATHY HULSMANN<br>ADDRESS REDACTED | CATHY KRUEGER<br>ADDRESS REDACTED |
| CATHY M DAHLHEIM<br>ADDRESS REDACTED | CATHY MEDINA<br>ADDRESS REDACTED | CATHY SPICER<br>ADDRESS REDACTED |
| CATHY ZYSKOWSKI<br>ADDRESS REDACTED | CATIA DEMELO<br>ADDRESS REDACTED | CATRINA CRUZ<br>ADDRESS REDACTED |
| CATRINA GOMEZ<br>ADDRESS REDACTED | CAYL GAMBER<br>ADDRESS REDACTED | CD (MARVIN)  BHAKTA<br>ADDRESS REDACTED |
| CD MOTT<br>ADDRESS REDACTED | CECEILIO ROJAS<br>ADDRESS REDACTED | CECELIA CORAGO<br>ADDRESS REDACTED |
| CECELIA LITTLEPAGE<br>ADDRESS REDACTED | CECELIA LYNCH<br>ADDRESS REDACTED | CECELIA SILVA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| CECILE SPIKES<br>ADDRESS REDACTED | CECILIA CASTILLO<br>ADDRESS REDACTED | CECILIA FUNG<br>ADDRESS REDACTED |
| CECILIA HERNANDEZ<br>ADDRESS REDACTED | CECILIA KIHUNGI<br>ADDRESS REDACTED | CECILIA ORTEGA<br>ADDRESS REDACTED |
| CECILIA ROSAS<br>ADDRESS REDACTED | CECILIO CHOLULA<br>ADDRESS REDACTED | CEL J PACHECO<br>ADDRESS REDACTED |
| CELERILA JUNTADO<br>ADDRESS REDACTED | CELESTE GUIA<br>ADDRESS REDACTED | CELESTE MONIZ<br>ADDRESS REDACTED |
| CELESTINE CANNON<br>ADDRESS REDACTED | CELESTINO CRUS-LOPEZ<br>ADDRESS REDACTED | CELIA AGUILAR DE MORALES<br>ADDRESS REDACTED |
| CELIA ALEXANDER<br>ADDRESS REDACTED | CELIA ZARATE<br>ADDRESS REDACTED | CELINA CARLELON<br>ADDRESS REDACTED |
| CELSA OROZCO<br>ADDRESS REDACTED | CELSO CAMACLANG<br>ADDRESS REDACTED | CELSO CHAVEZ<br>ADDRESS REDACTED |
| CELSO DURAN<br>ADDRESS REDACTED | CELSO RIVERA<br>ADDRESS REDACTED | CELSO RODRIGUEZ<br>ADDRESS REDACTED |
| CENTRAL ST. SODA SHOPPE LLC<br>ADDRESS REDACTED | CESAR  MONGE<br>ADDRESS REDACTED | CESAR ABURTO<br>ADDRESS REDACTED |
| CESAR ALAS<br>ADDRESS REDACTED | CESAR CELADA<br>ADDRESS REDACTED | CESAR CERVANTES<br>ADDRESS REDACTED |
| CESAR LUCIRO<br>ADDRESS REDACTED | CESAR MACARIEZOS<br>ADDRESS REDACTED | CESAR MEDRANO<br>ADDRESS REDACTED |

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR MONGE
ADDRESS REDACTED

CESAR SOTO
ADDRESS REDACTED

CESARIO G. CORTEZ
ADDRESS REDACTED

CHAD BOYLES
ADDRESS REDACTED

CHAD DEVRIES
ADDRESS REDACTED

CHAD RICH
ADDRESS REDACTED

CHADD ZIVIC
ADDRESS REDACTED

CHAE SHIM
ADDRESS REDACTED

CHAI PA  SAECAHO
ADDRESS REDACTED

CHAI WONG
ADDRESS REDACTED

CHAILUANG SAEPHANA
ADDRESS REDACTED

| | | |
|---|---|---|
| CHALAMAR PURNELL<br>ADDRESS REDACTED | CHAMIKA WARDSWORTH<br>ADDRESS REDACTED | CHANDARA POK<br>ADDRESS REDACTED |
| CHANDRIKA PRASAB<br>ADDRESS REDACTED | CHANEE ANDREWS<br>ADDRESS REDACTED | CHANELLE MIRANDA<br>ADDRESS REDACTED |
| CHANH NGUYEN<br>ADDRESS REDACTED | CHANHI KIM<br>ADDRESS REDACTED | CHANTE FERGUSON<br>ADDRESS REDACTED |
| CHAOTANG MAI<br>ADDRESS REDACTED | CHARII STOKES<br>ADDRESS REDACTED | CHARITO TARANGCO<br>ADDRESS REDACTED |
| CHARITY PETTEPIT<br>ADDRESS REDACTED | CHARLENE ARAUJO<br>ADDRESS REDACTED | CHARLENE BLAND<br>ADDRESS REDACTED |
| CHARLENE KEILOUGH<br>ADDRESS REDACTED | CHARLENE RUBIO JORGE RUBIO<br>ADDRESS REDACTED | CHARLENE SPENCER-LEE<br>ADDRESS REDACTED |
| CHARLENE SUGGS<br>ADDRESS REDACTED | CHARLEOTTE GIAPOMO<br>ADDRESS REDACTED | CHARLES ESSON<br>ADDRESS REDACTED |
| CHARLES NWANKWO<br>ADDRESS REDACTED | CHARLES 3 PARKER<br>ADDRESS REDACTED | CHARLES A HUNT<br>ADDRESS REDACTED |
| CHARLES ALTIER<br>ADDRESS REDACTED | CHARLES AVERY<br>ADDRESS REDACTED | CHARLES BARKER<br>ADDRESS REDACTED |
| CHARLES BELL<br>ADDRESS REDACTED | CHARLES BERGMAN<br>ADDRESS REDACTED | CHARLES BLAIR<br>ADDRESS REDACTED |
| CHARLES BOCKNER<br>ADDRESS REDACTED | CHARLES BOIVIN<br>ADDRESS REDACTED | CHARLES BOURNAZOS<br>ADDRESS REDACTED |

CHARLES BOYD
ADDRESS REDACTED

CHARLES BRAKEBILL
ADDRESS REDACTED

CHARLES BROWN
ADDRESS REDACTED

CHARLES CARROLL
ADDRESS REDACTED

CHARLES CHAR
ADDRESS REDACTED

CHARLES CHEEKS
ADDRESS REDACTED

CHARLES CHRIST
ADDRESS REDACTED

CHARLES CLOSE
ADDRESS REDACTED

CHARLES CREAN
ADDRESS REDACTED

CHARLES DUNCAN
ADDRESS REDACTED

CHARLES E WILLAMS
ADDRESS REDACTED

CHARLES E WITKOSKI
ADDRESS REDACTED

CHARLES F BRILL
ADDRESS REDACTED

CHARLES FUNDARO
ADDRESS REDACTED

CHARLES GALLAGHER
ADDRESS REDACTED

CHARLES GOBEL
ADDRESS REDACTED

CHARLES GONZALEZ
ADDRESS REDACTED

CHARLES H BACKSHEIDER
ADDRESS REDACTED

CHARLES H SADTLER
ADDRESS REDACTED

CHARLES HENNING
ADDRESS REDACTED

CHARLES HOLLAND
ADDRESS REDACTED

CHARLES HOLMES
ADDRESS REDACTED

CHARLES IZARD
ADDRESS REDACTED

CHARLES J CAGLE
ADDRESS REDACTED

CHARLES JONES
ADDRESS REDACTED

CHARLES JOURNEAY
ADDRESS REDACTED

CHARLES KEEN III
ADDRESS REDACTED

CHARLES KELLY
ADDRESS REDACTED

CHARLES LEHMANN
ADDRESS REDACTED

CHARLES LETBETTER
ADDRESS REDACTED

CHARLES M BURKNER
ADDRESS REDACTED

CHARLES M BYRD JR.
ADDRESS REDACTED

CHARLES M MOSS
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| CHARLES MAGILAVY<br>ADDRESS REDACTED | CHARLES MANNING<br>ADDRESS REDACTED | CHARLES MARIN<br>ADDRESS REDACTED |
| CHARLES MCVICKER<br>ADDRESS REDACTED | CHARLES OGWUDIRE<br>ADDRESS REDACTED | CHARLES PASCALE<br>ADDRESS REDACTED |
| CHARLES PHIPPEN<br>ADDRESS REDACTED | CHARLES R AUBIN<br>ADDRESS REDACTED | CHARLES R MYERS<br>ADDRESS REDACTED |
| CHARLES RAGSEDALE<br>ADDRESS REDACTED | CHARLES RHINE<br>ADDRESS REDACTED | CHARLES RYAN<br>ADDRESS REDACTED |
| CHARLES S MYERS<br>ADDRESS REDACTED | CHARLES SHIMOZAKI<br>ADDRESS REDACTED | CHARLES SILVA<br>ADDRESS REDACTED |
| CHARLES SPURLOCK<br>ADDRESS REDACTED | CHARLES SWIFT<br>ADDRESS REDACTED | CHARLES SYROCK<br>ADDRESS REDACTED |
| CHARLES TOLBERT<br>ADDRESS REDACTED | CHARLES TURNER<br>ADDRESS REDACTED | CHARLES VANG<br>ADDRESS REDACTED |
| CHARLES W CHEN<br>ADDRESS REDACTED | CHARLES W GOOLSBY<br>ADDRESS REDACTED | CHARLES W TUCKER<br>ADDRESS REDACTED |
| CHARLES WALL<br>ADDRESS REDACTED | CHARLES WERK<br>ADDRESS REDACTED | CHARLES YOUNG<br>ADDRESS REDACTED |
| CHARLETTE HARRIS<br>ADDRESS REDACTED | CHARLIE  MARLATT<br>ADDRESS REDACTED | CHARLIE  MCGEE<br>ADDRESS REDACTED |
| CHARLIE  WALLACE<br>ADDRESS REDACTED | CHARLIE BERNARD<br>ADDRESS REDACTED | CHARLIE DELOATCH<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| CHARLIE MAY WYNNE<br>ADDRESS REDACTED | CHARLIE MCKISSIC<br>ADDRESS REDACTED | CHARLIE MORGAN<br>ADDRESS REDACTED |
| CHARLIE SAMARAS<br>ADDRESS REDACTED | CHARLIE SHEPHERD<br>ADDRESS REDACTED | CHARLOTTE CHANG<br>ADDRESS REDACTED |
| CHARLOTTE DURAN<br>ADDRESS REDACTED | CHARLOTTE J SIGHN KAMLESH K KISSUN<br>ADDRESS REDACTED | CHARLOTTE KONRAD<br>ADDRESS REDACTED |
| CHARLOTTE L HOPKINS<br>ADDRESS REDACTED | CHARLOTTE LONGUIL<br>ADDRESS REDACTED | CHARLOTTE MOHR<br>ADDRESS REDACTED |
| CHARLOTTE NELSON<br>ADDRESS REDACTED | CHARLOTTE POWERS<br>ADDRESS REDACTED | CHARLOTTE SLANARY<br>ADDRESS REDACTED |
| CHARLOTTE TUTTLE<br>ADDRESS REDACTED | CHARMAINE MENDOZA<br>ADDRESS REDACTED | CHARMAINE ROBINSON<br>ADDRESS REDACTED |
| CHARVON DAVIS<br>ADDRESS REDACTED | CHASITY WILLIS<br>ADDRESS REDACTED | CHASTITY E RICHIE<br>ADDRESS REDACTED |
| CHAU NGUYEN<br>ADDRESS REDACTED | CHAUDHRY AHMAD<br>ADDRESS REDACTED | CHEAD JONES<br>ADDRESS REDACTED |
| CHELSEA BURGOYNE<br>ADDRESS REDACTED | CHELSEA CORETTA HINES<br>ADDRESS REDACTED | CHEN KIM<br>ADDRESS REDACTED |
| CHEN SUN<br>ADDRESS REDACTED | CHENGHUA DENG<br>ADDRESS REDACTED | CHEO SAECHEO<br>ADDRESS REDACTED |
| CHEON PARK<br>ADDRESS REDACTED | CHER XIONG<br>ADDRESS REDACTED | CHERIE BLADE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| CHERYL  CUSTER<br>ADDRESS REDACTED | CHERYL  MORAN<br>ADDRESS REDACTED | CHERYL BAUMHECKEL<br>ADDRESS REDACTED |
| CHERYL BORRO<br>ADDRESS REDACTED | CHERYL CARTER<br>ADDRESS REDACTED | CHERYL CONROY<br>ADDRESS REDACTED |
| CHERYL DIXON<br>ADDRESS REDACTED | CHERYL FLOYD<br>ADDRESS REDACTED | CHERYL GARDNER, & GILBERT GARDNER<br>ADDRESS REDACTED |
| CHERYL HAZEL<br>ADDRESS REDACTED | CHERYL JANSEN<br>ADDRESS REDACTED | CHERYL KAMPFSCHULTE<br>ADDRESS REDACTED |
| CHERYL KEITH<br>ADDRESS REDACTED | CHERYL KLOS<br>ADDRESS REDACTED | CHERYL KUNNMANN<br>ADDRESS REDACTED |
| CHERYL KUNNMANN<br>ADDRESS REDACTED | CHERYL LAU<br>ADDRESS REDACTED | CHERYL LINDSEY<br>ADDRESS REDACTED |
| CHERYL MATHESON<br>ADDRESS REDACTED | CHERYL MATHESON<br>ADDRESS REDACTED | CHERYL MATHESON<br>ADDRESS REDACTED |
| CHERYL NAVIELLO<br>ADDRESS REDACTED | CHERYL PIGGOT<br>ADDRESS REDACTED | CHERYL RAMOS<br>ADDRESS REDACTED |
| CHERYL SNYDER<br>ADDRESS REDACTED | CHERYL SNYDER<br>ADDRESS REDACTED | CHERYL SNYDER<br>ADDRESS REDACTED |
| CHERYL TRABUCCO<br>ADDRESS REDACTED | CHERYL VANDERVLIS<br>ADDRESS REDACTED | CHESTER E. ZIEGEOMAN NORA ZIEGEOMAN<br>ADDRESS REDACTED |
| CHESTER FIGUEROA<br>ADDRESS REDACTED | CHESTER MACKEY<br>ADDRESS REDACTED | CHESTER TSE & PING YANG<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| CHETT FRIEDMAN<br>ADDRESS REDACTED | CHHABIL PARMAR<br>ADDRESS REDACTED | CHHENGKRY VAR<br>ADDRESS REDACTED |
| CHI LUU<br>ADDRESS REDACTED | CHI LY<br>ADDRESS REDACTED | CHI TANG<br>ADDRESS REDACTED |
| CHI/KANG CHOU<br>ADDRESS REDACTED | CHIAM SAETERN<br>ADDRESS REDACTED | CHIN YUAN CHIANG<br>ADDRESS REDACTED |
| CHINMAY DESAI<br>ADDRESS REDACTED | CHIO SAEPHAN<br>ADDRESS REDACTED | CHIP MILLER<br>ADDRESS REDACTED |
| CHIP REED<br>ADDRESS REDACTED | CHIP REED<br>ADDRESS REDACTED | CHITOYE MATOBA<br>ADDRESS REDACTED |
| CHIU CHAN<br>ADDRESS REDACTED | CHONG L. VANG<br>ADDRESS REDACTED | CHONG PARK<br>ADDRESS REDACTED |
| CHONG ZHONG<br>ADDRESS REDACTED | CHRIS  SCHLEYER<br>ADDRESS REDACTED | CHRIS ANDERSON<br>ADDRESS REDACTED |
| CHRIS ANDERSON<br>ADDRESS REDACTED | CHRIS BELL<br>ADDRESS REDACTED | CHRIS CAINS<br>ADDRESS REDACTED |
| CHRIS CHARLES YOUNG<br>ADDRESS REDACTED | CHRIS COLWELL<br>ADDRESS REDACTED | CHRIS GOMEZ<br>ADDRESS REDACTED |
| CHRIS HANSON<br>ADDRESS REDACTED | CHRIS HARRINGTON<br>ADDRESS REDACTED | CHRIS HAYNES<br>ADDRESS REDACTED |
| CHRIS HENNESSEY<br>ADDRESS REDACTED | CHRIS IOTT<br>ADDRESS REDACTED | CHRIS KELSAW<br>ADDRESS REDACTED |

CHRIS KNIPP
ADDRESS REDACTED

CHRIS KOSTOFF
ADDRESS REDACTED

CHRIS LEVY
ADDRESS REDACTED

CHRIS LOPEZ
ADDRESS REDACTED

CHRIS PERELEKOS
ADDRESS REDACTED

CHRIS RICE
ADDRESS REDACTED

CHRIS ROBINSON
ADDRESS REDACTED

CHRIS ROGERS
ADDRESS REDACTED

CHRIS SCHLEYER
ADDRESS REDACTED

CHRIS SCROGGINS
ADDRESS REDACTED

CHRIS SENICLE
ADDRESS REDACTED

CHRIS SLAVICEK
ADDRESS REDACTED

CHRIS SOMMERS
ADDRESS REDACTED

CHRIS SOSA
ADDRESS REDACTED

CHRIS STEUDLE
ADDRESS REDACTED

CHRIS TODINO
ADDRESS REDACTED

CHRISANTO TADILLA
ADDRESS REDACTED

CHRISTEN DEKLADON
ADDRESS REDACTED

CHRISTEN ZUIDERVEEN
ADDRESS REDACTED

CHRISTI L HARDCASTLE
ADDRESS REDACTED

CHRISTIAN  ROSSI
ADDRESS REDACTED

CHRISTIAN BLOUGH
ADDRESS REDACTED

CHRISTIAN EVANS
ADDRESS REDACTED

CHRISTIAN PIESLA
ADDRESS REDACTED

CHRISTIE FALCO
ADDRESS REDACTED

CHRISTINA BRESUO
ADDRESS REDACTED

CHRISTINA CAZARES
ADDRESS REDACTED

CHRISTINA DUARTE
ADDRESS REDACTED

CHRISTINA HUTTON
ADDRESS REDACTED

CHRISTINA LOMBARD
ADDRESS REDACTED

CHRISTINA MCCABE
ADDRESS REDACTED

CHRISTINA MENDOZA
ADDRESS REDACTED

CHRISTINA SOSA
ADDRESS REDACTED

| | | |
|---|---|---|
| CHRISTINA WRIGHT<br>ADDRESS REDACTED | CHRISTINE  SAKOWSKI<br>ADDRESS REDACTED | CHRISTINE ADAMS<br>ADDRESS REDACTED |
| CHRISTINE BRADY<br>ADDRESS REDACTED | CHRISTINE CARPENTER<br>ADDRESS REDACTED | CHRISTINE CIRLIN<br>ADDRESS REDACTED |
| CHRISTINE CONDEVILLAMAR<br>ADDRESS REDACTED | CHRISTINE DICKERSON<br>ADDRESS REDACTED | CHRISTINE DONOVAN<br>ADDRESS REDACTED |
| CHRISTINE GARCIA<br>ADDRESS REDACTED | CHRISTINE GRIES<br>ADDRESS REDACTED | CHRISTINE HAYASHI<br>ADDRESS REDACTED |
| CHRISTINE HOLMES<br>ADDRESS REDACTED | CHRISTINE HORSLEY<br>ADDRESS REDACTED | CHRISTINE LANDES<br>ADDRESS REDACTED |
| CHRISTINE MASTANDREA<br>ADDRESS REDACTED | CHRISTINE NEER<br>ADDRESS REDACTED | CHRISTINE SCHNECK<br>ADDRESS REDACTED |
| CHRISTINE SIMCLE<br>ADDRESS REDACTED | CHRISTINE SOWA<br>ADDRESS REDACTED | CHRISTINE TAYLOR<br>ADDRESS REDACTED |
| CHRISTINE TORBEY<br>ADDRESS REDACTED | CHRISTINE WARNER<br>ADDRESS REDACTED | CHRISTOPER COVLE<br>ADDRESS REDACTED |
| CHRISTOPHER A MILLER<br>ADDRESS REDACTED | CHRISTOPHER ARENA<br>ADDRESS REDACTED | CHRISTOPHER AUSTIN<br>ADDRESS REDACTED |
| CHRISTOPHER BERGSTROM<br>ADDRESS REDACTED | CHRISTOPHER CROWLEY<br>ADDRESS REDACTED | CHRISTOPHER DAHMS<br>ADDRESS REDACTED |
| CHRISTOPHER FOX<br>ADDRESS REDACTED | CHRISTOPHER GABEL<br>ADDRESS REDACTED | CHRISTOPHER GLASS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| CHRISTOPHER GROBBEL<br>ADDRESS REDACTED | CHRISTOPHER HALL<br>ADDRESS REDACTED | CHRISTOPHER HANLEY<br>ADDRESS REDACTED |
| CHRISTOPHER HANLEY<br>ADDRESS REDACTED | CHRISTOPHER HANLEY<br>ADDRESS REDACTED | CHRISTOPHER HANLEY<br>ADDRESS REDACTED |
| CHRISTOPHER HUYETT<br>ADDRESS REDACTED | CHRISTOPHER JACOBSON<br>ADDRESS REDACTED | CHRISTOPHER JAMES<br>ADDRESS REDACTED |
| CHRISTOPHER JORDAN<br>ADDRESS REDACTED | CHRISTOPHER KURZE<br>ADDRESS REDACTED | CHRISTOPHER L DE BAR<br>ADDRESS REDACTED |
| CHRISTOPHER LENAWAY<br>ADDRESS REDACTED | CHRISTOPHER M WRIGHT<br>ADDRESS REDACTED | CHRISTOPHER MALACA<br>ADDRESS REDACTED |
| CHRISTOPHER MAY<br>ADDRESS REDACTED | CHRISTOPHER MIELE<br>ADDRESS REDACTED | CHRISTOPHER MORRREALE<br>ADDRESS REDACTED |
| CHRISTOPHER MURRAY SR<br>ADDRESS REDACTED | CHRISTOPHER NUNN<br>ADDRESS REDACTED | CHRISTOPHER ORR<br>ADDRESS REDACTED |
| CHRISTOPHER PEOPLES<br>ADDRESS REDACTED | CHRISTOPHER PETERS<br>ADDRESS REDACTED | CHRISTOPHER PRICE<br>ADDRESS REDACTED |
| CHRISTOPHER RANDALL<br>ADDRESS REDACTED | CHRISTOPHER ROMANO<br>ADDRESS REDACTED | CHRISTOPHER ROSS<br>ADDRESS REDACTED |
| CHRISTOPHER S. OTTENWESS<br>ADDRESS REDACTED | CHRISTOPHER TRIPLETT<br>ADDRESS REDACTED | CHRISTOPHER WHITACKER<br>ADDRESS REDACTED |
| CHRISTOPHER WHITE<br>ADDRESS REDACTED | CHRISTOPHER WRIGHT<br>ADDRESS REDACTED | CHRISTOPHER YUELLIG<br>ADDRESS REDACTED |

CHRISTY -
ADDRESS REDACTED

CHRISTY PALMTIER
ADDRESS REDACTED

CHRYS FASOLI
ADDRESS REDACTED

CHUCK RETTIG
ADDRESS REDACTED

CHUCK RETTIG
ADDRESS REDACTED

CHUCK SAYAVONG
ADDRESS REDACTED

CHUN HLIN
ADDRESS REDACTED

CHUNG KIM
ADDRESS REDACTED

CHUNG LEE
ADDRESS REDACTED

CHUNG WAH HONG
ADDRESS REDACTED

CHUNG WAH HONG
ADDRESS REDACTED

CIARA WILLIAMS
ADDRESS REDACTED

CINDELEE MIDDLETON
ADDRESS REDACTED

CINDY ARCORIA
ADDRESS REDACTED

CINDY BISHOP
ADDRESS REDACTED

CINDY BISHOP
ADDRESS REDACTED

CINDY BLOCZYNSKI
ADDRESS REDACTED

CINDY DU BOIS
ADDRESS REDACTED

CINDY FAIRFIELD
ADDRESS REDACTED

CINDY JACKSON
ADDRESS REDACTED

CINDY KEENUM
ADDRESS REDACTED

CINDY L BUNCH
ADDRESS REDACTED

CINDY MARTIN
ADDRESS REDACTED

CINDY MCCULLOUGH
ADDRESS REDACTED

CINDY MENACHO
ADDRESS REDACTED

CINDY PAASCH
ADDRESS REDACTED

CINDY QUINN
ADDRESS REDACTED

CIPRIANO GOMEZ
ADDRESS REDACTED

CIRIACO MORALES
ADDRESS REDACTED

CIRILA HERNANDEZ
ADDRESS REDACTED

CIRSHUN WILKINS
ADDRESS REDACTED

CJ MCCARTER
ADDRESS REDACTED

CLAIRE IVIL
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| CLAIRE WELLS<br>ADDRESS REDACTED | CLAIRE WILSON<br>ADDRESS REDACTED | CLARA ESIPINAL<br>ADDRESS REDACTED |
| CLARA MASSEY<br>ADDRESS REDACTED | CLARA VOSS<br>ADDRESS REDACTED | CLARA W HENDRICKS<br>ADDRESS REDACTED |
| CLARE CHANDLER<br>ADDRESS REDACTED | CLARE CLUNE<br>ADDRESS REDACTED | CLARENCE BALES<br>ADDRESS REDACTED |
| CLARENCE DAVIS<br>ADDRESS REDACTED | CLARENCE FRAGA<br>ADDRESS REDACTED | CLARENCE JACKSON<br>ADDRESS REDACTED |
| CLARENCE MATNEY<br>ADDRESS REDACTED | CLARENCE OSBORNE<br>ADDRESS REDACTED | CLARENCE PRIOSTE<br>ADDRESS REDACTED |
| CLARINA SANCHEZ<br>ADDRESS REDACTED | CLARITHA TURNER HOWARD<br>ADDRESS REDACTED | CLARK FIEDLER<br>ADDRESS REDACTED |
| CLARK J. SEMPLE<br>ADDRESS REDACTED | CLAUDE HAWKINS<br>ADDRESS REDACTED | CLAUDIA A. WILLIS<br>ADDRESS REDACTED |
| CLAUDIA AGUILAR<br>ADDRESS REDACTED | CLAUDIA CARRANZA<br>ADDRESS REDACTED | CLAUDIA LOPEZ<br>ADDRESS REDACTED |
| CLAUDIA MARTINEZ<br>ADDRESS REDACTED | CLAUDIA OLAGUE<br>ADDRESS REDACTED | CLAUDIA PADILLA<br>ADDRESS REDACTED |
| CLAUDIA RIVAS<br>ADDRESS REDACTED | CLAUDIA UNRUH<br>ADDRESS REDACTED | CLAUDIA VILLEDA<br>ADDRESS REDACTED |
| CLAUDINA ALVAREZ<br>ADDRESS REDACTED | CLAUDIO POLES<br>ADDRESS REDACTED | CLAY JOHNSON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| CLAYTON & SUSAN PIERCE<br>ADDRESS REDACTED | CLAYTON PAYNE<br>ADDRESS REDACTED | CLEMENCIA MORO<br>ADDRESS REDACTED |
| CLEMENTINA DUENAS<br>ADDRESS REDACTED | CLEMENTINE LOBO<br>ADDRESS REDACTED | CLEO ADAMS<br>ADDRESS REDACTED |
| CLIFF STRAEHLEY<br>ADDRESS REDACTED | CLIFFORD BAUNAN<br>ADDRESS REDACTED | CLIFFORD J  VELTENAAR<br>ADDRESS REDACTED |
| CLIFFORD KEICK<br>ADDRESS REDACTED | CLIFFORD LUTJE<br>ADDRESS REDACTED | CLIFFORD PARKER<br>ADDRESS REDACTED |
| CLIFFORD W MOORE<br>ADDRESS REDACTED | CLIFORD WILLIAMS<br>ADDRESS REDACTED | CLIFTON LOFTIN<br>ADDRESS REDACTED |
| CLINT NEIL<br>ADDRESS REDACTED | CLINT WILLIAMS<br>ADDRESS REDACTED | CLINTON J DIAS<br>ADDRESS REDACTED |
| CLINTON ROBINSON<br>ADDRESS REDACTED | CLISSORD PERREL<br>ADDRESS REDACTED | CLIVE MATSON<br>ADDRESS REDACTED |
| CLOTILDA RAMIREZ<br>ADDRESS REDACTED | CLYDE BOWMAN<br>ADDRESS REDACTED | CLYDE DOUGLASS<br>ADDRESS REDACTED |
| CLYDE LIVINGSTON<br>ADDRESS REDACTED | CLYDE NELSON<br>ADDRESS REDACTED | CODY J HURILLA<br>ADDRESS REDACTED |
| COFFEE ELECTRIC<br>ADDRESS REDACTED | COLBY RICHARDSON<br>ADDRESS REDACTED | COLE MILLS<br>ADDRESS REDACTED |
| COLEEN BEDNAEK<br>ADDRESS REDACTED | COLETTE  KOWALESKI<br>ADDRESS REDACTED | COLLEEN CLEMONS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| COLLEEN DELANDY<br>ADDRESS REDACTED | COLLEEN GEMMETTE<br>ADDRESS REDACTED | COLLEEN GREENBERG<br>ADDRESS REDACTED |
| COLLEEN HAGAN<br>ADDRESS REDACTED | COLLEEN SMITH<br>ADDRESS REDACTED | COLLIN SUTTON<br>ADDRESS REDACTED |
| COMMIE HOWARD<br>ADDRESS REDACTED | CONCEPCION CARDENAS<br>ADDRESS REDACTED | CONCEPCION TALAMANTES<br>ADDRESS REDACTED |
| CONCEPCION VALDEZ<br>ADDRESS REDACTED | CONCEPION GUNERA PAULINO BETANCOURTH<br>ADDRESS REDACTED | CONG YITZCHOK<br>ADDRESS REDACTED |
| CONNER O<br>ADDRESS REDACTED | CONNIE CLIFFORD<br>ADDRESS REDACTED | CONNIE FITZGERALD<br>ADDRESS REDACTED |
| CONNIE GONZALES<br>ADDRESS REDACTED | CONNIE MALLORY<br>ADDRESS REDACTED | CONNIE PANCOTTO<br>ADDRESS REDACTED |
| CONNIE S BELSINGER<br>ADDRESS REDACTED | CONNY BERTULSO<br>ADDRESS REDACTED | CONRAD NANON<br>ADDRESS REDACTED |
| CONRAD SUTLER<br>ADDRESS REDACTED | CONRADO CABUCANA<br>ADDRESS REDACTED | CONSTANCE A DOOLAN<br>ADDRESS REDACTED |
| CONSTANCE ASTLE<br>ADDRESS REDACTED | CONSTANCE L MONTEIRO<br>ADDRESS REDACTED | CONSTANCE LOGUIDICE<br>ADDRESS REDACTED |
| CONSTANCE LOGUIDICE<br>ADDRESS REDACTED | CONSTANCE MCINTOSH<br>ADDRESS REDACTED | CONSTANCE NANCE<br>ADDRESS REDACTED |
| CONSTANCE SHAFFER<br>ADDRESS REDACTED | CONSTANCIA DEQUINIA<br>ADDRESS REDACTED | CONSUELO BONILLA<br>ADDRESS REDACTED |

| CONSUELO DOBSON<br>ADDRESS REDACTED | CORAY CROWDER<br>ADDRESS REDACTED | CORAZON CADAG<br>ADDRESS REDACTED |
|---|---|---|
| CORCORAN, CAROL M<br>ADDRESS REDACTED | CORDELYNN BAUMEISTER<br>ADDRESS REDACTED | COREY J LOSEY<br>ADDRESS REDACTED |
| CORINE BILL BOULTON<br>ADDRESS REDACTED | CORINE GUNSCH ED GUNSCH JR.<br>ADDRESS REDACTED | CORLIS MARKHAM<br>ADDRESS REDACTED |
| CORNEALOUS MCGEE<br>ADDRESS REDACTED | CORNEL DEHELEAN<br>ADDRESS REDACTED | CORNELIUS J KOFFEN<br>ADDRESS REDACTED |
| CORNELIUS W. PRYOR<br>ADDRESS REDACTED | CORONAD MAJIA<br>ADDRESS REDACTED | CORRINE CASSIDY<br>ADDRESS REDACTED |
| CORY HARRIS<br>ADDRESS REDACTED | CORY HUNT<br>ADDRESS REDACTED | CORY LARSON<br>ADDRESS REDACTED |
| CORY PATTEN<br>ADDRESS REDACTED | COSME ANGULO<br>ADDRESS REDACTED | COSME NUNEZ<br>ADDRESS REDACTED |
| COURTNEY  GUST<br>ADDRESS REDACTED | COURTNEY KEHL<br>ADDRESS REDACTED | CRAIG  PYROS<br>ADDRESS REDACTED |
| CRAIG BEANE<br>ADDRESS REDACTED | CRAIG BEANE<br>ADDRESS REDACTED | CRAIG BERNIER<br>ADDRESS REDACTED |
| CRAIG COLE<br>ADDRESS REDACTED | CRAIG FRANKLIN<br>ADDRESS REDACTED | CRAIG GRUBER<br>ADDRESS REDACTED |
| CRAIG KAY<br>ADDRESS REDACTED | CRAIG L SMITH<br>ADDRESS REDACTED | CRAIG MAYES<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| CRAIG MCCANN<br>ADDRESS REDACTED | CRAIG MOON<br>ADDRESS REDACTED | CRAIG MOON<br>ADDRESS REDACTED |
| CRAIG PESSINA<br>ADDRESS REDACTED | CRAIG ROCKMAN<br>ADDRESS REDACTED | CRAIG ROCKMAN<br>ADDRESS REDACTED |
| CRAIG SHERMAN<br>ADDRESS REDACTED | CRAIG SHIELD<br>ADDRESS REDACTED | CRAIG TILLMAN<br>ADDRESS REDACTED |
| CRAIG WILLIAMS<br>ADDRESS REDACTED | CRAIG YODER<br>ADDRESS REDACTED | CRESCENCIO SUMAMPOND<br>ADDRESS REDACTED |
| CRESENCIO DALUYUT<br>ADDRESS REDACTED | CRESSIA ARNOLD<br>ADDRESS REDACTED | CRISTAL BURFORD<br>ADDRESS REDACTED |
| CRISTELA SANTOS<br>ADDRESS REDACTED | CRISTELA SOLANO<br>ADDRESS REDACTED | CRISTIANN PESSOA<br>ADDRESS REDACTED |
| CRISTINA NIEVES<br>ADDRESS REDACTED | CRISTINA RODRIGUEZ<br>ADDRESS REDACTED | CRISTINA STAFFORD<br>ADDRESS REDACTED |
| CRISTINA VALENTINE<br>ADDRESS REDACTED | CRISTINA VILLANUEVA<br>ADDRESS REDACTED | CRISTO JACOME<br>ADDRESS REDACTED |
| CRISTOVAL HILDALGO<br>ADDRESS REDACTED | CRISTY DOUGLAS<br>ADDRESS REDACTED | CRUZ EACOBEDO<br>ADDRESS REDACTED |
| CRUZ FLOREZ<br>ADDRESS REDACTED | CRYSTAL BOOKER<br>ADDRESS REDACTED | CRYSTAL BOOKER<br>ADDRESS REDACTED |
| CRYSTAL COLE<br>ADDRESS REDACTED | CRYSTAL DELLIGATTI<br>ADDRESS REDACTED | CRYSTAL ENGINEERING<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| CRYSTAL GREENE<br>ADDRESS REDACTED | CRYSTAL JACKSON<br>ADDRESS REDACTED | CRYSTAL M. BOWLER-ESSELTINE<br>ADDRESS REDACTED |
| CRYSTAL MARTIN<br>ADDRESS REDACTED | CRYSTAL MICHELLE SAUNDERS<br>ADDRESS REDACTED | CRYSTAL PEREZ<br>ADDRESS REDACTED |
| CRYSTAL PRIETO<br>ADDRESS REDACTED | CRYSTAL SUMERIX<br>ADDRESS REDACTED | CUAUHTEMOC GONZALEZ<br>ADDRESS REDACTED |
| CUBERTO PERA<br>ADDRESS REDACTED | CUONG LA<br>ADDRESS REDACTED | CUONG LAM<br>ADDRESS REDACTED |
| CUONG QUAN<br>ADDRESS REDACTED | CUONG TANG<br>ADDRESS REDACTED | CUPERTINO ALFARO<br>ADDRESS REDACTED |
| CURT JACOB<br>ADDRESS REDACTED | CURT TARLTON<br>ADDRESS REDACTED | CURTICEEN HINES<br>ADDRESS REDACTED |
| CURTIS BIRD<br>ADDRESS REDACTED | CURTIS D YOUNG<br>ADDRESS REDACTED | CURTIS LEE CONWAY<br>ADDRESS REDACTED |
| CURTIS LEONARDO<br>ADDRESS REDACTED | CURTIS MAIN<br>ADDRESS REDACTED | CURTIS MICGEE<br>ADDRESS REDACTED |
| CURTIS PURNELL<br>ADDRESS REDACTED | CUSHING  GREEN LP<br>ADDRESS REDACTED | CYNDEE STEWART<br>ADDRESS REDACTED |
| CYNTHIA (CINDY) BAXTER<br>ADDRESS REDACTED | CYNTHIA BELASTO<br>ADDRESS REDACTED | CYNTHIA BRIGGS<br>ADDRESS REDACTED |
| CYNTHIA COVINGTON<br>ADDRESS REDACTED | CYNTHIA E. HARGIS<br>ADDRESS REDACTED | CYNTHIA ELLIOTT<br>ADDRESS REDACTED |

CYNTHIA GRANT
ADDRESS REDACTED

CYNTHIA GRIGGS
ADDRESS REDACTED

CYNTHIA HAZELTON
ADDRESS REDACTED

CYNTHIA HOLLIDAY
ADDRESS REDACTED

CYNTHIA HUBBARD
ADDRESS REDACTED

CYNTHIA ISLER
ADDRESS REDACTED

CYNTHIA JACKSON
ADDRESS REDACTED

CYNTHIA L. OUTLAW
ADDRESS REDACTED

CYNTHIA LOPEZ
ADDRESS REDACTED

CYNTHIA MARIA
ADDRESS REDACTED

CYNTHIA MARTIN
ADDRESS REDACTED

CYNTHIA PAPERMASTER
ADDRESS REDACTED

CYNTHIA PINA
ADDRESS REDACTED

CYNTHIA SEIBELS
ADDRESS REDACTED

CYNTHIA SILVA
ADDRESS REDACTED

CYNTHIA STOLT
ADDRESS REDACTED

CYNTHIA TSUI
ADDRESS REDACTED

CYNTHIA WHYE
ADDRESS REDACTED

CYNTHIA WILLIAMS
ADDRESS REDACTED

CYNTHIA ZERPUCHE
ADDRESS REDACTED

CYPRIANA FOWELL
ADDRESS REDACTED

D G KOLIBABA
ADDRESS REDACTED

D J VIGNA
ADDRESS REDACTED

D MILLER
ADDRESS REDACTED

D T. SORIA
ADDRESS REDACTED

D. NEIL BREMER
ADDRESS REDACTED

D.K. MISHRA
ADDRESS REDACTED

DAE KANG
ADDRESS REDACTED

DAE KANG
ADDRESS REDACTED

DAE KANG
ADDRESS REDACTED

DAE KANG
ADDRESS REDACTED

DAE KANG
ADDRESS REDACTED

DAE KING
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

DAE KING
ADDRESS REDACTED

DAENAM KIM
ADDRESS REDACTED

DAISY ACOSTA
ADDRESS REDACTED

DAISY MARCENARO
ADDRESS REDACTED

DAISY SALDOSA
ADDRESS REDACTED

DAISY SANDODAL
ADDRESS REDACTED

DAISY VILLANUEVA
ADDRESS REDACTED

DAJANAE COLE
ADDRESS REDACTED

DALE A KUIKSTRA
ADDRESS REDACTED

DALE BAUER
ADDRESS REDACTED

DALE CLOW
ADDRESS REDACTED

DALE FRAAZA
ADDRESS REDACTED

DALE GARRISON
ADDRESS REDACTED

DALE JOHNSON
ADDRESS REDACTED

DALE SISE
ADDRESS REDACTED

DALE WELLCOME
ADDRESS REDACTED

DALGINDER KHANGURA
ADDRESS REDACTED

DALKAR SINGH
ADDRESS REDACTED

DALLAS HALSEY
ADDRESS REDACTED

DALLAS REESE
ADDRESS REDACTED

DALVIR SINGH
ADDRESS REDACTED

DAMARIS M GARCIA
ADDRESS REDACTED

DAMASO MAGANA
ADDRESS REDACTED

DAMION ABRAHAMS
ADDRESS REDACTED

DAN  BARRY
ADDRESS REDACTED

DAN  BOERMAN
ADDRESS REDACTED

DAN  PARKER
ADDRESS REDACTED

DAN BREAULT
ADDRESS REDACTED

DAN BUSA
ADDRESS REDACTED

DAN BUSA
ADDRESS REDACTED

DAN BUSA
ADDRESS REDACTED

DAN BUSA
ADDRESS REDACTED

DAN BUSMAN II
ADDRESS REDACTED

DAN CAREY
ADDRESS REDACTED

DAN CONSTANTINO
ADDRESS REDACTED

DAN COREL
ADDRESS REDACTED

DAN E. OLDHAM
ADDRESS REDACTED

DAN ENGBERSTIEN
ADDRESS REDACTED

DAN F. LEE
ADDRESS REDACTED

DAN FETTERMAN
ADDRESS REDACTED

DAN GIFFORD
ADDRESS REDACTED

DAN JOHNSON
ADDRESS REDACTED

DAN KUEMMERLE
ADDRESS REDACTED

DAN LOPES
ADDRESS REDACTED

DAN MARCINIEC
ADDRESS REDACTED

DAN MESKE
ADDRESS REDACTED

DAN MIRANDA
ADDRESS REDACTED

DAN MOHAN
ADDRESS REDACTED

DAN MORELLI
ADDRESS REDACTED

DAN MYGRANTS
ADDRESS REDACTED

DAN PARKER
ADDRESS REDACTED

DAN PARKER
ADDRESS REDACTED

DAN PARKER
ADDRESS REDACTED

DAN PIGOTT
ADDRESS REDACTED

DAN PITTMAN
ADDRESS REDACTED

DAN ROBERTS
ADDRESS REDACTED

DAN ROBERTS
ADDRESS REDACTED

DAN SILIZERDIS
ADDRESS REDACTED

DAN STEWART
ADDRESS REDACTED

DAN STORY
ADDRESS REDACTED

DAN VEITH
ADDRESS REDACTED

DAN VEITH
ADDRESS REDACTED

DANA COOPER
ADDRESS REDACTED

DANA KIPAURA
ADDRESS REDACTED

DANA MICKELSON
ADDRESS REDACTED

DANA NG
ADDRESS REDACTED

| | | |
|---|---|---|
| DANA P LAMBY<br>ADDRESS REDACTED | DANA PARSO<br>ADDRESS REDACTED | DANA W HEADLEY<br>ADDRESS REDACTED |
| DANAE SONNENFELD<br>ADDRESS REDACTED | DANETTE MOORE<br>ADDRESS REDACTED | DANG XIONG<br>ADDRESS REDACTED |
| DANH TRINH<br>ADDRESS REDACTED | DANIAL DIAZ<br>ADDRESS REDACTED | DANICA JACKSON<br>ADDRESS REDACTED |
| DANIEL  TAKAIA<br>ADDRESS REDACTED | DANIEL ARRELOA<br>ADDRESS REDACTED | DANIEL B. MARTINEZ<br>ADDRESS REDACTED |
| DANIEL BELIN<br>ADDRESS REDACTED | DANIEL BENNETT<br>ADDRESS REDACTED | DANIEL BEYDA<br>ADDRESS REDACTED |
| DANIEL BOLOGNA<br>ADDRESS REDACTED | DANIEL BOYAN<br>ADDRESS REDACTED | DANIEL BRAVO<br>ADDRESS REDACTED |
| DANIEL BROOKS<br>ADDRESS REDACTED | DANIEL C FERMIN<br>ADDRESS REDACTED | DANIEL CABEZA<br>ADDRESS REDACTED |
| DANIEL CASETTA<br>ADDRESS REDACTED | DANIEL CESPEDES<br>ADDRESS REDACTED | DANIEL CLARK<br>ADDRESS REDACTED |
| DANIEL CRAIGHEAD<br>ADDRESS REDACTED | DANIEL CRESPO<br>ADDRESS REDACTED | DANIEL D. CLYDE<br>ADDRESS REDACTED |
| DANIEL DEUEL<br>ADDRESS REDACTED | DANIEL DIECCANSCO<br>ADDRESS REDACTED | DANIEL DORSETT<br>ADDRESS REDACTED |
| DANIEL DUMPIT<br>ADDRESS REDACTED | DANIEL E BOBBITT<br>ADDRESS REDACTED | DANIEL EARGHAM<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**                                                    Served 5/22/2014

| | | |
|---|---|---|
| DANIEL FICHER<br>ADDRESS REDACTED | DANIEL GERZ<br>ADDRESS REDACTED | DANIEL HA<br>ADDRESS REDACTED |
| DANIEL HAMMONS<br>ADDRESS REDACTED | DANIEL HERNANDEZ<br>ADDRESS REDACTED | DANIEL K. WALSH<br>ADDRESS REDACTED |
| DANIEL KIMBRELL<br>ADDRESS REDACTED | DANIEL KONING<br>ADDRESS REDACTED | DANIEL MARTINEZ<br>ADDRESS REDACTED |
| DANIEL MARTINEZ<br>ADDRESS REDACTED | DANIEL MELANCON<br>ADDRESS REDACTED | DANIEL OGBODO<br>ADDRESS REDACTED |
| DANIEL OVERTON<br>ADDRESS REDACTED | DANIEL PAUL<br>ADDRESS REDACTED | DANIEL PENA<br>ADDRESS REDACTED |
| DANIEL Q CAMPOS<br>ADDRESS REDACTED | DANIEL R ONEAL<br>ADDRESS REDACTED | DANIEL REDMOND<br>ADDRESS REDACTED |
| DANIEL RIQUEROS<br>ADDRESS REDACTED | DANIEL SARABIA<br>ADDRESS REDACTED | DANIEL SESMA<br>ADDRESS REDACTED |
| DANIEL SNOW<br>ADDRESS REDACTED | DANIEL SOLDBERG<br>ADDRESS REDACTED | DANIEL TEBOS<br>ADDRESS REDACTED |
| DANIEL THORP<br>ADDRESS REDACTED | DANIEL TREPOLA<br>ADDRESS REDACTED | DANIEL TYLE<br>ADDRESS REDACTED |
| DANIEL VALDOVINOS<br>ADDRESS REDACTED | DANIEL WARD<br>ADDRESS REDACTED | DANIEL WONG<br>ADDRESS REDACTED |
| DANIELA HUTANU<br>ADDRESS REDACTED | DANIELA ROBINSON<br>ADDRESS REDACTED | DANIELLE BERDAHN<br>ADDRESS REDACTED |

DANIELLE HARRISON
ADDRESS REDACTED

DANIELLE JOHNSON
ADDRESS REDACTED

DANIELLE LAMA
ADDRESS REDACTED

DANIELLE METZGER
ADDRESS REDACTED

DANIELLE SAMSON
ADDRESS REDACTED

DANIELLE SCISM
ADDRESS REDACTED

DANIIL LASHTHUK
ADDRESS REDACTED

DANILO GANCAYCO
ADDRESS REDACTED

DANILO TEJADA
ADDRESS REDACTED

DANIQUA STITH
ADDRESS REDACTED

DANNA KHLAUT
ADDRESS REDACTED

DANNA MAI
ADDRESS REDACTED

DANNY ANDRIS
ADDRESS REDACTED

DANNY BROWN
ADDRESS REDACTED

DANNY BROWN
ADDRESS REDACTED

DANNY BROWN
ADDRESS REDACTED

DANNY CRESTO
ADDRESS REDACTED

DANNY DE COITO
ADDRESS REDACTED

DANNY DYATOOMA
ADDRESS REDACTED

DANNY E MCKNIGHT
ADDRESS REDACTED

DANNY GUZMAN
ADDRESS REDACTED

DANNY HA
ADDRESS REDACTED

DANNY HUBBARD
ADDRESS REDACTED

DANNY LOUIE
ADDRESS REDACTED

DANNY MARTINEZ
ADDRESS REDACTED

DANNY ORTEGA
ADDRESS REDACTED

DANNY QUACH
ADDRESS REDACTED

DANNY ROSE
ADDRESS REDACTED

DANNY THIGPEN
ADDRESS REDACTED

DANNY WILSON
ADDRESS REDACTED

DANNY WONG
ADDRESS REDACTED

DANYA FUGATE
ADDRESS REDACTED

DANYA PFEIFER
ADDRESS REDACTED

DAOPHET SARADETH
ADDRESS REDACTED

DAPHNE GAINES
ADDRESS REDACTED

DAPHNE HOLLY
ADDRESS REDACTED

DAPHNE MOORE
ADDRESS REDACTED

DARA MAXWELL
ADDRESS REDACTED

DARCI CORNER
ADDRESS REDACTED

DARCY JACKSON
ADDRESS REDACTED

DARCY SANSONI
ADDRESS REDACTED

DARIA BURR
ADDRESS REDACTED

DARICE M STREETER
ADDRESS REDACTED

DARIN KENNELLY
ADDRESS REDACTED

DARIN TURNEN
ADDRESS REDACTED

DARIN TURNER
ADDRESS REDACTED

DARIN TURNER
ADDRESS REDACTED

DARIO BENEDETTI
ADDRESS REDACTED

DARIO ROCHA
ADDRESS REDACTED

DARLEEN FERGURSEN
ADDRESS REDACTED

DARLENE BENNETT
ADDRESS REDACTED

DARLENE EATON
ADDRESS REDACTED

DARLENE JENNINGS
ADDRESS REDACTED

DARLENE NEVINS
ADDRESS REDACTED

DARLENE SHAFFER
ADDRESS REDACTED

DARLY ALFARO
ADDRESS REDACTED

DARNELL HAMEL
ADDRESS REDACTED

DARNELL LANCE
ADDRESS REDACTED

DARNELL WATERS
ADDRESS REDACTED

DARREL KIESZ
ADDRESS REDACTED

DARRELL DUNN
ADDRESS REDACTED

DARRELL KUHN
ADDRESS REDACTED

DARRELL MCMILLAN
ADDRESS REDACTED

DARRELL POWELL
ADDRESS REDACTED

DARRELL-EMILY GRAHAM
ADDRESS REDACTED

DARREN RAVENBAU
ADDRESS REDACTED

| | | |
|---|---|---|
| DARRIN BROWN<br>ADDRESS REDACTED | DARTON MAGELLAN<br>ADDRESS REDACTED | DARYL  ARCHAMBAULT<br>ADDRESS REDACTED |
| DARYL BRYAN<br>ADDRESS REDACTED | DARYL LACHMAN<br>ADDRESS REDACTED | DARYLE LONGSTRETH<br>ADDRESS REDACTED |
| DARYTH STALLONE<br>ADDRESS REDACTED | DAVE ARNEY<br>ADDRESS REDACTED | DAVE CANCHOLA<br>ADDRESS REDACTED |
| DAVE CASSEL<br>ADDRESS REDACTED | DAVE HEES<br>ADDRESS REDACTED | DAVE HEGEMAN<br>ADDRESS REDACTED |
| DAVE JACKSON<br>ADDRESS REDACTED | DAVE JOINER<br>ADDRESS REDACTED | DAVE MARTIN; SHIRLEY MARTIN<br>ADDRESS REDACTED |
| DAVE PARTON<br>ADDRESS REDACTED | DAVE RICAPITO<br>ADDRESS REDACTED | DAVE ROSENZWEIG<br>ADDRESS REDACTED |
| DAVE SPIVEY<br>ADDRESS REDACTED | DAVE ST. LAURENT<br>ADDRESS REDACTED | DAVE STEPHENSON<br>ADDRESS REDACTED |
| DAVE TAUBLER<br>ADDRESS REDACTED | DAVE VAN DORP<br>ADDRESS REDACTED | DAVE WILLIAMS<br>ADDRESS REDACTED |
| DAVIANA OVALLE<br>ADDRESS REDACTED | DAVID  ABATSIS<br>ADDRESS REDACTED | DAVID  ANTENUCCI<br>ADDRESS REDACTED |
| DAVID  BOSHARA<br>ADDRESS REDACTED | DAVID  GOODMAN<br>ADDRESS REDACTED | DAVID  REED<br>ADDRESS REDACTED |
| DAVID  SCHWARTZ<br>ADDRESS REDACTED | DAVID A. BUSCHER<br>ADDRESS REDACTED | DAVID A. RANKIN<br>ADDRESS REDACTED |

DAVID ABATSIS
ADDRESS REDACTED

DAVID AGUILERA
ADDRESS REDACTED

DAVID ALARCON
ADDRESS REDACTED

DAVID ANGELI
ADDRESS REDACTED

DAVID ANIANO
ADDRESS REDACTED

DAVID ANTENUCCI
ADDRESS REDACTED

DAVID ANTENUCCI
ADDRESS REDACTED

DAVID ANTHONY RAM
ADDRESS REDACTED

DAVID ARNAIZ
ADDRESS REDACTED

DAVID ARNOLD
ADDRESS REDACTED

DAVID ARRIAGA
ADDRESS REDACTED

DAVID AUERVACH
ADDRESS REDACTED

DAVID B. PEARSE
ADDRESS REDACTED

DAVID BASS
ADDRESS REDACTED

DAVID BEAULIEU
ADDRESS REDACTED

DAVID BELABILLO
ADDRESS REDACTED

DAVID BELLAMY
ADDRESS REDACTED

DAVID BERKOWITZ
ADDRESS REDACTED

DAVID BERNEY
ADDRESS REDACTED

DAVID BOSHARA
ADDRESS REDACTED

DAVID BOSHARA
ADDRESS REDACTED

DAVID BOYD
ADDRESS REDACTED

DAVID BUHR
ADDRESS REDACTED

DAVID BURGUENO
ADDRESS REDACTED

DAVID BUSBY
ADDRESS REDACTED

DAVID C. FREEMAN
ADDRESS REDACTED

DAVID CANUL
ADDRESS REDACTED

DAVID CARTER
ADDRESS REDACTED

DAVID CHANG
ADDRESS REDACTED

DAVID CHENEY
ADDRESS REDACTED

DAVID CHEW
ADDRESS REDACTED

DAVID CHON
ADDRESS REDACTED

DAVID CLARK
ADDRESS REDACTED

DAVID CODSIPOTI
ADDRESS REDACTED

DAVID COOK
ADDRESS REDACTED

DAVID CORKRUM
ADDRESS REDACTED

DAVID CRADDOCK
ADDRESS REDACTED

DAVID CRAMER
ADDRESS REDACTED

DAVID DAVIS
ADDRESS REDACTED

DAVID DENNISON
ADDRESS REDACTED

DAVID DONOHUE
ADDRESS REDACTED

DAVID DROST
ADDRESS REDACTED

DAVID DRURY
ADDRESS REDACTED

DAVID DUENAS
ADDRESS REDACTED

DAVID DUFFY
ADDRESS REDACTED

DAVID DUNCAN
ADDRESS REDACTED

DAVID DUNCAN
ADDRESS REDACTED

DAVID E MYERS
ADDRESS REDACTED

DAVID E PEDERSEN
ADDRESS REDACTED

DAVID EARNEY
ADDRESS REDACTED

DAVID ELLINGTON
ADDRESS REDACTED

DAVID ERROA
ADDRESS REDACTED

DAVID FRANCOEUR
ADDRESS REDACTED

DAVID G. PETERS
ADDRESS REDACTED

DAVID G. STELZER
ADDRESS REDACTED

DAVID GOERGEN
ADDRESS REDACTED

DAVID GOLDEN
ADDRESS REDACTED

DAVID GONZALEZ
ADDRESS REDACTED

DAVID GOUGH
ADDRESS REDACTED

DAVID GUERREIRO
ADDRESS REDACTED

DAVID H DIDDLE
ADDRESS REDACTED

DAVID H. BARMORE
ADDRESS REDACTED

DAVID HARRINGTON
ADDRESS REDACTED

DAVID HARRIS
ADDRESS REDACTED

DAVID HARRIS
ADDRESS REDACTED

DAVID HENRICK
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

DAVID HERNANDEZ
ADDRESS REDACTED

DAVID HOLL
ADDRESS REDACTED

DAVID HOPKINSON
ADDRESS REDACTED

DAVID HOWERZYL
ADDRESS REDACTED

DAVID HUANG
ADDRESS REDACTED

DAVID HUANG
ADDRESS REDACTED

DAVID HUSS
ADDRESS REDACTED

DAVID HYDE
ADDRESS REDACTED

DAVID IERARDI
ADDRESS REDACTED

DAVID IRON
ADDRESS REDACTED

DAVID J RIZO
ADDRESS REDACTED

DAVID JACKSON
ADDRESS REDACTED

DAVID JIMENEZ
ADDRESS REDACTED

DAVID JORGENFEN
ADDRESS REDACTED

DAVID JOSEPH
ADDRESS REDACTED

DAVID KAISEL
ADDRESS REDACTED

DAVID KAISER
ADDRESS REDACTED

DAVID KARPE
ADDRESS REDACTED

DAVID KATSEFF
ADDRESS REDACTED

DAVID KENIGSBERG
ADDRESS REDACTED

DAVID KENIGSBERG
ADDRESS REDACTED

DAVID KERAN
ADDRESS REDACTED

DAVID KIRKPATRICK
ADDRESS REDACTED

DAVID KRONICK
ADDRESS REDACTED

DAVID KRUEGER
ADDRESS REDACTED

DAVID L. COOPER
ADDRESS REDACTED

DAVID L.WILLIAMS
ADDRESS REDACTED

DAVID LARQUEZ
ADDRESS REDACTED

DAVID LEUNG
ADDRESS REDACTED

DAVID LEWIS
ADDRESS REDACTED

DAVID M GADD
ADDRESS REDACTED

DAVID M GALINDO
ADDRESS REDACTED

DAVID MATTHEWS
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail                                                          Served 5/22/2014

| | | |
|---|---|---|
| DAVID MCGINNIS<br>ADDRESS REDACTED | DAVID MEISMAN<br>ADDRESS REDACTED | DAVID MENGER<br>ADDRESS REDACTED |
| DAVID MEZA<br>ADDRESS REDACTED | DAVID MILAN<br>ADDRESS REDACTED | DAVID MOCK<br>ADDRESS REDACTED |
| DAVID MOORE<br>ADDRESS REDACTED | DAVID MORRIS<br>ADDRESS REDACTED | DAVID MUER<br>ADDRESS REDACTED |
| DAVID MURCHISOM<br>ADDRESS REDACTED | DAVID NGUYEN<br>ADDRESS REDACTED | DAVID OLANDER<br>ADDRESS REDACTED |
| DAVID PADILLA<br>ADDRESS REDACTED | DAVID PADILLA<br>ADDRESS REDACTED | DAVID PARO<br>ADDRESS REDACTED |
| DAVID PATEL<br>ADDRESS REDACTED | DAVID PAYNE<br>ADDRESS REDACTED | DAVID PEREZ<br>ADDRESS REDACTED |
| DAVID PLUMEAU<br>ADDRESS REDACTED | DAVID R FULLMER<br>ADDRESS REDACTED | DAVID R SALAZAR<br>ADDRESS REDACTED |
| DAVID RABINOWITZ<br>ADDRESS REDACTED | DAVID RALLEY<br>ADDRESS REDACTED | DAVID REYNOSO<br>ADDRESS REDACTED |
| DAVID RICH<br>ADDRESS REDACTED | DAVID RILEY<br>ADDRESS REDACTED | DAVID RIST<br>ADDRESS REDACTED |
| DAVID RITTENHOUSE<br>ADDRESS REDACTED | DAVID RITTER<br>ADDRESS REDACTED | DAVID ROBIER<br>ADDRESS REDACTED |
| DAVID ROBINSON<br>ADDRESS REDACTED | DAVID ROGERS<br>ADDRESS REDACTED | DAVID ROMERO<br>ADDRESS REDACTED |

| DAVID ROMERO | DAVID ROSSS | DAVID ROUZE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

DAVID RUBRIGHT
ADDRESS REDACTED

DAVID RURSHIMA
ADDRESS REDACTED

DAVID S CZEH
ADDRESS REDACTED

DAVID SALDANA
ADDRESS REDACTED

DAVID SALSEDO
ADDRESS REDACTED

DAVID SANDERS
ADDRESS REDACTED

DAVID SCHAFF
ADDRESS REDACTED

DAVID SCHNEIDER
ADDRESS REDACTED

DAVID SCHNEIDER
ADDRESS REDACTED

DAVID SCHULTZ
ADDRESS REDACTED

DAVID SERGEYEV
ADDRESS REDACTED

DAVID SILVER
ADDRESS REDACTED

DAVID SKAGGS
ADDRESS REDACTED

DAVID SMITH / DANIEL SMITH
ADDRESS REDACTED

DAVID SONNIER
ADDRESS REDACTED

DAVID STOCK
ADDRESS REDACTED

DAVID SWEETSER
ADDRESS REDACTED

DAVID SWIDER
ADDRESS REDACTED

DAVID T WONG
ADDRESS REDACTED

DAVID TAPIA
ADDRESS REDACTED

DAVID TATELBAUM
ADDRESS REDACTED

DAVID TAVES
ADDRESS REDACTED

DAVID TAYLOR
ADDRESS REDACTED

DAVID THOMPSON
ADDRESS REDACTED

DAVID TRUONG
ADDRESS REDACTED

DAVID UCCELLO
ADDRESS REDACTED

DAVID W ROHRIG
ADDRESS REDACTED

DAVID WEITEL
ADDRESS REDACTED

DAVID WHITEHOUSE
ADDRESS REDACTED

DAVID WHITEHOUSE
ADDRESS REDACTED

DAVID WILLIAMS
ADDRESS REDACTED

DAVID WISEDR
ADDRESS REDACTED

DAVID YEE
ADDRESS REDACTED

DAVIDER BANGA
ADDRESS REDACTED

DAVYD BOOTH
ADDRESS REDACTED

DAWN BARKER
ADDRESS REDACTED

DAWN CAMPANILE
ADDRESS REDACTED

DAWN COX
ADDRESS REDACTED

DAWN DARDFORD
ADDRESS REDACTED

DAWN E KELLY
ADDRESS REDACTED

DAWN E. HARO
ADDRESS REDACTED

DAWN HARRISON
ADDRESS REDACTED

DAWN LABELLARTE
ADDRESS REDACTED

DAWN MERCADO
ADDRESS REDACTED

DAWN NAKASHIMA
ADDRESS REDACTED

DAWN SPAULDING
ADDRESS REDACTED

DAWN SULLIVAN
ADDRESS REDACTED

DAWN TEGEN
ADDRESS REDACTED

DAWN TRAN
ADDRESS REDACTED

DAWN WRIGHT
ADDRESS REDACTED

DAWNN GUAY
ADDRESS REDACTED

DAWNNETT GALACIA
ADDRESS REDACTED

DAYAL MADHUDARAMA
ADDRESS REDACTED

DAYANE KARAPECYAN
ADDRESS REDACTED

DAYLE MARIER
ADDRESS REDACTED

DAYRIN RIVAS
ADDRESS REDACTED

DE K ZHOU
ADDRESS REDACTED

DE NGUYEN
ADDRESS REDACTED

DEAANA CARVALHO
ADDRESS REDACTED

DEABRO WILSON
ADDRESS REDACTED

DEAMON FIBRAIO
ADDRESS REDACTED

DEAN CARPENTER
ADDRESS REDACTED

DEAN COPETAS
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**                                                                    Served 5/22/2014

| | | |
|---|---|---|
| DEAN COUCH<br>ADDRESS REDACTED | DEAN GOODLIN<br>ADDRESS REDACTED | DEAN GRABER<br>ADDRESS REDACTED |
| DEAN HAVERDINK<br>ADDRESS REDACTED | DEAN K BELDEN & KAREN BELDEN<br>ADDRESS REDACTED | DEAN LABAT<br>ADDRESS REDACTED |
| DEAN LUKENS<br>ADDRESS REDACTED | DEAN LUURTSEMA<br>ADDRESS REDACTED | DEAN NARAHARA<br>ADDRESS REDACTED |
| DEAN SALEFSKI<br>ADDRESS REDACTED | DEAN WAUVLE<br>ADDRESS REDACTED | DEANA GARCIA<br>ADDRESS REDACTED |
| DEANDRE BOOKER<br>ADDRESS REDACTED | DEANNA DIAZ<br>ADDRESS REDACTED | DEAUAN ADAMS<br>ADDRESS REDACTED |
| DEB GARTSIDE<br>ADDRESS REDACTED | DEB OKEEFE<br>ADDRESS REDACTED | DEBBI LENZI<br>ADDRESS REDACTED |
| DEBBIE ANDERSON<br>ADDRESS REDACTED | DEBBIE CAZALA<br>ADDRESS REDACTED | DEBBIE ERDMAN<br>ADDRESS REDACTED |
| DEBBIE FLOWERS<br>ADDRESS REDACTED | DEBBIE GOSS<br>ADDRESS REDACTED | DEBBIE HEUCHERT<br>ADDRESS REDACTED |
| DEBBIE HILL<br>ADDRESS REDACTED | DEBBIE HURSEY<br>ADDRESS REDACTED | DEBBIE HUYGHE<br>ADDRESS REDACTED |
| DEBBIE HUYGHE<br>ADDRESS REDACTED | DEBBIE KNOEB<br>ADDRESS REDACTED | DEBBIE MCDONALD<br>ADDRESS REDACTED |
| DEBBIE MILLER<br>ADDRESS REDACTED | DEBBIE MILLER<br>ADDRESS REDACTED | DEBBIE MILLER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| DEBBIE MONTALTO<br>ADDRESS REDACTED | DEBBIE PICON<br>ADDRESS REDACTED | DEBBIE REAMES<br>ADDRESS REDACTED |
| DEBBIE REED<br>ADDRESS REDACTED | DEBBIE ROSE<br>ADDRESS REDACTED | DEBBIE RUDDY<br>ADDRESS REDACTED |
| DEBBIE SIERRA<br>ADDRESS REDACTED | DEBBIE SIMON<br>ADDRESS REDACTED | DEBBIE VILLA<br>ADDRESS REDACTED |
| DEBI AVERITT<br>ADDRESS REDACTED | DEBORA KEEGAN<br>ADDRESS REDACTED | DEBORAH A DOUTT<br>ADDRESS REDACTED |
| DEBORAH AND ALBERT HARRIS<br>ADDRESS REDACTED | DEBORAH BAUGH<br>ADDRESS REDACTED | DEBORAH CLABIORNE<br>ADDRESS REDACTED |
| DEBORAH COCOLA<br>ADDRESS REDACTED | DEBORAH D. BOLZAN<br>ADDRESS REDACTED | DEBORAH E CASSIDY<br>ADDRESS REDACTED |
| DEBORAH ETU<br>ADDRESS REDACTED | DEBORAH GINN<br>ADDRESS REDACTED | DEBORAH GUTING<br>ADDRESS REDACTED |
| DEBORAH HANSEN<br>ADDRESS REDACTED | DEBORAH HARGROVE<br>ADDRESS REDACTED | DEBORAH HOLMES<br>ADDRESS REDACTED |
| DEBORAH J SUTHERLAND<br>ADDRESS REDACTED | DEBORAH JENKINS<br>ADDRESS REDACTED | DEBORAH JONES<br>ADDRESS REDACTED |
| DEBORAH KELLOWAY<br>ADDRESS REDACTED | DEBORAH L PETRUCCY<br>ADDRESS REDACTED | DEBORAH MARTENS<br>ADDRESS REDACTED |
| DEBORAH MARY SCOTT<br>ADDRESS REDACTED | DEBORAH REINDEL<br>ADDRESS REDACTED | DEBORAH SACKS<br>ADDRESS REDACTED |

DEBORAH THOMPSON
ADDRESS REDACTED

DEBORAN MILLER
ADDRESS REDACTED

DEBRA  NASH
ADDRESS REDACTED

DEBRA ALBRITTON
ADDRESS REDACTED

DEBRA BJORLING
ADDRESS REDACTED

DEBRA CRANDALL
ADDRESS REDACTED

DEBRA CURTIS
ADDRESS REDACTED

DEBRA DEMAS
ADDRESS REDACTED

DEBRA E KRUSCH
ADDRESS REDACTED

DEBRA FARLEY
ADDRESS REDACTED

DEBRA FLOREZ
ADDRESS REDACTED

DEBRA HORN
ADDRESS REDACTED

DEBRA JACQUES
ADDRESS REDACTED

DEBRA LALIBERTE
ADDRESS REDACTED

DEBRA RUONAVAARA
ADDRESS REDACTED

DEBRA RUSSO
ADDRESS REDACTED

DEBRA SKIPP
ADDRESS REDACTED

DEBRA SLAYTER
ADDRESS REDACTED

DEE BORZONE
ADDRESS REDACTED

DEE HAMMING
ADDRESS REDACTED

DEEAN MERCIER
ADDRESS REDACTED

DEEPAK CHERIAN SUSAN JOHN
ADDRESS REDACTED

DEEPAK MUDAKAVI
ADDRESS REDACTED

DEIDRE RIVAS
ADDRESS REDACTED

DEIDRE SHARP
ADDRESS REDACTED

DEJE KONDOR
ADDRESS REDACTED

DEL ERICKSON
ADDRESS REDACTED

DEL HANNIGAN
ADDRESS REDACTED

DELANO HESTER
ADDRESS REDACTED

DELBERT DOWD
ADDRESS REDACTED

DELBERT GREGORY
ADDRESS REDACTED

DELBERT HECKENLAIELE
ADDRESS REDACTED

DELDER WAJDOWICZ
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| DELENA ROSE<br>ADDRESS REDACTED | DELFINA G PALAFOX<br>ADDRESS REDACTED | DELFINA MORRIS<br>ADDRESS REDACTED |
| DELIA CAUSAPIN<br>ADDRESS REDACTED | DELILAH WARREN<br>ADDRESS REDACTED | DELL D PETERSEN<br>ADDRESS REDACTED |
| DELL LOPEZ<br>ADDRESS REDACTED | DELLA FERGUSON<br>ADDRESS REDACTED | DELMER RODRIGUEZ<br>ADDRESS REDACTED |
| DELMY HERNANDEZ<br>ADDRESS REDACTED | DELORES CARTER<br>ADDRESS REDACTED | DELORES FELICITAF<br>ADDRESS REDACTED |
| DELORES ROBERTSON<br>ADDRESS REDACTED | DELORES ROBERTSON<br>ADDRESS REDACTED | DELORES ROBERTSON<br>ADDRESS REDACTED |
| DELORIS WALKER<br>ADDRESS REDACTED | DELROY PETERS<br>ADDRESS REDACTED | DEMING CEN<br>ADDRESS REDACTED |
| DEN SOK<br>ADDRESS REDACTED | DENA POULIAS<br>ADDRESS REDACTED | DENIQUAH GREEN<br>ADDRESS REDACTED |
| DENIS BACK<br>ADDRESS REDACTED | DENIS ENGLE<br>ADDRESS REDACTED | DENIS PRINGLE<br>ADDRESS REDACTED |
| DENISE ESHELMAN<br>ADDRESS REDACTED | DENISE FANION<br>ADDRESS REDACTED | DENISE K RAAP<br>ADDRESS REDACTED |
| DENISE LEW<br>ADDRESS REDACTED | DENISE MCLAUGHLIN<br>ADDRESS REDACTED | DENISE MORA<br>ADDRESS REDACTED |
| DENISE PACISICAR<br>ADDRESS REDACTED | DENISE SANCHEZ<br>ADDRESS REDACTED | DENISE SCOTT<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

DENISE SOZANSKI
ADDRESS REDACTED

DENISE SPENARD
ADDRESS REDACTED

DENISE TRUJILLO
ADDRESS REDACTED

DENISE TUTT
ADDRESS REDACTED

DENISE YERBY
ADDRESS REDACTED

DENITA FERNANDEZ
ADDRESS REDACTED

DENNIE TAYLOR
ADDRESS REDACTED

DENNIS  PETERSON
ADDRESS REDACTED

DENNIS  WELSH
ADDRESS REDACTED

DENNIS AUTIN
ADDRESS REDACTED

DENNIS BELL
ADDRESS REDACTED

DENNIS BIGELOW
ADDRESS REDACTED

DENNIS BURNS
ADDRESS REDACTED

DENNIS DOUGHERTY
ADDRESS REDACTED

DENNIS E. SIMONTON
ADDRESS REDACTED

DENNIS ELIASEN
ADDRESS REDACTED

DENNIS FARIS
ADDRESS REDACTED

DENNIS FONZI
ADDRESS REDACTED

DENNIS G HODGES
ADDRESS REDACTED

DENNIS GALE
ADDRESS REDACTED

DENNIS HAAS
ADDRESS REDACTED

DENNIS HENRY
ADDRESS REDACTED

DENNIS HOERTH
ADDRESS REDACTED

DENNIS HRUSKA
ADDRESS REDACTED

DENNIS JOHNSON
ADDRESS REDACTED

DENNIS JUDD
ADDRESS REDACTED

DENNIS KELLY
ADDRESS REDACTED

DENNIS KENT
ADDRESS REDACTED

DENNIS KIRK PATRICK
ADDRESS REDACTED

DENNIS L HERD
ADDRESS REDACTED

DENNIS LEE
ADDRESS REDACTED

DENNIS MOSSETT
ADDRESS REDACTED

DENNIS O. EMERY
ADDRESS REDACTED

| | | |
|---|---|---|
| DENNIS OTLOWSKI<br>ADDRESS REDACTED | DENNIS P. BROWN<br>ADDRESS REDACTED | DENNIS PETERS<br>ADDRESS REDACTED |
| DENNIS ROHDE<br>ADDRESS REDACTED | DENNIS SCOTT<br>ADDRESS REDACTED | DENNIS SEIBEL<br>ADDRESS REDACTED |
| DENNIS STANGE<br>ADDRESS REDACTED | DENNIS STANGE<br>ADDRESS REDACTED | DENNIS STROM<br>ADDRESS REDACTED |
| DENNIS THATCHER & ROSE DITO<br>ADDRESS REDACTED | DENNIS TOSCHI<br>ADDRESS REDACTED | DENNIS W HICKEY<br>ADDRESS REDACTED |
| DENNIS W. WONG<br>ADDRESS REDACTED | DENNIS YOUNG<br>ADDRESS REDACTED | DENNY GARCIA<br>ADDRESS REDACTED |
| DENNYPAUL KALDANI<br>ADDRESS REDACTED | DENREE SMITH<br>ADDRESS REDACTED | DEO NARAYAN<br>ADDRESS REDACTED |
| DEODORO S ALBUQERQUE<br>ADDRESS REDACTED | DEPH JONES<br>ADDRESS REDACTED | DEREK LEGG<br>ADDRESS REDACTED |
| DEREK MACINANTI<br>ADDRESS REDACTED | DEREK MANCHIP<br>ADDRESS REDACTED | DEREK MANCHIP<br>ADDRESS REDACTED |
| DEREK REED<br>ADDRESS REDACTED | DEREK SAYNOR<br>ADDRESS REDACTED | DEREK WISSNER<br>ADDRESS REDACTED |
| DERICK TALSMA<br>ADDRESS REDACTED | DERRICK HEIDEBRECHT<br>ADDRESS REDACTED | DESHA WILLIAMS<br>ADDRESS REDACTED |
| DESHAYLA SMITH<br>ADDRESS REDACTED | DESIREE CANETE<br>ADDRESS REDACTED | DESIREE MENCHACA<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

DESIREE NICOL
ADDRESS REDACTED

DESMOND NEAL
ADDRESS REDACTED

DETTE M KING
ADDRESS REDACTED

DEVIN FARRAL
ADDRESS REDACTED

DEXUAN YAN
ADDRESS REDACTED

DEYLA CACERAS-GOMEZ
ADDRESS REDACTED

DHARAM SALWAN
ADDRESS REDACTED

DHRON SHARMA
ADDRESS REDACTED

DHVANIT  DALAL
ADDRESS REDACTED

DI LIANG
ADDRESS REDACTED

DIA DAMALI
ADDRESS REDACTED

DIA DAMALI
ADDRESS REDACTED

DIAMOND HAYES
ADDRESS REDACTED

DIAN HERNANDEZ
ADDRESS REDACTED

DIANA BERNAL
ADDRESS REDACTED

DIANA EVANS
ADDRESS REDACTED

DIANA GREENE  KROLL
ADDRESS REDACTED

DIANA HENDIN
ADDRESS REDACTED

DIANA HERNANDEZ
ADDRESS REDACTED

DIANA KARRAS
ADDRESS REDACTED

DIANA KROLL
ADDRESS REDACTED

DIANA MCLEANE
ADDRESS REDACTED

DIANA NUNEZ
ADDRESS REDACTED

DIANA TENEVACA
ADDRESS REDACTED

DIANA TORRES
ADDRESS REDACTED

DIANE  MIXON
ADDRESS REDACTED

DIANE BATHE
ADDRESS REDACTED

DIANE BOLAND
ADDRESS REDACTED

DIANE DE LEMOS
ADDRESS REDACTED

DIANE ENG
ADDRESS REDACTED

DIANE F. LUEDTKA
ADDRESS REDACTED

DIANE FLETCHER
ADDRESS REDACTED

DIANE G ELLIS
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| DIANE GALEGO<br>ADDRESS REDACTED | DIANE GIBBONS<br>ADDRESS REDACTED | DIANE JAEGER<br>ADDRESS REDACTED |
| DIANE JAEGER<br>ADDRESS REDACTED | DIANE JEWELL<br>ADDRESS REDACTED | DIANE KAUTTER<br>ADDRESS REDACTED |
| DIANE KIMOKEO<br>ADDRESS REDACTED | DIANE MAYO<br>ADDRESS REDACTED | DIANE MOHIELDIN<br>ADDRESS REDACTED |
| DIANE MOHIELDIN<br>ADDRESS REDACTED | DIANE NEELY<br>ADDRESS REDACTED | DIANE RHONEMUS<br>ADDRESS REDACTED |
| DIANE RITCHIE<br>ADDRESS REDACTED | DIANE ROBERTSON<br>ADDRESS REDACTED | DIANE RUBACHA<br>ADDRESS REDACTED |
| DIANE S. GOAD<br>ADDRESS REDACTED | DIANE SALTER<br>ADDRESS REDACTED | DIANE TOWER<br>ADDRESS REDACTED |
| DIANE VAN TIL<br>ADDRESS REDACTED | DIANN LIPPMAN<br>ADDRESS REDACTED | DIANNA COOPER<br>ADDRESS REDACTED |
| DIANNA E DIAZ<br>ADDRESS REDACTED | DIANNA PIERCE<br>ADDRESS REDACTED | DIANNE  ROBINSON<br>ADDRESS REDACTED |
| DIANNE GANNON<br>ADDRESS REDACTED | DIANNE STERN<br>ADDRESS REDACTED | DICK PAULINI<br>ADDRESS REDACTED |
| DICK PURSLEY<br>ADDRESS REDACTED | DICK SHYERS<br>ADDRESS REDACTED | DICKEY BOFMAN JR<br>ADDRESS REDACTED |
| DIDIER AMIEZ<br>ADDRESS REDACTED | DIEGO HIRALDO<br>ADDRESS REDACTED | DIEGO ROBINSON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| DIEM HOANG<br>ADDRESS REDACTED | DIETIR MORA<br>ADDRESS REDACTED | DIEU SON<br>ADDRESS REDACTED |
| DIGNA LAUREANO<br>ADDRESS REDACTED | DIJENT KUMAR<br>ADDRESS REDACTED | DILL JACKSON<br>ADDRESS REDACTED |
| DILLI ADHIKARI<br>ADDRESS REDACTED | DILLIE KENNEDY<br>ADDRESS REDACTED | DILLION RAMOS<br>ADDRESS REDACTED |
| DILSHAD AKHTAR<br>ADDRESS REDACTED | DIMITRIOS ARVANITOPOULOS<br>ADDRESS REDACTED | DIMITRIOS PAPAS<br>ADDRESS REDACTED |
| DIMITRIOS PAPAS<br>ADDRESS REDACTED | DINA GIUSTOZZI<br>ADDRESS REDACTED | DINA HOEMKE<br>ADDRESS REDACTED |
| DINA LISBONA<br>ADDRESS REDACTED | DINAH HAMLO<br>ADDRESS REDACTED | DINO DESAVINO<br>ADDRESS REDACTED |
| DINO DESAVINO<br>ADDRESS REDACTED | DINO DINO<br>ADDRESS REDACTED | DINO FRY<br>ADDRESS REDACTED |
| DINO VLAHOS<br>ADDRESS REDACTED | DION CESSNA<br>ADDRESS REDACTED | DIONISIO MARTINEZ<br>ADDRESS REDACTED |
| DIRK J. LEONARD<br>ADDRESS REDACTED | DIRK PETRINI<br>ADDRESS REDACTED | DITAR SINGH<br>ADDRESS REDACTED |
| DOAN PHAM<br>ADDRESS REDACTED | DOEREN MAYHEW CARL BARTOLOMUCCI<br>ADDRESS REDACTED | DOLAT PATEL<br>ADDRESS REDACTED |
| DOLIDA MARTINEZ<br>ADDRESS REDACTED | DOLLEY A. CONWAY<br>ADDRESS REDACTED | DOLOR ACOSTA<br>ADDRESS REDACTED |

DOLORES FERREIRA
ADDRESS REDACTED

DOLORES LEAL
ADDRESS REDACTED

DOLORES LOPEZ
ADDRESS REDACTED

DOLORES MARIUFO
ADDRESS REDACTED

DOLORES MILLER
ADDRESS REDACTED

DOLORES ROJAS
ADDRESS REDACTED

DOLORES ROMERO
ADDRESS REDACTED

DOMENIA MARCANTELLI
ADDRESS REDACTED

DOMINADOR RIBERAL
ADDRESS REDACTED

DOMINGO AGUILAR
ADDRESS REDACTED

DOMINGO DIAZ JR
ADDRESS REDACTED

DOMINGO IBARRA
ADDRESS REDACTED

DOMINGO RAGASA
ADDRESS REDACTED

DOMINGO VILLANUEVA
ADDRESS REDACTED

DOMINIC ARCHULETA
ADDRESS REDACTED

DOMINIC S. MASON
ADDRESS REDACTED

DOMINIC SILVESTRI
ADDRESS REDACTED

DOMINICAN SISTERN
ADDRESS REDACTED

DOMINICK DIPPOLITO
ADDRESS REDACTED

DOMINIQUE GILLIER
ADDRESS REDACTED

DOMINIQUE LIGHT-VALREY
ADDRESS REDACTED

DOMUNGUEZ CLARENCE
ADDRESS REDACTED

DON  ALLEN
ADDRESS REDACTED

DON  PATTERSON
ADDRESS REDACTED

DON ARNOLD
ADDRESS REDACTED

DON BARRETT
ADDRESS REDACTED

DON BIBEAU
ADDRESS REDACTED

DON BOSKO
ADDRESS REDACTED

DON BURK
ADDRESS REDACTED

DON COMBS
ADDRESS REDACTED

DON CONTE
ADDRESS REDACTED

DON DAGRADE
ADDRESS REDACTED

DON DENNEY
ADDRESS REDACTED

DON HADLEY
ADDRESS REDACTED

DON HEALY
ADDRESS REDACTED

DON HENDERSON
ADDRESS REDACTED

DON HOUSER
ADDRESS REDACTED

DON JOHNSON
ADDRESS REDACTED

DON NGUYEN
ADDRESS REDACTED

DON PARDOE
ADDRESS REDACTED

DON PATTERSON
ADDRESS REDACTED

DON RENANTE R DAMASIG
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RENINGER
ADDRESS REDACTED

DON RICCI
ADDRESS REDACTED

DON ROBINSON
ADDRESS REDACTED

DON ROSS
ADDRESS REDACTED

DON STEFFEE
ADDRESS REDACTED

DON TANAKA
ADDRESS REDACTED

DON V. SAVAGE
ADDRESS REDACTED

DONALD  FARRELL
ADDRESS REDACTED

DONALD A WILCOXEN
ADDRESS REDACTED

DONALD A. CLARK
ADDRESS REDACTED

DONALD AURHAMNER
ADDRESS REDACTED

DONALD B FRAZIER
ADDRESS REDACTED

DONALD BAKER
ADDRESS REDACTED

DONALD BAKER
ADDRESS REDACTED

DONALD BALDOCCHI
ADDRESS REDACTED

DONALD BARNETT
ADDRESS REDACTED

DONALD BARREAU
ADDRESS REDACTED

DONALD BLEICH
ADDRESS REDACTED

DONALD BOLAN
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

DONALD BROWN
ADDRESS REDACTED

DONALD BURNS
ADDRESS REDACTED

DONALD CAMPBELL
ADDRESS REDACTED

DONALD CHIMTKY
ADDRESS REDACTED

DONALD DEXTER
ADDRESS REDACTED

DONALD E HALL
ADDRESS REDACTED

DONALD EVANS
ADDRESS REDACTED

DONALD FORBES
ADDRESS REDACTED

DONALD G. POLLARD
ADDRESS REDACTED

DONALD GARCIA
ADDRESS REDACTED

DONALD GINI
ADDRESS REDACTED

DONALD H BERLAU
ADDRESS REDACTED

DONALD HAGGERTY
ADDRESS REDACTED

DONALD HOOVER
ADDRESS REDACTED

DONALD J LIDTKE
ADDRESS REDACTED

DONALD JOHNSON
ADDRESS REDACTED

DONALD KING
ADDRESS REDACTED

DONALD L JONES
ADDRESS REDACTED

DONALD L LILLY
ADDRESS REDACTED

DONALD L LINN
ADDRESS REDACTED

DONALD L PETERSON
ADDRESS REDACTED

DONALD L WHALEN
ADDRESS REDACTED

DONALD L. HORN
ADDRESS REDACTED

DONALD LYMAN
ADDRESS REDACTED

DONALD MCKAY
ADDRESS REDACTED

DONALD MURPHY
ADDRESS REDACTED

DONALD R SANDERS
ADDRESS REDACTED

DONALD ROTH
ADDRESS REDACTED

DONALD S HENDERSON
ADDRESS REDACTED

DONALD SCHAUER
ADDRESS REDACTED

DONALD SHERWOOD
ADDRESS REDACTED

DONALD SIMCOX
ADDRESS REDACTED

DONALD SMITH
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| DONALD T BAKER<br>ADDRESS REDACTED | DONALD VIERA<br>ADDRESS REDACTED | DONALD WALKER<br>ADDRESS REDACTED |
| DONETTE WATSON<br>ADDRESS REDACTED | DONG LEE<br>ADDRESS REDACTED | DONGYING CUI<br>ADDRESS REDACTED |
| DONINGON DIAS<br>ADDRESS REDACTED | DONN KETCHAM<br>ADDRESS REDACTED | DONNA  LOSEE<br>ADDRESS REDACTED |
| DONNA  BARBOUR<br>ADDRESS REDACTED | DONNA  MULHERN<br>ADDRESS REDACTED | DONNA  THEBERGE<br>ADDRESS REDACTED |
| DONNA AGUALO<br>ADDRESS REDACTED | DONNA ALEXZANDER<br>ADDRESS REDACTED | DONNA ASHWORTH<br>ADDRESS REDACTED |
| DONNA BAHR<br>ADDRESS REDACTED | DONNA BORTH<br>ADDRESS REDACTED | DONNA BROCK<br>ADDRESS REDACTED |
| DONNA CAWOOD<br>ADDRESS REDACTED | DONNA CAWOOD<br>ADDRESS REDACTED | DONNA CHIAPETTO<br>ADDRESS REDACTED |
| DONNA COX<br>ADDRESS REDACTED | DONNA DAMANCHYK<br>ADDRESS REDACTED | DONNA DUN<br>ADDRESS REDACTED |
| DONNA ENTWISTLE<br>ADDRESS REDACTED | DONNA EVERIX<br>ADDRESS REDACTED | DONNA FOULKE<br>ADDRESS REDACTED |
| DONNA FREEMAN<br>ADDRESS REDACTED | DONNA GRACIA, EDWARD GRACIA<br>ADDRESS REDACTED | DONNA HUNT<br>ADDRESS REDACTED |
| DONNA HUNT<br>ADDRESS REDACTED | DONNA J. DICKINSON<br>ADDRESS REDACTED | DONNA KELLY<br>ADDRESS REDACTED |

DONNA L MEYERS
ADDRESS REDACTED

DONNA M HAYNES
ADDRESS REDACTED

DONNA MOLINA
ADDRESS REDACTED

DONNA NADALIN
ADDRESS REDACTED

DONNA NASH
ADDRESS REDACTED

DONNA NIEMTHACHITH
ADDRESS REDACTED

DONNA PAPPAS
ADDRESS REDACTED

DONNA PAPPAS
ADDRESS REDACTED

DONNA PAPPAS
ADDRESS REDACTED

DONNA PAPPAS
ADDRESS REDACTED

DONNA RANDA- GOMEZ
ADDRESS REDACTED

DONNA SHOCKNESS
ADDRESS REDACTED

DONNA SUNDERS
ADDRESS REDACTED

DONNA WHITE
ADDRESS REDACTED

DONNA WOLSE
ADDRESS REDACTED

DONNIE SNOW
ADDRESS REDACTED

DORA MATIN
ADDRESS REDACTED

DORA TAYLOR
ADDRESS REDACTED

DORCAS GAINES
ADDRESS REDACTED

DORDEN LARSON
ADDRESS REDACTED

DORI MAXON
ADDRESS REDACTED

DORIAN WEST
ADDRESS REDACTED

DORIS A. H. HO
ADDRESS REDACTED

DORIS BEAMON
ADDRESS REDACTED

DORIS BOURGET
ADDRESS REDACTED

DORIS C YOUNG
ADDRESS REDACTED

DORIS HANCOCK
ADDRESS REDACTED

DORIS HEARNS
ADDRESS REDACTED

DORIS HOLLAND
ADDRESS REDACTED

DORIS J. VEGAS
ADDRESS REDACTED

DORIS JONES
ADDRESS REDACTED

DORIS MASFERRER
ADDRESS REDACTED

DORIS OLSON
ADDRESS REDACTED

DORIS PULLIAM
ADDRESS REDACTED

DORIS SCHMIDLI
ADDRESS REDACTED

DOROTHEA WILSON
ADDRESS REDACTED

DOROTHEA WILSON
ADDRESS REDACTED

DOROTHY CASENAVE
ADDRESS REDACTED

DOROTHY COLLINS
ADDRESS REDACTED

DOROTHY CUMBY
ADDRESS REDACTED

DOROTHY FAZEKAS
ADDRESS REDACTED

DOROTHY KEHL
ADDRESS REDACTED

DOROTHY KIMMEL
ADDRESS REDACTED

DOROTHY KORFF
ADDRESS REDACTED

DOROTHY L STONESTREET
ADDRESS REDACTED

DOROTHY PETERSEN
ADDRESS REDACTED

DOROTHY POWELL
ADDRESS REDACTED

DOROTHY R DALDERSTON
ADDRESS REDACTED

DOROTHY SMITH AND CARLETON SMITH
ADDRESS REDACTED

DORRIS BURCH
ADDRESS REDACTED

DORTHY TYO
ADDRESS REDACTED

DORTHY WHEELER
ADDRESS REDACTED

DOUBLE M VENDING CO
ADDRESS REDACTED

DOUG BACON
ADDRESS REDACTED

DOUG BERGMAN
ADDRESS REDACTED

DOUG CONDON
ADDRESS REDACTED

DOUG CRYSLER
ADDRESS REDACTED

DOUG CUDDY
ADDRESS REDACTED

DOUG DAME
ADDRESS REDACTED

DOUG GARRISON
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG GULKER
ADDRESS REDACTED

DOUG HAYDEL
ADDRESS REDACTED

DOUG LAMEYER
ADDRESS REDACTED

DOUG LAMEYER
ADDRESS REDACTED

DOUG MORIN
ADDRESS REDACTED

DOUG SMITH
ADDRESS REDACTED

DOUG VAN DYKE
ADDRESS REDACTED

DOUG ZONDERVAN
ADDRESS REDACTED

DOUG ZONDERVAN
ADDRESS REDACTED

DOUGLAS BLEBINS
ADDRESS REDACTED

DOUGLAS BOLINE
ADDRESS REDACTED

DOUGLAS COOPER
ADDRESS REDACTED

DOUGLAS E EDDY
ADDRESS REDACTED

DOUGLAS FRISBIE
ADDRESS REDACTED

DOUGLAS GRECH
ADDRESS REDACTED

DOUGLAS GROSSMAN
ADDRESS REDACTED

DOUGLAS HEINE
ADDRESS REDACTED

DOUGLAS HEISE
ADDRESS REDACTED

DOUGLAS HERIOT
ADDRESS REDACTED

DOUGLAS HYATT
ADDRESS REDACTED

DOUGLAS JACOBSEN
ADDRESS REDACTED

DOUGLAS K. HILDEBRAND
ADDRESS REDACTED

DOUGLAS LANDERS
ADDRESS REDACTED

DOUGLAS M. RAMOS
ADDRESS REDACTED

DOUGLAS MCARTHUR
ADDRESS REDACTED

DOUGLAS MERCER
ADDRESS REDACTED

DOUGLAS OGILVIE
ADDRESS REDACTED

DOUGLAS PECKETT
ADDRESS REDACTED

DOUGLAS RATTO
ADDRESS REDACTED

DOUGLAS SPROWELL
ADDRESS REDACTED

DOUGLAS W DZIOBA
ADDRESS REDACTED

DOUGLAS W FELLOWS
ADDRESS REDACTED

DOUGLAS WELLAN
ADDRESS REDACTED

DOUGULAS WALP
ADDRESS REDACTED

DOVE SCHERR , & NATHAN HUNT
ADDRESS REDACTED

DOYLE SHOUP
ADDRESS REDACTED

DR JAMES HARTIGAN
ADDRESS REDACTED

DR ROBERT  BARRETT  CARE OF DR VI
ADDRESS REDACTED

DR. CHARLES HOWARD
ADDRESS REDACTED

DR. JOSEPH REINHARDT
ADDRESS REDACTED

DR. TERRY BRIGHT
ADDRESS REDACTED

DRAGICA IVANIS-BUBA
ADDRESS REDACTED

DREANN LEWIS
ADDRESS REDACTED

DROULY VASQUEZ
ADDRESS REDACTED

DRUCILLA CORSIGLIA
ADDRESS REDACTED

DUANE CHRISTIAN JR
ADDRESS REDACTED

DUANE DELLINGAR
ADDRESS REDACTED

DUANE G MACAL
ADDRESS REDACTED

DUANE GIBSON
ADDRESS REDACTED

DUANE ISETTI
ADDRESS REDACTED

DUANE SPRAGUE
ADDRESS REDACTED

DUANE TOM
ADDRESS REDACTED

DUANE VEIT
ADDRESS REDACTED

DUBE DIAMANT
ADDRESS REDACTED

DUCHLER ANTON
ADDRESS REDACTED

DUE  KANG
ADDRESS REDACTED

DUEFANT VANG
ADDRESS REDACTED

DUKE WILKINSON
ADDRESS REDACTED

DULCENEA GARCIA
ADDRESS REDACTED

DUNCAN MCCASKILL
ADDRESS REDACTED

DUNG NGUYEN
ADDRESS REDACTED

DURL W KENNEDY
ADDRESS REDACTED

DUSKO SUSA
ADDRESS REDACTED

DUY MGUYEN
ADDRESS REDACTED

DWAYNE  JULY
ADDRESS REDACTED

DWAYNE FLEES
ADDRESS REDACTED

DWAYNE SCELTE
ADDRESS REDACTED

DWAYNE WILKINSON
ADDRESS REDACTED

DWAYNE WIRFEL
ADDRESS REDACTED

DWIGHT KOGA
ADDRESS REDACTED

DWIGHT L GILMORE SHIRLEY GILMORE
ADDRESS REDACTED

DYLAN SHINE
ADDRESS REDACTED

E GAEDE
ADDRESS REDACTED

EARENST TAYLOR
ADDRESS REDACTED

EARL ANGUS
ADDRESS REDACTED

EARL BOYD
ADDRESS REDACTED

EARL CLAYTON
ADDRESS REDACTED

EARL CLIFFORD BROWN
ADDRESS REDACTED

EARL FAXTON; MARGARET OWENS
ADDRESS REDACTED

EARL FOOTE
ADDRESS REDACTED

EARL FREY
ADDRESS REDACTED

EARL HARRISON
ADDRESS REDACTED

EARL K. KNUDSEN
ADDRESS REDACTED

EARLE SLOAN
ADDRESS REDACTED

EARLINE BAUHOFER
ADDRESS REDACTED

EARLINE HILL
ADDRESS REDACTED

EARNST SCHWEGEL
ADDRESS REDACTED

EBBY THOMAS
ADDRESS REDACTED

EBODIO HERNANDEZ
ADDRESS REDACTED

ED BRUNSMAN
ADDRESS REDACTED

ED CRAWFORD
ADDRESS REDACTED

ED FAVOR
ADDRESS REDACTED

ED G FRIEBERTSHAUSER
ADDRESS REDACTED

ED JURICK
ADDRESS REDACTED

ED LEICHTNAM
ADDRESS REDACTED

ED PUALLA
ADDRESS REDACTED

ED RONAN
ADDRESS REDACTED

ED SANTOS
ADDRESS REDACTED

ED SAYERS
ADDRESS REDACTED

ED SKROBUT
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| EDA MEREDITH<br>ADDRESS REDACTED | EDA MEREDITH<br>ADDRESS REDACTED | EDA MEREDITH<br>ADDRESS REDACTED |
| EDDIE CELTSTIN<br>ADDRESS REDACTED | EDDIE COOPER<br>ADDRESS REDACTED | EDDIE FAIRLEY<br>ADDRESS REDACTED |
| EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE JAWAD<br>ADDRESS REDACTED |
| EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE JAWAD<br>ADDRESS REDACTED |
| EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE JAWAD<br>ADDRESS REDACTED | EDDIE KELEMEPE<br>ADDRESS REDACTED |
| EDDIE MCWOODSON<br>ADDRESS REDACTED | EDDIE NASSAC<br>ADDRESS REDACTED | EDDIE NUBIE<br>ADDRESS REDACTED |
| EDDIE RAMIREZ<br>ADDRESS REDACTED | EDDIE THOMPSON<br>ADDRESS REDACTED | EDDIE VERDON<br>ADDRESS REDACTED |
| EDDY CASTILLO<br>ADDRESS REDACTED | EDELIA PEREZ<br>ADDRESS REDACTED | EDELMIRA ESPITIA<br>ADDRESS REDACTED |
| EDENIA AGPALZA<br>ADDRESS REDACTED | EDGAR CASTILLO<br>ADDRESS REDACTED | EDGAR CASTRO<br>ADDRESS REDACTED |
| EDGAR DE LA TORRE<br>ADDRESS REDACTED | EDGAR LANDAS<br>ADDRESS REDACTED | EDGAR MORALES<br>ADDRESS REDACTED |
| EDGAR NEGRON<br>ADDRESS REDACTED | EDGAR VIELAMAN<br>ADDRESS REDACTED | EDGARDO CERVANO<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| EDIE RITZ<br>ADDRESS REDACTED | EDISON BALDOVINO<br>ADDRESS REDACTED | EDISON ENRIQUEZ<br>ADDRESS REDACTED |
| EDITH ARELLANO<br>ADDRESS REDACTED | EDITH BELL<br>ADDRESS REDACTED | EDITH BUNA<br>ADDRESS REDACTED |
| EDITH CONTRERAS<br>ADDRESS REDACTED | EDITH JAZMIN<br>ADDRESS REDACTED | EDITH MILLER<br>ADDRESS REDACTED |
| EDMOND BERTOLA<br>ADDRESS REDACTED | EDMOND MAREZ<br>ADDRESS REDACTED | EDMUNDO GARCIA<br>ADDRESS REDACTED |
| EDNA BEVERLY<br>ADDRESS REDACTED | EDNA FAIRE<br>ADDRESS REDACTED | EDNA GELLA<br>ADDRESS REDACTED |
| EDUARDO CINENSE<br>ADDRESS REDACTED | EDUARDO MOLINA<br>ADDRESS REDACTED | EDUARDO OCHOA<br>ADDRESS REDACTED |
| EDUARDO VILLEDA<br>ADDRESS REDACTED | EDVIGES MACEDO<br>ADDRESS REDACTED | EDWARD A  WINKLER<br>ADDRESS REDACTED |
| EDWARD ABINSAY<br>ADDRESS REDACTED | EDWARD BEACHLER<br>ADDRESS REDACTED | EDWARD BOGGANS<br>ADDRESS REDACTED |
| EDWARD C DAVIDSON 1111<br>ADDRESS REDACTED | EDWARD CABRERA<br>ADDRESS REDACTED | EDWARD CARAS<br>ADDRESS REDACTED |
| EDWARD CASACCIA<br>ADDRESS REDACTED | EDWARD CIMINO<br>ADDRESS REDACTED | EDWARD D ROMAN<br>ADDRESS REDACTED |
| EDWARD D ROMAN<br>ADDRESS REDACTED | EDWARD D ROMAN<br>ADDRESS REDACTED | EDWARD DAVIS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| EDWARD DEGEORGIS<br>ADDRESS REDACTED | EDWARD DI GUGLIELMO<br>ADDRESS REDACTED | EDWARD DOYLE<br>ADDRESS REDACTED |
| EDWARD ENRIQUEZ<br>ADDRESS REDACTED | EDWARD FALCON<br>ADDRESS REDACTED | EDWARD FOX<br>ADDRESS REDACTED |
| EDWARD G GLADYSZ<br>ADDRESS REDACTED | EDWARD G. KETTWIG<br>ADDRESS REDACTED | EDWARD GONZALES<br>ADDRESS REDACTED |
| EDWARD HELMES<br>ADDRESS REDACTED | EDWARD HON<br>ADDRESS REDACTED | EDWARD JOHNSON<br>ADDRESS REDACTED |
| EDWARD K GITHARA<br>ADDRESS REDACTED | EDWARD KATULSKI<br>ADDRESS REDACTED | EDWARD KLEMS<br>ADDRESS REDACTED |
| EDWARD KOWALL<br>ADDRESS REDACTED | EDWARD L BERNAL<br>ADDRESS REDACTED | EDWARD LAROSA<br>ADDRESS REDACTED |
| EDWARD LASHER<br>ADDRESS REDACTED | EDWARD LEWIS<br>ADDRESS REDACTED | EDWARD LIEBERMAN<br>ADDRESS REDACTED |
| EDWARD LITTLE<br>ADDRESS REDACTED | EDWARD LUNDELL, VICKIE LORENSON<br>ADDRESS REDACTED | EDWARD M LUKE<br>ADDRESS REDACTED |
| EDWARD MARTINEZ<br>ADDRESS REDACTED | EDWARD MEDRANO<br>ADDRESS REDACTED | EDWARD MEKELBURG<br>ADDRESS REDACTED |
| EDWARD MIDEL<br>ADDRESS REDACTED | EDWARD MILLER<br>ADDRESS REDACTED | EDWARD MULLIN<br>ADDRESS REDACTED |
| EDWARD NELSON<br>ADDRESS REDACTED | EDWARD ORETA<br>ADDRESS REDACTED | EDWARD PEAK<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

EDWARD PORTER
ADDRESS REDACTED

EDWARD REGIER
ADDRESS REDACTED

EDWARD SHAFFER
ADDRESS REDACTED

EDWARD SMITH
ADDRESS REDACTED

EDWARD SOLLINGER
ADDRESS REDACTED

EDWARD SUBLETT
ADDRESS REDACTED

EDWARD T IKEDA
ADDRESS REDACTED

EDWARD TEMPEL
ADDRESS REDACTED

EDWARD TRAUBE
ADDRESS REDACTED

EDWARD W CROWD
ADDRESS REDACTED

EDWIN CALVA
ADDRESS REDACTED

EDWIN HILT
ADDRESS REDACTED

EDWIN PLEITEZ
ADDRESS REDACTED

EDWIN SALGUERO
ADDRESS REDACTED

EDWIN SANTIAGO
ADDRESS REDACTED

EDWIN SHERWOOD
ADDRESS REDACTED

EDWIN WESTBROOK
ADDRESS REDACTED

EDWINE M. RICKHTER
ADDRESS REDACTED

EDY BARAHONA
ADDRESS REDACTED

EFMERALDA SALTO
ADDRESS REDACTED

EFRAIN GONZALEZ
ADDRESS REDACTED

EFRAIN GUARDADO
ADDRESS REDACTED

EFREN BALLAR
ADDRESS REDACTED

EFREN ESTAVILLO
ADDRESS REDACTED

EFREN MARTIN
ADDRESS REDACTED

EILEEN DOWLING
ADDRESS REDACTED

EILEEN FILA
ADDRESS REDACTED

EILEEN K WHITE
ADDRESS REDACTED

EILEEN MOSHER
ADDRESS REDACTED

EILEEN RAPHAEL
ADDRESS REDACTED

EILEN FORAN
ADDRESS REDACTED

EJUB KARADUZ
ADDRESS REDACTED

ELAINE BRADY
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

ELAINE BROOKS
ADDRESS REDACTED

ELAINE DE COLIGNY
ADDRESS REDACTED

ELAINE DOROFF
ADDRESS REDACTED

ELAINE DOROFF
ADDRESS REDACTED

ELAINE GOSSETT
ADDRESS REDACTED

ELAINE HARRINGTON
ADDRESS REDACTED

ELAINE I DOW DOWHOWER
ADDRESS REDACTED

ELAINE JANJANIN
ADDRESS REDACTED

ELAINE JORDAN
ADDRESS REDACTED

ELAINE LEE
ADDRESS REDACTED

ELAINE MOUNSON
ADDRESS REDACTED

ELAINE PERRICONE
ADDRESS REDACTED

ELAINE T MEINEKE
ADDRESS REDACTED

ELAINE THORNTON
ADDRESS REDACTED

ELAINE WILLIAMS
ADDRESS REDACTED

ELANA SCHLASMAN
ADDRESS REDACTED

ELANA WATTS
ADDRESS REDACTED

ELANCA MOLINAR
ADDRESS REDACTED

ELBA VICTORIO
ADDRESS REDACTED

ELBON FELAND
ADDRESS REDACTED

ELDEN J MARLEY
ADDRESS REDACTED

ELDEN LYONS
ADDRESS REDACTED

ELDER NARANJO
ADDRESS REDACTED

ELEANOR BALLARD
ADDRESS REDACTED

ELEANOR BATES
ADDRESS REDACTED

ELEANOR OCHFELD
ADDRESS REDACTED

ELEANOR ORBE
ADDRESS REDACTED

ELEANOR SOLLOWAY
ADDRESS REDACTED

ELEANORE HEYM
ADDRESS REDACTED

ELEAZAR LUNA
ADDRESS REDACTED

ELEAZAR PORRAS-ASTUBILLO
ADDRESS REDACTED

ELEAZAR SANCHEZ
ADDRESS REDACTED

ELENA CAVIOR
ADDRESS REDACTED

| | | |
|---|---|---|
| ELENA DIAZ-MARTE<br>ADDRESS REDACTED | ELENA HURADO ROCHA<br>ADDRESS REDACTED | ELENA NIEMAN<br>ADDRESS REDACTED |
| ELENA TOLENTIEO<br>ADDRESS REDACTED | ELEUTERIO PACHECO<br>ADDRESS REDACTED | ELEXUS BERRY<br>ADDRESS REDACTED |
| ELEZAR MEDINA<br>ADDRESS REDACTED | ELFRIDA OTTLEY<br>ADDRESS REDACTED | ELGIE R HAYES<br>ADDRESS REDACTED |
| ELI COUREY<br>ADDRESS REDACTED | ELI COUREY<br>ADDRESS REDACTED | ELI COUREY<br>ADDRESS REDACTED |
| ELI SMORODA<br>ADDRESS REDACTED | ELI THOMAS<br>ADDRESS REDACTED | ELIAS ARNITSIS DENISE FUNTULIS<br>ADDRESS REDACTED |
| ELIAS DEALBA<br>ADDRESS REDACTED | ELIAS FLORES<br>ADDRESS REDACTED | ELIAS GENABIDES<br>ADDRESS REDACTED |
| ELIAS MERCADO<br>ADDRESS REDACTED | ELIAS PEREDA<br>ADDRESS REDACTED | ELIAS SANCHEZ<br>ADDRESS REDACTED |
| ELIAS SENA<br>ADDRESS REDACTED | ELIDA MARTINEZ<br>ADDRESS REDACTED | ELIDIA MARAVILLA<br>ADDRESS REDACTED |
| ELIESSE VALONE<br>ADDRESS REDACTED | ELIEZAH DALE<br>ADDRESS REDACTED | ELIJAH CIPIELEWSKI<br>ADDRESS REDACTED |
| ELINOR BARBAGALLO<br>ADDRESS REDACTED | ELINTON OCONONR<br>ADDRESS REDACTED | ELISA GUARDUCCI<br>ADDRESS REDACTED |
| ELISA TORRES AGUAYO<br>ADDRESS REDACTED | ELISA VAZQUEZ<br>ADDRESS REDACTED | ELISE ELANDER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ELISEO  AYALA<br>ADDRESS REDACTED | ELISEO M. GRANDE<br>ADDRESS REDACTED | ELISEO MARTINEZ<br>ADDRESS REDACTED |
| ELIZABETH A BROOKS<br>ADDRESS REDACTED | ELIZABETH ANN FORTIN, PAULA GEISTER<br>ADDRESS REDACTED | ELIZABETH ATWELL<br>ADDRESS REDACTED |
| ELIZABETH BAMFORD<br>ADDRESS REDACTED | ELIZABETH BATAN<br>ADDRESS REDACTED | ELIZABETH BRADT<br>ADDRESS REDACTED |
| ELIZABETH CAREY<br>ADDRESS REDACTED | ELIZABETH CAVAZOS<br>ADDRESS REDACTED | ELIZABETH CHASSERS<br>ADDRESS REDACTED |
| ELIZABETH COLLINS<br>ADDRESS REDACTED | ELIZABETH DAVIS<br>ADDRESS REDACTED | ELIZABETH EMCH<br>ADDRESS REDACTED |
| ELIZABETH ESCOBAR<br>ADDRESS REDACTED | ELIZABETH ESTRADA AND JESUS ESTRADA<br>ADDRESS REDACTED | ELIZABETH F WOOD<br>ADDRESS REDACTED |
| ELIZABETH FORGIE<br>ADDRESS REDACTED | ELIZABETH GAROTT<br>ADDRESS REDACTED | ELIZABETH GATES<br>ADDRESS REDACTED |
| ELIZABETH GONZALEZ<br>ADDRESS REDACTED | ELIZABETH JANTZEN<br>ADDRESS REDACTED | ELIZABETH JENSEN ROSE HOGAN<br>ADDRESS REDACTED |
| ELIZABETH KLAVER<br>ADDRESS REDACTED | ELIZABETH L MORRISON<br>ADDRESS REDACTED | ELIZABETH LONG<br>ADDRESS REDACTED |
| ELIZABETH MALDONADO<br>ADDRESS REDACTED | ELIZABETH MCTAGGART<br>ADDRESS REDACTED | ELIZABETH MUNOZ<br>ADDRESS REDACTED |
| ELIZABETH R NAGEL<br>ADDRESS REDACTED | ELIZABETH ROMERO<br>ADDRESS REDACTED | ELIZABETH SECREASE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ELIZABETH SIMMONS<br>ADDRESS REDACTED | ELIZABETH SPORER<br>ADDRESS REDACTED | ELIZABETH TEEL<br>ADDRESS REDACTED |
| ELIZABETH TRAPAGA<br>ADDRESS REDACTED | ELIZABETH UDEASOR<br>ADDRESS REDACTED | ELIZABETH VASQUEZ<br>ADDRESS REDACTED |
| ELIZABETH WILLIAMS<br>ADDRESS REDACTED | ELIZABETH WILSON<br>ADDRESS REDACTED | ELIZABETH WING-PAZ<br>ADDRESS REDACTED |
| ELLA C. RUARK<br>ADDRESS REDACTED | ELLA D MCKINNISS<br>ADDRESS REDACTED | ELLA MERLINO<br>ADDRESS REDACTED |
| ELLA MORAN<br>ADDRESS REDACTED | ELLA VAUGHT<br>ADDRESS REDACTED | ELLAN BRACKEN<br>ADDRESS REDACTED |
| ELLEN ARMSTRONG<br>ADDRESS REDACTED | ELLEN BIRDSALL<br>ADDRESS REDACTED | ELLEN BOLLENBACHER<br>ADDRESS REDACTED |
| ELLEN FOSTER<br>ADDRESS REDACTED | ELLEN HALL<br>ADDRESS REDACTED | ELLEN J DAYTON<br>ADDRESS REDACTED |
| ELLEN KING<br>ADDRESS REDACTED | ELLEN ROBINSON<br>ADDRESS REDACTED | ELLEN WYVIORKA<br>ADDRESS REDACTED |
| ELLIOT KOSOFFSKY<br>ADDRESS REDACTED | ELLIOT LIPSCHITZ<br>ADDRESS REDACTED | ELLIOT LIPSCHITZ<br>ADDRESS REDACTED |
| ELLIOTT FESTA<br>ADDRESS REDACTED | ELLIS H SHIFFLETT<br>ADDRESS REDACTED | ELLIS TABANIAG<br>ADDRESS REDACTED |
| ELLIS WINBORN<br>ADDRESS REDACTED | ELLISON DURANA<br>ADDRESS REDACTED | ELMA ORDOME<br>ADDRESS REDACTED |

| ELODIA MORANCHEN | ELOISA OROZCO | ELOISE IANGRAM |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELOIZA LANDA | ELORDE AGCAOILI | ELOUISE PAYNE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELOY ORTEGA | ELOY RAMIREZ | ELRAY YOUNG |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELSA DEOLIZEIRA | ELSA H CARRABALLO | ELSA MOLINA |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELSAVADOR DOMINGUEZ | ELSE EGE | ELSIE RICE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELSTER COPELAND | ELSY ECHEVERRI | ELTON CANET |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELUID ROMERO | ELVA LEMUS | ELVA WEBBER |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELVIA CAMACHO | ELVIA MARTINEZ | ELVIA P. RUIZ |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELVIRA ALAVEZ | ELVIRA BUENAVENTURA | ELWOOD DALLARD |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| ELYSE DUKATZ | EM BAUMBURGER | EMAD SILIMAN |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| EMANUEL ALLEN | EMANUEL ESCOVEDO | EMELITA REYES |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| | | |
|---|---|---|
| EMERLYN BANGUIS<br>ADDRESS REDACTED | EMERSON CASTILLO<br>ADDRESS REDACTED | EMICA SYROCKI<br>ADDRESS REDACTED |
| EMIGDIO RIVERA<br>ADDRESS REDACTED | EMIKO NORTHRUP<br>ADDRESS REDACTED | EMIL BORGIR<br>ADDRESS REDACTED |
| EMIL KUELSKE<br>ADDRESS REDACTED | EMIL SOLJACK<br>ADDRESS REDACTED | EMILE J HENAULT JR.<br>ADDRESS REDACTED |
| EMILIA BELTRAN<br>ADDRESS REDACTED | EMILIA BUSTON<br>ADDRESS REDACTED | EMILIA ESPANA<br>ADDRESS REDACTED |
| EMILIA POURKHORSHID<br>ADDRESS REDACTED | EMILIANA TELLOUCHOUD<br>ADDRESS REDACTED | EMILIANO ESPARVA<br>ADDRESS REDACTED |
| EMILIO MARTIN<br>ADDRESS REDACTED | EMILY ANN GRAY<br>ADDRESS REDACTED | EMILY BANGE<br>ADDRESS REDACTED |
| EMILY CHONG<br>ADDRESS REDACTED | EMILY DOODY<br>ADDRESS REDACTED | EMILY J. HAZEL<br>ADDRESS REDACTED |
| EMILY K. CUNHA<br>ADDRESS REDACTED | EMILY KERIOTIS<br>ADDRESS REDACTED | EMILY L WUBBELING<br>ADDRESS REDACTED |
| EMILY LEFLEM<br>ADDRESS REDACTED | EMILY OVIEDO<br>ADDRESS REDACTED | EMILY PAULOS<br>ADDRESS REDACTED |
| EMILY SMITH<br>ADDRESS REDACTED | EMMA CARGILL<br>ADDRESS REDACTED | EMMA ELGAR<br>ADDRESS REDACTED |
| EMMA RODRIGUEZ<br>ADDRESS REDACTED | EMMA RUIZ<br>ADDRESS REDACTED | EMMA TAPIA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| EMMA WILLIAMS<br>ADDRESS REDACTED | EMMELINE TENG<br>ADDRESS REDACTED | EMMITT GIVENS<br>ADDRESS REDACTED |
| EN ZHENG<br>ADDRESS REDACTED | ENEDINA PENA<br>ADDRESS REDACTED | ENEDINA PEREZ<br>ADDRESS REDACTED |
| ENEMECIO CORONA<br>ADDRESS REDACTED | ENGRACIO RAQUEPO<br>ADDRESS REDACTED | ENID P. WILLIAMS<br>ADDRESS REDACTED |
| ENJOI BRANCH<br>ADDRESS REDACTED | ENRIQUE ANDRADE<br>ADDRESS REDACTED | ENRIQUE GUZMAN<br>ADDRESS REDACTED |
| ENRIQUE LORA & GORGINA LORA<br>ADDRESS REDACTED | ENRIQUE MAGALLANES<br>ADDRESS REDACTED | ENRIQUE PAEZ<br>ADDRESS REDACTED |
| ENRIQUE SOTO<br>ADDRESS REDACTED | ENRIQUE TERILLO<br>ADDRESS REDACTED | ENRIQUE VERA<br>ADDRESS REDACTED |
| EPIFANIO HIPOLITO<br>ADDRESS REDACTED | ERASNO ESTRADA<br>ADDRESS REDACTED | ERELAH M GAFNI<br>ADDRESS REDACTED |
| ERIC  W<br>ADDRESS REDACTED | ERIC & MARIA PAONE<br>ADDRESS REDACTED | ERIC A. VANDERPICE<br>ADDRESS REDACTED |
| ERIC ANDERSEN<br>ADDRESS REDACTED | ERIC BAKER<br>ADDRESS REDACTED | ERIC BAKER<br>ADDRESS REDACTED |
| ERIC BAKER<br>ADDRESS REDACTED | ERIC BAKER<br>ADDRESS REDACTED | ERIC BAMFORD<br>ADDRESS REDACTED |
| ERIC BEAMON<br>ADDRESS REDACTED | ERIC BECKER<br>ADDRESS REDACTED | ERIC BRANDHORST<br>ADDRESS REDACTED |

ERIC BRONS
ADDRESS REDACTED

ERIC CALLAGHER
ADDRESS REDACTED

ERIC CARLSON
ADDRESS REDACTED

ERIC CHUNG
ADDRESS REDACTED

ERIC COOK
ADDRESS REDACTED

ERIC D BROOKS
ADDRESS REDACTED

ERIC DELA CRUZ
ADDRESS REDACTED

ERIC DICKSON
ADDRESS REDACTED

ERIC EMMETT
ADDRESS REDACTED

ERIC FEILDS
ADDRESS REDACTED

ERIC FRISK
ADDRESS REDACTED

ERIC GJERSAND
ADDRESS REDACTED

ERIC GONCALO
ADDRESS REDACTED

ERIC GRANOWICZ
ADDRESS REDACTED

ERIC GYAKI
ADDRESS REDACTED

ERIC HILLENBRAND
ADDRESS REDACTED

ERIC HOGUE
ADDRESS REDACTED

ERIC HOSHI
ADDRESS REDACTED

ERIC INGSTROM
ADDRESS REDACTED

ERIC J SCHNIDER
ADDRESS REDACTED

ERIC JACKSON
ADDRESS REDACTED

ERIC JACOB
ADDRESS REDACTED

ERIC JAUJOU
ADDRESS REDACTED

ERIC JORSTAD
ADDRESS REDACTED

ERIC JR.MITCHELL
ADDRESS REDACTED

ERIC KERMOND
ADDRESS REDACTED

ERIC LEVER
ADDRESS REDACTED

ERIC LEVER
ADDRESS REDACTED

ERIC NORUM
ADDRESS REDACTED

ERIC ORTA
ADDRESS REDACTED

ERIC RUSS
ADDRESS REDACTED

ERIC S PRUETTE AND ALISHA R PRUETTE
ADDRESS REDACTED

ERIC SALAICES
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| ERIC SHAFFER<br>ADDRESS REDACTED | ERIC V LATTIMER SR.<br>ADDRESS REDACTED | ERIC WANG<br>ADDRESS REDACTED |
| ERIC WASSING<br>ADDRESS REDACTED | ERICA  HUSSEY<br>ADDRESS REDACTED | ERICA FISHER<br>ADDRESS REDACTED |
| ERICA GARCIA<br>ADDRESS REDACTED | ERICA LUNIN<br>ADDRESS REDACTED | ERICA MORALES<br>ADDRESS REDACTED |
| ERICA RYAN<br>ADDRESS REDACTED | ERICA SILVA<br>ADDRESS REDACTED | ERICA WATKINS<br>ADDRESS REDACTED |
| ERICK LLANOS<br>ADDRESS REDACTED | ERICK TRAN<br>ADDRESS REDACTED | ERICKA BERNAOLA<br>ADDRESS REDACTED |
| ERIK GOUSETH<br>ADDRESS REDACTED | ERIK HERNANDEZ JACKALINE HERNANDEZ<br>ADDRESS REDACTED | ERIKA CARTER<br>ADDRESS REDACTED |
| ERIKA ESPINO<br>ADDRESS REDACTED | ERIKA HAMMOND<br>ADDRESS REDACTED | ERIKA MCDANIEL<br>ADDRESS REDACTED |
| ERIKA MENDOZA<br>ADDRESS REDACTED | ERIN BEYLER<br>ADDRESS REDACTED | ERIN CLARK<br>ADDRESS REDACTED |
| ERIN SCHMANDT<br>ADDRESS REDACTED | ERIN SCHWIETERMAN<br>ADDRESS REDACTED | ERIN SPITZER<br>ADDRESS REDACTED |
| ERIN STOVER<br>ADDRESS REDACTED | ERIN VAN DYKE<br>ADDRESS REDACTED | ERLINDA MCPHERSON<br>ADDRESS REDACTED |
| ERMA GODINEZ<br>ADDRESS REDACTED | ERMANTO BEL TORO<br>ADDRESS REDACTED | ERMELINDA ESTRADA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ERNEST A TEALDI JR<br>ADDRESS REDACTED | ERNEST ARNETT<br>ADDRESS REDACTED | ERNEST BEIN<br>ADDRESS REDACTED |
| ERNEST BISCAIA<br>ADDRESS REDACTED | ERNEST C KIMES<br>ADDRESS REDACTED | ERNEST COMSTOCK<br>ADDRESS REDACTED |
| ERNEST GRAHAM<br>ADDRESS REDACTED | ERNEST LAM<br>ADDRESS REDACTED | ERNEST LI<br>ADDRESS REDACTED |
| ERNEST LOPEZ<br>ADDRESS REDACTED | ERNEST ORNELLAS JR<br>ADDRESS REDACTED | ERNEST PEREZ<br>ADDRESS REDACTED |
| ERNEST RAYL<br>ADDRESS REDACTED | ERNEST SCHWILK<br>ADDRESS REDACTED | ERNEST SMILY<br>ADDRESS REDACTED |
| ERNESTINE BADGER<br>ADDRESS REDACTED | ERNESTO BENEDITO<br>ADDRESS REDACTED | ERNESTO GONZALEZ<br>ADDRESS REDACTED |
| ERNESTO RAMOS<br>ADDRESS REDACTED | ERNESTO RUELAS<br>ADDRESS REDACTED | ERNETTA KNUTSON<br>ADDRESS REDACTED |
| ERNISTINA BARRIOS<br>ADDRESS REDACTED | ERROL OBERRY<br>ADDRESS REDACTED | ERVIN DE LA CRUZ<br>ADDRESS REDACTED |
| ERVY GARCIA<br>ADDRESS REDACTED | ERWIN HORNING<br>ADDRESS REDACTED | ERYKA PADILLA<br>ADDRESS REDACTED |
| ESEQUEIL RAMIREZ<br>ADDRESS REDACTED | ESMERALDA ARANDA<br>ADDRESS REDACTED | ESMERALDA CHIPRES<br>ADDRESS REDACTED |
| ESPERANZA ARROYO<br>ADDRESS REDACTED | ESPERANZA MAGALLANES<br>ADDRESS REDACTED | ESPERANZA SARAIRE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ESPERANZA VILLASENOR<br>ADDRESS REDACTED | ESRAIN SANDOVAL<br>ADDRESS REDACTED | ESSENCE BROWN<br>ADDRESS REDACTED |
| ESSTECH  INC.<br>ADDRESS REDACTED | EST OF GLORIA HENDERSON<br>ADDRESS REDACTED | EST OF GLORIA HENDERSON<br>ADDRESS REDACTED |
| ESTEBAN CASTRO<br>ADDRESS REDACTED | ESTEBAN RODRIGUEZ<br>ADDRESS REDACTED | ESTELA ANGULO<br>ADDRESS REDACTED |
| ESTELA GARAY<br>ADDRESS REDACTED | ESTELA NERI<br>ADDRESS REDACTED | ESTELA RIVERA<br>ADDRESS REDACTED |
| ESTELITA NAPATA<br>ADDRESS REDACTED | ESTELLA CARMONA<br>ADDRESS REDACTED | ESTELLA VALENCIA<br>ADDRESS REDACTED |
| ESTELLE HAMMONDS<br>ADDRESS REDACTED | ESTELLE TARICA<br>ADDRESS REDACTED | ESTHER APELIN<br>ADDRESS REDACTED |
| ESTHER CHAVEZ<br>ADDRESS REDACTED | ESTHER GREENE<br>ADDRESS REDACTED | ESTHER LERA<br>ADDRESS REDACTED |
| ESTHER RELAN<br>ADDRESS REDACTED | ETA JENDREK<br>ADDRESS REDACTED | ETEEIYAH WHITE<br>ADDRESS REDACTED |
| ETELVIA MOJARRO<br>ADDRESS REDACTED | ETELVINA REYES<br>ADDRESS REDACTED | ETER GRGUREVIC<br>ADDRESS REDACTED |
| ETHEL B WHITE<br>ADDRESS REDACTED | ETHEL CARR<br>ADDRESS REDACTED | ETHEL E LEYLAND<br>ADDRESS REDACTED |
| ETHEL HARPER<br>ADDRESS REDACTED | ETHEL LOPEZ<br>ADDRESS REDACTED | ETHEL M HINTON<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ETHELYN SWANSON<br>ADDRESS REDACTED | ETTA RILEY<br>ADDRESS REDACTED | EUGENE FERRETTI<br>ADDRESS REDACTED |
| EUGENE KELLY<br>ADDRESS REDACTED | EUGENE LASARTEMAY<br>ADDRESS REDACTED | EUGENE LONG<br>ADDRESS REDACTED |
| EUGENE MOORE<br>ADDRESS REDACTED | EUGENE PROCTOR<br>ADDRESS REDACTED | EUGENE SANCHEZ<br>ADDRESS REDACTED |
| EUGENE WHITE<br>ADDRESS REDACTED | EUGENE WILLIAMS<br>ADDRESS REDACTED | EUGENIA GONZALEZ<br>ADDRESS REDACTED |
| EUGENIO SIMAO<br>ADDRESS REDACTED | EULALIA PEREZ<br>ADDRESS REDACTED | EUNICE RICHARDSON<br>ADDRESS REDACTED |
| EUNICE WILCOS<br>ADDRESS REDACTED | EUSCEBIO LOPEZ<br>ADDRESS REDACTED | EUSEBIO LEONEL<br>ADDRESS REDACTED |
| EUSEBIO SANCHEZ<br>ADDRESS REDACTED | EUSEMIA MARTINEZ<br>ADDRESS REDACTED | EVA COLEY<br>ADDRESS REDACTED |
| EVA COUTO<br>ADDRESS REDACTED | EVA WU<br>ADDRESS REDACTED | EVALYN B  TAUCHER<br>ADDRESS REDACTED |
| EVAN EWAN<br>ADDRESS REDACTED | EVAN GLADDEN<br>ADDRESS REDACTED | EVAN KIEFFER<br>ADDRESS REDACTED |
| EVAN M HOLLIER<br>ADDRESS REDACTED | EVAN STONE<br>ADDRESS REDACTED | EVEA KOPPEL<br>ADDRESS REDACTED |
| EVELYN AVENTI<br>ADDRESS REDACTED | EVELYN BROUSSARD ; JAMES BROUS<br>ADDRESS REDACTED | EVELYN CLAUDIO<br>ADDRESS REDACTED |

EVELYN F JEFFERSON
ADDRESS REDACTED

EVELYN HATTRUP
ADDRESS REDACTED

EVELYN HOUSTON
ADDRESS REDACTED

EVELYN JIMOH
ADDRESS REDACTED

EVELYN JOHNSON
ADDRESS REDACTED

EVELYN MOHLAM
ADDRESS REDACTED

EVELYN QUIGLEY
ADDRESS REDACTED

EVENING STAR CAFE
ADDRESS REDACTED

EVERADO MORALES
ADDRESS REDACTED

EVERETT BERGMAN
ADDRESS REDACTED

EVERETT GROFF
ADDRESS REDACTED

EVERETT HUMPHREY
ADDRESS REDACTED

EVGENIA PEKELNY
ADDRESS REDACTED

EVO DEL CARLO
ADDRESS REDACTED

EWELL HUBBS
ADDRESS REDACTED

EXOLLAR WILLIAMS
ADDRESS REDACTED

EZEKIEL RAMOS
ADDRESS REDACTED

EZEQUIEL RAMIREZ
ADDRESS REDACTED

EZIO DELATORRE
ADDRESS REDACTED

EZZAT ATTALLA
ADDRESS REDACTED

F CLINGINGSMITH
ADDRESS REDACTED

F ROUSE
ADDRESS REDACTED

F. CLINGINGSMHITS
ADDRESS REDACTED

FABIAN VALLI
ADDRESS REDACTED

FABIAN VAZQUEZ
ADDRESS REDACTED

FABIO GUILLION
ADDRESS REDACTED

FABIOLA MARISCAL
ADDRESS REDACTED

FACINDER KAUR
ADDRESS REDACTED

FAIGH THOMPSON
ADDRESS REDACTED

FAIROUZ "ROSE" SILBAUGH
ADDRESS REDACTED

FAISAL KHAN
ADDRESS REDACTED

FAITH DAVIS
ADDRESS REDACTED

FAITH WALSH
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| FAITH WALSH<br>ADDRESS REDACTED | FAITH WALSH<br>ADDRESS REDACTED | FAITH WALSH<br>ADDRESS REDACTED |
| FAITH WALSH<br>ADDRESS REDACTED | FAITH WALSH<br>ADDRESS REDACTED | FAITH WALSH<br>ADDRESS REDACTED |
| FAITH WALSH<br>ADDRESS REDACTED | FAN FU FENG / CHING LI WANG<br>ADDRESS REDACTED | FANNIE PETERSON<br>ADDRESS REDACTED |
| FANNIE R. HELTON<br>ADDRESS REDACTED | FANNY MORA<br>ADDRESS REDACTED | FANNY WILVON<br>ADDRESS REDACTED |
| FARAH HENSHAW<br>ADDRESS REDACTED | FARAH SHKAIR & ALI ALHUSSAINI<br>ADDRESS REDACTED | FARIDA YASINA & AMADUDDIN YASINA<br>ADDRESS REDACTED |
| FARRYLE VLAVIANOS<br>ADDRESS REDACTED | FARZANA SERANG<br>ADDRESS REDACTED | FAUFTO VILLEGAS<br>ADDRESS REDACTED |
| FAWAZ MOURAD<br>ADDRESS REDACTED | FAWAZ MOURAD<br>ADDRESS REDACTED | FAWN MATLACK<br>ADDRESS REDACTED |
| FAWZIA HARONEE<br>ADDRESS REDACTED | FEBE SEPULVEDA<br>ADDRESS REDACTED | FEDERICO RODRIGUEZ<br>ADDRESS REDACTED |
| FEIWEN YU<br>ADDRESS REDACTED | FELICA GUSTIN<br>ADDRESS REDACTED | FELICIA BISHOP<br>ADDRESS REDACTED |
| FELICIA OREA<br>ADDRESS REDACTED | FELICIANO CUATLATL<br>ADDRESS REDACTED | FELICIANO SERRANO<br>ADDRESS REDACTED |
| FELICIO REYES<br>ADDRESS REDACTED | FELICITA OROCCO<br>ADDRESS REDACTED | FELICITE MAKADA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| FELICITO CRUZ<br>ADDRESS REDACTED | FELIPE ACEVEDO<br>ADDRESS REDACTED | FELIPE ARRIZON<br>ADDRESS REDACTED |
| FELIPE GALLEGOS<br>ADDRESS REDACTED | FELIPE MORENO<br>ADDRESS REDACTED | FELIPE RAMIREZ<br>ADDRESS REDACTED |
| FELIPE ROJAS<br>ADDRESS REDACTED | FELISA UPCHURCH<br>ADDRESS REDACTED | FELIX F JOCSON<br>ADDRESS REDACTED |
| FELIX FLORES<br>ADDRESS REDACTED | FELIX MONPELARA<br>ADDRESS REDACTED | FELIX SEURA<br>ADDRESS REDACTED |
| FELIX SEURA<br>ADDRESS REDACTED | FELIX TORLAI<br>ADDRESS REDACTED | FELIX VAQUILAR<br>ADDRESS REDACTED |
| FENAJDA HUSIDIC<br>ADDRESS REDACTED | FERAS ALBDULKAREEM<br>ADDRESS REDACTED | FERDINAND EUSEBIO<br>ADDRESS REDACTED |
| FERIAL TWANSY<br>ADDRESS REDACTED | FERMIN ARGUETA<br>ADDRESS REDACTED | FERMIN MEIJA<br>ADDRESS REDACTED |
| FERNADO RIVES<br>ADDRESS REDACTED | FERNANDA FERREIRA<br>ADDRESS REDACTED | FERNANDA MUOIO BENEVIDES<br>ADDRESS REDACTED |
| FERNANDO AGUILAR<br>ADDRESS REDACTED | FERNANDO AMOR<br>ADDRESS REDACTED | FERNANDO ARECHIGA<br>ADDRESS REDACTED |
| FERNANDO BAUTISTA<br>ADDRESS REDACTED | FERNANDO BILLALON<br>ADDRESS REDACTED | FERNANDO CAZARES<br>ADDRESS REDACTED |
| FERNANDO GARCIA<br>ADDRESS REDACTED | FERNANDO LEMUS<br>ADDRESS REDACTED | FERNANDO RIOS<br>ADDRESS REDACTED |

FERNANDO RIOS
ADDRESS REDACTED

FERNANDO RUBIO
ADDRESS REDACTED

FERNANDO VERDIN
ADDRESS REDACTED

FHAROOQ M HASHMI
ADDRESS REDACTED

FHU LI
ADDRESS REDACTED

FIDEL VALENZUELA
ADDRESS REDACTED

FILIBERTO ROSAS
ADDRESS REDACTED

FILIPE CARRASCO
ADDRESS REDACTED

FILOGONIO LUIS
ADDRESS REDACTED

FILOMENA FESTA
ADDRESS REDACTED

FILOMENA LEPE
ADDRESS REDACTED

FILOMENA VIEIRA
ADDRESS REDACTED

FILOMENO GOMEZ
ADDRESS REDACTED

FILOMENO HERNANDEZ
ADDRESS REDACTED

FINANCE DEPARTMENT
ADDRESS REDACTED

FINIS H. MACK
ADDRESS REDACTED

FINIS J JONES
ADDRESS REDACTED

FLATE STAPLES
ADDRESS REDACTED

FLOR DE LEON VICTORID MATSUMOTO
ADDRESS REDACTED

FLOR ESPINAM
ADDRESS REDACTED

FLORENCE BINKIEWICZ
ADDRESS REDACTED

FLORENCE DAY
ADDRESS REDACTED

FLORENCE DORA SZMURLO
ADDRESS REDACTED

FLORENCE GARCIA
ADDRESS REDACTED

FLORENCE LEWIS
ADDRESS REDACTED

FLORENCE MORTON
ADDRESS REDACTED

FLORENCE PEZZATO
ADDRESS REDACTED

FLORENCIA PELICO
ADDRESS REDACTED

FLORENTINE ABBOTT
ADDRESS REDACTED

FLORENTINO ABENA
ADDRESS REDACTED

FLORENTINO GAMARRA
ADDRESS REDACTED

FLORINE LOVELL
ADDRESS REDACTED

FLOY BREWSTER
ADDRESS REDACTED

FLOYD BATES
ADDRESS REDACTED

FLOYD BEASLEY
ADDRESS REDACTED

FLOYD BLODGETT
ADDRESS REDACTED

FLOYD FISHER
ADDRESS REDACTED

FLOYD LACEY
ADDRESS REDACTED

FLOYD NESPER
ADDRESS REDACTED

FLOYE JONES
ADDRESS REDACTED

FOHE LATU
ADDRESS REDACTED

FONG LAM
ADDRESS REDACTED

FORREST E. WEST
ADDRESS REDACTED

FORTUNATO MARTINEZ
ADDRESS REDACTED

FORYLAN CINOCO & UBALDINA DIAZ
ADDRESS REDACTED

FOU KWOY TSING
ADDRESS REDACTED

FOU SAETERN
ADDRESS REDACTED

FR. MELVIN RUSNAK
ADDRESS REDACTED

FRAN SHEA
ADDRESS REDACTED

FRANCES B STAHLE
ADDRESS REDACTED

FRANCES CARCY
ADDRESS REDACTED

FRANCES HERNANDEZ
ADDRESS REDACTED

FRANCES M STROUD
ADDRESS REDACTED

FRANCES MACKEY
ADDRESS REDACTED

FRANCES MCGREFF
ADDRESS REDACTED

FRANCES PARKER
ADDRESS REDACTED

FRANCES VITALE
ADDRESS REDACTED

FRANCES WRIGHT
ADDRESS REDACTED

FRANCES ZELAYA
ADDRESS REDACTED

FRANCIA MARRERO
ADDRESS REDACTED

FRANCIE PETRELLA
ADDRESS REDACTED

FRANCIFCO JAMIE
ADDRESS REDACTED

FRANCIS BITZ
ADDRESS REDACTED

FRANCIS HENKEL
ADDRESS REDACTED

FRANCIS IRZYK
ADDRESS REDACTED

FRANCIS KELLY
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| FRANCIS M SILVA<br>ADDRESS REDACTED | FRANCIS MARINELLI<br>ADDRESS REDACTED | FRANCIS MEISEL<br>ADDRESS REDACTED |
| FRANCIS MORNEAU<br>ADDRESS REDACTED | FRANCIS ROCHA<br>ADDRESS REDACTED | FRANCIS T DAMILOSKI<br>ADDRESS REDACTED |
| FRANCISCA GONZALEZ<br>ADDRESS REDACTED | FRANCISCA M. MOLINA<br>ADDRESS REDACTED | FRANCISCA MOJICA<br>ADDRESS REDACTED |
| FRANCISCO A CORNEJO<br>ADDRESS REDACTED | FRANCISCO A FLORES<br>ADDRESS REDACTED | FRANCISCO ACOSTA<br>ADDRESS REDACTED |
| FRANCISCO AYALA<br>ADDRESS REDACTED | FRANCISCO BARCINAS<br>ADDRESS REDACTED | FRANCISCO CHAVEZ<br>ADDRESS REDACTED |
| FRANCISCO CORNEJO<br>ADDRESS REDACTED | FRANCISCO GOMEZ<br>ADDRESS REDACTED | FRANCISCO GRACIA<br>ADDRESS REDACTED |
| FRANCISCO HERRERA, & PATRICIA C HERRERA<br>ADDRESS REDACTED | FRANCISCO J. CERVANTES<br>ADDRESS REDACTED | FRANCISCO JAVIER VASQUEZ<br>ADDRESS REDACTED |
| FRANCISCO JORGE<br>ADDRESS REDACTED | FRANCISCO LEDEZMA<br>ADDRESS REDACTED | FRANCISCO LOPEZ<br>ADDRESS REDACTED |
| FRANCISCO LUIS<br>ADDRESS REDACTED | FRANCISCO MESA<br>ADDRESS REDACTED | FRANCISCO RUFINO GONZALEZ<br>ADDRESS REDACTED |
| FRANCISCO SANTIBANEZ SR.<br>ADDRESS REDACTED | FRANCISCO SOLIS<br>ADDRESS REDACTED | FRANK A NAVARRO<br>ADDRESS REDACTED |
| FRANK ALTIERI<br>ADDRESS REDACTED | FRANK BARRETT SIR<br>ADDRESS REDACTED | FRANK BASBAS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| FRANK BRADEN<br>ADDRESS REDACTED | FRANK C MARTINEZ<br>ADDRESS REDACTED | FRANK CANUSO<br>ADDRESS REDACTED |
| FRANK CLARKE<br>ADDRESS REDACTED | FRANK DIAZ<br>ADDRESS REDACTED | FRANK DIAZ<br>ADDRESS REDACTED |
| FRANK DICKEY<br>ADDRESS REDACTED | FRANK DRITO<br>ADDRESS REDACTED | FRANK E TELLES<br>ADDRESS REDACTED |
| FRANK FARIAF<br>ADDRESS REDACTED | FRANK FOUZA<br>ADDRESS REDACTED | FRANK G ALVAREZ<br>ADDRESS REDACTED |
| FRANK GIULIANI<br>ADDRESS REDACTED | FRANK GULLIEN<br>ADDRESS REDACTED | FRANK HENNEBERT<br>ADDRESS REDACTED |
| FRANK HILINSKI<br>ADDRESS REDACTED | FRANK HINEBAUGH<br>ADDRESS REDACTED | FRANK HUANG<br>ADDRESS REDACTED |
| FRANK J. FORNER<br>ADDRESS REDACTED | FRANK J. FORNER<br>ADDRESS REDACTED | FRANK JAMES LEWIS<br>ADDRESS REDACTED |
| FRANK L VISE<br>ADDRESS REDACTED | FRANK LUCENTE<br>ADDRESS REDACTED | FRANK M FLORES<br>ADDRESS REDACTED |
| FRANK MARQUEZ<br>ADDRESS REDACTED | FRANK MEDINA<br>ADDRESS REDACTED | FRANK MIYAI<br>ADDRESS REDACTED |
| FRANK MOLLICA<br>ADDRESS REDACTED | FRANK PARKER<br>ADDRESS REDACTED | FRANK QUADRA<br>ADDRESS REDACTED |
| FRANK REYES<br>ADDRESS REDACTED | FRANK RODRIGUEZ<br>ADDRESS REDACTED | FRANK ROMAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| FRANK S GAVIN<br>ADDRESS REDACTED | FRANK SANTIAGO<br>ADDRESS REDACTED | FRANK SENSKE<br>ADDRESS REDACTED |
| FRANK SHADDY<br>ADDRESS REDACTED | FRANK SHIANO<br>ADDRESS REDACTED | FRANK SHIPP<br>ADDRESS REDACTED |
| FRANK SINCLAIR<br>ADDRESS REDACTED | FRANK SORIANO<br>ADDRESS REDACTED | FRANK TORRENCE<br>ADDRESS REDACTED |
| FRANK WEISMAN<br>ADDRESS REDACTED | FRANK YORKE<br>ADDRESS REDACTED | FRANK ZHANG<br>ADDRESS REDACTED |
| FRANKIE KING<br>ADDRESS REDACTED | FRANKLIN JAKULLA<br>ADDRESS REDACTED | FRANKLIN R CRAWFORD<br>ADDRESS REDACTED |
| FRANKLIN SANTISPEDAN<br>ADDRESS REDACTED | FRANSER CLEMONS<br>ADDRESS REDACTED | FRANSICO LOPEZ<br>ADDRESS REDACTED |
| FRANSISCA SANTIAGO<br>ADDRESS REDACTED | FRANTIS M. THOMPSON<br>ADDRESS REDACTED | FRED ADIARTE<br>ADDRESS REDACTED |
| FRED CHRISTIAN<br>ADDRESS REDACTED | FRED DAY<br>ADDRESS REDACTED | FRED DEBOSE<br>ADDRESS REDACTED |
| FRED FOROUDI<br>ADDRESS REDACTED | FRED IRA<br>ADDRESS REDACTED | FRED LEHMKUHL<br>ADDRESS REDACTED |
| FRED LEROND<br>ADDRESS REDACTED | FRED SHIMASAKI<br>ADDRESS REDACTED | FRED SIEGERT<br>ADDRESS REDACTED |
| FRED STIVER<br>ADDRESS REDACTED | FRED VANDERWAL<br>ADDRESS REDACTED | FRED W KELLIE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| FREDA HARN<br>ADDRESS REDACTED | FREDA WEAVER<br>ADDRESS REDACTED | FREDDIE BRAY<br>ADDRESS REDACTED |
| FREDDIE CARGANILLA<br>ADDRESS REDACTED | FREDDIE HEARD<br>ADDRESS REDACTED | FREDDIE REED<br>ADDRESS REDACTED |
| FREDERICK CORBIN<br>ADDRESS REDACTED | FREDERICK FAHRENDORF<br>ADDRESS REDACTED | FREDERICK HOMFELD<br>ADDRESS REDACTED |
| FREDERICK JENKINS<br>ADDRESS REDACTED | FREDERICK MILLER<br>ADDRESS REDACTED | FREDERICK PIERCE<br>ADDRESS REDACTED |
| FREDERICK PRIESS<br>ADDRESS REDACTED | FREDERICK ROCCO<br>ADDRESS REDACTED | FREDRICK HEMMING<br>ADDRESS REDACTED |
| FREDY YOUNG<br>ADDRESS REDACTED | FREEMAN RUSSELL<br>ADDRESS REDACTED | FREY CHHOURN<br>ADDRESS REDACTED |
| FRIEDA A FENTON<br>ADDRESS REDACTED | FRITZMER MIDY<br>ADDRESS REDACTED | FROILAN FERNANDEZ<br>ADDRESS REDACTED |
| FROYLAN D RODRIGUEZ<br>ADDRESS REDACTED | FRUSTOL ODD<br>ADDRESS REDACTED | FYEDA AHAM<br>ADDRESS REDACTED |
| G M FREIDENFELT<br>ADDRESS REDACTED | G. GOVE & C. HENDERSON<br>ADDRESS REDACTED | GABINO BAUTISTA<br>ADDRESS REDACTED |
| GABINO CORTES<br>ADDRESS REDACTED | GABRIEL CHAVEZ<br>ADDRESS REDACTED | GABRIEL DE GUIA<br>ADDRESS REDACTED |
| GABRIEL ISSA<br>ADDRESS REDACTED | GABRIEL LOPEZ<br>ADDRESS REDACTED | GABRIEL LOPEZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| GABRIEL SANCHEZ<br>ADDRESS REDACTED | GABRIEL TRINIDAD<br>ADDRESS REDACTED | GABRIELA GORODISCHER<br>ADDRESS REDACTED |
| GABRIELA SIMON<br>ADDRESS REDACTED | GABRIELLA ELIZARRARAS<br>ADDRESS REDACTED | GABRIELLA LOPEZ<br>ADDRESS REDACTED |
| GAGAN DANGOL<br>ADDRESS REDACTED | GAI THI NGUYEN<br>ADDRESS REDACTED | GAIL CADWELL<br>ADDRESS REDACTED |
| GAIL FIORBIA<br>ADDRESS REDACTED | GAIL GINETT<br>ADDRESS REDACTED | GAIL GUNN<br>ADDRESS REDACTED |
| GAIL PHELPS MCLAUGHLIN<br>ADDRESS REDACTED | GAIL SCHULTZ<br>ADDRESS REDACTED | GAIL STRICKLAND<br>ADDRESS REDACTED |
| GAIL TAYLOR<br>ADDRESS REDACTED | GAIL YORKELL<br>ADDRESS REDACTED | GAINSETTA MYRILL<br>ADDRESS REDACTED |
| GALDINA MARTINEZ<br>ADDRESS REDACTED | GALDYS POLANCO<br>ADDRESS REDACTED | GALE C KOBETICH<br>ADDRESS REDACTED |
| GALINA ABRAMOVA<br>ADDRESS REDACTED | GALINA IURCO<br>ADDRESS REDACTED | GALINA MOORE<br>ADDRESS REDACTED |
| GALYNA UDODIK<br>ADDRESS REDACTED | GAN GHILLON<br>ADDRESS REDACTED | GANRAV PATHAK<br>ADDRESS REDACTED |
| GARETH STORM<br>ADDRESS REDACTED | GARRETT ESTRADA<br>ADDRESS REDACTED | GARRETT YAMADA<br>ADDRESS REDACTED |
| GARRY GALLAGHER<br>ADDRESS REDACTED | GARRY REENDERS<br>ADDRESS REDACTED | GARRY SCHEURING<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| GARRY THOMPSON<br>ADDRESS REDACTED | GARY A SCHMERER<br>ADDRESS REDACTED | GARY A WELLS<br>ADDRESS REDACTED |
| GARY BATSON<br>ADDRESS REDACTED | GARY BEHRENS<br>ADDRESS REDACTED | GARY BOS<br>ADDRESS REDACTED |
| GARY BOS<br>ADDRESS REDACTED | GARY BROBST<br>ADDRESS REDACTED | GARY BROUSSARD<br>ADDRESS REDACTED |
| GARY BUNNEY<br>ADDRESS REDACTED | GARY CALTON<br>ADDRESS REDACTED | GARY COHEN<br>ADDRESS REDACTED |
| GARY COIT,  BOBBIE GILLIGAN<br>ADDRESS REDACTED | GARY COLE<br>ADDRESS REDACTED | GARY COOK & DEBORAH COOK<br>ADDRESS REDACTED |
| GARY COUCK<br>ADDRESS REDACTED | GARY CROW<br>ADDRESS REDACTED | GARY D.YARBER<br>ADDRESS REDACTED |
| GARY DELLAGUARDIA<br>ADDRESS REDACTED | GARY DERQUIST<br>ADDRESS REDACTED | GARY ESTADT<br>ADDRESS REDACTED |
| GARY ETHERIDGE<br>ADDRESS REDACTED | GARY FAGIN<br>ADDRESS REDACTED | GARY FILLMORE<br>ADDRESS REDACTED |
| GARY GIACOMINI<br>ADDRESS REDACTED | GARY HARDIN<br>ADDRESS REDACTED | GARY HEWITT<br>ADDRESS REDACTED |
| GARY HILLEGASS<br>ADDRESS REDACTED | GARY HOFFMAN<br>ADDRESS REDACTED | GARY HOFFMAN<br>ADDRESS REDACTED |
| GARY HOFFMAN<br>ADDRESS REDACTED | GARY HUNLEY<br>ADDRESS REDACTED | GARY JOHNSON<br>ADDRESS REDACTED |

GARY KEYES
ADDRESS REDACTED

GARY L SHELTON
ADDRESS REDACTED

GARY L. WOEHL
ADDRESS REDACTED

GARY MARTIN
ADDRESS REDACTED

GARY MCCOY
ADDRESS REDACTED

GARY MILNER
ADDRESS REDACTED

GARY MOREHEAD
ADDRESS REDACTED

GARY PHILLIPS
ADDRESS REDACTED

GARY S BALLARE
ADDRESS REDACTED

GARY SADEY
ADDRESS REDACTED

GARY SATO
ADDRESS REDACTED

GARY SIMONETTA
ADDRESS REDACTED

GARY STANIS
ADDRESS REDACTED

GARY STOIBER
ADDRESS REDACTED

GARY THOMPSON
ADDRESS REDACTED

GARY VELDHUIZEN
ADDRESS REDACTED

GARY WILLIAMS
ADDRESS REDACTED

GARY WILLIAMS
ADDRESS REDACTED

GARY WILLIS
ADDRESS REDACTED

GASIMU UMARU
ADDRESS REDACTED

GAUDENCIA ORTIZ
ADDRESS REDACTED

GAVINO GALVAN
ADDRESS REDACTED

GAY JOSE
ADDRESS REDACTED

GAYLE SMITH
ADDRESS REDACTED

GAYLE YANKEE
ADDRESS REDACTED

GELSOMINA BECKS
ADDRESS REDACTED

GELSON COTTO
ADDRESS REDACTED

GEN HUESEMAN
ADDRESS REDACTED

GENA BARRERA
ADDRESS REDACTED

GENE A GILES
ADDRESS REDACTED

GENE B. DE SHIELDS
ADDRESS REDACTED

GENE BONDOC
ADDRESS REDACTED

GENE BROTARLO JR
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

GENE ESPITIA
ADDRESS REDACTED

GENE FELICIANO
ADDRESS REDACTED

GENE REBEIRO
ADDRESS REDACTED

GENE REINHOLDS
ADDRESS REDACTED

GENELL ERIVIN
ADDRESS REDACTED

GENEROSO MATTIA
ADDRESS REDACTED

GENESES GALE
ADDRESS REDACTED

GENEVA MARQUES
ADDRESS REDACTED

GENEVIEVE INGRAM
ADDRESS REDACTED

GENNIS WOOD
ADDRESS REDACTED

GENO J CORTINA
ADDRESS REDACTED

GENOVEVA JACOBO VARGAS
ADDRESS REDACTED

GEOFF BOSLEY
ADDRESS REDACTED

GEOFFREY FENNER
ADDRESS REDACTED

GEOFFREY IVERSON
ADDRESS REDACTED

GEOFFREY JAMES HACKMAN
ADDRESS REDACTED

GEOFFREY UTLEY
ADDRESS REDACTED

GEOGE ALANA & MARGARITA ALANA
ADDRESS REDACTED

GEORGE  BELLENOIT
ADDRESS REDACTED

GEORGE A. KIRKWOOD
ADDRESS REDACTED

GEORGE ALVAREZ
ADDRESS REDACTED

GEORGE AND ALICIA PALACIOS
ADDRESS REDACTED

GEORGE ASIMAKOPOULOS
ADDRESS REDACTED

GEORGE ASIMAKOPOULOS
ADDRESS REDACTED

GEORGE AUSTIN
ADDRESS REDACTED

GEORGE BELLENOIT
ADDRESS REDACTED

GEORGE BENOIT
ADDRESS REDACTED

GEORGE BETTENCOURT
ADDRESS REDACTED

GEORGE BUCKMON
ADDRESS REDACTED

GEORGE CABRALES
ADDRESS REDACTED

GEORGE CHACO
ADDRESS REDACTED

GEORGE CHERIYAN
ADDRESS REDACTED

GEORGE CLARK
ADDRESS REDACTED

GEORGE CONDE
ADDRESS REDACTED

GEORGE CROZIER
ADDRESS REDACTED

GEORGE DUARTE
ADDRESS REDACTED

GEORGE F. MURRAY III
ADDRESS REDACTED

GEORGE GEORGOPOULOS
ADDRESS REDACTED

GEORGE GIDDENS
ADDRESS REDACTED

GEORGE GIOUZELIS
ADDRESS REDACTED

GEORGE HANADA
ADDRESS REDACTED

GEORGE J FLEISCHMANN
ADDRESS REDACTED

GEORGE JACKSON
ADDRESS REDACTED

GEORGE JEROME
ADDRESS REDACTED

GEORGE JUMBERT
ADDRESS REDACTED

GEORGE KATUCKI
ADDRESS REDACTED

GEORGE KATZ
ADDRESS REDACTED

GEORGE L ADLER
ADDRESS REDACTED

GEORGE LOWE
ADDRESS REDACTED

GEORGE LUCERO
ADDRESS REDACTED

GEORGE MADDOX, DEBBIE MADDOX
ADDRESS REDACTED

GEORGE MAIR
ADDRESS REDACTED

GEORGE MCFARREN
ADDRESS REDACTED

GEORGE MIEGER
ADDRESS REDACTED

GEORGE MOSQUEDA
ADDRESS REDACTED

GEORGE PARKER
ADDRESS REDACTED

GEORGE PASCH
ADDRESS REDACTED

GEORGE PRODANIS
ADDRESS REDACTED

GEORGE R LUMM
ADDRESS REDACTED

GEORGE RIVERA
ADDRESS REDACTED

GEORGE RIZK
ADDRESS REDACTED

GEORGE ROSARIO
ADDRESS REDACTED

GEORGE S YOSHIMI
ADDRESS REDACTED

GEORGE SHUTE JR.
ADDRESS REDACTED

GEORGE SLEMING
ADDRESS REDACTED

GEORGE STANBOULIS
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| GEORGE SUGIMURA<br>ADDRESS REDACTED | GEORGE SUKAR<br>ADDRESS REDACTED | GEORGE VALENCIA<br>ADDRESS REDACTED |
| GEORGE WALKER<br>ADDRESS REDACTED | GEORGE WONG<br>ADDRESS REDACTED | GEORGE WOODS<br>ADDRESS REDACTED |
| GEORGE YUEN<br>ADDRESS REDACTED | GEORGE ZAPATA JR<br>ADDRESS REDACTED | GEORGIA GRAHAM<br>ADDRESS REDACTED |
| GEORGIA RICHARDSON & CLYDE HEYMAN<br>ADDRESS REDACTED | GEORGINA GUERRA<br>ADDRESS REDACTED | GERADO CIPRES<br>ADDRESS REDACTED |
| GERAID SINGER<br>ADDRESS REDACTED | GERALD -<br>ADDRESS REDACTED | GERALD A CRAFT<br>ADDRESS REDACTED |
| GERALD AND JEAN FITZGERALD<br>ADDRESS REDACTED | GERALD BROWN<br>ADDRESS REDACTED | GERALD EVANS<br>ADDRESS REDACTED |
| GERALD F MOSHER JR<br>ADDRESS REDACTED | GERALD FERNANDEZ<br>ADDRESS REDACTED | GERALD GARRELS THE THIRD<br>ADDRESS REDACTED |
| GERALD GOUVEIA<br>ADDRESS REDACTED | GERALD J PRICE<br>ADDRESS REDACTED | GERALD J. PASSANISI<br>ADDRESS REDACTED |
| GERALD J. PRICE<br>ADDRESS REDACTED | GERALD JOHNSON<br>ADDRESS REDACTED | GERALD KNIGHT<br>ADDRESS REDACTED |
| GERALD KRAMER<br>ADDRESS REDACTED | GERALD MACKENZIE<br>ADDRESS REDACTED | GERALD NASH<br>ADDRESS REDACTED |
| GERALD PEA<br>ADDRESS REDACTED | GERALD RINKEL<br>ADDRESS REDACTED | GERALD RODRIGUES<br>ADDRESS REDACTED |

GERALD STANKO
ADDRESS REDACTED

GERALD VOLK
ADDRESS REDACTED

GERALD W GERTZ
ADDRESS REDACTED

GERALD W RETOR
ADDRESS REDACTED

GERALD ZIMMERLE
ADDRESS REDACTED

GERALDINE COREA
ADDRESS REDACTED

GERALDINE DORTON
ADDRESS REDACTED

GERALDINE EDWARDS
ADDRESS REDACTED

GERALDINE HERMOSILLO
ADDRESS REDACTED

GERALDINE R. ADAMS
ADDRESS REDACTED

GERALDINE RAYFIELD
ADDRESS REDACTED

GERALDINE RUDLUFF
ADDRESS REDACTED

GERALDINE SANT
ADDRESS REDACTED

GERALDINE THEMELIS
ADDRESS REDACTED

GERALDINE THEMELIS
ADDRESS REDACTED

GERALDINE THEMELIS
ADDRESS REDACTED

GERARD CONPRERAS
ADDRESS REDACTED

GERARD WITTSTADT
ADDRESS REDACTED

GERARDO ALVAREZ
ADDRESS REDACTED

GERARDO GONZALEZ
ADDRESS REDACTED

GERARDO TELLO
ADDRESS REDACTED

GERD ORDELHEIDE
ADDRESS REDACTED

GERI BASKIND
ADDRESS REDACTED

GERI MUNOZ
ADDRESS REDACTED

GERLAD MATHEWS
ADDRESS REDACTED

GERMAN LOPEZ
ADDRESS REDACTED

GEROLD HOEPER
ADDRESS REDACTED

GERONIMO SERAFINO
ADDRESS REDACTED

GERRY CLEASBY
ADDRESS REDACTED

GERRY DUFOUR
ADDRESS REDACTED

GERSHON LEVINE
ADDRESS REDACTED

GERSON GUERRERO
ADDRESS REDACTED

GERTRUDE PARKS
ADDRESS REDACTED

| | | |
|---|---|---|
| GERTRUDE SCHLOER<br>ADDRESS REDACTED | GERTRUDE WILLIAMS<br>ADDRESS REDACTED | GERY BURK<br>ADDRESS REDACTED |
| GHANSHYAM PATEL<br>ADDRESS REDACTED | GHASSANG ALBURATI<br>ADDRESS REDACTED | GHIEU VO<br>ADDRESS REDACTED |
| GIA VIEN<br>ADDRESS REDACTED | GIBRELA VEPEDA<br>ADDRESS REDACTED | GIESELA CAR<br>ADDRESS REDACTED |
| GIL POLIQUIN<br>ADDRESS REDACTED | GIL TAVORA<br>ADDRESS REDACTED | GILBERT BLUE<br>ADDRESS REDACTED |
| GILBERT DETTMER<br>ADDRESS REDACTED | GILBERT DUENAS<br>ADDRESS REDACTED | GILBERT GARCIA<br>ADDRESS REDACTED |
| GILBERT KELLER<br>ADDRESS REDACTED | GILBERT LEGNARD<br>ADDRESS REDACTED | GILBERT MAES<br>ADDRESS REDACTED |
| GILBERT MERRILL<br>ADDRESS REDACTED | GILBERT PEREIRA<br>ADDRESS REDACTED | GILBERT SMART<br>ADDRESS REDACTED |
| GILBERT WHITNEY<br>ADDRESS REDACTED | GILBERTO F MENDOZA<br>ADDRESS REDACTED | GILBERTO MADRID<br>ADDRESS REDACTED |
| GILBERTO MOROCHO<br>ADDRESS REDACTED | GILBERTO ROMERO<br>ADDRESS REDACTED | GILDA CLADER<br>ADDRESS REDACTED |
| GILFRED L KALEO<br>ADDRESS REDACTED | GILL GRANADOS<br>ADDRESS REDACTED | GILL GURUINDER<br>ADDRESS REDACTED |
| GILLERMO ROMENA<br>ADDRESS REDACTED | GILMAR PINTO<br>ADDRESS REDACTED | GILMAR PINTO<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| GINA CHASTAIN<br>ADDRESS REDACTED | GINA DIFOGGIO<br>ADDRESS REDACTED | GINA EIGENMANN<br>ADDRESS REDACTED |
| GINA HENDEL<br>ADDRESS REDACTED | GINA MCDONALD<br>ADDRESS REDACTED | GINA OGNES<br>ADDRESS REDACTED |
| GINA OLEARY<br>ADDRESS REDACTED | GINA POLI<br>ADDRESS REDACTED | GINA TUPAS<br>ADDRESS REDACTED |
| GINGER LONG<br>ADDRESS REDACTED | GINNY MAY<br>ADDRESS REDACTED | GINNY STANDEN<br>ADDRESS REDACTED |
| GIORDANO ALLEGRO<br>ADDRESS REDACTED | GIORGIA NEIDORF<br>ADDRESS REDACTED | GIOVACCHINO R TEI<br>ADDRESS REDACTED |
| GIOVANNA KONING<br>ADDRESS REDACTED | GIOVANNA RIVARA<br>ADDRESS REDACTED | GIOVANNI PIETROBON<br>ADDRESS REDACTED |
| GIOVANNI SCALISE<br>ADDRESS REDACTED | GISELLA CAMACHO<br>ADDRESS REDACTED | GIYUNG CHUNG<br>ADDRESS REDACTED |
| GIZEL MERITTS<br>ADDRESS REDACTED | GLADYS & MARVIN EATON<br>ADDRESS REDACTED | GLADYS A TOLBERT<br>ADDRESS REDACTED |
| GLADYS ALDANA & JERRY ALDANA<br>ADDRESS REDACTED | GLADYS CHACON<br>ADDRESS REDACTED | GLADYS GREEN<br>ADDRESS REDACTED |
| GLADYS VALENCIA<br>ADDRESS REDACTED | GLEN ALCORN<br>ADDRESS REDACTED | GLEN BARNES<br>ADDRESS REDACTED |
| GLEN G ARNDT<br>ADDRESS REDACTED | GLEN NEAGLE<br>ADDRESS REDACTED | GLEN PAYNE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| GLEN RICHARDSON<br>ADDRESS REDACTED | GLENDA BALDWIN<br>ADDRESS REDACTED | GLENDA BURDICK<br>ADDRESS REDACTED |
| GLENDA FALLIN<br>ADDRESS REDACTED | GLENDA JOHNSON<br>ADDRESS REDACTED | GLENDA SMITH<br>ADDRESS REDACTED |
| GLENN BOWERS<br>ADDRESS REDACTED | GLENN FLINT<br>ADDRESS REDACTED | GLENN LEWIS<br>ADDRESS REDACTED |
| GLENN MARTIN<br>ADDRESS REDACTED | GLENN MCBRIDE<br>ADDRESS REDACTED | GLENN POINTS<br>ADDRESS REDACTED |
| GLENN REISSTHNEIDER<br>ADDRESS REDACTED | GLENN SCHAAP<br>ADDRESS REDACTED | GLENN SHUPE<br>ADDRESS REDACTED |
| GLENN STOCK<br>ADDRESS REDACTED | GLENN TIGNO<br>ADDRESS REDACTED | GLENNA MALONE<br>ADDRESS REDACTED |
| GLENNIS BURKHALTER<br>ADDRESS REDACTED | GLORIA A COTTON<br>ADDRESS REDACTED | GLORIA AGUIRRE<br>ADDRESS REDACTED |
| GLORIA ALCANTARA<br>ADDRESS REDACTED | GLORIA ANDREADE<br>ADDRESS REDACTED | GLORIA AVINA<br>ADDRESS REDACTED |
| GLORIA CORRAL<br>ADDRESS REDACTED | GLORIA CRATER<br>ADDRESS REDACTED | GLORIA DAVIS<br>ADDRESS REDACTED |
| GLORIA DOMINGUEZ<br>ADDRESS REDACTED | GLORIA DUCKWORTH<br>ADDRESS REDACTED | GLORIA FERNANDEZ<br>ADDRESS REDACTED |
| GLORIA HUERTA<br>ADDRESS REDACTED | GLORIA IODICE<br>ADDRESS REDACTED | GLORIA LEEWORTHY<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| GLORIA LEON<br>ADDRESS REDACTED | GLORIA LINARES, GERARDO ENCALADA<br>ADDRESS REDACTED | GLORIA MANGONON<br>ADDRESS REDACTED |
| GLORIA MARTINEZ<br>ADDRESS REDACTED | GLORIA MARTINEZ<br>ADDRESS REDACTED | GLORIA MENDEZ<br>ADDRESS REDACTED |
| GLORIA MILLER<br>ADDRESS REDACTED | GLORIA MORRIS<br>ADDRESS REDACTED | GLORIA PALACIO<br>ADDRESS REDACTED |
| GLORIA ROJAS<br>ADDRESS REDACTED | GLORIA SALPZMAN<br>ADDRESS REDACTED | GLORIA SPOERL<br>ADDRESS REDACTED |
| GLORIA STEINHAUER<br>ADDRESS REDACTED | GLORIA SWIST<br>ADDRESS REDACTED | GLORIA TORRES<br>ADDRESS REDACTED |
| GLORIA VEGA<br>ADDRESS REDACTED | GLORY E. STYLES<br>ADDRESS REDACTED | GODFREY CUMBERBATCH<br>ADDRESS REDACTED |
| GODFREY JAMES<br>ADDRESS REDACTED | GOENN L BAKER<br>ADDRESS REDACTED | GOGHYUN CHO<br>ADDRESS REDACTED |
| GOLPI PARUCHURI<br>ADDRESS REDACTED | GONZALO DELARIZA<br>ADDRESS REDACTED | GONZALO GARCIA<br>ADDRESS REDACTED |
| GONZALO MARTINEZ<br>ADDRESS REDACTED | GONZALO NAVARRO<br>ADDRESS REDACTED | GONZALO VERDIN<br>ADDRESS REDACTED |
| GORD BYLSMA<br>ADDRESS REDACTED | GORDAN RAKETIC<br>ADDRESS REDACTED | GORDEN H DEY<br>ADDRESS REDACTED |
| GORDON ASH<br>ADDRESS REDACTED | GORDON ASH<br>ADDRESS REDACTED | GORDON BURNETT<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| GORDON HALL<br>ADDRESS REDACTED | GORDON N. DE KARZ<br>ADDRESS REDACTED | GORDON POMEROY<br>ADDRESS REDACTED |
| GORDON SIMPKINSON<br>ADDRESS REDACTED | GORGONIO CARDOSO<br>ADDRESS REDACTED | GRACE ACOSTA<br>ADDRESS REDACTED |
| GRACE AHL<br>ADDRESS REDACTED | GRACE BANIQUED<br>ADDRESS REDACTED | GRACE DOI<br>ADDRESS REDACTED |
| GRACE DONADIO & JIM DONADIO<br>ADDRESS REDACTED | GRACE HAGEDORN<br>ADDRESS REDACTED | GRACE JEAN AYRES<br>ADDRESS REDACTED |
| GRACE SIMONDS<br>ADDRESS REDACTED | GRACE STRAKE<br>ADDRESS REDACTED | GRACE SYLVESTER<br>ADDRESS REDACTED |
| GRACE ZHENG<br>ADDRESS REDACTED | GRACIE MAGANA<br>ADDRESS REDACTED | GRACIELA ESTRADA<br>ADDRESS REDACTED |
| GRACIELLA DUPERRAULT<br>ADDRESS REDACTED | GRADY MCKENZIE<br>ADDRESS REDACTED | GRANT BEDFORD<br>ADDRESS REDACTED |
| GRANT MCCLENAHEN<br>ADDRESS REDACTED | GRANT WAGNER<br>ADDRESS REDACTED | GREG AZEVEDO<br>ADDRESS REDACTED |
| GREG BRENSILVER<br>ADDRESS REDACTED | GREG BYRNE<br>ADDRESS REDACTED | GREG CHORNTON<br>ADDRESS REDACTED |
| GREG ERB<br>ADDRESS REDACTED | GREG HANSEN<br>ADDRESS REDACTED | GREG MURTLAND<br>ADDRESS REDACTED |
| GREG PARKER<br>ADDRESS REDACTED | GREG ROBLES<br>ADDRESS REDACTED | GREG ROSHON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| GREG SERPIS<br>ADDRESS REDACTED | GREG SHERWOOD<br>ADDRESS REDACTED | GREG SPINDLER<br>ADDRESS REDACTED |
| GREGG MARGOSSIAN<br>ADDRESS REDACTED | GREGG PAINE<br>ADDRESS REDACTED | GREGG WEBBER<br>ADDRESS REDACTED |
| GREGORIO FLORES<br>ADDRESS REDACTED | GREGORIO HERNANDEZ<br>ADDRESS REDACTED | GREGORIO MENDOZA<br>ADDRESS REDACTED |
| GREGORIO URBANO<br>ADDRESS REDACTED | GREGORO MANDOZA<br>ADDRESS REDACTED | GREGORY  SANDS<br>ADDRESS REDACTED |
| GREGORY A.  SUNDERLAND<br>ADDRESS REDACTED | GREGORY ANTENER<br>ADDRESS REDACTED | GREGORY BONNER<br>ADDRESS REDACTED |
| GREGORY CAZATT<br>ADDRESS REDACTED | GREGORY DAPPER<br>ADDRESS REDACTED | GREGORY FAJARDO<br>ADDRESS REDACTED |
| GREGORY GORDON<br>ADDRESS REDACTED | GREGORY KNECHT<br>ADDRESS REDACTED | GREGORY MATAWARAN<br>ADDRESS REDACTED |
| GREGORY MCCOWAN<br>ADDRESS REDACTED | GREGORY NELSON<br>ADDRESS REDACTED | GREGORY R WILLIAMS<br>ADDRESS REDACTED |
| GREGORY ROBILLARD<br>ADDRESS REDACTED | GREGORY S WIRTH<br>ADDRESS REDACTED | GREGORY S ZULE<br>ADDRESS REDACTED |
| GREGORY SULLIVAN<br>ADDRESS REDACTED | GREGORY TARVER<br>ADDRESS REDACTED | GREGORY WEBER<br>ADDRESS REDACTED |
| GREOGORIO PEREZ<br>ADDRESS REDACTED | GRETCHEN ANDERSON<br>ADDRESS REDACTED | GRETCHEN ANDREWS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| GRETCHEN HOLTGRESE<br>ADDRESS REDACTED | GRETCHEN KRUSE<br>ADDRESS REDACTED | GRETCHEN LUDWIG<br>ADDRESS REDACTED |
| GRETHEL DAVIS<br>ADDRESS REDACTED | GRISELDA C PERALTA<br>ADDRESS REDACTED | GRISELDA JIMENEZ, JUAN E JIMENEZ<br>ADDRESS REDACTED |
| GRISELDA PATINO<br>ADDRESS REDACTED | G'S OWNER<br>ADDRESS REDACTED | GUADALUPE ANDRADE, AUGUSTINE ANDRADE<br>ADDRESS REDACTED |
| GUADALUPE CABRERA<br>ADDRESS REDACTED | GUADALUPE LEON<br>ADDRESS REDACTED | GUADALUPE M PONCE<br>ADDRESS REDACTED |
| GUADALUPE MENDOZA<br>ADDRESS REDACTED | GUADALUPE MORALEZ<br>ADDRESS REDACTED | GUADALUPE OLMOS<br>ADDRESS REDACTED |
| GUADALUPE QUINONEZ<br>ADDRESS REDACTED | GUADALUPE RAMIREZ<br>ADDRESS REDACTED | GUADALUPE SANDOVAL<br>ADDRESS REDACTED |
| GUADALUPE TOPETE<br>ADDRESS REDACTED | GUADELOUPE CUATATL<br>ADDRESS REDACTED | GUALTER MATOS<br>ADDRESS REDACTED |
| GUAN CORTEZ<br>ADDRESS REDACTED | GUDALIA ESPINOZA REYES<br>ADDRESS REDACTED | GUI MAYO<br>ADDRESS REDACTED |
| GUIA ANTIOQUIA<br>ADDRESS REDACTED | GUIDO IOVINELLA<br>ADDRESS REDACTED | GUILERMO SUENTES<br>ADDRESS REDACTED |
| GUILLERMIN HERNANDEZ<br>ADDRESS REDACTED | GUILLERMINA AGUILAR GARCIA<br>ADDRESS REDACTED | GUILLERMO PELAYO<br>ADDRESS REDACTED |
| GUILLERMO PEREZ<br>ADDRESS REDACTED | GUILLERMO SANCHEZ<br>ADDRESS REDACTED | GUILLERMO SANPEDRO<br>ADDRESS REDACTED |

GUILLERMO SOTO
ADDRESS REDACTED

GUIRGUIS KHALIL
ADDRESS REDACTED

GULDEEP SINGH
ADDRESS REDACTED

GUMERCINDO MARIN
ADDRESS REDACTED

GUMISENDO VALDEZ
ADDRESS REDACTED

GUNTHER HEIVERT
ADDRESS REDACTED

GUO LI
ADDRESS REDACTED

GURBACHAN SAINGH
ADDRESS REDACTED

GURDAYAL SINGH
ADDRESS REDACTED

GURDIAL KAUR
ADDRESS REDACTED

GURJIT SINGH
ADDRESS REDACTED

GURJITTAL DHILLON
ADDRESS REDACTED

GURJOT SIDHU
ADDRESS REDACTED

GURMAIL SINGH
ADDRESS REDACTED

GURMIT KAUR
ADDRESS REDACTED

GURMIT SINGH
ADDRESS REDACTED

GURNEK SINGH
ADDRESS REDACTED

GURV SINGH
ADDRESS REDACTED

GURVINDER SINGH
ADDRESS REDACTED

GURWINDER SINGH
ADDRESS REDACTED

GUS OBRIEN
ADDRESS REDACTED

GUSSIE KING
ADDRESS REDACTED

GUSTAMAN HO
ADDRESS REDACTED

GUSTAVO MACIAS
ADDRESS REDACTED

GUSTAVO RAMOS
ADDRESS REDACTED

GUSTAVO SANTOS
ADDRESS REDACTED

GUSTAVO SOSA
ADDRESS REDACTED

GUUS GURGEMEESTER
ADDRESS REDACTED

GUY BOVIE
ADDRESS REDACTED

GUY DE LA ROSA
ADDRESS REDACTED

GUY E JOHNSON
ADDRESS REDACTED

GUY F BARNETT
ADDRESS REDACTED

GUY GILBERT
ADDRESS REDACTED

| | | |
|---|---|---|
| GUY HARMSEN<br>ADDRESS REDACTED | GUY KING<br>ADDRESS REDACTED | GUY MEDFORD<br>ADDRESS REDACTED |
| GWEN JARVIS<br>ADDRESS REDACTED | GWEN KOSTER<br>ADDRESS REDACTED | GWEN SMITH<br>ADDRESS REDACTED |
| GWENDOLYN  SHIELDS<br>ADDRESS REDACTED | GWENDOLYN CLARK<br>ADDRESS REDACTED | GWENDOLYN HUBDARD<br>ADDRESS REDACTED |
| GWENDOLYN JOHNSON<br>ADDRESS REDACTED | GWENDOLYN SMITH<br>ADDRESS REDACTED | GYULA PAPP<br>ADDRESS REDACTED |
| H & R SCREW MACHINE  PRODUCTS INC<br>ADDRESS REDACTED | H BROOKS HAMILTON JR<br>ADDRESS REDACTED | H J MALONSON<br>ADDRESS REDACTED |
| HA GOAN<br>ADDRESS REDACTED | HA NGUYEN<br>ADDRESS REDACTED | HA PHAN<br>ADDRESS REDACTED |
| HABIBULLAH ANSARI<br>ADDRESS REDACTED | HABIVA HAWLEY<br>ADDRESS REDACTED | HAE PAK<br>ADDRESS REDACTED |
| HAI LAM<br>ADDRESS REDACTED | HAIBO CHEN<br>ADDRESS REDACTED | HAKIM KHAN<br>ADDRESS REDACTED |
| HAL VAUGHN<br>ADDRESS REDACTED | HAL WALDMAN<br>ADDRESS REDACTED | HALEY HEARN<br>ADDRESS REDACTED |
| HAMIDA KHALILI<br>ADDRESS REDACTED | HAMPTON PETERS<br>ADDRESS REDACTED | HAMPTON, DAVID<br>ADDRESS REDACTED |
| HANADI KHATAR<br>ADDRESS REDACTED | HANEEFA RAHEEM<br>ADDRESS REDACTED | HANEES SHAHEED<br>ADDRESS REDACTED |

HANIS REMTULLA
ADDRESS REDACTED

HANJAYA CHANDRA
ADDRESS REDACTED

HANK LOCK
ADDRESS REDACTED

HANNAH SINGLETARY
ADDRESS REDACTED

HANNAH WILLIAMS
ADDRESS REDACTED

HANNS MEISSNER
ADDRESS REDACTED

HANS MERKLE
ADDRESS REDACTED

HANS SEITZ
ADDRESS REDACTED

HANS SORENSEN
ADDRESS REDACTED

HANSSAN HINES
ADDRESS REDACTED

HANY SALLOUMI
ADDRESS REDACTED

HAPPY  ASKER
ADDRESS REDACTED

HAPPY ASKER
ADDRESS REDACTED

HAQ FAZIL
ADDRESS REDACTED

HARALDO FEIJOO
ADDRESS REDACTED

HARESH MAKWANA
ADDRESS REDACTED

HARJINDER KAUR
ADDRESS REDACTED

HARLEN MAIER
ADDRESS REDACTED

HARLEY WHEELER
ADDRESS REDACTED

HARMAN JORDAN
ADDRESS REDACTED

HARMEHAL SINGH
ADDRESS REDACTED

HARMON MCELHANEY
ADDRESS REDACTED

HAROLD BENEDICT
ADDRESS REDACTED

HAROLD BOROWICZ
ADDRESS REDACTED

HAROLD BROMELL
ADDRESS REDACTED

HAROLD E GRIFFITH
ADDRESS REDACTED

HAROLD JENNINGS
ADDRESS REDACTED

HAROLD L. WILLIAMS
ADDRESS REDACTED

HAROLD LOWERY
ADDRESS REDACTED

HAROLD LYKINS
ADDRESS REDACTED

HAROLD LYKINS
ADDRESS REDACTED

HAROLD LYKINS
ADDRESS REDACTED

HAROLD PHILLIPS
ADDRESS REDACTED

| | | |
|---|---|---|
| HAROLD SCOTT<br>ADDRESS REDACTED | HAROLD SINNEY SR<br>ADDRESS REDACTED | HAROLD V SMITH<br>ADDRESS REDACTED |
| HARPAL RANDHAWA<br>ADDRESS REDACTED | HARRIET A HOBSIN<br>ADDRESS REDACTED | HARRIET BELOVIN<br>ADDRESS REDACTED |
| HARRIET JONES<br>ADDRESS REDACTED | HARRIET UKAI<br>ADDRESS REDACTED | HARRISON WATTS<br>ADDRESS REDACTED |
| HARRY  DEJONG<br>ADDRESS REDACTED | HARRY & SUSAN WETTERSKOG<br>ADDRESS REDACTED | HARRY BARRAND<br>ADDRESS REDACTED |
| HARRY BERTUCCELLI<br>ADDRESS REDACTED | HARRY BOUKIS<br>ADDRESS REDACTED | HARRY CAMPBELL<br>ADDRESS REDACTED |
| HARRY COLES; CHERRY COLES<br>ADDRESS REDACTED | HARRY D DEVONTE<br>ADDRESS REDACTED | HARRY DEJONG<br>ADDRESS REDACTED |
| HARRY DEJONG<br>ADDRESS REDACTED | HARRY DEJONG<br>ADDRESS REDACTED | HARRY FERNANDO<br>ADDRESS REDACTED |
| HARRY HAANSTRA<br>ADDRESS REDACTED | HARRY HOFFMAN<br>ADDRESS REDACTED | HARRY KEEN<br>ADDRESS REDACTED |
| HARRY M. MAY<br>ADDRESS REDACTED | HARRY STONER<br>ADDRESS REDACTED | HARRY WAGNER<br>ADDRESS REDACTED |
| HARRY WALLER<br>ADDRESS REDACTED | HARRY WILKER<br>ADDRESS REDACTED | HARSIMRAN SINGH<br>ADDRESS REDACTED |
| HARUO YAMAOKA<br>ADDRESS REDACTED | HARVEY ALDER<br>ADDRESS REDACTED | HARVEY CHARIEZ<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| HARVEY CUMMINGS<br>ADDRESS REDACTED | HARVEY HOLDERFIELD<br>ADDRESS REDACTED | HARVEY M VANZANDT<br>ADDRESS REDACTED |
| HARVEY MERCER<br>ADDRESS REDACTED | HARVEY R NELSON<br>ADDRESS REDACTED | HARVEY RODRIGUEZ<br>ADDRESS REDACTED |
| HARVEY SWEARINGEN<br>ADDRESS REDACTED | HARVEY WASHINGTON<br>ADDRESS REDACTED | HARVEY WRIGHT<br>ADDRESS REDACTED |
| HARVINDER WALIA<br>ADDRESS REDACTED | HASAN BEY<br>ADDRESS REDACTED | HASSAN DIWANE<br>ADDRESS REDACTED |
| HASSEL W  COE<br>ADDRESS REDACTED | HASSO ELFERT<br>ADDRESS REDACTED | HATTIE ENGE<br>ADDRESS REDACTED |
| HAYDEN RAUSCH<br>ADDRESS REDACTED | HAYWARD EVANS<br>ADDRESS REDACTED | HAZEL DAVENPORT<br>ADDRESS REDACTED |
| HAZEL JORDAN<br>ADDRESS REDACTED | HAZEL LIVERMORE<br>ADDRESS REDACTED | HAZIN ABDULRAUF<br>ADDRESS REDACTED |
| HEADLEY J BECKFORD<br>ADDRESS REDACTED | HEATHER ARVEN<br>ADDRESS REDACTED | HEATHER CLAPP<br>ADDRESS REDACTED |
| HEATHER CONGER<br>ADDRESS REDACTED | HEATHER FALCONE<br>ADDRESS REDACTED | HEATHER GROVE<br>ADDRESS REDACTED |
| HEATHER HILTON<br>ADDRESS REDACTED | HEATHER JEANNE ROBERTS<br>ADDRESS REDACTED | HEATHER L. COLEMAN<br>ADDRESS REDACTED |
| HEATHER MILES<br>ADDRESS REDACTED | HEATHER WEEDON<br>ADDRESS REDACTED | HEATHER WILSON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| HEATHER WILT<br>ADDRESS REDACTED | HEATHER YOUNG<br>ADDRESS REDACTED | HECTOR AGUILAR<br>ADDRESS REDACTED |
| HECTOR ATIENZA<br>ADDRESS REDACTED | HECTOR CABAN & JAYLE S CABAN<br>ADDRESS REDACTED | HECTOR CAMICALEZ<br>ADDRESS REDACTED |
| HECTOR CHAVEZ<br>ADDRESS REDACTED | HECTOR COSME<br>ADDRESS REDACTED | HECTOR E. TORRES<br>ADDRESS REDACTED |
| HECTOR FERRANO<br>ADDRESS REDACTED | HECTOR MARQUEZ<br>ADDRESS REDACTED | HECTOR OROZCO<br>ADDRESS REDACTED |
| HECTOR PINEDO<br>ADDRESS REDACTED | HECTOR RAMIREZ<br>ADDRESS REDACTED | HECTOR RODRIGUEZ<br>ADDRESS REDACTED |
| HECTOR TREJO<br>ADDRESS REDACTED | HECTOR URENA<br>ADDRESS REDACTED | HECTOR VARGAS<br>ADDRESS REDACTED |
| HEDAYATULLAH HAROON<br>ADDRESS REDACTED | HEDY LYNCH<br>ADDRESS REDACTED | HEE WOUNG KIM<br>ADDRESS REDACTED |
| HEIDI DONABEDIAN<br>ADDRESS REDACTED | HEIDI FLOOD<br>ADDRESS REDACTED | HEIDI HECHT<br>ADDRESS REDACTED |
| HEIDI HECKMAN<br>ADDRESS REDACTED | HEIDI INVERNIZZI<br>ADDRESS REDACTED | HEIDI MURPHY<br>ADDRESS REDACTED |
| HEIDI SPALLER<br>ADDRESS REDACTED | HEINRICH VUSCHHUETER<br>ADDRESS REDACTED | HELEN B. DORIA<br>ADDRESS REDACTED |
| HELEN BERRY<br>ADDRESS REDACTED | HELEN CHASE<br>ADDRESS REDACTED | HELEN COSTA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| HELEN DIEPDERICH<br>ADDRESS REDACTED | HELEN FINNIE<br>ADDRESS REDACTED | HELEN GUANG/JIAO<br>ADDRESS REDACTED |
| HELEN I SHEPHARD<br>ADDRESS REDACTED | HELEN JAMES<br>ADDRESS REDACTED | HELEN JAMES<br>ADDRESS REDACTED |
| HELEN JENKINS<br>ADDRESS REDACTED | HELEN KORBE<br>ADDRESS REDACTED | HELEN KURUC<br>ADDRESS REDACTED |
| HELEN LAM<br>ADDRESS REDACTED | HELEN LANGLEY<br>ADDRESS REDACTED | HELEN M DERSAM<br>ADDRESS REDACTED |
| HELEN MEDINA<br>ADDRESS REDACTED | HELEN NITKIN<br>ADDRESS REDACTED | HELEN PETERS, EDDIE PETERS<br>ADDRESS REDACTED |
| HELEN R PETERSON<br>ADDRESS REDACTED | HELEN RODRIGUEZ<br>ADDRESS REDACTED | HELEN WILLIAM<br>ADDRESS REDACTED |
| HELEN WORDEN<br>ADDRESS REDACTED | HELEN YEE<br>ADDRESS REDACTED | HELEN ZILLER<br>ADDRESS REDACTED |
| HELENA WILCOX<br>ADDRESS REDACTED | HELENE OTT<br>ADDRESS REDACTED | HELEODORO ALVAREZ<br>ADDRESS REDACTED |
| HELGA ADAM<br>ADDRESS REDACTED | HELLEN SMITH<br>ADDRESS REDACTED | HEMANT BHUSKUTE<br>ADDRESS REDACTED |
| HENDRIK HOGENESCH<br>ADDRESS REDACTED | HENNING L THORUP<br>ADDRESS REDACTED | HENNY STEINRIEDE<br>ADDRESS REDACTED |
| HENRIETTA NYE<br>ADDRESS REDACTED | HENRY  OLTHOF<br>ADDRESS REDACTED | HENRY AND GALE SHRADY<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| HENRY BAKKER<br>ADDRESS REDACTED | HENRY CAMOSSE JR<br>ADDRESS REDACTED | HENRY DOTER<br>ADDRESS REDACTED |
| HENRY GOSIK<br>ADDRESS REDACTED | HENRY HARVEY<br>ADDRESS REDACTED | HENRY J COLBURN<br>ADDRESS REDACTED |
| HENRY J. DAVIS<br>ADDRESS REDACTED | HENRY MAGALLANEF . MARIA A MAGALLANE<br>ADDRESS REDACTED | HENRY MARITNEZ<br>ADDRESS REDACTED |
| HENRY OLTHOF<br>ADDRESS REDACTED | HENRY PARRISH<br>ADDRESS REDACTED | HENRY PATTERSON<br>ADDRESS REDACTED |
| HENRY ROBLES<br>ADDRESS REDACTED | HENRY SCHULTZ<br>ADDRESS REDACTED | HENRY SHORT<br>ADDRESS REDACTED |
| HENRY TAYLOR<br>ADDRESS REDACTED | HENRY TRAN<br>ADDRESS REDACTED | HENRY VLACWELL<br>ADDRESS REDACTED |
| HENRY YIM<br>ADDRESS REDACTED | HENRY YOUNG<br>ADDRESS REDACTED | HEPPILENA BABAZILIO<br>ADDRESS REDACTED |
| HERALD CAVANAUGH<br>ADDRESS REDACTED | HERB BEVELHYMER<br>ADDRESS REDACTED | HERB PARHAM<br>ADDRESS REDACTED |
| HERBERT BELL<br>ADDRESS REDACTED | HERBERT EVANS<br>ADDRESS REDACTED | HERBERT GORDON<br>ADDRESS REDACTED |
| HERBERT JACKSON<br>ADDRESS REDACTED | HERBERT JOHL<br>ADDRESS REDACTED | HERBERT JOHNSON<br>ADDRESS REDACTED |
| HERBERT SANDERFORD<br>ADDRESS REDACTED | HERBERT SMOTHERMAN<br>ADDRESS REDACTED | HERBERT SONNENDURG<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| HERCILO VARGAS<br>ADDRESS REDACTED | HERIBERTO DOMINGUEZ<br>ADDRESS REDACTED | HERIBERTO GONZALEZ<br>ADDRESS REDACTED |
| HERIBERTO MENDEZ<br>ADDRESS REDACTED | HERIBERTO PAREDES<br>ADDRESS REDACTED | HERIDANIA ORTEGA REYES<br>ADDRESS REDACTED |
| HERLINDA CRUZ<br>ADDRESS REDACTED | HERLINDO OLIVOS<br>ADDRESS REDACTED | HERMAN HAMP<br>ADDRESS REDACTED |
| HERMAN L WHITE<br>ADDRESS REDACTED | HERMAN MARCUM<br>ADDRESS REDACTED | HERMAN MCDOWELL<br>ADDRESS REDACTED |
| HERMAN NAIMAN<br>ADDRESS REDACTED | HERMAN TAYLOR<br>ADDRESS REDACTED | HERMAS L. PEREZ<br>ADDRESS REDACTED |
| HERMELINDA DELEON<br>ADDRESS REDACTED | HERMELINDA MORENO<br>ADDRESS REDACTED | HERMELL CASTNEDA<br>ADDRESS REDACTED |
| HERMELO OJEDA<br>ADDRESS REDACTED | HERMINA CASTILLO<br>ADDRESS REDACTED | HERMINIO LADINO<br>ADDRESS REDACTED |
| HERNAN MOLINA<br>ADDRESS REDACTED | HERNANIE ADUG<br>ADDRESS REDACTED | HERNY WRIGHT<br>ADDRESS REDACTED |
| HERRY GARCIA<br>ADDRESS REDACTED | HERSHEL L. DAVIS<br>ADDRESS REDACTED | HERVERT HULSEMAN<br>ADDRESS REDACTED |
| HIALRY  LEBOFF<br>ADDRESS REDACTED | HIDEO NOMURA<br>ADDRESS REDACTED | HIEN NGUYEN<br>ADDRESS REDACTED |
| HIEN NGUYEN<br>ADDRESS REDACTED | HIEN T NGUYEN<br>ADDRESS REDACTED | HILARIO CASTILLO<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| HILARIO MARTINEZ<br>ADDRESS REDACTED | HILARY SMITH<br>ADDRESS REDACTED | HILDA DEJESUS<br>ADDRESS REDACTED |
| HILDA NEGRON<br>ADDRESS REDACTED | HILDA NERI<br>ADDRESS REDACTED | HILDA REEVES<br>ADDRESS REDACTED |
| HILJA M BURLINGHAM<br>ADDRESS REDACTED | HINAKO UCHIDA<br>ADDRESS REDACTED | HING SUN. LOW<br>ADDRESS REDACTED |
| HIPOLITO TASTRANO<br>ADDRESS REDACTED | HIPPOLITO HERMOSILLO<br>ADDRESS REDACTED | HIRAM B WOLF<br>ADDRESS REDACTED |
| HIRAM J PROCTOR<br>ADDRESS REDACTED | HIREN PATEL<br>ADDRESS REDACTED | HIROKI TAKAHASHI<br>ADDRESS REDACTED |
| HIROTOSHI TANAKA<br>ADDRESS REDACTED | HISHAM  TALDO<br>ADDRESS REDACTED | HITESH RAWAY<br>ADDRESS REDACTED |
| HITOGI HOLLIMON<br>ADDRESS REDACTED | HKP PROPERTIES, INC. NA<br>ADDRESS REDACTED | HO ROTH<br>ADDRESS REDACTED |
| HOA LY<br>ADDRESS REDACTED | HOA NGUYEN<br>ADDRESS REDACTED | HOA TRAN<br>ADDRESS REDACTED |
| HOANG DO<br>ADDRESS REDACTED | HOANG NGUYEN<br>ADDRESS REDACTED | HOCK YEO<br>ADDRESS REDACTED |
| HODA IRONTEETH<br>ADDRESS REDACTED | HOEUTH NOUV<br>ADDRESS REDACTED | HOLLAND LINDSEY<br>ADDRESS REDACTED |
| HOLLY K BLANKSMA<br>ADDRESS REDACTED | HOLLY MCGAVIN<br>ADDRESS REDACTED | HOLLY PRANGLEY<br>ADDRESS REDACTED |

HOLLY WING
ADDRESS REDACTED

HOMER L SMITH
ADDRESS REDACTED

HONEY MEHTA
ADDRESS REDACTED

HONEY ONG-LECUDINE
ADDRESS REDACTED

HONGRUN RUAN
ADDRESS REDACTED

HOPE L. PUSTAY
ADDRESS REDACTED

HORACE TURNER
ADDRESS REDACTED

HORACE WILLIAMS
ADDRESS REDACTED

HOSI  MEHTA
ADDRESS REDACTED

HOUAY LIN
ADDRESS REDACTED

HOUR THEA
ADDRESS REDACTED

HOURIA HASSOUNA
ADDRESS REDACTED

HOURIA HASSOUNA
ADDRESS REDACTED

HOWARD C DIRXEY
ADDRESS REDACTED

HOWARD CHARLES
ADDRESS REDACTED

HOWARD CLOSSON
ADDRESS REDACTED

HOWARD ISAACS
ADDRESS REDACTED

HOWARD JENKINS
ADDRESS REDACTED

HOWARD JEONG
ADDRESS REDACTED

HOWARD REYNOLDS
ADDRESS REDACTED

HOWELL JOHNSON
ADDRESS REDACTED

HOY PROEUNG
ADDRESS REDACTED

HUA CHEN
ADDRESS REDACTED

HUAM YUEN
ADDRESS REDACTED

HUANING WANG
ADDRESS REDACTED

HUE K KHUU
ADDRESS REDACTED

HUE NGUYEN
ADDRESS REDACTED

HUGH BUCHANAN
ADDRESS REDACTED

HUGH MACBRIDE
ADDRESS REDACTED

HUGO ARROYO
ADDRESS REDACTED

HUGO GARCIA
ADDRESS REDACTED

HUI LU
ADDRESS REDACTED

HUI TING LI
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| HUI YU<br>ADDRESS REDACTED | HUI ZHAO<br>ADDRESS REDACTED | HUI ZHENT<br>ADDRESS REDACTED |
| HULITA TEU<br>ADDRESS REDACTED | HUMBERTA MERINO<br>ADDRESS REDACTED | HUMBERTO GONZALES<br>ADDRESS REDACTED |
| HUNG BUONG<br>ADDRESS REDACTED | HUNG GRAN<br>ADDRESS REDACTED | HUNG HUYNH<br>ADDRESS REDACTED |
| HUNG KHA<br>ADDRESS REDACTED | HUNG LU<br>ADDRESS REDACTED | HUNG LY<br>ADDRESS REDACTED |
| HUNG NGUYEN<br>ADDRESS REDACTED | HUNG THIET NGUYEN<br>ADDRESS REDACTED | HUONG PHIDIEP<br>ADDRESS REDACTED |
| HUSAM ABDELOADER<br>ADDRESS REDACTED | HUSMAN ALI<br>ADDRESS REDACTED | HUY NGUYEN<br>ADDRESS REDACTED |
| HYACINTH PHILLIP<br>ADDRESS REDACTED | HYDRO MECHANICAL SYSTEMS, INC.<br>ADDRESS REDACTED | HYEON  KI YANG<br>ADDRESS REDACTED |
| HYOUNG YUN<br>ADDRESS REDACTED | HYUNSO PARK<br>ADDRESS REDACTED | I PAYLOR<br>ADDRESS REDACTED |
| I VICTOR MATTEI<br>ADDRESS REDACTED | IAN GASTON<br>ADDRESS REDACTED | IAN LYTLE<br>ADDRESS REDACTED |
| IAN SMITH<br>ADDRESS REDACTED | IAN STEWART<br>ADDRESS REDACTED | IAN SYKES<br>ADDRESS REDACTED |
| IANTHA ASKINS<br>ADDRESS REDACTED | IBRAR KHAN<br>ADDRESS REDACTED | ICO, REGIE<br>ADDRESS REDACTED |

IDA LYNCH
ADDRESS REDACTED

IDOLINA MORENO
ADDRESS REDACTED

IDONNA HINTON
ADDRESS REDACTED

IGNACIO AVINA
ADDRESS REDACTED

IGNACIO CRUZ
ADDRESS REDACTED

IGNACIO MANIBOG
ADDRESS REDACTED

IGNACIO MEJIA
ADDRESS REDACTED

IGNACIO PINOCO
ADDRESS REDACTED

IGNAZIO JOE BIONDO
ADDRESS REDACTED

IGOR KOZYCHEV
ADDRESS REDACTED

IKE ENEANYA
ADDRESS REDACTED

ILA CLARK
ADDRESS REDACTED

ILDEFONSO ALVARADO
ADDRESS REDACTED

ILEANA RUGAMA
ADDRESS REDACTED

ILESH ARMIN
ADDRESS REDACTED

ILESH R AMIN
ADDRESS REDACTED

ILIANA MEDINA VARGAS
ADDRESS REDACTED

IMAM HUSSAIN
ADDRESS REDACTED

IMELDA EBIO
ADDRESS REDACTED

IN EAN
ADDRESS REDACTED

INDAR SINGH
ADDRESS REDACTED

INDERJIP OCEAN
ADDRESS REDACTED

INDIA OXLEY
ADDRESS REDACTED

INDIALINES GUZMAN
ADDRESS REDACTED

INES BELTRAN
ADDRESS REDACTED

INES GARNELO
ADDRESS REDACTED

INES LOPEZ
ADDRESS REDACTED

INES VILLEGAS
ADDRESS REDACTED

INESSA LAYBOVIC
ADDRESS REDACTED

INEZ ENOS
ADDRESS REDACTED

INEZ PULIDO
ADDRESS REDACTED

INEZ WILKERSON
ADDRESS REDACTED

INGAR YAKSETIC
ADDRESS REDACTED

INGRID DIAZ
ADDRESS REDACTED

INGRID DIGGS
ADDRESS REDACTED

INGRID ESCOBAR
ADDRESS REDACTED

INGRID MARTINEZ
ADDRESS REDACTED

IONA REYNOLDS
ADDRESS REDACTED

IOSEFA LAM YUEN
ADDRESS REDACTED

IRA JAMES
ADDRESS REDACTED

IRENE  CHEVRIE
ADDRESS REDACTED

IRENE ATKINS
ADDRESS REDACTED

IRENE AVILA
ADDRESS REDACTED

IRENE BAILEY
ADDRESS REDACTED

IRENE CASTILLO
ADDRESS REDACTED

IRENE E MCCLOUD
ADDRESS REDACTED

IRENE GUERRERO
ADDRESS REDACTED

IRENE IBARRA
ADDRESS REDACTED

IRENE KOKKINOS
ADDRESS REDACTED

IRENE KUIPERS
ADDRESS REDACTED

IRENE LOPEZ
ADDRESS REDACTED

IRENE MARTINEZ
ADDRESS REDACTED

IRENE NORGAARD
ADDRESS REDACTED

IRENE OLA
ADDRESS REDACTED

IRENE TORRES
ADDRESS REDACTED

IRENE YOUNG
ADDRESS REDACTED

IRIS ARGUETA
ADDRESS REDACTED

IRIS ELIZONDO
ADDRESS REDACTED

IRIS PEREZ
ADDRESS REDACTED

IRIS RILEY
ADDRESS REDACTED

IRMA BRAMBILA
ADDRESS REDACTED

IRMA LOPEZ
ADDRESS REDACTED

IRMA MELENDEZ
ADDRESS REDACTED

IRMA PENA
ADDRESS REDACTED

IRMA RAMOS
ADDRESS REDACTED

IRMA REYES
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| IRMA SALVADOR<br>ADDRESS REDACTED | IRMGARD FRIEDRICH<br>ADDRESS REDACTED | IRVIN LEWIS<br>ADDRESS REDACTED |
| IRWIN DILLION<br>ADDRESS REDACTED | ISAAC FISHER<br>ADDRESS REDACTED | ISABAL SALAVAR<br>ADDRESS REDACTED |
| ISABEL CARBONELL<br>ADDRESS REDACTED | ISABEL L KARIM<br>ADDRESS REDACTED | ISABEL PRECIADO<br>ADDRESS REDACTED |
| ISABEL ROSALES<br>ADDRESS REDACTED | ISABEL TRISTAN<br>ADDRESS REDACTED | ISABELLE JULIEN<br>ADDRESS REDACTED |
| ISABELLE MARTINEZ<br>ADDRESS REDACTED | ISADORE SCHERR<br>ADDRESS REDACTED | ISAIAS HERNANDEZ<br>ADDRESS REDACTED |
| ISAIAS LOPEZ<br>ADDRESS REDACTED | ISAIAS MORALES<br>ADDRESS REDACTED | ISAMU YONEYAMA<br>ADDRESS REDACTED |
| ISAURO CAMPOS<br>ADDRESS REDACTED | ISDRAHIM PAWAYEH<br>ADDRESS REDACTED | ISIDRA GALLEGOS<br>ADDRESS REDACTED |
| ISIDRO DE LEON<br>ADDRESS REDACTED | ISIDRO GODINEZ<br>ADDRESS REDACTED | ISIDRO GONZALEZ<br>ADDRESS REDACTED |
| ISIDRO RAMIREZ DIAZ<br>ADDRESS REDACTED | ISMAEL C. HINOJOSA<br>ADDRESS REDACTED | ISMAEL ESQUIREL<br>ADDRESS REDACTED |
| ISMAEL MATIAS<br>ADDRESS REDACTED | ISMAEL PEREZ<br>ADDRESS REDACTED | ISMAEL PEREZ<br>ADDRESS REDACTED |
| ISMAEL RIVERA<br>ADDRESS REDACTED | ISMAIL HASAN<br>ADDRESS REDACTED | ISRAEL MEDINA<br>ADDRESS REDACTED |

ISRAEL MEJIA
ADDRESS REDACTED

ISRAEL PEREZ
ADDRESS REDACTED

ISSA DIB
ADDRESS REDACTED

IVA HALL
ADDRESS REDACTED

IVA M HALL
ADDRESS REDACTED

IVA REID
ADDRESS REDACTED

IVAN CAPRISTO
ADDRESS REDACTED

IVAN CASTRO
ADDRESS REDACTED

IVAN GONTSA
ADDRESS REDACTED

IVAN JONES
ADDRESS REDACTED

IVAN LENKO
ADDRESS REDACTED

IVAN MOLINA
ADDRESS REDACTED

IVAN SONNIK & LUDIMILIA SONNIK
ADDRESS REDACTED

IVAN TOMLINSON
ADDRESS REDACTED

IZONIA LOVETT
ADDRESS REDACTED

J A COSTA
ADDRESS REDACTED

J BURNETT
ADDRESS REDACTED

J DANIEL WOODRUFF
ADDRESS REDACTED

J L ERNST
ADDRESS REDACTED

J L MARRERO
ADDRESS REDACTED

J R CLARK
ADDRESS REDACTED

J THAYER. SIMMONS
ADDRESS REDACTED

JA KYUNG KIM
ADDRESS REDACTED

JACINTO PULUP
ADDRESS REDACTED

JACK AND MARY MARTYNOW
ADDRESS REDACTED

JACK BANUELOS
ADDRESS REDACTED

JACK ELTRINGHAM
ADDRESS REDACTED

JACK FEDRAN
ADDRESS REDACTED

JACK FUJITA
ADDRESS REDACTED

JACK GALES
ADDRESS REDACTED

JACK HEMBREE
ADDRESS REDACTED

JACK JANKLOWICZ
ADDRESS REDACTED

JACK LAM
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JACK LOOWE<br>ADDRESS REDACTED | JACK MACCRTY<br>ADDRESS REDACTED | JACK MARLING<br>ADDRESS REDACTED |
| JACK RANKIN<br>ADDRESS REDACTED | JACK REIMAN<br>ADDRESS REDACTED | JACK STODDARD<br>ADDRESS REDACTED |
| JACK SWISHER<br>ADDRESS REDACTED | JACK WALLACE<br>ADDRESS REDACTED | JACK WEINER<br>ADDRESS REDACTED |
| JACKIE  SHUFELDT<br>ADDRESS REDACTED | JACKIE CAMACHO<br>ADDRESS REDACTED | JACKIE R LACY<br>ADDRESS REDACTED |
| JACKIE SCHAIPER<br>ADDRESS REDACTED | JACKQUELINE DORSEY<br>ADDRESS REDACTED | JACKSON OFORI<br>ADDRESS REDACTED |
| JACLYN PIEPER<br>ADDRESS REDACTED | JACOB HUETHER<br>ADDRESS REDACTED | JACOB KIRSHNER<br>ADDRESS REDACTED |
| JACOB LANE<br>ADDRESS REDACTED | JACOB LYMAN<br>ADDRESS REDACTED | JACQUELINE<br>ADDRESS REDACTED |
| JACQUELINE  RETTIE<br>ADDRESS REDACTED | JACQUELINE ADAM<br>ADDRESS REDACTED | JACQUELINE AMORT<br>ADDRESS REDACTED |
| JACQUELINE BOWERS<br>ADDRESS REDACTED | JACQUELINE COON<br>ADDRESS REDACTED | JACQUELINE KENNEDY<br>ADDRESS REDACTED |
| JACQUELINE LANG<br>ADDRESS REDACTED | JACQUELINE MADDEN<br>ADDRESS REDACTED | JACQUELINE ONEILL<br>ADDRESS REDACTED |
| JACQUELINE PALERMO<br>ADDRESS REDACTED | JACQUELINE REYNOLDS<br>ADDRESS REDACTED | JACQUELINE SCHLEMMER<br>ADDRESS REDACTED |

JACQUELINE TERRY
ADDRESS REDACTED

JACQUELINE VERA
ADDRESS REDACTED

JACQUELINE VERA
ADDRESS REDACTED

JACQUELINE WILSON
ADDRESS REDACTED

JACQUELINE WOOLLEY
ADDRESS REDACTED

JACQUES D. MUNTZ
ADDRESS REDACTED

JADE CIVITELLO
ADDRESS REDACTED

JAE LEE
ADDRESS REDACTED

JAG SINGH
ADDRESS REDACTED

JAGBANS KAUR
ADDRESS REDACTED

JAGDEEP KLAIR
ADDRESS REDACTED

JAI SHARMA
ADDRESS REDACTED

JAIDE GARCIA
ADDRESS REDACTED

JAIME ARCEO
ADDRESS REDACTED

JAIME C DE LA CRUZ
ADDRESS REDACTED

JAIME C. BAILE
ADDRESS REDACTED

JAIME JULIAN
ADDRESS REDACTED

JAIME MACH
ADDRESS REDACTED

JAIME MEDINA
ADDRESS REDACTED

JAIME NALDONADO
ADDRESS REDACTED

JAIME PEREZ
ADDRESS REDACTED

JAIME PEREZ GONZALES
ADDRESS REDACTED

JAIME ROSADO
ADDRESS REDACTED

JAIME RUIZ
ADDRESS REDACTED

JAIME SANTIVANTZ
ADDRESS REDACTED

JAIME TORRES
ADDRESS REDACTED

JAIME VARELA
ADDRESS REDACTED

JAIME VILLAGOMEZ
ADDRESS REDACTED

JAIMIE PINA
ADDRESS REDACTED

JAINAN SIGH
ADDRESS REDACTED

JAIR CORTEZ
ADDRESS REDACTED

JAIROD JOHNSON
ADDRESS REDACTED

JAKE COLE
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JAKE JACOBS<br>ADDRESS REDACTED | JAMAL CHOUDHURY<br>ADDRESS REDACTED | JAMAL RABBANI<br>ADDRESS REDACTED |
| JAMEL JOHNSON<br>ADDRESS REDACTED | JAMES  CHUNG<br>ADDRESS REDACTED | JAMES  HERRST<br>ADDRESS REDACTED |
| JAMES  MCCALL<br>ADDRESS REDACTED | JAMES  SHIM<br>ADDRESS REDACTED | JAMES  WHITE<br>ADDRESS REDACTED |
| JAMES  WHITE<br>ADDRESS REDACTED | JAMES A GORDON THE 3RD<br>ADDRESS REDACTED | JAMES A STIRLING<br>ADDRESS REDACTED |
| JAMES B LUSHER<br>ADDRESS REDACTED | JAMES BACK<br>ADDRESS REDACTED | JAMES BAILEY<br>ADDRESS REDACTED |
| JAMES BELVINS SR<br>ADDRESS REDACTED | JAMES BENENCOURT<br>ADDRESS REDACTED | JAMES BERG<br>ADDRESS REDACTED |
| JAMES BERNAL<br>ADDRESS REDACTED | JAMES BERTRAND<br>ADDRESS REDACTED | JAMES BLACK<br>ADDRESS REDACTED |
| JAMES BLAKLY<br>ADDRESS REDACTED | JAMES BRANDT<br>ADDRESS REDACTED | JAMES BROOKS<br>ADDRESS REDACTED |
| JAMES BROWN<br>ADDRESS REDACTED | JAMES BURGER<br>ADDRESS REDACTED | JAMES C MORAN<br>ADDRESS REDACTED |
| JAMES C PURNELL<br>ADDRESS REDACTED | JAMES CABRAL<br>ADDRESS REDACTED | JAMES CANTRELL<br>ADDRESS REDACTED |
| JAMES CARLSON<br>ADDRESS REDACTED | JAMES CHARITRA<br>ADDRESS REDACTED | JAMES COFFEY<br>ADDRESS REDACTED |

JAMES CORTNEY
ADDRESS REDACTED

JAMES CRITTENDEN
ADDRESS REDACTED

JAMES CROPREY
ADDRESS REDACTED

JAMES CRUMP
ADDRESS REDACTED

JAMES D. CARROLL
ADDRESS REDACTED

JAMES DEDEUS
ADDRESS REDACTED

JAMES DIBBLE
ADDRESS REDACTED

JAMES DONOVAN
ADDRESS REDACTED

JAMES DONOVAN
ADDRESS REDACTED

JAMES DOYLE
ADDRESS REDACTED

JAMES EERDMANS
ADDRESS REDACTED

JAMES ESCOBAR
ADDRESS REDACTED

JAMES EVANS
ADDRESS REDACTED

JAMES F COOKE
ADDRESS REDACTED

JAMES FORTES
ADDRESS REDACTED

JAMES FRAZIN
ADDRESS REDACTED

JAMES FRIESMA
ADDRESS REDACTED

JAMES FROEHOICH
ADDRESS REDACTED

JAMES FURUICHI
ADDRESS REDACTED

JAMES G. CASTRO
ADDRESS REDACTED

JAMES GARVER
ADDRESS REDACTED

JAMES GATES
ADDRESS REDACTED

JAMES GEEDY
ADDRESS REDACTED

JAMES GIBBONS
ADDRESS REDACTED

JAMES GOMES
ADDRESS REDACTED

JAMES GOMES
ADDRESS REDACTED

JAMES GOULD
ADDRESS REDACTED

JAMES GRAY
ADDRESS REDACTED

JAMES GREEN
ADDRESS REDACTED

JAMES GREENWELL III
ADDRESS REDACTED

JAMES GREMBI
ADDRESS REDACTED

JAMES GRIFFIN
ADDRESS REDACTED

JAMES GURLEY MIA PALAZZO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JAMES H COLEMAN SR.<br>ADDRESS REDACTED | JAMES H MULLINS<br>ADDRESS REDACTED | JAMES HARRINGTON<br>ADDRESS REDACTED |
| JAMES HARRIS<br>ADDRESS REDACTED | JAMES HART<br>ADDRESS REDACTED | JAMES HARTMAN<br>ADDRESS REDACTED |
| JAMES HEMPHILL<br>ADDRESS REDACTED | JAMES HOOVER<br>ADDRESS REDACTED | JAMES HOWARTH<br>ADDRESS REDACTED |
| JAMES J VANBRUNT<br>ADDRESS REDACTED | JAMES J. CLARKE<br>ADDRESS REDACTED | JAMES J. DRUM<br>ADDRESS REDACTED |
| JAMES JACKSON<br>ADDRESS REDACTED | JAMES JACKSON BARBARA JACKSON<br>ADDRESS REDACTED | JAMES JACONE<br>ADDRESS REDACTED |
| JAMES JENEI<br>ADDRESS REDACTED | JAMES JUSTER<br>ADDRESS REDACTED | JAMES K JARZYNSKI<br>ADDRESS REDACTED |
| JAMES KAHN<br>ADDRESS REDACTED | JAMES KELLEY<br>ADDRESS REDACTED | JAMES KELLY<br>ADDRESS REDACTED |
| JAMES KERR<br>ADDRESS REDACTED | JAMES KOPPAL<br>ADDRESS REDACTED | JAMES L MAJEWSKI<br>ADDRESS REDACTED |
| JAMES L STEELE<br>ADDRESS REDACTED | JAMES L. STEERMAN<br>ADDRESS REDACTED | JAMES LANKFORD<br>ADDRESS REDACTED |
| JAMES LANYON<br>ADDRESS REDACTED | JAMES LEMMON<br>ADDRESS REDACTED | JAMES LITTON<br>ADDRESS REDACTED |
| JAMES LUKE FRIESON<br>ADDRESS REDACTED | JAMES M FAULKNER<br>ADDRESS REDACTED | JAMES M HENRY<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JAMES M HOWELL<br>ADDRESS REDACTED | JAMES M. JENSEN<br>ADDRESS REDACTED | JAMES MAAF<br>ADDRESS REDACTED |
| JAMES MARTINIC<br>ADDRESS REDACTED | JAMES MAYNARD<br>ADDRESS REDACTED | JAMES MCCARTHY<br>ADDRESS REDACTED |
| JAMES MCQUAID<br>ADDRESS REDACTED | JAMES MOFF<br>ADDRESS REDACTED | JAMES MORAN<br>ADDRESS REDACTED |
| JAMES MURRAY<br>ADDRESS REDACTED | JAMES NEMECHEK<br>ADDRESS REDACTED | JAMES NEVEU<br>ADDRESS REDACTED |
| JAMES ORR<br>ADDRESS REDACTED | JAMES ORR<br>ADDRESS REDACTED | JAMES PAISANO<br>ADDRESS REDACTED |
| JAMES PARKER<br>ADDRESS REDACTED | JAMES PATTERSON<br>ADDRESS REDACTED | JAMES PEACOCK<br>ADDRESS REDACTED |
| JAMES PENGAN<br>ADDRESS REDACTED | JAMES PISARCIK<br>ADDRESS REDACTED | JAMES PLAKIOS<br>ADDRESS REDACTED |
| JAMES R ECKERT<br>ADDRESS REDACTED | JAMES R SHETLER<br>ADDRESS REDACTED | JAMES R. HARDEN<br>ADDRESS REDACTED |
| JAMES R. LUDWICK<br>ADDRESS REDACTED | JAMES REYNOLDS<br>ADDRESS REDACTED | JAMES RICHARDS<br>ADDRESS REDACTED |
| JAMES RODRIGUES<br>ADDRESS REDACTED | JAMES ROGAN<br>ADDRESS REDACTED | JAMES S JOHNSON<br>ADDRESS REDACTED |
| JAMES S. HOOKER<br>ADDRESS REDACTED | JAMES SAHAJ<br>ADDRESS REDACTED | JAMES SAINT JOHN<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JAMES SALE<br>ADDRESS REDACTED | JAMES SAYER<br>ADDRESS REDACTED | JAMES SCHEID<br>ADDRESS REDACTED |
| JAMES SCHELOSKE<br>ADDRESS REDACTED | JAMES SCHLINSKI<br>ADDRESS REDACTED | JAMES SCOTT<br>ADDRESS REDACTED |
| JAMES SITARAS<br>ADDRESS REDACTED | JAMES SMITH<br>ADDRESS REDACTED | JAMES SUPERNAUT<br>ADDRESS REDACTED |
| JAMES T MITCHELL MARY E GIBBONEY<br>ADDRESS REDACTED | JAMES T SWIFT<br>ADDRESS REDACTED | JAMES T. CROUCH<br>ADDRESS REDACTED |
| JAMES TAYLOR<br>ADDRESS REDACTED | JAMES TERRY<br>ADDRESS REDACTED | JAMES THISSELL<br>ADDRESS REDACTED |
| JAMES TYRONE<br>ADDRESS REDACTED | JAMES V BERGANCIANO<br>ADDRESS REDACTED | JAMES VAPER<br>ADDRESS REDACTED |
| JAMES VAUGH<br>ADDRESS REDACTED | JAMES W RILEY, & JANET RILEY<br>ADDRESS REDACTED | JAMES WENZEL<br>ADDRESS REDACTED |
| JAMES WHITE<br>ADDRESS REDACTED | JAMES WHITE<br>ADDRESS REDACTED | JAMES WILTS<br>ADDRESS REDACTED |
| JAMES WOLFE<br>ADDRESS REDACTED | JAMES YEAGER<br>ADDRESS REDACTED | JAMES YONO<br>ADDRESS REDACTED |
| JAMES& MARTHA HART<br>ADDRESS REDACTED | JAMIE  ECHT<br>ADDRESS REDACTED | JAMIE ADAMOS<br>ADDRESS REDACTED |
| JAMIE BECERRA<br>ADDRESS REDACTED | JAMIE COHEN<br>ADDRESS REDACTED | JAMIE COOK<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JAMIE CROAK<br>ADDRESS REDACTED | JAMIE FERNANDEZ<br>ADDRESS REDACTED | JAMIE KAIGHN<br>ADDRESS REDACTED |
| JAMIE LARIOS<br>ADDRESS REDACTED | JAMIE ORTEGA<br>ADDRESS REDACTED | JAMIE PHAN<br>ADDRESS REDACTED |
| JAMIE RUIZ<br>ADDRESS REDACTED | JAMIE SCHUBERT<br>ADDRESS REDACTED | JAMIE SUPERNAUT<br>ADDRESS REDACTED |
| JAMIE WHEELER<br>ADDRESS REDACTED | JAMILA ARMOOD<br>ADDRESS REDACTED | JAMILA SAEED-KHAN<br>ADDRESS REDACTED |
| JAMILETT ZEA<br>ADDRESS REDACTED | JAMIN PROUD<br>ADDRESS REDACTED | JAN KOROPKO<br>ADDRESS REDACTED |
| JAN NELSON<br>ADDRESS REDACTED | JANAT NADERI<br>ADDRESS REDACTED | JANE CLELAND<br>ADDRESS REDACTED |
| JANE DINEEN<br>ADDRESS REDACTED | JANE FALZON<br>ADDRESS REDACTED | JANE FREEMAN<br>ADDRESS REDACTED |
| JANE GENSLER<br>ADDRESS REDACTED | JANE GILLESPIE<br>ADDRESS REDACTED | JANE SCANLON<br>ADDRESS REDACTED |
| JANE SHAFFER<br>ADDRESS REDACTED | JANE STILES<br>ADDRESS REDACTED | JANE WONG<br>ADDRESS REDACTED |
| JANE Y  NG<br>ADDRESS REDACTED | JANELLE DALTSTRA<br>ADDRESS REDACTED | JANES LECHNER<br>ADDRESS REDACTED |
| JANET B. SMITH<br>ADDRESS REDACTED | JANET BARBER<br>ADDRESS REDACTED | JANET BELCOURE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JANET CARLSON<br>ADDRESS REDACTED | JANET CRUMP<br>ADDRESS REDACTED | JANET DAVIS<br>ADDRESS REDACTED |
| JANET E GOMES<br>ADDRESS REDACTED | JANET HUSCHART<br>ADDRESS REDACTED | JANET M. SMITH<br>ADDRESS REDACTED |
| JANET MARINO<br>ADDRESS REDACTED | JANET NEWEN<br>ADDRESS REDACTED | JANET NOYD<br>ADDRESS REDACTED |
| JANET PEDRAZZI<br>ADDRESS REDACTED | JANET R HERNANDEZ, DANIEL HERNANDEZ<br>ADDRESS REDACTED | JANET SNYDER<br>ADDRESS REDACTED |
| JANET SPRINGER<br>ADDRESS REDACTED | JANETH GALAVID<br>ADDRESS REDACTED | JANETT SEMINARIO<br>ADDRESS REDACTED |
| JANETTE DIAZ<br>ADDRESS REDACTED | JANICE  PAXMAN<br>ADDRESS REDACTED | JANICE & REGINALD WALKER<br>ADDRESS REDACTED |
| JANICE BROWN<br>ADDRESS REDACTED | JANICE DOENGES<br>ADDRESS REDACTED | JANICE E GAITERO<br>ADDRESS REDACTED |
| JANICE GENGENBACH<br>ADDRESS REDACTED | JANICE JACKSON<br>ADDRESS REDACTED | JANICE MCGINNIS<br>ADDRESS REDACTED |
| JANICE MILES<br>ADDRESS REDACTED | JANICE RENSCH<br>ADDRESS REDACTED | JANICE RUSSO<br>ADDRESS REDACTED |
| JANIE BROWN<br>ADDRESS REDACTED | JANIE HATCHEL<br>ADDRESS REDACTED | JANIE MOSLEY<br>ADDRESS REDACTED |
| JANIE PHILLIPS<br>ADDRESS REDACTED | JANIE VASQUEZ<br>ADDRESS REDACTED | JANINA WIESLAW RZECZOKOWSKI<br>ADDRESS REDACTED |

JANINE SAFRANS
ADDRESS REDACTED

JANIS PEPERSON
ADDRESS REDACTED

JANIS SEIFERT
ADDRESS REDACTED

JANISA CARDZO
ADDRESS REDACTED

JANNA PACEY
ADDRESS REDACTED

JANNA PADMORE
ADDRESS REDACTED

JANNAN AMOS
ADDRESS REDACTED

JANNICE BUTLER
ADDRESS REDACTED

JANNIE CHEA
ADDRESS REDACTED

JAQUELIEN HOCHSTEIN
ADDRESS REDACTED

JARIO I SANCHEZ
ADDRESS REDACTED

JARITA SIROIS
ADDRESS REDACTED

JARNAIL DHINDSA
ADDRESS REDACTED

JAROLD KARNOW
ADDRESS REDACTED

JARROD PORTER
ADDRESS REDACTED

JARVIS  EQUITIES LLC
ADDRESS REDACTED

JAS STUBEBAKER
ADDRESS REDACTED

JASBIR KAUR
ADDRESS REDACTED

JASJIT GILO
ADDRESS REDACTED

JASMIN CHADEZ
ADDRESS REDACTED

JASMIN JONES
ADDRESS REDACTED

JASMIN SILVEIRA
ADDRESS REDACTED

JASON  MICHAUD
ADDRESS REDACTED

JASON ALKAMANO
ADDRESS REDACTED

JASON ARSLANIAN
ADDRESS REDACTED

JASON BARRON
ADDRESS REDACTED

JASON BLACKLEDGE
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON BOLT
ADDRESS REDACTED

JASON COLE
ADDRESS REDACTED

JASON COLE
ADDRESS REDACTED

JASON COLE
ADDRESS REDACTED

JASON DEBEM
ADDRESS REDACTED

JASON ELEN
ADDRESS REDACTED

JASON GREEN
ADDRESS REDACTED

JASON HOUSTON
ADDRESS REDACTED

JASON J CHRISTENSEN
ADDRESS REDACTED

JASON KATZ
ADDRESS REDACTED

JASON LINGFELTER
ADDRESS REDACTED

JASON MILLER
ADDRESS REDACTED

JASON MOORE
ADDRESS REDACTED

JASON QUACH
ADDRESS REDACTED

JASON QUOCK
ADDRESS REDACTED

JASON SIMPSON
ADDRESS REDACTED

JASON SMITH
ADDRESS REDACTED

JASON W SCHULTZE
ADDRESS REDACTED

JASPAL DEOL
ADDRESS REDACTED

JASPAL SINGH
ADDRESS REDACTED

JASSER ORTEGA
ADDRESS REDACTED

JAVIER ANDRADE, ROSA MARIA ANDRADE
ADDRESS REDACTED

JAVIER AVALOS
ADDRESS REDACTED

JAVIER AVILA
ADDRESS REDACTED

JAVIER CERVANTES
ADDRESS REDACTED

JAVIER FERNANDEZ
ADDRESS REDACTED

JAVIER RANGEL
ADDRESS REDACTED

JAVIER ROBLES
ADDRESS REDACTED

JAVIER RODRIGUEZ
ADDRESS REDACTED

JAVIER S CEJA
ADDRESS REDACTED

JAVIER SAINEZ
ADDRESS REDACTED

JAVIER ULLOA
ADDRESS REDACTED

JAVIER VARGAS
ADDRESS REDACTED

| | | |
|---|---|---|
| JAVIER ZUNIGA CONDE<br>ADDRESS REDACTED | JAWAD AHMAD<br>ADDRESS REDACTED | JAY  PATEL<br>ADDRESS REDACTED |
| JAY BOCCI<br>ADDRESS REDACTED | JAY CHEN<br>ADDRESS REDACTED | JAY GATLIN<br>ADDRESS REDACTED |
| JAY HAWKINS<br>ADDRESS REDACTED | JAY HONG<br>ADDRESS REDACTED | JAY LASCO<br>ADDRESS REDACTED |
| JAY NARAYAN<br>ADDRESS REDACTED | JAY PATEL<br>ADDRESS REDACTED | JAY SETH<br>ADDRESS REDACTED |
| JAY SNYDER<br>ADDRESS REDACTED | JAY VARGO<br>ADDRESS REDACTED | JAY VERBURG<br>ADDRESS REDACTED |
| JAY W ROSENGREN<br>ADDRESS REDACTED | JAYSON LEISENRING<br>ADDRESS REDACTED | JAZMIN ZAVALA<br>ADDRESS REDACTED |
| JD DAUGHERTY<br>ADDRESS REDACTED | JD DAUGHERTY<br>ADDRESS REDACTED | JD DAUGHERTY<br>ADDRESS REDACTED |
| JD DAUGHERTY<br>ADDRESS REDACTED | JD DAUGHERTY III<br>ADDRESS REDACTED | JE HYUN KIM<br>ADDRESS REDACTED |
| JE HYUN KIM<br>ADDRESS REDACTED | JEAN  PENLY<br>ADDRESS REDACTED | JEAN ANDREWS<br>ADDRESS REDACTED |
| JEAN BELL<br>ADDRESS REDACTED | JEAN BRAXTON<br>ADDRESS REDACTED | JEAN CARLILE<br>ADDRESS REDACTED |
| JEAN CHAUVEAU<br>ADDRESS REDACTED | JEAN CUNNINGHAM<br>ADDRESS REDACTED | JEAN DUSHECK<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JEAN EBENHACK<br>ADDRESS REDACTED | JEAN FRANCIS<br>ADDRESS REDACTED | JEAN FROST<br>ADDRESS REDACTED |
| JEAN GADSON<br>ADDRESS REDACTED | JEAN JUDESON<br>ADDRESS REDACTED | JEAN LEWIS<br>ADDRESS REDACTED |
| JEAN LUND<br>ADDRESS REDACTED | JEAN M TEICHEIRA<br>ADDRESS REDACTED | JEAN PALMER<br>ADDRESS REDACTED |
| JEAN SPOHR<br>ADDRESS REDACTED | JEANE E KENWORPHOY<br>ADDRESS REDACTED | JEANETTE ALEXANDROU<br>ADDRESS REDACTED |
| JEANETTE ALEXANDROU<br>ADDRESS REDACTED | JEANETTE E SANDERS<br>ADDRESS REDACTED | JEANETTE FREESE<br>ADDRESS REDACTED |
| JEANETTE HOFFMAN<br>ADDRESS REDACTED | JEANIE SCOGGINS<br>ADDRESS REDACTED | JEANIE SOUSA<br>ADDRESS REDACTED |
| JEANINE ITURBIDE<br>ADDRESS REDACTED | JEANINE LOOSE<br>ADDRESS REDACTED | JEANINE RITCHIE-ALVAREZ<br>ADDRESS REDACTED |
| JEANITA SCOTT<br>ADDRESS REDACTED | JEANITRA KENNON<br>ADDRESS REDACTED | JEANNA CARUSO<br>ADDRESS REDACTED |
| JEANNE  SARNO<br>ADDRESS REDACTED | JEANNE CHIN<br>ADDRESS REDACTED | JEANNE DIKE<br>ADDRESS REDACTED |
| JEANNE FLAVIANI<br>ADDRESS REDACTED | JEANNE GAEA<br>ADDRESS REDACTED | JEANNE HAVENS<br>ADDRESS REDACTED |
| JEANNE KELLY<br>ADDRESS REDACTED | JEANNE M AGUILAR<br>ADDRESS REDACTED | JEANNE MCGOWEN<br>ADDRESS REDACTED |

JEANNE PIMENTEL
ADDRESS REDACTED

JEANNE SIMS
ADDRESS REDACTED

JEANNETTE JONES
ADDRESS REDACTED

JEANNETTE KLINE
ADDRESS REDACTED

JEANNIE DELORIEA
ADDRESS REDACTED

JEANNINE GOMES
ADDRESS REDACTED

JEAN-PIERRE ISBENDJIAN
ADDRESS REDACTED

JEFF  CATALDO
ADDRESS REDACTED

JEFF  WALCOFF
ADDRESS REDACTED

JEFF A DOCKEY, VIVIAN M DOCKEY
ADDRESS REDACTED

JEFF BATTA
ADDRESS REDACTED

JEFF BONANNI
ADDRESS REDACTED

JEFF CAPERS
ADDRESS REDACTED

JEFF COSTER
ADDRESS REDACTED

JEFF DAVIS
ADDRESS REDACTED

JEFF FANNING
ADDRESS REDACTED

JEFF FROST
ADDRESS REDACTED

JEFF KOCHKA
ADDRESS REDACTED

JEFF MACCLACHLAN
ADDRESS REDACTED

JEFF MARSHALL
ADDRESS REDACTED

JEFF NAJOR
ADDRESS REDACTED

JEFF NGO
ADDRESS REDACTED

JEFF OR NANCY LEUTHOLD
ADDRESS REDACTED

JEFF ORLOFF
ADDRESS REDACTED

JEFF P ACQUISTAPACE
ADDRESS REDACTED

JEFF P WELLS
ADDRESS REDACTED

JEFF PLUNKETT
ADDRESS REDACTED

JEFF RIDDICK
ADDRESS REDACTED

JEFF ROBINSON
ADDRESS REDACTED

JEFF RODRIGUEZ
ADDRESS REDACTED

JEFF SCHMIDT
ADDRESS REDACTED

JEFF SCOTT
ADDRESS REDACTED

JEFF SMITH
ADDRESS REDACTED

JEFF TENDAM
ADDRESS REDACTED

JEFF TRISCIANI
ADDRESS REDACTED

JEFF WEISSMAN
ADDRESS REDACTED

JEFF WRIGHT
ADDRESS REDACTED

JEFF YONKER
ADDRESS REDACTED

JEFF YONO
ADDRESS REDACTED

JEFFERY A CLEEK
ADDRESS REDACTED

JEFFERY FINCH
ADDRESS REDACTED

JEFFERY HOLLAND
ADDRESS REDACTED

JEFFERY J WITT
ADDRESS REDACTED

JEFFERY PETERSON
ADDRESS REDACTED

JEFFERY POLLARD
ADDRESS REDACTED

JEFFERY SCHLIEPER
ADDRESS REDACTED

JEFFERY STOCK
ADDRESS REDACTED

JEFFREY ADAMS
ADDRESS REDACTED

JEFFREY BARAGNO
ADDRESS REDACTED

JEFFREY BIRD
ADDRESS REDACTED

JEFFREY BUKE
ADDRESS REDACTED

JEFFREY CARALLO
ADDRESS REDACTED

JEFFREY FENIGFASTEIN
ADDRESS REDACTED

JEFFREY FENIGFASTEIN
ADDRESS REDACTED

JEFFREY HAMAMA
ADDRESS REDACTED

JEFFREY HEIBERGER
ADDRESS REDACTED

JEFFREY HISLOP
ADDRESS REDACTED

JEFFREY KALMUS
ADDRESS REDACTED

JEFFREY KESSLER
ADDRESS REDACTED

JEFFREY LOPEZ
ADDRESS REDACTED

JEFFREY NEIMILLER
ADDRESS REDACTED

JEFFREY PETERSON
ADDRESS REDACTED

JEFFREY POTEET
ADDRESS REDACTED

JEFFREY RAINEY
ADDRESS REDACTED

JEFFREY TAMARU BONNIE LEUNG
ADDRESS REDACTED

JEFFREY THATCHER
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail                                                    Served 5/22/2014

JEFFREY WENDEL
ADDRESS REDACTED

JEMA TURK
ADDRESS REDACTED

JEMMA SEPE
ADDRESS REDACTED

JEN BANEY
ADDRESS REDACTED

JENEDY HER
ADDRESS REDACTED

JENIFFER OFFNER
ADDRESS REDACTED

JENNI LEE
ADDRESS REDACTED

JENNI PINTO
ADDRESS REDACTED

JENNIE COHEN
ADDRESS REDACTED

JENNIE GONSALVES
ADDRESS REDACTED

JENNIE HERNANDEZ
ADDRESS REDACTED

JENNIE SANDVICK
ADDRESS REDACTED

JENNIER RAY
ADDRESS REDACTED

JENNIFER  RAMSEY
ADDRESS REDACTED

JENNIFER  REED
ADDRESS REDACTED

JENNIFER BARR
ADDRESS REDACTED

JENNIFER CASTELLANOS
ADDRESS REDACTED

JENNIFER CASTLE
ADDRESS REDACTED

JENNIFER DELDERSMA
ADDRESS REDACTED

JENNIFER DUCKER
ADDRESS REDACTED

JENNIFER FARRELL
ADDRESS REDACTED

JENNIFER FECHNER
ADDRESS REDACTED

JENNIFER FITE
ADDRESS REDACTED

JENNIFER FITE
ADDRESS REDACTED

JENNIFER GREGG
ADDRESS REDACTED

JENNIFER HAGER
ADDRESS REDACTED

JENNIFER HAGGARD
ADDRESS REDACTED

JENNIFER HALPERN
ADDRESS REDACTED

JENNIFER HERRERA
ADDRESS REDACTED

JENNIFER HOHMES
ADDRESS REDACTED

JENNIFER J RODRIGUEZ
ADDRESS REDACTED

JENNIFER JACKSON
ADDRESS REDACTED

JENNIFER JUSTICE
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JENNIFER KROL<br>ADDRESS REDACTED | JENNIFER L YOUNG<br>ADDRESS REDACTED | JENNIFER LOSOYA<br>ADDRESS REDACTED |
| JENNIFER MA<br>ADDRESS REDACTED | JENNIFER MAYHEW<br>ADDRESS REDACTED | JENNIFER MAYHEW<br>ADDRESS REDACTED |
| JENNIFER MCGOWAN<br>ADDRESS REDACTED | JENNIFER MILLMAN<br>ADDRESS REDACTED | JENNIFER MILTON<br>ADDRESS REDACTED |
| JENNIFER MOSES<br>ADDRESS REDACTED | JENNIFER MOUNNT<br>ADDRESS REDACTED | JENNIFER MOYLAN<br>ADDRESS REDACTED |
| JENNIFER PALMER<br>ADDRESS REDACTED | JENNIFER PERRIN<br>ADDRESS REDACTED | JENNIFER PETERSON<br>ADDRESS REDACTED |
| JENNIFER REID<br>ADDRESS REDACTED | JENNIFER REINHARDT<br>ADDRESS REDACTED | JENNIFER ROGAN<br>ADDRESS REDACTED |
| JENNIFER SAEZ<br>ADDRESS REDACTED | JENNIFER SKEBBA<br>ADDRESS REDACTED | JENNIFER SMOTHERMAN<br>ADDRESS REDACTED |
| JENNIFER TAJADA<br>ADDRESS REDACTED | JENNIFER TAYLOR<br>ADDRESS REDACTED | JENNIFER TELA<br>ADDRESS REDACTED |
| JENNIFER THOM<br>ADDRESS REDACTED | JENNIFER THOMAS<br>ADDRESS REDACTED | JENNIFER WIDNER<br>ADDRESS REDACTED |
| JENNIFER WILDER<br>ADDRESS REDACTED | JENNIFER WILLETTE<br>ADDRESS REDACTED | JENNIFER YEE<br>ADDRESS REDACTED |
| JENNITA COHEN<br>ADDRESS REDACTED | JENNY CHAN<br>ADDRESS REDACTED | JENNY CHAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JENNY COHEN<br>ADDRESS REDACTED | JENNY COHEN<br>ADDRESS REDACTED | JENNY COHEN<br>ADDRESS REDACTED |
| JENNY DENNIS<br>ADDRESS REDACTED | JENNY E KELLY<br>ADDRESS REDACTED | JENNY NOREK<br>ADDRESS REDACTED |
| JENNY YANG<br>ADDRESS REDACTED | JENNYLYA MAMERTO<br>ADDRESS REDACTED | JEOFFREY MARKS<br>ADDRESS REDACTED |
| JEON C VASCONCELOS<br>ADDRESS REDACTED | JERAL W CHERNOBY<br>ADDRESS REDACTED | JERALD M HACKNEY<br>ADDRESS REDACTED |
| JERALD SHERMAN<br>ADDRESS REDACTED | JERALD SHERMAN<br>ADDRESS REDACTED | JERALD SHERMAN<br>ADDRESS REDACTED |
| JERALD SHERMAN<br>ADDRESS REDACTED | JERALD ZIMMERMAN<br>ADDRESS REDACTED | JEREMIAH J SULLIVAN<br>ADDRESS REDACTED |
| JEREMIAH SMITH<br>ADDRESS REDACTED | JEREMIAS DAVID<br>ADDRESS REDACTED | JEREMY ALVAREZ<br>ADDRESS REDACTED |
| JEREMY ANDRENO<br>ADDRESS REDACTED | JEREMY DUOPE<br>ADDRESS REDACTED | JEREMY HO<br>ADDRESS REDACTED |
| JEREMY HUYLEBROECK<br>ADDRESS REDACTED | JEREMY JENKINS<br>ADDRESS REDACTED | JEREMY JOHNSON<br>ADDRESS REDACTED |
| JEREMY LIU<br>ADDRESS REDACTED | JEREMY MANCHESTER<br>ADDRESS REDACTED | JEREMY MAYNARD<br>ADDRESS REDACTED |
| JEREMY ODELL<br>ADDRESS REDACTED | JEREMY RUTZ<br>ADDRESS REDACTED | JEREMY TOM<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JEREMY WORST<br>ADDRESS REDACTED | JERILYN LEWIS<br>ADDRESS REDACTED | JERILYNNE D BEHRBAUM<br>ADDRESS REDACTED |
| JERMAN LUNA<br>ADDRESS REDACTED | JERMEIN WHIGHAM<br>ADDRESS REDACTED | JEROLD WILHITE<br>ADDRESS REDACTED |
| JEROLEMOS KOSSIFOS<br>ADDRESS REDACTED | JEROME BROWNSTEIN<br>ADDRESS REDACTED | JEROME CLARK<br>ADDRESS REDACTED |
| JEROME F PICKENS<br>ADDRESS REDACTED | JEROME PINKETT<br>ADDRESS REDACTED | JEROME SANCHEZ<br>ADDRESS REDACTED |
| JEROMY KISSINGER<br>ADDRESS REDACTED | JERRI HERRON<br>ADDRESS REDACTED | JERRI TELLETIER<br>ADDRESS REDACTED |
| JERRY  GROENEN<br>ADDRESS REDACTED | JERRY  WOOD<br>ADDRESS REDACTED | JERRY  WOOD<br>ADDRESS REDACTED |
| JERRY A SCHWARTZ<br>ADDRESS REDACTED | JERRY ANDERSON<br>ADDRESS REDACTED | JERRY BOMAN<br>ADDRESS REDACTED |
| JERRY D THOMPHSON<br>ADDRESS REDACTED | JERRY DRESNER<br>ADDRESS REDACTED | JERRY GRAVES<br>ADDRESS REDACTED |
| JERRY INNAN<br>ADDRESS REDACTED | JERRY JOHNSON<br>ADDRESS REDACTED | JERRY JONES<br>ADDRESS REDACTED |
| JERRY KEEFE<br>ADDRESS REDACTED | JERRY KOLLE<br>ADDRESS REDACTED | JERRY LOKOLLO<br>ADDRESS REDACTED |
| JERRY MADEROS<br>ADDRESS REDACTED | JERRY N. BROOKS<br>ADDRESS REDACTED | JERRY PIRIE<br>ADDRESS REDACTED |

JERRY R POMA
ADDRESS REDACTED

JERRY REYNOLDS
ADDRESS REDACTED

JERRY RUIZ
ADDRESS REDACTED

JERRY SIMPSON
ADDRESS REDACTED

JERRY SNEAD
ADDRESS REDACTED

JERRY WEINZIERL
ADDRESS REDACTED

JERRY YEE
ADDRESS REDACTED

JESS CANALES, REGINA CANALES
ADDRESS REDACTED

JESS HWANG
ADDRESS REDACTED

JESSE BOOTH
ADDRESS REDACTED

JESSE CUNNINGHAM
ADDRESS REDACTED

JESSE DAFALDI
ADDRESS REDACTED

JESSE KAILING
ADDRESS REDACTED

JESSE PITELL
ADDRESS REDACTED

JESSE PULIDO
ADDRESS REDACTED

JESSE TORRES
ADDRESS REDACTED

JESSE URIDE
ADDRESS REDACTED

JESSEREAN INGRAM
ADDRESS REDACTED

JESSI L. FRUIN
ADDRESS REDACTED

JESSICA ANDERSON
ADDRESS REDACTED

JESSICA COSTA
ADDRESS REDACTED

JESSICA FLORES
ADDRESS REDACTED

JESSICA HELMER
ADDRESS REDACTED

JESSICA KANG
ADDRESS REDACTED

JESSICA KAVEN
ADDRESS REDACTED

JESSICA LUKOMSKI
ADDRESS REDACTED

JESSICA PINEDA
ADDRESS REDACTED

JESSICA R PROSE
ADDRESS REDACTED

JESSICA RIEMERSMA
ADDRESS REDACTED

JESSICA WRIGHT DAVIS
ADDRESS REDACTED

JESSICA ZANJANI
ADDRESS REDACTED

JESSICA ZARAGOZA
ADDRESS REDACTED

JESSIE BALLBACH
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JESSIE COLSON<br>ADDRESS REDACTED | JESSIE COLVIN<br>ADDRESS REDACTED | JESSIE PHILLIPS<br>ADDRESS REDACTED |
| JESSIE VILLOSTAS<br>ADDRESS REDACTED | JESSIE WAN<br>ADDRESS REDACTED | JESSIE WRIGHT<br>ADDRESS REDACTED |
| JESSY LOPEZ JR<br>ADDRESS REDACTED | JESUS ALCARAZ<br>ADDRESS REDACTED | JESUS ALMASAN<br>ADDRESS REDACTED |
| JESUS ARQUINES<br>ADDRESS REDACTED | JESUS ARTEAGA<br>ADDRESS REDACTED | JESUS AYALA<br>ADDRESS REDACTED |
| JESUS AYALA<br>ADDRESS REDACTED | JESUS CALLEJA<br>ADDRESS REDACTED | JESUS DEANDA<br>ADDRESS REDACTED |
| JESUS FIERRO<br>ADDRESS REDACTED | JESUS GARCIA<br>ADDRESS REDACTED | JESUS GARCIA<br>ADDRESS REDACTED |
| JESUS GOMEZ<br>ADDRESS REDACTED | JESUS GUERRERO<br>ADDRESS REDACTED | JESUS LOZA<br>ADDRESS REDACTED |
| JESUS MEDINA-JACQUES<br>ADDRESS REDACTED | JESUS MEJIA<br>ADDRESS REDACTED | JESUS ORTEGA<br>ADDRESS REDACTED |
| JESUS ORTEGA<br>ADDRESS REDACTED | JESUS PICOS<br>ADDRESS REDACTED | JESUS ROMO<br>ADDRESS REDACTED |
| JESUS SALGADO<br>ADDRESS REDACTED | JESUS SANTOS<br>ADDRESS REDACTED | JESUS TORRES<br>ADDRESS REDACTED |
| JESUS URENA BANUELLO<br>ADDRESS REDACTED | JESUS ZAPIEN<br>ADDRESS REDACTED | JE'TINA DANSBY<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JHON MAITLAND<br>ADDRESS REDACTED | JHONNATAN FLORES<br>ADDRESS REDACTED | JHUN AHOY<br>ADDRESS REDACTED |
| JI  HEE KIM<br>ADDRESS REDACTED | JIALI HUANG<br>ADDRESS REDACTED | JIAN MING LIU<br>ADDRESS REDACTED |
| JIAN XU<br>ADDRESS REDACTED | JIANE DU<br>ADDRESS REDACTED | JIAXIN FU<br>ADDRESS REDACTED |
| JIDREEL GOINS<br>ADDRESS REDACTED | JILL  ANDERSON<br>ADDRESS REDACTED | JILL BACON<br>ADDRESS REDACTED |
| JILL BERRY & RICHARD BERRY<br>ADDRESS REDACTED | JILL BOURNE<br>ADDRESS REDACTED | JILL CALER<br>ADDRESS REDACTED |
| JILL DAVEY<br>ADDRESS REDACTED | JILL GRISSOM<br>ADDRESS REDACTED | JILL KING<br>ADDRESS REDACTED |
| JILL M BOYER<br>ADDRESS REDACTED | JILL MONTGOMERY<br>ADDRESS REDACTED | JILL THORPE<br>ADDRESS REDACTED |
| JILL TRAYNOR<br>ADDRESS REDACTED | JILL VAN HORN<br>ADDRESS REDACTED | JILL VAN HORN<br>ADDRESS REDACTED |
| JILLIAN DEGENNARO<br>ADDRESS REDACTED | JIM  BAILEY<br>ADDRESS REDACTED | JIM BERTRAM<br>ADDRESS REDACTED |
| JIM BETTENCOURT<br>ADDRESS REDACTED | JIM BETTENCOURT<br>ADDRESS REDACTED | JIM BRENNAN<br>ADDRESS REDACTED |
| JIM CALLON<br>ADDRESS REDACTED | JIM CHILDS<br>ADDRESS REDACTED | JIM COUGHLIN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JIM DAVIS<br>ADDRESS REDACTED | JIM DEIACO<br>ADDRESS REDACTED | JIM DELUCA<br>ADDRESS REDACTED |
| JIM DODGE<br>ADDRESS REDACTED | JIM DOUNLAP<br>ADDRESS REDACTED | JIM FAGER<br>ADDRESS REDACTED |
| JIM FERRELL<br>ADDRESS REDACTED | JIM FRESCHI<br>ADDRESS REDACTED | JIM GILMORE<br>ADDRESS REDACTED |
| JIM GILMORE<br>ADDRESS REDACTED | JIM GRIFHORST<br>ADDRESS REDACTED | JIM GRUBBS JR<br>ADDRESS REDACTED |
| JIM HOBEN<br>ADDRESS REDACTED | JIM HOVEY<br>ADDRESS REDACTED | JIM HOWARD<br>ADDRESS REDACTED |
| JIM JIM<br>ADDRESS REDACTED | JIM MADDEN<br>ADDRESS REDACTED | JIM MCKELVEY<br>ADDRESS REDACTED |
| JIM MICHAELANGELO<br>ADDRESS REDACTED | JIM MONDAY & GRACE MONDAY<br>ADDRESS REDACTED | JIM PEHLIS<br>ADDRESS REDACTED |
| JIM PETERSON<br>ADDRESS REDACTED | JIM PICKARD<br>ADDRESS REDACTED | JIM REINSTEDLER<br>ADDRESS REDACTED |
| JIM ROBERTS<br>ADDRESS REDACTED | JIM SAUTTER<br>ADDRESS REDACTED | JIM SHIELDS<br>ADDRESS REDACTED |
| JIM SLINGERLAND<br>ADDRESS REDACTED | JIM STICKLAND<br>ADDRESS REDACTED | JIM SULLIVAN<br>ADDRESS REDACTED |
| JIM VANNETTE<br>ADDRESS REDACTED | JIM WARD<br>ADDRESS REDACTED | JIM WATERS<br>ADDRESS REDACTED |

JIM WATERS
ADDRESS REDACTED

JIM WILLIAMS
ADDRESS REDACTED

JIM WORKMAN
ADDRESS REDACTED

JIMMIE PUGH
ADDRESS REDACTED

JIMMIE R NOELL
ADDRESS REDACTED

JIMMIE SOMERS
ADDRESS REDACTED

JIMMY A TUCKER
ADDRESS REDACTED

JIMMY DOMINGUEZ
ADDRESS REDACTED

JIMMY FERGUSON, FRANCES FERGUSON
ADDRESS REDACTED

JIMMY HEDGES
ADDRESS REDACTED

JIMMY JAM
ADDRESS REDACTED

JIMMY JOHNSON
ADDRESS REDACTED

JIMMY JONES
ADDRESS REDACTED

JIMMY KOUFOS
ADDRESS REDACTED

JIMMY LEE
ADDRESS REDACTED

JIMMY PASTORELLI
ADDRESS REDACTED

JIMMY RODRIGUEZ
ADDRESS REDACTED

JIMMY WARD
ADDRESS REDACTED

JINA MAHMOUDI
ADDRESS REDACTED

JINAN BOUTROUS
ADDRESS REDACTED

JINDRICH SEMENEC
ADDRESS REDACTED

JING ZHANG
ADDRESS REDACTED

JINHUA GUAN
ADDRESS REDACTED

JO ANN PEARSON
ADDRESS REDACTED

JO ELLEN SIMMONS
ADDRESS REDACTED

JO RATLIFF
ADDRESS REDACTED

JOAN BOWLING
ADDRESS REDACTED

JOAN BOWLING
ADDRESS REDACTED

JOAN CANNON
ADDRESS REDACTED

JOAN COLANCTONIO
ADDRESS REDACTED

JOAN CURRIER
ADDRESS REDACTED

JOAN CURRIER
ADDRESS REDACTED

JOAN CUSSON
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JOAN FONG<br>ADDRESS REDACTED | JOAN GRUBER<br>ADDRESS REDACTED | JOAN GUTHRIE<br>ADDRESS REDACTED |
| JOAN JENKINS<br>ADDRESS REDACTED | JOAN JONES<br>ADDRESS REDACTED | JOAN L CRABBS<br>ADDRESS REDACTED |
| JOAN L. SULLIVAN<br>ADDRESS REDACTED | JOAN LANCE<br>ADDRESS REDACTED | JOAN M. DEGRANO<br>ADDRESS REDACTED |
| JOAN M. RAMAGE<br>ADDRESS REDACTED | JOAN MATSUOKA<br>ADDRESS REDACTED | JOAN MONTGOMERY<br>ADDRESS REDACTED |
| JOAN NIEBLING<br>ADDRESS REDACTED | JOAN ST. JAMES<br>ADDRESS REDACTED | JOAN STEINER<br>ADDRESS REDACTED |
| JOAN SZANTO<br>ADDRESS REDACTED | JOAN WALDRON<br>ADDRESS REDACTED | JOAN WEAVER<br>ADDRESS REDACTED |
| JOANA VALENCIA<br>ADDRESS REDACTED | JOANN BERRYMAN<br>ADDRESS REDACTED | JOANN BRANTLEY<br>ADDRESS REDACTED |
| JOANN FARE MILLER<br>ADDRESS REDACTED | JOANN FREEMAN<br>ADDRESS REDACTED | JOANN GEAR<br>ADDRESS REDACTED |
| JOANN PROCTOR<br>ADDRESS REDACTED | JOANN RICKS<br>ADDRESS REDACTED | JOANNA  DEJESUS<br>ADDRESS REDACTED |
| JOANNA COCOLA<br>ADDRESS REDACTED | JOANNA COX<br>ADDRESS REDACTED | JOANNA FLORES-POBLANO<br>ADDRESS REDACTED |
| JOANNA JOHNSON<br>ADDRESS REDACTED | JOANNA MATTHEWS<br>ADDRESS REDACTED | JOANNA SCHUTT<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JOANNE HAMEL<br>ADDRESS REDACTED | JOANNE SICILIANO<br>ADDRESS REDACTED | JOANNE SICILIANO<br>ADDRESS REDACTED |
| JOANNE BOULANGER<br>ADDRESS REDACTED | JOANNE BOURGAULT<br>ADDRESS REDACTED | JOANNE CAMARGO<br>ADDRESS REDACTED |
| JOANNE CAMARGO<br>ADDRESS REDACTED | JOANNE EGAN<br>ADDRESS REDACTED | JOANNE EVERETT<br>ADDRESS REDACTED |
| JOANNE GIRAUDO<br>ADDRESS REDACTED | JOANNE GUERRINI<br>ADDRESS REDACTED | JOANNE HAMMETT<br>ADDRESS REDACTED |
| JOANNE HILDENBRAND<br>ADDRESS REDACTED | JOANNE LETHROPE<br>ADDRESS REDACTED | JOANNE LOPEZ<br>ADDRESS REDACTED |
| JOANNE MANN<br>ADDRESS REDACTED | JOANNE MCGRAW<br>ADDRESS REDACTED | JOANNE SANCHEZ<br>ADDRESS REDACTED |
| JOANNE SHENKOFF<br>ADDRESS REDACTED | JOAQUIAN RIVERA<br>ADDRESS REDACTED | JOAQUIN A SERPAS<br>ADDRESS REDACTED |
| JOAQUIN BENAVIDES<br>ADDRESS REDACTED | JOAQUIN CARRASCO<br>ADDRESS REDACTED | JOAQUIN MURRIETA<br>ADDRESS REDACTED |
| JOAQUINA SALOMON SMITH<br>ADDRESS REDACTED | JOB JADDOU<br>ADDRESS REDACTED | JOCELYN BAUTISTA<br>ADDRESS REDACTED |
| JOCELYN WOOD<br>ADDRESS REDACTED | JODI K FERNANDES<br>ADDRESS REDACTED | JOE STELLATO<br>ADDRESS REDACTED |
| JOE ABSHER<br>ADDRESS REDACTED | JOE AMAPO<br>ADDRESS REDACTED | JOE AQUILA<br>ADDRESS REDACTED |

JOE AUBREY
ADDRESS REDACTED

JOE C SILVA JR
ADDRESS REDACTED

JOE CAMPBELL
ADDRESS REDACTED

JOE CAMPBELL
ADDRESS REDACTED

JOE CARABELL
ADDRESS REDACTED

JOE CICCHETTI
ADDRESS REDACTED

JOE CICCHETTI
ADDRESS REDACTED

JOE CLAY
ADDRESS REDACTED

JOE CLEMENTE
ADDRESS REDACTED

JOE CONTI
ADDRESS REDACTED

JOE DAMASO
ADDRESS REDACTED

JOE DAPRON
ADDRESS REDACTED

JOE DAWSO
ADDRESS REDACTED

JOE DIJIORDANO
ADDRESS REDACTED

JOE DISANTO
ADDRESS REDACTED

JOE DIVITO
ADDRESS REDACTED

JOE ESPINETA
ADDRESS REDACTED

JOE ESTRADA
ADDRESS REDACTED

JOE FARIAS
ADDRESS REDACTED

JOE FLYNN
ADDRESS REDACTED

JOE GALVAN
ADDRESS REDACTED

JOE GNERRE
ADDRESS REDACTED

JOE GRALKA
ADDRESS REDACTED

JOE HASSAN
ADDRESS REDACTED

JOE HERNANDEZ
ADDRESS REDACTED

JOE INVERSO
ADDRESS REDACTED

JOE J. WENINGER
ADDRESS REDACTED

JOE LAFORTUNE
ADDRESS REDACTED

JOE LAMASTRO
ADDRESS REDACTED

JOE LASPADA
ADDRESS REDACTED

JOE LERMA
ADDRESS REDACTED

JOE LONG
ADDRESS REDACTED

JOE MCMEAL
ADDRESS REDACTED

JOE PEREA
ADDRESS REDACTED

JOE PERERIA
ADDRESS REDACTED

JOE R LOGUE
ADDRESS REDACTED

JOE RAMSEY
ADDRESS REDACTED

JOE RAY
ADDRESS REDACTED

JOE SOUSOU
ADDRESS REDACTED

JOE STEVENSON
ADDRESS REDACTED

JOE SWINGLE
ADDRESS REDACTED

JOE TORREGROSSA
ADDRESS REDACTED

JOE TRAVIA
ADDRESS REDACTED

JOE TRAVIA
ADDRESS REDACTED

JOE TRAVIA
ADDRESS REDACTED

JOE VIERRA
ADDRESS REDACTED

JOE VISCONTI
ADDRESS REDACTED

JOE WADE
ADDRESS REDACTED

JOE WEHRLE
ADDRESS REDACTED

JOE WHITE AND SONDRA  WHITE
ADDRESS REDACTED

JOE ZERMENO
ADDRESS REDACTED

JOEL AVINA
ADDRESS REDACTED

JOEL C WEST
ADDRESS REDACTED

JOEL EERDMANS
ADDRESS REDACTED

JOEL ESPANOL
ADDRESS REDACTED

JOEL GARCIA
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GARRETT
ADDRESS REDACTED

JOEL GONZALEZ
ADDRESS REDACTED

JOEL LOMELI
ADDRESS REDACTED

JOEL MARIVELES
ADDRESS REDACTED

JOEL MARTINEZ
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOEL SHAPIRO<br>ADDRESS REDACTED | JOEL SOLOMONSON<br>ADDRESS REDACTED | JOESPH MOORE<br>ADDRESS REDACTED |
| JOESPH PAYNTER, MARRY L PAYNTER<br>ADDRESS REDACTED | JOGINDER SING<br>ADDRESS REDACTED | JOHANNA D RENNER<br>ADDRESS REDACTED |
| JOHANNES DE WOLF<br>ADDRESS REDACTED | JOHANNES VANGALEN<br>ADDRESS REDACTED | JOHN  HALL<br>ADDRESS REDACTED |
| JOHN  HALL<br>ADDRESS REDACTED | JOHN  HALL<br>ADDRESS REDACTED | JOHN  VELLA<br>ADDRESS REDACTED |
| JOHN  WAFFENSCHMIDT<br>ADDRESS REDACTED | JOHN & ALICE WERNER<br>ADDRESS REDACTED | JOHN & CAROLINE CORYELLE & MICHELLE<br>ADDRESS REDACTED |
| JOHN A DIRLA<br>ADDRESS REDACTED | JOHN A DORAN JR<br>ADDRESS REDACTED | JOHN A KROLL<br>ADDRESS REDACTED |
| JOHN A MONTOYA<br>ADDRESS REDACTED | JOHN A ODOM<br>ADDRESS REDACTED | JOHN AGUILAR<br>ADDRESS REDACTED |
| JOHN ALCANTARA<br>ADDRESS REDACTED | JOHN ANDERSON<br>ADDRESS REDACTED | JOHN ANDRADE<br>ADDRESS REDACTED |
| JOHN ANDUJAR<br>ADDRESS REDACTED | JOHN ANGUILAR<br>ADDRESS REDACTED | JOHN ANTHONY REA<br>ADDRESS REDACTED |
| JOHN APPLE<br>ADDRESS REDACTED | JOHN AVILA<br>ADDRESS REDACTED | JOHN B LANGE<br>ADDRESS REDACTED |
| JOHN BADEN<br>ADDRESS REDACTED | JOHN BARAGNO JR.<br>ADDRESS REDACTED | JOHN BARNES<br>ADDRESS REDACTED |

JOHN BENITEZ
ADDRESS REDACTED

JOHN BINNS
ADDRESS REDACTED

JOHN BIRTWHISTLE
ADDRESS REDACTED

JOHN BLAKESLEE
ADDRESS REDACTED

JOHN BOTELER
ADDRESS REDACTED

JOHN BOWLES
ADDRESS REDACTED

JOHN BOWMAN
ADDRESS REDACTED

JOHN BREMNER
ADDRESS REDACTED

JOHN BRUNS
ADDRESS REDACTED

JOHN BUITER
ADDRESS REDACTED

JOHN BURDICK
ADDRESS REDACTED

JOHN C SAYAPHET
ADDRESS REDACTED

JOHN CACARO
ADDRESS REDACTED

JOHN CAIN
ADDRESS REDACTED

JOHN CALDWELL
ADDRESS REDACTED

JOHN CARLSON
ADDRESS REDACTED

JOHN CLANCY
ADDRESS REDACTED

JOHN COLLINS
ADDRESS REDACTED

JOHN COURTNEY
ADDRESS REDACTED

JOHN CUMMING
ADDRESS REDACTED

JOHN D. KELLUM SR.
ADDRESS REDACTED

JOHN D. OLSEN
ADDRESS REDACTED

JOHN D. ROSE
ADDRESS REDACTED

JOHN DAHMER
ADDRESS REDACTED

JOHN DAUGHERTY
ADDRESS REDACTED

JOHN DE BORBA
ADDRESS REDACTED

JOHN DE SANTIS
ADDRESS REDACTED

JOHN DIAS
ADDRESS REDACTED

JOHN DIDOLCE
ADDRESS REDACTED

JOHN DINUNZIO
ADDRESS REDACTED

JOHN DONNELLY
ADDRESS REDACTED

JOHN DORY
ADDRESS REDACTED

JOHN DRAGONETTI
ADDRESS REDACTED

JOHN DYTE
ADDRESS REDACTED

JOHN E MORRIS
ADDRESS REDACTED

JOHN EBEEL
ADDRESS REDACTED

JOHN ENGBERS
ADDRESS REDACTED

JOHN ENPWISTLE
ADDRESS REDACTED

JOHN F MIGGILL
ADDRESS REDACTED

JOHN F MORAN
ADDRESS REDACTED

JOHN FARRELL
ADDRESS REDACTED

JOHN FERGUSON
ADDRESS REDACTED

JOHN FINA
ADDRESS REDACTED

JOHN FORLENZA
ADDRESS REDACTED

JOHN FOTIA
ADDRESS REDACTED

JOHN FOUNTAIN
ADDRESS REDACTED

JOHN GABRION
ADDRESS REDACTED

JOHN GARTNER
ADDRESS REDACTED

JOHN GENCOGLU
ADDRESS REDACTED

JOHN GODWIN
ADDRESS REDACTED

JOHN GOLDEN
ADDRESS REDACTED

JOHN GRAHAM
ADDRESS REDACTED

JOHN GROSSI
ADDRESS REDACTED

JOHN GROSSI
ADDRESS REDACTED

JOHN GUEL
ADDRESS REDACTED

JOHN GUSAMONO
ADDRESS REDACTED

JOHN H PACK
ADDRESS REDACTED

JOHN HA
ADDRESS REDACTED

JOHN HALL
ADDRESS REDACTED

JOHN HALL
ADDRESS REDACTED

JOHN HAMMOND
ADDRESS REDACTED

JOHN HARGIS
ADDRESS REDACTED

JOHN HARRISON
ADDRESS REDACTED

JOHN HAWARI
ADDRESS REDACTED

JOHN HAYES
ADDRESS REDACTED

JOHN HEANEY
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOHN HEINITZ<br>ADDRESS REDACTED | JOHN HERDT<br>ADDRESS REDACTED | JOHN HILLEN<br>ADDRESS REDACTED |
| JOHN HILSKY<br>ADDRESS REDACTED | JOHN HOLMES<br>ADDRESS REDACTED | JOHN HONG MINJAREZ<br>ADDRESS REDACTED |
| JOHN HOWELL<br>ADDRESS REDACTED | JOHN HOWELL<br>ADDRESS REDACTED | JOHN HOWELL<br>ADDRESS REDACTED |
| JOHN HUMMEL<br>ADDRESS REDACTED | JOHN K LIU<br>ADDRESS REDACTED | JOHN KELLEY<br>ADDRESS REDACTED |
| JOHN KEYES<br>ADDRESS REDACTED | JOHN KILPINEN<br>ADDRESS REDACTED | JOHN KILPINEN<br>ADDRESS REDACTED |
| JOHN KINGSTON<br>ADDRESS REDACTED | JOHN KIRINCICH<br>ADDRESS REDACTED | JOHN KORPHAGE<br>ADDRESS REDACTED |
| JOHN KROMALIC<br>ADDRESS REDACTED | JOHN L AVILA<br>ADDRESS REDACTED | JOHN LADERMAN<br>ADDRESS REDACTED |
| JOHN LANDERS<br>ADDRESS REDACTED | JOHN LARRIER<br>ADDRESS REDACTED | JOHN LAUDER<br>ADDRESS REDACTED |
| JOHN LEICHEL<br>ADDRESS REDACTED | JOHN LIGHTFOOT<br>ADDRESS REDACTED | JOHN LINDBLAD<br>ADDRESS REDACTED |
| JOHN LONEY<br>ADDRESS REDACTED | JOHN LONGABUCCO<br>ADDRESS REDACTED | JOHN LORAH<br>ADDRESS REDACTED |
| JOHN LYELL<br>ADDRESS REDACTED | JOHN LYNCH<br>ADDRESS REDACTED | JOHN MAGUD<br>ADDRESS REDACTED |

JOHN MAIBACH
ADDRESS REDACTED

JOHN MALACK
ADDRESS REDACTED

JOHN MARQUEZ
ADDRESS REDACTED

JOHN MARTINEZ
ADDRESS REDACTED

JOHN MCCAUGHAN
ADDRESS REDACTED

JOHN MCCLSOKEY
ADDRESS REDACTED

JOHN MCCOLLUM
ADDRESS REDACTED

JOHN MCELROY CAROLYN MCELROY
ADDRESS REDACTED

JOHN MEYER
ADDRESS REDACTED

JOHN MICHAEL OGAITIS AND JOAN LEE O
ADDRESS REDACTED

JOHN MILLER JR
ADDRESS REDACTED

JOHN MINGO
ADDRESS REDACTED

JOHN MITCHELL
ADDRESS REDACTED

JOHN MONEM
ADDRESS REDACTED

JOHN MOORE
ADDRESS REDACTED

JOHN MOORE
ADDRESS REDACTED

JOHN MORRIS
ADDRESS REDACTED

JOHN MORRISON
ADDRESS REDACTED

JOHN MURRAY
ADDRESS REDACTED

JOHN MUSGRAVY
ADDRESS REDACTED

JOHN NAULT
ADDRESS REDACTED

JOHN NAUM
ADDRESS REDACTED

JOHN NEVARRA
ADDRESS REDACTED

JOHN NILL
ADDRESS REDACTED

JOHN NOEL
ADDRESS REDACTED

JOHN O KLEIN
ADDRESS REDACTED

JOHN O. SEALS
ADDRESS REDACTED

JOHN OLSON
ADDRESS REDACTED

JOHN P
ADDRESS REDACTED

JOHN PALMER
ADDRESS REDACTED

JOHN PATRICK
ADDRESS REDACTED

JOHN PAUL
ADDRESS REDACTED

JOHN PELOC
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOHN PEREZ<br>ADDRESS REDACTED | JOHN PETERSON<br>ADDRESS REDACTED | JOHN PIAZZA<br>ADDRESS REDACTED |
| JOHN PICKERING<br>ADDRESS REDACTED | JOHN R CATTERLIN<br>ADDRESS REDACTED | JOHN R. KHILLAH<br>ADDRESS REDACTED |
| JOHN R. MOHR<br>ADDRESS REDACTED | JOHN RALLIOS<br>ADDRESS REDACTED | JOHN RAPPENECKER<br>ADDRESS REDACTED |
| JOHN RATTO<br>ADDRESS REDACTED | JOHN RETTIG<br>ADDRESS REDACTED | JOHN ROHRER<br>ADDRESS REDACTED |
| JOHN ROSENFIELD<br>ADDRESS REDACTED | JOHN ROUSSEAU<br>ADDRESS REDACTED | JOHN ROWE<br>ADDRESS REDACTED |
| JOHN ROY<br>ADDRESS REDACTED | JOHN RUANO<br>ADDRESS REDACTED | JOHN RUDELL<br>ADDRESS REDACTED |
| JOHN RUSSELL<br>ADDRESS REDACTED | JOHN S ROBERTS ROBYN ROBERTS<br>ADDRESS REDACTED | JOHN S SASSER<br>ADDRESS REDACTED |
| JOHN SARAGOSA<br>ADDRESS REDACTED | JOHN SCHREBFER<br>ADDRESS REDACTED | JOHN SETO<br>ADDRESS REDACTED |
| JOHN SHOULDERS<br>ADDRESS REDACTED | JOHN SIMPSON<br>ADDRESS REDACTED | JOHN SINKE<br>ADDRESS REDACTED |
| JOHN STANSIK<br>ADDRESS REDACTED | JOHN STITH<br>ADDRESS REDACTED | JOHN STORER<br>ADDRESS REDACTED |
| JOHN SUTTON<br>ADDRESS REDACTED | JOHN SUTTON<br>ADDRESS REDACTED | JOHN SWEATT<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JOHN SWENSON<br>ADDRESS REDACTED | JOHN T SHARP<br>ADDRESS REDACTED | JOHN T WOODLEY<br>ADDRESS REDACTED |
| JOHN TAFILOWSKI<br>ADDRESS REDACTED | JOHN TAYLOR<br>ADDRESS REDACTED | JOHN TAYLOR<br>ADDRESS REDACTED |
| JOHN TAYLOR<br>ADDRESS REDACTED | JOHN TEMOCHE<br>ADDRESS REDACTED | JOHN TO<br>ADDRESS REDACTED |
| JOHN TOMASETTI<br>ADDRESS REDACTED | JOHN TOPPS<br>ADDRESS REDACTED | JOHN TROTTO<br>ADDRESS REDACTED |
| JOHN TURNER<br>ADDRESS REDACTED | JOHN TUTTLE<br>ADDRESS REDACTED | JOHN URBAITIS<br>ADDRESS REDACTED |
| JOHN V. BOLLING<br>ADDRESS REDACTED | JOHN VANDENBAND<br>ADDRESS REDACTED | JOHN VICTORIAN<br>ADDRESS REDACTED |
| JOHN VRASHEAR<br>ADDRESS REDACTED | JOHN W BRICKWEG<br>ADDRESS REDACTED | JOHN W HEBB<br>ADDRESS REDACTED |
| JOHN W. SMITH<br>ADDRESS REDACTED | JOHN WALLACE<br>ADDRESS REDACTED | JOHN WANGLER<br>ADDRESS REDACTED |
| JOHN WEBSTER<br>ADDRESS REDACTED | JOHN WENDELN<br>ADDRESS REDACTED | JOHN WESSEL<br>ADDRESS REDACTED |
| JOHN WHEELER<br>ADDRESS REDACTED | JOHN WISER<br>ADDRESS REDACTED | JOHN WOLS<br>ADDRESS REDACTED |
| JOHN WONG<br>ADDRESS REDACTED | JOHN Z CHEN<br>ADDRESS REDACTED | JOHN ZAFIA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOHN ZAHRATKA<br>ADDRESS REDACTED | JOHN ZARTARIAN<br>ADDRESS REDACTED | JOHN/LINDA<br>ADDRESS REDACTED |
| JOHNNA HENNING<br>ADDRESS REDACTED | JOHNNA INSANA<br>ADDRESS REDACTED | JOHNNIE R  HARDY<br>ADDRESS REDACTED |
| JOHNNIE RUCKER<br>ADDRESS REDACTED | JOHNNY MORA<br>ADDRESS REDACTED | JOHNO NORIAN<br>ADDRESS REDACTED |
| JOHNSON LIU<br>ADDRESS REDACTED | JOHNSON MOUA<br>ADDRESS REDACTED | JOLANDA A MALBURG<br>ADDRESS REDACTED |
| JOLANTA WASKIEL<br>ADDRESS REDACTED | JOLENE BURTON<br>ADDRESS REDACTED | JOLENE FUNK<br>ADDRESS REDACTED |
| JOLON SARGENT<br>ADDRESS REDACTED | JON BERNIER<br>ADDRESS REDACTED | JON CHESIRE<br>ADDRESS REDACTED |
| JON FAI CHENG<br>ADDRESS REDACTED | JON J EWIGLEBEN<br>ADDRESS REDACTED | JON J HARE<br>ADDRESS REDACTED |
| JON LITLE<br>ADDRESS REDACTED | JON M  RODRIGUEZ<br>ADDRESS REDACTED | JON ROSSELLE<br>ADDRESS REDACTED |
| JON SHIDLER<br>ADDRESS REDACTED | JONAH WEINTRAUB CAREN WEINTRAUB<br>ADDRESS REDACTED | JONATHAN  YOUNG<br>ADDRESS REDACTED |
| JONATHAN AVIGNON<br>ADDRESS REDACTED | JONATHAN LITTIKEN<br>ADDRESS REDACTED | JONATHAN MINDREBO<br>ADDRESS REDACTED |
| JONATHAN OJEDA<br>ADDRESS REDACTED | JONATHAN RAGLE<br>ADDRESS REDACTED | JONATHAN WEST<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JONATHON FAIRMAN<br>ADDRESS REDACTED | JONATHON PETTIGREW<br>ADDRESS REDACTED | JONELL P STOOKSBERRY<br>ADDRESS REDACTED |
| JONELLE MONTANEZ<br>ADDRESS REDACTED | JONES WILCOX WILSON<br>ADDRESS REDACTED | JONG LEE<br>ADDRESS REDACTED |
| JONH G GOAR<br>ADDRESS REDACTED | JONI BLAKE<br>ADDRESS REDACTED | JONI CHARLES<br>ADDRESS REDACTED |
| JONI MARTINEZ<br>ADDRESS REDACTED | JONI SLUYS<br>ADDRESS REDACTED | JON-PIERRE ATENCIO<br>ADDRESS REDACTED |
| JORA TRANG<br>ADDRESS REDACTED | JORDAN D EASTWOOD<br>ADDRESS REDACTED | JORDAN F. STAHLEY<br>ADDRESS REDACTED |
| JORDAN MOST<br>ADDRESS REDACTED | JORDAN WEILAND<br>ADDRESS REDACTED | JORGE BALSECA<br>ADDRESS REDACTED |
| JORGE CAMPUZANO<br>ADDRESS REDACTED | JORGE CASTILLO<br>ADDRESS REDACTED | JORGE DURAN<br>ADDRESS REDACTED |
| JORGE FLORES<br>ADDRESS REDACTED | JORGE GARCIA<br>ADDRESS REDACTED | JORGE GOMEZ<br>ADDRESS REDACTED |
| JORGE GONZALEZ<br>ADDRESS REDACTED | JORGE JIMENEZ<br>ADDRESS REDACTED | JORGE JURADO<br>ADDRESS REDACTED |
| JORGE M. ESQUETE-GOMEZ<br>ADDRESS REDACTED | JORGE MACEDA<br>ADDRESS REDACTED | JORGE MADRIGAL MORALES<br>ADDRESS REDACTED |
| JORGE MARTINEZ<br>ADDRESS REDACTED | JORGE MAYORGA<br>ADDRESS REDACTED | JORGE MONTOYA<br>ADDRESS REDACTED |

JORGE PANTEL
ADDRESS REDACTED

JORGE PEREZ
ADDRESS REDACTED

JORGE PUMA
ADDRESS REDACTED

JORGE RAZO
ADDRESS REDACTED

JORGE RIVAS
ADDRESS REDACTED

JORGE TELLEZ
ADDRESS REDACTED

JORGE VARGAS
ADDRESS REDACTED

JOSAPHINA CELAGILLO
ADDRESS REDACTED

JOSE A BATISTA
ADDRESS REDACTED

JOSE A ESTRADA
ADDRESS REDACTED

JOSE A GOMEZ
ADDRESS REDACTED

JOSE A GUZMAN
ADDRESS REDACTED

JOSE A MORALES
ADDRESS REDACTED

JOSE A. IBARRA
ADDRESS REDACTED

JOSE A. REYES
ADDRESS REDACTED

JOSE ACOSTA
ADDRESS REDACTED

JOSE AGUIAR
ADDRESS REDACTED

JOSE AGUILERA
ADDRESS REDACTED

JOSE ALFARO
ADDRESS REDACTED

JOSE ALFONSO
ADDRESS REDACTED

JOSE ALFREDO
ADDRESS REDACTED

JOSE ALVARADO
ADDRESS REDACTED

JOSE ALVARADO
ADDRESS REDACTED

JOSE ANDRADES
ADDRESS REDACTED

JOSE ANDREDE
ADDRESS REDACTED

JOSE ANTONIO SACRAMENTO
ADDRESS REDACTED

JOSE AVUA
ADDRESS REDACTED

JOSE BARRERA
ADDRESS REDACTED

JOSE BATRES
ADDRESS REDACTED

JOSE BENITEZ
ADDRESS REDACTED

JOSE BONILLA
ADDRESS REDACTED

JOSE C MARTINEZ
ADDRESS REDACTED

JOSE CARDOZA
ADDRESS REDACTED

| | | |
|---|---|---|
| JOSE CASAS<br>ADDRESS REDACTED | JOSE CASTELANOSAYALA<br>ADDRESS REDACTED | JOSE CAZARES<br>ADDRESS REDACTED |
| JOSE CERDA<br>ADDRESS REDACTED | JOSE CHACON<br>ADDRESS REDACTED | JOSE CHAVEZ<br>ADDRESS REDACTED |
| JOSE CHINCHILLA<br>ADDRESS REDACTED | JOSE CONTRERAS<br>ADDRESS REDACTED | JOSE CONTRERAS<br>ADDRESS REDACTED |
| JOSE CORDEROS<br>ADDRESS REDACTED | JOSE CORTEZ<br>ADDRESS REDACTED | JOSE CORTEZ<br>ADDRESS REDACTED |
| JOSE CUEVAS<br>ADDRESS REDACTED | JOSE DELCID<br>ADDRESS REDACTED | JOSE DOMINGUEZ<br>ADDRESS REDACTED |
| JOSE E MARTINEZ<br>ADDRESS REDACTED | JOSE ESPINOZA<br>ADDRESS REDACTED | JOSE F MOAJANO<br>ADDRESS REDACTED |
| JOSE FELICIANO<br>ADDRESS REDACTED | JOSE FERNANDEZ<br>ADDRESS REDACTED | JOSE FLORES<br>ADDRESS REDACTED |
| JOSE FLORES<br>ADDRESS REDACTED | JOSE FLORES<br>ADDRESS REDACTED | JOSE FRANCISCO GUERRA<br>ADDRESS REDACTED |
| JOSE FUENTES<br>ADDRESS REDACTED | JOSE G ORTEGA<br>ADDRESS REDACTED | JOSE G. RODRIGUEZ<br>ADDRESS REDACTED |
| JOSE GABINO<br>ADDRESS REDACTED | JOSE GARCIA<br>ADDRESS REDACTED | JOSE GARCIA<br>ADDRESS REDACTED |
| JOSE GARCIA<br>ADDRESS REDACTED | JOSE GARCIA<br>ADDRESS REDACTED | JOSE GEMENDEZ<br>ADDRESS REDACTED |

JOSE GONZALEZ
ADDRESS REDACTED

JOSE GONZALEZ
ADDRESS REDACTED

JOSE GOZALEZ
ADDRESS REDACTED

JOSE GRACIA
ADDRESS REDACTED

JOSE GRANADOS
ADDRESS REDACTED

JOSE GUARDADO
ADDRESS REDACTED

JOSE GUARDADO
ADDRESS REDACTED

JOSE GUARNEROS
ADDRESS REDACTED

JOSE GUERRERO
ADDRESS REDACTED

JOSE GUEVARA
ADDRESS REDACTED

JOSE GUISANDE
ADDRESS REDACTED

JOSE GUTIEREZ
ADDRESS REDACTED

JOSE H. ALVARADO
ADDRESS REDACTED

JOSE HAUERTA JUNCAL
ADDRESS REDACTED

JOSE HERNANDEZ
ADDRESS REDACTED

JOSE J VALLEJO JUNIOR
ADDRESS REDACTED

JOSE JAQUIZ
ADDRESS REDACTED

JOSE KENNEDY
ADDRESS REDACTED

JOSE L GARCIA
ADDRESS REDACTED

JOSE L YANEZ
ADDRESS REDACTED

JOSE LAGOS
ADDRESS REDACTED

JOSE LARA
ADDRESS REDACTED

JOSE LAZO
ADDRESS REDACTED

JOSE LEZAMA
ADDRESS REDACTED

JOSE LOPEZ
ADDRESS REDACTED

JOSE LOZA
ADDRESS REDACTED

JOSE LUIS MERINO
ADDRESS REDACTED

JOSE M LOPEZ
ADDRESS REDACTED

JOSE M MOREIRA
ADDRESS REDACTED

JOSE M. BENITEZ
ADDRESS REDACTED

JOSE MACHUCA
ADDRESS REDACTED

JOSE MANUEL BAEZA
ADDRESS REDACTED

JOSE MANUEL GARCIA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JOSE MARIA CONTRERAS<br>ADDRESS REDACTED | JOSE MARIN<br>ADDRESS REDACTED | JOSE MARIO PAIRES<br>ADDRESS REDACTED |
| JOSE MARTIN SANCHEZ<br>ADDRESS REDACTED | JOSE MARTINEZ<br>ADDRESS REDACTED | JOSE MARTINEZ<br>ADDRESS REDACTED |
| JOSE MIRAMONTES<br>ADDRESS REDACTED | JOSE MIRANDA<br>ADDRESS REDACTED | JOSE MONTANTES<br>ADDRESS REDACTED |
| JOSE MORENO<br>ADDRESS REDACTED | JOSE MOYA<br>ADDRESS REDACTED | JOSE NAVA<br>ADDRESS REDACTED |
| JOSE NAVARRETE<br>ADDRESS REDACTED | JOSE NAVARRO<br>ADDRESS REDACTED | JOSE NAVARRO<br>ADDRESS REDACTED |
| JOSE OCAMPO<br>ADDRESS REDACTED | JOSE OCDINA<br>ADDRESS REDACTED | JOSE OLIDERA<br>ADDRESS REDACTED |
| JOSE P ROMERO<br>ADDRESS REDACTED | JOSE PALACIOS<br>ADDRESS REDACTED | JOSE PALACIOS<br>ADDRESS REDACTED |
| JOSE PARADA<br>ADDRESS REDACTED | JOSE PEJEDA<br>ADDRESS REDACTED | JOSE PEREZ<br>ADDRESS REDACTED |
| JOSE PEREZ<br>ADDRESS REDACTED | JOSE PEREZ<br>ADDRESS REDACTED | JOSE PHILLIPS<br>ADDRESS REDACTED |
| JOSE QUADROS<br>ADDRESS REDACTED | JOSE QUINONEZ<br>ADDRESS REDACTED | JOSE R GALTAMEZ<br>ADDRESS REDACTED |
| JOSE R. SOTO<br>ADDRESS REDACTED | JOSE RAMIREZ<br>ADDRESS REDACTED | JOSE RAMON NEYRA<br>ADDRESS REDACTED |

JOSE REYNOSO
ADDRESS REDACTED

JOSE RINCON
ADDRESS REDACTED

JOSE RIVERA
ADDRESS REDACTED

JOSE RIVERA
ADDRESS REDACTED

JOSE RIVERO
ADDRESS REDACTED

JOSE RODRIGUEZ
ADDRESS REDACTED

JOSE RODRIGUEZ
ADDRESS REDACTED

JOSE ROMAN
ADDRESS REDACTED

JOSE ROMERO
ADDRESS REDACTED

JOSE S. DURAN
ADDRESS REDACTED

JOSE SALAZAR
ADDRESS REDACTED

JOSE SANCHEZ
ADDRESS REDACTED

JOSE SANCHEZ
ADDRESS REDACTED

JOSE SANTANA
ADDRESS REDACTED

JOSE SANTOS LAINEZ ESCODOR
ADDRESS REDACTED

JOSE SERRANO
ADDRESS REDACTED

JOSE SERRANO
ADDRESS REDACTED

JOSE SERRANO
ADDRESS REDACTED

JOSE SERRANO JR
ADDRESS REDACTED

JOSE SOLIS
ADDRESS REDACTED

JOSE SOLORIO
ADDRESS REDACTED

JOSE TALAMENTES
ADDRESS REDACTED

JOSE TEJADA
ADDRESS REDACTED

JOSE TELLEZ
ADDRESS REDACTED

JOSE TORRES
ADDRESS REDACTED

JOSE TORRES
ADDRESS REDACTED

JOSE TORRIJOS
ADDRESS REDACTED

JOSE TOVAR
ADDRESS REDACTED

JOSE TOVAR
ADDRESS REDACTED

JOSE URIASMORENO
ADDRESS REDACTED

JOSE VARGAS
ADDRESS REDACTED

JOSE VARON
ADDRESS REDACTED

JOSE VAZQUEZ
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

JOSE VELAZQUEZ
ADDRESS REDACTED

JOSE ZILLANUEZA
ADDRESS REDACTED

JOSE-ENRIQUE DILLALPANDO
ADDRESS REDACTED

JOSEFINA BERNA
ADDRESS REDACTED

JOSEFINA FLORES
ADDRESS REDACTED

JOSEFINA VIVAS
ADDRESS REDACTED

JOSELUIS FLORES
ADDRESS REDACTED

JOSEPH A PROTEAU
ADDRESS REDACTED

JOSEPH AGUILAR
ADDRESS REDACTED

JOSEPH ALBERT DIGGS
ADDRESS REDACTED

JOSEPH B LESKO
ADDRESS REDACTED

JOSEPH BEVERLY - BERT BEVERLY
ADDRESS REDACTED

JOSEPH BORELLI
ADDRESS REDACTED

JOSEPH BOYD
ADDRESS REDACTED

JOSEPH BROWN
ADDRESS REDACTED

JOSEPH BUONINFANTE JOHN BUONINFANTE
ADDRESS REDACTED

JOSEPH CAMACHO
ADDRESS REDACTED

JOSEPH CAMPBELL
ADDRESS REDACTED

JOSEPH CARAS
ADDRESS REDACTED

JOSEPH CARRANCHO
ADDRESS REDACTED

JOSEPH CARROLL
ADDRESS REDACTED

JOSEPH CLARK
ADDRESS REDACTED

JOSEPH COHEN
ADDRESS REDACTED

JOSEPH COSENTINO
ADDRESS REDACTED

JOSEPH CUNNINGHAM
ADDRESS REDACTED

JOSEPH D. SCHLATTER
ADDRESS REDACTED

JOSEPH DORIN
ADDRESS REDACTED

JOSEPH E. ARELLANO
ADDRESS REDACTED

JOSEPH ENDERSON
ADDRESS REDACTED

JOSEPH FEE
ADDRESS REDACTED

JOSEPH FEE
ADDRESS REDACTED

JOSEPH FORDYCE
ADDRESS REDACTED

JOSEPH FUSARO
ADDRESS REDACTED

| | | |
|---|---|---|
| JOSEPH GARDNER<br>ADDRESS REDACTED | JOSEPH GRYZENIA<br>ADDRESS REDACTED | JOSEPH GUARINO<br>ADDRESS REDACTED |
| JOSEPH GURGANIOUS<br>ADDRESS REDACTED | JOSEPH H ENGBECK<br>ADDRESS REDACTED | JOSEPH HARRINGTON<br>ADDRESS REDACTED |
| JOSEPH HODGSON<br>ADDRESS REDACTED | JOSEPH IPPOLITO<br>ADDRESS REDACTED | JOSEPH ISQUIERDO<br>ADDRESS REDACTED |
| JOSEPH J RYAN BEVERLY M RYAN<br>ADDRESS REDACTED | JOSEPH J. GERST<br>ADDRESS REDACTED | JOSEPH JASPER<br>ADDRESS REDACTED |
| JOSEPH JOHNSTON<br>ADDRESS REDACTED | JOSEPH KALASH<br>ADDRESS REDACTED | JOSEPH KAVALAM<br>ADDRESS REDACTED |
| JOSEPH KELLOGG<br>ADDRESS REDACTED | JOSEPH KONG<br>ADDRESS REDACTED | JOSEPH LEE   JR<br>ADDRESS REDACTED |
| JOSEPH LOWE<br>ADDRESS REDACTED | JOSEPH MADDALENA<br>ADDRESS REDACTED | JOSEPH MADRIGALLI<br>ADDRESS REDACTED |
| JOSEPH MARI<br>ADDRESS REDACTED | JOSEPH MARINO<br>ADDRESS REDACTED | JOSEPH MCCABE<br>ADDRESS REDACTED |
| JOSEPH MCFEELEY<br>ADDRESS REDACTED | JOSEPH MCILVAIN<br>ADDRESS REDACTED | JOSEPH MCNULTY<br>ADDRESS REDACTED |
| JOSEPH MEYER<br>ADDRESS REDACTED | JOSEPH MONTOYA<br>ADDRESS REDACTED | JOSEPH MORRIS<br>ADDRESS REDACTED |
| JOSEPH MUSA<br>ADDRESS REDACTED | JOSEPH N PENNER<br>ADDRESS REDACTED | JOSEPH NICKLYN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JOSEPH NOWAK<br>ADDRESS REDACTED | JOSEPH OLEXION<br>ADDRESS REDACTED | JOSEPH PANG<br>ADDRESS REDACTED |
| JOSEPH PESTANO<br>ADDRESS REDACTED | JOSEPH R CEPLUCH MICHELLE CEPLUCH<br>ADDRESS REDACTED | JOSEPH R. RUFFINO<br>ADDRESS REDACTED |
| JOSEPH RATCHKO<br>ADDRESS REDACTED | JOSEPH RIORDAN<br>ADDRESS REDACTED | JOSEPH ROSA<br>ADDRESS REDACTED |
| JOSEPH ROZA<br>ADDRESS REDACTED | JOSEPH RUTIGLIANO<br>ADDRESS REDACTED | JOSEPH S MORENO<br>ADDRESS REDACTED |
| JOSEPH SAMOYLAVICH<br>ADDRESS REDACTED | JOSEPH SEYBERT<br>ADDRESS REDACTED | JOSEPH SHELEMET<br>ADDRESS REDACTED |
| JOSEPH SIEV<br>ADDRESS REDACTED | JOSEPH SILMARO<br>ADDRESS REDACTED | JOSEPH STANLEY<br>ADDRESS REDACTED |
| JOSEPH SUMILAS<br>ADDRESS REDACTED | JOSEPH T ADORNO<br>ADDRESS REDACTED | JOSEPH VILCHE<br>ADDRESS REDACTED |
| JOSEPH VU<br>ADDRESS REDACTED | JOSEPH W PRIESS<br>ADDRESS REDACTED | JOSEPH WILFONG<br>ADDRESS REDACTED |
| JOSEPH WILLIANGHAN<br>ADDRESS REDACTED | JOSEPH ZAITOUNA<br>ADDRESS REDACTED | JOSEPHINE BAIDE<br>ADDRESS REDACTED |
| JOSEPHINE ICBAN<br>ADDRESS REDACTED | JOSEPHINE MINOR<br>ADDRESS REDACTED | JOSEPHINE OGILVIE<br>ADDRESS REDACTED |
| JOSESINA KIMMEL<br>ADDRESS REDACTED | JOSH KORDING<br>ADDRESS REDACTED | JOSH LUCAS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOSH SABO<br>ADDRESS REDACTED | JOSHUA ALVIAR<br>ADDRESS REDACTED | JOSHUA BREAK<br>ADDRESS REDACTED |
| JOSHUA MOQUIN<br>ADDRESS REDACTED | JOSHUA TILTON JEFFREY HEISER<br>ADDRESS REDACTED | JOSIAH LEWIS<br>ADDRESS REDACTED |
| JOSIE GUERRERO<br>ADDRESS REDACTED | JOSIE MCFARLANE<br>ADDRESS REDACTED | JOSIE MELENDREV<br>ADDRESS REDACTED |
| JOSIE MEYER<br>ADDRESS REDACTED | JOVANN DAWOOD-MIHALIAN<br>ADDRESS REDACTED | JOVANN MIHILAN<br>ADDRESS REDACTED |
| JOVEN DALMAN<br>ADDRESS REDACTED | JOVICO LOPEZ<br>ADDRESS REDACTED | JOVITA DELGAGO<br>ADDRESS REDACTED |
| JOY COX<br>ADDRESS REDACTED | JOY ESTES<br>ADDRESS REDACTED | JOY GOPAL MOHANTY<br>ADDRESS REDACTED |
| JOY NIEMEYER<br>ADDRESS REDACTED | JOY RAGON<br>ADDRESS REDACTED | JOYCE A. BIRD<br>ADDRESS REDACTED |
| JOYCE ANN BLACK<br>ADDRESS REDACTED | JOYCE BLOUIN<br>ADDRESS REDACTED | JOYCE BOISSIERE<br>ADDRESS REDACTED |
| JOYCE BOULLET<br>ADDRESS REDACTED | JOYCE EVANS<br>ADDRESS REDACTED | JOYCE FENWICK<br>ADDRESS REDACTED |
| JOYCE FENWICK<br>ADDRESS REDACTED | JOYCE FENWICK<br>ADDRESS REDACTED | JOYCE FREILING<br>ADDRESS REDACTED |
| JOYCE LACEY<br>ADDRESS REDACTED | JOYCE LAWS<br>ADDRESS REDACTED | JOYCE MAY FOWLER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JOYCE MILLER<br>ADDRESS REDACTED | JOYCE ROBEY<br>ADDRESS REDACTED | JOYCE ROY<br>ADDRESS REDACTED |
| JOYCE SANGSTER<br>ADDRESS REDACTED | JOYCE SEARS<br>ADDRESS REDACTED | JOYCE SPICER<br>ADDRESS REDACTED |
| JOYCE TARKIEWICZ<br>ADDRESS REDACTED | JOYLYN MENDOZA-MIRANDA<br>ADDRESS REDACTED | JOZEF LISZKA<br>ADDRESS REDACTED |
| JR KOZEL<br>ADDRESS REDACTED | JRACIELA CEJA<br>ADDRESS REDACTED | JUAN A GONZALEZ<br>ADDRESS REDACTED |
| JUAN A. GARCIA<br>ADDRESS REDACTED | JUAN ANTONIO CARRILLO<br>ADDRESS REDACTED | JUAN BAEZ<br>ADDRESS REDACTED |
| JUAN BERROSPE<br>ADDRESS REDACTED | JUAN C REYNOSO<br>ADDRESS REDACTED | JUAN C RODRIGUEZ<br>ADDRESS REDACTED |
| JUAN C VILLARREAL<br>ADDRESS REDACTED | JUAN C. CRUZ<br>ADDRESS REDACTED | JUAN CALDERON<br>ADDRESS REDACTED |
| JUAN CAMPOS<br>ADDRESS REDACTED | JUAN CARLOS CEJA<br>ADDRESS REDACTED | JUAN CARLOS MORN<br>ADDRESS REDACTED |
| JUAN CHEONG<br>ADDRESS REDACTED | JUAN CODAR<br>ADDRESS REDACTED | JUAN COVARRUBIAN<br>ADDRESS REDACTED |
| JUAN CRUZ<br>ADDRESS REDACTED | JUAN DE LA CRUZ<br>ADDRESS REDACTED | JUAN DELCID<br>ADDRESS REDACTED |
| JUAN FERNANDEZ EVA FERNADEZ<br>ADDRESS REDACTED | JUAN FLORES<br>ADDRESS REDACTED | JUAN FLORES<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JUAN FLORES<br>ADDRESS REDACTED | JUAN GALLEGOS<br>ADDRESS REDACTED | JUAN GARCIA<br>ADDRESS REDACTED |
| JUAN GARCIA<br>ADDRESS REDACTED | JUAN GARCIA<br>ADDRESS REDACTED | JUAN GONZALEZ<br>ADDRESS REDACTED |
| JUAN GONZALEZ<br>ADDRESS REDACTED | JUAN GONZALEZ<br>ADDRESS REDACTED | JUAN GONZLAEZ<br>ADDRESS REDACTED |
| JUAN HERNANDEZ<br>ADDRESS REDACTED | JUAN IXPATAC<br>ADDRESS REDACTED | JUAN JACOME<br>ADDRESS REDACTED |
| JUAN JIMENEZ<br>ADDRESS REDACTED | JUAN L NAVARRO<br>ADDRESS REDACTED | JUAN LEON<br>ADDRESS REDACTED |
| JUAN LOPEZ<br>ADDRESS REDACTED | JUAN LOPEZ<br>ADDRESS REDACTED | JUAN LOZA<br>ADDRESS REDACTED |
| JUAN LUGO<br>ADDRESS REDACTED | JUAN M LOPEZ<br>ADDRESS REDACTED | JUAN M SANCHEZ<br>ADDRESS REDACTED |
| JUAN M. ARAGON, MARIA CAMPOS<br>ADDRESS REDACTED | JUAN MANUEL CERVANTES<br>ADDRESS REDACTED | JUAN MANUEL GUIZAR' & JAMELI PIEDRA<br>ADDRESS REDACTED |
| JUAN MANUEL IBARRA<br>ADDRESS REDACTED | JUAN MENDOZA<br>ADDRESS REDACTED | JUAN MENDOZA<br>ADDRESS REDACTED |
| JUAN MEXICANO<br>ADDRESS REDACTED | JUAN MORANDO<br>ADDRESS REDACTED | JUAN MORENO<br>ADDRESS REDACTED |
| JUAN MORENO<br>ADDRESS REDACTED | JUAN NEGRON<br>ADDRESS REDACTED | JUAN O GUTIERREZ<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JUAN OCHOA<br>ADDRESS REDACTED | JUAN OLADUE<br>ADDRESS REDACTED | JUAN ORTIZ<br>ADDRESS REDACTED |
| JUAN ORTIZ<br>ADDRESS REDACTED | JUAN PENA<br>ADDRESS REDACTED | JUAN PEREZ<br>ADDRESS REDACTED |
| JUAN PIMENTEL<br>ADDRESS REDACTED | JUAN PINETO<br>ADDRESS REDACTED | JUAN POLITRON<br>ADDRESS REDACTED |
| JUAN PONCE<br>ADDRESS REDACTED | JUAN QUINONEZ<br>ADDRESS REDACTED | JUAN R MENDEZ<br>ADDRESS REDACTED |
| JUAN RAMAZZINI<br>ADDRESS REDACTED | JUAN RAMIREZ<br>ADDRESS REDACTED | JUAN REYES<br>ADDRESS REDACTED |
| JUAN REYNA<br>ADDRESS REDACTED | JUAN RODGERS<br>ADDRESS REDACTED | JUAN RODRIGUEZ<br>ADDRESS REDACTED |
| JUAN RODRIGUEZ<br>ADDRESS REDACTED | JUAN ROIGUEZ<br>ADDRESS REDACTED | JUAN S. DELACRUZ<br>ADDRESS REDACTED |
| JUAN SARMIENTO<br>ADDRESS REDACTED | JUAN TEJADA<br>ADDRESS REDACTED | JUAN VARELA<br>ADDRESS REDACTED |
| JUAN VIELMAS<br>ADDRESS REDACTED | JUAN ZEPEDA<br>ADDRESS REDACTED | JUANA ABUNDIZ<br>ADDRESS REDACTED |
| JUANA ANDRADE<br>ADDRESS REDACTED | JUANA ARIAS<br>ADDRESS REDACTED | JUANA M NAVA, EDGAR NAVA<br>ADDRESS REDACTED |
| JUANA PEREZ<br>ADDRESS REDACTED | JUANA SANCHEZ<br>ADDRESS REDACTED | JUANA ZENDEJADA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JUANITA CALDWELL<br>ADDRESS REDACTED | JUANITA CARMONA<br>ADDRESS REDACTED | JUANITA DANIEL<br>ADDRESS REDACTED |
| JUANITA DUGGER<br>ADDRESS REDACTED | JUANITA FRANKLIN<br>ADDRESS REDACTED | JUANITA L BOPP<br>ADDRESS REDACTED |
| JUANITA SILLS<br>ADDRESS REDACTED | JUANITA STARKE<br>ADDRESS REDACTED | JUANITA VELA<br>ADDRESS REDACTED |
| JUANNA DELGADO<br>ADDRESS REDACTED | JUDD BRACKETT<br>ADDRESS REDACTED | JUDI HANNA<br>ADDRESS REDACTED |
| JUDITH AHUMADA<br>ADDRESS REDACTED | JUDITH DORAN<br>ADDRESS REDACTED | JUDITH HANSEN<br>ADDRESS REDACTED |
| JUDITH JONES<br>ADDRESS REDACTED | JUDITH K. BURCH<br>ADDRESS REDACTED | JUDITH KEENAN<br>ADDRESS REDACTED |
| JUDITH LOUZAN<br>ADDRESS REDACTED | JUDITH MALDONADO CABRAL, JORGE CALDER<br>ADDRESS REDACTED | JUDITH NUNLEY<br>ADDRESS REDACTED |
| JUDITH REYNOLDS<br>ADDRESS REDACTED | JUDITH SNOOT<br>ADDRESS REDACTED | JUDITH STRASSNER<br>ADDRESS REDACTED |
| JUDITH SZABO<br>ADDRESS REDACTED | JUDITH TUBBS<br>ADDRESS REDACTED | JUDITH TUBBS<br>ADDRESS REDACTED |
| JUDSON WOODWARD<br>ADDRESS REDACTED | JUDY  MCKULA<br>ADDRESS REDACTED | JUDY A. LUCERO<br>ADDRESS REDACTED |
| JUDY ALFARO<br>ADDRESS REDACTED | JUDY BERNETHY<br>ADDRESS REDACTED | JUDY CHUONG<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JUDY ELIZARRARAZ<br>ADDRESS REDACTED | JUDY GOULET<br>ADDRESS REDACTED | JUDY GOULET<br>ADDRESS REDACTED |
| JUDY GRIFFITH<br>ADDRESS REDACTED | JUDY HIEB<br>ADDRESS REDACTED | JUDY IRWIN<br>ADDRESS REDACTED |
| JUDY LAMBERT-TAYLOR<br>ADDRESS REDACTED | JUDY M. MARING<br>ADDRESS REDACTED | JUDY MIOTKE<br>ADDRESS REDACTED |
| JUDY NABAVIAN<br>ADDRESS REDACTED | JUDY RIVERA<br>ADDRESS REDACTED | JUDY RYAN<br>ADDRESS REDACTED |
| JUDY SHARP<br>ADDRESS REDACTED | JUDY SINGER<br>ADDRESS REDACTED | JUDY VOBROUCEK<br>ADDRESS REDACTED |
| JUDY WEBER<br>ADDRESS REDACTED | JUDY WILSON<br>ADDRESS REDACTED | JUDY WOLLAM<br>ADDRESS REDACTED |
| JUEL RICE<br>ADDRESS REDACTED | JUERGEN HENSEL<br>ADDRESS REDACTED | JUH SON<br>ADDRESS REDACTED |
| JUHYO LEE<br>ADDRESS REDACTED | JULIA ANNICCHIARICO<br>ADDRESS REDACTED | JULIA COLES<br>ADDRESS REDACTED |
| JULIA ESQUIVEL<br>ADDRESS REDACTED | JULIA HARDY<br>ADDRESS REDACTED | JULIA KURATLI<br>ADDRESS REDACTED |
| JULIA M PEARCE<br>ADDRESS REDACTED | JULIA MAXEY<br>ADDRESS REDACTED | JULIA MEGAN BURGESS<br>ADDRESS REDACTED |
| JULIA MOOIS<br>ADDRESS REDACTED | JULIA MORIS<br>ADDRESS REDACTED | JULIA NDUMU<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| JULIA RIVERA<br>ADDRESS REDACTED | JULIA RODRIGUEZ<br>ADDRESS REDACTED | JULIA SHENG<br>ADDRESS REDACTED |
| JULIA VERSARI<br>ADDRESS REDACTED | JULIAN BELLANY<br>ADDRESS REDACTED | JULIAN CRUZ<br>ADDRESS REDACTED |
| JULIAN FLORENCIO<br>ADDRESS REDACTED | JULIAN GUERREO<br>ADDRESS REDACTED | JULIAN GUTIERREZ<br>ADDRESS REDACTED |
| JULIAN HERNANDEZ<br>ADDRESS REDACTED | JULIAN MAHONEY<br>ADDRESS REDACTED | JULIAN PADILLA<br>ADDRESS REDACTED |
| JULIANA GOMEZ<br>ADDRESS REDACTED | JULIANA SIMMONS KOPEC<br>ADDRESS REDACTED | JULIE A VAZ<br>ADDRESS REDACTED |
| JULIE ACOSTA<br>ADDRESS REDACTED | JULIE ALGER<br>ADDRESS REDACTED | JULIE BARHITTE<br>ADDRESS REDACTED |
| JULIE CERVANTEZ<br>ADDRESS REDACTED | JULIE DALLI<br>ADDRESS REDACTED | JULIE DINKEL<br>ADDRESS REDACTED |
| JULIE E SMITH<br>ADDRESS REDACTED | JULIE ECKMAN<br>ADDRESS REDACTED | JULIE HERRERA<br>ADDRESS REDACTED |
| JULIE HICKEY<br>ADDRESS REDACTED | JULIE KOURY<br>ADDRESS REDACTED | JULIE MCALLISTER<br>ADDRESS REDACTED |
| JULIE MEISSNER<br>ADDRESS REDACTED | JULIE RAIN COSIMANO<br>ADDRESS REDACTED | JULIE RICHARDS<br>ADDRESS REDACTED |
| JULIE SAINT<br>ADDRESS REDACTED | JULIE SANTOYO<br>ADDRESS REDACTED | JULIE SHEFFIELD<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| JULIE TOZI<br>ADDRESS REDACTED | JULIE TRAYLOR<br>ADDRESS REDACTED | JULIE VIDAD<br>ADDRESS REDACTED |
| JULIE WENDZIK<br>ADDRESS REDACTED | JULIEN CHICOINE<br>ADDRESS REDACTED | JULIET KIRKHAM<br>ADDRESS REDACTED |
| JULIET PORTILLO<br>ADDRESS REDACTED | JULIO AGUILERA<br>ADDRESS REDACTED | JULIO GUTIERREZ<br>ADDRESS REDACTED |
| JULIO HERNANDEZ<br>ADDRESS REDACTED | JULIO LINARES<br>ADDRESS REDACTED | JULIO LOVO<br>ADDRESS REDACTED |
| JULIO NARVAEZ<br>ADDRESS REDACTED | JULIO POT<br>ADDRESS REDACTED | JULIO RUIZ<br>ADDRESS REDACTED |
| JULIO SIRIN<br>ADDRESS REDACTED | JULIUS KIM<br>ADDRESS REDACTED | JULIUS NATOINE<br>ADDRESS REDACTED |
| JULIUS PASCHAL<br>ADDRESS REDACTED | JUMAANE MAKALANI<br>ADDRESS REDACTED | JUN  KIM<br>ADDRESS REDACTED |
| JUN YU<br>ADDRESS REDACTED | JUNE BUCHANAN<br>ADDRESS REDACTED | JUNE CARUSO<br>ADDRESS REDACTED |
| JUNE GOTELLI<br>ADDRESS REDACTED | JUNE M ZINS<br>ADDRESS REDACTED | JUNE MABERRY<br>ADDRESS REDACTED |
| JUNE PETERSON<br>ADDRESS REDACTED | JUNE TROUT<br>ADDRESS REDACTED | JUNE WHEELER<br>ADDRESS REDACTED |
| JUNJIE DING<br>ADDRESS REDACTED | JURTRIT SINGN GILL<br>ADDRESS REDACTED | JUSHUA LANG<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| JUSTIN AKLONG<br>ADDRESS REDACTED | JUSTIN BRACKETT<br>ADDRESS REDACTED | JUSTIN CASEY<br>ADDRESS REDACTED |
| JUSTIN DOSS<br>ADDRESS REDACTED | JUSTIN GONSALVES<br>ADDRESS REDACTED | JUSTIN LAMTKA<br>ADDRESS REDACTED |
| JUSTIN LEE<br>ADDRESS REDACTED | JUSTIN NORTHCUTT<br>ADDRESS REDACTED | JUSTIN REAUME<br>ADDRESS REDACTED |
| JUSTIN SMITH<br>ADDRESS REDACTED | JUSTINA M SNYDER<br>ADDRESS REDACTED | JUTIAN QI<br>ADDRESS REDACTED |
| JUVENAL GALINDL<br>ADDRESS REDACTED | JUVENAL JUAREZ<br>ADDRESS REDACTED | JUVENPINO OSEGUERA<br>ADDRESS REDACTED |
| JUVENTINA SANDOVAL<br>ADDRESS REDACTED | K NISHIOKA<br>ADDRESS REDACTED | K OLVERA<br>ADDRESS REDACTED |
| K. DALE ELTRINGHAM<br>ADDRESS REDACTED | K. E. ASHLEY<br>ADDRESS REDACTED | K.Y PHAN<br>ADDRESS REDACTED |
| KADIATU CONTEH<br>ADDRESS REDACTED | KAE KINGMA<br>ADDRESS REDACTED | KAE SAEFONG<br>ADDRESS REDACTED |
| KAIRA S JACKSON<br>ADDRESS REDACTED | KAISER SHAHID<br>ADDRESS REDACTED | KAL HANAJAWA<br>ADDRESS REDACTED |
| KAL HANNAWA<br>ADDRESS REDACTED | KAL HANNAWA<br>ADDRESS REDACTED | KALLYE CRANE<br>ADDRESS REDACTED |
| KAM LAU<br>ADDRESS REDACTED | KAMAL PURI<br>ADDRESS REDACTED | KAMALJIT BHACHOO<br>ADDRESS REDACTED |

KAMALJIT SINGH
ADDRESS REDACTED

KAMIL SAIED
ADDRESS REDACTED

KAMLESH KUMARI
ADDRESS REDACTED

KAMLESH PATEL
ADDRESS REDACTED

KAMLESH TAPEL
ADDRESS REDACTED

KAMYAR ZANGENEH
ADDRESS REDACTED

KANESHIA D. OMALLEY
ADDRESS REDACTED

KARAMJIT GILL
ADDRESS REDACTED

KARAN KHANNA
ADDRESS REDACTED

KARANJEET KAUR-GILL
ADDRESS REDACTED

KAREN   CIRIELLO
ADDRESS REDACTED

KAREN A. SPEGAR
ADDRESS REDACTED

KAREN ARNPRIESTER
ADDRESS REDACTED

KAREN BINDER
ADDRESS REDACTED

KAREN BLACK
ADDRESS REDACTED

KAREN BLANKE-PAU
ADDRESS REDACTED

KAREN BROWN
ADDRESS REDACTED

KAREN BUCHANAN
ADDRESS REDACTED

KAREN COOPER
ADDRESS REDACTED

KAREN CORNETT
ADDRESS REDACTED

KAREN CRUZ
ADDRESS REDACTED

KAREN DELACUESTA
ADDRESS REDACTED

KAREN E BOWMAN
ADDRESS REDACTED

KAREN E TAVARES
ADDRESS REDACTED

KAREN ENRIQUEZ
ADDRESS REDACTED

KAREN EVENDEN
ADDRESS REDACTED

KAREN GARCIA
ADDRESS REDACTED

KAREN GOODE
ADDRESS REDACTED

KAREN GRAHAM
ADDRESS REDACTED

KAREN GUARDADO
ADDRESS REDACTED

KAREN HARLEY
ADDRESS REDACTED

KAREN HELMANDOLLAR
ADDRESS REDACTED

KAREN HONKALA
ADDRESS REDACTED

| KAREN HOOKER | KAREN HOUK | KAREN HOWARD |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN HUTZ | KAREN JONES | KAREN KNOX |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN L BRYANT | KAREN L WEBB | KAREN MARSHALL |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN MASSO | KAREN MEDINA | KAREN MOORE |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN NUCCIO | KAREN OHLRICH | KAREN OLSEN |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN RAINONE | KAREN ROMER | KAREN SAKAI |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN SCOTT | KAREN SCOTT | KAREN SMALL |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN SPRESSERT | KAREN TROXEL | KAREN VARGAS |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KAREN WATERHOUSE | KAREN WOLLSE | KARENZA HATFIELD |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KARI D  MORTENSON | KARI MIYATAKE | KARIN BUCH |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |
| | | |
| KARIN RICHEY | KARINA CERVANTEF | KARINA MARROQUIN |
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| | | |
|---|---|---|
| KARINA ROMO<br>ADDRESS REDACTED | KARINA SETULVEDA<br>ADDRESS REDACTED | KARL H KAEHLER<br>ADDRESS REDACTED |
| KARL HAMBERG<br>ADDRESS REDACTED | KARL ROSS<br>ADDRESS REDACTED | KARL VOLB<br>ADDRESS REDACTED |
| KARLA  SPIVEY<br>ADDRESS REDACTED | KARLA BRIJIL<br>ADDRESS REDACTED | KARLA MARTIN<br>ADDRESS REDACTED |
| KARMA L HANSON<br>ADDRESS REDACTED | KAROL GORSKE<br>ADDRESS REDACTED | KAROL TURNER<br>ADDRESS REDACTED |
| KARRIE LAMAR<br>ADDRESS REDACTED | KARYN BOURQUE<br>ADDRESS REDACTED | KARYN ROMERO<br>ADDRESS REDACTED |
| KASHMIR SINGH<br>ADDRESS REDACTED | KASSHA ST. JEAN<br>ADDRESS REDACTED | KATE  WILLIAMS<br>ADDRESS REDACTED |
| KATE CHIEMINGO<br>ADDRESS REDACTED | KATE HABER<br>ADDRESS REDACTED | KATE JENNINGS<br>ADDRESS REDACTED |
| KATE KERINS<br>ADDRESS REDACTED | KATE SUMPTER<br>ADDRESS REDACTED | KATELYN BUNNELL<br>ADDRESS REDACTED |
| KATERINA DOLIDZE<br>ADDRESS REDACTED | KATHERAN S ALTON<br>ADDRESS REDACTED | KATHERINE  GHIRARDUZZI<br>ADDRESS REDACTED |
| KATHERINE CHAND<br>ADDRESS REDACTED | KATHERINE D TATUM<br>ADDRESS REDACTED | KATHERINE FPARROW<br>ADDRESS REDACTED |
| KATHERINE GREENBURG<br>ADDRESS REDACTED | KATHERINE HOSPENTHAL<br>ADDRESS REDACTED | KATHERINE JIMESON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| KATHERINE KLEINBERG<br>ADDRESS REDACTED | KATHERINE LAMAR<br>ADDRESS REDACTED | KATHERINE MCFARLANE<br>ADDRESS REDACTED |
| KATHERINE MORIN<br>ADDRESS REDACTED | KATHERINE PHEISEN-MAUSER<br>ADDRESS REDACTED | KATHERINE SPILLER<br>ADDRESS REDACTED |
| KATHERINE WICKEMEYER<br>ADDRESS REDACTED | KATHI CORONABO<br>ADDRESS REDACTED | KATHLEEN & SCOTT  VONHOF<br>ADDRESS REDACTED |
| KATHLEEN A KIMBER<br>ADDRESS REDACTED | KATHLEEN BASHAW<br>ADDRESS REDACTED | KATHLEEN BENNETT<br>ADDRESS REDACTED |
| KATHLEEN BOYLE<br>ADDRESS REDACTED | KATHLEEN CONRAD<br>ADDRESS REDACTED | KATHLEEN CROSWELL<br>ADDRESS REDACTED |
| KATHLEEN DEVONSHIRE<br>ADDRESS REDACTED | KATHLEEN DIPIETRO<br>ADDRESS REDACTED | KATHLEEN DUNLAP<br>ADDRESS REDACTED |
| KATHLEEN DZUBUR<br>ADDRESS REDACTED | KATHLEEN FOX<br>ADDRESS REDACTED | KATHLEEN GARCIA<br>ADDRESS REDACTED |
| KATHLEEN HART<br>ADDRESS REDACTED | KATHLEEN JOHNSON<br>ADDRESS REDACTED | KATHLEEN LEUSCHEN<br>ADDRESS REDACTED |
| KATHLEEN LOFTUS<br>ADDRESS REDACTED | KATHLEEN MARTINEZ<br>ADDRESS REDACTED | KATHLEEN MARTYN<br>ADDRESS REDACTED |
| KATHLEEN MURPHY<br>ADDRESS REDACTED | KATHLEEN OEST<br>ADDRESS REDACTED | KATHLEEN RINGLER<br>ADDRESS REDACTED |
| KATHLEEN ROCHE<br>ADDRESS REDACTED | KATHLEEN WERNER<br>ADDRESS REDACTED | KATHRYN JUNEAU<br>ADDRESS REDACTED |

KATHRYN NUNES
ADDRESS REDACTED

KATHRYN ONEIL
ADDRESS REDACTED

KATHRYN WHITEHOUSE
ADDRESS REDACTED

KATHRYNE PREEO
ADDRESS REDACTED

KATHY  BARR
ADDRESS REDACTED

KATHY  BROWNLEE
ADDRESS REDACTED

KATHY  GALVIN
ADDRESS REDACTED

KATHY  GALVIN
ADDRESS REDACTED

KATHY BARR
ADDRESS REDACTED

KATHY BURNS
ADDRESS REDACTED

KATHY FRANK
ADDRESS REDACTED

KATHY HODGINS-JENTILE,SAM JENTILE
ADDRESS REDACTED

KATHY KLEIN
ADDRESS REDACTED

KATHY L RUSSO
ADDRESS REDACTED

KATHY SEENEY
ADDRESS REDACTED

KATHY T. BAKH
ADDRESS REDACTED

KATHY VITO
ADDRESS REDACTED

KATHY ZITANI
ADDRESS REDACTED

KATIE STEIMAN
ADDRESS REDACTED

KATIE WILSON
ADDRESS REDACTED

KATIE WITZIG
ADDRESS REDACTED

KATINA ROBINSON
ADDRESS REDACTED

KATRINA CALANTAS
ADDRESS REDACTED

KAWANG YEUNG
ADDRESS REDACTED

KAY MAYEDA
ADDRESS REDACTED

KAY MIU CHAN
ADDRESS REDACTED

KAZ MATSUURA
ADDRESS REDACTED

KEA COMPSTON
ADDRESS REDACTED

KECIA EVANS
ADDRESS REDACTED

KEELY CORTEZ
ADDRESS REDACTED

KEESHA MCLEN
ADDRESS REDACTED

KEITA JONES
ADDRESS REDACTED

KEITH  TILLMAN
ADDRESS REDACTED

| | | |
|---|---|---|
| KEITH ANDRE HILLIARD<br>ADDRESS REDACTED | KEITH BROWNLEE<br>ADDRESS REDACTED | KEITH DEVEY<br>ADDRESS REDACTED |
| KEITH MELAAS<br>ADDRESS REDACTED | KEITH PORTER<br>ADDRESS REDACTED | KEITH REARDON<br>ADDRESS REDACTED |
| KEITH RHINES<br>ADDRESS REDACTED | KELLEY EMERSON<br>ADDRESS REDACTED | KELLEY MANSFIELD<br>ADDRESS REDACTED |
| KELLEY MATTICE<br>ADDRESS REDACTED | KELLEY ROBINSON<br>ADDRESS REDACTED | KELLI FULTON<br>ADDRESS REDACTED |
| KELLI PARNALL<br>ADDRESS REDACTED | KELLY AND HENRY FETTERHOFF<br>ADDRESS REDACTED | KELLY BORREGO<br>ADDRESS REDACTED |
| KELLY DORNBUSH<br>ADDRESS REDACTED | KELLY ENGELHART<br>ADDRESS REDACTED | KELLY HUNTER<br>ADDRESS REDACTED |
| KELLY JOHNSON<br>ADDRESS REDACTED | KELLY KILEOW<br>ADDRESS REDACTED | KELLY M VANDERPOOL<br>ADDRESS REDACTED |
| KELLY MURRAY<br>ADDRESS REDACTED | KELLY PHILLIPS<br>ADDRESS REDACTED | KELLY QUALLS<br>ADDRESS REDACTED |
| KELLY RIELLA<br>ADDRESS REDACTED | KELLY RUPPERT<br>ADDRESS REDACTED | KELLY SCHUITEMAN<br>ADDRESS REDACTED |
| KELLY STEVENSON<br>ADDRESS REDACTED | KELLY YOELIN<br>ADDRESS REDACTED | KELVIN WILSON<br>ADDRESS REDACTED |
| KEN ALLIGIER<br>ADDRESS REDACTED | KEN AUYEUNG<br>ADDRESS REDACTED | KEN CAREY<br>ADDRESS REDACTED |

KEN CARR
ADDRESS REDACTED

KEN CARR
ADDRESS REDACTED

KEN DYER
ADDRESS REDACTED

KEN GLASS
ADDRESS REDACTED

KEN GOODMAN
ADDRESS REDACTED

KEN GROSS
ADDRESS REDACTED

KEN HAZLETT
ADDRESS REDACTED

KEN HELIE
ADDRESS REDACTED

KEN HOCHSTEIN
ADDRESS REDACTED

KEN HORAK
ADDRESS REDACTED

KEN JONES
ADDRESS REDACTED

KEN MEADS
ADDRESS REDACTED

KEN SCHNEEBELI & IRENE SMITH
ADDRESS REDACTED

KEN SMITH
ADDRESS REDACTED

KEN YANG
ADDRESS REDACTED

KENICHI FUJII
ADDRESS REDACTED

KENITH MARSH
ADDRESS REDACTED

KENNARD BUTLER
ADDRESS REDACTED

KENNEDY RICHARD
ADDRESS REDACTED

KENNETH BERGSTRESSER
ADDRESS REDACTED

KENNETH BESSLER
ADDRESS REDACTED

KENNETH BISHOP
ADDRESS REDACTED

KENNETH BRACKENS
ADDRESS REDACTED

KENNETH BROWN
ADDRESS REDACTED

KENNETH C GRAHAM
ADDRESS REDACTED

KENNETH CHRISTIAN
ADDRESS REDACTED

KENNETH D. ALEXANDER
ADDRESS REDACTED

KENNETH DORSEY
ADDRESS REDACTED

KENNETH E BOLING
ADDRESS REDACTED

KENNETH F KLEE
ADDRESS REDACTED

KENNETH FORE
ADDRESS REDACTED

KENNETH GRIFFITHS
ADDRESS REDACTED

KENNETH GRUBE
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| KENNETH HALE<br>ADDRESS REDACTED | KENNETH HENSLEY<br>ADDRESS REDACTED | KENNETH J MORSE<br>ADDRESS REDACTED |
| KENNETH K. PAKEDA<br>ADDRESS REDACTED | KENNETH KARLEY<br>ADDRESS REDACTED | KENNETH L CAWLEY<br>ADDRESS REDACTED |
| KENNETH L. RADER<br>ADDRESS REDACTED | KENNETH L. TOWNES<br>ADDRESS REDACTED | KENNETH LEWIS<br>ADDRESS REDACTED |
| KENNETH MADONIA<br>ADDRESS REDACTED | KENNETH MUSKET<br>ADDRESS REDACTED | KENNETH MYHRA<br>ADDRESS REDACTED |
| KENNETH P HARVEY<br>ADDRESS REDACTED | KENNETH PETERS<br>ADDRESS REDACTED | KENNETH RANDOLPH<br>ADDRESS REDACTED |
| KENNETH RIMEK<br>ADDRESS REDACTED | KENNETH RONNINGEN<br>ADDRESS REDACTED | KENNETH SCHIMKE<br>ADDRESS REDACTED |
| KENNETH SCHOENE<br>ADDRESS REDACTED | KENNETH STRAKBEIN<br>ADDRESS REDACTED | KENNETH T HARES<br>ADDRESS REDACTED |
| KENNETH TRANT<br>ADDRESS REDACTED | KENNETH VARGAS<br>ADDRESS REDACTED | KENNETH WADE<br>ADDRESS REDACTED |
| KENNETH WESLEY<br>ADDRESS REDACTED | KENNETH WRIGHT<br>ADDRESS REDACTED | KENNY YIP<br>ADDRESS REDACTED |
| KENSI MARTINEZ<br>ADDRESS REDACTED | KENT  MILLER<br>ADDRESS REDACTED | KENT CANNEDY<br>ADDRESS REDACTED |
| KENT MILLER<br>ADDRESS REDACTED | KENT MILLER<br>ADDRESS REDACTED | KENT RICHTER<br>ADDRESS REDACTED |

KENT SMITH
ADDRESS REDACTED

KENT WELSH
ADDRESS REDACTED

KENYSON DAVIS
ADDRESS REDACTED

KEREN SAFTY
ADDRESS REDACTED

KEREN WEISS
ADDRESS REDACTED

KERI WENKER
ADDRESS REDACTED

KERRA  SPAETH
ADDRESS REDACTED

KERRI BURNETT
ADDRESS REDACTED

KERRI GUTIERREZ
ADDRESS REDACTED

KERRI L GRADY
ADDRESS REDACTED

KERRY BLEDSOE
ADDRESS REDACTED

KERRY ESPOSITO
ADDRESS REDACTED

KESAR THEPA
ADDRESS REDACTED

KESHA MITCHEL
ADDRESS REDACTED

KETAN MEHTA
ADDRESS REDACTED

KETAN MEHTA
ADDRESS REDACTED

KETAN MEHTA
ADDRESS REDACTED

KETAN MEHTA
ADDRESS REDACTED

KETAN MEHTA
ADDRESS REDACTED

KEVIN  SMITH
ADDRESS REDACTED

KEVIN  SMITH
ADDRESS REDACTED

KEVIN & SARA SCHAEFER
ADDRESS REDACTED

KEVIN AMEN
ADDRESS REDACTED

KEVIN ANDRADE
ADDRESS REDACTED

KEVIN BLAIN
ADDRESS REDACTED

KEVIN C SAXTON
ADDRESS REDACTED

KEVIN CARLTON SR
ADDRESS REDACTED

KEVIN CHIN
ADDRESS REDACTED

KEVIN CLEWETT
ADDRESS REDACTED

KEVIN COOK
ADDRESS REDACTED

KEVIN FARIDA
ADDRESS REDACTED

KEVIN FREEMAN
ADDRESS REDACTED

KEVIN HENRY
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| KEVIN HOWARD PAYNE<br>ADDRESS REDACTED | KEVIN JOHNSON<br>ADDRESS REDACTED | KEVIN KENNEDY<br>ADDRESS REDACTED |
| KEVIN KROSKEY<br>ADDRESS REDACTED | KEVIN M. SOUZA<br>ADDRESS REDACTED | KEVIN MAKI<br>ADDRESS REDACTED |
| KEVIN MEARES, CHERYL MEARES<br>ADDRESS REDACTED | KEVIN MOORE<br>ADDRESS REDACTED | KEVIN MUSE<br>ADDRESS REDACTED |
| KEVIN OCONNOR<br>ADDRESS REDACTED | KEVIN ONEILL<br>ADDRESS REDACTED | KEVIN O'SULLIVAN<br>ADDRESS REDACTED |
| KEVIN POST<br>ADDRESS REDACTED | KEVIN RAYHILL<br>ADDRESS REDACTED | KEVIN SHEEHE<br>ADDRESS REDACTED |
| KEVIN SHIM<br>ADDRESS REDACTED | KEVIN STEWART<br>ADDRESS REDACTED | KEVIN STORMAN<br>ADDRESS REDACTED |
| KEVIN TAKEI<br>ADDRESS REDACTED | KEVIN TEUTSCHEL<br>ADDRESS REDACTED | KEVIN TREANOR<br>ADDRESS REDACTED |
| KEVIN TURNER<br>ADDRESS REDACTED | KEVIN VANVEVETEER<br>ADDRESS REDACTED | KEVIN VANVOLKIN BURG<br>ADDRESS REDACTED |
| KEVIN VAUGHAN<br>ADDRESS REDACTED | KEVIN WADE<br>ADDRESS REDACTED | KEVIN WALSH<br>ADDRESS REDACTED |
| KEWOL SINGH<br>ADDRESS REDACTED | KHADEEJA HABIB<br>ADDRESS REDACTED | KHAIRUN SHAH<br>ADDRESS REDACTED |
| KHALDOON HANNAWA<br>ADDRESS REDACTED | KHALED NAGL<br>ADDRESS REDACTED | KHALID KHARTAMI<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| KHALID MALIK<br>ADDRESS REDACTED | KHAMHIEU CHANCHACHK<br>ADDRESS REDACTED | KHAMSEE PHOUMEENAUONG<br>ADDRESS REDACTED |
| KHEANG TANG<br>ADDRESS REDACTED | KHITENDRA DAV'E<br>ADDRESS REDACTED | KHMLA KIMGKHAM<br>ADDRESS REDACTED |
| KHONE LATHIPANYA<br>ADDRESS REDACTED | KHORN IENG<br>ADDRESS REDACTED | KIAMARA LUDWIG<br>ADDRESS REDACTED |
| KIEL EATANIAN<br>ADDRESS REDACTED | KIENGEE PHAN<br>ADDRESS REDACTED | KIET LUU<br>ADDRESS REDACTED |
| KIEU LO<br>ADDRESS REDACTED | KIEU VO<br>ADDRESS REDACTED | KIKUE BRESSLER<br>ADDRESS REDACTED |
| KIM  MORRISON<br>ADDRESS REDACTED | KIM  MORRISON<br>ADDRESS REDACTED | KIM  MORRISON<br>ADDRESS REDACTED |
| KIM A P BRIDGES<br>ADDRESS REDACTED | KIM DU<br>ADDRESS REDACTED | KIM GARRIGAN<br>ADDRESS REDACTED |
| KIM MEYER<br>ADDRESS REDACTED | KIM MURRAY<br>ADDRESS REDACTED | KIM NICHOLS<br>ADDRESS REDACTED |
| KIM OLA TTHI LE<br>ADDRESS REDACTED | KIM PENNOCK<br>ADDRESS REDACTED | KIM RICHARDS<br>ADDRESS REDACTED |
| KIM ROUS<br>ADDRESS REDACTED | KIM SA<br>ADDRESS REDACTED | KIM WHEAT<br>ADDRESS REDACTED |
| KIMANH CAO<br>ADDRESS REDACTED | KIMANN DAN<br>ADDRESS REDACTED | KIMBERLEY ROMO<br>ADDRESS REDACTED |

KIMBERLEY ROMO
ADDRESS REDACTED

KIMBERLIE E. EVANS
ADDRESS REDACTED

KIMBERLLY CALLANAN
ADDRESS REDACTED

KIMBERLY DOUGLAS
ADDRESS REDACTED

KIMBERLY DUNN
ADDRESS REDACTED

KIMBERLY GARNER
ADDRESS REDACTED

KIMBERLY GUITERREZ
ADDRESS REDACTED

KIMBERLY HADLEY
ADDRESS REDACTED

KIMBERLY HARRIS
ADDRESS REDACTED

KIMBERLY MICHEELS
ADDRESS REDACTED

KIMBERLY MONTENEGRO
ADDRESS REDACTED

KIMBERLY MORTON
ADDRESS REDACTED

KIMBERLY OKA
ADDRESS REDACTED

KIMBERLY PADILLA
ADDRESS REDACTED

KIMBERLY PERKINS
ADDRESS REDACTED

KIMBERLY R BALLIN
ADDRESS REDACTED

KIMBERLY ROLAND
ADDRESS REDACTED

KIMBERLY ROMO
ADDRESS REDACTED

KIMBERLY ROMO
ADDRESS REDACTED

KIMIKO YOSHII
ADDRESS REDACTED

KINARA SOUNG
ADDRESS REDACTED

KINION WELCH
ADDRESS REDACTED

KIRITA JAKARIYA
ADDRESS REDACTED

KIRK DOUGHERTY CABIRIA DOUGHERTY
ADDRESS REDACTED

KIRK K. & KATHLEEN BORMAN
ADDRESS REDACTED

KIRK LAPINE
ADDRESS REDACTED

KIRK NERDIS
ADDRESS REDACTED

KIRK STEGMEYER
ADDRESS REDACTED

KIRK W BROWN
ADDRESS REDACTED

KIRSTEN CANTRERA
ADDRESS REDACTED

KIRSTEN RAMSAUR
ADDRESS REDACTED

KIYOSHI OKA
ADDRESS REDACTED

KK SIDHU
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| KK SIDHU<br>ADDRESS REDACTED | KOKOMENG KUAN<br>ADDRESS REDACTED | KON KO<br>ADDRESS REDACTED |
| KOOI-HWA TAN<br>ADDRESS REDACTED | KOON CHAN<br>ADDRESS REDACTED | KOREEN SONNEVIL<br>ADDRESS REDACTED |
| KORTNEY WATKINS<br>ADDRESS REDACTED | KOSTA SHUMAKIN<br>ADDRESS REDACTED | KOSTES CALLIS<br>ADDRESS REDACTED |
| KRIS COOKSEY<br>ADDRESS REDACTED | KRIS CRAIG<br>ADDRESS REDACTED | KRIS CRAIG<br>ADDRESS REDACTED |
| KRIS D BRYANT<br>ADDRESS REDACTED | KRISEY LUIZ<br>ADDRESS REDACTED | KRISSY GEORGE<br>ADDRESS REDACTED |
| KRISTA CLAASSEN<br>ADDRESS REDACTED | KRISTA J LOWINSOHN<br>ADDRESS REDACTED | KRISTA WALLIN<br>ADDRESS REDACTED |
| KRISTAN J. PRESTOZA<br>ADDRESS REDACTED | KRISTAPURNELL .<br>ADDRESS REDACTED | KRISTEEN HYNES<br>ADDRESS REDACTED |
| KRISTEN CAMPBELL<br>ADDRESS REDACTED | KRISTEN DAVIS<br>ADDRESS REDACTED | KRISTEN FROST<br>ADDRESS REDACTED |
| KRISTEN HIGGINS<br>ADDRESS REDACTED | KRISTEN MOSCA<br>ADDRESS REDACTED | KRISTEN SMITH<br>ADDRESS REDACTED |
| KRISTI AXTELL<br>ADDRESS REDACTED | KRISTI GOODHUE GERMAN RIVERO-VERPA<br>ADDRESS REDACTED | KRISTIE DANIELS<br>ADDRESS REDACTED |
| KRISTIE VOGEL<br>ADDRESS REDACTED | KRISTIN BOGLE<br>ADDRESS REDACTED | KRISTIN BROOKS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

KRISTIN GAYLORD
ADDRESS REDACTED

KRISTIN HUGHES
ADDRESS REDACTED

KRISTIN KOLLAR
ADDRESS REDACTED

KRISTINA ARDENT
ADDRESS REDACTED

KRISTINA BARNES
ADDRESS REDACTED

KRISTINA BELL
ADDRESS REDACTED

KRISTINA KINGSBURY
ADDRESS REDACTED

KRISTINA WALTER
ADDRESS REDACTED

KRISTINA WELLS
ADDRESS REDACTED

KRISTINE KENYON
ADDRESS REDACTED

KRISTINE MASON
ADDRESS REDACTED

KRISTY A. BATES
ADDRESS REDACTED

KRISTY EAST
ADDRESS REDACTED

KRISTY MCCAFFERY
ADDRESS REDACTED

KRIZIA RAMOS
ADDRESS REDACTED

KRYSTAL SMITH
ADDRESS REDACTED

KUHN PANN
ADDRESS REDACTED

KULLDIP C SHODHAN
ADDRESS REDACTED

KULWANT SINGH
ADDRESS REDACTED

KULWANT SRA
ADDRESS REDACTED

KUM VILLALOVOZ
ADDRESS REDACTED

KUM YEON CHOE
ADDRESS REDACTED

KURT  MANZ
ADDRESS REDACTED

KURT AYES
ADDRESS REDACTED

KURT KALLQUIST
ADDRESS REDACTED

KURT MAIER
ADDRESS REDACTED

KURT MANZ
ADDRESS REDACTED

KURT STUVE , LINDA STUVE
ADDRESS REDACTED

KWOK LEE
ADDRESS REDACTED

KYLA DUNCAN
ADDRESS REDACTED

KYLE GLADEEN
ADDRESS REDACTED

KYLE GRYMOMPREZ
ADDRESS REDACTED

KYLE NORCUTT
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| KYLE RITTER<br>ADDRESS REDACTED | KYLIE SMITH<br>ADDRESS REDACTED | KYUNG HO LEE<br>ADDRESS REDACTED |
| L M ROCKWELL<br>ADDRESS REDACTED | LAARNI PONTE<br>ADDRESS REDACTED | LABERTA PERRY<br>ADDRESS REDACTED |
| LACY LAFRANCE & ROBERT BERNAL<br>ADDRESS REDACTED | LADELL COLLINS<br>ADDRESS REDACTED | LADOANA STONE<br>ADDRESS REDACTED |
| LAKENYA CUMMINGS<br>ADDRESS REDACTED | LAKISHA KEARNEY<br>ADDRESS REDACTED | LAKITA JONES<br>ADDRESS REDACTED |
| LAL BHATTI<br>ADDRESS REDACTED | LALEAH PARKER<br>ADDRESS REDACTED | LALLINE MILLER<br>ADDRESS REDACTED |
| LAM NGUYEN<br>ADDRESS REDACTED | LAMAR LARKINS<br>ADDRESS REDACTED | LAMBERTO NOCEDA<br>ADDRESS REDACTED |
| LAMYONG HEM<br>ADDRESS REDACTED | LAN DIET<br>ADDRESS REDACTED | LAN MONG HOANG<br>ADDRESS REDACTED |
| LANA SIN<br>ADDRESS REDACTED | LANA TRUJILLO<br>ADDRESS REDACTED | LANCE ANDREASSEN<br>ADDRESS REDACTED |
| LANCE GRIFFIN<br>ADDRESS REDACTED | LANCE T BOYD<br>ADDRESS REDACTED | LANCE WILLE<br>ADDRESS REDACTED |
| LANG CAO<br>ADDRESS REDACTED | LANI A. ESPIRITU<br>ADDRESS REDACTED | LANNA ALLISON<br>ADDRESS REDACTED |
| LANNA ALLISON<br>ADDRESS REDACTED | LANNIE D YOUNG<br>ADDRESS REDACTED | LAQUITA GENTRY<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LARA BELTRAN<br>ADDRESS REDACTED | LARA-JEAN ANDRUS<br>ADDRESS REDACTED | LARETTA HUGHES<br>ADDRESS REDACTED |
| LARI D. STAMBUCK<br>ADDRESS REDACTED | LARONDA L. DOSSETT<br>ADDRESS REDACTED | LARRY A. HENDEL<br>ADDRESS REDACTED |
| LARRY APPLEBY<br>ADDRESS REDACTED | LARRY ARELLANO<br>ADDRESS REDACTED | LARRY BANKS<br>ADDRESS REDACTED |
| LARRY BENN<br>ADDRESS REDACTED | LARRY BRATBERG<br>ADDRESS REDACTED | LARRY CAO<br>ADDRESS REDACTED |
| LARRY CORDIAL<br>ADDRESS REDACTED | LARRY D HOPKINS<br>ADDRESS REDACTED | LARRY DUREN<br>ADDRESS REDACTED |
| LARRY EILERT<br>ADDRESS REDACTED | LARRY ELLISON<br>ADDRESS REDACTED | LARRY FARIDA<br>ADDRESS REDACTED |
| LARRY FARIDA<br>ADDRESS REDACTED | LARRY FIERRO<br>ADDRESS REDACTED | LARRY GRABES<br>ADDRESS REDACTED |
| LARRY HALL<br>ADDRESS REDACTED | LARRY HARRINGTON<br>ADDRESS REDACTED | LARRY JOHNSON<br>ADDRESS REDACTED |
| LARRY JONES<br>ADDRESS REDACTED | LARRY JORDAN<br>ADDRESS REDACTED | LARRY K  HU<br>ADDRESS REDACTED |
| LARRY KIRK<br>ADDRESS REDACTED | LARRY L COSTAMAGNA<br>ADDRESS REDACTED | LARRY LUCAS<br>ADDRESS REDACTED |
| LARRY LUCAS<br>ADDRESS REDACTED | LARRY MADEVR<br>ADDRESS REDACTED | LARRY MARVEL<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| LARRY MITCHELL<br>ADDRESS REDACTED | LARRY MORENO<br>ADDRESS REDACTED | LARRY NEAL<br>ADDRESS REDACTED |
| LARRY PAYNE<br>ADDRESS REDACTED | LARRY R DOBRETZ<br>ADDRESS REDACTED | LARRY R SMITH<br>ADDRESS REDACTED |
| LARRY ROSE<br>ADDRESS REDACTED | LARRY SALLINS<br>ADDRESS REDACTED | LARRY SCHWARTZ<br>ADDRESS REDACTED |
| LARRY SHELEON<br>ADDRESS REDACTED | LARRY SMITH<br>ADDRESS REDACTED | LARRY SOUTHWICK<br>ADDRESS REDACTED |
| LARRY SOUTHWICK<br>ADDRESS REDACTED | LARRY STOTTLEMYER<br>ADDRESS REDACTED | LARRY TELFOR<br>ADDRESS REDACTED |
| LARRY TORBECK<br>ADDRESS REDACTED | LARRY WEABER<br>ADDRESS REDACTED | LARRY YUEN<br>ADDRESS REDACTED |
| LASENIA DICKENS<br>ADDRESS REDACTED | LASHAUNA DIANA  BEASLEY<br>ADDRESS REDACTED | LASHAWN SAMUEL<br>ADDRESS REDACTED |
| LASHAY FULLER<br>ADDRESS REDACTED | LASHEENA CLARK<br>ADDRESS REDACTED | LATALYA COOPER<br>ADDRESS REDACTED |
| LATICIA HOOSMAN<br>ADDRESS REDACTED | LATONIA WASHINGTON<br>ADDRESS REDACTED | LAUDIMIRO MARQUEZ<br>ADDRESS REDACTED |
| LAURA  BRAMER<br>ADDRESS REDACTED | LAURA  MINDEK<br>ADDRESS REDACTED | LAURA A VEGAS<br>ADDRESS REDACTED |
| LAURA ALEXANDRE<br>ADDRESS REDACTED | LAURA C. BRANT-CUSTER<br>ADDRESS REDACTED | LAURA CHRISTIAN<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| LAURA CUCENA<br>ADDRESS REDACTED | LAURA FERGUSON<br>ADDRESS REDACTED | LAURA GAYTON<br>ADDRESS REDACTED |
| LAURA HELMS<br>ADDRESS REDACTED | LAURA HILDALGO<br>ADDRESS REDACTED | LAURA HOLLENBACH<br>ADDRESS REDACTED |
| LAURA HUERTA<br>ADDRESS REDACTED | LAURA IORIO<br>ADDRESS REDACTED | LAURA L. LANCE<br>ADDRESS REDACTED |
| LAURA LUCA<br>ADDRESS REDACTED | LAURA LUCA<br>ADDRESS REDACTED | LAURA MANOWN<br>ADDRESS REDACTED |
| LAURA NAWARA<br>ADDRESS REDACTED | LAURA OMANA<br>ADDRESS REDACTED | LAURA PALAZZO<br>ADDRESS REDACTED |
| LAURA POWERS<br>ADDRESS REDACTED | LAURA ROJAS<br>ADDRESS REDACTED | LAURA RUIZ<br>ADDRESS REDACTED |
| LAURA SALAZAR<br>ADDRESS REDACTED | LAURA SALCEDO<br>ADDRESS REDACTED | LAURA SCHULTZ<br>ADDRESS REDACTED |
| LAURA SHOFFNER AND ROBERT SHOFFNER<br>ADDRESS REDACTED | LAURA SMITH<br>ADDRESS REDACTED | LAURA STAEPS<br>ADDRESS REDACTED |
| LAURA VALERIO<br>ADDRESS REDACTED | LAURA WHITE<br>ADDRESS REDACTED | LAURAL J CUNNINGHAM<br>ADDRESS REDACTED |
| LAURALEE SOUTHERN<br>ADDRESS REDACTED | LAURAN SHEARS<br>ADDRESS REDACTED | LAURE M CASWELL<br>ADDRESS REDACTED |
| LAUREANO NAEVA<br>ADDRESS REDACTED | LAUREI COLE<br>ADDRESS REDACTED | LAUREN  TRINDADE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LAUREN GOLZ<br>ADDRESS REDACTED | LAUREN HANSEN<br>ADDRESS REDACTED | LAUREN LACEY<br>ADDRESS REDACTED |
| LAUREN MOORE<br>ADDRESS REDACTED | LAUREN SECCO<br>ADDRESS REDACTED | LAUREN WOOLEY<br>ADDRESS REDACTED |
| LAURETTA BURNS<br>ADDRESS REDACTED | LAURI MILLER<br>ADDRESS REDACTED | LAURIE CRUZ<br>ADDRESS REDACTED |
| LAURIE GOFF<br>ADDRESS REDACTED | LAURIE LANDIS<br>ADDRESS REDACTED | LAURIE LEE<br>ADDRESS REDACTED |
| LAURIE MATTHEWS<br>ADDRESS REDACTED | LAURIE NELL<br>ADDRESS REDACTED | LAURIE OVERLY<br>ADDRESS REDACTED |
| LAURIE SCHIFANO<br>ADDRESS REDACTED | LAURIE WONNELL<br>ADDRESS REDACTED | LAUROLYN BENNETT<br>ADDRESS REDACTED |
| LAUROLYN BENNETT<br>ADDRESS REDACTED | LAVALLE ROYBAL<br>ADDRESS REDACTED | LAVENIA CHARLES<br>ADDRESS REDACTED |
| LAVINA SCOTT<br>ADDRESS REDACTED | LAVINA WEAVER<br>ADDRESS REDACTED | LAWRENCE A. HOWARD<br>ADDRESS REDACTED |
| LAWRENCE AVIADO<br>ADDRESS REDACTED | LAWRENCE E SNYDER<br>ADDRESS REDACTED | LAWRENCE FRANZ<br>ADDRESS REDACTED |
| LAWRENCE FROHRIEP<br>ADDRESS REDACTED | LAWRENCE GILBERT<br>ADDRESS REDACTED | LAWRENCE GREENE<br>ADDRESS REDACTED |
| LAWRENCE JONES<br>ADDRESS REDACTED | LAWRENCE KEY<br>ADDRESS REDACTED | LAWRENCE LACY<br>ADDRESS REDACTED |

LAWRENCE LASCURAIN
ADDRESS REDACTED

LAWRENCE LOWMAN
ADDRESS REDACTED

LAWRENCE MOCERI
ADDRESS REDACTED

LAWRENCE MONTANEZ
ADDRESS REDACTED

LAWRENCE NEUHARDT
ADDRESS REDACTED

LAWRENCE SNYDER
ADDRESS REDACTED

LAYL K ABDUL BASHIR
ADDRESS REDACTED

LAYNE MORFORD
ADDRESS REDACTED

LAYTHON LANDIS
ADDRESS REDACTED

LAZARA SOMEYAN-GARCIA
ADDRESS REDACTED

LE ANN EMPET
ADDRESS REDACTED

LEA DONGON
ADDRESS REDACTED

LEAH AGUIAR
ADDRESS REDACTED

LEAH CLARK
ADDRESS REDACTED

LEAH SATOR
ADDRESS REDACTED

LEANDREW MAGDAMO
ADDRESS REDACTED

LEANN STEWART
ADDRESS REDACTED

LEANNE  FLANNERY
ADDRESS REDACTED

LEANNE E CARUSO
ADDRESS REDACTED

LEANNE FLANNERY
ADDRESS REDACTED

LEANORE PISARCIK
ADDRESS REDACTED

LEATRICE AYALA
ADDRESS REDACTED

LEDDIN REYES
ADDRESS REDACTED

LEE DEBOER
ADDRESS REDACTED

LEE FREDERICKSON
ADDRESS REDACTED

LEE FREDERICKSON
ADDRESS REDACTED

LEE KOURTOGLOU
ADDRESS REDACTED

LEE LATEUNESSE
ADDRESS REDACTED

LEE LEVINE
ADDRESS REDACTED

LEE LIMPACH
ADDRESS REDACTED

LEE MCCLURE
ADDRESS REDACTED

LEE PRATT
ADDRESS REDACTED

LEE STROMBERG
ADDRESS REDACTED

LEE TIMMONS
ADDRESS REDACTED

LEE WILSON
ADDRESS REDACTED

LEEANNA DOSS
ADDRESS REDACTED

LEIGH ERSKINE
ADDRESS REDACTED

LEILA FULGADO
ADDRESS REDACTED

LEKEISHA TUCKER
ADDRESS REDACTED

LELAND LEETE
ADDRESS REDACTED

LELAND UMBERGER
ADDRESS REDACTED

LEN MICHNIK
ADDRESS REDACTED

LENA ABAGYAN
ADDRESS REDACTED

LENA M HERNANDEZ
ADDRESS REDACTED

LENA SIMPSON
ADDRESS REDACTED

LENA VITAL
ADDRESS REDACTED

LENARD JACOBS
ADDRESS REDACTED

LENARD JACOBS
ADDRESS REDACTED

LENARD JACOBS
ADDRESS REDACTED

LENDA GREEN
ADDRESS REDACTED

LENISE TEAMER
ADDRESS REDACTED

LENISE TEAMER
ADDRESS REDACTED

LENORA CHAPMAN
ADDRESS REDACTED

LENORE I. LORING
ADDRESS REDACTED

LEO  HAMMOND
ADDRESS REDACTED

LEO A. BARSANTI
ADDRESS REDACTED

LEO BISHOP
ADDRESS REDACTED

LEO DEAZER
ADDRESS REDACTED

LEO HAYDEN
ADDRESS REDACTED

LEO INIGUEZ
ADDRESS REDACTED

LEO LIND
ADDRESS REDACTED

LEO LUEVANO
ADDRESS REDACTED

LEO MIHALIS
ADDRESS REDACTED

LEO TOMDOC
ADDRESS REDACTED

LEOBARDO SOLIS
ADDRESS REDACTED

LEON FORUZA
ADDRESS REDACTED

| | | |
|---|---|---|
| LEON PHILLIPS<br>ADDRESS REDACTED | LEON RICHARDSON<br>ADDRESS REDACTED | LEON ROBINSON<br>ADDRESS REDACTED |
| LEON THOMS<br>ADDRESS REDACTED | LEONA FITZSIMMONS<br>ADDRESS REDACTED | LEONA NAVARRO<br>ADDRESS REDACTED |
| LEONA SIMAL<br>ADDRESS REDACTED | LEONARD CASANARES<br>ADDRESS REDACTED | LEONARD CHAVEZ<br>ADDRESS REDACTED |
| LEONARD GLOWZENSKI<br>ADDRESS REDACTED | LEONARD HENNLEIN JR.<br>ADDRESS REDACTED | LEONARD HUMBER<br>ADDRESS REDACTED |
| LEONARD M SILVA<br>ADDRESS REDACTED | LEONARD MIGLIONICO<br>ADDRESS REDACTED | LEONARD MILLER<br>ADDRESS REDACTED |
| LEONARD PEREGOY , MICHELE PEREGOY<br>ADDRESS REDACTED | LEONARD ROSENBLUM<br>ADDRESS REDACTED | LEONARD SHARP<br>ADDRESS REDACTED |
| LEONARD SMITH<br>ADDRESS REDACTED | LEONARD SUOKKO<br>ADDRESS REDACTED | LEONARD VANDERZEE<br>ADDRESS REDACTED |
| LEONARD WHITE<br>ADDRESS REDACTED | LEONARDA S. CARLOS<br>ADDRESS REDACTED | LEONARDO BOTINA<br>ADDRESS REDACTED |
| LEONARDO CONTRERAS<br>ADDRESS REDACTED | LEONARDO DIAZ<br>ADDRESS REDACTED | LEONARDO GUERRERO<br>ADDRESS REDACTED |
| LEONARDO JOSEF<br>ADDRESS REDACTED | LEONARDO RUIZ<br>ADDRESS REDACTED | LEONARDO VARGAS<br>ADDRESS REDACTED |
| LEONEL CASTELLANOS<br>ADDRESS REDACTED | LEONEL GARCIA<br>ADDRESS REDACTED | LEONEL M COLIN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| LEONEL SIERRA-VILLEDA<br>ADDRESS REDACTED | LEONID MISCHNIK<br>ADDRESS REDACTED | LEONIDES AGBAYANI, ELEANOR AGBAYANI<br>ADDRESS REDACTED |
| LEONOR RODRIGUEZ<br>ADDRESS REDACTED | LEONORA JUGARAP<br>ADDRESS REDACTED | LEOPLDO RIVERA<br>ADDRESS REDACTED |
| LEOPOLDO ARIAS<br>ADDRESS REDACTED | LEOPOLDO CASTILLEJO<br>ADDRESS REDACTED | LEOPOLDO M. QUINTANA<br>ADDRESS REDACTED |
| LEOPOLDO PONCE<br>ADDRESS REDACTED | LEOPOLEO CONTRERAS<br>ADDRESS REDACTED | LEORA COOPER<br>ADDRESS REDACTED |
| LEORA L WILLIAMSON<br>ADDRESS REDACTED | LEROY HAWKINS<br>ADDRESS REDACTED | LEROY HOPPER<br>ADDRESS REDACTED |
| LEROY INMAN & LINDA HAMBLET<br>ADDRESS REDACTED | LEROY MEIDINGER<br>ADDRESS REDACTED | LEROY WEISS<br>ADDRESS REDACTED |
| LERRY G. BOJKUFKA<br>ADDRESS REDACTED | LES BOGGS<br>ADDRESS REDACTED | LES WENNING<br>ADDRESS REDACTED |
| LESBIA MANCELLA<br>ADDRESS REDACTED | LESHIA BODO<br>ADDRESS REDACTED | LESILE MORRA<br>ADDRESS REDACTED |
| LESLEE D. NELSON<br>ADDRESS REDACTED | LESLEY SANTOS<br>ADDRESS REDACTED | LESLIE A ARANA<br>ADDRESS REDACTED |
| LESLIE CORA<br>ADDRESS REDACTED | LESLIE HAMM DVM<br>ADDRESS REDACTED | LESLIE PAYSENO<br>ADDRESS REDACTED |
| LESLIE PEDRIERA<br>ADDRESS REDACTED | LESLIE RAGFDALE<br>ADDRESS REDACTED | LESLIE SHUBOCH<br>ADDRESS REDACTED |

LESLIE STUMPOS
ADDRESS REDACTED

LESLIE THACKER
ADDRESS REDACTED

LESLIE TILLEY
ADDRESS REDACTED

LESLIE UNG
ADDRESS REDACTED

LESTENE NORRIS
ADDRESS REDACTED

LESTER COOK
ADDRESS REDACTED

LESTER F. HERRING
ADDRESS REDACTED

LESTER KULLER
ADDRESS REDACTED

LESVIA PINEDA
ADDRESS REDACTED

LESVIA QUEZADA
ADDRESS REDACTED

LETA MARTIN
ADDRESS REDACTED

LETHA CLOMON
ADDRESS REDACTED

LETICIA ANAYA
ADDRESS REDACTED

LETICIA GARCIA
ADDRESS REDACTED

LETICIA INTERIANO
ADDRESS REDACTED

LETICIA MARQUEZ
ADDRESS REDACTED

LETICIA MOSQUEDA
ADDRESS REDACTED

LETICIA QUESADA
ADDRESS REDACTED

LETICIA RAMOS
ADDRESS REDACTED

LETICIA RODRIGUEZ
ADDRESS REDACTED

LETONYA T WILLIAMS
ADDRESS REDACTED

LEV KOLTOOKIAN
ADDRESS REDACTED

LEVOIL PATRICK
ADDRESS REDACTED

LEWIS BROWN
ADDRESS REDACTED

LEWIS SERRALBEJURABO
ADDRESS REDACTED

LEZLI R. STOWERS, ERNEST C. STOWERS
ADDRESS REDACTED

LIAA INTHICHACK
ADDRESS REDACTED

LIDIA MARTINEZ
ADDRESS REDACTED

LIDIA PRADO-CHAVEZ
ADDRESS REDACTED

LIDIA RODRIGUEZ
ADDRESS REDACTED

LIDIA WOJTASZEWSKA
ADDRESS REDACTED

LIERTO PEREY
ADDRESS REDACTED

LIEN KUCZERA
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LILA BLUEFORD<br>ADDRESS REDACTED | LILENE WILTSE<br>ADDRESS REDACTED | LILESHANI SIGNH<br>ADDRESS REDACTED |
| LILI VAANANEN<br>ADDRESS REDACTED | LILIA SIERRA<br>ADDRESS REDACTED | LILIAN RENTERIA<br>ADDRESS REDACTED |
| LILLIAN GONZALEZ<br>ADDRESS REDACTED | LILLIAN MOORE<br>ADDRESS REDACTED | LILLIAN ORTIZ<br>ADDRESS REDACTED |
| LILLIAN ROSA<br>ADDRESS REDACTED | LILLIAN WELCH<br>ADDRESS REDACTED | LILLIE MONTGOMERY<br>ADDRESS REDACTED |
| LILLY LU<br>ADDRESS REDACTED | LILY CANTON<br>ADDRESS REDACTED | LIMBER VILLACIS<br>ADDRESS REDACTED |
| LIN BI<br>ADDRESS REDACTED | LIN BOK CHOW<br>ADDRESS REDACTED | LIN CHO<br>ADDRESS REDACTED |
| LINA CUMBERLAGE<br>ADDRESS REDACTED | LINDA  MORFORD<br>ADDRESS REDACTED | LINDA & JESSIE PARMER<br>ADDRESS REDACTED |
| LINDA A MILLS<br>ADDRESS REDACTED | LINDA ADAMS<br>ADDRESS REDACTED | LINDA ADNEY<br>ADDRESS REDACTED |
| LINDA ALLMENDINGER, WILLIAM ALLMENDI<br>ADDRESS REDACTED | LINDA BERENGER<br>ADDRESS REDACTED | LINDA BRITTON<br>ADDRESS REDACTED |
| LINDA BROWN<br>ADDRESS REDACTED | LINDA BROWN-MEYER<br>ADDRESS REDACTED | LINDA BUEL<br>ADDRESS REDACTED |
| LINDA CAMPBELL<br>ADDRESS REDACTED | LINDA CASTRO<br>ADDRESS REDACTED | LINDA CONSUL<br>ADDRESS REDACTED |

LINDA COOK
ADDRESS REDACTED

LINDA DANECZYK
ADDRESS REDACTED

LINDA DOXSEE
ADDRESS REDACTED

LINDA DOXSEE
ADDRESS REDACTED

LINDA E VOORHEIS
ADDRESS REDACTED

LINDA FLANAGAN
ADDRESS REDACTED

LINDA G. JOHNSON
ADDRESS REDACTED

LINDA G. PETERSEN
ADDRESS REDACTED

LINDA GARRETT
ADDRESS REDACTED

LINDA GODDARD
ADDRESS REDACTED

LINDA GONZALEZ
ADDRESS REDACTED

LINDA GREEN
ADDRESS REDACTED

LINDA GULICK
ADDRESS REDACTED

LINDA HATTON
ADDRESS REDACTED

LINDA HOOKER
ADDRESS REDACTED

LINDA J GIBSON
ADDRESS REDACTED

LINDA J. BULLARD
ADDRESS REDACTED

LINDA KAHLE
ADDRESS REDACTED

LINDA L FORMAN
ADDRESS REDACTED

LINDA L LADIGLE
ADDRESS REDACTED

LINDA L. BERRY
ADDRESS REDACTED

LINDA LANDON
ADDRESS REDACTED

LINDA LARSEN
ADDRESS REDACTED

LINDA LUSKINS
ADDRESS REDACTED

LINDA M MCCOY
ADDRESS REDACTED

LINDA M. ESTRELLA
ADDRESS REDACTED

LINDA MADDOX
ADDRESS REDACTED

LINDA MALLOY
ADDRESS REDACTED

LINDA MAPGOWAN
ADDRESS REDACTED

LINDA MARGOLIS
ADDRESS REDACTED

LINDA MARTINEZ
ADDRESS REDACTED

LINDA MARTY
ADDRESS REDACTED

LINDA MASON
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| LINDA MENDOZA<br>ADDRESS REDACTED | LINDA MORRIS<br>ADDRESS REDACTED | LINDA PATRUS<br>ADDRESS REDACTED |
| LINDA PERME<br>ADDRESS REDACTED | LINDA QUINOES<br>ADDRESS REDACTED | LINDA ROUST<br>ADDRESS REDACTED |
| LINDA SCHADFER<br>ADDRESS REDACTED | LINDA SCOTT<br>ADDRESS REDACTED | LINDA TAUB<br>ADDRESS REDACTED |
| LINDA TAYLOR<br>ADDRESS REDACTED | LINDA THOMPSON<br>ADDRESS REDACTED | LINDA W. WONG<br>ADDRESS REDACTED |
| LINDA WOOD<br>ADDRESS REDACTED | LINDA WOODS<br>ADDRESS REDACTED | LINDA WORTHMAN<br>ADDRESS REDACTED |
| LINDA YAX<br>ADDRESS REDACTED | LINDA YAX<br>ADDRESS REDACTED | LINDSAY ACEVEDO<br>ADDRESS REDACTED |
| LINDSAY CASTLES<br>ADDRESS REDACTED | LINDSEY FRITH<br>ADDRESS REDACTED | LINEA PANZECA<br>ADDRESS REDACTED |
| LING LING GASPERSON& TJ GASPERSON<br>ADDRESS REDACTED | LINH TRUONG<br>ADDRESS REDACTED | LINNEA D. WHITE<br>ADDRESS REDACTED |
| LINNIE A FORTUNE<br>ADDRESS REDACTED | LINO CORTEZ<br>ADDRESS REDACTED | LIQIN TAN<br>ADDRESS REDACTED |
| LISA  ROLLS<br>ADDRESS REDACTED | LISA & GREGORY KONOPKA<br>ADDRESS REDACTED | LISA A FRUNZ<br>ADDRESS REDACTED |
| LISA BOHLEN<br>ADDRESS REDACTED | LISA BOWENS<br>ADDRESS REDACTED | LISA CALDERON<br>ADDRESS REDACTED |

LISA CORDIER
ADDRESS REDACTED

LISA CURRY
ADDRESS REDACTED

LISA DELOYA
ADDRESS REDACTED

LISA DEPAUL
ADDRESS REDACTED

LISA FOLLMER
ADDRESS REDACTED

LISA GARDNER
ADDRESS REDACTED

LISA GATCHALLAN
ADDRESS REDACTED

LISA GORSKI
ADDRESS REDACTED

LISA JACKS
ADDRESS REDACTED

LISA JONES
ADDRESS REDACTED

LISA KUNDMAN
ADDRESS REDACTED

LISA L WILLIAMS
ADDRESS REDACTED

LISA LIBBY
ADDRESS REDACTED

LISA M DAMRAIS
ADDRESS REDACTED

LISA MANDER
ADDRESS REDACTED

LISA MCDANIEL JANES
ADDRESS REDACTED

LISA PELL
ADDRESS REDACTED

LISA RODRIGUES
ADDRESS REDACTED

LISA ROSE
ADDRESS REDACTED

LISA SCHUBBEL
ADDRESS REDACTED

LISA SHAWHAN
ADDRESS REDACTED

LISA SPENCER
ADDRESS REDACTED

LISA ST GEORGE
ADDRESS REDACTED

LISA STOY
ADDRESS REDACTED

LISA SUON
ADDRESS REDACTED

LISA VONGDARA
ADDRESS REDACTED

LISA WELSH
ADDRESS REDACTED

LISBEL AYBAR
ADDRESS REDACTED

LISE LOTHROP
ADDRESS REDACTED

LITA REID
ADDRESS REDACTED

LIZ BLAKE
ADDRESS REDACTED

LIZ RHODES
ADDRESS REDACTED

LIZABETH KANELLIS
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LIZBETH PULIDO<br>ADDRESS REDACTED | LIZETH DE ANDA<br>ADDRESS REDACTED | LIZZERENE THOMAS<br>ADDRESS REDACTED |
| LJIN SINISTAJ<br>ADDRESS REDACTED | LLEA HUMPHRIES<br>ADDRESS REDACTED | LLLOYD M DOUGHERTY<br>ADDRESS REDACTED |
| LLOYD ANDERSON ' CHERYL ANDERSON<br>ADDRESS REDACTED | LLOYD C MONROE<br>ADDRESS REDACTED | LLOYD CAMPBELL<br>ADDRESS REDACTED |
| LLOYD DUNN<br>ADDRESS REDACTED | LLOYD E. MARTINEZ<br>ADDRESS REDACTED | LLOYD FEUERSTEIN<br>ADDRESS REDACTED |
| LLOYD VERDUYN<br>ADDRESS REDACTED | LLOYD W. GRUSE<br>ADDRESS REDACTED | LLYOD MITCHELL<br>ADDRESS REDACTED |
| LOAN NGUYEN<br>ADDRESS REDACTED | LOANNE HILL<br>ADDRESS REDACTED | LOHIT TUTUPALLI ; THERESE TUTUPALLI<br>ADDRESS REDACTED |
| LOIS DOYLE<br>ADDRESS REDACTED | LOIS FLORA<br>ADDRESS REDACTED | LOIS FREEMAN<br>ADDRESS REDACTED |
| LOIS GABRIEL<br>ADDRESS REDACTED | LOIS HANLON<br>ADDRESS REDACTED | LOIS J CORCORAN<br>ADDRESS REDACTED |
| LOIS J RIE<br>ADDRESS REDACTED | LOIS MITH<br>ADDRESS REDACTED | LOIS PHILLIPS<br>ADDRESS REDACTED |
| LOIS ROSS<br>ADDRESS REDACTED | LOLA ARAMINCA<br>ADDRESS REDACTED | LOLA BOYD<br>ADDRESS REDACTED |
| LOLA LEAO<br>ADDRESS REDACTED | LOLITA GAOIROAN, & ANDRES GAORIOAN<br>ADDRESS REDACTED | LON M PURCELL<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LONDON MCKINNEY<br>ADDRESS REDACTED | LONGINO R. REGALADO<br>ADDRESS REDACTED | LONN LEITCH<br>ADDRESS REDACTED |
| LONNIE MELTON<br>ADDRESS REDACTED | LONNIE MORGANROTH<br>ADDRESS REDACTED | LORA HATHER<br>ADDRESS REDACTED |
| LORAINE CLARK<br>ADDRESS REDACTED | LORD MULLINS<br>ADDRESS REDACTED | LOREDANA PHILLIPS<br>ADDRESS REDACTED |
| LOREN T GALLAGHER<br>ADDRESS REDACTED | LORENA AYALA<br>ADDRESS REDACTED | LORENA GALVAN<br>ADDRESS REDACTED |
| LORENA SNYDER<br>ADDRESS REDACTED | LORENA TORRES<br>ADDRESS REDACTED | LORENE MORRISSEY<br>ADDRESS REDACTED |
| LORENZA CASTANON<br>ADDRESS REDACTED | LORENZO EVOLA<br>ADDRESS REDACTED | LORENZO SANTANA<br>ADDRESS REDACTED |
| LORETA RONES<br>ADDRESS REDACTED | LORETTA A PAONE<br>ADDRESS REDACTED | LORETTA ALVAREZ<br>ADDRESS REDACTED |
| LORETTA CREEL<br>ADDRESS REDACTED | LORETTA INGRAM<br>ADDRESS REDACTED | LORETTA KANEKO<br>ADDRESS REDACTED |
| LORETTA OSTER<br>ADDRESS REDACTED | LORETTA TWINE<br>ADDRESS REDACTED | LOREXIA HERNANDEZ<br>ADDRESS REDACTED |
| LORI BARNETT<br>ADDRESS REDACTED | LORI CUEVAS<br>ADDRESS REDACTED | LORI KNAPSCHAEFER<br>ADDRESS REDACTED |
| LORI LUCAS<br>ADDRESS REDACTED | LORI LYNN<br>ADDRESS REDACTED | LORI LYNN<br>ADDRESS REDACTED |

LORI SATTERFIELD
ADDRESS REDACTED

LORI SAVICKAS
ADDRESS REDACTED

LORI SYTSMA
ADDRESS REDACTED

LORIE A. KENNEDY
ADDRESS REDACTED

LORIE ORTIZ
ADDRESS REDACTED

LORIE SALVADOR
ADDRESS REDACTED

LORIN J. PONTON
ADDRESS REDACTED

LORIN L. MEIER-SCHEMER
ADDRESS REDACTED

LORNA BAIRD
ADDRESS REDACTED

LORNA BRAND
ADDRESS REDACTED

LORNA COATSWORTH
ADDRESS REDACTED

LORNA KENNEDY
ADDRESS REDACTED

LORNA ROBLEZA
ADDRESS REDACTED

LORRAINE BOND
ADDRESS REDACTED

LORRAINE DIBELS
ADDRESS REDACTED

LORRAINE J BRITTEN
ADDRESS REDACTED

LORRAINE MCCULLOUGH
ADDRESS REDACTED

LORRAINE SCHWERIN
ADDRESS REDACTED

LORRELL PLATER
ADDRESS REDACTED

LORRIE STUCKIE
ADDRESS REDACTED

LORRINE ILES
ADDRESS REDACTED

LOU KIRCOS
ADDRESS REDACTED

LOUIE MARTINEZ
ADDRESS REDACTED

LOUIE RABBAN
ADDRESS REDACTED

LOUIS  ARDILA
ADDRESS REDACTED

LOUIS ALVES
ADDRESS REDACTED

LOUIS BERTRAM
ADDRESS REDACTED

LOUIS CARRANZA
ADDRESS REDACTED

LOUIS D RYHAL
ADDRESS REDACTED

LOUIS FERRI
ADDRESS REDACTED

LOUIS HENSLEY
ADDRESS REDACTED

LOUIS HERNANDEZ
ADDRESS REDACTED

LOUIS J HILL
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| LOUIS KELLER<br>ADDRESS REDACTED | LOUIS KELLER<br>ADDRESS REDACTED | LOUIS KIRCOS<br>ADDRESS REDACTED |
| LOUIS LANDEROS<br>ADDRESS REDACTED | LOUIS LUISOTTI<br>ADDRESS REDACTED | LOUIS MADDALONI<br>ADDRESS REDACTED |
| LOUIS RIVERA<br>ADDRESS REDACTED | LOUIS SCHUMAN<br>ADDRESS REDACTED | LOUIS SCURATO<br>ADDRESS REDACTED |
| LOUIS SMOLLER<br>ADDRESS REDACTED | LOUIS WOLCOWITZ<br>ADDRESS REDACTED | LOUISA LOURENCO & VICTOR VILLALOBOS<br>ADDRESS REDACTED |
| LOUISE A JONES<br>ADDRESS REDACTED | LOUISE ANDERSON<br>ADDRESS REDACTED | LOUISE BROWN<br>ADDRESS REDACTED |
| LOUISE E STOKES<br>ADDRESS REDACTED | LOUISE FUNDERBURK WATKINS<br>ADDRESS REDACTED | LOUISE HOLMES<br>ADDRESS REDACTED |
| LOUISE KAPLAN<br>ADDRESS REDACTED | LOUISE KESER<br>ADDRESS REDACTED | LOUISE SENIOR<br>ADDRESS REDACTED |
| LOUISE SHAW<br>ADDRESS REDACTED | LOUISINOS EXANTUS<br>ADDRESS REDACTED | LOUPE GUTIERREZ<br>ADDRESS REDACTED |
| LOURDES BALTISTA<br>ADDRESS REDACTED | LOURDES GARZON<br>ADDRESS REDACTED | LOURDES HERNANDEZ<br>ADDRESS REDACTED |
| LOURDES MERCADO<br>ADDRESS REDACTED | LOURDES MORALES<br>ADDRESS REDACTED | LOUTON DANIELS<br>ADDRESS REDACTED |
| LUANN WARREN<br>ADDRESS REDACTED | LUBNA DAR<br>ADDRESS REDACTED | LUCAS MEJIA<br>ADDRESS REDACTED |

LUCIA CASTRO
ADDRESS REDACTED

LUCIA HANSELL
ADDRESS REDACTED

LUCIA MAGANA
ADDRESS REDACTED

LUCIA MORALES
ADDRESS REDACTED

LUCIA OCHOA
ADDRESS REDACTED

LUCIA ROSE
ADDRESS REDACTED

LUCIANO GIANINO
ADDRESS REDACTED

LUCIANO ROSAS
ADDRESS REDACTED

LUCIJAN MILETIC
ADDRESS REDACTED

LUCILA AMEZCUA
ADDRESS REDACTED

LUCILA BATTO
ADDRESS REDACTED

LUCILLE DEL TORO
ADDRESS REDACTED

LUCILLE GALES
ADDRESS REDACTED

LUCILLE HALBACH
ADDRESS REDACTED

LUCILLE HILL
ADDRESS REDACTED

LUCILLE LARA
ADDRESS REDACTED

LUCILLE LORGE
ADDRESS REDACTED

LUCILLE MATTHEWS
ADDRESS REDACTED

LUCILLE NEDROW
ADDRESS REDACTED

LUCILLE T MITCHELL
ADDRESS REDACTED

LUCILLE WEAVER
ADDRESS REDACTED

LUCILLE WILLIAMS
ADDRESS REDACTED

LUCIMAR SOUZA
ADDRESS REDACTED

LUCINE PIERRE
ADDRESS REDACTED

LUCIO COSARE
ADDRESS REDACTED

LUCIOUS STEWART
ADDRESS REDACTED

LUCKY SHAW
ADDRESS REDACTED

LUCRECIA VELA
ADDRESS REDACTED

LUCY ACEVEDO JOAQUIN PALACIOS
ADDRESS REDACTED

LUCY ALVARAVO
ADDRESS REDACTED

LUCY BAROCIO
ADDRESS REDACTED

LUCY CEJA;JAVIER CEJA
ADDRESS REDACTED

LUCY DE LA CRUZ
ADDRESS REDACTED

LUCY MATOS
ADDRESS REDACTED

LUCY MENDOZA
ADDRESS REDACTED

LUDGER MOREAU
ADDRESS REDACTED

LUELLA CROXTON
ADDRESS REDACTED

LUETHER BROW
ADDRESS REDACTED

LUIGI SERAFINI
ADDRESS REDACTED

LUIS A MATA
ADDRESS REDACTED

LUIS A PADILLA
ADDRESS REDACTED

LUIS AVILA
ADDRESS REDACTED

LUIS BERRIO
ADDRESS REDACTED

LUIS CARILLO
ADDRESS REDACTED

LUIS COSTA
ADDRESS REDACTED

LUIS F BARRIOS
ADDRESS REDACTED

LUIS GARCIA
ADDRESS REDACTED

LUIS GARCIA
ADDRESS REDACTED

LUIS GUEVERA
ADDRESS REDACTED

LUIS JAKE PRICE
ADDRESS REDACTED

LUIS MANCIAS
ADDRESS REDACTED

LUIS MARTINEZ
ADDRESS REDACTED

LUIS N. QUADROS
ADDRESS REDACTED

LUIS OVALLE
ADDRESS REDACTED

LUIS RIVERA
ADDRESS REDACTED

LUIS RODRIGUEZ
ADDRESS REDACTED

LUIS VALDEZ
ADDRESS REDACTED

LUIS VARGAS
ADDRESS REDACTED

LUISA SAN PEDRO
ADDRESS REDACTED

LUISITO GABRIEL
ADDRESS REDACTED

LULAMAY JORDAN
ADDRESS REDACTED

LUNEATA GRACE HITE
ADDRESS REDACTED

LUONG TO
ADDRESS REDACTED

LUPE GARCIA
ADDRESS REDACTED

LUPE GOMEZ
ADDRESS REDACTED

LUPE LOMANO
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| LUSI TIMOTEO<br>ADDRESS REDACTED | LUU TRAN<br>ADDRESS REDACTED | LUV FIGUEROA<br>ADDRESS REDACTED |
| LUVOVICO MEJIA<br>ADDRESS REDACTED | LUZ FUENTES<br>ADDRESS REDACTED | LUZ HART<br>ADDRESS REDACTED |
| LUZ MORANTE<br>ADDRESS REDACTED | LUZ ORTEGA<br>ADDRESS REDACTED | LUZ PENA<br>ADDRESS REDACTED |
| LY LE<br>ADDRESS REDACTED | LYDIA -<br>ADDRESS REDACTED | LYDIA DEVLIN<br>ADDRESS REDACTED |
| LYDIA GOOD<br>ADDRESS REDACTED | LYDIA MAURY<br>ADDRESS REDACTED | LYDIA MENDOZA<br>ADDRESS REDACTED |
| LYDIA OEY<br>ADDRESS REDACTED | LYDIA V ALVAREZ<br>ADDRESS REDACTED | LYNDA CAZA<br>ADDRESS REDACTED |
| LYNEEN COMPARTORE<br>ADDRESS REDACTED | LYNETTE ARIES<br>ADDRESS REDACTED | LYNETTE DAVIS<br>ADDRESS REDACTED |
| LYNETTE ROGERS<br>ADDRESS REDACTED | LYNETTE SHEPERED<br>ADDRESS REDACTED | LYNETTE SLATO<br>ADDRESS REDACTED |
| LYNETTE STOTHERS<br>ADDRESS REDACTED | LYNN A. JONES<br>ADDRESS REDACTED | LYNN BRAJAS<br>ADDRESS REDACTED |
| LYNN CALVERT<br>ADDRESS REDACTED | LYNN CHOY<br>ADDRESS REDACTED | LYNN DALY<br>ADDRESS REDACTED |
| LYNN DELEO<br>ADDRESS REDACTED | LYNN DUGAN<br>ADDRESS REDACTED | LYNN DUROST<br>ADDRESS REDACTED |

LYNN FOUNTIAN
ADDRESS REDACTED

LYNN HAYAKAWA
ADDRESS REDACTED

LYNN LAMBERT
ADDRESS REDACTED

LYNN OTTO
ADDRESS REDACTED

LYNN ROSARIO
ADDRESS REDACTED

LYNN VO
ADDRESS REDACTED

LYNN WIINIKKA
ADDRESS REDACTED

LYNNE COUCHE
ADDRESS REDACTED

LYNNE WHORLEY
ADDRESS REDACTED

LYUDMILA VECHTOMOV
ADDRESS REDACTED

LZ JONES
ADDRESS REDACTED

M R BREWER FINE WOODWORKING INC
ADDRESS REDACTED

M TERRY STOCKTON
ADDRESS REDACTED

M. KAYE FOLSOM
ADDRESS REDACTED

MA ELAINE CABLIN
ADDRESS REDACTED

MABEL BLAGG
ADDRESS REDACTED

MABEL BORJAL
ADDRESS REDACTED

MABEL GARDENER
ADDRESS REDACTED

MABEL LEWIS
ADDRESS REDACTED

MABEL NELSON
ADDRESS REDACTED

MABLE L. ELSE
ADDRESS REDACTED

MACIA N. VASERIS
ADDRESS REDACTED

MACOS CANIZALES
ADDRESS REDACTED

MADELEINE GIMMLER
ADDRESS REDACTED

MADELINE KINNEAR
ADDRESS REDACTED

MADINI FUERTIS
ADDRESS REDACTED

MAE J MULLER
ADDRESS REDACTED

MAE KRAJEEWSKI
ADDRESS REDACTED

MAE KRAJEWSKI
ADDRESS REDACTED

MAEGAN LUNN
ADDRESS REDACTED

MAESH CHAND
ADDRESS REDACTED

MAGARET DALTON
ADDRESS REDACTED

MAGDALEMA SACRAMENTO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MAGDALENA CASTILLO<br>ADDRESS REDACTED | MAGDALENA ROBLES<br>ADDRESS REDACTED | MAGGIE MORTINER<br>ADDRESS REDACTED |
| MAGLOIRE KOUAME<br>ADDRESS REDACTED | MAHDY NAKHLA<br>ADDRESS REDACTED | MAHESH PATEL<br>ADDRESS REDACTED |
| MAHMOUD  AMANY<br>ADDRESS REDACTED | MAHMOUD ELSHABOURY<br>ADDRESS REDACTED | MAI KHOUNSIRVONG<br>ADDRESS REDACTED |
| MAIDA SAVANOVIC<br>ADDRESS REDACTED | MAILA ESPIRITU<br>ADDRESS REDACTED | MAJED ABED<br>ADDRESS REDACTED |
| MAJOR EDWARD W. OFFUTT<br>ADDRESS REDACTED | MAK TZE<br>ADDRESS REDACTED | MAKHAN SINGH DABB<br>ADDRESS REDACTED |
| MALCOLM SMITH<br>ADDRESS REDACTED | MALCOLM WALLACE<br>ADDRESS REDACTED | MALCOM SPURLING<br>ADDRESS REDACTED |
| MALISSA CALDERON<br>ADDRESS REDACTED | MALISSA TAFOYA GEORGE TAFOYA<br>ADDRESS REDACTED | MALY HIM<br>ADDRESS REDACTED |
| MAMIE SCHINE<br>ADDRESS REDACTED | MAMIN HARRINAUTH<br>ADDRESS REDACTED | MAMUEL RAMIREZ<br>ADDRESS REDACTED |
| MAN HIN NG<br>ADDRESS REDACTED | MAN KIM NGO<br>ADDRESS REDACTED | MAN SAI TAM<br>ADDRESS REDACTED |
| MANAT SUKSAAV<br>ADDRESS REDACTED | MANCI PENARANDA<br>ADDRESS REDACTED | MAND CHAHAL<br>ADDRESS REDACTED |
| MANDEEP SANGH<br>ADDRESS REDACTED | MANDER WONG<br>ADDRESS REDACTED | MANDY  SENTIERI<br>ADDRESS REDACTED |

MANEE SYGNAVONG
ADDRESS REDACTED

MANGIT TAUNNQUE
ADDRESS REDACTED

MANIGEH NADINI
ADDRESS REDACTED

MANJEET SINGH
ADDRESS REDACTED

MANNY FERIJOO
ADDRESS REDACTED

MANOCHEHR ABOLVERDI
ADDRESS REDACTED

MANOJ SHAH
ADDRESS REDACTED

MANUEL ANDRADE
ADDRESS REDACTED

MANUEL ARIAS
ADDRESS REDACTED

MANUEL AVILA
ADDRESS REDACTED

MANUEL BALBUENA
ADDRESS REDACTED

MANUEL BELTRAN
ADDRESS REDACTED

MANUEL CHAVEZ
ADDRESS REDACTED

MANUEL COBO
ADDRESS REDACTED

MANUEL DIONICIO
ADDRESS REDACTED

MANUEL GONALEZ
ADDRESS REDACTED

MANUEL GUTIERREZ
ADDRESS REDACTED

MANUEL JACK
ADDRESS REDACTED

MANUEL LEYVA
ADDRESS REDACTED

MANUEL LOCK
ADDRESS REDACTED

MANUEL LOPEZ
ADDRESS REDACTED

MANUEL MARTINEZ
ADDRESS REDACTED

MANUEL MELO
ADDRESS REDACTED

MANUEL MONTOYA
ADDRESS REDACTED

MANUEL MORALES
ADDRESS REDACTED

MANUEL NUNEZ
ADDRESS REDACTED

MANUEL P ESCOBAR
ADDRESS REDACTED

MANUEL QUAN
ADDRESS REDACTED

MANUEL RICO
ADDRESS REDACTED

MANUEL RODRIGUEZ
ADDRESS REDACTED

MANUEL SANDOVAL
ADDRESS REDACTED

MANUEL SANTANA
ADDRESS REDACTED

MANUEL SILVA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MANUEL TORRES<br>ADDRESS REDACTED | MANUELA BARRAZA<br>ADDRESS REDACTED | MANUELA QUINTANA<br>ADDRESS REDACTED |
| MANUELA ROMERO<br>ADDRESS REDACTED | MANUELITO GAYAC<br>ADDRESS REDACTED | MANUWELLA ALLEN<br>ADDRESS REDACTED |
| MAO MEAS<br>ADDRESS REDACTED | MARADEL ROWLANDS<br>ADDRESS REDACTED | MARAI MAGALLANES<br>ADDRESS REDACTED |
| MARBEL MONTEAGUDO<br>ADDRESS REDACTED | MARBER MARTINEZ<br>ADDRESS REDACTED | MARC ARAUJO<br>ADDRESS REDACTED |
| MARC DROUIN<br>ADDRESS REDACTED | MARC LANDRY<br>ADDRESS REDACTED | MARC LEON ESTRADA<br>ADDRESS REDACTED |
| MARC PINSONNEAULT<br>ADDRESS REDACTED | MARC ROJAS<br>ADDRESS REDACTED | MARC VALENTE<br>ADDRESS REDACTED |
| MARCEL A ORTA<br>ADDRESS REDACTED | MARCELA LUNA<br>ADDRESS REDACTED | MARCELA OJEDA<br>ADDRESS REDACTED |
| MARCELENE RASH<br>ADDRESS REDACTED | MARCELIANO CURAMING<br>ADDRESS REDACTED | MARCELINO FERREIRA<br>ADDRESS REDACTED |
| MARCELINO VELASQUEZ<br>ADDRESS REDACTED | MARCELLA L ZYLSTRA<br>ADDRESS REDACTED | MARCELLA SANCHEZ<br>ADDRESS REDACTED |
| MARCELO CAMPOS<br>ADDRESS REDACTED | MARCIA A PHISCATOR<br>ADDRESS REDACTED | MARCIA ANN DAVIS<br>ADDRESS REDACTED |
| MARCIA CANADA<br>ADDRESS REDACTED | MARCIA HANSEN<br>ADDRESS REDACTED | MARCIA HEADLEY<br>ADDRESS REDACTED |

MARCIA HILL
ADDRESS REDACTED

MARCIA J HEIN
ADDRESS REDACTED

MARCIA KIHNLEY
ADDRESS REDACTED

MARCIA SCHNELL
ADDRESS REDACTED

MARCIE NEILSON
ADDRESS REDACTED

MARCIE ROSS
ADDRESS REDACTED

MARCIO DASILVA
ADDRESS REDACTED

MARCO ALAYO
ADDRESS REDACTED

MARCO CALDERON
ADDRESS REDACTED

MARCO CORONA
ADDRESS REDACTED

MARCO GARAVENTA
ADDRESS REDACTED

MARCO GUZMAN
ADDRESS REDACTED

MARCO MARTINEZ
ADDRESS REDACTED

MARCO MASTERS
ADDRESS REDACTED

MARCO NAVARRO
ADDRESS REDACTED

MARCO PETRI
ADDRESS REDACTED

MARCO REYES
ADDRESS REDACTED

MARCO RIVAS
ADDRESS REDACTED

MARCO RODRIGUEZ
ADDRESS REDACTED

MARCOS CARDENAS
ADDRESS REDACTED

MARCOS CHAVEZ
ADDRESS REDACTED

MARCOS ESPARAZA
ADDRESS REDACTED

MARCOS LOPEZ
ADDRESS REDACTED

MARCUS BISCOE
ADDRESS REDACTED

MARCUS BOLTON
ADDRESS REDACTED

MARCUS CHANDLER
ADDRESS REDACTED

MARCUS DESOUZA
ADDRESS REDACTED

MARCUS SERRANO
ADDRESS REDACTED

MARCUS THINNESSEE
ADDRESS REDACTED

MARCY NAVA
ADDRESS REDACTED

MARENA NANCELLA
ADDRESS REDACTED

MARGARET BERGMANIS
ADDRESS REDACTED

MARGARET BORRERO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MARGARET CARPENTER<br>ADDRESS REDACTED | MARGARET CHAPIN<br>ADDRESS REDACTED | MARGARET CHOI<br>ADDRESS REDACTED |
| MARGARET COPI<br>ADDRESS REDACTED | MARGARET CULMONE<br>ADDRESS REDACTED | MARGARET DEMOUTHE<br>ADDRESS REDACTED |
| MARGARET DYER<br>ADDRESS REDACTED | MARGARET ELMS<br>ADDRESS REDACTED | MARGARET G HARRISON<br>ADDRESS REDACTED |
| MARGARET GASHLIN<br>ADDRESS REDACTED | MARGARET GUERCIO<br>ADDRESS REDACTED | MARGARET HOGUE<br>ADDRESS REDACTED |
| MARGARET M COLLETT<br>ADDRESS REDACTED | MARGARET SOUBLET<br>ADDRESS REDACTED | MARGARET TAPIA<br>ADDRESS REDACTED |
| MARGARET VALLERGA<br>ADDRESS REDACTED | MARGARET VANCAMP<br>ADDRESS REDACTED | MARGARET VANCAMP<br>ADDRESS REDACTED |
| MARGARIDA SILVA<br>ADDRESS REDACTED | MARGARITA ALEGRE<br>ADDRESS REDACTED | MARGARITA ARCE<br>ADDRESS REDACTED |
| MARGARITA DURAN<br>ADDRESS REDACTED | MARGARITA GONZALEZ<br>ADDRESS REDACTED | MARGARITA ORTIZ<br>ADDRESS REDACTED |
| MARGARITA SANTIAGO<br>ADDRESS REDACTED | MARGARITA STAPLES<br>ADDRESS REDACTED | MARGARITA TONPE<br>ADDRESS REDACTED |
| MARGARITE ALEXANDRE<br>ADDRESS REDACTED | MARGARITO FIGUEROA<br>ADDRESS REDACTED | MARGARITO ORTEGA<br>ADDRESS REDACTED |
| MARGARITO SANCHEZ<br>ADDRESS REDACTED | MARGE  PALMERLEE<br>ADDRESS REDACTED | MARGE GATTS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MARGERY FENWICK<br>ADDRESS REDACTED | MARGIE HONRATH<br>ADDRESS REDACTED | MARGIE M EVANS<br>ADDRESS REDACTED |
| MARGO CHANEY & JAMES CHANEY<br>ADDRESS REDACTED | MARGO HUSTON<br>ADDRESS REDACTED | MARGO JACKLICH<br>ADDRESS REDACTED |
| MARGO SEELEY<br>ADDRESS REDACTED | MARGOT JENSEN<br>ADDRESS REDACTED | MARGOT ROSENBERG<br>ADDRESS REDACTED |
| MARGRET HANNAWAY<br>ADDRESS REDACTED | MARGRET WHITMORE<br>ADDRESS REDACTED | MARGUERITE OSBURNE<br>ADDRESS REDACTED |
| MARGZRITA, ERMAN BRAVO<br>ADDRESS REDACTED | MARI MENDONCA<br>ADDRESS REDACTED | MARI RAMOS<br>ADDRESS REDACTED |
| MARIA  AGUILAR<br>ADDRESS REDACTED | MARIA A GAVARRETE<br>ADDRESS REDACTED | MARIA A GONZALES<br>ADDRESS REDACTED |
| MARIA AGILAR<br>ADDRESS REDACTED | MARIA AHUACL<br>ADDRESS REDACTED | MARIA ALVARENGA<br>ADDRESS REDACTED |
| MARIA ARIAS<br>ADDRESS REDACTED | MARIA ARRIZON<br>ADDRESS REDACTED | MARIA BARAHONA<br>ADDRESS REDACTED |
| MARIA BENAVIDES<br>ADDRESS REDACTED | MARIA BLANCO<br>ADDRESS REDACTED | MARIA BUXTON<br>ADDRESS REDACTED |
| MARIA CABALLERO<br>ADDRESS REDACTED | MARIA CABRERA<br>ADDRESS REDACTED | MARIA CAPETILLO<br>ADDRESS REDACTED |
| MARIA CARDILLO<br>ADDRESS REDACTED | MARIA CARO<br>ADDRESS REDACTED | MARIA CHAVEZ<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MARIA CHAVEZ<br>ADDRESS REDACTED | MARIA CISNEROS<br>ADDRESS REDACTED | MARIA CLARA<br>ADDRESS REDACTED |
| MARIA CONCEPCION<br>ADDRESS REDACTED | MARIA CONLEY<br>ADDRESS REDACTED | MARIA CORDOVA<br>ADDRESS REDACTED |
| MARIA CORNEGO<br>ADDRESS REDACTED | MARIA CORNEJO<br>ADDRESS REDACTED | MARIA CORREA<br>ADDRESS REDACTED |
| MARIA CORTEZS<br>ADDRESS REDACTED | MARIA CRUZ<br>ADDRESS REDACTED | MARIA CRUZ<br>ADDRESS REDACTED |
| MARIA CRUZ<br>ADDRESS REDACTED | MARIA D SOLES<br>ADDRESS REDACTED | MARIA D. PINDEA<br>ADDRESS REDACTED |
| MARIA DE GUERRA<br>ADDRESS REDACTED | MARIA DE ROSARIO LOPEZ RODOSLFO LOPE<br>ADDRESS REDACTED | MARIA DEJESUS ZUNIGA AKA MARIA S. ZU<br>ADDRESS REDACTED |
| MARIA DEL ROCIO VAVQUEZ<br>ADDRESS REDACTED | MARIA DIAZ<br>ADDRESS REDACTED | MARIA E PATTERSON<br>ADDRESS REDACTED |
| MARIA E RANGEL<br>ADDRESS REDACTED | MARIA E. IZQUERIDO<br>ADDRESS REDACTED | MARIA ELIAS<br>ADDRESS REDACTED |
| MARIA ELVIRA RAMIREZ<br>ADDRESS REDACTED | MARIA FLORES<br>ADDRESS REDACTED | MARIA FRUTIS<br>ADDRESS REDACTED |
| MARIA FUENTES<br>ADDRESS REDACTED | MARIA G. CARMEN<br>ADDRESS REDACTED | MARIA GALLEGOS<br>ADDRESS REDACTED |
| MARIA GAVIRIA<br>ADDRESS REDACTED | MARIA GONZALES<br>ADDRESS REDACTED | MARIA GONZALEZ<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MARIA GUADALUPE<br>ADDRESS REDACTED | MARIA GUADALUPE DELAVEGA<br>ADDRESS REDACTED | MARIA GUERRERO<br>ADDRESS REDACTED |
| MARIA HARRIS, STEVEN HARRIS<br>ADDRESS REDACTED | MARIA HERNANDEZ<br>ADDRESS REDACTED | MARIA HERNANDEZ<br>ADDRESS REDACTED |
| MARIA HERNANDEZ<br>ADDRESS REDACTED | MARIA HERNANDEZ<br>ADDRESS REDACTED | MARIA HUERTA<br>ADDRESS REDACTED |
| MARIA HUERTA<br>ADDRESS REDACTED | MARIA ISAGURRE<br>ADDRESS REDACTED | MARIA ISQUIDA<br>ADDRESS REDACTED |
| MARIA JACOBO AND RAFAEL RUIZ<br>ADDRESS REDACTED | MARIA JIMENEV<br>ADDRESS REDACTED | MARIA JIMENEZ<br>ADDRESS REDACTED |
| MARIA JIMENEZ<br>ADDRESS REDACTED | MARIA JIMENEZ<br>ADDRESS REDACTED | MARIA JIMENEZ<br>ADDRESS REDACTED |
| MARIA JOYA<br>ADDRESS REDACTED | MARIA JUAREZ<br>ADDRESS REDACTED | MARIA JUAREZ<br>ADDRESS REDACTED |
| MARIA L ROMERO<br>ADDRESS REDACTED | MARIA LANDAVERDE<br>ADDRESS REDACTED | MARIA LARIOS<br>ADDRESS REDACTED |
| MARIA LEAL MENDOZA<br>ADDRESS REDACTED | MARIA LOPEZ<br>ADDRESS REDACTED | MARIA LOPEZ<br>ADDRESS REDACTED |
| MARIA LOUISA HERNANDEZ<br>ADDRESS REDACTED | MARIA M. DIAZ<br>ADDRESS REDACTED | MARIA MACHADO<br>ADDRESS REDACTED |
| MARIA MANJARREZ<br>ADDRESS REDACTED | MARIA MANNING<br>ADDRESS REDACTED | MARIA MARTINEZ<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MARIA MARTINEZ<br>ADDRESS REDACTED | MARIA MARTINEZ<br>ADDRESS REDACTED | MARIA MENDOZA<br>ADDRESS REDACTED |
| MARIA MENDOZA<br>ADDRESS REDACTED | MARIA MERCADO<br>ADDRESS REDACTED | MARIA MONTES<br>ADDRESS REDACTED |
| MARIA MORALES<br>ADDRESS REDACTED | MARIA MORALES<br>ADDRESS REDACTED | MARIA MORENO<br>ADDRESS REDACTED |
| MARIA MUNOZ<br>ADDRESS REDACTED | MARIA NAPOLES<br>ADDRESS REDACTED | MARIA NOELLIA MORENO<br>ADDRESS REDACTED |
| MARIA NUNEZ<br>ADDRESS REDACTED | MARIA NUNEZ<br>ADDRESS REDACTED | MARIA OLIVERA<br>ADDRESS REDACTED |
| MARIA ORTIZ<br>ADDRESS REDACTED | MARIA ORTIZ<br>ADDRESS REDACTED | MARIA PALACIOS<br>ADDRESS REDACTED |
| MARIA PERET<br>ADDRESS REDACTED | MARIA PEREZ<br>ADDRESS REDACTED | MARIA PEREZ<br>ADDRESS REDACTED |
| MARIA PEREZ<br>ADDRESS REDACTED | MARIA PEREZ<br>ADDRESS REDACTED | MARIA PHILAPIL<br>ADDRESS REDACTED |
| MARIA PINHEIRO<br>ADDRESS REDACTED | MARIA RAMIREZ<br>ADDRESS REDACTED | MARIA RAMOS<br>ADDRESS REDACTED |
| MARIA RAMOS<br>ADDRESS REDACTED | MARIA REGAZZIAN<br>ADDRESS REDACTED | MARIA RENTERIA<br>ADDRESS REDACTED |
| MARIA REYES<br>ADDRESS REDACTED | MARIA RILEY<br>ADDRESS REDACTED | MARIA RIOS<br>ADDRESS REDACTED |

MARIA RIPAMONTE
ADDRESS REDACTED

MARIA RIVERA
ADDRESS REDACTED

MARIA RIVERA
ADDRESS REDACTED

MARIA RIVERA
ADDRESS REDACTED

MARIA ROBLES
ADDRESS REDACTED

MARIA RODRIGUEZ
ADDRESS REDACTED

MARIA ROMERO
ADDRESS REDACTED

MARIA ROSAS
ADDRESS REDACTED

MARIA RUIZ
ADDRESS REDACTED

MARIA RUSSO
ADDRESS REDACTED

MARIA SAAVEDRA
ADDRESS REDACTED

MARIA SANCHEZ
ADDRESS REDACTED

MARIA SANCHEZ & RIGOBERTO SANCHEZ
ADDRESS REDACTED

MARIA SAYURA
ADDRESS REDACTED

MARIA SILER
ADDRESS REDACTED

MARIA SILVA
ADDRESS REDACTED

MARIA SOSA
ADDRESS REDACTED

MARIA SUAREZ
ADDRESS REDACTED

MARIA T BELZER
ADDRESS REDACTED

MARIA TABULLO
ADDRESS REDACTED

MARIA TAYLOR
ADDRESS REDACTED

MARIA TEIXERIA
ADDRESS REDACTED

MARIA URIBE
ADDRESS REDACTED

MARIA VACA
ADDRESS REDACTED

MARIA VALLE
ADDRESS REDACTED

MARIA VALLEJO
ADDRESS REDACTED

MARIA VALLIANOS
ADDRESS REDACTED

MARIA VARGAS
ADDRESS REDACTED

MARIA VENTIMIGLIA
ADDRESS REDACTED

MARIA ZAVALA
ADDRESS REDACTED

MARIAM JUC
ADDRESS REDACTED

MARIAM ROJO
ADDRESS REDACTED

MARIAN A. HARWOOD
ADDRESS REDACTED

| | | |
|---|---|---|
| MARIAN E WEST<br>ADDRESS REDACTED | MARIAN HANIS<br>ADDRESS REDACTED | MARIAN MCHUGH<br>ADDRESS REDACTED |
| MARIAN PERRY<br>ADDRESS REDACTED | MARIAN ZEIN<br>ADDRESS REDACTED | MARIANA AGUIRRE<br>ADDRESS REDACTED |
| MARIANITO SANTELISES<br>ADDRESS REDACTED | MARIANN DERBY<br>ADDRESS REDACTED | MARIANNE FRANCO<br>ADDRESS REDACTED |
| MARIANNE VIZYACK<br>ADDRESS REDACTED | MARIANO ARGUETA<br>ADDRESS REDACTED | MARIANO ULLOA-REYES<br>ADDRESS REDACTED |
| MARIBEL BOTER<br>ADDRESS REDACTED | MARIBEL LABRADOR<br>ADDRESS REDACTED | MARICEDA  FONTENOT<br>ADDRESS REDACTED |
| MARICELA FOSTER<br>ADDRESS REDACTED | MARICELA HERNANDEZ<br>ADDRESS REDACTED | MARICELA MENDOZA<br>ADDRESS REDACTED |
| MARICELA VARGAS<br>ADDRESS REDACTED | MARICELLA MANRIQUEZ<br>ADDRESS REDACTED | MARICIA WHITE<br>ADDRESS REDACTED |
| MARIDIL BAZAN<br>ADDRESS REDACTED | MARIE AUXIER<br>ADDRESS REDACTED | MARIE C. SADOWSKI<br>ADDRESS REDACTED |
| MARIE CHAVEZ<br>ADDRESS REDACTED | MARIE DELMUGNAIO<br>ADDRESS REDACTED | MARIE DITTEMANN<br>ADDRESS REDACTED |
| MARIE FOUTRES<br>ADDRESS REDACTED | MARIE GREEN<br>ADDRESS REDACTED | MARIE H HAYNES<br>ADDRESS REDACTED |
| MARIE HURST<br>ADDRESS REDACTED | MARIE KINGSBURY<br>ADDRESS REDACTED | MARIE LIBERTO<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MARIE MAUDE MYRTIL<br>ADDRESS REDACTED | MARIE MEDENCELES<br>ADDRESS REDACTED | MARIE NELSON<br>ADDRESS REDACTED |
| MARIE NICKLEBERRY<br>ADDRESS REDACTED | MARIE ODHLER<br>ADDRESS REDACTED | MARIE PAOLETTI<br>ADDRESS REDACTED |
| MARIE PARK<br>ADDRESS REDACTED | MARIE RANDALL<br>ADDRESS REDACTED | MARIE YANCHESKI<br>ADDRESS REDACTED |
| MARIELA RAMIREZ<br>ADDRESS REDACTED | MARIETTA RIMANDO<br>ADDRESS REDACTED | MARILENE ROA<br>ADDRESS REDACTED |
| MARILINA MORALES<br>ADDRESS REDACTED | MARILOU PAAS<br>ADDRESS REDACTED | MARILOU TECSON<br>ADDRESS REDACTED |
| MARILU ARIAS<br>ADDRESS REDACTED | MARILU BALAGTAN<br>ADDRESS REDACTED | MARILYN BEISCHEL<br>ADDRESS REDACTED |
| MARILYN BLAYLOCK<br>ADDRESS REDACTED | MARILYN BOWEN<br>ADDRESS REDACTED | MARILYN C SIMPSON<br>ADDRESS REDACTED |
| MARILYN DODGE<br>ADDRESS REDACTED | MARILYN DODGE<br>ADDRESS REDACTED | MARILYN DODGE<br>ADDRESS REDACTED |
| MARILYN DODGE<br>ADDRESS REDACTED | MARILYN GODDARD<br>ADDRESS REDACTED | MARILYN HASLIM<br>ADDRESS REDACTED |
| MARILYN JENKINS<br>ADDRESS REDACTED | MARILYN PETRASKA<br>ADDRESS REDACTED | MARILYN RUNKLE<br>ADDRESS REDACTED |
| MARILYN T WIEINSKI<br>ADDRESS REDACTED | MARILYN TOLENTINO OLDE<br>ADDRESS REDACTED | MARILYNN CORNELL<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MARIMOOTOO PILLAY<br>ADDRESS REDACTED | MARINA A DIAS<br>ADDRESS REDACTED | MARIO & VIRGINIA VELASCO<br>ADDRESS REDACTED |
| MARIO ALBERTO<br>ADDRESS REDACTED | MARIO ALFREDO VILLALTA<br>ADDRESS REDACTED | MARIO AZEVEDO<br>ADDRESS REDACTED |
| MARIO BRUNNER<br>ADDRESS REDACTED | MARIO COLAJ<br>ADDRESS REDACTED | MARIO CORTEZ<br>ADDRESS REDACTED |
| MARIO DARAJAS<br>ADDRESS REDACTED | MARIO E. ALVARADO<br>ADDRESS REDACTED | MARIO MONTES<br>ADDRESS REDACTED |
| MARIO NAVARRETE<br>ADDRESS REDACTED | MARIO PEMINTEL<br>ADDRESS REDACTED | MARIO RAMOS<br>ADDRESS REDACTED |
| MARIO RIVAS<br>ADDRESS REDACTED | MARIO RODRIGUEZ<br>ADDRESS REDACTED | MARIO SALES<br>ADDRESS REDACTED |
| MARIO SARINA<br>ADDRESS REDACTED | MARIO SILVA<br>ADDRESS REDACTED | MARION EASON<br>ADDRESS REDACTED |
| MARION KELLOGG<br>ADDRESS REDACTED | MARION REWCASTLE<br>ADDRESS REDACTED | MARION VAUGHAN<br>ADDRESS REDACTED |
| MARISA OFFRET<br>ADDRESS REDACTED | MARISELA CORTEZ<br>ADDRESS REDACTED | MARISELA JIMENEZ<br>ADDRESS REDACTED |
| MARISOL LADAGA<br>ADDRESS REDACTED | MARISOL SERRANO<br>ADDRESS REDACTED | MARISOL ZAPATA<br>ADDRESS REDACTED |
| MARISSA DIMAANO<br>ADDRESS REDACTED | MARISSA JOWETT<br>ADDRESS REDACTED | MARISSA NOGLEBERG<br>ADDRESS REDACTED |

MARISSA TILOS, BENJAMIN TILOS
ADDRESS REDACTED

MARITZA  BROWN
ADDRESS REDACTED

MARITZA EURIE
ADDRESS REDACTED

MARITZA PORTILLO
ADDRESS REDACTED

MARITZA YBARRA
ADDRESS REDACTED

MARIYAM UZDENOVAA
ADDRESS REDACTED

MARJORIE BENTON
ADDRESS REDACTED

MARJORIE CARPENTER
ADDRESS REDACTED

MARJORIE HOLMAN
ADDRESS REDACTED

MARJORIE ROECKEL
ADDRESS REDACTED

MARJORIE SOBYLAK EMIL SOBYLAK
ADDRESS REDACTED

MARJORY NENADICH
ADDRESS REDACTED

MARK  HARRIS
ADDRESS REDACTED

MARK  STEENSON
ADDRESS REDACTED

MARK A IZQUIERDO
ADDRESS REDACTED

MARK A MCILHARGIE
ADDRESS REDACTED

MARK ANDREWS
ADDRESS REDACTED

MARK ARDENTE
ADDRESS REDACTED

MARK ARDENTE
ADDRESS REDACTED

MARK BELL
ADDRESS REDACTED

MARK BLACKARD
ADDRESS REDACTED

MARK BURGESS
ADDRESS REDACTED

MARK BUSH AND CRYSTAL BUSH
ADDRESS REDACTED

MARK CHUDNOVSKY
ADDRESS REDACTED

MARK COLLINS
ADDRESS REDACTED

MARK COREY
ADDRESS REDACTED

MARK CRANE
ADDRESS REDACTED

MARK D TUBRE
ADDRESS REDACTED

MARK D. MILLER
ADDRESS REDACTED

MARK DAVIDNER
ADDRESS REDACTED

MARK DEGASPERI
ADDRESS REDACTED

MARK DICKSON
ADDRESS REDACTED

MARK DICKSON
ADDRESS REDACTED

| | | |
|---|---|---|
| MARK E PATTENAUDE<br>ADDRESS REDACTED | MARK ECKHARDT<br>ADDRESS REDACTED | MARK FASSIO<br>ADDRESS REDACTED |
| MARK GALE<br>ADDRESS REDACTED | MARK GOLDENSON<br>ADDRESS REDACTED | MARK GONZALES<br>ADDRESS REDACTED |
| MARK GONZALES<br>ADDRESS REDACTED | MARK GOSIK<br>ADDRESS REDACTED | MARK HENRY<br>ADDRESS REDACTED |
| MARK INFUSINO<br>ADDRESS REDACTED | MARK J CRUTCHER<br>ADDRESS REDACTED | MARK JESSEMAN<br>ADDRESS REDACTED |
| MARK KIDD<br>ADDRESS REDACTED | MARK KLEINHENZ<br>ADDRESS REDACTED | MARK LABADIE<br>ADDRESS REDACTED |
| MARK LARCO<br>ADDRESS REDACTED | MARK LEVINE<br>ADDRESS REDACTED | MARK LILES<br>ADDRESS REDACTED |
| MARK LILJEQUIST<br>ADDRESS REDACTED | MARK LIMA<br>ADDRESS REDACTED | MARK LISBY<br>ADDRESS REDACTED |
| MARK MALLICOAT<br>ADDRESS REDACTED | MARK MASON<br>ADDRESS REDACTED | MARK MASON<br>ADDRESS REDACTED |
| MARK MASON<br>ADDRESS REDACTED | MARK MASON<br>ADDRESS REDACTED | MARK MCCONVILLE<br>ADDRESS REDACTED |
| MARK MCKERLEY<br>ADDRESS REDACTED | MARK MEHRING<br>ADDRESS REDACTED | MARK MILLER<br>ADDRESS REDACTED |
| MARK MILLER<br>ADDRESS REDACTED | MARK MILLER<br>ADDRESS REDACTED | MARK MISASI<br>ADDRESS REDACTED |

MARK MONTELLO
ADDRESS REDACTED

MARK MYERS
ADDRESS REDACTED

MARK NISHIMOTO
ADDRESS REDACTED

MARK NOBLES
ADDRESS REDACTED

MARK OLUND
ADDRESS REDACTED

MARK PARINI
ADDRESS REDACTED

MARK RODGERS
ADDRESS REDACTED

MARK RODGERS
ADDRESS REDACTED

MARK RONALD PALMONDON
ADDRESS REDACTED

MARK S JENKINS
ADDRESS REDACTED

MARK SCHEFKE
ADDRESS REDACTED

MARK SPANGENBERG
ADDRESS REDACTED

MARK SPRINGER
ADDRESS REDACTED

MARK STAMMEN
ADDRESS REDACTED

MARK STAMMEN
ADDRESS REDACTED

MARK STILETTO
ADDRESS REDACTED

MARK TAE
ADDRESS REDACTED

MARK THOMS
ADDRESS REDACTED

MARK TISCITELLI
ADDRESS REDACTED

MARK V RITTER
ADDRESS REDACTED

MARK WHITTLER
ADDRESS REDACTED

MARK WOLOSZYK
ADDRESS REDACTED

MARK WYLIE
ADDRESS REDACTED

MARL SCHOLTEN
ADDRESS REDACTED

MARLA SATHER
ADDRESS REDACTED

MARLENE CHANDLER
ADDRESS REDACTED

MARLENE CLARK
ADDRESS REDACTED

MARLENE GARCIA
ADDRESS REDACTED

MARLENE JOSE
ADDRESS REDACTED

MARLENE LEORNA
ADDRESS REDACTED

MARLENE NARVAEZ
ADDRESS REDACTED

MARLENE NARVAEZ
ADDRESS REDACTED

MARLENE NARVAEZ
ADDRESS REDACTED

| | | |
|---|---|---|
| MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED |
| MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED |
| MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE NARVAEZ<br>ADDRESS REDACTED |
| MARLENE NARVAEZ<br>ADDRESS REDACTED | MARLENE SIERRA<br>ADDRESS REDACTED | MARLENE SMALL<br>ADDRESS REDACTED |
| MARLENE VEAVEY<br>ADDRESS REDACTED | MARLIN RAYNOZA<br>ADDRESS REDACTED | MARLO RASCO<br>ADDRESS REDACTED |
| MARLON RAMDRO<br>ADDRESS REDACTED | MARLONE PINDA<br>ADDRESS REDACTED | MARQUIS  FOODSERVICE<br>ADDRESS REDACTED |
| MARRINO BERBANO<br>ADDRESS REDACTED | MARRY BORGHERO<br>ADDRESS REDACTED | MARRY C CONEY<br>ADDRESS REDACTED |
| MARRY C HO<br>ADDRESS REDACTED | MARRY JONES<br>ADDRESS REDACTED | MARRY RICHTER<br>ADDRESS REDACTED |
| MARSHA GROSZ<br>ADDRESS REDACTED | MARSHA GUERRERO<br>ADDRESS REDACTED | MARSHA HAGER<br>ADDRESS REDACTED |
| MARSHA RILEY<br>ADDRESS REDACTED | MARSHA WALLS<br>ADDRESS REDACTED | MARSHAL AMADOR<br>ADDRESS REDACTED |
| MARSHAL MARTIN<br>ADDRESS REDACTED | MARSHALL GRAVES JR.<br>ADDRESS REDACTED | MARSHALL HARRIS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MARSHALL J. MACKS<br>ADDRESS REDACTED | MARSHALL MIDGLEY<br>ADDRESS REDACTED | MARSHALL WALKER<br>ADDRESS REDACTED |
| MARTA CLARK<br>ADDRESS REDACTED | MARTA MARTINSON<br>ADDRESS REDACTED | MARTA SOLIS<br>ADDRESS REDACTED |
| MARTHA ANDERSON<br>ADDRESS REDACTED | MARTHA ASCENCIO<br>ADDRESS REDACTED | MARTHA AVILA LONGORIA<br>ADDRESS REDACTED |
| MARTHA BACKSTROM<br>ADDRESS REDACTED | MARTHA BROWN<br>ADDRESS REDACTED | MARTHA C MOLINA<br>ADDRESS REDACTED |
| MARTHA CALDERON<br>ADDRESS REDACTED | MARTHA GARCIA<br>ADDRESS REDACTED | MARTHA GARCIA<br>ADDRESS REDACTED |
| MARTHA GONZALEZ<br>ADDRESS REDACTED | MARTHA LOPEZ<br>ADDRESS REDACTED | MARTHA MALDONADO<br>ADDRESS REDACTED |
| MARTHA MONTANEZ<br>ADDRESS REDACTED | MARTHA MONTGOMERY<br>ADDRESS REDACTED | MARTHA MUNOZ<br>ADDRESS REDACTED |
| MARTHA ORTIZ<br>ADDRESS REDACTED | MARTHA P MAGANA-RULEY<br>ADDRESS REDACTED | MARTHA R BARBOSA<br>ADDRESS REDACTED |
| MARTHA SANCHEZ<br>ADDRESS REDACTED | MARTHA WEINBERG<br>ADDRESS REDACTED | MARTHIN SATRIS<br>ADDRESS REDACTED |
| MARTIN  DONAVAN<br>ADDRESS REDACTED | MARTIN  EISENSTEIN<br>ADDRESS REDACTED | MARTIN ACEVIS<br>ADDRESS REDACTED |
| MARTIN AND OR MARIA RODRIGUEZ<br>ADDRESS REDACTED | MARTIN ASBORNO AND GAYLENE ASBORMO<br>ADDRESS REDACTED | MARTIN BERMAN<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail                                                                    Served 5/22/2014

MARTIN BERRY
ADDRESS REDACTED

MARTIN CANSECO
ADDRESS REDACTED

MARTIN CORONIS
ADDRESS REDACTED

MARTIN DAVIDSSON
ADDRESS REDACTED

MARTIN DIAZ
ADDRESS REDACTED

MARTIN DONALDSON
ADDRESS REDACTED

MARTIN E. JOBE
ADDRESS REDACTED

MARTIN ESCAMILLA
ADDRESS REDACTED

MARTIN G. ZAMBRANO
ADDRESS REDACTED

MARTIN GUTIERREZ
ADDRESS REDACTED

MARTIN HAUSER
ADDRESS REDACTED

MARTIN HOROWITZ
ADDRESS REDACTED

MARTIN J  FOLIS
ADDRESS REDACTED

MARTIN JACOBSON
ADDRESS REDACTED

MARTIN KAFFENBERG
ADDRESS REDACTED

MARTIN KASLIN AND LAURIE KASLIN
ADDRESS REDACTED

MARTIN M. KAS-MIKHA
ADDRESS REDACTED

MARTIN MCCARTHY
ADDRESS REDACTED

MARTIN MEDINA
ADDRESS REDACTED

MARTIN MENDOZA
ADDRESS REDACTED

MARTIN NGUYEN
ADDRESS REDACTED

MARTIN OHARA
ADDRESS REDACTED

MARTIN OLIVA
ADDRESS REDACTED

MARTIN PEREZ & TERESA PEREZ
ADDRESS REDACTED

MARTIN PIHL
ADDRESS REDACTED

MARTIN R. AVIL
ADDRESS REDACTED

MARTIN RAMOS
ADDRESS REDACTED

MARTIN RODRIGUEZ
ADDRESS REDACTED

MARTIN VASQUEZ
ADDRESS REDACTED

MARTIN ZAUALA
ADDRESS REDACTED

MARTINA IDEA
ADDRESS REDACTED

MARTINE TAYLOR
ADDRESS REDACTED

MARTY BANDINO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MARTY HUVER<br>ADDRESS REDACTED | MARTY JAVORNISKY<br>ADDRESS REDACTED | MARTY KROELL<br>ADDRESS REDACTED |
| MARTY RETTA<br>ADDRESS REDACTED | MARVA ALS<br>ADDRESS REDACTED | MARVA CARABOTT<br>ADDRESS REDACTED |
| MARVA CARABOTT<br>ADDRESS REDACTED | MARVIN BELTRAN<br>ADDRESS REDACTED | MARVIN BOWERMASTER<br>ADDRESS REDACTED |
| MARVIN C TROTT JR<br>ADDRESS REDACTED | MARVIN E PEERY<br>ADDRESS REDACTED | MARVIN GUEVARA<br>ADDRESS REDACTED |
| MARVIN HENRY<br>ADDRESS REDACTED | MARVIN HENRY<br>ADDRESS REDACTED | MARVIN KLEIN<br>ADDRESS REDACTED |
| MARVIN MCGEE<br>ADDRESS REDACTED | MARVIN MUEHLING<br>ADDRESS REDACTED | MARVIN ROJAS<br>ADDRESS REDACTED |
| MARVIN SIEGEL<br>ADDRESS REDACTED | MARY  MITCHELL<br>ADDRESS REDACTED | MARY  WALSH<br>ADDRESS REDACTED |
| MARY A FIORILO<br>ADDRESS REDACTED | MARY A GEORGE<br>ADDRESS REDACTED | MARY A MATTHEWS<br>ADDRESS REDACTED |
| MARY ALVARADO<br>ADDRESS REDACTED | MARY ANN GOROSPE'ZAMORA<br>ADDRESS REDACTED | MARY ARNOLD<br>ADDRESS REDACTED |
| MARY BANKAS<br>ADDRESS REDACTED | MARY BETH BRADFORD<br>ADDRESS REDACTED | MARY BONGIOVANNI<br>ADDRESS REDACTED |
| MARY BROOKSHIRE<br>ADDRESS REDACTED | MARY CELESTINE<br>ADDRESS REDACTED | MARY CHIN<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MARY CLARK<br>ADDRESS REDACTED | MARY CORDERO<br>ADDRESS REDACTED | MARY CUDJOE<br>ADDRESS REDACTED |
| MARY CUEVAS<br>ADDRESS REDACTED | MARY DAVIDSON<br>ADDRESS REDACTED | MARY E ABERNATHY<br>ADDRESS REDACTED |
| MARY E SELBY<br>ADDRESS REDACTED | MARY E ZEPP<br>ADDRESS REDACTED | MARY E. BLANCO<br>ADDRESS REDACTED |
| MARY E. VANDYKEN<br>ADDRESS REDACTED | MARY ELIZABETH MANZ<br>ADDRESS REDACTED | MARY ELLEN ALBANO<br>ADDRESS REDACTED |
| MARY ELLEN DONALD<br>ADDRESS REDACTED | MARY F. HERNANDEZ<br>ADDRESS REDACTED | MARY FALCON<br>ADDRESS REDACTED |
| MARY GALLAHUE<br>ADDRESS REDACTED | MARY GOULD<br>ADDRESS REDACTED | MARY GOUVEIA<br>ADDRESS REDACTED |
| MARY GRACE CALICDAN<br>ADDRESS REDACTED | MARY GRISWALD<br>ADDRESS REDACTED | MARY GUARINO<br>ADDRESS REDACTED |
| MARY HOOD<br>ADDRESS REDACTED | MARY HUGHES-LEE<br>ADDRESS REDACTED | MARY IYEMURA<br>ADDRESS REDACTED |
| MARY J RIDLEY<br>ADDRESS REDACTED | MARY JANE WAYGOOD<br>ADDRESS REDACTED | MARY JANE WIESEMANN<br>ADDRESS REDACTED |
| MARY JEAN COEUR-BARRON<br>ADDRESS REDACTED | MARY JONES<br>ADDRESS REDACTED | MARY K HILL<br>ADDRESS REDACTED |
| MARY KILLEBREW<br>ADDRESS REDACTED | MARY LASATER<br>ADDRESS REDACTED | MARY LEKAS<br>ADDRESS REDACTED |

MARY LEWLING
ADDRESS REDACTED

MARY M HOWARD
ADDRESS REDACTED

MARY MACIAS
ADDRESS REDACTED

MARY MARQUEZ
ADDRESS REDACTED

MARY MEAD
ADDRESS REDACTED

MARY MORAN
ADDRESS REDACTED

MARY OBROTKA
ADDRESS REDACTED

MARY P MAUCK
ADDRESS REDACTED

MARY PALOMINO
ADDRESS REDACTED

MARY PARADA
ADDRESS REDACTED

MARY PARKER
ADDRESS REDACTED

MARY PETTEGREW
ADDRESS REDACTED

MARY POFFENROTH
ADDRESS REDACTED

MARY POXON
ADDRESS REDACTED

MARY PSPPALARCO
ADDRESS REDACTED

MARY RAIMO
ADDRESS REDACTED

MARY RAMIREZ
ADDRESS REDACTED

MARY RIVARD
ADDRESS REDACTED

MARY RIVERA
ADDRESS REDACTED

MARY ROSE MASIKAT
ADDRESS REDACTED

MARY RUTHERFORD
ADDRESS REDACTED

MARY S  ALFORD
ADDRESS REDACTED

MARY SANCHEZ
ADDRESS REDACTED

MARY SANDRA MERCADO
ADDRESS REDACTED

MARY SANTIAGO
ADDRESS REDACTED

MARY SMITH
ADDRESS REDACTED

MARY SUE EDWARDS
ADDRESS REDACTED

MARY TAFOLLA
ADDRESS REDACTED

MARY WAKEHAM
ADDRESS REDACTED

MARY WALLICK
ADDRESS REDACTED

MARYA GIBBONS
ADDRESS REDACTED

MARYALYIAN MORA
ADDRESS REDACTED

MARYANNE GANIM
ADDRESS REDACTED

| MARYJANE DI GIORGIO<br>ADDRESS REDACTED | MARY-KATE DOCKINS<br>ADDRESS REDACTED | MARYLAN STUART<br>ADDRESS REDACTED |
|---|---|---|
| MARYLIN DODGE<br>ADDRESS REDACTED | MARZENNA PELCZAR<br>ADDRESS REDACTED | MASARU HARRIS<br>ADDRESS REDACTED |
| MASOUD SEYED GHAEMI<br>ADDRESS REDACTED | MASS INVESTMENT GROUP<br>ADDRESS REDACTED | MATHA RODRIGUEZ<br>ADDRESS REDACTED |
| MATHEW JOHN<br>ADDRESS REDACTED | MATHEW PAGE<br>ADDRESS REDACTED | MATHEW SNOW<br>ADDRESS REDACTED |
| MATHILDA MASON<br>ADDRESS REDACTED | MATHYAS MICHAEL<br>ADDRESS REDACTED | MATIAS CARMONA<br>ADDRESS REDACTED |
| MATILDA GARCIA<br>ADDRESS REDACTED | MATILDA MIGUEL<br>ADDRESS REDACTED | MATT YILDIZ<br>ADDRESS REDACTED |
| MATT BRUENSTEINER<br>ADDRESS REDACTED | MATT CHAD<br>ADDRESS REDACTED | MATT FOX<br>ADDRESS REDACTED |
| MATT GENNETT<br>ADDRESS REDACTED | MATT MCDERMOTT<br>ADDRESS REDACTED | MATT MENDOZA<br>ADDRESS REDACTED |
| MATT MORAN<br>ADDRESS REDACTED | MATT PALMBOS<br>ADDRESS REDACTED | MATT PANEK<br>ADDRESS REDACTED |
| MATT PARKER<br>ADDRESS REDACTED | MATT RANKIN<br>ADDRESS REDACTED | MATT ROZZETTA<br>ADDRESS REDACTED |
| MATT SAGASER<br>ADDRESS REDACTED | MATT WATSON<br>ADDRESS REDACTED | MATT WILLIAMS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MATT YILDE<br>ADDRESS REDACTED | MATT YILDIZ<br>ADDRESS REDACTED | MATT ZELENAK<br>ADDRESS REDACTED |
| MATTEO LEUZZI<br>ADDRESS REDACTED | MATTHEW & MANDI NEWTON<br>ADDRESS REDACTED | MATTHEW AMPERSEE<br>ADDRESS REDACTED |
| MATTHEW ANGELL<br>ADDRESS REDACTED | MATTHEW BAILEY<br>ADDRESS REDACTED | MATTHEW CONNOLLY<br>ADDRESS REDACTED |
| MATTHEW DELAGO<br>ADDRESS REDACTED | MATTHEW EDWARDS<br>ADDRESS REDACTED | MATTHEW FOLEY<br>ADDRESS REDACTED |
| MATTHEW GONZALES<br>ADDRESS REDACTED | MATTHEW HALSEY<br>ADDRESS REDACTED | MATTHEW HARVEY<br>ADDRESS REDACTED |
| MATTHEW KOEHLAR<br>ADDRESS REDACTED | MATTHEW LAMBERT<br>ADDRESS REDACTED | MATTHEW MARK  WEAVER<br>ADDRESS REDACTED |
| MATTHEW MCCULLOUGH<br>ADDRESS REDACTED | MATTHEW MORTENSON SEAN JOSEPH<br>ADDRESS REDACTED | MATTHEW MOSES<br>ADDRESS REDACTED |
| MATTHEW PATELLA<br>ADDRESS REDACTED | MATTHEW PHILLIPS<br>ADDRESS REDACTED | MATTHEW REVAK<br>ADDRESS REDACTED |
| MATTHEW ROBERT LONG<br>ADDRESS REDACTED | MATTHEW SCHMITT<br>ADDRESS REDACTED | MATTHEW SMITH<br>ADDRESS REDACTED |
| MATTHEW STACY<br>ADDRESS REDACTED | MATTHEW STARNER<br>ADDRESS REDACTED | MATTHEW STONE<br>ADDRESS REDACTED |
| MATTHEW SWACINA<br>ADDRESS REDACTED | MATTHEW THOMAS GRUNEISEN<br>ADDRESS REDACTED | MATTHEW VEZALDENOS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MATTHEW W TRACEY<br>ADDRESS REDACTED | MATTHEW WALKER<br>ADDRESS REDACTED | MATTHEW WILLIAMS<br>ADDRESS REDACTED |
| MATTHEW ZUECH<br>ADDRESS REDACTED | MAUDALENO URQUILLA<br>ADDRESS REDACTED | MAURA PEREZ<br>ADDRESS REDACTED |
| MAURA TORRES<br>ADDRESS REDACTED | MAUREEN HAMTSEY<br>ADDRESS REDACTED | MAUREEN HARRIGAN<br>ADDRESS REDACTED |
| MAUREEN LAPONTE<br>ADDRESS REDACTED | MAUREEN MALONE<br>ADDRESS REDACTED | MAUREEN MCMANUS<br>ADDRESS REDACTED |
| MAUREEN SHEA<br>ADDRESS REDACTED | MAUREEN STANGL<br>ADDRESS REDACTED | MAUREEN TATE<br>ADDRESS REDACTED |
| MAURICE MEISELS<br>ADDRESS REDACTED | MAURICE WATSON<br>ADDRESS REDACTED | MAURICIO BARRAZA<br>ADDRESS REDACTED |
| MAURICIO GARCIA<br>ADDRESS REDACTED | MAURICIO REYNOSO<br>ADDRESS REDACTED | MAURILIA GUTIERREZ<br>ADDRESS REDACTED |
| MAURILIO ARRELLANO<br>ADDRESS REDACTED | MAURINE SIUFANUA<br>ADDRESS REDACTED | MAURITA HYSTEN<br>ADDRESS REDACTED |
| MAURO MONZON<br>ADDRESS REDACTED | MAURO T. & ROSA ROJAS<br>ADDRESS REDACTED | MAURO VILLANUEVA<br>ADDRESS REDACTED |
| MAVARRO GARCIA<br>ADDRESS REDACTED | MAX ANTOR<br>ADDRESS REDACTED | MAX DEOAMORA<br>ADDRESS REDACTED |
| MAX GROSSMAN<br>ADDRESS REDACTED | MAX LAZO<br>ADDRESS REDACTED | MAX SIMPSON<br>ADDRESS REDACTED |

Served 5/22/2014

MAXIMA CORTEZ
ADDRESS REDACTED

MAXIMINI MADRIGAL
ADDRESS REDACTED

MAXIMINO DELGADO
ADDRESS REDACTED

MAXIMINO VARGAS
ADDRESS REDACTED

MAXINE ADAMS
ADDRESS REDACTED

MAXINE BROWN
ADDRESS REDACTED

MAXINE MCCORMICK
ADDRESS REDACTED

MAXINE MOEHRIND
ADDRESS REDACTED

MAXINE WILLIAMS
ADDRESS REDACTED

MAXINE WILSON
ADDRESS REDACTED

MAXWELL ANDERSON
ADDRESS REDACTED

MAY IAMASHICA
ADDRESS REDACTED

MAY JACKSON
ADDRESS REDACTED

MAY WERNER
ADDRESS REDACTED

MAY WONG
ADDRESS REDACTED

MAYA SLOCUM
ADDRESS REDACTED

MAYELA ALVA
ADDRESS REDACTED

MAYNARD S ANDERSEN
ADDRESS REDACTED

MAYRA RIVERA
ADDRESS REDACTED

MAYRA SALAIZA
ADDRESS REDACTED

MAYRA SALGADO
ADDRESS REDACTED

MAYZINER WELLONS
ADDRESS REDACTED

MC WRIGHT
ADDRESS REDACTED

MD SAROAR
ADDRESS REDACTED

MEADE VAN PUTTEN
ADDRESS REDACTED

MECHELLE ANTONUCCI
ADDRESS REDACTED

MEEKO CARRAWAY
ADDRESS REDACTED

MEG FISHER
ADDRESS REDACTED

MEG TAYLOR
ADDRESS REDACTED

MEGAN FAYE
ADDRESS REDACTED

MEGAN MCDEVITT
ADDRESS REDACTED

MEGGIE CAPLE
ADDRESS REDACTED

MEGOS AFEWORKI
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MEL DUMAS<br>ADDRESS REDACTED | MELANIE  MORIN<br>ADDRESS REDACTED | MELANIE  MORIN<br>ADDRESS REDACTED |
| MELANIE  MORIN<br>ADDRESS REDACTED | MELANIE KOUTS<br>ADDRESS REDACTED | MELANIE MORIN<br>ADDRESS REDACTED |
| MELANIE MORIN<br>ADDRESS REDACTED | MELANIE WEISS<br>ADDRESS REDACTED | MELBA CALDWELL<br>ADDRESS REDACTED |
| MELBA CANTY<br>ADDRESS REDACTED | MELBIA CRAST<br>ADDRESS REDACTED | MELCHIEDEC ARTEGA<br>ADDRESS REDACTED |
| MELCHOR PAGALA<br>ADDRESS REDACTED | MELCHOR PEREZ<br>ADDRESS REDACTED | MELDA SMITH<br>ADDRESS REDACTED |
| MELDIN G FONG<br>ADDRESS REDACTED | MELE TEU<br>ADDRESS REDACTED | MELE TEU, ALEXANDER TEU<br>ADDRESS REDACTED |
| MELIDY TORRES<br>ADDRESS REDACTED | MELINDA AND MICHAEL CLARK<br>ADDRESS REDACTED | MELINDA BRYANT<br>ADDRESS REDACTED |
| MELINDA KING<br>ADDRESS REDACTED | MELINDA RICHARDSON<br>ADDRESS REDACTED | MELINDA WRIGHT<br>ADDRESS REDACTED |
| MELISA FAIRLEY<br>ADDRESS REDACTED | MELISSA  FARINA-BURKE<br>ADDRESS REDACTED | MELISSA A & JOHN KIES<br>ADDRESS REDACTED |
| MELISSA A GUASTELLA<br>ADDRESS REDACTED | MELISSA ANDINO<br>ADDRESS REDACTED | MELISSA HERNANDEZ<br>ADDRESS REDACTED |
| MELISSA HOLMES<br>ADDRESS REDACTED | MELISSA LEA<br>ADDRESS REDACTED | MELISSA M SUMMERS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MELISSA MANALASTAS<br>ADDRESS REDACTED | MELISSA REYES<br>ADDRESS REDACTED | MELISSA T. HARRINGTON<br>ADDRESS REDACTED |
| MELISSA TALAVERA<br>ADDRESS REDACTED | MELISSA WRIGHT<br>ADDRESS REDACTED | MELL C JORDAN JR<br>ADDRESS REDACTED |
| MELLISSA GULLY<br>ADDRESS REDACTED | MELLISSA PING<br>ADDRESS REDACTED | MELODY NOLL<br>ADDRESS REDACTED |
| MELODY TOLMIE<br>ADDRESS REDACTED | MELVA MICKELE<br>ADDRESS REDACTED | MELVIN DENTON<br>ADDRESS REDACTED |
| MELVIN DIZON<br>ADDRESS REDACTED | MELVIN GREG<br>ADDRESS REDACTED | MELVIN HALE<br>ADDRESS REDACTED |
| MELVIN LEWIS BROOKS SR<br>ADDRESS REDACTED | MELVIN LUBIN<br>ADDRESS REDACTED | MELVIN MCLOUD<br>ADDRESS REDACTED |
| MELVIN SZERWIN<br>ADDRESS REDACTED | MELVIN TAYLOR<br>ADDRESS REDACTED | MELVIN YARWOOD<br>ADDRESS REDACTED |
| MELVINA FARLEY<br>ADDRESS REDACTED | MELVINEA CHAMPAN<br>ADDRESS REDACTED | MENA MATIENZO<br>ADDRESS REDACTED |
| MENACHEM SZWERIN<br>ADDRESS REDACTED | MENDEL COHEN<br>ADDRESS REDACTED | MENDY WONG<br>ADDRESS REDACTED |
| MENGLIN YU<br>ADDRESS REDACTED | MENGSTEAB HABTAY<br>ADDRESS REDACTED | MERARI CRUZ<br>ADDRESS REDACTED |
| MERCEDES HARTWIG<br>ADDRESS REDACTED | MERCEDES MEDRANO<br>ADDRESS REDACTED | MERCY AHLGREN-MURRAY<br>ADDRESS REDACTED |

MERDCEDES RAYES
ADDRESS REDACTED

MEREDITH BECKERMAN ADAM BECKERMAN
ADDRESS REDACTED

MEREDITH JONES
ADDRESS REDACTED

MERLE SACHS
ADDRESS REDACTED

MERLITA ALINDOG
ADDRESS REDACTED

MERRIL KNOOP
ADDRESS REDACTED

MERRY SMITH
ADDRESS REDACTED

MESALINA BAUTISTA
ADDRESS REDACTED

MESIAS ROMERO
ADDRESS REDACTED

MIA GUTIERREZ
ADDRESS REDACTED

MICHAEL  D'AMARA
ADDRESS REDACTED

MICHAEL  D'AMARA
ADDRESS REDACTED

MICHAEL  KYER
ADDRESS REDACTED

MICHAEL  MCKEOWN
ADDRESS REDACTED

MICHAEL  PANAS
ADDRESS REDACTED

MICHAEL  RYAN
ADDRESS REDACTED

MICHAEL  SMALL
ADDRESS REDACTED

MICHAEL & MARIA MORGADO
ADDRESS REDACTED

MICHAEL A FITZGERALD
ADDRESS REDACTED

MICHAEL A SICONOLFI
ADDRESS REDACTED

MICHAEL A. GOTHEEN
ADDRESS REDACTED

MICHAEL ABATE
ADDRESS REDACTED

MICHAEL ABORDE
ADDRESS REDACTED

MICHAEL AND AMY CRANDALL
ADDRESS REDACTED

MICHAEL ARIGHI
ADDRESS REDACTED

MICHAEL ASHE
ADDRESS REDACTED

MICHAEL B ELLIS
ADDRESS REDACTED

MICHAEL BARBOUR
ADDRESS REDACTED

MICHAEL BASGAL
ADDRESS REDACTED

MICHAEL BENTLER
ADDRESS REDACTED

MICHAEL BLOOM
ADDRESS REDACTED

MICHAEL BORN
ADDRESS REDACTED

MICHAEL BOURGAULT
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MICHAEL BRIGGS<br>ADDRESS REDACTED | MICHAEL BUCHER<br>ADDRESS REDACTED | MICHAEL BUEHLER & GRACE ABIKO<br>ADDRESS REDACTED |
| MICHAEL CASKEY<br>ADDRESS REDACTED | MICHAEL CHANG<br>ADDRESS REDACTED | MICHAEL CHAVES<br>ADDRESS REDACTED |
| MICHAEL CONTRERAS<br>ADDRESS REDACTED | MICHAEL COSENZA<br>ADDRESS REDACTED | MICHAEL COTTONE<br>ADDRESS REDACTED |
| MICHAEL CRAWFORD<br>ADDRESS REDACTED | MICHAEL CUOMO<br>ADDRESS REDACTED | MICHAEL D CIRELLA<br>ADDRESS REDACTED |
| MICHAEL D MARIN<br>ADDRESS REDACTED | MICHAEL DALLENGEE<br>ADDRESS REDACTED | MICHAEL DAMPOLO<br>ADDRESS REDACTED |
| MICHAEL DANIELS<br>ADDRESS REDACTED | MICHAEL DELMUNDO<br>ADDRESS REDACTED | MICHAEL DIENES<br>ADDRESS REDACTED |
| MICHAEL DORTENZIO<br>ADDRESS REDACTED | MICHAEL DORTENZIO<br>ADDRESS REDACTED | MICHAEL DOUGLAS HOYT<br>ADDRESS REDACTED |
| MICHAEL EISENSEHER<br>ADDRESS REDACTED | MICHAEL FEENEY<br>ADDRESS REDACTED | MICHAEL FITZGERALD<br>ADDRESS REDACTED |
| MICHAEL FORD<br>ADDRESS REDACTED | MICHAEL FRISBIE ISA CHAKARIAN<br>ADDRESS REDACTED | MICHAEL GAETA<br>ADDRESS REDACTED |
| MICHAEL GALER<br>ADDRESS REDACTED | MICHAEL GAROFALO<br>ADDRESS REDACTED | MICHAEL GARRIGAN<br>ADDRESS REDACTED |
| MICHAEL GAVENDA<br>ADDRESS REDACTED | MICHAEL GENTILE<br>ADDRESS REDACTED | MICHAEL GIFFITHS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MICHAEL GILBERT<br>ADDRESS REDACTED | MICHAEL GLANVILLE<br>ADDRESS REDACTED | MICHAEL GRUBER<br>ADDRESS REDACTED |
| MICHAEL GUST<br>ADDRESS REDACTED | MICHAEL HAGEN<br>ADDRESS REDACTED | MICHAEL HANSEN<br>ADDRESS REDACTED |
| MICHAEL HARRIS<br>ADDRESS REDACTED | MICHAEL HAYTER<br>ADDRESS REDACTED | MICHAEL HEDGER<br>ADDRESS REDACTED |
| MICHAEL HENDRIX<br>ADDRESS REDACTED | MICHAEL HERMIZ<br>ADDRESS REDACTED | MICHAEL HERNANDEZ<br>ADDRESS REDACTED |
| MICHAEL HOFFMAN<br>ADDRESS REDACTED | MICHAEL HOLMES<br>ADDRESS REDACTED | MICHAEL HUNTER<br>ADDRESS REDACTED |
| MICHAEL INGRAM<br>ADDRESS REDACTED | MICHAEL J JESSUP<br>ADDRESS REDACTED | MICHAEL J KING<br>ADDRESS REDACTED |
| MICHAEL J REISLER<br>ADDRESS REDACTED | MICHAEL J WRIGHT<br>ADDRESS REDACTED | MICHAEL JAMES COPE<br>ADDRESS REDACTED |
| MICHAEL KADUK<br>ADDRESS REDACTED | MICHAEL KANE'EMERY KINKEMA<br>ADDRESS REDACTED | MICHAEL KARSEN<br>ADDRESS REDACTED |
| MICHAEL KAUFMAN<br>ADDRESS REDACTED | MICHAEL KEANE<br>ADDRESS REDACTED | MICHAEL KEETON<br>ADDRESS REDACTED |
| MICHAEL KILLENS<br>ADDRESS REDACTED | MICHAEL KORMUSIS ELENI KOUOUMOUSIS<br>ADDRESS REDACTED | MICHAEL KRUPP<br>ADDRESS REDACTED |
| MICHAEL KYER<br>ADDRESS REDACTED | MICHAEL L MARATTINI<br>ADDRESS REDACTED | MICHAEL LAKE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MICHAEL LENNON<br>ADDRESS REDACTED | MICHAEL LENNON<br>ADDRESS REDACTED | MICHAEL LEWIS<br>ADDRESS REDACTED |
| MICHAEL LINDER<br>ADDRESS REDACTED | MICHAEL MADDEN<br>ADDRESS REDACTED | MICHAEL MARTINEZ<br>ADDRESS REDACTED |
| MICHAEL MASHMAN<br>ADDRESS REDACTED | MICHAEL MCCARTHY<br>ADDRESS REDACTED | MICHAEL MCCULLOCH<br>ADDRESS REDACTED |
| MICHAEL MCGEE<br>ADDRESS REDACTED | MICHAEL MCNULTY<br>ADDRESS REDACTED | MICHAEL MEAD<br>ADDRESS REDACTED |
| MICHAEL MENDONEA<br>ADDRESS REDACTED | MICHAEL MENZEL<br>ADDRESS REDACTED | MICHAEL MERCK<br>ADDRESS REDACTED |
| MICHAEL MERKIN<br>ADDRESS REDACTED | MICHAEL MEYKLER<br>ADDRESS REDACTED | MICHAEL MILOTZ<br>ADDRESS REDACTED |
| MICHAEL MIMS<br>ADDRESS REDACTED | MICHAEL MOORE<br>ADDRESS REDACTED | MICHAEL MORALES<br>ADDRESS REDACTED |
| MICHAEL MURPHY<br>ADDRESS REDACTED | MICHAEL O'BYRNE<br>ADDRESS REDACTED | MICHAEL P. MONAHAN<br>ADDRESS REDACTED |
| MICHAEL P. SMITH<br>ADDRESS REDACTED | MICHAEL PAFF<br>ADDRESS REDACTED | MICHAEL PATRICK GREEN<br>ADDRESS REDACTED |
| MICHAEL PERA<br>ADDRESS REDACTED | MICHAEL PEREIRA<br>ADDRESS REDACTED | MICHAEL PERRY<br>ADDRESS REDACTED |
| MICHAEL PETERSON<br>ADDRESS REDACTED | MICHAEL POTENZA<br>ADDRESS REDACTED | MICHAEL PUSHEE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MICHAEL QUIRICONI<br>ADDRESS REDACTED | MICHAEL R HOLGE, NANCY L HOGLE<br>ADDRESS REDACTED | MICHAEL R. STREETS<br>ADDRESS REDACTED |
| MICHAEL RICE<br>ADDRESS REDACTED | MICHAEL ROBBIANI<br>ADDRESS REDACTED | MICHAEL ROSENBERG<br>ADDRESS REDACTED |
| MICHAEL RUEHL<br>ADDRESS REDACTED | MICHAEL RUGGLES<br>ADDRESS REDACTED | MICHAEL RYHERD<br>ADDRESS REDACTED |
| MICHAEL RYLAND<br>ADDRESS REDACTED | MICHAEL SABANAL<br>ADDRESS REDACTED | MICHAEL SANDERS<br>ADDRESS REDACTED |
| MICHAEL SANDERS<br>ADDRESS REDACTED | MICHAEL SANGUINETTI<br>ADDRESS REDACTED | MICHAEL SANSONE<br>ADDRESS REDACTED |
| MICHAEL SANTOS<br>ADDRESS REDACTED | MICHAEL SARENSON<br>ADDRESS REDACTED | MICHAEL SCHIBLER<br>ADDRESS REDACTED |
| MICHAEL SEARS<br>ADDRESS REDACTED | MICHAEL SILLS<br>ADDRESS REDACTED | MICHAEL SIMMONS<br>ADDRESS REDACTED |
| MICHAEL SLY<br>ADDRESS REDACTED | MICHAEL SMITH<br>ADDRESS REDACTED | MICHAEL SOARBS<br>ADDRESS REDACTED |
| MICHAEL STATLES<br>ADDRESS REDACTED | MICHAEL STOKES<br>ADDRESS REDACTED | MICHAEL STOOPS<br>ADDRESS REDACTED |
| MICHAEL T LEAR<br>ADDRESS REDACTED | MICHAEL TESSMER<br>ADDRESS REDACTED | MICHAEL TEUNIS<br>ADDRESS REDACTED |
| MICHAEL THOMAS<br>ADDRESS REDACTED | MICHAEL TRIMBLE<br>ADDRESS REDACTED | MICHAEL TROOST<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| MICHAEL WEAVER<br>ADDRESS REDACTED | MICHAEL WILLIAMS<br>ADDRESS REDACTED | MICHAEL WILLIAMS<br>ADDRESS REDACTED |
| MICHAEL WILSON<br>ADDRESS REDACTED | MICHAELLE BRUTUS<br>ADDRESS REDACTED | MICHAL STOTTS<br>ADDRESS REDACTED |
| MICHEAL GINN<br>ADDRESS REDACTED | MICHEAL GRIBAUDO<br>ADDRESS REDACTED | MICHEAL GUDMUNDSON<br>ADDRESS REDACTED |
| MICHEAL IAROEEI<br>ADDRESS REDACTED | MICHEAL J VALVERDE<br>ADDRESS REDACTED | MICHEAL LITTLEJOHN<br>ADDRESS REDACTED |
| MICHEAL MENDES<br>ADDRESS REDACTED | MICHEAL MEZVED<br>ADDRESS REDACTED | MICHEAL PATTON<br>ADDRESS REDACTED |
| MICHEAL PIERI<br>ADDRESS REDACTED | MICHEAL RAMAM<br>ADDRESS REDACTED | MICHEAL SOUZA<br>ADDRESS REDACTED |
| MICHEAL STEINMETZ<br>ADDRESS REDACTED | MICHEL DATUS<br>ADDRESS REDACTED | MICHEL KENDRICK<br>ADDRESS REDACTED |
| MICHEL KHALIL<br>ADDRESS REDACTED | MICHEL LA CASSE<br>ADDRESS REDACTED | MICHELE  PIETRAS<br>ADDRESS REDACTED |
| MICHELE CHURCH<br>ADDRESS REDACTED | MICHELE FORD<br>ADDRESS REDACTED | MICHELE FREITAS<br>ADDRESS REDACTED |
| MICHELE MATTHEWS<br>ADDRESS REDACTED | MICHELE MUENNIG<br>ADDRESS REDACTED | MICHELE PIETRAS<br>ADDRESS REDACTED |
| MICHELE SHIIRA<br>ADDRESS REDACTED | MICHELE VANHEININGEN<br>ADDRESS REDACTED | MICHELLE BANKS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MICHELLE BARTLETT<br>ADDRESS REDACTED | MICHELLE BRANTMAN<br>ADDRESS REDACTED | MICHELLE BROWNFIELD<br>ADDRESS REDACTED |
| MICHELLE CAMPBELL<br>ADDRESS REDACTED | MICHELLE CECI<br>ADDRESS REDACTED | MICHELLE CLARK<br>ADDRESS REDACTED |
| MICHELLE D MARTINEZ<br>ADDRESS REDACTED | MICHELLE DEIZ<br>ADDRESS REDACTED | MICHELLE E HOLLIMAN<br>ADDRESS REDACTED |
| MICHELLE ERKHART<br>ADDRESS REDACTED | MICHELLE FATTA<br>ADDRESS REDACTED | MICHELLE GARCEAU<br>ADDRESS REDACTED |
| MICHELLE GAROFALO<br>ADDRESS REDACTED | MICHELLE GAROFALO<br>ADDRESS REDACTED | MICHELLE GOMEZ<br>ADDRESS REDACTED |
| MICHELLE JONES<br>ADDRESS REDACTED | MICHELLE KUTCHERMAN<br>ADDRESS REDACTED | MICHELLE LORENZ<br>ADDRESS REDACTED |
| MICHELLE NEUMANN<br>ADDRESS REDACTED | MICHELLE R. AGENBROAD<br>ADDRESS REDACTED | MICHELLE SALASCO<br>ADDRESS REDACTED |
| MICHELLE SIMMS<br>ADDRESS REDACTED | MICHELLE SMULLINS<br>ADDRESS REDACTED | MICHELLE SOUZA, DAVID JACKON<br>ADDRESS REDACTED |
| MICHELLE THOMPSON<br>ADDRESS REDACTED | MICHELLE TINK<br>ADDRESS REDACTED | MICHELLE TINK<br>ADDRESS REDACTED |
| MICHELLE WALKER<br>ADDRESS REDACTED | MICK PUGLISE<br>ADDRESS REDACTED | MICKI HOUCK<br>ADDRESS REDACTED |
| MICKIE STEINMETZ<br>ADDRESS REDACTED | MIGDALIA COLON<br>ADDRESS REDACTED | MIGUEL A. GONZALEZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MIGUEL A. MARISCAL SR<br>ADDRESS REDACTED | MIGUEL ANDRADE<br>ADDRESS REDACTED | MIGUEL ANGEL-ORTIZ<br>ADDRESS REDACTED |
| MIGUEL ARIAS<br>ADDRESS REDACTED | MIGUEL CACERES<br>ADDRESS REDACTED | MIGUEL CARABAJAL<br>ADDRESS REDACTED |
| MIGUEL CEJA<br>ADDRESS REDACTED | MIGUEL CISNEROS<br>ADDRESS REDACTED | MIGUEL CORRAL<br>ADDRESS REDACTED |
| MIGUEL DELGADO<br>ADDRESS REDACTED | MIGUEL ESCOBAR<br>ADDRESS REDACTED | MIGUEL HERERA<br>ADDRESS REDACTED |
| MIGUEL HERNANDEZ<br>ADDRESS REDACTED | MIGUEL ISMERIO<br>ADDRESS REDACTED | MIGUEL LOPEZ<br>ADDRESS REDACTED |
| MIGUEL LOPEZ<br>ADDRESS REDACTED | MIGUEL MELGAR<br>ADDRESS REDACTED | MIGUEL MENEZ<br>ADDRESS REDACTED |
| MIGUEL MERA<br>ADDRESS REDACTED | MIGUEL NAJARRO<br>ADDRESS REDACTED | MIGUEL NIEALA<br>ADDRESS REDACTED |
| MIGUEL NUNO<br>ADDRESS REDACTED | MIGUEL ORTEGA<br>ADDRESS REDACTED | MIGUEL QUINTINO-DIAZ<br>ADDRESS REDACTED |
| MIGUEL RAMIREZ<br>ADDRESS REDACTED | MIGUEL ROJAS<br>ADDRESS REDACTED | MIGUEL ROMERO<br>ADDRESS REDACTED |
| MIGUEL SANCHEZ<br>ADDRESS REDACTED | MIGUEL SOLIS<br>ADDRESS REDACTED | MIGUEL VEGA<br>ADDRESS REDACTED |
| MIGUEL VELIZ<br>ADDRESS REDACTED | MIGUEL VIVEROS<br>ADDRESS REDACTED | MIGUEL ZARATE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MIGUEL ZEPEDA<br>ADDRESS REDACTED | MIHAI MOS<br>ADDRESS REDACTED | MIHAIL BERTOS<br>ADDRESS REDACTED |
| MIKA HYVONEN<br>ADDRESS REDACTED | MIKA MIYASATO<br>ADDRESS REDACTED | MIKE  BEHR<br>ADDRESS REDACTED |
| MIKE  LIETZKE<br>ADDRESS REDACTED | MIKE ANSELMI<br>ADDRESS REDACTED | MIKE ASHLEY<br>ADDRESS REDACTED |
| MIKE AVALLONE<br>ADDRESS REDACTED | MIKE BASQUE<br>ADDRESS REDACTED | MIKE BERRY<br>ADDRESS REDACTED |
| MIKE BISHOP<br>ADDRESS REDACTED | MIKE BODEN<br>ADDRESS REDACTED | MIKE BURKHEAD<br>ADDRESS REDACTED |
| MIKE CELIZIC<br>ADDRESS REDACTED | MIKE CODIANNE<br>ADDRESS REDACTED | MIKE CONNOLLY<br>ADDRESS REDACTED |
| MIKE DEGRANDCHAMP<br>ADDRESS REDACTED | MIKE DEMORROW<br>ADDRESS REDACTED | MIKE DURANT<br>ADDRESS REDACTED |
| MIKE GOLDSTEIN<br>ADDRESS REDACTED | MIKE HALKIADAKIS<br>ADDRESS REDACTED | MIKE HENRY<br>ADDRESS REDACTED |
| MIKE JOHNSON<br>ADDRESS REDACTED | MIKE KERINS<br>ADDRESS REDACTED | MIKE KLEIN<br>ADDRESS REDACTED |
| MIKE KOSTER<br>ADDRESS REDACTED | MIKE LEONI<br>ADDRESS REDACTED | MIKE MAHER<br>ADDRESS REDACTED |
| MIKE MANGE<br>ADDRESS REDACTED | MIKE MOORE<br>ADDRESS REDACTED | MIKE MOORE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

MIKE PARTRICH
ADDRESS REDACTED

MIKE PASTUE
ADDRESS REDACTED

MIKE REGGIO
ADDRESS REDACTED

MIKE SAFFO
ADDRESS REDACTED

MIKE SANDIHA
ADDRESS REDACTED

MIKE SANDIHA
ADDRESS REDACTED

MIKE SANDIHA
ADDRESS REDACTED

MIKE SANDIHA
ADDRESS REDACTED

MIKE SAYLOR
ADDRESS REDACTED

MIKE SCHIAVONI
ADDRESS REDACTED

MIKE SIEMERING
ADDRESS REDACTED

MIKE SILLON
ADDRESS REDACTED

MIKE SOBIE
ADDRESS REDACTED

MIKE W. OLMEDO
ADDRESS REDACTED

MIKE YANG
ADDRESS REDACTED

MIKEL MCMAKEN
ADDRESS REDACTED

MIKHAILA HARGROVE
ADDRESS REDACTED

MILA ANTOVA
ADDRESS REDACTED

MILA P. SESMUNDO
ADDRESS REDACTED

MILAGRO ALVAREZ
ADDRESS REDACTED

MILAGROS CRUZ
ADDRESS REDACTED

MILAGROS FLORES
ADDRESS REDACTED

MILAGROS ISQUIERDO
ADDRESS REDACTED

MILAGROS MUNOZ
ADDRESS REDACTED

MILAGROS RECANIA
ADDRESS REDACTED

MILARGO CASTANEDA
ADDRESS REDACTED

MILBURN HALL
ADDRESS REDACTED

MILDRED COULTER
ADDRESS REDACTED

MILDRED HOYT
ADDRESS REDACTED

MILDRED KILBY
ADDRESS REDACTED

MILDRED L. THOMPSON
ADDRESS REDACTED

MILDRED P. NELSON
ADDRESS REDACTED

MILDRED PERKINS
ADDRESS REDACTED

Served 5/22/2014

| | | |
|---|---|---|
| MILDRED PERRY<br>ADDRESS REDACTED | MILDRED TRAYLOR<br>ADDRESS REDACTED | MILDRED WILSON<br>ADDRESS REDACTED |
| MILES PAGEL<br>ADDRESS REDACTED | MILES ROTH<br>ADDRESS REDACTED | MILES ZIMMERMAN<br>ADDRESS REDACTED |
| MILLIE DEMERRILL<br>ADDRESS REDACTED | MILLIE IANNARONE<br>ADDRESS REDACTED | MILOS PETRAK<br>ADDRESS REDACTED |
| MILTON C  CLARK<br>ADDRESS REDACTED | MILTON DALINDO<br>ADDRESS REDACTED | MILTON DICKERSON<br>ADDRESS REDACTED |
| MILTON HANOUM<br>ADDRESS REDACTED | MILZE BLANCO<br>ADDRESS REDACTED | MIMOTA AKNJI<br>ADDRESS REDACTED |
| MIN H. HEO<br>ADDRESS REDACTED | MIN HE<br>ADDRESS REDACTED | MINDA HARVEY<br>ADDRESS REDACTED |
| MINDY CASTRO<br>ADDRESS REDACTED | MINDY CHRISTENSES<br>ADDRESS REDACTED | MINDY JACKSON<br>ADDRESS REDACTED |
| MINDY SMITH<br>ADDRESS REDACTED | MING HSUANG CHU<br>ADDRESS REDACTED | MINH QUACH<br>ADDRESS REDACTED |
| MINH TA<br>ADDRESS REDACTED | MINI GRAPHICS<br>ADDRESS REDACTED | MINJIT KAUR<br>ADDRESS REDACTED |
| MINNIE SPEARS<br>ADDRESS REDACTED | MIRA GECOLEA<br>ADDRESS REDACTED | MIRANDA GARNER<br>ADDRESS REDACTED |
| MIRIAM CISSE<br>ADDRESS REDACTED | MIRIAM GONZALEZ<br>ADDRESS REDACTED | MIRIAM VANCE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| MIRIAM WILSON<br>ADDRESS REDACTED | MIRNA ALAVARADO<br>ADDRESS REDACTED | MIRNA CHAVEZ<br>ADDRESS REDACTED |
| MIRNA MALFABON<br>ADDRESS REDACTED | MIRWAIS HASHIMI<br>ADDRESS REDACTED | MIRZA JELOVAC<br>ADDRESS REDACTED |
| MISAEL SOLORIO<br>ADDRESS REDACTED | MISHEL GREENBERG<br>ADDRESS REDACTED | MISTY I TADRON<br>ADDRESS REDACTED |
| MITCHELL A SCHEFLO<br>ADDRESS REDACTED | MITCHELL ARRINGTON<br>ADDRESS REDACTED | MITCHELL BASKIN<br>ADDRESS REDACTED |
| MITCHELL GORBUNOFF NOELLE NOCERA<br>ADDRESS REDACTED | MITCHELL MACKERSIE<br>ADDRESS REDACTED | MITCHELL PARKER<br>ADDRESS REDACTED |
| MITCHELL SHPELFOGEL<br>ADDRESS REDACTED | MITESH  PATEL<br>ADDRESS REDACTED | MITTIE ALEXANDER<br>ADDRESS REDACTED |
| MIY SAN<br>ADDRESS REDACTED | MIYOUNG KIM DAVID GUSSMANN<br>ADDRESS REDACTED | MOAMMAR WHITWORTH<br>ADDRESS REDACTED |
| MODESTO CORONADO<br>ADDRESS REDACTED | MODESTO RAMIREZ<br>ADDRESS REDACTED | MOE LOKETCH<br>ADDRESS REDACTED |
| MOE MAJED<br>ADDRESS REDACTED | MOE MAJED<br>ADDRESS REDACTED | MOE MAJED<br>ADDRESS REDACTED |
| MOHAMAD NEKKAB<br>ADDRESS REDACTED | MOHAMAD RAHNANA<br>ADDRESS REDACTED | MOHAMAD SOUMAN<br>ADDRESS REDACTED |
| MOHAMMAD JANGDA JR.<br>ADDRESS REDACTED | MOHAMMAD KHAN RUBINA KHAN<br>ADDRESS REDACTED | MOHAMMAD MUSA AHMADZAI<br>ADDRESS REDACTED |

MOHAMMAD NASDEER
ADDRESS REDACTED

MOHAMMAD PARVEVE
ADDRESS REDACTED

MOHAMMAD SAFI
ADDRESS REDACTED

MOHAMMAD SHOED JHARE
ADDRESS REDACTED

MOHAMMAD YAQOOB
ADDRESS REDACTED

MOHAMMED DOUAH
ADDRESS REDACTED

MOHAMMED FARUK
ADDRESS REDACTED

MOHAMMED ILLIYASH
ADDRESS REDACTED

MOHAMMED KHAN
ADDRESS REDACTED

MOHAMMED KHAN
ADDRESS REDACTED

MOHAMMED NISAR
ADDRESS REDACTED

MOHD MALIK
ADDRESS REDACTED

MOISES GRAJEDA
ADDRESS REDACTED

MOISES MAGANA
ADDRESS REDACTED

MOISES MARTINEZ
ADDRESS REDACTED

MOISES ORTEGA
ADDRESS REDACTED

MOLLIE L. CARTER
ADDRESS REDACTED

MOLLIE L. CARTER
ADDRESS REDACTED

MOLLY P NORTON
ADDRESS REDACTED

MOMIR TASIC
ADDRESS REDACTED

MONA MOON
ADDRESS REDACTED

MONAE WILSON
ADDRESS REDACTED

MONICA BROWN
ADDRESS REDACTED

MONICA CANTILLON
ADDRESS REDACTED

MONICA CARRILLO
ADDRESS REDACTED

MONICA CHU
ADDRESS REDACTED

MONICA FARAC
ADDRESS REDACTED

MONICA GORT
ADDRESS REDACTED

MONICA GREEN
ADDRESS REDACTED

MONICA MIX
ADDRESS REDACTED

MONICA MOYA
ADDRESS REDACTED

MONICA NICHOLE SMITH
ADDRESS REDACTED

MONICA QUILENDERINO
ADDRESS REDACTED

MONICA SCOTT
ADDRESS REDACTED

MONICA VARGAS
ADDRESS REDACTED

MONICA WOMCK
ADDRESS REDACTED

MONIKA & CLYDE DRAYTON
ADDRESS REDACTED

MONIKA GRAY
ADDRESS REDACTED

MONIKA K MAHRENHOLZ
ADDRESS REDACTED

MONINA GAMBOA
ADDRESS REDACTED

MONIQUE FOOTE
ADDRESS REDACTED

MONROE HOWARD
ADDRESS REDACTED

MORELLI TEODOSIO
ADDRESS REDACTED

MORGAN MALSACK
ADDRESS REDACTED

MORRILL STREET APARTMENTS
ADDRESS REDACTED

MORRIS BERKOWITZ
ADDRESS REDACTED

MOSES A MICHEL
ADDRESS REDACTED

MOSES L MAYNE JR
ADDRESS REDACTED

MOSHE NEIMAN
ADDRESS REDACTED

MOUTAN KAMANI
ADDRESS REDACTED

MR JOSE DELGADO
ADDRESS REDACTED

MR VICTOR RAYGOZA
ADDRESS REDACTED

MR. GONZALO BARROS
ADDRESS REDACTED

MR. VICTOR CUSTODIO
ADDRESS REDACTED

MRECZYSLAW DURDZY
ADDRESS REDACTED

MRS. SHERRI K. TOLAR
ADDRESS REDACTED

MUHAMED BESIC
ADDRESS REDACTED

MUHAMMAD MEZIANE
ADDRESS REDACTED

MUIDA MENON
ADDRESS REDACTED

MUKESH PATEL
ADDRESS REDACTED

MUKESK G. PATEL
ADDRESS REDACTED

MUMTAZ ALIZAI
ADDRESS REDACTED

MURALI SWAMEY
ADDRESS REDACTED

MURIEL LINDDERGH
ADDRESS REDACTED

MUSTAFA TATE
ADDRESS REDACTED

MUTAHIR ALI
ADDRESS REDACTED

| | | |
|---|---|---|
| MUUTAZ KHAN<br>ADDRESS REDACTED | MUZAFAR YUSUFI<br>ADDRESS REDACTED | MUZEYYEN CONT<br>ADDRESS REDACTED |
| MYLENE REYES<br>ADDRESS REDACTED | MYLES KRANZLER<br>ADDRESS REDACTED | MYLES TARBELL<br>ADDRESS REDACTED |
| MYRA MARSH<br>ADDRESS REDACTED | MYRA WALKER<br>ADDRESS REDACTED | MYRNA CHAPMAN<br>ADDRESS REDACTED |
| MYRNA ESCOVAR<br>ADDRESS REDACTED | MYRNA GRAVES<br>ADDRESS REDACTED | MYRON DORN<br>ADDRESS REDACTED |
| MYUK RANDHAWA<br>ADDRESS REDACTED | NAAN LE<br>ADDRESS REDACTED | NABIL SATER<br>ADDRESS REDACTED |
| NACE BARNES<br>ADDRESS REDACTED | NADEZHDA KOTSERUBA<br>ADDRESS REDACTED | NADEZHDA YUSHKOV<br>ADDRESS REDACTED |
| NADIA ZAVIALOSS<br>ADDRESS REDACTED | NADINE HEDRICK<br>ADDRESS REDACTED | NADINE SEEDALL<br>ADDRESS REDACTED |
| NADYA PAVLOVSKA<br>ADDRESS REDACTED | NAGAH SEABROOKS<br>ADDRESS REDACTED | NAILA KASABRI<br>ADDRESS REDACTED |
| NAILA KASABRI<br>ADDRESS REDACTED | NAILA LILES<br>ADDRESS REDACTED | NAKEYLA DAVIS<br>ADDRESS REDACTED |
| NAKIA LAQUETTE TOWNSEND<br>ADDRESS REDACTED | NAKIA SHACKELFORD<br>ADDRESS REDACTED | NAKISHA MAXBERRY<br>ADDRESS REDACTED |
| NALINI GANESH<br>ADDRESS REDACTED | NALLY DIAZ<br>ADDRESS REDACTED | NAM HOANG<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| NAMIR DAMAN<br>ADDRESS REDACTED | NAN WU<br>ADDRESS REDACTED | NANCT MULLIN<br>ADDRESS REDACTED |
| NANCY  DARROW<br>ADDRESS REDACTED | NANCY & NEPOLEAN CUBIAS<br>ADDRESS REDACTED | NANCY BAPTISTA<br>ADDRESS REDACTED |
| NANCY BENNETT<br>ADDRESS REDACTED | NANCY CASTILLO<br>ADDRESS REDACTED | NANCY COONEY<br>ADDRESS REDACTED |
| NANCY CORRIGAN<br>ADDRESS REDACTED | NANCY DANGBERG<br>ADDRESS REDACTED | NANCY DARDACKE<br>ADDRESS REDACTED |
| NANCY DICICCO<br>ADDRESS REDACTED | NANCY ESTRADA<br>ADDRESS REDACTED | NANCY FERNANDEZ<br>ADDRESS REDACTED |
| NANCY GALTMAN<br>ADDRESS REDACTED | NANCY GARCIA<br>ADDRESS REDACTED | NANCY GATELY<br>ADDRESS REDACTED |
| NANCY GOGO<br>ADDRESS REDACTED | NANCY GUIZAR<br>ADDRESS REDACTED | NANCY GUZMAN<br>ADDRESS REDACTED |
| NANCY HURSH<br>ADDRESS REDACTED | NANCY IRWIN<br>ADDRESS REDACTED | NANCY IRWIN<br>ADDRESS REDACTED |
| NANCY IRWIN<br>ADDRESS REDACTED | NANCY IRWIN<br>ADDRESS REDACTED | NANCY JACOBS<br>ADDRESS REDACTED |
| NANCY K BOUCH<br>ADDRESS REDACTED | NANCY KITCHEN<br>ADDRESS REDACTED | NANCY L BOGEMA<br>ADDRESS REDACTED |
| NANCY MILLER<br>ADDRESS REDACTED | NANCY MORONES<br>ADDRESS REDACTED | NANCY MUNIZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| NANCY MUNKACY<br>ADDRESS REDACTED | NANCY ORTMAN<br>ADDRESS REDACTED | NANCY P BLAUSTEIN<br>ADDRESS REDACTED |
| NANCY PIM<br>ADDRESS REDACTED | NANCY PRIEWE<br>ADDRESS REDACTED | NANCY REGIDOR<br>ADDRESS REDACTED |
| NANCY RYERSON<br>ADDRESS REDACTED | NANCY SALVATORE<br>ADDRESS REDACTED | NANCY SCHUSTER<br>ADDRESS REDACTED |
| NANCY SIPES<br>ADDRESS REDACTED | NANCY STARR<br>ADDRESS REDACTED | NANCY TARPEH<br>ADDRESS REDACTED |
| NANCY WALLACE<br>ADDRESS REDACTED | NANCY WHITE<br>ADDRESS REDACTED | NANDKISHOR NEWADKAR<br>ADDRESS REDACTED |
| NANETTE JACOBS<br>ADDRESS REDACTED | NANITA CANAVERAL<br>ADDRESS REDACTED | NAOKO MORITA SUKUI<br>ADDRESS REDACTED |
| NAOMI ROSE VILLEGA<br>ADDRESS REDACTED | NAPOLEON MARTINEZ ROSA<br>ADDRESS REDACTED | NAQUANA L CAUDLE<br>ADDRESS REDACTED |
| NARAY PEARSON<br>ADDRESS REDACTED | NARMEEN HAQUE<br>ADDRESS REDACTED | NASARIO R. LEYBA<br>ADDRESS REDACTED |
| NASEEMUL HAQ<br>ADDRESS REDACTED | NASHMAN SHINA<br>ADDRESS REDACTED | NASIMA QAWAM<br>ADDRESS REDACTED |
| NASIRA AFZAL<br>ADDRESS REDACTED | NASIRA HAQ<br>ADDRESS REDACTED | NATALIA GANICHEFE, DIMITRY GANICHEFE<br>ADDRESS REDACTED |
| NATALIA GONZALEZ<br>ADDRESS REDACTED | NATALIE CATHEY<br>ADDRESS REDACTED | NATALIE D ALAGNA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| NATALIE HARRISON<br>ADDRESS REDACTED | NATALIE MIDDLETON<br>ADDRESS REDACTED | NATALIE MONTOYA<br>ADDRESS REDACTED |
| NATALIO P DELATORRE<br>ADDRESS REDACTED | NATALYA PONOMAR<br>ADDRESS REDACTED | NATALYA ROBAKIY<br>ADDRESS REDACTED |
| NATASHA ALVARADO<br>ADDRESS REDACTED | NATE REED<br>ADDRESS REDACTED | NATHALIE HANEY<br>ADDRESS REDACTED |
| NATHALIE VANHEUSDEN<br>ADDRESS REDACTED | NATHAN BLAND<br>ADDRESS REDACTED | NATHAN COOPER<br>ADDRESS REDACTED |
| NATHAN JOHNSON<br>ADDRESS REDACTED | NATHAN MITCHELL<br>ADDRESS REDACTED | NATHANIEL DAVID NAEGLE<br>ADDRESS REDACTED |
| NATHANIEL DIXON<br>ADDRESS REDACTED | NATHANIEL LEFORT<br>ADDRESS REDACTED | NATHANIEL PITTMAN<br>ADDRESS REDACTED |
| NATIA BROPHERS<br>ADDRESS REDACTED | NATIVIDA TAPIA<br>ADDRESS REDACTED | NATIVIDAD GRAVES<br>ADDRESS REDACTED |
| NAVJOT CHEEMA<br>ADDRESS REDACTED | NAYTHENG PES<br>ADDRESS REDACTED | NEAL MONROE<br>ADDRESS REDACTED |
| NEANG PIN<br>ADDRESS REDACTED | NECHAMA SONNENSHINE<br>ADDRESS REDACTED | NECIA ROBERTSON<br>ADDRESS REDACTED |
| NED FOX<br>ADDRESS REDACTED | NED MCCUTCHEN<br>ADDRESS REDACTED | NEDAL KWARA<br>ADDRESS REDACTED |
| NEEOGIA MOTLEY<br>ADDRESS REDACTED | NEIL ABRO<br>ADDRESS REDACTED | NEIL ALBANESE<br>ADDRESS REDACTED |

NEIL B. THOMPSON
ADDRESS REDACTED

NEIL DOCHERTY
ADDRESS REDACTED

NEIL PATEL
ADDRESS REDACTED

NEIL PATEL
ADDRESS REDACTED

NEIL PATEL
ADDRESS REDACTED

NEIL PATEL
ADDRESS REDACTED

NEIL PATEL
ADDRESS REDACTED

NEIL PRASAD
ADDRESS REDACTED

NEIL SCHWARTZSTEIN
ADDRESS REDACTED

NEILS PAULUS LAURA VAN DE VOORT
ADDRESS REDACTED

NELBA PINENA
ADDRESS REDACTED

NELE TAUNOEPEAU
ADDRESS REDACTED

NELITO EDSON MIRANDA
ADDRESS REDACTED

NELLIE SARTE
ADDRESS REDACTED

NELLIE TOOTHMAN
ADDRESS REDACTED

NELLO M. BINTI
ADDRESS REDACTED

NELLY TORRES
ADDRESS REDACTED

NELSON BELEZ HERNANDEZ
ADDRESS REDACTED

NELSON FITZSIMMONS
ADDRESS REDACTED

NELSON NGONGO
ADDRESS REDACTED

NELSON RAMOS
ADDRESS REDACTED

NELSON TUCHMAN
ADDRESS REDACTED

NENITA SMITH
ADDRESS REDACTED

NEOMI JOHNSON
ADDRESS REDACTED

NEPTHALI PACHECO
ADDRESS REDACTED

NESAR AZIZI
ADDRESS REDACTED

NESS PUMA
ADDRESS REDACTED

NESTOR CADANGBANG
ADDRESS REDACTED

NESTOR CAVALLERO
ADDRESS REDACTED

NEVA DENNISTON
ADDRESS REDACTED

NEWTON LOWERY
ADDRESS REDACTED

NGHIA NGUYEN
ADDRESS REDACTED

NGHIEW PHUC
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| NGOC HA<br>ADDRESS REDACTED | NGOC NGUYEN<br>ADDRESS REDACTED | NGOC PHAM<br>ADDRESS REDACTED |
| NGOC T LEE<br>ADDRESS REDACTED | NGOCMAI NGUYEN<br>ADDRESS REDACTED | NGUYET THAM<br>ADDRESS REDACTED |
| NHUNG NGUYEN<br>ADDRESS REDACTED | NHUT NGUYEN<br>ADDRESS REDACTED | NIANEN WANG<br>ADDRESS REDACTED |
| NICHOLAS BENOIT<br>ADDRESS REDACTED | NICHOLAS CACCIONE<br>ADDRESS REDACTED | NICHOLAS COLE<br>ADDRESS REDACTED |
| NICHOLAS D. RICHARDSON<br>ADDRESS REDACTED | NICHOLAS DIBELLO<br>ADDRESS REDACTED | NICHOLAS E. MOSLEY<br>ADDRESS REDACTED |
| NICHOLAS GROSSO<br>ADDRESS REDACTED | NICHOLAS LARDIERI<br>ADDRESS REDACTED | NICHOLAS MINK<br>ADDRESS REDACTED |
| NICHOLAS MORALES<br>ADDRESS REDACTED | NICHOLAS NESTAL<br>ADDRESS REDACTED | NICHOLAS PAPPAS<br>ADDRESS REDACTED |
| NICHOLAS SHAPIRO<br>ADDRESS REDACTED | NICHOLAS SHEYA<br>ADDRESS REDACTED | NICHOLAS THURLOW<br>ADDRESS REDACTED |
| NICHOLAS TONCE<br>ADDRESS REDACTED | NICHOLAS WIJANGCO<br>ADDRESS REDACTED | NICHOLE FERRIDO<br>ADDRESS REDACTED |
| NICHOLE LITTLE CLOUD<br>ADDRESS REDACTED | NICK  VARANO<br>ADDRESS REDACTED | NICK BETTENCOURT<br>ADDRESS REDACTED |
| NICK CHIPAIN<br>ADDRESS REDACTED | NICK CHRISTI<br>ADDRESS REDACTED | NICK CORRAL<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| NICK DEMIANEW<br>ADDRESS REDACTED | NICK FALZO<br>ADDRESS REDACTED | NICK FRATA<br>ADDRESS REDACTED |
| NICK GIANNAKOPULOS<br>ADDRESS REDACTED | NICK MCKINNON<br>ADDRESS REDACTED | NICK PIUNTI<br>ADDRESS REDACTED |
| NICK RENO<br>ADDRESS REDACTED | NICK SANTANGELO<br>ADDRESS REDACTED | NICK VARANO<br>ADDRESS REDACTED |
| NICK VARANO<br>ADDRESS REDACTED | NICK YE<br>ADDRESS REDACTED | NICKY LEI<br>ADDRESS REDACTED |
| NICOLE C  BOYSEN<br>ADDRESS REDACTED | NICOLE CHARLES<br>ADDRESS REDACTED | NICOLE DEROSA<br>ADDRESS REDACTED |
| NICOLE DIEPENHROCK<br>ADDRESS REDACTED | NICOLE DOUGHERTY<br>ADDRESS REDACTED | NICOLE FRANCO<br>ADDRESS REDACTED |
| NICOLE GORHAM<br>ADDRESS REDACTED | NICOLE HUERTA<br>ADDRESS REDACTED | NICOLE KATZ<br>ADDRESS REDACTED |
| NICOLE LESHANE<br>ADDRESS REDACTED | NICOLE LOWERY<br>ADDRESS REDACTED | NICOLE MISASI<br>ADDRESS REDACTED |
| NICOLE MORRONE<br>ADDRESS REDACTED | NICOLE NINO<br>ADDRESS REDACTED | NICOLE OGDEN<br>ADDRESS REDACTED |
| NICOLE PARKER<br>ADDRESS REDACTED | NICOLE SCOTT<br>ADDRESS REDACTED | NICOLE SMITH<br>ADDRESS REDACTED |
| NICOLE VEGA-RICO<br>ADDRESS REDACTED | NICOLLE HECHLER<br>ADDRESS REDACTED | NIDIA ALCANLTARA<br>ADDRESS REDACTED |

NIDIA SANCHEZ
ADDRESS REDACTED

NIECETE DRAKES
ADDRESS REDACTED

NIGEL BISHOP
ADDRESS REDACTED

NIKI L. GREEN
ADDRESS REDACTED

NIKOLAI ULIANOV
ADDRESS REDACTED

NIKOLAOS MOSCHOURIS
ADDRESS REDACTED

NIKOLAOS MOSCHOURIS
ADDRESS REDACTED

NIKOLAOS MOSCHOURIS
ADDRESS REDACTED

NIKOLAY SOKOL
ADDRESS REDACTED

NIKULAS KATRALIS
ADDRESS REDACTED

NILA GREEN
ADDRESS REDACTED

NILESH LAL
ADDRESS REDACTED

NINA BERK
ADDRESS REDACTED

NINA ROBERSON
ADDRESS REDACTED

NINDER SINGH
ADDRESS REDACTED

NINETTE SOWANI
ADDRESS REDACTED

NINO PANNO
ADDRESS REDACTED

NINO RACITI
ADDRESS REDACTED

NINO TESTA ISAIAH BENT
ADDRESS REDACTED

NISCHA POTTS
ADDRESS REDACTED

NISSARA ANUSORNPANICH
ADDRESS REDACTED

NITA SHOPA
ADDRESS REDACTED

NITAYANE YOUMAGUL
ADDRESS REDACTED

NIYAZI KORKMAZ
ADDRESS REDACTED

NJABULO GRAY
ADDRESS REDACTED

NNABUGWU NWOSU
ADDRESS REDACTED

NOE GUTIEREZ
ADDRESS REDACTED

NOEL CROWL
ADDRESS REDACTED

NOEL DSOUVA
ADDRESS REDACTED

NOEL G MAMSAANG
ADDRESS REDACTED

NOEL LANDAVERDE
ADDRESS REDACTED

NOEL ORTEGA
ADDRESS REDACTED

NOEL PRASAD
ADDRESS REDACTED

| | | |
|---|---|---|
| NOEL SALGAGO<br>ADDRESS REDACTED | NOEL TORRES<br>ADDRESS REDACTED | NOEMI APODACA<br>ADDRESS REDACTED |
| NOEMI Y SANCHEZ<br>ADDRESS REDACTED | NOHEMY MORALES<br>ADDRESS REDACTED | NOLA MARTIN<br>ADDRESS REDACTED |
| NOLAN NASSER<br>ADDRESS REDACTED | NOLBERTO ARROYO<br>ADDRESS REDACTED | NOLI JINON<br>ADDRESS REDACTED |
| NONA TAYLOR<br>ADDRESS REDACTED | NORA BLACK<br>ADDRESS REDACTED | NORA CABALLOS<br>ADDRESS REDACTED |
| NORA CARRANZA<br>ADDRESS REDACTED | NORA GAMEZ MARIBEL<br>ADDRESS REDACTED | NORA GARCIA<br>ADDRESS REDACTED |
| NORA LOPEZ<br>ADDRESS REDACTED | NORA SILBER<br>ADDRESS REDACTED | NOREEN LUCCHES<br>ADDRESS REDACTED |
| NORIS FARAVIA<br>ADDRESS REDACTED | NORM VAUPEL<br>ADDRESS REDACTED | NORMA ANDREWS<br>ADDRESS REDACTED |
| NORMA BARFIELD<br>ADDRESS REDACTED | NORMA BROWN<br>ADDRESS REDACTED | NORMA BROWN<br>ADDRESS REDACTED |
| NORMA CARTER<br>ADDRESS REDACTED | NORMA ESTAY<br>ADDRESS REDACTED | NORMA EVERLINE<br>ADDRESS REDACTED |
| NORMA J STATHAM<br>ADDRESS REDACTED | NORMA J WRIGHT<br>ADDRESS REDACTED | NORMA LOPEZ<br>ADDRESS REDACTED |
| NORMA MARPLES<br>ADDRESS REDACTED | NORMA PERA<br>ADDRESS REDACTED | NORMA PERRY<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| NORMA SANCHEZ<br>ADDRESS REDACTED | NORMA SIMS<br>ADDRESS REDACTED | NORMAN DUTRA<br>ADDRESS REDACTED |
| NORMAN FULLER<br>ADDRESS REDACTED | NORMAN GAMACHE<br>ADDRESS REDACTED | NORMAN LEE<br>ADDRESS REDACTED |
| NORMAN OWENS<br>ADDRESS REDACTED | NORMAN PANADO<br>ADDRESS REDACTED | NORMAN TOMBE JR<br>ADDRESS REDACTED |
| NORNA MAGNUSN<br>ADDRESS REDACTED | NOVELLA DICKENS<br>ADDRESS REDACTED | NOY PIL<br>ADDRESS REDACTED |
| NUNZIO PERROTTI<br>ADDRESS REDACTED | NYC1890 LLC<br>ADDRESS REDACTED | O J COLEMAN<br>ADDRESS REDACTED |
| OASIS MARKET INC<br>ADDRESS REDACTED | OBDULIA CAMACHO<br>ADDRESS REDACTED | OCTAVIO CARDOZO<br>ADDRESS REDACTED |
| OCTAVIO LLAMAS<br>ADDRESS REDACTED | OCTAVIO MATIAS<br>ADDRESS REDACTED | ODEANA KELLEY<br>ADDRESS REDACTED |
| ODESSA ATKINS<br>ADDRESS REDACTED | OFELIA ALVARADO<br>ADDRESS REDACTED | OFELIA ARROYO<br>ADDRESS REDACTED |
| OFELIA TORRES<br>ADDRESS REDACTED | OFELIO TORRES<br>ADDRESS REDACTED | OFEMIA CONCEPCION<br>ADDRESS REDACTED |
| OKAN CELIKER<br>ADDRESS REDACTED | OLAYEMI ADEFIMIHAN<br>ADDRESS REDACTED | OLE HOMME<br>ADDRESS REDACTED |
| OLE J NORDHAVN<br>ADDRESS REDACTED | OLEG  NECHITAYLO<br>ADDRESS REDACTED | OLETA N MERLINO<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| OLGA ARTEAGA<br>ADDRESS REDACTED | OLGA CASTILLO<br>ADDRESS REDACTED | OLGA OCASIO<br>ADDRESS REDACTED |
| OLGA RIOS<br>ADDRESS REDACTED | OLGA RODRIGEZ<br>ADDRESS REDACTED | OLGER ZUNIGA<br>ADDRESS REDACTED |
| OLIA SAMUEL<br>ADDRESS REDACTED | OLIVE CLEOTA KELLY<br>ADDRESS REDACTED | OLIVER CAPUYON<br>ADDRESS REDACTED |
| OLIVER CRUZADA<br>ADDRESS REDACTED | OLIVER HORTON<br>ADDRESS REDACTED | OLIVIA MARTINEZ<br>ADDRESS REDACTED |
| OLIVIA RUIZ<br>ADDRESS REDACTED | OLIVIA SMITH<br>ADDRESS REDACTED | OLIVIA TIGRE<br>ADDRESS REDACTED |
| OMAR CHACON<br>ADDRESS REDACTED | OMAR GALICIA<br>ADDRESS REDACTED | OMAR SOUAREZ<br>ADDRESS REDACTED |
| OMAR TIRO<br>ADDRESS REDACTED | OMEGIA RANDELMAN<br>ADDRESS REDACTED | ONDER  SCHEDN<br>ADDRESS REDACTED |
| ONE DOW COURT<br>ADDRESS REDACTED | ONE MONUMENT WAY<br>ADDRESS REDACTED | ONELIA GRAJEDA<br>ADDRESS REDACTED |
| ONG LO<br>ADDRESS REDACTED | ONG ZANG<br>ADDRESS REDACTED | OPHELIA PENA<br>ADDRESS REDACTED |
| ORALIA PEREZ<br>ADDRESS REDACTED | ORBRA R CARPENTER<br>ADDRESS REDACTED | ORLANDO DELGADO<br>ADDRESS REDACTED |
| ORLANDO IRIVARRY<br>ADDRESS REDACTED | ORLANDO PLAZA<br>ADDRESS REDACTED | ORLENE PESSOA<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| ORLO MELLON<br>ADDRESS REDACTED | ORPHUS KELLY<br>ADDRESS REDACTED | ORVILLE KEIM<br>ADDRESS REDACTED |
| OSCAR BURGOS<br>ADDRESS REDACTED | OSCAR CASTANEDA<br>ADDRESS REDACTED | OSCAR CERDA<br>ADDRESS REDACTED |
| OSCAR DELGADILLO<br>ADDRESS REDACTED | OSCAR DOMINGUEZ<br>ADDRESS REDACTED | OSCAR GUILLEN<br>ADDRESS REDACTED |
| OSCAR HARO<br>ADDRESS REDACTED | OSCAR MADRIGAL<br>ADDRESS REDACTED | OSCAR MAGTIVAY<br>ADDRESS REDACTED |
| OSCAR MALDONADO<br>ADDRESS REDACTED | OSCAR MANICAD<br>ADDRESS REDACTED | OSCAR MANZO<br>ADDRESS REDACTED |
| OSCAR PALACIOS<br>ADDRESS REDACTED | OSCAR ROMERO<br>ADDRESS REDACTED | OSCAR SORIANO<br>ADDRESS REDACTED |
| OSCAR VARGAS<br>ADDRESS REDACTED | OSELIA MARTINEZ<br>ADDRESS REDACTED | OSELIA ORTIZ<br>ADDRESS REDACTED |
| OSMAN POLAT<br>ADDRESS REDACTED | OSVALDO AMADOR<br>ADDRESS REDACTED | OSVALDO MOYA<br>ADDRESS REDACTED |
| OTHA OVERSHOUN<br>ADDRESS REDACTED | OTIS HALL<br>ADDRESS REDACTED | OTIS SCOTT<br>ADDRESS REDACTED |
| OTTAVIO CLARIZIO<br>ADDRESS REDACTED | OTTO BRYANT<br>ADDRESS REDACTED | OVATONA GILBERT<br>ADDRESS REDACTED |
| OVRAHIM OUSHANA<br>ADDRESS REDACTED | OWEN FAHRNI<br>ADDRESS REDACTED | OWEN FURSHPAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| OZIE M. TAYLOR<br>ADDRESS REDACTED | OZZIE TAYLOR<br>ADDRESS REDACTED | P RENEE COCKS<br>ADDRESS REDACTED |
| PABLINDA CRUZ<br>ADDRESS REDACTED | PABLO BLANCO<br>ADDRESS REDACTED | PABLO CASTRO<br>ADDRESS REDACTED |
| PABLO FLORES<br>ADDRESS REDACTED | PABLO GARCIA<br>ADDRESS REDACTED | PABLO GARCIA<br>ADDRESS REDACTED |
| PABLO OREA<br>ADDRESS REDACTED | PABLO PINOCO<br>ADDRESS REDACTED | PABLO RAMEZ<br>ADDRESS REDACTED |
| PABLO RAYGODA<br>ADDRESS REDACTED | PABLO SOLIS<br>ADDRESS REDACTED | PACIFICO SARABIA<br>ADDRESS REDACTED |
| PAIGE THOMAS<br>ADDRESS REDACTED | PAL YUNG PAK<br>ADDRESS REDACTED | PAM ARMSTRONG<br>ADDRESS REDACTED |
| PAM BECKER<br>ADDRESS REDACTED | PAM CLARKE<br>ADDRESS REDACTED | PAM COLLINS<br>ADDRESS REDACTED |
| PAM MUNRO<br>ADDRESS REDACTED | PAM STEVENS<br>ADDRESS REDACTED | PAMELA ALLARD<br>ADDRESS REDACTED |
| PAMELA ALLARD<br>ADDRESS REDACTED | PAMELA BROWN<br>ADDRESS REDACTED | PAMELA COLANGELO<br>ADDRESS REDACTED |
| PAMELA CONNIE<br>ADDRESS REDACTED | PAMELA DANIELS<br>ADDRESS REDACTED | PAMELA GOODSON<br>ADDRESS REDACTED |
| PAMELA HATHAWAY<br>ADDRESS REDACTED | PAMELA KRAUSE<br>ADDRESS REDACTED | PAMELA M. SCOTT<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| PAMELA MCKEAN<br>ADDRESS REDACTED | PAMELA NOYER<br>ADDRESS REDACTED | PAMELA RIEMAN<br>ADDRESS REDACTED |
| PAMELA ROBINSON<br>ADDRESS REDACTED | PAMELA S FREY<br>ADDRESS REDACTED | PAMELA SCOTT<br>ADDRESS REDACTED |
| PAMELA TACKABERRY<br>ADDRESS REDACTED | PAMELA THULL<br>ADDRESS REDACTED | PAMELA WERNER<br>ADDRESS REDACTED |
| PAMELA WILL<br>ADDRESS REDACTED | PAO P SAETHARN & FOU SENG SAETHARN<br>ADDRESS REDACTED | PAOLA DE CESERO<br>ADDRESS REDACTED |
| PAOLA SUAREV<br>ADDRESS REDACTED | PAOLA TOBON<br>ADDRESS REDACTED | PARAMJIT DHILLON<br>ADDRESS REDACTED |
| PARAMJODH SINGH<br>ADDRESS REDACTED | PARDEEP K SHARMA<br>ADDRESS REDACTED | PARDEEP SINGH<br>ADDRESS REDACTED |
| PARESH PATEL<br>ADDRESS REDACTED | PARESH PATEL<br>ADDRESS REDACTED | PARGAT SINGH<br>ADDRESS REDACTED |
| PARIS SCOTT<br>ADDRESS REDACTED | PARISA GHADERI<br>ADDRESS REDACTED | PARK PLAZA-507 MAIN HLDGS C/O COMPASS ROCI<br>ADDRESS REDACTED |
| PARKASH KARU HEERA<br>ADDRESS REDACTED | PARMINDER GREWAL<br>ADDRESS REDACTED | PARMINGER SINGH<br>ADDRESS REDACTED |
| PARNELL THROWER<br>ADDRESS REDACTED | PARSHOTAMBHAI HIRARA<br>ADDRESS REDACTED | PARTIMA NAND<br>ADDRESS REDACTED |
| PARVINESH SINGH<br>ADDRESS REDACTED | PARVIZ FARAHZAD<br>ADDRESS REDACTED | PASCUAL PEREZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| PASQUALE<br>ADDRESS REDACTED | PASQUALE  MELELEO<br>ADDRESS REDACTED | PAT  BANKER<br>ADDRESS REDACTED |
| PAT & TAERESA WENGER<br>ADDRESS REDACTED | PAT BEELER<br>ADDRESS REDACTED | PAT BOWLIN<br>ADDRESS REDACTED |
| PAT CROSS<br>ADDRESS REDACTED | PAT FILOSA<br>ADDRESS REDACTED | PAT M MARR<br>ADDRESS REDACTED |
| PAT MALDENADO<br>ADDRESS REDACTED | PAT WATERS<br>ADDRESS REDACTED | PATHIK PATEL<br>ADDRESS REDACTED |
| PATHIK PATEL<br>ADDRESS REDACTED | PATHIK PATEL<br>ADDRESS REDACTED | PATRCIA LEDCETTER<br>ADDRESS REDACTED |
| PATRICA FRITCHIE<br>ADDRESS REDACTED | PATRICA LOVELACE<br>ADDRESS REDACTED | PATRICA ST.ONGE<br>ADDRESS REDACTED |
| PATRICE JAMSEN<br>ADDRESS REDACTED | PATRICE WARD<br>ADDRESS REDACTED | PATRICHA REKOWSKI<br>ADDRESS REDACTED |
| PATRICIA A NIELSEN<br>ADDRESS REDACTED | PATRICIA A PAGE<br>ADDRESS REDACTED | PATRICIA A ROWLETT<br>ADDRESS REDACTED |
| PATRICIA ANDERSON<br>ADDRESS REDACTED | PATRICIA ANGLE<br>ADDRESS REDACTED | PATRICIA AVALOS<br>ADDRESS REDACTED |
| PATRICIA AYALA<br>ADDRESS REDACTED | PATRICIA BAILEY<br>ADDRESS REDACTED | PATRICIA BENTON<br>ADDRESS REDACTED |
| PATRICIA BERNARDO<br>ADDRESS REDACTED | PATRICIA BLAU<br>ADDRESS REDACTED | PATRICIA BLAZINA<br>ADDRESS REDACTED |

PATRICIA C. HOOPES
ADDRESS REDACTED

PATRICIA CAPUDER
ADDRESS REDACTED

PATRICIA CLARKE
ADDRESS REDACTED

PATRICIA CORONA
ADDRESS REDACTED

PATRICIA D GAY
ADDRESS REDACTED

PATRICIA D'LARZELERE
ADDRESS REDACTED

PATRICIA E TRESENTE
ADDRESS REDACTED

PATRICIA FARLEY
ADDRESS REDACTED

PATRICIA FESTON
ADDRESS REDACTED

PATRICIA GAITAN
ADDRESS REDACTED

PATRICIA GARCIA
ADDRESS REDACTED

PATRICIA GIRON
ADDRESS REDACTED

PATRICIA GLOGOVAC
ADDRESS REDACTED

PATRICIA GOUVEIA
ADDRESS REDACTED

PATRICIA HARRISON
ADDRESS REDACTED

PATRICIA HEBERT
ADDRESS REDACTED

PATRICIA HERNANDEZ
ADDRESS REDACTED

PATRICIA HERNANDEZ ALEJANDRO HERNANDEZ
ADDRESS REDACTED

PATRICIA HERRERA
ADDRESS REDACTED

PATRICIA HILL
ADDRESS REDACTED

PATRICIA HOIL
ADDRESS REDACTED

PATRICIA J. LOCKMAN
ADDRESS REDACTED

PATRICIA J. SATEN
ADDRESS REDACTED

PATRICIA JONES
ADDRESS REDACTED

PATRICIA KELLS
ADDRESS REDACTED

PATRICIA KELLY
ADDRESS REDACTED

PATRICIA KLEIN
ADDRESS REDACTED

PATRICIA KOLLIAS
ADDRESS REDACTED

PATRICIA KURASZ
ADDRESS REDACTED

PATRICIA L HAGUE
ADDRESS REDACTED

PATRICIA LINDAHL
ADDRESS REDACTED

PATRICIA MARAMBA
ADDRESS REDACTED

PATRICIA MARTIN
ADDRESS REDACTED

| | | |
|---|---|---|
| PATRICIA MCCORD<br>ADDRESS REDACTED | PATRICIA MILSTED<br>ADDRESS REDACTED | PATRICIA MORELLI<br>ADDRESS REDACTED |
| PATRICIA MORGENROTH<br>ADDRESS REDACTED | PATRICIA MUNOZ<br>ADDRESS REDACTED | PATRICIA NELSON<br>ADDRESS REDACTED |
| PATRICIA PESEDJCED<br>ADDRESS REDACTED | PATRICIA PHILLIPS<br>ADDRESS REDACTED | PATRICIA R BEDDING<br>ADDRESS REDACTED |
| PATRICIA REYNOLDS<br>ADDRESS REDACTED | PATRICIA RIOS<br>ADDRESS REDACTED | PATRICIA RODRIGUEZ<br>ADDRESS REDACTED |
| PATRICIA ROMERO<br>ADDRESS REDACTED | PATRICIA SAGERS<br>ADDRESS REDACTED | PATRICIA SOSA<br>ADDRESS REDACTED |
| PATRICIA SUICO<br>ADDRESS REDACTED | PATRICIA SULLIVAN<br>ADDRESS REDACTED | PATRICIA SWINT<br>ADDRESS REDACTED |
| PATRICIA SYLVIA<br>ADDRESS REDACTED | PATRICIA TAYLOR<br>ADDRESS REDACTED | PATRICIA TYSON<br>ADDRESS REDACTED |
| PATRICK BRYANT<br>ADDRESS REDACTED | PATRICK CRANE<br>ADDRESS REDACTED | PATRICK CURRAN<br>ADDRESS REDACTED |
| PATRICK EMGE & NICOLE SANDOVAL<br>ADDRESS REDACTED | PATRICK FEVRIER<br>ADDRESS REDACTED | PATRICK FITZGERALD<br>ADDRESS REDACTED |
| PATRICK FLOOD<br>ADDRESS REDACTED | PATRICK FRANK BOAL<br>ADDRESS REDACTED | PATRICK GYAMSI<br>ADDRESS REDACTED |
| PATRICK HAMBRIGHT<br>ADDRESS REDACTED | PATRICK KANE<br>ADDRESS REDACTED | PATRICK LAWRENCE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| PATRICK LEE<br>ADDRESS REDACTED | PATRICK MATTESON<br>ADDRESS REDACTED | PATRICK MONAHAN<br>ADDRESS REDACTED |
| PATRICK O'MARA<br>ADDRESS REDACTED | PATRICK O'NEIL<br>ADDRESS REDACTED | PATRICK SCHROECK<br>ADDRESS REDACTED |
| PATRICK SULLIVAN<br>ADDRESS REDACTED | PATRICK TRIVITTE<br>ADDRESS REDACTED | PATRISHIA MENDEZ<br>ADDRESS REDACTED |
| PATSY GOBBI<br>ADDRESS REDACTED | PATSY TANGO<br>ADDRESS REDACTED | PATTDEUS EAST & YUMIKO EAST<br>ADDRESS REDACTED |
| PATTI GAGNE<br>ADDRESS REDACTED | PATTI LIAPAKIS<br>ADDRESS REDACTED | PATTY MCPETERS<br>ADDRESS REDACTED |
| PATTY SANDOVAL AND RUBEN MADERA<br>ADDRESS REDACTED | PAUL  MANDEVILLE<br>ADDRESS REDACTED | PAUL A KLINE<br>ADDRESS REDACTED |
| PAUL A WALTON<br>ADDRESS REDACTED | PAUL AHETO<br>ADDRESS REDACTED | PAUL ALEXANDER<br>ADDRESS REDACTED |
| PAUL B. GLENNON SR.<br>ADDRESS REDACTED | PAUL BARBAS<br>ADDRESS REDACTED | PAUL BARRY<br>ADDRESS REDACTED |
| PAUL BECKER<br>ADDRESS REDACTED | PAUL BECKER<br>ADDRESS REDACTED | PAUL BELASKY<br>ADDRESS REDACTED |
| PAUL BLACK<br>ADDRESS REDACTED | PAUL BLOUIN<br>ADDRESS REDACTED | PAUL BLOUIN<br>ADDRESS REDACTED |
| PAUL BOONE<br>ADDRESS REDACTED | PAUL BURGESS<br>ADDRESS REDACTED | PAUL CARLSON<br>ADDRESS REDACTED |

PAUL CARVER
ADDRESS REDACTED

PAUL CASTRO JR
ADDRESS REDACTED

PAUL COURNOYER
ADDRESS REDACTED

PAUL DELILLO
ADDRESS REDACTED

PAUL DERONNE
ADDRESS REDACTED

PAUL DYER
ADDRESS REDACTED

PAUL E. SHOEMAKER
ADDRESS REDACTED

PAUL ENDREI
ADDRESS REDACTED

PAUL FRIEDMAN
ADDRESS REDACTED

PAUL G BROWN
ADDRESS REDACTED

PAUL HARRINGTON
ADDRESS REDACTED

PAUL HUIBER
ADDRESS REDACTED

PAUL J CORDINGLEY
ADDRESS REDACTED

PAUL J DALZOCHIO
ADDRESS REDACTED

PAUL J THRAILKILL
ADDRESS REDACTED

PAUL J. HORVATH
ADDRESS REDACTED

PAUL J. ROSING
ADDRESS REDACTED

PAUL JR CORREA
ADDRESS REDACTED

PAUL KEKEL
ADDRESS REDACTED

PAUL KIMBALL
ADDRESS REDACTED

PAUL KING
ADDRESS REDACTED

PAUL KIRK
ADDRESS REDACTED

PAUL LARSON
ADDRESS REDACTED

PAUL LATUTZ
ADDRESS REDACTED

PAUL LAZZARESCHI
ADDRESS REDACTED

PAUL MICHAEL RUDY
ADDRESS REDACTED

PAUL NII
ADDRESS REDACTED

PAUL NOVAK
ADDRESS REDACTED

PAUL PATEL
ADDRESS REDACTED

PAUL PATEL
ADDRESS REDACTED

PAUL PATTEN
ADDRESS REDACTED

PAUL PAVLOVIK
ADDRESS REDACTED

PAUL PAVLOVIK
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| PAUL PAVLOVIK<br>ADDRESS REDACTED | PAUL PERFMUMO<br>ADDRESS REDACTED | PAUL PSOTA<br>ADDRESS REDACTED |
| PAUL RICH<br>ADDRESS REDACTED | PAUL S EFFKEN<br>ADDRESS REDACTED | PAUL S GUTERRES<br>ADDRESS REDACTED |
| PAUL SANTILLI<br>ADDRESS REDACTED | PAUL SHERRILL<br>ADDRESS REDACTED | PAUL SLADE<br>ADDRESS REDACTED |
| PAUL SMITH<br>ADDRESS REDACTED | PAUL SZPER<br>ADDRESS REDACTED | PAUL TENBROOK<br>ADDRESS REDACTED |
| PAUL WALSTAD<br>ADDRESS REDACTED | PAUL WANDEL<br>ADDRESS REDACTED | PAUL WENDALL<br>ADDRESS REDACTED |
| PAUL WHITFIELD<br>ADDRESS REDACTED | PAUL WYNN LAURA WYNN<br>ADDRESS REDACTED | PAULA FUGATE<br>ADDRESS REDACTED |
| PAULA HAVIL<br>ADDRESS REDACTED | PAULA MORGAN<br>ADDRESS REDACTED | PAULA ROSS<br>ADDRESS REDACTED |
| PAULA STANFIELD<br>ADDRESS REDACTED | PAULA TAFOYA<br>ADDRESS REDACTED | PAULA TAYLOR<br>ADDRESS REDACTED |
| PAULA TERVO<br>ADDRESS REDACTED | PAULA WATERS<br>ADDRESS REDACTED | PAULA WOELSEL<br>ADDRESS REDACTED |
| PAULENE RUSSO<br>ADDRESS REDACTED | PAULETTE CROSSLEY<br>ADDRESS REDACTED | PAULETTE HAMLYN<br>ADDRESS REDACTED |
| PAULI MAHONI<br>ADDRESS REDACTED | PAULINA ASTRERO<br>ADDRESS REDACTED | PAULINA GEROMINO<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| PAULINE BOGGIO<br>ADDRESS REDACTED | PAULINE DEVAUX<br>ADDRESS REDACTED | PAULINE FLEENER<br>ADDRESS REDACTED |
| PAULINE HARRISON<br>ADDRESS REDACTED | PAULINE JOHNSON<br>ADDRESS REDACTED | PAULINE M BENEDICT<br>ADDRESS REDACTED |
| PAULINE MURRAY<br>ADDRESS REDACTED | PAULINE PEREZ<br>ADDRESS REDACTED | PAULINE TARAMMELL<br>ADDRESS REDACTED |
| PAULINE WARFIELD<br>ADDRESS REDACTED | PAULINO ABARCA-SILVA<br>ADDRESS REDACTED | PAULINO AYURELIO<br>ADDRESS REDACTED |
| PAULINO LOBATO<br>ADDRESS REDACTED | PEARL B  KENNEDY<br>ADDRESS REDACTED | PEARL MANGLE<br>ADDRESS REDACTED |
| PEARL MCCLENAN<br>ADDRESS REDACTED | PEDRO ARTEAGA<br>ADDRESS REDACTED | PEDRO CORONA<br>ADDRESS REDACTED |
| PEDRO CRUZ<br>ADDRESS REDACTED | PEDRO FIGUEROA<br>ADDRESS REDACTED | PEDRO HERNANDEZ<br>ADDRESS REDACTED |
| PEDRO HERNANDEZ<br>ADDRESS REDACTED | PEDRO MORAN<br>ADDRESS REDACTED | PEDRO MUNOZ<br>ADDRESS REDACTED |
| PEDRO NIEVES<br>ADDRESS REDACTED | PEDRO PARADA<br>ADDRESS REDACTED | PEDRO PEREZ<br>ADDRESS REDACTED |
| PEDRO PONCE<br>ADDRESS REDACTED | PEDRO R. ESCORIA<br>ADDRESS REDACTED | PEDRO REYNOSO<br>ADDRESS REDACTED |
| PEDRO RIOS<br>ADDRESS REDACTED | PEDRO V. PATINO<br>ADDRESS REDACTED | PEGGY GIACALONE<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| PEGGY PERRY<br>ADDRESS REDACTED | PEGGY ROBINSON<br>ADDRESS REDACTED | PEGGY SANFORD<br>ADDRESS REDACTED |
| PEIJUN HUANG<br>ADDRESS REDACTED | PELCASTRE, MORALES<br>ADDRESS REDACTED | PENALOPE BOWLES<br>ADDRESS REDACTED |
| PENELOPE GARCIA<br>ADDRESS REDACTED | PENNY PHONGSY<br>ADDRESS REDACTED | PENNY ROSENWASSER<br>ADDRESS REDACTED |
| PENNY ROYAL BAPT CH<br>ADDRESS REDACTED | PENNY ROYAL BAPTIST CHURCH<br>ADDRESS REDACTED | PENNY ROYAL BAPTIST CHURCH YOUTH CEN<br>ADDRESS REDACTED |
| PENNY WEE<br>ADDRESS REDACTED | PERCY SANCHEZ<br>ADDRESS REDACTED | PERFECTA Q CERNA<br>ADDRESS REDACTED |
| PERFECTO UBALDO<br>ADDRESS REDACTED | PERRY L. SPERLING<br>ADDRESS REDACTED | PERRY STIO<br>ADDRESS REDACTED |
| PET PARADISE<br>ADDRESS REDACTED | PETE CODINA<br>ADDRESS REDACTED | PETE COSTANZA<br>ADDRESS REDACTED |
| PETE E MARTINEZ JR<br>ADDRESS REDACTED | PETE GOMEZ<br>ADDRESS REDACTED | PETE NAVASCA<br>ADDRESS REDACTED |
| PETER   ISAKOVIC<br>ADDRESS REDACTED | PETER ABALOS<br>ADDRESS REDACTED | PETER AVAR<br>ADDRESS REDACTED |
| PETER BERNARD<br>ADDRESS REDACTED | PETER CALCAGNO<br>ADDRESS REDACTED | PETER CERNIGLIA<br>ADDRESS REDACTED |
| PETER DALLEGOS<br>ADDRESS REDACTED | PETER DAVIS<br>ADDRESS REDACTED | PETER DOW MEADOWS<br>ADDRESS REDACTED |

PETER DOWNES
ADDRESS REDACTED

PETER FOSSETT
ADDRESS REDACTED

PETER GILL
ADDRESS REDACTED

PETER GOGULSKI
ADDRESS REDACTED

PETER GUARINO
ADDRESS REDACTED

PETER GUINOSSO
ADDRESS REDACTED

PETER HARLLER
ADDRESS REDACTED

PETER HOLLOWAY
ADDRESS REDACTED

PETER HOLMQUIST
ADDRESS REDACTED

PETER HOPPS
ADDRESS REDACTED

PETER HOULIARIS
ADDRESS REDACTED

PETER JOHNSON
ADDRESS REDACTED

PETER KENNY
ADDRESS REDACTED

PETER KIM
ADDRESS REDACTED

PETER KOSTAKIS
ADDRESS REDACTED

PETER LILIENSTEIN
ADDRESS REDACTED

PETER M CLAFFEY
ADDRESS REDACTED

PETER MCCANN
ADDRESS REDACTED

PETER NASH
ADDRESS REDACTED

PETER OLSEN
ADDRESS REDACTED

PETER PEREZ
ADDRESS REDACTED

PETER PIECH
ADDRESS REDACTED

PETER RAWCLIFFE
ADDRESS REDACTED

PETER RIGG
ADDRESS REDACTED

PETER RUIBAL, STELLA RUIBAL
ADDRESS REDACTED

PETER SCOTT
ADDRESS REDACTED

PETER SPAGNUOLO
ADDRESS REDACTED

PETER STEVENSON
ADDRESS REDACTED

PETER TOBIAS
ADDRESS REDACTED

PETER TSAHALIS
ADDRESS REDACTED

PETER WARSCHAWSKI
ADDRESS REDACTED

PETER WOLDMAN
ADDRESS REDACTED

PETER YARDLEY
ADDRESS REDACTED

PETER YEANACOPOLIS
ADDRESS REDACTED

PETER ZAMBARDINO
ADDRESS REDACTED

PETRO CHABANCHUK
ADDRESS REDACTED

PHAL PAK
ADDRESS REDACTED

PHAMNY NGIM
ADDRESS REDACTED

PHAN PHU
ADDRESS REDACTED

PHANH PRUONG
ADDRESS REDACTED

PHANN PHONG
ADDRESS REDACTED

PHATH HAM
ADDRESS REDACTED

PHELPS DIECK
ADDRESS REDACTED

PHIL MCGILL & TAMRA MCGILL
ADDRESS REDACTED

PHIL MCGILL, &TAMRA MCGILL
ADDRESS REDACTED

PHIL ROHNER
ADDRESS REDACTED

PHIL ROMANO
ADDRESS REDACTED

PHILIP ALAMILLO
ADDRESS REDACTED

PHILIP AUSTEL
ADDRESS REDACTED

PHILIP CHEUNG
ADDRESS REDACTED

PHILIP JANG
ADDRESS REDACTED

PHILIP MALITA
ADDRESS REDACTED

PHILIP MILIC
ADDRESS REDACTED

PHILIP PAPA
ADDRESS REDACTED

PHILIP PIERCE
ADDRESS REDACTED

PHILIP SALTITO
ADDRESS REDACTED

PHILIP WONG
ADDRESS REDACTED

PHILLIP AN
ADDRESS REDACTED

PHILLIP BARBERA JR
ADDRESS REDACTED

PHILLIP BROWN
ADDRESS REDACTED

PHILLIP C STEEL & GEORGIA STEEL
ADDRESS REDACTED

PHILLIP COVELLO
ADDRESS REDACTED

PHILLIP DEANGELIS
ADDRESS REDACTED

PHILLIP FLOWERS
ADDRESS REDACTED

PHILLIP G MESSER
ADDRESS REDACTED

PHILLIP GALLO
ADDRESS REDACTED

| | | |
|---|---|---|
| PHILLIP GREEN<br>ADDRESS REDACTED | PHILLIP MESSINA<br>ADDRESS REDACTED | PHILLIP P ENCISO<br>ADDRESS REDACTED |
| PHILLIP RODRIGUEZ<br>ADDRESS REDACTED | PHILLIP STRAMEL<br>ADDRESS REDACTED | PHONG HO<br>ADDRESS REDACTED |
| PHUAN BUI<br>ADDRESS REDACTED | PHUNG TRINH<br>ADDRESS REDACTED | PHUONE WGUYEN<br>ADDRESS REDACTED |
| PHUONG LAM<br>ADDRESS REDACTED | PHUONG QUACH<br>ADDRESS REDACTED | PHUONG TRUONG<br>ADDRESS REDACTED |
| PHUONG VO<br>ADDRESS REDACTED | PHURMAN BEASLEY<br>ADDRESS REDACTED | PHYLLIS A BOSWELL<br>ADDRESS REDACTED |
| PHYLLIS DAVIDSON<br>ADDRESS REDACTED | PHYLLIS DEARING DON DEARING<br>ADDRESS REDACTED | PHYLLIS GUNDRUM<br>ADDRESS REDACTED |
| PHYLLIS HORST<br>ADDRESS REDACTED | PHYLLIS KARPPI<br>ADDRESS REDACTED | PHYLLIS M LINDER<br>ADDRESS REDACTED |
| PHYLLIS WILLIS<br>ADDRESS REDACTED | PICTOR ENTERPRISES<br>ADDRESS REDACTED | PICTRO  CRACCHIOLO<br>ADDRESS REDACTED |
| PIERCE DEACON<br>ADDRESS REDACTED | PIERRE GILBERT<br>ADDRESS REDACTED | PIERRE HETU<br>ADDRESS REDACTED |
| PILAR ESPARZA<br>ADDRESS REDACTED | PLACIDO TREVISO<br>ADDRESS REDACTED | PLASTIC & HAND SURGICAL ASSOC<br>ADDRESS REDACTED |
| PLEASE PROVIDE<br>ADDRESS REDACTED | PLEASE PROVIDE<br>ADDRESS REDACTED | PLEASE PROVIDE<br>ADDRESS REDACTED |

PLEASE PROVIDE
ADDRESS REDACTED

PLEASE PROVIDE
ADDRESS REDACTED

PLEASE PROVIDE
ADDRESS REDACTED

PLEASE PROVIDE
ADDRESS REDACTED

PLEASE PROVIDE
ADDRESS REDACTED

PLEASE PROVIDE
ADDRESS REDACTED

PLUTARCO GUERRO
ADDRESS REDACTED

POLLY SHULTZ
ADDRESS REDACTED

POPPY TROXEL
ADDRESS REDACTED

PORFIRIO TORRES
ADDRESS REDACTED

PORFIRIO VASQUEZ
ADDRESS REDACTED

PORTIA C HUBER
ADDRESS REDACTED

PORTUQUEZ WADEBER
ADDRESS REDACTED

PRADEEP NARAYAN
ADDRESS REDACTED

PRADIP SHAH
ADDRESS REDACTED

PRANESHWAR CHANDRA
ADDRESS REDACTED

PRATAP CHANDRA
ADDRESS REDACTED

PRATHAY YOUMAGUL
ADDRESS REDACTED

PRENTISS MAYO
ADDRESS REDACTED

PRESENTACION BRIONES
ADDRESS REDACTED

PRESTON LOW
ADDRESS REDACTED

PRIMITIVA VASQUEZ-GARCIA
ADDRESS REDACTED

PRISCA D CAMPOS
ADDRESS REDACTED

PRISCILLA GARRETT
ADDRESS REDACTED

PRISCILLA NIEVES
ADDRESS REDACTED

PRISCILLA RUIZ
ADDRESS REDACTED

PRIYA SINGH
ADDRESS REDACTED

PROVINA ROBINSON
ADDRESS REDACTED

PUBLISHERS CIRCULATION
ADDRESS REDACTED

PUBLISHERS CIRCULATION
ADDRESS REDACTED

PUBLISHERS CIRCULATION
ADDRESS REDACTED

PUBLISHERS CIRCULATION
ADDRESS REDACTED

PUBLISHERS CIRCULATION
ADDRESS REDACTED

PUBLISHERS CIRCULATION  C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION C/O CONSERVICE
ADDRESS REDACTED

PUBLISHERS CIRCULATION CIRCULATION
ADDRESS REDACTED

PUISAI CHAN
ADDRESS REDACTED

PUTHAVY MAO
ADDRESS REDACTED

Q PETER NASH
ADDRESS REDACTED

Q PETER NASH
ADDRESS REDACTED

QEWANI CHEA
ADDRESS REDACTED

QI CHANG LIU
ADDRESS REDACTED

QI Z LIU
ADDRESS REDACTED

QING CHEN
ADDRESS REDACTED

QINGDI ZHANG
ADDRESS REDACTED

QU ALLEN CHU
ADDRESS REDACTED

QU Q LIU
ADDRESS REDACTED

QUAN NGUYEN
ADDRESS REDACTED

QUANG DUONG
ADDRESS REDACTED

QUANG NGUYEN
ADDRESS REDACTED

QUANNESIA LASSITER
ADDRESS REDACTED

QUANQING CAI
ADDRESS REDACTED

QUILUAN QIAN
ADDRESS REDACTED

QUIRINO A. HERNANDEZ
ADDRESS REDACTED

QUOVADIS ESTELL
ADDRESS REDACTED

QUY H TRAN
ADDRESS REDACTED

R. H. FRUDENBURG
ADDRESS REDACTED

RA DELLA-MAGGIORA
ADDRESS REDACTED

RAANJIT SINGH
ADDRESS REDACTED

RABBI BURSZTYN
ADDRESS REDACTED

RABBI RICHARD PERLMAN
ADDRESS REDACTED

RACHAEL N SCHIEBERL
ADDRESS REDACTED

| | | |
|---|---|---|
| RACHAEL ROMERO/WARREN PAIN<br>ADDRESS REDACTED | RACHEL  BENNETT<br>ADDRESS REDACTED | RACHEL BENNETT<br>ADDRESS REDACTED |
| RACHEL BROOKS<br>ADDRESS REDACTED | RACHEL GREEN<br>ADDRESS REDACTED | RACHEL HARVEY<br>ADDRESS REDACTED |
| RACHEL L FRANTZ<br>ADDRESS REDACTED | RACHEL LI<br>ADDRESS REDACTED | RACHEL SCHEFEN<br>ADDRESS REDACTED |
| RACHEL WILLIAMS<br>ADDRESS REDACTED | RACHEL YOUNG<br>ADDRESS REDACTED | RACHELLE ANDERSON<br>ADDRESS REDACTED |
| RACHELLE GOLSON<br>ADDRESS REDACTED | RACINE FRAZIER<br>ADDRESS REDACTED | RADLYN WINBLAD<br>ADDRESS REDACTED |
| RAF P. CATRAL<br>ADDRESS REDACTED | RAFAEL  ARCEGA<br>ADDRESS REDACTED | RAFAEL BEJESUSABILLA<br>ADDRESS REDACTED |
| RAFAEL CERVANTES<br>ADDRESS REDACTED | RAFAEL DIGAL<br>ADDRESS REDACTED | RAFAEL DIZON<br>ADDRESS REDACTED |
| RAFAEL GARCIA<br>ADDRESS REDACTED | RAFAEL GUTIERREZ JR.<br>ADDRESS REDACTED | RAFAEL ORELLANA<br>ADDRESS REDACTED |
| RAFAEL PICAZO<br>ADDRESS REDACTED | RAFAEL PINZON<br>ADDRESS REDACTED | RAFAEL TIRADO<br>ADDRESS REDACTED |
| RAFAEL VEGA<br>ADDRESS REDACTED | RAFAELA ROMAN<br>ADDRESS REDACTED | RAFAELA ZEPEDA<br>ADDRESS REDACTED |
| RAFAEL-RICHARD ROBLES<br>ADDRESS REDACTED | RAFEL RANGEL<br>ADDRESS REDACTED | RAFIQ ISLAM<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| RAGAN RETTOND<br>ADDRESS REDACTED | RAHEEL KAHAN<br>ADDRESS REDACTED | RAHKII HOLMAN<br>ADDRESS REDACTED |
| RAHSHAV SLOTUM<br>ADDRESS REDACTED | RAJ DEO<br>ADDRESS REDACTED | RAJ SURRENDER SINGH<br>ADDRESS REDACTED |
| RAJA AHMED<br>ADDRESS REDACTED | RAJA GUMBER<br>ADDRESS REDACTED | RAJANESH JEEP<br>ADDRESS REDACTED |
| RAJASHEKAR BALLANNAGARI<br>ADDRESS REDACTED | RAJENDRA DATTA<br>ADDRESS REDACTED | RAJENDRA G PATEL<br>ADDRESS REDACTED |
| RAJU SULTAN<br>ADDRESS REDACTED | RAJYA DUTT<br>ADDRESS REDACTED | RAL  PATEL<br>ADDRESS REDACTED |
| RALF COLONNA<br>ADDRESS REDACTED | RALPH & TERRI JOHONNOT<br>ADDRESS REDACTED | RALPH ARBUS<br>ADDRESS REDACTED |
| RALPH BUNN<br>ADDRESS REDACTED | RALPH CANNON<br>ADDRESS REDACTED | RALPH E PATTON JR<br>ADDRESS REDACTED |
| RALPH J REED<br>ADDRESS REDACTED | RALPH JACKSON<br>ADDRESS REDACTED | RALPH KRATZ<br>ADDRESS REDACTED |
| RALPH MANZO<br>ADDRESS REDACTED | RALPH O LITTON<br>ADDRESS REDACTED | RALPH PAPE<br>ADDRESS REDACTED |
| RALPH PHINNEY<br>ADDRESS REDACTED | RALPH RODRIGUES<br>ADDRESS REDACTED | RALPH SCARTELLI<br>ADDRESS REDACTED |
| RALPH W. LORTZ<br>ADDRESS REDACTED | RAM KRISHNA<br>ADDRESS REDACTED | RAMADAN KRASNIQI<br>ADDRESS REDACTED |

Served 5/22/2014

| | | |
|---|---|---|
| RAMAN HARDEN<br>ADDRESS REDACTED | RAMAN THATIKUNTA<br>ADDRESS REDACTED | RAMENDRA KRISHNA<br>ADDRESS REDACTED |
| RAMES CHAND<br>ADDRESS REDACTED | RAMESH PATEL<br>ADDRESS REDACTED | RAMI FLAM<br>ADDRESS REDACTED |
| RAMIREZ FLORES<br>ADDRESS REDACTED | RAMIRO CABRERA<br>ADDRESS REDACTED | RAMIRO COUTO<br>ADDRESS REDACTED |
| RAMIRO DUENAS<br>ADDRESS REDACTED | RAMIRO RAMIREZ<br>ADDRESS REDACTED | RAMIRO REYNOSO<br>ADDRESS REDACTED |
| RAMON A. GONZALEZ<br>ADDRESS REDACTED | RAMON AMARAL<br>ADDRESS REDACTED | RAMON ATIENZA<br>ADDRESS REDACTED |
| RAMON GARCIA<br>ADDRESS REDACTED | RAMON GUITRON<br>ADDRESS REDACTED | RAMON H. SANCHEZ<br>ADDRESS REDACTED |
| RAMON MECA<br>ADDRESS REDACTED | RAMON MOLINA<br>ADDRESS REDACTED | RAMON PADILLA<br>ADDRESS REDACTED |
| RAMON PENA<br>ADDRESS REDACTED | RAMON RIVAS<br>ADDRESS REDACTED | RAMON VALENCIA<br>ADDRESS REDACTED |
| RAMON VENTURA<br>ADDRESS REDACTED | RAMON ZAMORA<br>ADDRESS REDACTED | RAMONA MARTINEZ<br>ADDRESS REDACTED |
| RAMONITA RODRIGUEZ<br>ADDRESS REDACTED | RAMSES MADOU<br>ADDRESS REDACTED | RAMYA KANUKOLLU<br>ADDRESS REDACTED |
| RANA MOZAMMEL<br>ADDRESS REDACTED | RANDALL MILLER<br>ADDRESS REDACTED | RANDALL NOLLETTE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| RANDALL SHAFER<br>ADDRESS REDACTED | RANDALL WROBLEWSKI<br>ADDRESS REDACTED | RANDHIR KAUR<br>ADDRESS REDACTED |
| RANDHIR SINGH<br>ADDRESS REDACTED | RANDOLPH AND VERONICA WILLIAMS<br>ADDRESS REDACTED | RANDY  CROCKER<br>ADDRESS REDACTED |
| RANDY  EIGNER<br>ADDRESS REDACTED | RANDY ALONZO<br>ADDRESS REDACTED | RANDY BIERLEIN<br>ADDRESS REDACTED |
| RANDY CHASTAIN<br>ADDRESS REDACTED | RANDY FAGA<br>ADDRESS REDACTED | RANDY KOEHN<br>ADDRESS REDACTED |
| RANDY LOWE<br>ADDRESS REDACTED | RANDY MCMAHAN<br>ADDRESS REDACTED | RANDY O'CONNOR<br>ADDRESS REDACTED |
| RANDY OSBORN<br>ADDRESS REDACTED | RANDY PRICE<br>ADDRESS REDACTED | RANDY SHANK<br>ADDRESS REDACTED |
| RANDY STRANGE<br>ADDRESS REDACTED | RANULFO MARTINEZ<br>ADDRESS REDACTED | RAPHAEL BROOKS<br>ADDRESS REDACTED |
| RAPHAEL MICHAEL<br>ADDRESS REDACTED | RAPHAELLE MANSANA<br>ADDRESS REDACTED | RAQUEL M. HUMPHREY<br>ADDRESS REDACTED |
| RAQUEL VASQUEZ<br>ADDRESS REDACTED | RASHAAD ROBINSON<br>ADDRESS REDACTED | RASHEEDAT C. PICKETT<br>ADDRESS REDACTED |
| RASHMI JENEJA<br>ADDRESS REDACTED | RASHTALIG SINGH<br>ADDRESS REDACTED | RASYAD CHUNG<br>ADDRESS REDACTED |
| RAUDEL LEDESMA<br>ADDRESS REDACTED | RAUL AGUILAR<br>ADDRESS REDACTED | RAUL ALAKAII<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| RAUL BARRETO VASQUEZ<br>ADDRESS REDACTED | RAUL C. SABALLOS<br>ADDRESS REDACTED | RAUL CARRERAS<br>ADDRESS REDACTED |
| RAUL ESQUIVIAS<br>ADDRESS REDACTED | RAUL FLORES<br>ADDRESS REDACTED | RAUL LAPINEG<br>ADDRESS REDACTED |
| RAUL NIETO<br>ADDRESS REDACTED | RAUL PINEDA<br>ADDRESS REDACTED | RAUL RIVERIA<br>ADDRESS REDACTED |
| RAUL ROCHA<br>ADDRESS REDACTED | RAUL URRUTIA<br>ADDRESS REDACTED | RAVIN NARAYAN<br>ADDRESS REDACTED |
| RAVINDER DHALIWAL<br>ADDRESS REDACTED | RAY BAEL<br>ADDRESS REDACTED | RAY DING<br>ADDRESS REDACTED |
| RAY GILE<br>ADDRESS REDACTED | RAY HICKS, CARRIE HICKS<br>ADDRESS REDACTED | RAY JACKSON<br>ADDRESS REDACTED |
| RAY KLASSEN<br>ADDRESS REDACTED | RAY KOUZA<br>ADDRESS REDACTED | RAY KOUZA<br>ADDRESS REDACTED |
| RAY KOUZA<br>ADDRESS REDACTED | RAY KOUZA<br>ADDRESS REDACTED | RAY KOUZA<br>ADDRESS REDACTED |
| RAY KOUZA<br>ADDRESS REDACTED | RAY KOUZA<br>ADDRESS REDACTED | RAY LEMMEN<br>ADDRESS REDACTED |
| RAY PATEL<br>ADDRESS REDACTED | RAY RIGATO<br>ADDRESS REDACTED | RAY RITCHIE<br>ADDRESS REDACTED |
| RAY SCOVIL JR<br>ADDRESS REDACTED | RAYAN ROQUE<br>ADDRESS REDACTED | RAYMOND  DAMIANO<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

RAYMOND A WEBER
ADDRESS REDACTED

RAYMOND ARCELO
ADDRESS REDACTED

RAYMOND BAKER
ADDRESS REDACTED

RAYMOND BALAJADIA
ADDRESS REDACTED

RAYMOND BEELER
ADDRESS REDACTED

RAYMOND DAMIANO
ADDRESS REDACTED

RAYMOND GAN & SU GAN
ADDRESS REDACTED

RAYMOND GREEN
ADDRESS REDACTED

RAYMOND HOLT
ADDRESS REDACTED

RAYMOND J J TIRADO SR
ADDRESS REDACTED

RAYMOND J. DUBE
ADDRESS REDACTED

RAYMOND J. DUNCAN
ADDRESS REDACTED

RAYMOND JOHNSON
ADDRESS REDACTED

RAYMOND JUNQUERIO
ADDRESS REDACTED

RAYMOND LARA
ADDRESS REDACTED

RAYMOND LOUBIERE
ADDRESS REDACTED

RAYMOND LUGO
ADDRESS REDACTED

RAYMOND MAAS
ADDRESS REDACTED

RAYMOND MCLAREN
ADDRESS REDACTED

RAYMOND RODRIGUEZ
ADDRESS REDACTED

RAYMOND SEARS
ADDRESS REDACTED

RAYMOND TEJADA
ADDRESS REDACTED

RAYMOND WAKIM
ADDRESS REDACTED

RAYMOND WAKIM
ADDRESS REDACTED

RAYMOND WHALEN
ADDRESS REDACTED

RAYMOND ZAMLOT
ADDRESS REDACTED

RAYMUNDO MIRANDA
ADDRESS REDACTED

RAZIQ KABIRI
ADDRESS REDACTED

REATHER FELTON
ADDRESS REDACTED

REBECA CALIZAYA
ADDRESS REDACTED

REBECA DEDMON
ADDRESS REDACTED

REBECCA ARELLANO
ADDRESS REDACTED

REBECCA BAJAO
ADDRESS REDACTED

| | | |
|---|---|---|
| REBECCA BECHTHLOD<br>ADDRESS REDACTED | REBECCA CLEMONS<br>ADDRESS REDACTED | REBECCA D GREENE<br>ADDRESS REDACTED |
| REBECCA DOBBS<br>ADDRESS REDACTED | REBECCA LOPEZ<br>ADDRESS REDACTED | REBECCA LOPEZ-MAZARIEGOS<br>ADDRESS REDACTED |
| REBECCA MINNICK<br>ADDRESS REDACTED | REBECCA NOFTE<br>ADDRESS REDACTED | REBECCA RAMOS<br>ADDRESS REDACTED |
| REBECCA ROBBINS<br>ADDRESS REDACTED | REBECCA ROSALES<br>ADDRESS REDACTED | REBECCA SCHERR<br>ADDRESS REDACTED |
| REBECCA THIBODEAUX<br>ADDRESS REDACTED | REED C HERMAN<br>ADDRESS REDACTED | REED KNEALE<br>ADDRESS REDACTED |
| REED MELLOR<br>ADDRESS REDACTED | REED MILDRED<br>ADDRESS REDACTED | REEDELL HOLMES<br>ADDRESS REDACTED |
| REFUCIO LOPEZ<br>ADDRESS REDACTED | REFUGIO LOPEZ<br>ADDRESS REDACTED | REGALADO H. GONZALES<br>ADDRESS REDACTED |
| REGAN SCEARCE<br>ADDRESS REDACTED | REGINA CUNNINGHAM<br>ADDRESS REDACTED | REGINA GRUBER<br>ADDRESS REDACTED |
| REGINA JOHNSON<br>ADDRESS REDACTED | REGINA SULCIENE<br>ADDRESS REDACTED | REGINA WEBB<br>ADDRESS REDACTED |
| REGINA ZULETA<br>ADDRESS REDACTED | REGINAEL ARQUINES<br>ADDRESS REDACTED | REGINALD M ORTEGA<br>ADDRESS REDACTED |
| REGINALD SMITH<br>ADDRESS REDACTED | REGINALD VANDEN-BOSCH<br>ADDRESS REDACTED | REI SUGIWARA<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| REID YAMAMOTO<br>ADDRESS REDACTED | REILIN HARPER<br>ADDRESS REDACTED | REINA DERAS<br>ADDRESS REDACTED |
| REINALDO RONRERO<br>ADDRESS REDACTED | REINALDO ROSARIO<br>ADDRESS REDACTED | REISHA DIXON<br>ADDRESS REDACTED |
| REKHA MAHARAJ<br>ADDRESS REDACTED | REMBERTO MORAN<br>ADDRESS REDACTED | REMY BALTAZAR JR<br>ADDRESS REDACTED |
| RENAE STERLING<br>ADDRESS REDACTED | RENANTE FORONDA<br>ADDRESS REDACTED | RENE COMIRE<br>ADDRESS REDACTED |
| RENE RAMIREZ<br>ADDRESS REDACTED | RENEE  LAFIERA<br>ADDRESS REDACTED | RENEE DECESARE<br>ADDRESS REDACTED |
| RENEE DUMLAO<br>ADDRESS REDACTED | RENEE JACKSON<br>ADDRESS REDACTED | RENEE LEVIN-WALDMAN<br>ADDRESS REDACTED |
| RENEE MCEVOY<br>ADDRESS REDACTED | RENEE ROBINSON<br>ADDRESS REDACTED | RENG SHANG-LI<br>ADDRESS REDACTED |
| RENIA MENDOZA<br>ADDRESS REDACTED | RENIE GARCIA<br>ADDRESS REDACTED | RENITA WALLACE<br>ADDRESS REDACTED |
| RENO ACOSTA<br>ADDRESS REDACTED | RENO DICINI<br>ADDRESS REDACTED | RENU BALA<br>ADDRESS REDACTED |
| RESHMA KARANI<br>ADDRESS REDACTED | RETA G. THRUSH<br>ADDRESS REDACTED | REV CHARLES MONROE<br>ADDRESS REDACTED |
| REV CHARLES MONROE<br>ADDRESS REDACTED | REV JOHN SINGLER<br>ADDRESS REDACTED | REVA BONA WILLIAMS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| REX DEFENBAUGH<br>ADDRESS REDACTED | REX EASLEY<br>ADDRESS REDACTED | REX GRAYSON<br>ADDRESS REDACTED |
| REX ZINK<br>ADDRESS REDACTED | REYNA GONZALEZ<br>ADDRESS REDACTED | REYNA SANCHEZ<br>ADDRESS REDACTED |
| REYNALDA CUEVAS<br>ADDRESS REDACTED | REYNALDO GARCIA<br>ADDRESS REDACTED | REYNALDO MARRON<br>ADDRESS REDACTED |
| RHEA DAIRO<br>ADDRESS REDACTED | RHODES LAUREN<br>ADDRESS REDACTED | RHONDA A. TODT<br>ADDRESS REDACTED |
| RHONDA CHENOWETH<br>ADDRESS REDACTED | RHONDA PATTON<br>ADDRESS REDACTED | RHONDA PIMENTEL<br>ADDRESS REDACTED |
| RHONDA RAYBORNE<br>ADDRESS REDACTED | RHONDA VALENTINE<br>ADDRESS REDACTED | RHONDA WILLEY<br>ADDRESS REDACTED |
| RICARDO CASTILLO<br>ADDRESS REDACTED | RICARDO GARCIA<br>ADDRESS REDACTED | RICARDO GUERRERO<br>ADDRESS REDACTED |
| RICARDO MONTAGUE<br>ADDRESS REDACTED | RICARDO ROGEL<br>ADDRESS REDACTED | RICH FEBONIO<br>ADDRESS REDACTED |
| RICH FLINN<br>ADDRESS REDACTED | RICH WAIDELICH<br>ADDRESS REDACTED | RICHARD  BARSCZEWSKI<br>ADDRESS REDACTED |
| RICHARD  HELBERG<br>ADDRESS REDACTED | RICHARD  VALARIOTI<br>ADDRESS REDACTED | RICHARD A HANSEN<br>ADDRESS REDACTED |
| RICHARD AIREY<br>ADDRESS REDACTED | RICHARD ANTCZAK<br>ADDRESS REDACTED | RICHARD ARROYO<br>ADDRESS REDACTED |

RICHARD BACKERT
ADDRESS REDACTED

RICHARD BORG
ADDRESS REDACTED

RICHARD BOUBELIK
ADDRESS REDACTED

RICHARD BRADLEY
ADDRESS REDACTED

RICHARD BROWN
ADDRESS REDACTED

RICHARD BUJNO
ADDRESS REDACTED

RICHARD BUSTOS
ADDRESS REDACTED

RICHARD C  TAYLOR
ADDRESS REDACTED

RICHARD C HATHAWAY
ADDRESS REDACTED

RICHARD CARDINIO
ADDRESS REDACTED

RICHARD CARLSON
ADDRESS REDACTED

RICHARD CLARK
ADDRESS REDACTED

RICHARD CORDERO
ADDRESS REDACTED

RICHARD CUMMINGS
ADDRESS REDACTED

RICHARD D. WALL
ADDRESS REDACTED

RICHARD DAUGHERTY
ADDRESS REDACTED

RICHARD DELPH
ADDRESS REDACTED

RICHARD DIMEGLIO
ADDRESS REDACTED

RICHARD DOWNS
ADDRESS REDACTED

RICHARD DYKSTRA
ADDRESS REDACTED

RICHARD EALES
ADDRESS REDACTED

RICHARD F MAYER
ADDRESS REDACTED

RICHARD FARLEY
ADDRESS REDACTED

RICHARD FISCHER
ADDRESS REDACTED

RICHARD FOSTER
ADDRESS REDACTED

RICHARD FOWLER
ADDRESS REDACTED

RICHARD FRIES
ADDRESS REDACTED

RICHARD G KOERHERSCHMIDT
ADDRESS REDACTED

RICHARD G VELLES
ADDRESS REDACTED

RICHARD GEORGI
ADDRESS REDACTED

RICHARD GORMAN
ADDRESS REDACTED

RICHARD GREER
ADDRESS REDACTED

RICHARD GRIFFITHS JR
ADDRESS REDACTED

| | | |
|---|---|---|
| RICHARD GROW<br>ADDRESS REDACTED | RICHARD H ELMORE<br>ADDRESS REDACTED | RICHARD H. SMITH<br>ADDRESS REDACTED |
| RICHARD HOFFELT<br>ADDRESS REDACTED | RICHARD I PENROSE<br>ADDRESS REDACTED | RICHARD IHLENDORF<br>ADDRESS REDACTED |
| RICHARD IVEY<br>ADDRESS REDACTED | RICHARD J COUTURIER<br>ADDRESS REDACTED | RICHARD J. RANGEL<br>ADDRESS REDACTED |
| RICHARD K KIMBONG<br>ADDRESS REDACTED | RICHARD K LUTZ<br>ADDRESS REDACTED | RICHARD K OHNMACHT<br>ADDRESS REDACTED |
| RICHARD K POSZ<br>ADDRESS REDACTED | RICHARD KANUSE<br>ADDRESS REDACTED | RICHARD KOHN<br>ADDRESS REDACTED |
| RICHARD KOHN<br>ADDRESS REDACTED | RICHARD KUZAWA LL<br>ADDRESS REDACTED | RICHARD KYI<br>ADDRESS REDACTED |
| RICHARD L LEESON<br>ADDRESS REDACTED | RICHARD L. MOORE<br>ADDRESS REDACTED | RICHARD LARSEN<br>ADDRESS REDACTED |
| RICHARD LAZAR<br>ADDRESS REDACTED | RICHARD LEE SHACKLOCK<br>ADDRESS REDACTED | RICHARD LITTLE<br>ADDRESS REDACTED |
| RICHARD LOBELLO<br>ADDRESS REDACTED | RICHARD LYONS<br>ADDRESS REDACTED | RICHARD M ROJAS<br>ADDRESS REDACTED |
| RICHARD MEMORY<br>ADDRESS REDACTED | RICHARD MENDOZA<br>ADDRESS REDACTED | RICHARD MICUCCI<br>ADDRESS REDACTED |
| RICHARD MILAN<br>ADDRESS REDACTED | RICHARD MOISA<br>ADDRESS REDACTED | RICHARD MOLL<br>ADDRESS REDACTED |

RICHARD MOTA
ADDRESS REDACTED

RICHARD MOYLAN
ADDRESS REDACTED

RICHARD NAVA
ADDRESS REDACTED

RICHARD NAVIELLO
ADDRESS REDACTED

RICHARD PASCIUTO
ADDRESS REDACTED

RICHARD PICKRELL
ADDRESS REDACTED

RICHARD PUERTAS
ADDRESS REDACTED

RICHARD QUINTAL
ADDRESS REDACTED

RICHARD R. WARTENA
ADDRESS REDACTED

RICHARD RIDEOUT
ADDRESS REDACTED

RICHARD RODRIGUEZ
ADDRESS REDACTED

RICHARD ROMAIN
ADDRESS REDACTED

RICHARD ROMAINE
ADDRESS REDACTED

RICHARD SANG
ADDRESS REDACTED

RICHARD SANTILLANO
ADDRESS REDACTED

RICHARD SCOFIELD & LINDA SCOFIELD
ADDRESS REDACTED

RICHARD SIMS
ADDRESS REDACTED

RICHARD SINGLETON
ADDRESS REDACTED

RICHARD SLOVER
ADDRESS REDACTED

RICHARD SOOY
ADDRESS REDACTED

RICHARD STACY
ADDRESS REDACTED

RICHARD STARK
ADDRESS REDACTED

RICHARD STEPHENS
ADDRESS REDACTED

RICHARD STERNI
ADDRESS REDACTED

RICHARD SUTTON
ADDRESS REDACTED

RICHARD T FELCHLE
ADDRESS REDACTED

RICHARD TANG
ADDRESS REDACTED

RICHARD TIETT
ADDRESS REDACTED

RICHARD TSURUMOTO
ADDRESS REDACTED

RICHARD URIARTE
ADDRESS REDACTED

RICHARD V GALVEZ
ADDRESS REDACTED

RICHARD W HERRERA, BONNIE G HERRERA
ADDRESS REDACTED

RICHARD WALSH
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

RICHARD WALSH
ADDRESS REDACTED

RICHARD WALTERS
ADDRESS REDACTED

RICHARD WARREN
ADDRESS REDACTED

RICHARD WILLIAMS
ADDRESS REDACTED

RICHLEY GATEWOOD
ADDRESS REDACTED

RICK BAIETTI
ADDRESS REDACTED

RICK BOLLINGER
ADDRESS REDACTED

RICK BOLLINGER
ADDRESS REDACTED

RICK COOK
ADDRESS REDACTED

RICK IANNUZZELLI
ADDRESS REDACTED

RICK J COUCH
ADDRESS REDACTED

RICK LAWWILL
ADDRESS REDACTED

RICK MALSCH
ADDRESS REDACTED

RICK MOLLICA
ADDRESS REDACTED

RICK MUSELLA
ADDRESS REDACTED

RICK NGO
ADDRESS REDACTED

RICK NIHEI
ADDRESS REDACTED

RICK PIEDADE
ADDRESS REDACTED

RICK ROCKMAN
ADDRESS REDACTED

RICK SEMINARA
ADDRESS REDACTED

RICK SZOPO
ADDRESS REDACTED

RICK VOIGT
ADDRESS REDACTED

RICK YOUNG
ADDRESS REDACTED

RICKY CHAN
ADDRESS REDACTED

RICKY HERNANDEZ
ADDRESS REDACTED

RICKY LEWIS
ADDRESS REDACTED

RICO CABALLERO
ADDRESS REDACTED

RIGOBERTO ESPARZA
ADDRESS REDACTED

RIGOBERTO GOMEZ
ADDRESS REDACTED

RIGOBERTO QUALSITO
ADDRESS REDACTED

RIGOBERTO ZAMORA
ADDRESS REDACTED

RIGODERTO A PANTOJA
ADDRESS REDACTED

RIK YEAMES
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| RILMA BONILLA<br>ADDRESS REDACTED | RINA A PINEDA<br>ADDRESS REDACTED | RITA A WILLIS<br>ADDRESS REDACTED |
| RITA BURNS<br>ADDRESS REDACTED | RITA BYRGE<br>ADDRESS REDACTED | RITA CROWDER<br>ADDRESS REDACTED |
| RITA CROWDER<br>ADDRESS REDACTED | RITA DASILVA<br>ADDRESS REDACTED | RITA DOMINGUEZ<br>ADDRESS REDACTED |
| RITA G MOLINA<br>ADDRESS REDACTED | RITA JOHN<br>ADDRESS REDACTED | RITA JOHNSON<br>ADDRESS REDACTED |
| RITA MENDOZA<br>ADDRESS REDACTED | RITA PELECH<br>ADDRESS REDACTED | RITA PELECH<br>ADDRESS REDACTED |
| RITA SCHWUEHR<br>ADDRESS REDACTED | RITA VIZCAINO<br>ADDRESS REDACTED | RITA WRIGHT<br>ADDRESS REDACTED |
| RITESH MAHARAJ<br>ADDRESS REDACTED | RITO GUEVARA CHAVEZ<br>ADDRESS REDACTED | RIVERBENDCOMMUNITYHEALTH ACCOUNTS PAYA<br>ADDRESS REDACTED |
| RIVERS GEE<br>ADDRESS REDACTED | RIZWANA REHMAN<br>ADDRESS REDACTED | ROB BEAUCHEM<br>ADDRESS REDACTED |
| ROB BRUCA<br>ADDRESS REDACTED | ROB BRUCE<br>ADDRESS REDACTED | ROB BRUCE<br>ADDRESS REDACTED |
| ROB FERRARO<br>ADDRESS REDACTED | ROB STEVENSON<br>ADDRESS REDACTED | ROB VANDERHORST<br>ADDRESS REDACTED |
| ROBBIE LINCH<br>ADDRESS REDACTED | ROBERT  ROSATO<br>ADDRESS REDACTED | ROBERT & JEAN HOWARD<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ROBERT A OWEN<br>ADDRESS REDACTED | ROBERT A TIMENTEL<br>ADDRESS REDACTED | ROBERT AGUILAR<br>ADDRESS REDACTED |
| ROBERT AHLERS<br>ADDRESS REDACTED | ROBERT ALGER<br>ADDRESS REDACTED | ROBERT ALLEN<br>ADDRESS REDACTED |
| ROBERT ALLWINE<br>ADDRESS REDACTED | ROBERT AMARO<br>ADDRESS REDACTED | ROBERT ARENBURG<br>ADDRESS REDACTED |
| ROBERT ARRIOLOA SR<br>ADDRESS REDACTED | ROBERT B SCHOENHOFT<br>ADDRESS REDACTED | ROBERT BARBIERI<br>ADDRESS REDACTED |
| ROBERT BARRERA<br>ADDRESS REDACTED | ROBERT BARTOLI<br>ADDRESS REDACTED | ROBERT BASHAW<br>ADDRESS REDACTED |
| ROBERT BEEK<br>ADDRESS REDACTED | ROBERT BOOM<br>ADDRESS REDACTED | ROBERT BORBA<br>ADDRESS REDACTED |
| ROBERT BOURNIVAL<br>ADDRESS REDACTED | ROBERT BRASIEL<br>ADDRESS REDACTED | ROBERT BURK<br>ADDRESS REDACTED |
| ROBERT BURNS<br>ADDRESS REDACTED | ROBERT BUTTS<br>ADDRESS REDACTED | ROBERT C KRAMER<br>ADDRESS REDACTED |
| ROBERT CABALUNA<br>ADDRESS REDACTED | ROBERT CANERO<br>ADDRESS REDACTED | ROBERT CASTILLO<br>ADDRESS REDACTED |
| ROBERT CATALANO<br>ADDRESS REDACTED | ROBERT CAVILEER<br>ADDRESS REDACTED | ROBERT CLARK<br>ADDRESS REDACTED |
| ROBERT COLENAN<br>ADDRESS REDACTED | ROBERT COMPTON<br>ADDRESS REDACTED | ROBERT CONILLA<br>ADDRESS REDACTED |

ROBERT CONNELLY
ADDRESS REDACTED

ROBERT CRAYCRAFT
ADDRESS REDACTED

ROBERT CRUGER
ADDRESS REDACTED

ROBERT D KOON
ADDRESS REDACTED

ROBERT DAVIDSON
ADDRESS REDACTED

ROBERT DE GRUIJL
ADDRESS REDACTED

ROBERT DEFEO
ADDRESS REDACTED

ROBERT DELA-PAZ
ADDRESS REDACTED

ROBERT DIORIO
ADDRESS REDACTED

ROBERT DIORIO
ADDRESS REDACTED

ROBERT DIXON
ADDRESS REDACTED

ROBERT DOTSON
ADDRESS REDACTED

ROBERT DUNCAN
ADDRESS REDACTED

ROBERT DYAS
ADDRESS REDACTED

ROBERT DYESS
ADDRESS REDACTED

ROBERT E SULLIVAN
ADDRESS REDACTED

ROBERT E. DUCKWORTH
ADDRESS REDACTED

ROBERT EDWARDS
ADDRESS REDACTED

ROBERT EIKILL
ADDRESS REDACTED

ROBERT ENGLE
ADDRESS REDACTED

ROBERT ENSOR
ADDRESS REDACTED

ROBERT ERKES
ADDRESS REDACTED

ROBERT ERKES
ADDRESS REDACTED

ROBERT ERNST
ADDRESS REDACTED

ROBERT ERNST, JR
ADDRESS REDACTED

ROBERT F. ZORNES
ADDRESS REDACTED

ROBERT FELBER
ADDRESS REDACTED

ROBERT FLOHN
ADDRESS REDACTED

ROBERT FOLWER
ADDRESS REDACTED

ROBERT FORD
ADDRESS REDACTED

ROBERT FOWLER
ADDRESS REDACTED

ROBERT FRALEY
ADDRESS REDACTED

ROBERT FREDERICK
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| ROBERT FREEMAN<br>ADDRESS REDACTED | ROBERT G CUADRAN<br>ADDRESS REDACTED | ROBERT GARCIA<br>ADDRESS REDACTED |
| ROBERT GARCIA<br>ADDRESS REDACTED | ROBERT GEVONDYAN<br>ADDRESS REDACTED | ROBERT GRUETTER<br>ADDRESS REDACTED |
| ROBERT H. GARCIA<br>ADDRESS REDACTED | ROBERT HARDING JR.<br>ADDRESS REDACTED | ROBERT HARDING JR.<br>ADDRESS REDACTED |
| ROBERT HARDING JR.<br>ADDRESS REDACTED | ROBERT HARDING JR.<br>ADDRESS REDACTED | ROBERT HARRIS<br>ADDRESS REDACTED |
| ROBERT HATCH<br>ADDRESS REDACTED | ROBERT HIGASHI<br>ADDRESS REDACTED | ROBERT HOLLER<br>ADDRESS REDACTED |
| ROBERT HORNSTRA<br>ADDRESS REDACTED | ROBERT HOWARD<br>ADDRESS REDACTED | ROBERT HUNSCHE<br>ADDRESS REDACTED |
| ROBERT ISHIDA<br>ADDRESS REDACTED | ROBERT J ANDRADE<br>ADDRESS REDACTED | ROBERT J BOIKE<br>ADDRESS REDACTED |
| ROBERT J HINOJOSA<br>ADDRESS REDACTED | ROBERT J OLIVAS<br>ADDRESS REDACTED | ROBERT JACKSON<br>ADDRESS REDACTED |
| ROBERT JENKINS<br>ADDRESS REDACTED | ROBERT JORDAN<br>ADDRESS REDACTED | ROBERT JUSTICE<br>ADDRESS REDACTED |
| ROBERT K ANDERSON<br>ADDRESS REDACTED | ROBERT KEARNEY<br>ADDRESS REDACTED | ROBERT KING<br>ADDRESS REDACTED |
| ROBERT KUDRICK<br>ADDRESS REDACTED | ROBERT KUENNE<br>ADDRESS REDACTED | ROBERT KURTZ<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ROBERT KYLE<br>ADDRESS REDACTED | ROBERT L ANDREWS<br>ADDRESS REDACTED | ROBERT L CLIFTON<br>ADDRESS REDACTED |
| ROBERT L. REDFEARN<br>ADDRESS REDACTED | ROBERT LEE<br>ADDRESS REDACTED | ROBERT LEE<br>ADDRESS REDACTED |
| ROBERT LEE WRIGHT JR.<br>ADDRESS REDACTED | ROBERT LEVERETTE<br>ADDRESS REDACTED | ROBERT LIMON<br>ADDRESS REDACTED |
| ROBERT LINCOLN<br>ADDRESS REDACTED | ROBERT LITTLE<br>ADDRESS REDACTED | ROBERT LOZON<br>ADDRESS REDACTED |
| ROBERT M. KERNEM<br>ADDRESS REDACTED | ROBERT MAHARAJ<br>ADDRESS REDACTED | ROBERT MANNING<br>ADDRESS REDACTED |
| ROBERT MARSHALL<br>ADDRESS REDACTED | ROBERT MARTIN<br>ADDRESS REDACTED | ROBERT MARTIN<br>ADDRESS REDACTED |
| ROBERT MARTINEZ<br>ADDRESS REDACTED | ROBERT MCCLARY<br>ADDRESS REDACTED | ROBERT MCCOMIC<br>ADDRESS REDACTED |
| ROBERT MCELROY<br>ADDRESS REDACTED | ROBERT MELIN<br>ADDRESS REDACTED | ROBERT MEYER<br>ADDRESS REDACTED |
| ROBERT MIGLIORATO<br>ADDRESS REDACTED | ROBERT MIJARES<br>ADDRESS REDACTED | ROBERT MISTRETTA<br>ADDRESS REDACTED |
| ROBERT MOLD<br>ADDRESS REDACTED | ROBERT MORGAN<br>ADDRESS REDACTED | ROBERT MORGAN<br>ADDRESS REDACTED |
| ROBERT MORRISON<br>ADDRESS REDACTED | ROBERT MORSE<br>ADDRESS REDACTED | ROBERT N KETELHUT<br>ADDRESS REDACTED |

ROBERT NUNOZ
ADDRESS REDACTED

ROBERT O ANDERSON SR
ADDRESS REDACTED

ROBERT OR ERNEST BAUER
ADDRESS REDACTED

ROBERT P KAZINCI
ADDRESS REDACTED

ROBERT P MISIEWICZ
ADDRESS REDACTED

ROBERT PADILLA
ADDRESS REDACTED

ROBERT PARKER
ADDRESS REDACTED

ROBERT PERRY
ADDRESS REDACTED

ROBERT PETERSON
ADDRESS REDACTED

ROBERT PHILLIPS
ADDRESS REDACTED

ROBERT PICOU
ADDRESS REDACTED

ROBERT PISANA
ADDRESS REDACTED

ROBERT PITVOREC
ADDRESS REDACTED

ROBERT PROS
ADDRESS REDACTED

ROBERT R CONLEY
ADDRESS REDACTED

ROBERT RANDEL
ADDRESS REDACTED

ROBERT REGPALA
ADDRESS REDACTED

ROBERT REINARTS
ADDRESS REDACTED

ROBERT REMICK
ADDRESS REDACTED

ROBERT REMLINGER
ADDRESS REDACTED

ROBERT RENFROW
ADDRESS REDACTED

ROBERT RICH
ADDRESS REDACTED

ROBERT RICHEL
ADDRESS REDACTED

ROBERT RITCHIE
ADDRESS REDACTED

ROBERT RIVAS
ADDRESS REDACTED

ROBERT ROBINETTE
ADDRESS REDACTED

ROBERT ROCCO
ADDRESS REDACTED

ROBERT ROSE
ADDRESS REDACTED

ROBERT ROSENBERG
ADDRESS REDACTED

ROBERT ROSS
ADDRESS REDACTED

ROBERT RUMPKE
ADDRESS REDACTED

ROBERT S D'ARCY
ADDRESS REDACTED

ROBERT S STEFFANSON
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

ROBERT S. LEDERER
ADDRESS REDACTED

ROBERT S. MALLDER
ADDRESS REDACTED

ROBERT SALVATIERRA
ADDRESS REDACTED

ROBERT SCIARAFFO MARTHA SCIARAFFO
ADDRESS REDACTED

ROBERT SHANNON
ADDRESS REDACTED

ROBERT SHAW
ADDRESS REDACTED

ROBERT SINER
ADDRESS REDACTED

ROBERT SKOVMAND
ADDRESS REDACTED

ROBERT SMITH
ADDRESS REDACTED

ROBERT SORGE
ADDRESS REDACTED

ROBERT SPOONER
ADDRESS REDACTED

ROBERT STAGMIER
ADDRESS REDACTED

ROBERT STANAVINL
ADDRESS REDACTED

ROBERT STAUB
ADDRESS REDACTED

ROBERT STEVENS
ADDRESS REDACTED

ROBERT STICKNEY
ADDRESS REDACTED

ROBERT STROMAN
ADDRESS REDACTED

ROBERT SWIFT
ADDRESS REDACTED

ROBERT TAYLOR CECELIA TAYLOR
ADDRESS REDACTED

ROBERT THARRATT
ADDRESS REDACTED

ROBERT TOMKIEWICZ
ADDRESS REDACTED

ROBERT VERSLUYS
ADDRESS REDACTED

ROBERT W LEWIS
ADDRESS REDACTED

ROBERT W. DALLAS
ADDRESS REDACTED

ROBERT W. TYRCHA
ADDRESS REDACTED

ROBERT WALKER
ADDRESS REDACTED

ROBERT WEIR
ADDRESS REDACTED

ROBERT WHITE
ADDRESS REDACTED

ROBERT WILD
ADDRESS REDACTED

ROBERT WILDES
ADDRESS REDACTED

ROBERT WILLIAMS
ADDRESS REDACTED

ROBERT WILLIAMS
ADDRESS REDACTED

ROBERT WINNICFI
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ROBERT WRIGHT<br>ADDRESS REDACTED | ROBERT ZALESKI<br>ADDRESS REDACTED | ROBERT ZANONI<br>ADDRESS REDACTED |
| ROBERT ZAVALA<br>ADDRESS REDACTED | ROBERTA  COOPER<br>ADDRESS REDACTED | ROBERTA J GOLD<br>ADDRESS REDACTED |
| ROBERTA KARAPANAGIOTIS<br>ADDRESS REDACTED | ROBERTA STOTTS<br>ADDRESS REDACTED | ROBERTA TAYLOR-HOLE<br>ADDRESS REDACTED |
| ROBERTA WELLS<br>ADDRESS REDACTED | ROBERTO CARRANZA, ERIKA PANIAGUA<br>ADDRESS REDACTED | ROBERTO GUTIERREZ<br>ADDRESS REDACTED |
| ROBERTO HERNANDEZ<br>ADDRESS REDACTED | ROBERTO HERNANDEZ<br>ADDRESS REDACTED | ROBERTO HOLGUIN<br>ADDRESS REDACTED |
| ROBERTO IBARRA & MANUELA IBARRA<br>ADDRESS REDACTED | ROBERTO ORTEGA<br>ADDRESS REDACTED | ROBERTO PEREZ<br>ADDRESS REDACTED |
| ROBERTO PINEDA<br>ADDRESS REDACTED | ROBERTO SANCHEZ<br>ADDRESS REDACTED | ROBERTO SANDOVAL DELGADO<br>ADDRESS REDACTED |
| ROBIN  CRAIG<br>ADDRESS REDACTED | ROBIN CHEATAM<br>ADDRESS REDACTED | ROBIN FETISOFF<br>ADDRESS REDACTED |
| ROBIN LEVY<br>ADDRESS REDACTED | ROBIN LINZNER<br>ADDRESS REDACTED | ROBIN MEHRING<br>ADDRESS REDACTED |
| ROBIN PATEL<br>ADDRESS REDACTED | ROBIN PONTIUS<br>ADDRESS REDACTED | ROBIN RODRIGUEZ<br>ADDRESS REDACTED |
| ROBIN ROSS<br>ADDRESS REDACTED | ROBIN SLOCUM<br>ADDRESS REDACTED | ROBIN WHITE<br>ADDRESS REDACTED |

ROBINSON GUERRERO
ADDRESS REDACTED

ROBT LAUTT
ADDRESS REDACTED

ROBYN K. ZOHBON
ADDRESS REDACTED

ROCCI D VELDMAN
ADDRESS REDACTED

ROCCO VALLUZZI
ADDRESS REDACTED

ROCHELLE & ALFRED BENARD
ADDRESS REDACTED

ROCHELLE TAFOYA
ADDRESS REDACTED

ROCHIMA ZIRPOLI
ADDRESS REDACTED

ROCIO AGUILAR
ADDRESS REDACTED

ROCIO GARCIA
ADDRESS REDACTED

ROCIO T. VARGAS
ADDRESS REDACTED

ROCKAT TAPER
ADDRESS REDACTED

ROCKY RIVERA
ADDRESS REDACTED

ROD CRITES
ADDRESS REDACTED

ROD HARRIS
ADDRESS REDACTED

ROD HUISINGH
ADDRESS REDACTED

ROD R. RAINES
ADDRESS REDACTED

ROD STENSON
ADDRESS REDACTED

RODERICK BUTLER
ADDRESS REDACTED

RODERICK CABUGAO
ADDRESS REDACTED

RODERICK FAJARDA
ADDRESS REDACTED

RODERICK MATHEWS
ADDRESS REDACTED

RODGER WALKER
ADDRESS REDACTED

RODNEY CRAMER
ADDRESS REDACTED

RODNEY EGGBERT
ADDRESS REDACTED

RODNEY JOHNSON
ADDRESS REDACTED

RODNEY JONES
ADDRESS REDACTED

RODNEY WARNER
ADDRESS REDACTED

RODOLFO GONZALEZ
ADDRESS REDACTED

RODOLFO OCBENA
ADDRESS REDACTED

RODOLFO PACAS
ADDRESS REDACTED

RODRIGO SALVADOR
ADDRESS REDACTED

ROGELIO BUSTOS
ADDRESS REDACTED

| | | |
|---|---|---|
| ROGELIO ESTRADA<br>ADDRESS REDACTED | ROGELIO FRANCO-CASTELLANO<br>ADDRESS REDACTED | ROGELIO LOPEZ<br>ADDRESS REDACTED |
| ROGELIO LUNA<br>ADDRESS REDACTED | ROGELIO OLGUIN<br>ADDRESS REDACTED | ROGELIO PARTITO<br>ADDRESS REDACTED |
| ROGELIO T GULEN<br>ADDRESS REDACTED | ROGELIO TOLAMA<br>ADDRESS REDACTED | ROGER  WAGNER<br>ADDRESS REDACTED |
| ROGER AZEVEDO<br>ADDRESS REDACTED | ROGER B. WEAVER<br>ADDRESS REDACTED | ROGER BUYS<br>ADDRESS REDACTED |
| ROGER DAVIS<br>ADDRESS REDACTED | ROGER DRAKE<br>ADDRESS REDACTED | ROGER FIBROW<br>ADDRESS REDACTED |
| ROGER FIELDING<br>ADDRESS REDACTED | ROGER GLANGY<br>ADDRESS REDACTED | ROGER GUTIERREZ<br>ADDRESS REDACTED |
| ROGER HOY<br>ADDRESS REDACTED | ROGER J PHILLIPS<br>ADDRESS REDACTED | ROGER L COWELL, LINDA C COWELL<br>ADDRESS REDACTED |
| ROGER L. BANNING<br>ADDRESS REDACTED | ROGER LUBS<br>ADDRESS REDACTED | ROGER LUBS<br>ADDRESS REDACTED |
| ROGER MILLONIDA<br>ADDRESS REDACTED | ROGER NIEKAMP<br>ADDRESS REDACTED | ROGER PRATT<br>ADDRESS REDACTED |
| ROGER RYNO<br>ADDRESS REDACTED | ROGER SANTOS<br>ADDRESS REDACTED | ROGER SHAPIRO<br>ADDRESS REDACTED |
| ROGER SPAUGH<br>ADDRESS REDACTED | ROGER STOREY<br>ADDRESS REDACTED | ROGER TOMPKINS<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ROGER WALLACE<br>ADDRESS REDACTED | ROGER WEDEL<br>ADDRESS REDACTED | ROGER WILLIAMS<br>ADDRESS REDACTED |
| ROLAND BYAM<br>ADDRESS REDACTED | ROLAND CARLSEN<br>ADDRESS REDACTED | ROLAND D BONTRAGER<br>ADDRESS REDACTED |
| ROLAND FALLER<br>ADDRESS REDACTED | ROLAND FLORS<br>ADDRESS REDACTED | ROLAND GAMELIN<br>ADDRESS REDACTED |
| ROLAND OWENS<br>ADDRESS REDACTED | ROLANDO R RODRIGUEZ<br>ADDRESS REDACTED | ROLANDO ROALSAVO<br>ADDRESS REDACTED |
| ROLLIN CABOSE<br>ADDRESS REDACTED | ROLSALBA SANCHEZ, HECTOR SANCHEZ<br>ADDRESS REDACTED | ROLY  CORTES<br>ADDRESS REDACTED |
| ROMAN SAUCEDO<br>ADDRESS REDACTED | ROMAN VARGAS<br>ADDRESS REDACTED | ROMANDEEP DHANOTA<br>ADDRESS REDACTED |
| ROMBERTO TIBAYAN<br>ADDRESS REDACTED | ROMEO BINONGCAL<br>ADDRESS REDACTED | ROMEO LEAL<br>ADDRESS REDACTED |
| ROMEO MENOR<br>ADDRESS REDACTED | ROMEO PARDILLA<br>ADDRESS REDACTED | ROMEO PARDO<br>ADDRESS REDACTED |
| ROMIRO SERVIN<br>ADDRESS REDACTED | ROMONA GRAYS<br>ADDRESS REDACTED | ROMUALDO ORTIZ<br>ADDRESS REDACTED |
| ROMY FERARO<br>ADDRESS REDACTED | RON ABAR<br>ADDRESS REDACTED | RON BOUCHER<br>ADDRESS REDACTED |
| RON DILLON<br>ADDRESS REDACTED | RON FECTEAU<br>ADDRESS REDACTED | RON GARDNER<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| RON J GOMES<br>ADDRESS REDACTED | RON KUTOS<br>ADDRESS REDACTED | RON LAREZ<br>ADDRESS REDACTED |
| RON LAYMAN<br>ADDRESS REDACTED | RON LUNETTA<br>ADDRESS REDACTED | RON MABUNGA<br>ADDRESS REDACTED |
| RON MANOR<br>ADDRESS REDACTED | RON MASSETTI<br>ADDRESS REDACTED | RON NEMMER<br>ADDRESS REDACTED |
| RON RANDLE<br>ADDRESS REDACTED | RON SACINO<br>ADDRESS REDACTED | RON STEWART<br>ADDRESS REDACTED |
| RON WHITLY<br>ADDRESS REDACTED | RONALD A GUISEWHITE<br>ADDRESS REDACTED | RONALD AHRNSEN<br>ADDRESS REDACTED |
| RONALD ALCORN<br>ADDRESS REDACTED | RONALD ANDERSON<br>ADDRESS REDACTED | RONALD BARCLAY<br>ADDRESS REDACTED |
| RONALD BENNETT<br>ADDRESS REDACTED | RONALD BRISON<br>ADDRESS REDACTED | RONALD CAIRNS<br>ADDRESS REDACTED |
| RONALD CARTER<br>ADDRESS REDACTED | RONALD CHONG<br>ADDRESS REDACTED | RONALD CLARKE<br>ADDRESS REDACTED |
| RONALD DAVIS<br>ADDRESS REDACTED | RONALD DETINA<br>ADDRESS REDACTED | RONALD E STRAUTHER III<br>ADDRESS REDACTED |
| RONALD FULLMER<br>ADDRESS REDACTED | RONALD GOUSE<br>ADDRESS REDACTED | RONALD HATCH<br>ADDRESS REDACTED |
| RONALD HUGHES<br>ADDRESS REDACTED | RONALD J BRECHTING<br>ADDRESS REDACTED | RONALD J CHIEGO<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| RONALD J. SEGARINI<br>ADDRESS REDACTED | RONALD JOHNSON<br>ADDRESS REDACTED | RONALD KNECHT<br>ADDRESS REDACTED |
| RONALD KOEPZSCH<br>ADDRESS REDACTED | RONALD L. MORTENSON<br>ADDRESS REDACTED | RONALD LARSEN<br>ADDRESS REDACTED |
| RONALD LEE<br>ADDRESS REDACTED | RONALD LOPEZ<br>ADDRESS REDACTED | RONALD M BALOTIN<br>ADDRESS REDACTED |
| RONALD M SILVA<br>ADDRESS REDACTED | RONALD MADDY<br>ADDRESS REDACTED | RONALD MARDEN<br>ADDRESS REDACTED |
| RONALD MAYLE<br>ADDRESS REDACTED | RONALD MAYO<br>ADDRESS REDACTED | RONALD MILLER<br>ADDRESS REDACTED |
| RONALD MUPO<br>ADDRESS REDACTED | RONALD N CRAVENS<br>ADDRESS REDACTED | RONALD PHILLIPS<br>ADDRESS REDACTED |
| RONALD PIERALDI<br>ADDRESS REDACTED | RONALD PREVETTE<br>ADDRESS REDACTED | RONALD REED<br>ADDRESS REDACTED |
| RONALD REEDER<br>ADDRESS REDACTED | RONALD RICHARDSON<br>ADDRESS REDACTED | RONALD ROSS<br>ADDRESS REDACTED |
| RONALD ROTH<br>ADDRESS REDACTED | RONALD SHOWERS<br>ADDRESS REDACTED | RONALD SOLANO<br>ADDRESS REDACTED |
| RONALD STEADTMAN<br>ADDRESS REDACTED | RONALD SYLVESTER<br>ADDRESS REDACTED | RONALD ULLERY<br>ADDRESS REDACTED |
| RONALD WHITENER SR<br>ADDRESS REDACTED | RONALD WILLIAMS<br>ADDRESS REDACTED | RONALD WONG<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| RONALDA SANCHEZ<br>ADDRESS REDACTED | RONDA BURWELL<br>ADDRESS REDACTED | RONDA SOUKUP<br>ADDRESS REDACTED |
| RONDA SPIKES-YOUNG<br>ADDRESS REDACTED | RONI A PRIEGO<br>ADDRESS REDACTED | RONIK PATEL<br>ADDRESS REDACTED |
| RONL PASKINS<br>ADDRESS REDACTED | RONNIE E. BLACKWELL<br>ADDRESS REDACTED | RONNIE ESCALANTE<br>ADDRESS REDACTED |
| RONNIE FERRANO<br>ADDRESS REDACTED | RONNIE FREEMAN<br>ADDRESS REDACTED | RONNIE TATE<br>ADDRESS REDACTED |
| RONNIE WASER<br>ADDRESS REDACTED | RONNIE YALDO<br>ADDRESS REDACTED | RONTIC PIERSON<br>ADDRESS REDACTED |
| ROOSEVELT CARRINGTON<br>ADDRESS REDACTED | ROOSEVELT SMITH<br>ADDRESS REDACTED | RORY JOHNSON<br>ADDRESS REDACTED |
| RORY WALKER<br>ADDRESS REDACTED | ROSA ANGEL<br>ADDRESS REDACTED | ROSA BARRANTES<br>ADDRESS REDACTED |
| ROSA BATISTA<br>ADDRESS REDACTED | ROSA C. SANTANA<br>ADDRESS REDACTED | ROSA CASILLAS<br>ADDRESS REDACTED |
| ROSA CENICEROS<br>ADDRESS REDACTED | ROSA CHAVEZ<br>ADDRESS REDACTED | ROSA CONTRERAS<br>ADDRESS REDACTED |
| ROSA DUARTE<br>ADDRESS REDACTED | ROSA ELEANA GARCIA<br>ADDRESS REDACTED | ROSA ELIDA BALEZQUEZ<br>ADDRESS REDACTED |
| ROSA ESTRADA<br>ADDRESS REDACTED | ROSA GALINDO<br>ADDRESS REDACTED | ROSA GARCIA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ROSA GONZALEZ<br>ADDRESS REDACTED | ROSA HERNANDEZ<br>ADDRESS REDACTED | ROSA HERNANDEZ<br>ADDRESS REDACTED |
| ROSA ISELA<br>ADDRESS REDACTED | ROSA LIMA<br>ADDRESS REDACTED | ROSA LOPEZ<br>ADDRESS REDACTED |
| ROSA LOZANO FRANCISCO GARRIDO<br>ADDRESS REDACTED | ROSA M REYES<br>ADDRESS REDACTED | ROSA M RUIZ<br>ADDRESS REDACTED |
| ROSA ORELLANA<br>ADDRESS REDACTED | ROSA PINEDA<br>ADDRESS REDACTED | ROSA RAFAEL<br>ADDRESS REDACTED |
| ROSA REQUENA<br>ADDRESS REDACTED | ROSA RONERO<br>ADDRESS REDACTED | ROSA SAGASTUME<br>ADDRESS REDACTED |
| ROSA STA ANA<br>ADDRESS REDACTED | ROSA THAVEZ<br>ADDRESS REDACTED | ROSA TORRES<br>ADDRESS REDACTED |
| ROSA VASQUEZ<br>ADDRESS REDACTED | ROSA ZAMBRANO<br>ADDRESS REDACTED | ROSAIRO ACCARDI<br>ADDRESS REDACTED |
| ROSALBA ESTRADA DE MARTINEZ<br>ADDRESS REDACTED | ROSALBA ORTEGA<br>ADDRESS REDACTED | ROSALIE GATES<br>ADDRESS REDACTED |
| ROSALINA FLORES<br>ADDRESS REDACTED | ROSALINA HERRERA<br>ADDRESS REDACTED | ROSALIND SWANSON<br>ADDRESS REDACTED |
| ROSALINDA PADILLA<br>ADDRESS REDACTED | ROSALINO VELEZ<br>ADDRESS REDACTED | ROSALIO MEZA<br>ADDRESS REDACTED |
| ROSANGELA RAMIREZ<br>ADDRESS REDACTED | ROSANNA HOLLIE<br>ADDRESS REDACTED | ROSARIO A. GARCIA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ROSARIO BEDOLLA<br>ADDRESS REDACTED | ROSARIO FIGUEROA<br>ADDRESS REDACTED | ROSARIO PLACENCIA<br>ADDRESS REDACTED |
| ROSARIO RODRIGUEZ<br>ADDRESS REDACTED | ROSAURO PARADA<br>ADDRESS REDACTED | ROSBY NELSON<br>ADDRESS REDACTED |
| ROSE ARRADONDO<br>ADDRESS REDACTED | ROSE BARILE<br>ADDRESS REDACTED | ROSE BRYANT-DINNS<br>ADDRESS REDACTED |
| ROSE CAMPOS<br>ADDRESS REDACTED | ROSE CONYERS<br>ADDRESS REDACTED | ROSE CRAST<br>ADDRESS REDACTED |
| ROSE DEAK<br>ADDRESS REDACTED | ROSE DELUCA<br>ADDRESS REDACTED | ROSE DIETRICH<br>ADDRESS REDACTED |
| ROSE DLLI-SANTI<br>ADDRESS REDACTED | ROSE HOBSON<br>ADDRESS REDACTED | ROSE JACKSON<br>ADDRESS REDACTED |
| ROSE L THOMPSON<br>ADDRESS REDACTED | ROSE LANGOWSKI<br>ADDRESS REDACTED | ROSE LOVELACE<br>ADDRESS REDACTED |
| ROSE LUPERINE<br>ADDRESS REDACTED | ROSE MAURE<br>ADDRESS REDACTED | ROSE MIRANDA<br>ADDRESS REDACTED |
| ROSE OLSEN<br>ADDRESS REDACTED | ROSE SIVILS<br>ADDRESS REDACTED | ROSE WALKER<br>ADDRESS REDACTED |
| ROSE WASHINGTON<br>ADDRESS REDACTED | ROSEANN TRAN<br>ADDRESS REDACTED | ROSELANDE GUILLAUME<br>ADDRESS REDACTED |
| ROSELINE RHINE<br>ADDRESS REDACTED | ROSELYN EVANS<br>ADDRESS REDACTED | ROSEMARIE M LEEBER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| ROSEMARIE MATTOCK<br>ADDRESS REDACTED | ROSEMARIE RAMOS<br>ADDRESS REDACTED | ROSEMARY ANASTASILU<br>ADDRESS REDACTED |
| ROSEMARY CORCORAN<br>ADDRESS REDACTED | ROSEMARY DADUA<br>ADDRESS REDACTED | ROSEMARY DE SIMONE<br>ADDRESS REDACTED |
| ROSEMARY EASTER<br>ADDRESS REDACTED | ROSEMARY ENGLISH<br>ADDRESS REDACTED | ROSEMARY HOWARD<br>ADDRESS REDACTED |
| ROSEMARY STOEBNER<br>ADDRESS REDACTED | ROSEMARY TOLENTINO<br>ADDRESS REDACTED | ROSENDO MANZO<br>ADDRESS REDACTED |
| ROSENDO MORA<br>ADDRESS REDACTED | ROSENDO RIVERA<br>ADDRESS REDACTED | ROSIA RAND<br>ADDRESS REDACTED |
| ROSIE HARRALD<br>ADDRESS REDACTED | ROSIE LINDSEY<br>ADDRESS REDACTED | ROSILESL GAUDENCIO MARTINEZ<br>ADDRESS REDACTED |
| ROSINA DELGABILLO<br>ADDRESS REDACTED | ROSITA APIGO<br>ADDRESS REDACTED | ROSLYN D GRAHAM<br>ADDRESS REDACTED |
| ROSNELIE APONTE<br>ADDRESS REDACTED | ROSS E MORGAN<br>ADDRESS REDACTED | ROSS TANDOWSKY<br>ADDRESS REDACTED |
| ROTUNDA R  LEVERETTE<br>ADDRESS REDACTED | ROWYA WORSELL<br>ADDRESS REDACTED | ROXANA ALVARADO<br>ADDRESS REDACTED |
| ROXANNE EDWARDS<br>ADDRESS REDACTED | ROXANNE NEWMARK<br>ADDRESS REDACTED | ROY BARKHEIMER<br>ADDRESS REDACTED |
| ROY CORDERO<br>ADDRESS REDACTED | ROY GINOCHIO<br>ADDRESS REDACTED | ROY HOPE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ROY HOWARD<br>ADDRESS REDACTED | ROY KIMBRELL<br>ADDRESS REDACTED | ROY MCALISTER<br>ADDRESS REDACTED |
| ROZBEH RAHIMIAN<br>ADDRESS REDACTED | RUAL MOSUELA<br>ADDRESS REDACTED | RUBBY PRASAD<br>ADDRESS REDACTED |
| RUBEN ALVARAVO<br>ADDRESS REDACTED | RUBEN BENJAMIN<br>ADDRESS REDACTED | RUBEN CASTILLEJOS<br>ADDRESS REDACTED |
| RUBEN COSS<br>ADDRESS REDACTED | RUBEN GONZALES<br>ADDRESS REDACTED | RUBEN GUEVARA<br>ADDRESS REDACTED |
| RUBEN HERNANDEZ<br>ADDRESS REDACTED | RUBEN JOHNSON<br>ADDRESS REDACTED | RUBEN MORENO<br>ADDRESS REDACTED |
| RUBEN RODRIGUEZ<br>ADDRESS REDACTED | RUBENS PERREIRA<br>ADDRESS REDACTED | RUBIN TOSHUA<br>ADDRESS REDACTED |
| RUBY DHILLON<br>ADDRESS REDACTED | RUBY MCGRATH<br>ADDRESS REDACTED | RUBY ROSENBALM<br>ADDRESS REDACTED |
| RUDIS BENITEZ<br>ADDRESS REDACTED | RUDOLPH MARTINEZ<br>ADDRESS REDACTED | RUDOLPH WASCH<br>ADDRESS REDACTED |
| RUDY A NIETO<br>ADDRESS REDACTED | RUDY ABAME<br>ADDRESS REDACTED | RUDY AGUILAR<br>ADDRESS REDACTED |
| RUDY BAGUINDO<br>ADDRESS REDACTED | RUDY CHAVEZ<br>ADDRESS REDACTED | RUDY HUENI<br>ADDRESS REDACTED |
| RUDY WIDJAJA<br>ADDRESS REDACTED | RUDY&TAMMYSOLIS<br>ADDRESS REDACTED | RUFINO GONZALEZ<br>ADDRESS REDACTED |

RUFINO GREGORIO
ADDRESS REDACTED

RUI SERRERIA
ADDRESS REDACTED

RUMICA NARDOVIC
ADDRESS REDACTED

RUNA PURI
ADDRESS REDACTED

RUO FANG CHEN
ADDRESS REDACTED

RUSINA MORALES
ADDRESS REDACTED

RUSS BECHTHOLD
ADDRESS REDACTED

RUSS FAIRLESS
ADDRESS REDACTED

RUSS SHEPHERD
ADDRESS REDACTED

RUSS WEGAT
ADDRESS REDACTED

RUSSEL C COLECCHIO
ADDRESS REDACTED

RUSSEL GIAMBRONE
ADDRESS REDACTED

RUSSEL JOHNSON
ADDRESS REDACTED

RUSSEL LEE
ADDRESS REDACTED

RUSSELL ACHATZ
ADDRESS REDACTED

RUSSELL ACHATZ
ADDRESS REDACTED

RUSSELL HOWD
ADDRESS REDACTED

RUSSELL JOHNSON
ADDRESS REDACTED

RUSSELL MELLION
ADDRESS REDACTED

RUSSELL REISERER
ADDRESS REDACTED

RUSSELL REMINGTON
ADDRESS REDACTED

RUSSELL SEMPLE
ADDRESS REDACTED

RUSSELL SHAW
ADDRESS REDACTED

RUSSELL SHORKEY
ADDRESS REDACTED

RUSSELL THORNTON II
ADDRESS REDACTED

RUSSELL WATKINS
ADDRESS REDACTED

RUTH A TRESNAK
ADDRESS REDACTED

RUTH APPEL
ADDRESS REDACTED

RUTH CHILDRESS
ADDRESS REDACTED

RUTH CLANCY
ADDRESS REDACTED

RUTH FLOOD
ADDRESS REDACTED

RUTH KROENER
ADDRESS REDACTED

RUTH LASKAVAR
ADDRESS REDACTED

| | | |
|---|---|---|
| RUTH M WARD<br>ADDRESS REDACTED | RUTH MADDEN<br>ADDRESS REDACTED | RUTH MCGREGORY<br>ADDRESS REDACTED |
| RUTH MILES<br>ADDRESS REDACTED | RUTH OLIVER<br>ADDRESS REDACTED | RUTH SMITH<br>ADDRESS REDACTED |
| RUTH UNGAR<br>ADDRESS REDACTED | RUTH VERA<br>ADDRESS REDACTED | RUTH WERRA<br>ADDRESS REDACTED |
| RUTH WINCHELL<br>ADDRESS REDACTED | RUTH, THOMAS WILSON<br>ADDRESS REDACTED | RUTHANNE MCGUIRE<br>ADDRESS REDACTED |
| RUTHIE L MITCHELL<br>ADDRESS REDACTED | RYAN  MCMICHAEL<br>ADDRESS REDACTED | RYAN  UYSALER<br>ADDRESS REDACTED |
| RYAN CALZADA<br>ADDRESS REDACTED | RYAN DANCE<br>ADDRESS REDACTED | RYAN J KOEHL<br>ADDRESS REDACTED |
| RYAN MCCULLER<br>ADDRESS REDACTED | RYAN NEWARA<br>ADDRESS REDACTED | RYAN OLIVER<br>ADDRESS REDACTED |
| RYAN REEDY<br>ADDRESS REDACTED | RYAN REEDY<br>ADDRESS REDACTED | RYAN S BUTLER<br>ADDRESS REDACTED |
| RYAN S TUJAGUE<br>ADDRESS REDACTED | RYAN STAUFFER<br>ADDRESS REDACTED | RYSZARD ZAWADZKI<br>ADDRESS REDACTED |
| S L RHEINFRANK<br>ADDRESS REDACTED | S RAZMUS<br>ADDRESS REDACTED | S TODD  DEFFENDALL<br>ADDRESS REDACTED |
| SABASTIAN LUIS<br>ADDRESS REDACTED | SABEL HERACILLO<br>ADDRESS REDACTED | SABINO FERRER<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| SABINO FRANCO<br>ADDRESS REDACTED | SABINO HERNANDEZ<br>ADDRESS REDACTED | SABITU TIAMIYU<br>ADDRESS REDACTED |
| SABRINA D. JORDAN<br>ADDRESS REDACTED | SACHADANAND SHARMA<br>ADDRESS REDACTED | SADE ANDERSON<br>ADDRESS REDACTED |
| SADEET SHARMA<br>ADDRESS REDACTED | SAFA TOMA<br>ADDRESS REDACTED | SAFIYA ALI<br>ADDRESS REDACTED |
| SAGAR PATEL<br>ADDRESS REDACTED | SAHAY VIVEK<br>ADDRESS REDACTED | SAHIL BHASIN<br>ADDRESS REDACTED |
| SAI NGAN<br>ADDRESS REDACTED | SAIAS ANAND<br>ADDRESS REDACTED | SAID MAROUF<br>ADDRESS REDACTED |
| SAINT PIERRE CEUS<br>ADDRESS REDACTED | SAJJAD KHAN<br>ADDRESS REDACTED | SAKINEH KHANZADIH<br>ADDRESS REDACTED |
| SAL DESAI<br>ADDRESS REDACTED | SAL LOMBARDI<br>ADDRESS REDACTED | SAL SANCHEZ<br>ADDRESS REDACTED |
| SALAH  ALSHARMANI<br>ADDRESS REDACTED | SALAVADOR ORTIZ<br>ADDRESS REDACTED | SALEH CAYEEN<br>ADDRESS REDACTED |
| SALEISHA HOSEIN<br>ADDRESS REDACTED | SALI  DERGUTI<br>ADDRESS REDACTED | SALIM SHAH<br>ADDRESS REDACTED |
| SALLIE CALHOON<br>ADDRESS REDACTED | SALLY BOYETTE<br>ADDRESS REDACTED | SALLY CRAIG<br>ADDRESS REDACTED |
| SALLY FERNANDEZ<br>ADDRESS REDACTED | SALLY L. ACOSTA<br>ADDRESS REDACTED | SALLY SALTER<br>ADDRESS REDACTED |

SALLY Z TODD
ADDRESS REDACTED

SALVADOR & DOLORES SALAS
ADDRESS REDACTED

SALVADOR AGUAYO
ADDRESS REDACTED

SALVADOR ALVARADO
ADDRESS REDACTED

SALVADOR AVILA
ADDRESS REDACTED

SALVADOR CALDERON
ADDRESS REDACTED

SALVADOR CALIXTO
ADDRESS REDACTED

SALVADOR DELACRUZ
ADDRESS REDACTED

SALVADOR GARCIA
ADDRESS REDACTED

SALVADOR H CALIXTO
ADDRESS REDACTED

SALVADOR HERRERA
ADDRESS REDACTED

SALVADOR REYNOSO
ADDRESS REDACTED

SALVADOR RODRIGUEZ
ADDRESS REDACTED

SALVADOR VERA
ADDRESS REDACTED

SAM A. CESARE
ADDRESS REDACTED

SAM ABDALLAH
ADDRESS REDACTED

SAM AHMED
ADDRESS REDACTED

SAM ARCADU
ADDRESS REDACTED

SAM BABALOLA
ADDRESS REDACTED

SAM CHAU
ADDRESS REDACTED

SAM CHOI
ADDRESS REDACTED

SAM COOK
ADDRESS REDACTED

SAM IPPLLIPL
ADDRESS REDACTED

SAM KALLA
ADDRESS REDACTED

SAM MARTINEZ
ADDRESS REDACTED

SAM MORENO
ADDRESS REDACTED

SAM PIZZO
ADDRESS REDACTED

SAM SHPELFOGEL
ADDRESS REDACTED

SAM SHPELFOGEL
ADDRESS REDACTED

SAM SHPELFOGEL
ADDRESS REDACTED

SAM SINGLETON
ADDRESS REDACTED

SAM SINICROPI
ADDRESS REDACTED

SAM T. TAYLOR
ADDRESS REDACTED

| | | |
|---|---|---|
| SAM TALAB<br>ADDRESS REDACTED | SAM VASSALLO<br>ADDRESS REDACTED | SAM ZUNINO<br>ADDRESS REDACTED |
| SAMANTHA ALVAREZ<br>ADDRESS REDACTED | SAMANTHA MORALES<br>ADDRESS REDACTED | SAMANTHA NANITA<br>ADDRESS REDACTED |
| SAMANTHA OSGOOD ELIZABETH RUBENSTEIN<br>ADDRESS REDACTED | SAMANTHA SEGALE<br>ADDRESS REDACTED | SAMANTHA STERRETT<br>ADDRESS REDACTED |
| SAMBOU LI<br>ADDRESS REDACTED | SAMEH M ESTAS<br>ADDRESS REDACTED | SAMEH MECHAEL<br>ADDRESS REDACTED |
| SAMINA AHMAD<br>ADDRESS REDACTED | SAMIR PATEL<br>ADDRESS REDACTED | SAMIR SHEHADEH & MARY SHEHADEH<br>ADDRESS REDACTED |
| SAMMY BOYNTON<br>ADDRESS REDACTED | SAMMY REYNOSO<br>ADDRESS REDACTED | SAMPHOAS MEN<br>ADDRESS REDACTED |
| SAMUEL ADIONG<br>ADDRESS REDACTED | SAMUEL AKINABE<br>ADDRESS REDACTED | SAMUEL B RODRIGUEZ<br>ADDRESS REDACTED |
| SAMUEL BURKHOUSE<br>ADDRESS REDACTED | SAMUEL C PLUMMER<br>ADDRESS REDACTED | SAMUEL DAVIS<br>ADDRESS REDACTED |
| SAMUEL FRIEDMANN<br>ADDRESS REDACTED | SAMUEL GALLARDO<br>ADDRESS REDACTED | SAMUEL HOFFMAN<br>ADDRESS REDACTED |
| SAMUEL LAI<br>ADDRESS REDACTED | SAMUEL LANGLY<br>ADDRESS REDACTED | SAMUEL LOPEZ<br>ADDRESS REDACTED |
| SAMUEL MURRAY<br>ADDRESS REDACTED | SAMUEL RUFF<br>ADDRESS REDACTED | SAMUEL SANCHEZ<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SAMUEL SERRANO<br>ADDRESS REDACTED | SAMUEL VALDIVIA<br>ADDRESS REDACTED | SAMUEL VASQUEZ<br>ADDRESS REDACTED |
| SAMUEL WILLIAMS<br>ADDRESS REDACTED | SAMUEL WILSON<br>ADDRESS REDACTED | SAN JAE LEE<br>ADDRESS REDACTED |
| SAN LOUNG SAETEUN<br>ADDRESS REDACTED | SANCHEZ MERCEDES<br>ADDRESS REDACTED | SANDA HERRERA<br>ADDRESS REDACTED |
| SANDEEP KALKAT<br>ADDRESS REDACTED | SANDEEP SIANI<br>ADDRESS REDACTED | SANDEET FIDHU<br>ADDRESS REDACTED |
| SANDI PEZBIRTZ<br>ADDRESS REDACTED | SANDRA  KELLY<br>ADDRESS REDACTED | SANDRA & JAMES BIRD<br>ADDRESS REDACTED |
| SANDRA ALISON<br>ADDRESS REDACTED | SANDRA AYERS<br>ADDRESS REDACTED | SANDRA BARRIENTOS<br>ADDRESS REDACTED |
| SANDRA BECERRA<br>ADDRESS REDACTED | SANDRA BRAVO<br>ADDRESS REDACTED | SANDRA BRITSCHEI<br>ADDRESS REDACTED |
| SANDRA CAVALLRO<br>ADDRESS REDACTED | SANDRA CONNELLY<br>ADDRESS REDACTED | SANDRA CUMMINS, DANIEL CUMMINS<br>ADDRESS REDACTED |
| SANDRA D MURILLO<br>ADDRESS REDACTED | SANDRA DESERRANO<br>ADDRESS REDACTED | SANDRA ESCOTO<br>ADDRESS REDACTED |
| SANDRA F PINCH<br>ADDRESS REDACTED | SANDRA F. HENRY<br>ADDRESS REDACTED | SANDRA FLORES<br>ADDRESS REDACTED |
| SANDRA GAMELAN<br>ADDRESS REDACTED | SANDRA GUNN<br>ADDRESS REDACTED | SANDRA HAMILTON<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SANDRA HERIN<br>ADDRESS REDACTED | SANDRA HOLLIS<br>ADDRESS REDACTED | SANDRA L HUTCHINS, SAMUEL HUTCHINS<br>ADDRESS REDACTED |
| SANDRA LYNN<br>ADDRESS REDACTED | SANDRA MCNAIRY<br>ADDRESS REDACTED | SANDRA MILLER<br>ADDRESS REDACTED |
| SANDRA N RIVERA<br>ADDRESS REDACTED | SANDRA PADILLA<br>ADDRESS REDACTED | SANDRA PALMAO<br>ADDRESS REDACTED |
| SANDRA PANG<br>ADDRESS REDACTED | SANDRA PATTON<br>ADDRESS REDACTED | SANDRA PEREZ<br>ADDRESS REDACTED |
| SANDRA R BLANCH<br>ADDRESS REDACTED | SANDRA SALCEDO<br>ADDRESS REDACTED | SANDRA SAMANIEGO<br>ADDRESS REDACTED |
| SANDRA SCHULTZ<br>ADDRESS REDACTED | SANDRA THOMPSON<br>ADDRESS REDACTED | SANDRA VALENCIANO<br>ADDRESS REDACTED |
| SANDRA WATSON<br>ADDRESS REDACTED | SANDRA WHEATON<br>ADDRESS REDACTED | SANDRA ZWICK<br>ADDRESS REDACTED |
| SANDREN SCHOLLAART<br>ADDRESS REDACTED | SANDY  CHAPMAN<br>ADDRESS REDACTED | SANDY ANDERSON<br>ADDRESS REDACTED |
| SANDY BARKER<br>ADDRESS REDACTED | SANDY CABALLERO<br>ADDRESS REDACTED | SANDY COPELAND<br>ADDRESS REDACTED |
| SANDY FRAASCH<br>ADDRESS REDACTED | SANDY FREITAS<br>ADDRESS REDACTED | SANDY GANGWER<br>ADDRESS REDACTED |
| SANDY LANG<br>ADDRESS REDACTED | SANDY ONODI<br>ADDRESS REDACTED | SANDY SCHULER<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| SANEETA HUNT<br>ADDRESS REDACTED | SANERINE MATTKEMPER<br>ADDRESS REDACTED | SANFORD DOLE<br>ADDRESS REDACTED |
| SANJAY CHANDA<br>ADDRESS REDACTED | SANJAY PATEL<br>ADDRESS REDACTED | SANJEEV K SAINI<br>ADDRESS REDACTED |
| SANNIE M RANDLE<br>ADDRESS REDACTED | SANT SINGH<br>ADDRESS REDACTED | SANTAJUANA V JUAREZ<br>ADDRESS REDACTED |
| SANTIAGO ANDRADE<br>ADDRESS REDACTED | SANTIAGO DUTIERREZ<br>ADDRESS REDACTED | SANTIAGO HERNANDEZ<br>ADDRESS REDACTED |
| SANTOS GONZALEZ<br>ADDRESS REDACTED | SANTOS RIVERS<br>ADDRESS REDACTED | SAO SHANE HO<br>ADDRESS REDACTED |
| SARA BURRUS<br>ADDRESS REDACTED | SARA DURAN<br>ADDRESS REDACTED | SARA J FRISBEE<br>ADDRESS REDACTED |
| SARA POPE<br>ADDRESS REDACTED | SARA REYES<br>ADDRESS REDACTED | SARA VELASCO<br>ADDRESS REDACTED |
| SARABJIT SINGH<br>ADDRESS REDACTED | SARAH  ARCHAMBO<br>ADDRESS REDACTED | SARAH ASH<br>ADDRESS REDACTED |
| SARAH BACH<br>ADDRESS REDACTED | SARAH BATES<br>ADDRESS REDACTED | SARAH CARABALLO-GARRISON<br>ADDRESS REDACTED |
| SARAH CHANG HANNAH CHANG<br>ADDRESS REDACTED | SARAH DURKEE<br>ADDRESS REDACTED | SARAH FARLEY<br>ADDRESS REDACTED |
| SARAH J BONKOWSKI<br>ADDRESS REDACTED | SARAH JOHNSON<br>ADDRESS REDACTED | SARAH MURNANE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| SARAH R DEHN<br>ADDRESS REDACTED | SARAH ROACH<br>ADDRESS REDACTED | SARAH VICE<br>ADDRESS REDACTED |
| SARAH VOSS<br>ADDRESS REDACTED | SARAH WILSON<br>ADDRESS REDACTED | SARAH WOOD<br>ADDRESS REDACTED |
| SARAH ZARATE<br>ADDRESS REDACTED | SARAI AYALA<br>ADDRESS REDACTED | SARANGIS SAFA<br>ADDRESS REDACTED |
| SARATH TOCH<br>ADDRESS REDACTED | SARGON ALEXANDER<br>ADDRESS REDACTED | SARGON ROMINA<br>ADDRESS REDACTED |
| SARINA LYONS<br>ADDRESS REDACTED | SARMED MAHER ALJAAFARI<br>ADDRESS REDACTED | SAROEUN BOY<br>ADDRESS REDACTED |
| SAROEUP SOUS<br>ADDRESS REDACTED | SASDA UMA<br>ADDRESS REDACTED | SASHA JANBAKHSVADEH<br>ADDRESS REDACTED |
| SATINDER KAUR<br>ADDRESS REDACTED | SATISH CHANDRA<br>ADDRESS REDACTED | SATISH RAM<br>ADDRESS REDACTED |
| SAUDA CHO<br>ADDRESS REDACTED | SAUL BAS<br>ADDRESS REDACTED | SAUL CHAVEZ<br>ADDRESS REDACTED |
| SAUL ENRIQUEZ<br>ADDRESS REDACTED | SAUL GARCIA<br>ADDRESS REDACTED | SAUL GARRIDO<br>ADDRESS REDACTED |
| SAUL MARTINEZ<br>ADDRESS REDACTED | SAURINR R SHAH<br>ADDRESS REDACTED | SAUSTINO FLORES<br>ADDRESS REDACTED |
| SAVIOLA ALVAREZ<br>ADDRESS REDACTED | SAVUN SAO<br>ADDRESS REDACTED | SAY ROBINSON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| SAYAZ TAHIR<br>ADDRESS REDACTED | SCOTT  GREGORY<br>ADDRESS REDACTED | SCOTT BAKER<br>ADDRESS REDACTED |
| SCOTT CAMPBELL<br>ADDRESS REDACTED | SCOTT CHAVEZ<br>ADDRESS REDACTED | SCOTT CHRISTINE<br>ADDRESS REDACTED |
| SCOTT COOPER AND MARY COOPER<br>ADDRESS REDACTED | SCOTT DALL<br>ADDRESS REDACTED | SCOTT DEKRYGER<br>ADDRESS REDACTED |
| SCOTT DEKRYGER<br>ADDRESS REDACTED | SCOTT DEKRYGER<br>ADDRESS REDACTED | SCOTT DUNHAM<br>ADDRESS REDACTED |
| SCOTT EVANS<br>ADDRESS REDACTED | SCOTT FERRARO<br>ADDRESS REDACTED | SCOTT FERRONI<br>ADDRESS REDACTED |
| SCOTT FUSCO<br>ADDRESS REDACTED | SCOTT HALL<br>ADDRESS REDACTED | SCOTT HITTIE<br>ADDRESS REDACTED |
| SCOTT HUTH<br>ADDRESS REDACTED | SCOTT HUTH<br>ADDRESS REDACTED | SCOTT KOHLHEPP<br>ADDRESS REDACTED |
| SCOTT LYNCH<br>ADDRESS REDACTED | SCOTT LYNCH<br>ADDRESS REDACTED | SCOTT MACCALLUM<br>ADDRESS REDACTED |
| SCOTT MINOTT<br>ADDRESS REDACTED | SCOTT MOFFITT<br>ADDRESS REDACTED | SCOTT NELSON<br>ADDRESS REDACTED |
| SCOTT NISBET GALINA FILIPOVA<br>ADDRESS REDACTED | SCOTT ORMSBY<br>ADDRESS REDACTED | SCOTT OSLIE<br>ADDRESS REDACTED |
| SCOTT PEREZ<br>ADDRESS REDACTED | SCOTT PEREZ<br>ADDRESS REDACTED | SCOTT PILTON<br>ADDRESS REDACTED |

SCOTT R PLKORNY
ADDRESS REDACTED

SCOTT R. WELDER
ADDRESS REDACTED

SCOTT ROLFE
ADDRESS REDACTED

SCOTT SACCHETTI
ADDRESS REDACTED

SCOTT SEIPER
ADDRESS REDACTED

SCOTT SMITH
ADDRESS REDACTED

SCOTT STACEY
ADDRESS REDACTED

SCOTT STACY
ADDRESS REDACTED

SCOTT STEK
ADDRESS REDACTED

SCOTT STILES
ADDRESS REDACTED

SCOTT VAN MEETEREN
ADDRESS REDACTED

SCOTT WIESEMANN
ADDRESS REDACTED

SCOTT WOZNICK
ADDRESS REDACTED

SEACOAST MOTORCYCLES
ADDRESS REDACTED

SEAN CHAN
ADDRESS REDACTED

SEAN GALBEZ
ADDRESS REDACTED

SEAN KELLEHER
ADDRESS REDACTED

SEAN MURPHY
ADDRESS REDACTED

SEAN STRINGER
ADDRESS REDACTED

SEANG SEK
ADDRESS REDACTED

SEBASTIAN MALDONALDO
ADDRESS REDACTED

SEBASTIAN PEREZ
ADDRESS REDACTED

SEGUNDO HIDROBO
ADDRESS REDACTED

SEIMA PECH & SHEILA KONG
ADDRESS REDACTED

SELENA DICKENSON
ADDRESS REDACTED

SELMAR REYES
ADDRESS REDACTED

SELVIN JOSEPH
ADDRESS REDACTED

SEMEAN MAM
ADDRESS REDACTED

SEN LIN
ADDRESS REDACTED

SENA GHIAS
ADDRESS REDACTED

SENAD ZOLODER
ADDRESS REDACTED

SENGPAI HSU
ADDRESS REDACTED

SERAFIN OCHOA JR.
ADDRESS REDACTED

| | | |
|---|---|---|
| SERAFIN RAMOS<br>ADDRESS REDACTED | SERASIN AGUILAR<br>ADDRESS REDACTED | SERASIN CASIQUIN<br>ADDRESS REDACTED |
| SERGIEO FERNANDEZ<br>ADDRESS REDACTED | SERGIO & ANA DELACERDA<br>ADDRESS REDACTED | SERGIO ARANA<br>ADDRESS REDACTED |
| SERGIO CUATLATL<br>ADDRESS REDACTED | SERGIO FLORES<br>ADDRESS REDACTED | SERGIO MENA<br>ADDRESS REDACTED |
| SERGIO ORNELUS<br>ADDRESS REDACTED | SERGIO RIVERA<br>ADDRESS REDACTED | SERGIO ROSALES<br>ADDRESS REDACTED |
| SERGIO TRUJILLO<br>ADDRESS REDACTED | SERGIO VALENZUELA<br>ADDRESS REDACTED | SERMIN ROQUE<br>ADDRESS REDACTED |
| SERVANE VEGAN<br>ADDRESS REDACTED | SEUNG CHOI<br>ADDRESS REDACTED | SEUNG LEE<br>ADDRESS REDACTED |
| SEYMOUR STEIN<br>ADDRESS REDACTED | SHADAIVAH TOWNES<br>ADDRESS REDACTED | SHAHID MAHMOOD<br>ADDRESS REDACTED |
| SHAILASH PATEL<br>ADDRESS REDACTED | SHAKILA HASHIMI<br>ADDRESS REDACTED | SHAKIMA SMITH<br>ADDRESS REDACTED |
| SHAKIRA LOVE<br>ADDRESS REDACTED | SHALOM EKSTEIN<br>ADDRESS REDACTED | SHALVIN SINGH<br>ADDRESS REDACTED |
| SHAMAR BELL<br>ADDRESS REDACTED | SHAMECCA YOUNG<br>ADDRESS REDACTED | SHANAD GARCIA<br>ADDRESS REDACTED |
| SHANE GILLETTE TIM BUCKLEY<br>ADDRESS REDACTED | SHANE KOSSOW<br>ADDRESS REDACTED | SHANELLE HOUSE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

Served 5/22/2014

| | | |
|---|---|---|
| SHANETTA STEVERSON<br>ADDRESS REDACTED | SHANGI WAGI<br>ADDRESS REDACTED | SHANIEQUA BOWLES<br>ADDRESS REDACTED |
| SHANNON CULVAHOUSE<br>ADDRESS REDACTED | SHANNON D. DENNEY & KEN J. DENNEY<br>ADDRESS REDACTED | SHANNON HEIMGARTNER<br>ADDRESS REDACTED |
| SHANNON MAMMONE<br>ADDRESS REDACTED | SHANNON VITTORIA<br>ADDRESS REDACTED | SHANNON WRIGHT<br>ADDRESS REDACTED |
| SHANNTELL BOULWAER<br>ADDRESS REDACTED | SHANTAY MYERS<br>ADDRESS REDACTED | SHANTI FREEDOM<br>ADDRESS REDACTED |
| SHAO HUANG<br>ADDRESS REDACTED | SHAO XIA RONG<br>ADDRESS REDACTED | SHAOHONG CHENT<br>ADDRESS REDACTED |
| SHARAYU BELL<br>ADDRESS REDACTED | SHARI ALRICH<br>ADDRESS REDACTED | SHARI GOLD<br>ADDRESS REDACTED |
| SHARI TUTT<br>ADDRESS REDACTED | SHARLEEYAH MAJETTE<br>ADDRESS REDACTED | SHARLENE R KENNEDY<br>ADDRESS REDACTED |
| SHARMINI BHJATM<br>ADDRESS REDACTED | SHARON  BURKHART<br>ADDRESS REDACTED | SHARON A PARKER<br>ADDRESS REDACTED |
| SHARON BREEDLOVE<br>ADDRESS REDACTED | SHARON BRINK<br>ADDRESS REDACTED | SHARON BURKHART<br>ADDRESS REDACTED |
| SHARON BURKHART<br>ADDRESS REDACTED | SHARON CHAPMAN<br>ADDRESS REDACTED | SHARON CUNHA<br>ADDRESS REDACTED |
| SHARON FONG<br>ADDRESS REDACTED | SHARON G COCUZZA<br>ADDRESS REDACTED | SHARON GAMBLE<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

SHARON GLOVER
ADDRESS REDACTED

SHARON GUDMUNDSON
ADDRESS REDACTED

SHARON HAGENOW
ADDRESS REDACTED

SHARON HEBENSTREICH
ADDRESS REDACTED

SHARON HEMLING
ADDRESS REDACTED

SHARON HOWARD
ADDRESS REDACTED

SHARON JOHNSON
ADDRESS REDACTED

SHARON JOHNSON-EASTON
ADDRESS REDACTED

SHARON KOWALSKI
ADDRESS REDACTED

SHARON KUIPERS
ADDRESS REDACTED

SHARON L SAMPSON
ADDRESS REDACTED

SHARON LACY
ADDRESS REDACTED

SHARON LEHRER
ADDRESS REDACTED

SHARON MILLER
ADDRESS REDACTED

SHARON MILLER
ADDRESS REDACTED

SHARON MONIZ
ADDRESS REDACTED

SHARON NORNG
ADDRESS REDACTED

SHARON OBERMAN
ADDRESS REDACTED

SHARON POWELL
ADDRESS REDACTED

SHARON S WILT
ADDRESS REDACTED

SHARON SCHIRMER
ADDRESS REDACTED

SHARON SEARLE
ADDRESS REDACTED

SHARON SHA
ADDRESS REDACTED

SHARON STOLNICK
ADDRESS REDACTED

SHARON TERRY
ADDRESS REDACTED

SHARON TOBIN
ADDRESS REDACTED

SHARON WHEAT
ADDRESS REDACTED

SHARON WILLIAMS
ADDRESS REDACTED

SHARON WILSON
ADDRESS REDACTED

SHARON WILSON
ADDRESS REDACTED

SHARYN MURRAY
ADDRESS REDACTED

SHATAYA HENDERSON
ADDRESS REDACTED

SHAUN BOSKO
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SHAUN BRADLEY<br>ADDRESS REDACTED | SHAUN FREEMAN<br>ADDRESS REDACTED | SHAUN M. BOWEN<br>ADDRESS REDACTED |
| SHAVONNE DAVIS<br>ADDRESS REDACTED | SHAVONNE FERRELL<br>ADDRESS REDACTED | SHAW ABRAMS<br>ADDRESS REDACTED |
| SHAW ABRAMS<br>ADDRESS REDACTED | SHAW ABRAMS<br>ADDRESS REDACTED | SHAW ABRAMS<br>ADDRESS REDACTED |
| SHAW ABRAMS<br>ADDRESS REDACTED | SHAWANDA WILLIAMS<br>ADDRESS REDACTED | SHAWN BLACKWELL<br>ADDRESS REDACTED |
| SHAWN E PARKER<br>ADDRESS REDACTED | SHAWN MALOTTE & STACY MALOTTE<br>ADDRESS REDACTED | SHAWN MCBRIDE<br>ADDRESS REDACTED |
| SHAWN RAMSTEAD<br>ADDRESS REDACTED | SHAWN REES<br>ADDRESS REDACTED | SHAWNA  WILLIAMS<br>ADDRESS REDACTED |
| SHAWNA OLGIN<br>ADDRESS REDACTED | SHAWNDELL DAWSON<br>ADDRESS REDACTED | SHAWNDRA DUQUE<br>ADDRESS REDACTED |
| SHAWNEY HARDRIDGE<br>ADDRESS REDACTED | SHAWNIQUA BAILEY<br>ADDRESS REDACTED | SHAWNTE THOMPSON<br>ADDRESS REDACTED |
| SHAWNTELL DUNHAM<br>ADDRESS REDACTED | SHAY SHMELPZER<br>ADDRESS REDACTED | SHAYA  FRIEDMAN<br>ADDRESS REDACTED |
| SHAYA  FRIEDMAN<br>ADDRESS REDACTED | SHAYA  FRIEDMAN<br>ADDRESS REDACTED | SHAYEH KOHN<br>ADDRESS REDACTED |
| SHAYNA WILLIAMS<br>ADDRESS REDACTED | SHAYUANA ELEM<br>ADDRESS REDACTED | SHEA ESMOND<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SHEENA BLAKE<br>ADDRESS REDACTED | SHEILA BRUNO<br>ADDRESS REDACTED | SHEILA DIENENSELD<br>ADDRESS REDACTED |
| SHEILA GIBSON<br>ADDRESS REDACTED | SHEILA HOLLEY<br>ADDRESS REDACTED | SHEILA M EFFLANDT<br>ADDRESS REDACTED |
| SHEILA SMITH<br>ADDRESS REDACTED | SHEILA TAYLOR<br>ADDRESS REDACTED | SHEILA TEXIDOR<br>ADDRESS REDACTED |
| SHEILA WILDEN<br>ADDRESS REDACTED | SHELDON H KERR<br>ADDRESS REDACTED | SHELDON SMITH<br>ADDRESS REDACTED |
| SHELEE K STEED<br>ADDRESS REDACTED | SHELIA COAD<br>ADDRESS REDACTED | SHELIA HUDSON<br>ADDRESS REDACTED |
| SHELIA LORRAINE WILLIAMS TURNER<br>ADDRESS REDACTED | SHELLERIE MERRITT<br>ADDRESS REDACTED | SHELLEY CRAIG<br>ADDRESS REDACTED |
| SHELLEY SCARICH<br>ADDRESS REDACTED | SHELLEY WALZAK<br>ADDRESS REDACTED | SHELLI ROSE<br>ADDRESS REDACTED |
| SHELLY COOK<br>ADDRESS REDACTED | SHELLY M FERGUSON<br>ADDRESS REDACTED | SHELLY MALDONADO<br>ADDRESS REDACTED |
| SHELLY MILLER<br>ADDRESS REDACTED | SHELLY MILLER<br>ADDRESS REDACTED | SHELLY MILLER<br>ADDRESS REDACTED |
| SHELLY PONG<br>ADDRESS REDACTED | SHELLY SMITH<br>ADDRESS REDACTED | SHELLY ST JOHN<br>ADDRESS REDACTED |
| SHER BEDY<br>ADDRESS REDACTED | SHERBY HANDELMAN<br>ADDRESS REDACTED | SHERELLE CHANDLER<br>ADDRESS REDACTED |

SHERI  FRASE
ADDRESS REDACTED

SHERI MONASTESSE
ADDRESS REDACTED

SHERIE LAYSON
ADDRESS REDACTED

SHERLEY PIERANTONI
ADDRESS REDACTED

SHERMAN WALKER
ADDRESS REDACTED

SHERRALL HADLEY
ADDRESS REDACTED

SHERRI EVANS
ADDRESS REDACTED

SHERRI R SYKES
ADDRESS REDACTED

SHERROD WOOD
ADDRESS REDACTED

SHERRY ANNING
ADDRESS REDACTED

SHERRY BLAIR
ADDRESS REDACTED

SHERRY LUSBY
ADDRESS REDACTED

SHERRY RAPP
ADDRESS REDACTED

SHERRY TOMS
ADDRESS REDACTED

SHERRY WILKINS
ADDRESS REDACTED

SHERRYN BENKERT
ADDRESS REDACTED

SHERY PICKETT
ADDRESS REDACTED

SHERYL BAUGHMAN
ADDRESS REDACTED

SHEUNG RHEE
ADDRESS REDACTED

SHICHIRO YOKOMIZO
ADDRESS REDACTED

SHIMA AYUVI
ADDRESS REDACTED

SHIMI NUSSBAUM
ADDRESS REDACTED

SHIRLA BULLINGTON
ADDRESS REDACTED

SHIRLEE JAMES
ADDRESS REDACTED

SHIRLEY A BLODGETT
ADDRESS REDACTED

SHIRLEY A BOTELLO
ADDRESS REDACTED

SHIRLEY A MORRIS
ADDRESS REDACTED

SHIRLEY AGEE
ADDRESS REDACTED

SHIRLEY BLACKSTON
ADDRESS REDACTED

SHIRLEY BRADFUTE
ADDRESS REDACTED

SHIRLEY C TAYLOR
ADDRESS REDACTED

SHIRLEY CLEVELAND
ADDRESS REDACTED

SHIRLEY D RICHARD
ADDRESS REDACTED

SHIRLEY DREW
ADDRESS REDACTED

SHIRLEY DUNCAN
ADDRESS REDACTED

SHIRLEY FOREMAN
ADDRESS REDACTED

SHIRLEY FRIEND
ADDRESS REDACTED

SHIRLEY GARCIA
ADDRESS REDACTED

SHIRLEY GREALESKI
ADDRESS REDACTED

SHIRLEY GUGGENHEIM
ADDRESS REDACTED

SHIRLEY GUINN
ADDRESS REDACTED

SHIRLEY HILL
ADDRESS REDACTED

SHIRLEY HOLMES
ADDRESS REDACTED

SHIRLEY J PARR
ADDRESS REDACTED

SHIRLEY KNOTT
ADDRESS REDACTED

SHIRLEY L WAGNER
ADDRESS REDACTED

SHIRLEY NOELCIN
ADDRESS REDACTED

SHIRLEY ORNDORFF
ADDRESS REDACTED

SHIRLEY P CAMARENA, & KIRBY CAMARENA
ADDRESS REDACTED

SHIRLEY PARKER
ADDRESS REDACTED

SHIRLEY PELLEGRI
ADDRESS REDACTED

SHIRLEY PFAFF
ADDRESS REDACTED

SHIRLEY PUGH
ADDRESS REDACTED

SHIRLEY ROBLES
ADDRESS REDACTED

SHIRLEY ROESEPH
ADDRESS REDACTED

SHIRLEY S HART
ADDRESS REDACTED

SHIRLEY S MILANO
ADDRESS REDACTED

SHIRLEY STEWART
ADDRESS REDACTED

SHIRLEY SZUMSKI
ADDRESS REDACTED

SHIRLEY TAYLOR
ADDRESS REDACTED

SHIRLEY WATKINS
ADDRESS REDACTED

SHIVARARM GOPARAQRISHNAN
ADDRESS REDACTED

SHIZUKO YAMAUCHI
ADDRESS REDACTED

SHLOIME WOSNER
ADDRESS REDACTED

SHMUEL  JUST
ADDRESS REDACTED

SHOARON L. COLLARI
ADDRESS REDACTED

| | | |
|---|---|---|
| SHONDARELL WEBB<br>ADDRESS REDACTED | SHOU LIN<br>ADDRESS REDACTED | SHRIKANT IYER<br>ADDRESS REDACTED |
| SHRUZILUR RABMAN<br>ADDRESS REDACTED | SHUE P. YU<br>ADDRESS REDACTED | SHUN CHEN<br>ADDRESS REDACTED |
| SHUN LAM<br>ADDRESS REDACTED | SHYRL SARIA<br>ADDRESS REDACTED | SI YOLL ROBINSON<br>ADDRESS REDACTED |
| SIA CHAO YANG<br>ADDRESS REDACTED | SIBYL E MOORE<br>ADDRESS REDACTED | SIDAPHET POLLOCK<br>ADDRESS REDACTED |
| SIDNEY HARDER<br>ADDRESS REDACTED | SIDNEY MCDONALD<br>ADDRESS REDACTED | SIEN KONG<br>ADDRESS REDACTED |
| SIERRA TENNIS<br>ADDRESS REDACTED | SIGNE MILLER<br>ADDRESS REDACTED | SIK LIN HUEY<br>ADDRESS REDACTED |
| SIKANDER FANDHU<br>ADDRESS REDACTED | SIKIA VLUE<br>ADDRESS REDACTED | SILAS MCNAK<br>ADDRESS REDACTED |
| SILENCIA FRANCOIS<br>ADDRESS REDACTED | SILVANA VITALE<br>ADDRESS REDACTED | SILVANIA VITALE<br>ADDRESS REDACTED |
| SILVERA LOPEZ<br>ADDRESS REDACTED | SILVERIO LOPEZ<br>ADDRESS REDACTED | SILVIA LARSEN<br>ADDRESS REDACTED |
| SILVIA LOPEZ<br>ADDRESS REDACTED | SILVIA SPITERI<br>ADDRESS REDACTED | SILVIA VILLALVAZO<br>ADDRESS REDACTED |
| SILVIA VILLEGAS<br>ADDRESS REDACTED | SILVIO LUA OCHOA<br>ADDRESS REDACTED | SIMA GHAZANFARI<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| SIMON LASSEGUETTE<br>ADDRESS REDACTED | SIMON MCINTYRE<br>ADDRESS REDACTED | SIMON MONCANO<br>ADDRESS REDACTED |
| SIMON SIN<br>ADDRESS REDACTED | SIMON WONG<br>ADDRESS REDACTED | SIMON ZATS<br>ADDRESS REDACTED |
| SIMONA RANDALL<br>ADDRESS REDACTED | SIMONE HIBBERT<br>ADDRESS REDACTED | SIMONE SALIS<br>ADDRESS REDACTED |
| SIMPLICIO OCLARAY<br>ADDRESS REDACTED | SIN TUNG CHAN<br>ADDRESS REDACTED | SINA OSMAN<br>ADDRESS REDACTED |
| SIOSIANA FAASISILA<br>ADDRESS REDACTED | SIUKWAN HO<br>ADDRESS REDACTED | SIXTO DAVALOS<br>ADDRESS REDACTED |
| SIXTO VALADEZ<br>ADDRESS REDACTED | SKEET  STAHMER<br>ADDRESS REDACTED | SKYE ATMAN<br>ADDRESS REDACTED |
| SLETA WHALEY<br>ADDRESS REDACTED | SLORBELISA UNGAB<br>ADDRESS REDACTED | SLY SANDIHA<br>ADDRESS REDACTED |
| SMITKO ILONA<br>ADDRESS REDACTED | SOAPHO   SENG<br>ADDRESS REDACTED | SOCO EFRAIN<br>ADDRESS REDACTED |
| SOCORRO BANDA<br>ADDRESS REDACTED | SOCORRO MORA<br>ADDRESS REDACTED | SOCORRO MORILLO<br>ADDRESS REDACTED |
| SOFIA SOSA<br>ADDRESS REDACTED | SOHAIL ABBAS<br>ADDRESS REDACTED | SOHAN HIR<br>ADDRESS REDACTED |
| SOI CHIO<br>ADDRESS REDACTED | SOKSAN S TAN<br>ADDRESS REDACTED | SOL PESIS<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| SOL ZARETSKY<br>ADDRESS REDACTED | SOLEDAD HARRERA<br>ADDRESS REDACTED | SOLEDAD OVUCAYEN<br>ADDRESS REDACTED |
| SOLEDAD SEDAYAO, ARNALDO SEDAYAO<br>ADDRESS REDACTED | SOLOMON GILMORE<br>ADDRESS REDACTED | SOLOMON KUPFERSTEIN<br>ADDRESS REDACTED |
| SOMSONG KULAVITAYA<br>ADDRESS REDACTED | SOMYOT ORIYAVONG<br>ADDRESS REDACTED | SON NGUYEN<br>ADDRESS REDACTED |
| SONG FERGUSON<br>ADDRESS REDACTED | SONG HUANG<br>ADDRESS REDACTED | SONG MENG<br>ADDRESS REDACTED |
| SONG YOON<br>ADDRESS REDACTED | SONG YOON<br>ADDRESS REDACTED | SONIA JASSO<br>ADDRESS REDACTED |
| SONIA M. CUNHA<br>ADDRESS REDACTED | SONIA MINOR<br>ADDRESS REDACTED | SONIA OLEARY<br>ADDRESS REDACTED |
| SONIA ROMERO<br>ADDRESS REDACTED | SONIA TORRES<br>ADDRESS REDACTED | SONIA VANEGAS<br>ADDRESS REDACTED |
| SONJA NAVARRO<br>ADDRESS REDACTED | SONJA NORTON<br>ADDRESS REDACTED | SONJA WALDEN<br>ADDRESS REDACTED |
| SONN SIM<br>ADDRESS REDACTED | SONNY -<br>ADDRESS REDACTED | SONYA AYUBI<br>ADDRESS REDACTED |
| SONYA GEIFENHAVER<br>ADDRESS REDACTED | SOOMIN CHOI<br>ADDRESS REDACTED | SOON YOU<br>ADDRESS REDACTED |
| SOPHEAP PRAK<br>ADDRESS REDACTED | SOPHIA BOLIVIA<br>ADDRESS REDACTED | SOPHIA CAMPOS<br>ADDRESS REDACTED |

| SOPHIA CHIM | SOPHIA REYES-BAHENA | SOPHIE BAUDARP |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| SOPHIE TREVINO | SOPHON PHAN | SORAYA GOMEZ |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| SOTHEAR, ROUMCHANG KHIM | SOU PHAN SAELEE | SOUK KHAMSIRI |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| SOUNA SAR | SOUVENIA JACQUES | SPACY PATPINGALE |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| SPENCER DOWELO | SPENCER OSAKUE | SPIROS KOLOMVOTOS |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| SPRING FRIEDLANDER | SRAN LANE | STACEY BARRY |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| STACEY COX | STACEY E KUHN | STACEY GANTT |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| STACEY MILLER | STACEY RODRIGEZ | STACEY WEST |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| STACEY WILEY | STACIE E. SANDOVAL | STACY  FUSSNECKER |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| STACY CLARK | STACY DEEMIE | STACY GABLER |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| STACY GARCIA | STACY HESSON | STACY K STAFFORD,THOMAS L TOTH |
|---|---|---|
| ADDRESS REDACTED | ADDRESS REDACTED | ADDRESS REDACTED |

| | | |
|---|---|---|
| STACY MCCLEARY<br>ADDRESS REDACTED | STACY PASTON<br>ADDRESS REDACTED | STACY SCHLEIGH, LEEROY SCHLEIGH<br>ADDRESS REDACTED |
| STACY SUNDARRAJAN<br>ADDRESS REDACTED | STAFFORD DANIELS<br>ADDRESS REDACTED | STANLEY CONSTANTIN<br>ADDRESS REDACTED |
| STANLEY DAVIDSON<br>ADDRESS REDACTED | STANLEY E PATTERSON<br>ADDRESS REDACTED | STANLEY EALA<br>ADDRESS REDACTED |
| STANLEY FIU<br>ADDRESS REDACTED | STANLEY J MATCZOK<br>ADDRESS REDACTED | STANLEY KHOROSH<br>ADDRESS REDACTED |
| STANLEY KRAVITZ<br>ADDRESS REDACTED | STANLEY MIYASATO<br>ADDRESS REDACTED | STEFAN IUHASZ<br>ADDRESS REDACTED |
| STEFANTE FOLEY<br>ADDRESS REDACTED | STELLA HURRERA<br>ADDRESS REDACTED | STELLA LAUBE<br>ADDRESS REDACTED |
| STEPH PAUL<br>ADDRESS REDACTED | STEPHAINE R SHROPSHIRE<br>ADDRESS REDACTED | STEPHANE DETOBEL<br>ADDRESS REDACTED |
| STEPHANIE BRIANT<br>ADDRESS REDACTED | STEPHANIE BURKE<br>ADDRESS REDACTED | STEPHANIE BYARS<br>ADDRESS REDACTED |
| STEPHANIE CONNELLY<br>ADDRESS REDACTED | STEPHANIE CRAWFORD<br>ADDRESS REDACTED | STEPHANIE HELMDOLD<br>ADDRESS REDACTED |
| STEPHANIE HESS<br>ADDRESS REDACTED | STEPHANIE HOWARD<br>ADDRESS REDACTED | STEPHANIE KHANG<br>ADDRESS REDACTED |
| STEPHANIE KOENIG<br>ADDRESS REDACTED | STEPHANIE M DAVIDSON<br>ADDRESS REDACTED | STEPHANIE MARIRELES<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| STEPHANIE PALLA<br>ADDRESS REDACTED | STEPHANIE RODRIGUEZ<br>ADDRESS REDACTED | STEPHANIE SILVESTRI<br>ADDRESS REDACTED |
| STEPHEN AU<br>ADDRESS REDACTED | STEPHEN BURGOR<br>ADDRESS REDACTED | STEPHEN CONLEY<br>ADDRESS REDACTED |
| STEPHEN D LANGHOFF<br>ADDRESS REDACTED | STEPHEN D YOUNG<br>ADDRESS REDACTED | STEPHEN F SMITH<br>ADDRESS REDACTED |
| STEPHEN FLEMING<br>ADDRESS REDACTED | STEPHEN FOLEY<br>ADDRESS REDACTED | STEPHEN GIBSON<br>ADDRESS REDACTED |
| STEPHEN GIRTON<br>ADDRESS REDACTED | STEPHEN HARLIN<br>ADDRESS REDACTED | STEPHEN HARMON<br>ADDRESS REDACTED |
| STEPHEN HELLMER<br>ADDRESS REDACTED | STEPHEN JONES<br>ADDRESS REDACTED | STEPHEN M. SIMPSON<br>ADDRESS REDACTED |
| STEPHEN MACKEY<br>ADDRESS REDACTED | STEPHEN MULREY<br>ADDRESS REDACTED | STEPHEN MULREY<br>ADDRESS REDACTED |
| STEPHEN PERRIN<br>ADDRESS REDACTED | STEPHEN PRICE<br>ADDRESS REDACTED | STEPHEN R FERNANDEZ<br>ADDRESS REDACTED |
| STEPHEN R. CLARK<br>ADDRESS REDACTED | STEPHEN RICHTER<br>ADDRESS REDACTED | STEPHEN RIVETTE<br>ADDRESS REDACTED |
| STEPHEN ROBERTS<br>ADDRESS REDACTED | STEPHEN RODGERS<br>ADDRESS REDACTED | STEPHEN SALINAS<br>ADDRESS REDACTED |
| STEPHEN SCHLATTERER<br>ADDRESS REDACTED | STEPHEN SMALL<br>ADDRESS REDACTED | STEPHEN SMITH<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| STEPHEN TER MEER<br>ADDRESS REDACTED | STEPHEN UEHLING<br>ADDRESS REDACTED | STEPHEN WILLIAMS<br>ADDRESS REDACTED |
| STEPHEN WILLIAMS<br>ADDRESS REDACTED | STEPS INSIDE THE  INC<br>ADDRESS REDACTED | STERLING DAVIS<br>ADDRESS REDACTED |
| STERLING HARRIS<br>ADDRESS REDACTED | STERLING WONG<br>ADDRESS REDACTED | STEVAN HURTADO<br>ADDRESS REDACTED |
| STEVANNE AUERBACH<br>ADDRESS REDACTED | STEVE  ATAMASOVSKI<br>ADDRESS REDACTED | STEVE  BOLGER<br>ADDRESS REDACTED |
| STEVE  PANCOTTO<br>ADDRESS REDACTED | STEVE  QUALLEY<br>ADDRESS REDACTED | STEVE ALBRECHT<br>ADDRESS REDACTED |
| STEVE ALFORD<br>ADDRESS REDACTED | STEVE ALVA<br>ADDRESS REDACTED | STEVE ANTON<br>ADDRESS REDACTED |
| STEVE ARSULOWICZ<br>ADDRESS REDACTED | STEVE C GREEN<br>ADDRESS REDACTED | STEVE DAMSTRA<br>ADDRESS REDACTED |
| STEVE DEL DOTTO<br>ADDRESS REDACTED | STEVE EDWARDS<br>ADDRESS REDACTED | STEVE FONG<br>ADDRESS REDACTED |
| STEVE GALLEGO<br>ADDRESS REDACTED | STEVE GUYER<br>ADDRESS REDACTED | STEVE HAMLIN &LAUREN HAMLIN<br>ADDRESS REDACTED |
| STEVE HARRIS<br>ADDRESS REDACTED | STEVE HEUKER<br>ADDRESS REDACTED | STEVE HOHAL<br>ADDRESS REDACTED |
| STEVE HUISJEN<br>ADDRESS REDACTED | STEVE JOH<br>ADDRESS REDACTED | STEVE JUAREZ<br>ADDRESS REDACTED |

STEVE KAISER
ADDRESS REDACTED

STEVE KELLEY
ADDRESS REDACTED

STEVE LANDSTRA
ADDRESS REDACTED

STEVE LEHMANN
ADDRESS REDACTED

STEVE LOCKHART
ADDRESS REDACTED

STEVE LUCETT
ADDRESS REDACTED

STEVE MAGNESS
ADDRESS REDACTED

STEVE MCANELLY
ADDRESS REDACTED

STEVE MERRITT
ADDRESS REDACTED

STEVE MEYER
ADDRESS REDACTED

STEVE MILLER
ADDRESS REDACTED

STEVE MOSTOVOY
ADDRESS REDACTED

STEVE MUNOZ &  ALISON MUNOZ
ADDRESS REDACTED

STEVE P RONSKO
ADDRESS REDACTED

STEVE PANCOTTO
ADDRESS REDACTED

STEVE PNSINGER
ADDRESS REDACTED

STEVE R CAVANAUGH / TINA CAVANAUGH
ADDRESS REDACTED

STEVE RICE
ADDRESS REDACTED

STEVE ROOP
ADDRESS REDACTED

STEVE SEQUEIRA
ADDRESS REDACTED

STEVE STAMATAKIS
ADDRESS REDACTED

STEVE TETTERIS
ADDRESS REDACTED

STEVE THORP
ADDRESS REDACTED

STEVE W SMALL
ADDRESS REDACTED

STEVE ZANGMEISTER
ADDRESS REDACTED

STEVE ZANGMEISTER
ADDRESS REDACTED

STEVEN  FINKELSTEIN
ADDRESS REDACTED

STEVEN  HAGINOCOLAS
ADDRESS REDACTED

STEVEN  ROBINSON
ADDRESS REDACTED

STEVEN & VERONICA WONG
ADDRESS REDACTED

STEVEN ACHILLE & HEIDI ACHILLE
ADDRESS REDACTED

STEVEN AMARAL
ADDRESS REDACTED

STEVEN ARMANN
ADDRESS REDACTED

| | | |
|---|---|---|
| STEVEN ARMEMTROUT<br>ADDRESS REDACTED | STEVEN BALAWAJDER<br>ADDRESS REDACTED | STEVEN BLAKE<br>ADDRESS REDACTED |
| STEVEN BREECH<br>ADDRESS REDACTED | STEVEN BYLKAS<br>ADDRESS REDACTED | STEVEN C CASEY<br>ADDRESS REDACTED |
| STEVEN C ECKLES<br>ADDRESS REDACTED | STEVEN CLUTTER<br>ADDRESS REDACTED | STEVEN COSENTINO<br>ADDRESS REDACTED |
| STEVEN COWELL<br>ADDRESS REDACTED | STEVEN CRESTA<br>ADDRESS REDACTED | STEVEN DEAL<br>ADDRESS REDACTED |
| STEVEN DECKELBAUM<br>ADDRESS REDACTED | STEVEN E HUCHINSON<br>ADDRESS REDACTED | STEVEN F PASKI<br>ADDRESS REDACTED |
| STEVEN GIBBONS<br>ADDRESS REDACTED | STEVEN HABIGER<br>ADDRESS REDACTED | STEVEN HAGINICOLAS<br>ADDRESS REDACTED |
| STEVEN HAGINOCOLAS<br>ADDRESS REDACTED | STEVEN HILL<br>ADDRESS REDACTED | STEVEN HINNANT<br>ADDRESS REDACTED |
| STEVEN HOUSER<br>ADDRESS REDACTED | STEVEN J VOS<br>ADDRESS REDACTED | STEVEN KING<br>ADDRESS REDACTED |
| STEVEN L CORRAL<br>ADDRESS REDACTED | STEVEN LOWERY<br>ADDRESS REDACTED | STEVEN MERJIL<br>ADDRESS REDACTED |
| STEVEN MIGRIDICHIAN<br>ADDRESS REDACTED | STEVEN MULDER<br>ADDRESS REDACTED | STEVEN PAVONE<br>ADDRESS REDACTED |
| STEVEN PECK<br>ADDRESS REDACTED | STEVEN PEKOFSKY<br>ADDRESS REDACTED | STEVEN RIVERA<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| STEVEN ROSTOMILY<br>ADDRESS REDACTED | STEVEN RUIZ<br>ADDRESS REDACTED | STEVEN SAVILLE<br>ADDRESS REDACTED |
| STEVEN SCHOFEILD<br>ADDRESS REDACTED | STEVEN SILVA<br>ADDRESS REDACTED | STEVEN SMITH<br>ADDRESS REDACTED |
| STEVEN STEWART<br>ADDRESS REDACTED | STEVEN SWARTOUT<br>ADDRESS REDACTED | STEVEN THOMAS<br>ADDRESS REDACTED |
| STEVEN WINKEL<br>ADDRESS REDACTED | STEVEN WUNDERLICH<br>ADDRESS REDACTED | STEVEN ZANGMEISTER<br>ADDRESS REDACTED |
| STEVEN978374 HAGINICOLAS<br>ADDRESS REDACTED | STEWART H GANT<br>ADDRESS REDACTED | STEWART STEELE<br>ADDRESS REDACTED |
| STONIA MUNIZ<br>ADDRESS REDACTED | STUART BARGERY<br>ADDRESS REDACTED | STUART MADDEN<br>ADDRESS REDACTED |
| STUART MCHUGH<br>ADDRESS REDACTED | STUART MECK<br>ADDRESS REDACTED | STUART YOUNG<br>ADDRESS REDACTED |
| SU T. NGYEN<br>ADDRESS REDACTED | SUBEDETU PRAIMAH<br>ADDRESS REDACTED | SUBHASH SHANDRA<br>ADDRESS REDACTED |
| SUBRAHMANYAM MAMIDANNA<br>ADDRESS REDACTED | SUBRAMANIAN K TIRUCHIAPALLI<br>ADDRESS REDACTED | SUCHA S HOONJHAN<br>ADDRESS REDACTED |
| SUE & WILLIAM NYE<br>ADDRESS REDACTED | SUE A ROSE<br>ADDRESS REDACTED | SUE BRINKS<br>ADDRESS REDACTED |
| SUE KOCHHAR<br>ADDRESS REDACTED | SUE MARTINEZ<br>ADDRESS REDACTED | SUE MATTINGLY<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| SUE WHITE<br>ADDRESS REDACTED | SUEN MILLER<br>ADDRESS REDACTED | SUGHRA SALEEM<br>ADDRESS REDACTED |
| SUJIN LEE<br>ADDRESS REDACTED | SUKHBIR KAUR<br>ADDRESS REDACTED | SUKHEE JUNG<br>ADDRESS REDACTED |
| SUKHEE JUNG<br>ADDRESS REDACTED | SUKHTREET WADYAL<br>ADDRESS REDACTED | SUM TALAB<br>ADDRESS REDACTED |
| SUMAN LAL<br>ADDRESS REDACTED | SUMIKO SUYEYASU<br>ADDRESS REDACTED | SUMIL PRASAD<br>ADDRESS REDACTED |
| SUN HEE JUNG<br>ADDRESS REDACTED | SUN T CHOE<br>ADDRESS REDACTED | SUN TUN<br>ADDRESS REDACTED |
| SUNDAY LEWIS<br>ADDRESS REDACTED | SUNDAY TIRIO<br>ADDRESS REDACTED | SUNDEEP BAJWA<br>ADDRESS REDACTED |
| SUNG CHAN DUONG<br>ADDRESS REDACTED | SUNG YOO<br>ADDRESS REDACTED | SUNIL BUTT<br>ADDRESS REDACTED |
| SUNNY WELMAS<br>ADDRESS REDACTED | SUNRISE RESIDENTIAL<br>ADDRESS REDACTED | SUNRISE RESIDENTIAL<br>ADDRESS REDACTED |
| SUNRISE RESIDENTIAL<br>ADDRESS REDACTED | SUNRISE RESIDENTIAL<br>ADDRESS REDACTED | SUNSHINE MAY<br>ADDRESS REDACTED |
| SURENDRA CHAND<br>ADDRESS REDACTED | SURESH PATEL<br>ADDRESS REDACTED | SURHA WARREN<br>ADDRESS REDACTED |
| SURIAYA AKHPAR<br>ADDRESS REDACTED | SURINA GOMEZ<br>ADDRESS REDACTED | SURJEET BASSI<br>ADDRESS REDACTED |

SURJIT CHOHAN
ADDRESS REDACTED

SURSH BABU
ADDRESS REDACTED

SUSAKO CASTRO
ADDRESS REDACTED

SUSAN ANDERSON
ADDRESS REDACTED

SUSAN CACHU
ADDRESS REDACTED

SUSAN COLCORD
ADDRESS REDACTED

SUSAN COLCORD
ADDRESS REDACTED

SUSAN COLCORD
ADDRESS REDACTED

SUSAN COLLISON
ADDRESS REDACTED

SUSAN DECKER
ADDRESS REDACTED

SUSAN GARCIA
ADDRESS REDACTED

SUSAN GEORGE
ADDRESS REDACTED

SUSAN GUY
ADDRESS REDACTED

SUSAN HEINITZ
ADDRESS REDACTED

SUSAN HERNANDEZ
ADDRESS REDACTED

SUSAN HOLLON
ADDRESS REDACTED

SUSAN HUES
ADDRESS REDACTED

SUSAN KIMURA
ADDRESS REDACTED

SUSAN LARSON
ADDRESS REDACTED

SUSAN LEFKOWICH
ADDRESS REDACTED

SUSAN M BURKE
ADDRESS REDACTED

SUSAN MAES
ADDRESS REDACTED

SUSAN MARTIN
ADDRESS REDACTED

SUSAN MCDONALD
ADDRESS REDACTED

SUSAN MOSER
ADDRESS REDACTED

SUSAN NATAC
ADDRESS REDACTED

SUSAN NIELSON
ADDRESS REDACTED

SUSAN PARKER
ADDRESS REDACTED

SUSAN PONCINO
ADDRESS REDACTED

SUSAN R JONES
ADDRESS REDACTED

SUSAN RAIMONDI
ADDRESS REDACTED

SUSAN RISTAD
ADDRESS REDACTED

SUSAN ROCHA
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SUSAN ROMERO<br>ADDRESS REDACTED | SUSAN SALAZAR<br>ADDRESS REDACTED | SUSAN SHESTEL<br>ADDRESS REDACTED |
| SUSAN STOCKSTILL<br>ADDRESS REDACTED | SUSAN TASTIKA<br>ADDRESS REDACTED | SUSAN TEVES<br>ADDRESS REDACTED |
| SUSAN TODD<br>ADDRESS REDACTED | SUSAN VANHOUTEN<br>ADDRESS REDACTED | SUSAN WAGONER<br>ADDRESS REDACTED |
| SUSAN WINCHESTER<br>ADDRESS REDACTED | SUSANA ANGELE<br>ADDRESS REDACTED | SUSANA CASTILLO<br>ADDRESS REDACTED |
| SUSANA SALTO<br>ADDRESS REDACTED | SUSANNA HARTSTROM<br>ADDRESS REDACTED | SUSANNA REYES<br>ADDRESS REDACTED |
| SUSANNE KILLING<br>ADDRESS REDACTED | SUSANNE PERKINS<br>ADDRESS REDACTED | SUSIE H JACKSON<br>ADDRESS REDACTED |
| SUTANYA HUCKABY<br>ADDRESS REDACTED | SUZANNA REISS-KONCAR<br>ADDRESS REDACTED | SUZANNE ARIMOTO<br>ADDRESS REDACTED |
| SUZANNE CHELAR<br>ADDRESS REDACTED | SUZANNE DUCHHOLZ<br>ADDRESS REDACTED | SUZANNE LABARE<br>ADDRESS REDACTED |
| SUZANNE RITTER<br>ADDRESS REDACTED | SUZANNE SIEBERT<br>ADDRESS REDACTED | SUZANNE SLOANE<br>ADDRESS REDACTED |
| SUZETTE GALKA<br>ADDRESS REDACTED | SUZETTE MEREDITH<br>ADDRESS REDACTED | SUZETTE PULTER<br>ADDRESS REDACTED |
| SUZI SAMOWSKI<br>ADDRESS REDACTED | SUZY YU<br>ADDRESS REDACTED | SUZZETTEE LAWSON<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| SVETLANA MALANCIUC<br>ADDRESS REDACTED | SWARANJIT MOM<br>ADDRESS REDACTED | SWINDER BAL<br>ADDRESS REDACTED |
| SYDNEY BROWNING<br>ADDRESS REDACTED | SYDNEY SCHMIDT<br>ADDRESS REDACTED | SYDNEY VANSCYOC<br>ADDRESS REDACTED |
| SYED SHAH<br>ADDRESS REDACTED | SYLVANA COOPER<br>ADDRESS REDACTED | SYLVESTER RUTLEDGE<br>ADDRESS REDACTED |
| SYLVIA  BRANBENBURG<br>ADDRESS REDACTED | SYLVIA BARRIENTOS<br>ADDRESS REDACTED | SYLVIA CRUZ<br>ADDRESS REDACTED |
| SYLVIA ENGLAND<br>ADDRESS REDACTED | SYLVIA FARRAR<br>ADDRESS REDACTED | SYLVIA GACIA<br>ADDRESS REDACTED |
| SYLVIA J RAY<br>ADDRESS REDACTED | SYLVIA JULIA BRAVO CARTER<br>ADDRESS REDACTED | SYLVIA LOMAX<br>ADDRESS REDACTED |
| SYLVIA MUNGUIA & MARIO BARBOZA<br>ADDRESS REDACTED | SYLVIA SANTOSO<br>ADDRESS REDACTED | SYLVIA SOLORIO<br>ADDRESS REDACTED |
| SYLVIA STANGER<br>ADDRESS REDACTED | SYNTHIA TORRES<br>ADDRESS REDACTED | T.G. PHUVANATNARANUBALA<br>ADDRESS REDACTED |
| T: RUSSELL CAUSEY<br>ADDRESS REDACTED | TABBY KHAN<br>ADDRESS REDACTED | TABITHA WHITE<br>ADDRESS REDACTED |
| TACIANA PEREIRA<br>ADDRESS REDACTED | TACITA ACLAN EULOGIO ACLAN<br>ADDRESS REDACTED | TADD MORRIS<br>ADDRESS REDACTED |
| TADEUSZ KOTOWSKI<br>ADDRESS REDACTED | TAESHONNA  THOMPSON<br>ADDRESS REDACTED | TAGRID BASILL<br>ADDRESS REDACTED |

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| TAI LOCK<br>ADDRESS REDACTED | TAI LY<br>ADDRESS REDACTED | TAKEERA BRANCH<br>ADDRESS REDACTED |
| TAKEO SAKAN<br>ADDRESS REDACTED | TAKIRIA BRITTINGHAM<br>ADDRESS REDACTED | TAKSHILA SARNA<br>ADDRESS REDACTED |
| TAM SEVERSON<br>ADDRESS REDACTED | TAMAIRA BUTLER<br>ADDRESS REDACTED | TAMAR CARSON<br>ADDRESS REDACTED |
| TAMARA BALDWIN<br>ADDRESS REDACTED | TAMARA D. PAYNE<br>ADDRESS REDACTED | TAMARA H. SMITS<br>ADDRESS REDACTED |
| TAMARA J. WEESAW<br>ADDRESS REDACTED | TAMEKA DAVIS<br>ADDRESS REDACTED | TAMES LIU<br>ADDRESS REDACTED |
| TAMI BOOGAARD<br>ADDRESS REDACTED | TAMI ENTES<br>ADDRESS REDACTED | TAMI MARTINEZ<br>ADDRESS REDACTED |
| TAMIESHA N LAWRENCE<br>ADDRESS REDACTED | TAMIKA BAILEY<br>ADDRESS REDACTED | TAMIKA LEWIS<br>ADDRESS REDACTED |
| TAMIKA STEWART<br>ADDRESS REDACTED | TAMLYN BRIGHT<br>ADDRESS REDACTED | TAMMIE MCKEE<br>ADDRESS REDACTED |
| TAMMY BENSINGER<br>ADDRESS REDACTED | TAMMY BIRD<br>ADDRESS REDACTED | TAMMY CROWDER<br>ADDRESS REDACTED |
| TAMMY JOHNSON<br>ADDRESS REDACTED | TAMMY KUIPERS<br>ADDRESS REDACTED | TAMMY MILLWORD<br>ADDRESS REDACTED |
| TAMMY RAMSEY<br>ADDRESS REDACTED | TAMMY RICHARDS<br>ADDRESS REDACTED | TAMMY VETRINI<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| TANE PINES<br>ADDRESS REDACTED | TANEEKA SMITH<br>ADDRESS REDACTED | TANG CHEN<br>ADDRESS REDACTED |
| TANIA AVILA<br>ADDRESS REDACTED | TANIA DISCIULLO<br>ADDRESS REDACTED | TANIA GUIDO<br>ADDRESS REDACTED |
| TANIABELL CALDERON<br>ADDRESS REDACTED | TANISHA TRICE<br>ADDRESS REDACTED | TANNER STUMPF<br>ADDRESS REDACTED |
| TANVIR HUSSAIN<br>ADDRESS REDACTED | TANYA NIEVES<br>ADDRESS REDACTED | TANYA SCHRUM<br>ADDRESS REDACTED |
| TAO WU<br>ADDRESS REDACTED | TARA DYNES<br>ADDRESS REDACTED | TARA HOLDEN<br>ADDRESS REDACTED |
| TARA PIERRE<br>ADDRESS REDACTED | TARA R WITTROCK<br>ADDRESS REDACTED | TARA TUTTLE<br>ADDRESS REDACTED |
| TARIQ MEHMOOD<br>ADDRESS REDACTED | TARUN PATEL<br>ADDRESS REDACTED | TASHANA BULLOCK<br>ADDRESS REDACTED |
| TATA ANDERSON<br>ADDRESS REDACTED | TA-TANISHA ROBINSON<br>ADDRESS REDACTED | TATIANA VOVK<br>ADDRESS REDACTED |
| TAUNYA PELLUM<br>ADDRESS REDACTED | TAURICA WALLACE<br>ADDRESS REDACTED | TAYLOR COLAPRET<br>ADDRESS REDACTED |
| TC MAURICE HILLERY<br>ADDRESS REDACTED | TEBORAH NICKERSON<br>ADDRESS REDACTED | TED COOPERMAN<br>ADDRESS REDACTED |
| TED KAROUSOS<br>ADDRESS REDACTED | TED STOCCHIERO<br>ADDRESS REDACTED | TED TSUJIMOTO<br>ADDRESS REDACTED |

TED UIBEL
ADDRESS REDACTED

TEDDY SAKELLARIS
ADDRESS REDACTED

TEFA GHATAS
ADDRESS REDACTED

TEHSEEN NAQVI
ADDRESS REDACTED

TEJINDEO VASISHTA
ADDRESS REDACTED

TELESIA SALT
ADDRESS REDACTED

TEODOR PETRUTIU
ADDRESS REDACTED

TEODORO FREITAS
ADDRESS REDACTED

TEP SOMBATPANIT
ADDRESS REDACTED

TERASA BARRAGAN
ADDRESS REDACTED

TERENCE HOULIHAN
ADDRESS REDACTED

TERESA A KEITH-TORRES
ADDRESS REDACTED

TERESA BARTEL
ADDRESS REDACTED

TERESA CASILLAS
ADDRESS REDACTED

TERESA COOPER
ADDRESS REDACTED

TERESA DIAZ
ADDRESS REDACTED

TERESA GUZMAN
ADDRESS REDACTED

TERESA MAGDAMO
ADDRESS REDACTED

TERESA MENDOZA
ADDRESS REDACTED

TERESA MEREDITH
ADDRESS REDACTED

TERESA MILLS
ADDRESS REDACTED

TERESA MORANCHEL
ADDRESS REDACTED

TERESA NEWTON
ADDRESS REDACTED

TERESA S CARRILLO
ADDRESS REDACTED

TERESA ST. JOHN
ADDRESS REDACTED

TERESA STEVENSON
ADDRESS REDACTED

TERESA THOMAS
ADDRESS REDACTED

TERESA VALENCIA
ADDRESS REDACTED

TERI BARBER
ADDRESS REDACTED

TERI DELANEY
ADDRESS REDACTED

TERI FORESTER
ADDRESS REDACTED

TERONA KILLINGBECK
ADDRESS REDACTED

TERRANCE FORTNEY
ADDRESS REDACTED

| | | |
|---|---|---|
| TERRANCE TAYLOR<br>ADDRESS REDACTED | TERRELL JOHNSON<br>ADDRESS REDACTED | TERRENCE DRACE<br>ADDRESS REDACTED |
| TERRENCE NG<br>ADDRESS REDACTED | TERRI A SARGEANT<br>ADDRESS REDACTED | TERRI BASHI<br>ADDRESS REDACTED |
| TERRI L CRAWFORD<br>ADDRESS REDACTED | TERRI PAFFADORE<br>ADDRESS REDACTED | TERRI RYAN<br>ADDRESS REDACTED |
| TERRIE GREEN<br>ADDRESS REDACTED | TERRY A BROAD<br>ADDRESS REDACTED | TERRY ANDREWS<br>ADDRESS REDACTED |
| TERRY CAIN<br>ADDRESS REDACTED | TERRY CORIO<br>ADDRESS REDACTED | TERRY CORIO<br>ADDRESS REDACTED |
| TERRY DASPIT<br>ADDRESS REDACTED | TERRY DRIVER<br>ADDRESS REDACTED | TERRY EMMETT<br>ADDRESS REDACTED |
| TERRY GALEY<br>ADDRESS REDACTED | TERRY L MCCONNELL<br>ADDRESS REDACTED | TERRY LAPORTE<br>ADDRESS REDACTED |
| TERRY LOEWENBERG<br>ADDRESS REDACTED | TERRY PAGNIELLO<br>ADDRESS REDACTED | TERRY POWELL<br>ADDRESS REDACTED |
| TERRY R DINTELMAN<br>ADDRESS REDACTED | TERRY REMINGA<br>ADDRESS REDACTED | TERRY SCHUMACHER<br>ADDRESS REDACTED |
| TERRY T. SUJITANI<br>ADDRESS REDACTED | TERYLYNN COOK<br>ADDRESS REDACTED | TERYLYNN COOK<br>ADDRESS REDACTED |
| TESSA CLAY<br>ADDRESS REDACTED | TESSA MUNSON<br>ADDRESS REDACTED | TEVITA FATAI<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| TEX STANFILL<br>ADDRESS REDACTED | TEXANITA BLUITT<br>ADDRESS REDACTED | THA VAN<br>ADDRESS REDACTED |
| THAD TIRRELL<br>ADDRESS REDACTED | THAEER MIZHER<br>ADDRESS REDACTED | THANAH TRAN<br>ADDRESS REDACTED |
| THANG BUI<br>ADDRESS REDACTED | THASH DOAN<br>ADDRESS REDACTED | THEARESA MINIX<br>ADDRESS REDACTED |
| THEBIA RICHARDSON<br>ADDRESS REDACTED | THELMA BECKER<br>ADDRESS REDACTED | THELMA DIAZ<br>ADDRESS REDACTED |
| THELMA FRANCO<br>ADDRESS REDACTED | THELMA LAWSON<br>ADDRESS REDACTED | THELMA RUSSELL<br>ADDRESS REDACTED |
| THELMA VICTORIA<br>ADDRESS REDACTED | THEODORE ALEXANDROU<br>ADDRESS REDACTED | THEODORE WOJTAS<br>ADDRESS REDACTED |
| THEOLYN GARDINER<br>ADDRESS REDACTED | THEORA STELLINI<br>ADDRESS REDACTED | THERES MCKEE-HUNGATE<br>ADDRESS REDACTED |
| THERESA A. VANHOOFE<br>ADDRESS REDACTED | THERESA ALDERETE<br>ADDRESS REDACTED | THERESA ARMENTROUT<br>ADDRESS REDACTED |
| THERESA C. STEVENSON<br>ADDRESS REDACTED | THERESA CARRASQUILLO<br>ADDRESS REDACTED | THERESA D. ARMADA<br>ADDRESS REDACTED |
| THERESA DUBOSE<br>ADDRESS REDACTED | THERESA EAVER<br>ADDRESS REDACTED | THERESA GIBSON<br>ADDRESS REDACTED |
| THERESA LEWIS<br>ADDRESS REDACTED | THERESA MADERA<br>ADDRESS REDACTED | THERESA SAVAGE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| THERESE A WALTER<br>ADDRESS REDACTED | THERESE BETTENCOURT<br>ADDRESS REDACTED | THIL NORTE<br>ADDRESS REDACTED |
| THINH LY<br>ADDRESS REDACTED | THOA NGUYEN<br>ADDRESS REDACTED | THOMAS AKONNER<br>ADDRESS REDACTED |
| THOMAS ALFIERI<br>ADDRESS REDACTED | THOMAS BATES<br>ADDRESS REDACTED | THOMAS BIGLEY<br>ADDRESS REDACTED |
| THOMAS BONDI<br>ADDRESS REDACTED | THOMAS BREWIS<br>ADDRESS REDACTED | THOMAS BURGUS<br>ADDRESS REDACTED |
| THOMAS BURTON<br>ADDRESS REDACTED | THOMAS C. CALDWELL<br>ADDRESS REDACTED | THOMAS C. READ<br>ADDRESS REDACTED |
| THOMAS CARTER<br>ADDRESS REDACTED | THOMAS CASEY<br>ADDRESS REDACTED | THOMAS CHANCELLOR<br>ADDRESS REDACTED |
| THOMAS CICARELLI<br>ADDRESS REDACTED | THOMAS D O'BRIEN<br>ADDRESS REDACTED | THOMAS DANBERY<br>ADDRESS REDACTED |
| THOMAS DAVIDS<br>ADDRESS REDACTED | THOMAS DORSEY<br>ADDRESS REDACTED | THOMAS DUNCAN<br>ADDRESS REDACTED |
| THOMAS EATON<br>ADDRESS REDACTED | THOMAS EPPF<br>ADDRESS REDACTED | THOMAS EVANS<br>ADDRESS REDACTED |
| THOMAS F. SWIEIERSKI<br>ADDRESS REDACTED | THOMAS FELLOWS<br>ADDRESS REDACTED | THOMAS FIFIELD<br>ADDRESS REDACTED |
| THOMAS FRINCKE<br>ADDRESS REDACTED | THOMAS GABRIELLE<br>ADDRESS REDACTED | THOMAS GARDNER<br>ADDRESS REDACTED |

THOMAS GAYNOR
ADDRESS REDACTED

THOMAS GEAGAN
ADDRESS REDACTED

THOMAS GILBERT
ADDRESS REDACTED

THOMAS GMUER
ADDRESS REDACTED

THOMAS GOODWIN
ADDRESS REDACTED

THOMAS HAN
ADDRESS REDACTED

THOMAS HOM
ADDRESS REDACTED

THOMAS J JOSEPH
ADDRESS REDACTED

THOMAS J KERN
ADDRESS REDACTED

THOMAS KOCHIE
ADDRESS REDACTED

THOMAS KRAUSS RODICKA KRAUSS
ADDRESS REDACTED

THOMAS LEE
ADDRESS REDACTED

THOMAS LEITE
ADDRESS REDACTED

THOMAS MARSMAN
ADDRESS REDACTED

THOMAS MCARDLE
ADDRESS REDACTED

THOMAS MCCUSKER
ADDRESS REDACTED

THOMAS MCLOUGHLIN
ADDRESS REDACTED

THOMAS N HOOD
ADDRESS REDACTED

THOMAS PEARLMAN
ADDRESS REDACTED

THOMAS PEARLMAN
ADDRESS REDACTED

THOMAS PETERSON
ADDRESS REDACTED

THOMAS PHELAN
ADDRESS REDACTED

THOMAS PHILIP
ADDRESS REDACTED

THOMAS PRESTI
ADDRESS REDACTED

THOMAS R HAYES
ADDRESS REDACTED

THOMAS RAMSEY
ADDRESS REDACTED

THOMAS ROE
ADDRESS REDACTED

THOMAS RUSSELL
ADDRESS REDACTED

THOMAS RYAN
ADDRESS REDACTED

THOMAS S VIGRAN
ADDRESS REDACTED

THOMAS S. KYONO
ADDRESS REDACTED

THOMAS SCHWARZ
ADDRESS REDACTED

THOMAS SCIALABBA
ADDRESS REDACTED

| | | |
|---|---|---|
| THOMAS SMITH<br>ADDRESS REDACTED | THOMAS SPELDE<br>ADDRESS REDACTED | THOMAS STEVENS<br>ADDRESS REDACTED |
| THOMAS SUJO<br>ADDRESS REDACTED | THOMAS SWYERS<br>ADDRESS REDACTED | THOMAS THROCKMORTON<br>ADDRESS REDACTED |
| THOMAS TOTZKE<br>ADDRESS REDACTED | THOMAS TURNER<br>ADDRESS REDACTED | THOMAS TURNIPSEED<br>ADDRESS REDACTED |
| THOMAS V. PUGMIRE<br>ADDRESS REDACTED | THOMAS VALLE<br>ADDRESS REDACTED | THOMAS VANE<br>ADDRESS REDACTED |
| THOMAS VOLPE<br>ADDRESS REDACTED | THOMAS WALTON<br>ADDRESS REDACTED | THOMAS WERNER<br>ADDRESS REDACTED |
| THOMAS WILLIAMS<br>ADDRESS REDACTED | THOMAS WRIGHT<br>ADDRESS REDACTED | THOMAS ZIEGLER<br>ADDRESS REDACTED |
| THONY LUCERO<br>ADDRESS REDACTED | THRISTIAN TENA<br>ADDRESS REDACTED | THU NGUYEN<br>ADDRESS REDACTED |
| THU PHAM<br>ADDRESS REDACTED | THUAN NGUYEN<br>ADDRESS REDACTED | THURSTON BERSHELL<br>ADDRESS REDACTED |
| THUVAN HOANG<br>ADDRESS REDACTED | THUY DAO<br>ADDRESS REDACTED | TIA BOUN<br>ADDRESS REDACTED |
| TIA CHI<br>ADDRESS REDACTED | TIA PACHUILO<br>ADDRESS REDACTED | TIANYU LIU<br>ADDRESS REDACTED |
| TICHINA ANDERSON<br>ADDRESS REDACTED | TIFANIE RUIZ<br>ADDRESS REDACTED | TIFFANY D. FRANKLIN<br>ADDRESS REDACTED |

TIFFANY DEVILLE
ADDRESS REDACTED

TIFFANY FRIDY
ADDRESS REDACTED

TIFFANY MARSHALL
ADDRESS REDACTED

TIJUANA A WRIGHT
ADDRESS REDACTED

TILAR ROSALES
ADDRESS REDACTED

TILLIE MORALES
ADDRESS REDACTED

TILLIE STEARNS
ADDRESS REDACTED

TIM  MIKOLAJCZYK
ADDRESS REDACTED

TIM ANKCORN
ADDRESS REDACTED

TIM BERG
ADDRESS REDACTED

TIM DELTE
ADDRESS REDACTED

TIM GERIGK
ADDRESS REDACTED

TIM GORDON
ADDRESS REDACTED

TIM HALL
ADDRESS REDACTED

TIM J MAHER
ADDRESS REDACTED

TIM JACKSON
ADDRESS REDACTED

TIM JASTER
ADDRESS REDACTED

TIM JOHN GIBSON
ADDRESS REDACTED

TIM KUTZ
ADDRESS REDACTED

TIM LIN
ADDRESS REDACTED

TIM MCCORMICK
ADDRESS REDACTED

TIM MEDINA
ADDRESS REDACTED

TIM MOORMAN
ADDRESS REDACTED

TIM ROBINSON
ADDRESS REDACTED

TIM SANDQUIST
ADDRESS REDACTED

TIM SUBLETT
ADDRESS REDACTED

TIM WEAVER
ADDRESS REDACTED

TIM WEBER
ADDRESS REDACTED

TIM WHITE
ADDRESS REDACTED

TIMO KOPTE
ADDRESS REDACTED

TIMOTHEA WUNG, & JOVENTINO WUNG
ADDRESS REDACTED

TIMOTHY  BUDZOL
ADDRESS REDACTED

TIMOTHY  COSTIGAN
ADDRESS REDACTED

Served 5/22/2014

| | | |
|---|---|---|
| TIMOTHY BAY<br>ADDRESS REDACTED | TIMOTHY COSGRAVE<br>ADDRESS REDACTED | TIMOTHY ECKELBARGER<br>ADDRESS REDACTED |
| TIMOTHY HERSEY<br>ADDRESS REDACTED | TIMOTHY JOHN WHITE<br>ADDRESS REDACTED | TIMOTHY KEON<br>ADDRESS REDACTED |
| TIMOTHY LAWSON<br>ADDRESS REDACTED | TIMOTHY LIGHT<br>ADDRESS REDACTED | TIMOTHY LILLIS<br>ADDRESS REDACTED |
| TIMOTHY M UPHAUS<br>ADDRESS REDACTED | TIMOTHY MORRILL<br>ADDRESS REDACTED | TIMOTHY PUNG<br>ADDRESS REDACTED |
| TIMOTHY RICE<br>ADDRESS REDACTED | TIMOTHY SHEERER<br>ADDRESS REDACTED | TIMOTHY SMITH<br>ADDRESS REDACTED |
| TIMOTHY ULMER<br>ADDRESS REDACTED | TIMOTHY VETTEL<br>ADDRESS REDACTED | TIMOTHY ZOZ<br>ADDRESS REDACTED |
| TINA ARROYO<br>ADDRESS REDACTED | TINA BROOKS<br>ADDRESS REDACTED | TINA L. KANADY<br>ADDRESS REDACTED |
| TINA LAPERLE<br>ADDRESS REDACTED | TINA READ<br>ADDRESS REDACTED | TINA REED<br>ADDRESS REDACTED |
| TINA SKELTON<br>ADDRESS REDACTED | TINA VANDENBURG<br>ADDRESS REDACTED | TINA ZOU<br>ADDRESS REDACTED |
| TISHA RUIZ<br>ADDRESS REDACTED | TISHIA JACKSON<br>ADDRESS REDACTED | TISSA JAYAWARBANA<br>ADDRESS REDACTED |
| TITO  LANTANO<br>ADDRESS REDACTED | TJ GONDEK<br>ADDRESS REDACTED | TJ HESTAND<br>ADDRESS REDACTED |

TOAN LE
ADDRESS REDACTED

TOBIAS EBISIKE
ADDRESS REDACTED

TOD ENGLISH
ADDRESS REDACTED

TOD WINKLE
ADDRESS REDACTED

TODD ALLEE
ADDRESS REDACTED

TODD BREWSTER
ADDRESS REDACTED

TODD DEVOOGD
ADDRESS REDACTED

TODD DILDY
ADDRESS REDACTED

TODD FELLHAUER
ADDRESS REDACTED

TODD GABEL
ADDRESS REDACTED

TODD LEACH
ADDRESS REDACTED

TODD MEYER
ADDRESS REDACTED

TODD NITZ
ADDRESS REDACTED

TODD NORD
ADDRESS REDACTED

TODD VOLTON
ADDRESS REDACTED

TODD WAWEE
ADDRESS REDACTED

TOM  BACON
ADDRESS REDACTED

TOM  BERRY
ADDRESS REDACTED

TOM  TAYLOR
ADDRESS REDACTED

TOM BALLARD
ADDRESS REDACTED

TOM BOLDWIN
ADDRESS REDACTED

TOM BUCHAS
ADDRESS REDACTED

TOM C. BUCKNER
ADDRESS REDACTED

TOM DO
ADDRESS REDACTED

TOM DOWNES
ADDRESS REDACTED

TOM FERREL
ADDRESS REDACTED

TOM FOOTE
ADDRESS REDACTED

TOM FOX
ADDRESS REDACTED

TOM FUJISHIN
ADDRESS REDACTED

TOM GANNON
ADDRESS REDACTED

TOM GIBADLO
ADDRESS REDACTED

TOM HEIN & SHERRY BAKER
ADDRESS REDACTED

TOM HILLAR
ADDRESS REDACTED

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| TOM HOWARD<br>ADDRESS REDACTED | TOM LEE<br>ADDRESS REDACTED | TOM LOCOCO<br>ADDRESS REDACTED |
| TOM M. BRAY<br>ADDRESS REDACTED | TOM MADIGAN<br>ADDRESS REDACTED | TOM MARCOTTE<br>ADDRESS REDACTED |
| TOM MASNSGEHETTI<br>ADDRESS REDACTED | TOM MICHALAK<br>ADDRESS REDACTED | TOM NOWATZKE<br>ADDRESS REDACTED |
| TOM OAKLEY<br>ADDRESS REDACTED | TOM OSBORNE<br>ADDRESS REDACTED | TOM RODRIGUEZ<br>ADDRESS REDACTED |
| TOM ROYER<br>ADDRESS REDACTED | TOM ROYER<br>ADDRESS REDACTED | TOM SCHIAN<br>ADDRESS REDACTED |
| TOM SEVEN<br>ADDRESS REDACTED | TOM SEVEN<br>ADDRESS REDACTED | TOM SPEGAR<br>ADDRESS REDACTED |
| TOM STEHOUWER<br>ADDRESS REDACTED | TOM STUIT<br>ADDRESS REDACTED | TOM TAIT<br>ADDRESS REDACTED |
| TOM WELLINGHOFF<br>ADDRESS REDACTED | TOM YEUNG<br>ADDRESS REDACTED | TOM ZHENG<br>ADDRESS REDACTED |
| TOM ZHENG<br>ADDRESS REDACTED | TOMAS LEDESMA<br>ADDRESS REDACTED | TOMAS VELLA<br>ADDRESS REDACTED |
| TOMASA GAMEZ<br>ADDRESS REDACTED | TOMASINA BOWERMAN<br>ADDRESS REDACTED | TOMATHIAS HODGES<br>ADDRESS REDACTED |
| TOMMIE BRUMMITT<br>ADDRESS REDACTED | TOMMIE PARTEE<br>ADDRESS REDACTED | TOMMY A KOPP<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| TOMMY HO<br>ADDRESS REDACTED | TOMMY JADAN<br>ADDRESS REDACTED | TOMMY W  CAINE<br>ADDRESS REDACTED |
| TON CHANTHAKHAR<br>ADDRESS REDACTED | TONI BREDEWEG<br>ADDRESS REDACTED | TONI CARLTON<br>ADDRESS REDACTED |
| TONI COLLINS<br>ADDRESS REDACTED | TONI COTOPOLIS<br>ADDRESS REDACTED | TONI DANGERFIELD<br>ADDRESS REDACTED |
| TONI FOSARO<br>ADDRESS REDACTED | TONI HOLM<br>ADDRESS REDACTED | TONI WELCH<br>ADDRESS REDACTED |
| TONY AGOSTINO<br>ADDRESS REDACTED | TONY AMGAD<br>ADDRESS REDACTED | TONY ATTARDO<br>ADDRESS REDACTED |
| TONY BEAVERT HEATHER BEAVERT<br>ADDRESS REDACTED | TONY CANZANO<br>ADDRESS REDACTED | TONY CASTILLO<br>ADDRESS REDACTED |
| TONY DIGOLAMO<br>ADDRESS REDACTED | TONY FATIGATE<br>ADDRESS REDACTED | TONY FERREIRA<br>ADDRESS REDACTED |
| TONY FREEMAN<br>ADDRESS REDACTED | TONY GLUCH<br>ADDRESS REDACTED | TONY GRASSI<br>ADDRESS REDACTED |
| TONY HUYNH<br>ADDRESS REDACTED | TONY J.  TATIA<br>ADDRESS REDACTED | TONY KING<br>ADDRESS REDACTED |
| TONY LIANG<br>ADDRESS REDACTED | TONY LIANG<br>ADDRESS REDACTED | TONY LIANG<br>ADDRESS REDACTED |
| TONY OBRIEN<br>ADDRESS REDACTED | TONY PERRY<br>ADDRESS REDACTED | TONY QUARRY<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| TONY SANCHEZ<br>ADDRESS REDACTED | TONY SCALISE<br>ADDRESS REDACTED | TONY SCOTTO<br>ADDRESS REDACTED |
| TONY VERDILE<br>ADDRESS REDACTED | TONY XIE<br>ADDRESS REDACTED | TONYA LARSHIN<br>ADDRESS REDACTED |
| TONYA MOORING<br>ADDRESS REDACTED | TONYA TRULL<br>ADDRESS REDACTED | TORI MCAURTHER<br>ADDRESS REDACTED |
| TORREY BROWN<br>ADDRESS REDACTED | TOSCHIO SHIOZAKI<br>ADDRESS REDACTED | TOSHIKO EHARA<br>ADDRESS REDACTED |
| TOYA COOPER<br>ADDRESS REDACTED | TRACI GARDNER<br>ADDRESS REDACTED | TRACIA SHERMAN<br>ADDRESS REDACTED |
| TRACY ARMARANTE<br>ADDRESS REDACTED | TRACY BOWDEN<br>ADDRESS REDACTED | TRACY CARLSON<br>ADDRESS REDACTED |
| TRACY CRABTREE<br>ADDRESS REDACTED | TRACY FELLS<br>ADDRESS REDACTED | TRACY GARDELLA<br>ADDRESS REDACTED |
| TRACY KOPSHY<br>ADDRESS REDACTED | TRACY L. GRAY<br>ADDRESS REDACTED | TRACY MCGREW<br>ADDRESS REDACTED |
| TRACY RYAN<br>ADDRESS REDACTED | TRACY SEFERN<br>ADDRESS REDACTED | TRACY SERPA<br>ADDRESS REDACTED |
| TRACY T. LOSEE<br>ADDRESS REDACTED | TRACY UNDERWOOD<br>ADDRESS REDACTED | TRAN TUYET<br>ADDRESS REDACTED |
| TRANCITO FLAMENCO<br>ADDRESS REDACTED | TRANG CAO<br>ADDRESS REDACTED | TRANQUILINO CASTRO JR<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| TRANSITO ESQUIVEL<br>ADDRESS REDACTED | TRAVIS BURGESS<br>ADDRESS REDACTED | TRAVIS BURNETT<br>ADDRESS REDACTED |
| TRAVIS GLASER<br>ADDRESS REDACTED | TRAVIS TAYLOR<br>ADDRESS REDACTED | TRAVIS WARNING<br>ADDRESS REDACTED |
| TREASURER'S OFFICE<br>ADDRESS REDACTED | TREMICA THOMPSON<br>ADDRESS REDACTED | TRENDRA STERN<br>ADDRESS REDACTED |
| TRESA IRBY<br>ADDRESS REDACTED | TRESA MUSTIN<br>ADDRESS REDACTED | TREVA PARKS<br>ADDRESS REDACTED |
| TREVOR ATKINSON<br>ADDRESS REDACTED | TRICIA  VANECH<br>ADDRESS REDACTED | TRINA  ALLAWAY<br>ADDRESS REDACTED |
| TRINH BUONG<br>ADDRESS REDACTED | TRINH NGUYIN<br>ADDRESS REDACTED | TRINIDED GUMAHAD<br>ADDRESS REDACTED |
| TRINNY CAZARES<br>ADDRESS REDACTED | TRISH 1<br>ADDRESS REDACTED | TRISH REARDON<br>ADDRESS REDACTED |
| TRISHA ALLENWOOD<br>ADDRESS REDACTED | TRISHA ALLENWOOD<br>ADDRESS REDACTED | TRISHA AYALA<br>ADDRESS REDACTED |
| TRISHA MARTINEZ<br>ADDRESS REDACTED | TROY AVERY<br>ADDRESS REDACTED | TROY FRAZIER<br>ADDRESS REDACTED |
| TROY HARPER GOODWIN' WANDA GOODWIN<br>ADDRESS REDACTED | TROY JORDAN<br>ADDRESS REDACTED | TROY MCMANUS<br>ADDRESS REDACTED |
| TROY SKIDMORE<br>ADDRESS REDACTED | TROY WALKER<br>ADDRESS REDACTED | TRUDI CHRISTINA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| TRUDIE JIMERSON<br>ADDRESS REDACTED | TRUE VANG<br>ADDRESS REDACTED | TRUNG HUYNH<br>ADDRESS REDACTED |
| TSUIFONGSUE WOO<br>ADDRESS REDACTED | TUE TRAM<br>ADDRESS REDACTED | TUESDAY-BENAVIDEZ KNIGHT<br>ADDRESS REDACTED |
| TURNER PIERCE<br>ADDRESS REDACTED | TUWISHA A LAURY<br>ADDRESS REDACTED | TUYEN THI HOANG<br>ADDRESS REDACTED |
| TUZUMI SCEARCE<br>ADDRESS REDACTED | TY HUYNH<br>ADDRESS REDACTED | TYCEE M SKINNER<br>ADDRESS REDACTED |
| TYERA DIXON<br>ADDRESS REDACTED | TYLER AND  MELISSA LIBURDI<br>ADDRESS REDACTED | TYNESHA GARRISON<br>ADDRESS REDACTED |
| UAN ZAMORA<br>ADDRESS REDACTED | UBALDO GONZALEZ<br>ADDRESS REDACTED | ULISES BONILLA<br>ADDRESS REDACTED |
| ULRIKE H BAUER<br>ADDRESS REDACTED | ULYSESS BROOKS<br>ADDRESS REDACTED | ULYSSES MADLANGBAYAN<br>ADDRESS REDACTED |
| UNA CRONIN<br>ADDRESS REDACTED | UNHUI WILSON<br>ADDRESS REDACTED | URBANO PEREZ VAIL<br>ADDRESS REDACTED |
| URIEL PACHECO<br>ADDRESS REDACTED | URSHELLA STARR<br>ADDRESS REDACTED | URSULA MYERS<br>ADDRESS REDACTED |
| URSULA SANDERS<br>ADDRESS REDACTED | USHA RANI<br>ADDRESS REDACTED | UT DOAN<br>ADDRESS REDACTED |
| UT VUONG<br>ADDRESS REDACTED | UTTRA RAM<br>ADDRESS REDACTED | UVALDO S LUNA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| UYEN LE - KEE LEE<br>ADDRESS REDACTED | V KENNEDY<br>ADDRESS REDACTED | VADA BURROW<br>ADDRESS REDACTED |
| VAGKOSLAV TAVIS<br>ADDRESS REDACTED | VAHN INTHIRATH<br>ADDRESS REDACTED | VAL BLAIR<br>ADDRESS REDACTED |
| VALARIE K BORGH<br>ADDRESS REDACTED | VALDINEI VORGES<br>ADDRESS REDACTED | VALERIA KRAFT<br>ADDRESS REDACTED |
| VALERIE DENMARK<br>ADDRESS REDACTED | VALERIE GNASSOUNOU<br>ADDRESS REDACTED | VALERIE PEIRCE<br>ADDRESS REDACTED |
| VALERIE RESCH<br>ADDRESS REDACTED | VALERIE REYNOLDS<br>ADDRESS REDACTED | VALERIE ROBINSON<br>ADDRESS REDACTED |
| VALERIE SILVA<br>ADDRESS REDACTED | VALERIE SPATOLA<br>ADDRESS REDACTED | VALWINDER KUMAR<br>ADDRESS REDACTED |
| VAN BANGHART<br>ADDRESS REDACTED | VAN HOANG<br>ADDRESS REDACTED | VAN JOHNSON<br>ADDRESS REDACTED |
| VAN NYUGEN<br>ADDRESS REDACTED | VANCE WANG<br>ADDRESS REDACTED | VANESSA A. YOUNG<br>ADDRESS REDACTED |
| VANESSA BARBERIS<br>ADDRESS REDACTED | VANESSA JENNINGS<br>ADDRESS REDACTED | VANESSA K. FUHRMAN<br>ADDRESS REDACTED |
| VANESSA LIDDICK<br>ADDRESS REDACTED | VANESSA RHODES<br>ADDRESS REDACTED | VANNIE SANCHEZ<br>ADDRESS REDACTED |
| VANNO KONG<br>ADDRESS REDACTED | VAOCHI NGUYEN<br>ADDRESS REDACTED | VARRIA RAMOS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

VASILIOS VEZIRIS
ADDRESS REDACTED

VASILIY MOKHNAR
ADDRESS REDACTED

VASILIY VAKUSILO
ADDRESS REDACTED

VEGA BARRAGAN
ADDRESS REDACTED

VELMA ASHLEY
ADDRESS REDACTED

VELMA F WEAVER
ADDRESS REDACTED

VELMA LOCKS
ADDRESS REDACTED

VELMA RODRIGUEZ
ADDRESS REDACTED

VENDO, KENNETH
ADDRESS REDACTED

VENETIA DIMARZO
ADDRESS REDACTED

VENKATA N PUVVALA
ADDRESS REDACTED

VERA EVANS
ADDRESS REDACTED

VERA GUZMAN
ADDRESS REDACTED

VERA HERNANDEZ
ADDRESS REDACTED

VERA KARISIK
ADDRESS REDACTED

VERA R. ELCOCK
ADDRESS REDACTED

VERA SNEED
ADDRESS REDACTED

VERBA L ROBINSON
ADDRESS REDACTED

VEREL DUNCAN
ADDRESS REDACTED

VERGINIA MAINER
ADDRESS REDACTED

VERNA GREEN
ADDRESS REDACTED

VERNAY WELLS
ADDRESS REDACTED

VERNEL JOHNSON
ADDRESS REDACTED

VERNIECE LOGAN
ADDRESS REDACTED

VERNON BLEVINS
ADDRESS REDACTED

VERNON MORALES
ADDRESS REDACTED

VERNON STEWART
ADDRESS REDACTED

VERONICA  JAMES
ADDRESS REDACTED

VERONICA BRUNSON
ADDRESS REDACTED

VERONICA CALVEZ
ADDRESS REDACTED

VERONICA CASTILLO
ADDRESS REDACTED

VERONICA HARWOOD
ADDRESS REDACTED

VERONICA HERRERA
ADDRESS REDACTED

VERONICA LOPEZ
ADDRESS REDACTED

VERONICA LOPEZ
ADDRESS REDACTED

VERONICA MAGSALAY
ADDRESS REDACTED

VERONICA MARTIN
ADDRESS REDACTED

VERONICA MCGHEE
ADDRESS REDACTED

VERONICA MENDEZ
ADDRESS REDACTED

VERONICA MONODRAGON
ADDRESS REDACTED

VERONICA PINEDA
ADDRESS REDACTED

VERONICA SANCHEZ
ADDRESS REDACTED

VERONICA SANDOVAL
ADDRESS REDACTED

VERONICA SUNG
ADDRESS REDACTED

VERONICA WILMOTH
ADDRESS REDACTED

VERONICA WILMOTH
ADDRESS REDACTED

VERONICA WILMOTH
ADDRESS REDACTED

VERONICA WILMOUTH
ADDRESS REDACTED

VERONIQUE MASON
ADDRESS REDACTED

VETA KEO
ADDRESS REDACTED

VHAO PING LI
ADDRESS REDACTED

VIANCA P HERNANDEZ
ADDRESS REDACTED

VIANEY TOVAR
ADDRESS REDACTED

VI-BERLY FREGILLANA
ADDRESS REDACTED

VICENTA OSORIO
ADDRESS REDACTED

VICENTE GUERRERO
ADDRESS REDACTED

VICENTE GUERRERO
ADDRESS REDACTED

VICENTE SMITH
ADDRESS REDACTED

VICENTE TORRES
ADDRESS REDACTED

VICK FARISATO
ADDRESS REDACTED

VICKEE A RHODES
ADDRESS REDACTED

VICKI ALEXANDER
ADDRESS REDACTED

VICKI HERNANDEZ
ADDRESS REDACTED

VICKI JERNEGAN
ADDRESS REDACTED

VICKI L JELLEY
ADDRESS REDACTED

VICKI LIVINGSTON
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

VICKI PARSHLEY
ADDRESS REDACTED

VICKI PARSHLEY
ADDRESS REDACTED

VICKI PURUGGANAN
ADDRESS REDACTED

VICKI ROSEL
ADDRESS REDACTED

VICKI STROMLUND
ADDRESS REDACTED

VICKI TRIPODO
ADDRESS REDACTED

VICKIE FERREIRA
ADDRESS REDACTED

VICKIE L KELLEY
ADDRESS REDACTED

VICKIE MORTON
ADDRESS REDACTED

VICKIE MORTON
ADDRESS REDACTED

VICKY SHENOUDA
ADDRESS REDACTED

VICTOR ABDO
ADDRESS REDACTED

VICTOR ALMAGUER
ADDRESS REDACTED

VICTOR AQUINO
ADDRESS REDACTED

VICTOR B. TORRES
ADDRESS REDACTED

VICTOR BLANCO
ADDRESS REDACTED

VICTOR CASTANEDA
ADDRESS REDACTED

VICTOR CASTRO
ADDRESS REDACTED

VICTOR CATARAS
ADDRESS REDACTED

VICTOR CRAIN
ADDRESS REDACTED

VICTOR DEANDA
ADDRESS REDACTED

VICTOR DENSON
ADDRESS REDACTED

VICTOR DRISENO
ADDRESS REDACTED

VICTOR EDMONDS
ADDRESS REDACTED

VICTOR ENRIGHT
ADDRESS REDACTED

VICTOR ESPINOSA
ADDRESS REDACTED

VICTOR FLORES
ADDRESS REDACTED

VICTOR GARCIA
ADDRESS REDACTED

VICTOR KAINER
ADDRESS REDACTED

VICTOR LUAN
ADDRESS REDACTED

VICTOR LYONS
ADDRESS REDACTED

VICTOR MARTIN
ADDRESS REDACTED

VICTOR MERCARDO
ADDRESS REDACTED

**Gridway Energy Holdings, Inc. - U.S. Mail**

| | | |
|---|---|---|
| VICTOR MERSHON<br>ADDRESS REDACTED | VICTOR ORTIZ<br>ADDRESS REDACTED | VICTOR PARDO<br>ADDRESS REDACTED |
| VICTOR ROBINSON<br>ADDRESS REDACTED | VICTOR ROMAINE<br>ADDRESS REDACTED | VICTOR SAPIEN<br>ADDRESS REDACTED |
| VICTOR SHIDLER<br>ADDRESS REDACTED | VICTOR TORRES<br>ADDRESS REDACTED | VICTOR VASUT<br>ADDRESS REDACTED |
| VICTORIA ANGEL<br>ADDRESS REDACTED | VICTORIA BROWN<br>ADDRESS REDACTED | VICTORIA CLEMENTE<br>ADDRESS REDACTED |
| VICTORIA COSTA<br>ADDRESS REDACTED | VICTORIA FRASER<br>ADDRESS REDACTED | VICTORIA HAYES<br>ADDRESS REDACTED |
| VICTORIA HINOJOSA<br>ADDRESS REDACTED | VICTORIA L.  GENSCH<br>ADDRESS REDACTED | VICTORIA LAKE<br>ADDRESS REDACTED |
| VICTORIA LEAUPEPE<br>ADDRESS REDACTED | VICTORIA LOPEZ<br>ADDRESS REDACTED | VICTORIA MOLIERI<br>ADDRESS REDACTED |
| VICTORIA SERARNA<br>ADDRESS REDACTED | VIDAL HERNANDEZ<br>ADDRESS REDACTED | VIJAY B PATEL<br>ADDRESS REDACTED |
| VIKTORIYA ANATIYCHUK<br>ADDRESS REDACTED | VIKTORYA SCOTT<br>ADDRESS REDACTED | VILENA MCCAULEY<br>ADDRESS REDACTED |
| VILMA LOPEZ<br>ADDRESS REDACTED | VILMA QUIJADA<br>ADDRESS REDACTED | VILMA WELLS<br>ADDRESS REDACTED |
| VINCE CALTAGIRONE<br>ADDRESS REDACTED | VINCE ELLIS<br>ADDRESS REDACTED | VINCE FRANK<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| VINCE MASTRONARDI<br>ADDRESS REDACTED | VINCE NONA<br>ADDRESS REDACTED | VINCENT ABBATO<br>ADDRESS REDACTED |
| VINCENT ANDERSON<br>ADDRESS REDACTED | VINCENT BENNETT<br>ADDRESS REDACTED | VINCENT BUNIO<br>ADDRESS REDACTED |
| VINCENT CLARK<br>ADDRESS REDACTED | VINCENT J PULIZZI<br>ADDRESS REDACTED | VINCENT ROGERS<br>ADDRESS REDACTED |
| VINCENT ROONEY<br>ADDRESS REDACTED | VINCENT SANCHEZ<br>ADDRESS REDACTED | VINCENT SCIOLINO<br>ADDRESS REDACTED |
| VINCENT SPERA<br>ADDRESS REDACTED | VINCENT VULTAGGIO<br>ADDRESS REDACTED | VINCENTZ KNAGENHJELM<br>ADDRESS REDACTED |
| VINCENZA SCANCARELLO<br>ADDRESS REDACTED | VINCENZO GRIMALDI<br>ADDRESS REDACTED | VINELLA GARCIA<br>ADDRESS REDACTED |
| VINH HUYNH<br>ADDRESS REDACTED | VINOD MEHTA SHILPA MEHTA<br>ADDRESS REDACTED | VIOLA PINSON<br>ADDRESS REDACTED |
| VIOLA RUASEAU<br>ADDRESS REDACTED | VIOLA WILLIAMS<br>ADDRESS REDACTED | VIOLA WILSON<br>ADDRESS REDACTED |
| VIOLET BOSE<br>ADDRESS REDACTED | VIOLET MORA<br>ADDRESS REDACTED | VIOLET RIENTI<br>ADDRESS REDACTED |
| VIPIN DESAI<br>ADDRESS REDACTED | VIPUL PATEL<br>ADDRESS REDACTED | VIRA WALKER<br>ADDRESS REDACTED |
| VIRGIL SHEETS<br>ADDRESS REDACTED | VIRGILENE HUARVEL<br>ADDRESS REDACTED | VIRGILIO DA SILVA<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| VIRGILIO TOLIAO<br>ADDRESS REDACTED | VIRGINA CHARLESTON<br>ADDRESS REDACTED | VIRGINA SOTO<br>ADDRESS REDACTED |
| VIRGINA VELTRI<br>ADDRESS REDACTED | VIRGINIA BAUMAN/ MARIAN  MAXFIELD<br>ADDRESS REDACTED | VIRGINIA BOATWRIGHT<br>ADDRESS REDACTED |
| VIRGINIA BOLING<br>ADDRESS REDACTED | VIRGINIA BOWRS<br>ADDRESS REDACTED | VIRGINIA BOYCE<br>ADDRESS REDACTED |
| VIRGINIA DI PAOLA<br>ADDRESS REDACTED | VIRGINIA GARCIA<br>ADDRESS REDACTED | VIRGINIA H WELLS<br>ADDRESS REDACTED |
| VIRGINIA HORTON<br>ADDRESS REDACTED | VIRGINIA HOWELL<br>ADDRESS REDACTED | VIRGINIA KEE<br>ADDRESS REDACTED |
| VIRGINIA L PRICE<br>ADDRESS REDACTED | VIRGINIA LAVIDES<br>ADDRESS REDACTED | VIRGINIA MANCHESTER<br>ADDRESS REDACTED |
| VIRGINIA NOVACHICK<br>ADDRESS REDACTED | VIRGINIA PADILLA<br>ADDRESS REDACTED | VIRGINIA PEART<br>ADDRESS REDACTED |
| VIRGINIA PEREZ<br>ADDRESS REDACTED | VIRGINIA SCANLON<br>ADDRESS REDACTED | VIRGINIA SOUSA<br>ADDRESS REDACTED |
| VIRIYA CHAISURIVIRAT<br>ADDRESS REDACTED | VISHWA HANDA<br>ADDRESS REDACTED | VITALINA HIRALDO<br>ADDRESS REDACTED |
| VITCOR CUZAS<br>ADDRESS REDACTED | VIVASHI  PATEL<br>ADDRESS REDACTED | VIVASHI PATEL<br>ADDRESS REDACTED |
| VIVIAN BLANCO<br>ADDRESS REDACTED | VIVIAN COYLE<br>ADDRESS REDACTED | VIVIAN G YARLETTS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| VIVIAN LOUGHRAN<br>ADDRESS REDACTED | VIVIAN S GIBBONS<br>ADDRESS REDACTED | VLADIMIR KOVAL<br>ADDRESS REDACTED |
| VLADIMIR PYSTINN<br>ADDRESS REDACTED | VLADIMIR SALTYKOD<br>ADDRESS REDACTED | VONG DOUANGCHI<br>ADDRESS REDACTED |
| VONONCIO ANGEL<br>ADDRESS REDACTED | VY CHAK<br>ADDRESS REDACTED | VY CO<br>ADDRESS REDACTED |
| VYLEEYA KHAMVONAS<br>ADDRESS REDACTED | W A SWIFT<br>ADDRESS REDACTED | W E SAMPEY<br>ADDRESS REDACTED |
| W G REED<br>ADDRESS REDACTED | W HOGAN<br>ADDRESS REDACTED | W LEE MECUM<br>ADDRESS REDACTED |
| W NORDENDAHL<br>ADDRESS REDACTED | W P LINGELY<br>ADDRESS REDACTED | W TISDALE<br>ADDRESS REDACTED |
| W. D. JOHNSON<br>ADDRESS REDACTED | W. JEFF EDWARDS<br>ADDRESS REDACTED | W.C NEUENSCHWANDER<br>ADDRESS REDACTED |
| WADE GALLOWAY<br>ADDRESS REDACTED | WAGDY FANDY<br>ADDRESS REDACTED | WAHEED KAHN<br>ADDRESS REDACTED |
| WAI CHIU<br>ADDRESS REDACTED | WAI FONG CHAN TO<br>ADDRESS REDACTED | WAI TAM<br>ADDRESS REDACTED |
| WAISAN LAW<br>ADDRESS REDACTED | WALBERTO MEJIA<br>ADDRESS REDACTED | WALDO TARUPAYO<br>ADDRESS REDACTED |
| WALE HENDERSON<br>ADDRESS REDACTED | WALT RILEY<br>ADDRESS REDACTED | WALT WAETJEN<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| WALTER AMARAL<br>ADDRESS REDACTED | WALTER CAMOZZI<br>ADDRESS REDACTED | WALTER ERAZO<br>ADDRESS REDACTED |
| WALTER HERNANDEZ<br>ADDRESS REDACTED | WALTER HERSOM<br>ADDRESS REDACTED | WALTER J. ARLING<br>ADDRESS REDACTED |
| WALTER JIMENEZ<br>ADDRESS REDACTED | WALTER L HUDSON<br>ADDRESS REDACTED | WALTER L PEREZ<br>ADDRESS REDACTED |
| WALTER LENKER<br>ADDRESS REDACTED | WALTER PLONSKI<br>ADDRESS REDACTED | WALTER PLONSKI<br>ADDRESS REDACTED |
| WALTER RAGAN<br>ADDRESS REDACTED | WALTER REYES<br>ADDRESS REDACTED | WALTER YOURCHEK<br>ADDRESS REDACTED |
| WALTRAUD ANAKOTTA<br>ADDRESS REDACTED | WALTRAUT JEDAMCZICK<br>ADDRESS REDACTED | WAN HONG<br>ADDRESS REDACTED |
| WANDA D DABIS<br>ADDRESS REDACTED | WANDA E. WILLIAMS<br>ADDRESS REDACTED | WANDA FERNANDEZ<br>ADDRESS REDACTED |
| WANDA GEDDES<br>ADDRESS REDACTED | WANDA HAMPTON<br>ADDRESS REDACTED | WANDA HOLMAN<br>ADDRESS REDACTED |
| WANDA I CALDERON<br>ADDRESS REDACTED | WANDA M WALTHER<br>ADDRESS REDACTED | WANH SAECHAO<br>ADDRESS REDACTED |
| WANJOO LEE<br>ADDRESS REDACTED | WANXING LIN<br>ADDRESS REDACTED | WARREN ALBEE<br>ADDRESS REDACTED |
| WARREN D  WELLS<br>ADDRESS REDACTED | WARREN DAMMAN<br>ADDRESS REDACTED | WARREN JUNG<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| WARREN MILLER<br>ADDRESS REDACTED | WARREN SCOT<br>ADDRESS REDACTED | WARREN STOLTE<br>ADDRESS REDACTED |
| WARREN VERDAN<br>ADDRESS REDACTED | WAYMONA FLAHERTY<br>ADDRESS REDACTED | WAYNE BLANKENSHIP<br>ADDRESS REDACTED |
| WAYNE CABBAGESTALK<br>ADDRESS REDACTED | WAYNE GODSEY<br>ADDRESS REDACTED | WAYNE GONZALES<br>ADDRESS REDACTED |
| WAYNE H. GATES<br>ADDRESS REDACTED | WAYNE KAMMERER<br>ADDRESS REDACTED | WAYNE L WERNER<br>ADDRESS REDACTED |
| WAYNE LUNA<br>ADDRESS REDACTED | WAYNE MCULLY<br>ADDRESS REDACTED | WAYNE VICKERY<br>ADDRESS REDACTED |
| WAYNE WILLIAMS<br>ADDRESS REDACTED | WC LOCKE<br>ADDRESS REDACTED | WEI LEI<br>ADDRESS REDACTED |
| WEI MING YU<br>ADDRESS REDACTED | WEI XU<br>ADDRESS REDACTED | WEIDA HAN<br>ADDRESS REDACTED |
| WEN UI HU<br>ADDRESS REDACTED | WEN WU<br>ADDRESS REDACTED | WENCESLAO SILVA<br>ADDRESS REDACTED |
| WENDELL LAWRENCE<br>ADDRESS REDACTED | WENDELL LEE<br>ADDRESS REDACTED | WENDELL STRAUGHTER<br>ADDRESS REDACTED |
| WENDY LEVY<br>ADDRESS REDACTED | WENDY LEVY<br>ADDRESS REDACTED | WENDY LEVY<br>ADDRESS REDACTED |
| WENDY LEVY<br>ADDRESS REDACTED | WENDY LEVY<br>ADDRESS REDACTED | WENDY LEVY<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| WENDY  LEVY<br>ADDRESS REDACTED | WENDY  LIN<br>ADDRESS REDACTED | WENDY D KOPECKI<br>ADDRESS REDACTED |
| WENDY J WILLIAMSON<br>ADDRESS REDACTED | WENDY MAXWELL<br>ADDRESS REDACTED | WENDY RANKIN<br>ADDRESS REDACTED |
| WENDY STOKES<br>ADDRESS REDACTED | WENDY SULLIVAN<br>ADDRESS REDACTED | WENDY SURUICHI, DAVE KAMACHI<br>ADDRESS REDACTED |
| WENDY VESSELS<br>ADDRESS REDACTED | WENDY WHITNEY<br>ADDRESS REDACTED | WENDY WOLFF<br>ADDRESS REDACTED |
| WENDY Y JOHNSON<br>ADDRESS REDACTED | WENHUAN LI<br>ADDRESS REDACTED | WES KAHLER<br>ADDRESS REDACTED |
| WESLEY BECK<br>ADDRESS REDACTED | WESLEY FULGHAM<br>ADDRESS REDACTED | WESLEY HARRIS<br>ADDRESS REDACTED |
| WESLEY ROSS<br>ADDRESS REDACTED | WESLEY SOUCA<br>ADDRESS REDACTED | WESLEY STRATTON<br>ADDRESS REDACTED |
| WEST SIDE CAFE<br>ADDRESS REDACTED | WILFRED PENNY<br>ADDRESS REDACTED | WILFRED TAYLOR<br>ADDRESS REDACTED |
| WILFREDO FRANCO<br>ADDRESS REDACTED | WILFREDO HENRIQUEZ<br>ADDRESS REDACTED | WILFREDO LUNA<br>ADDRESS REDACTED |
| WILFREDO RODRIGUEZ<br>ADDRESS REDACTED | WILFRIDO HERRERA<br>ADDRESS REDACTED | WILHEMIA GONZALES<br>ADDRESS REDACTED |
| WILIVAODO TORRES<br>ADDRESS REDACTED | WILL ODA<br>ADDRESS REDACTED | WILL PARKS<br>ADDRESS REDACTED |

WILL SWIFT
ADDRESS REDACTED

WILLA RICHERSON
ADDRESS REDACTED

WILLARD DEMERSON
ADDRESS REDACTED

WILLARD KIMMEL
ADDRESS REDACTED

WILLARD LOGAN
ADDRESS REDACTED

WILLARD MARTIN
ADDRESS REDACTED

WILLEAN GULLATT
ADDRESS REDACTED

WILLIAM  BROOKS
ADDRESS REDACTED

WILLIAM  SAVEL
ADDRESS REDACTED

WILLIAM A BARRETT
ADDRESS REDACTED

WILLIAM A LEE JR
ADDRESS REDACTED

WILLIAM A SMITH
ADDRESS REDACTED

WILLIAM ALSUP
ADDRESS REDACTED

WILLIAM AND KAREN PERKINS
ADDRESS REDACTED

WILLIAM B DEROUSSEAU JEANNE M DEROUSSE
ADDRESS REDACTED

WILLIAM B HUNTER SR
ADDRESS REDACTED

WILLIAM B. BLAES
ADDRESS REDACTED

WILLIAM BAILEY
ADDRESS REDACTED

WILLIAM BAUMAN
ADDRESS REDACTED

WILLIAM BOLDEN
ADDRESS REDACTED

WILLIAM BRYANT
ADDRESS REDACTED

WILLIAM BUDESA
ADDRESS REDACTED

WILLIAM CAPLINGER
ADDRESS REDACTED

WILLIAM CHILDRESS
ADDRESS REDACTED

WILLIAM COLLINS
ADDRESS REDACTED

WILLIAM CULL
ADDRESS REDACTED

WILLIAM D MCCABE
ADDRESS REDACTED

WILLIAM D. NANTT
ADDRESS REDACTED

WILLIAM DAIVS
ADDRESS REDACTED

WILLIAM DAVIS
ADDRESS REDACTED

WILLIAM DEJONG
ADDRESS REDACTED

WILLIAM DENTON
ADDRESS REDACTED

WILLIAM DEPIPPO
ADDRESS REDACTED

| | | |
|---|---|---|
| WILLIAM DOLSTAR<br>ADDRESS REDACTED | WILLIAM DRAKE<br>ADDRESS REDACTED | WILLIAM DRENNER<br>ADDRESS REDACTED |
| WILLIAM DURAN<br>ADDRESS REDACTED | WILLIAM E. NELSON<br>ADDRESS REDACTED | WILLIAM E. WHITE<br>ADDRESS REDACTED |
| WILLIAM F  WILDER<br>ADDRESS REDACTED | WILLIAM F DUFFY<br>ADDRESS REDACTED | WILLIAM F DUFFY<br>ADDRESS REDACTED |
| WILLIAM G SILVESTRY<br>ADDRESS REDACTED | WILLIAM G. MARTIN<br>ADDRESS REDACTED | WILLIAM GOODWIN<br>ADDRESS REDACTED |
| WILLIAM GRIFFITH<br>ADDRESS REDACTED | WILLIAM GURROLA<br>ADDRESS REDACTED | WILLIAM H. BRYANT<br>ADDRESS REDACTED |
| WILLIAM H. FORD<br>ADDRESS REDACTED | WILLIAM H. GEHRKE<br>ADDRESS REDACTED | WILLIAM H. HOPPER<br>ADDRESS REDACTED |
| WILLIAM HACKETHAL<br>ADDRESS REDACTED | WILLIAM HAHN<br>ADDRESS REDACTED | WILLIAM HARRIS<br>ADDRESS REDACTED |
| WILLIAM HARRISON<br>ADDRESS REDACTED | WILLIAM HEILIG<br>ADDRESS REDACTED | WILLIAM HEPP<br>ADDRESS REDACTED |
| WILLIAM HOFFMAN<br>ADDRESS REDACTED | WILLIAM HUGHES<br>ADDRESS REDACTED | WILLIAM HUNT<br>ADDRESS REDACTED |
| WILLIAM I. BUTLER<br>ADDRESS REDACTED | WILLIAM ISAACS<br>ADDRESS REDACTED | WILLIAM J. THORPE<br>ADDRESS REDACTED |
| WILLIAM JONES<br>ADDRESS REDACTED | WILLIAM KINSLOW<br>ADDRESS REDACTED | WILLIAM KNAPE<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| WILLIAM L GODMAN III<br>ADDRESS REDACTED | WILLIAM L RALEY<br>ADDRESS REDACTED | WILLIAM LANE<br>ADDRESS REDACTED |
| WILLIAM LATU<br>ADDRESS REDACTED | WILLIAM LAU<br>ADDRESS REDACTED | WILLIAM LINK<br>ADDRESS REDACTED |
| WILLIAM LOCKHART<br>ADDRESS REDACTED | WILLIAM LOEWEN<br>ADDRESS REDACTED | WILLIAM LUNDQUIST<br>ADDRESS REDACTED |
| WILLIAM LYNCH<br>ADDRESS REDACTED | WILLIAM M GOODRUM<br>ADDRESS REDACTED | WILLIAM M KOCH<br>ADDRESS REDACTED |
| WILLIAM MACONES<br>ADDRESS REDACTED | WILLIAM MAY<br>ADDRESS REDACTED | WILLIAM MCINNES<br>ADDRESS REDACTED |
| WILLIAM MCKAIG<br>ADDRESS REDACTED | WILLIAM MOELLER<br>ADDRESS REDACTED | WILLIAM MOONEY<br>ADDRESS REDACTED |
| WILLIAM MOORS<br>ADDRESS REDACTED | WILLIAM O'BRIEN<br>ADDRESS REDACTED | WILLIAM OCONNOR<br>ADDRESS REDACTED |
| WILLIAM PROPTOR<br>ADDRESS REDACTED | WILLIAM PURVIS<br>ADDRESS REDACTED | WILLIAM RAMOS<br>ADDRESS REDACTED |
| WILLIAM RICH<br>ADDRESS REDACTED | WILLIAM RICHARDSON, II<br>ADDRESS REDACTED | WILLIAM RIGGS<br>ADDRESS REDACTED |
| WILLIAM ROBERTSON<br>ADDRESS REDACTED | WILLIAM S MCCONNELL<br>ADDRESS REDACTED | WILLIAM S ORTEGA<br>ADDRESS REDACTED |
| WILLIAM S TOTH<br>ADDRESS REDACTED | WILLIAM S WESTVEER<br>ADDRESS REDACTED | WILLIAM SALISBURY<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| WILLIAM SCHOEN<br>ADDRESS REDACTED | WILLIAM SEAVERS,CHERYL LAMBERT<br>ADDRESS REDACTED | WILLIAM SHORES<br>ADDRESS REDACTED |
| WILLIAM SPOHN<br>ADDRESS REDACTED | WILLIAM SWANNER<br>ADDRESS REDACTED | WILLIAM SYLLS<br>ADDRESS REDACTED |
| WILLIAM T CAFFERY JR.<br>ADDRESS REDACTED | WILLIAM T CAFFERY JR.<br>ADDRESS REDACTED | WILLIAM T CAFFERY JR.<br>ADDRESS REDACTED |
| WILLIAM WELLS III<br>ADDRESS REDACTED | WILLIAM WILLOUGHBY<br>ADDRESS REDACTED | WILLIAM WONG<br>ADDRESS REDACTED |
| WILLIE DREW<br>ADDRESS REDACTED | WILLIE JONES<br>ADDRESS REDACTED | WILLIE LIZARRAGA<br>ADDRESS REDACTED |
| WILLIE MAE ROBINSON<br>ADDRESS REDACTED | WILLIE MCMILLIAN<br>ADDRESS REDACTED | WILLIE NORRIS<br>ADDRESS REDACTED |
| WILLIE RHONE<br>ADDRESS REDACTED | WILLIE WIMBERLY<br>ADDRESS REDACTED | WILMA ATIVO<br>ADDRESS REDACTED |
| WILMA E ANDERSON<br>ADDRESS REDACTED | WILMA ROGERS<br>ADDRESS REDACTED | WILMER PEREZ<br>ADDRESS REDACTED |
| WILMER RUBASH<br>ADDRESS REDACTED | WILSON D MOLINA<br>ADDRESS REDACTED | WILSON FIGUEROA<br>ADDRESS REDACTED |
| WILSON HONG<br>ADDRESS REDACTED | WILSON STEWART<br>ADDRESS REDACTED | WINSTON FELTON<br>ADDRESS REDACTED |
| WINSTON PENA<br>ADDRESS REDACTED | WINTERS CALVIN<br>ADDRESS REDACTED | WISTON EDIE<br>ADDRESS REDACTED |

WOLF RETEH
ADDRESS REDACTED

WOODY TONGRUGS
ADDRESS REDACTED

XANH PHAN
ADDRESS REDACTED

XANTHIPPE WALKER
ADDRESS REDACTED

XAVIER ROMERO
ADDRESS REDACTED

XI CHANG
ADDRESS REDACTED

XIAO JING CHANG
ADDRESS REDACTED

XING ZHANG WU
ADDRESS REDACTED

XINLIANG GUO
ADDRESS REDACTED

XIONGHUI ZHEN
ADDRESS REDACTED

XIXIAN LEI
ADDRESS REDACTED

XOCHITO PADERES
ADDRESS REDACTED

XUE CHEN
ADDRESS REDACTED

XUEGON DENG
ADDRESS REDACTED

XUEZHANG HOU
ADDRESS REDACTED

YAEKOV FRIEDMAN
ADDRESS REDACTED

YAHUDA FARKAS
ADDRESS REDACTED

YAHYA HADAIS
ADDRESS REDACTED

YAJAIRA MAURICIO
ADDRESS REDACTED

YAKOV Y WOSNER
ADDRESS REDACTED

YAN NGAI
ADDRESS REDACTED

YAN XIAO LIANG
ADDRESS REDACTED

YANG WEI CAI
ADDRESS REDACTED

YANHONG LI
ADDRESS REDACTED

YANIRA CHICA
ADDRESS REDACTED

YANIRA CUELLAR
ADDRESS REDACTED

YANOXIS A CARMENATE
ADDRESS REDACTED

YANRONG ZOU
ADDRESS REDACTED

YANSEN HU
ADDRESS REDACTED

YASH RAJ
ADDRESS REDACTED

YASMIN KIDWAI
ADDRESS REDACTED

YASUKO SOTELO
ADDRESS REDACTED

YEFRIN MENJIVAR
ADDRESS REDACTED

| | | |
|---|---|---|
| YEKUTIEL ROSSLER<br>ADDRESS REDACTED | YELENA KARNAUKHOVA<br>ADDRESS REDACTED | YENCE GIOVANNI CARCAMO<br>ADDRESS REDACTED |
| YENCE GIOVINI CARCAMO<br>ADDRESS REDACTED | YEO CHANG CHIN<br>ADDRESS REDACTED | YEONNE TOLSON<br>ADDRESS REDACTED |
| YER LTHAO<br>ADDRESS REDACTED | YER ZAN<br>ADDRESS REDACTED | YERVANT EDDIE KUPELIAN<br>ADDRESS REDACTED |
| YESENA VALENCIA<br>ADDRESS REDACTED | YESENIA MUNOZ<br>ADDRESS REDACTED | YESHI SOPA<br>ADDRESS REDACTED |
| YESICA LOPEZ<br>ADDRESS REDACTED | YESIKA LEON<br>ADDRESS REDACTED | YESSENIA PANTALEON<br>ADDRESS REDACTED |
| YESSICA VARGAS<br>ADDRESS REDACTED | YEVGENIY POPOV<br>ADDRESS REDACTED | YEVGENIY STAMCHITS<br>ADDRESS REDACTED |
| YI YING LIN<br>ADDRESS REDACTED | YIA Y. CARTER<br>ADDRESS REDACTED | YIBIN HUANG<br>ADDRESS REDACTED |
| YIN CHU CHEN, XIAO LIN YAN<br>ADDRESS REDACTED | YING LIU<br>ADDRESS REDACTED | YNES ESPINOZA<br>ADDRESS REDACTED |
| YNOCEMPA ROSADO<br>ADDRESS REDACTED | YOEL S. CERRITOS<br>ADDRESS REDACTED | YOGENDRA SHARMA<br>ADDRESS REDACTED |
| YOKAIRA M. ESTEVEZ JEREZ<br>ADDRESS REDACTED | YOKU S. DOE<br>ADDRESS REDACTED | YOLANDA ARANGO<br>ADDRESS REDACTED |
| YOLANDA BLANDON<br>ADDRESS REDACTED | YOLANDA CRUZ<br>ADDRESS REDACTED | YOLANDA GRAGGS<br>ADDRESS REDACTED |

Gridway Energy Holdings, Inc. - U.S. Mail

| | | |
|---|---|---|
| YOLANDA MUNOZ<br>ADDRESS REDACTED | YOLANDA ORDAZ<br>ADDRESS REDACTED | YOLANDA OROZCO<br>ADDRESS REDACTED |
| YOLANDA PALOMINOS<br>ADDRESS REDACTED | YOLANDA PATINO<br>ADDRESS REDACTED | YOLANDA PAVIA<br>ADDRESS REDACTED |
| YOLANDA RAYGOZA<br>ADDRESS REDACTED | YOLANDA SMITH<br>ADDRESS REDACTED | YOLANDA TOULET<br>ADDRESS REDACTED |
| YOLANDA WATTS<br>ADDRESS REDACTED | YOLANDA Y YCIANO<br>ADDRESS REDACTED | YONG CHEN<br>ADDRESS REDACTED |
| YONG YOON<br>ADDRESS REDACTED | YOON NGEOW<br>ADDRESS REDACTED | YORK HOM<br>ADDRESS REDACTED |
| YORVELINA YNOA<br>ADDRESS REDACTED | YOSCS ENVAYE<br>ADDRESS REDACTED | YOSEPH GEBRE<br>ADDRESS REDACTED |
| YOSHI HABIB-SAKUMA<br>ADDRESS REDACTED | YOUNG  LEE<br>ADDRESS REDACTED | YOUNG CHOI<br>ADDRESS REDACTED |
| YOUNG H DYER<br>ADDRESS REDACTED | YOUNG HO KIM<br>ADDRESS REDACTED | YOUNG KIM<br>ADDRESS REDACTED |
| YOUNG PARK<br>ADDRESS REDACTED | YOUNG WON CHUN<br>ADDRESS REDACTED | YOUSEF HIJJI<br>ADDRESS REDACTED |
| YU LAU<br>ADDRESS REDACTED | YU SUI CHEN<br>ADDRESS REDACTED | YU TIN CHU<br>ADDRESS REDACTED |
| YU ZHENG<br>ADDRESS REDACTED | YUE PANG  MAI<br>ADDRESS REDACTED | YUEN  LOUIE<br>ADDRESS REDACTED |

YUI/ KONG LEUNG
ADDRESS REDACTED

YUJING LI
ADDRESS REDACTED

YUKIAKI TAKEDA
ADDRESS REDACTED

YUKO KITAURA
ADDRESS REDACTED

YULIANA BORRERO
ADDRESS REDACTED

YURY RANDAK
ADDRESS REDACTED

YUSUF ALI
ADDRESS REDACTED

YUSUF DEMIR
ADDRESS REDACTED

YUYE HEN
ADDRESS REDACTED

YVETTE ALVAREZ SANTANA
ADDRESS REDACTED

YVETTE DOMINGUEZ
ADDRESS REDACTED

YVETTE MUMFORD
ADDRESS REDACTED

YVETTE RENEE
ADDRESS REDACTED

YVONNE BOWLES
ADDRESS REDACTED

YVONNE CARMENAR
ADDRESS REDACTED

YVONNE CHU
ADDRESS REDACTED

YVONNE KETTELS
ADDRESS REDACTED

YVONNE MEYER
ADDRESS REDACTED

YVONNE VANEGAS
ADDRESS REDACTED

YVONNE WILLIAMS
ADDRESS REDACTED

YWAI LIU
ADDRESS REDACTED

ZABBAR KHAN
ADDRESS REDACTED

ZACAERY THOMAS
ADDRESS REDACTED

ZACH PAPACHRISTOS
ADDRESS REDACTED

ZACHARY HILTY DANIELLE HILTY
ADDRESS REDACTED

ZACHARY SILVER
ADDRESS REDACTED

ZACHARY WILSON
ADDRESS REDACTED

ZACKERY BUTTS
ADDRESS REDACTED

ZAHGAR GHOBRIAL
ADDRESS REDACTED

ZAHURA CHOUDHURY
ADDRESS REDACTED

ZAIDA ORTIZ
ADDRESS REDACTED

ZAKARIA WAHBA
ADDRESS REDACTED

ZAKI ISSA
ADDRESS REDACTED

ZAKRON  USA INC
ADDRESS REDACTED

ZANG YER  LO
ADDRESS REDACTED

ZANYNY KIM
ADDRESS REDACTED

ZARMINA SAFDARI
ADDRESS REDACTED

ZEL WALTON
ADDRESS REDACTED

ZENA  KUBLANOVFKAYA
ADDRESS REDACTED

ZENG W DAI
ADDRESS REDACTED

ZEOLA FORD
ADDRESS REDACTED

ZESHUN LI
ADDRESS REDACTED

ZHIGUO ZHAO
ADDRESS REDACTED

ZHMIAN CHEN
ADDRESS REDACTED

ZHONG SHAN RESTAURANT
ADDRESS REDACTED

ZHUO YUAN LI.
ADDRESS REDACTED

ZIAD ADAMO
ADDRESS REDACTED

ZINA FIERRO
ADDRESS REDACTED

ZINA SKYLAR
ADDRESS REDACTED

ZOE E. CARBAJALES
ADDRESS REDACTED

ZOIAL DENADIVES
ADDRESS REDACTED

ZORAIDA LABOY
ADDRESS REDACTED

ZOSIMO CRISTI
ADDRESS REDACTED

ZUBAIR AHMED
ADDRESS REDACTED

ZUHAIR (STEVE) MATTY
ADDRESS REDACTED

ZUHAIR MATTY
ADDRESS REDACTED

ZULMA PEREZ
ADDRESS REDACTED

ZULMA VELAYA
ADDRESS REDACTED

ZVIKA AVIDAN
ADDRESS REDACTED

Parties Served: 13754