UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Gridway Energy
Holdings Inc et Al
Debtors

Chapter 11

Case No. 14-10833 (CSS)

Jointly Administered

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Frank Taylor, Intervenor
William Parker, Intervenor
Jimmy James Thule, Intervenor
Jared Lee Loughner, Intervenor
James Holmes, Intervenor
Jodi Ann Arias, Intervenor

Motion to Intervene as creditors with Newly discovered Evidence

Intervenors move to Intervene as creditors. Intervenors will provide Questions of laws and Facts that are common in the Gridway Energy Holdings Inc Bankruptcy proceedings. Intervenors have tax records, Exhibits, Photographs to submit as Evidence. Intervenors pray for relief.

Respectfully,

_____ 7-4-14
Christopher Wirth
LA 2120
301 Institution DR
Bellefonte, PA 16823

_____ 7-4-14
Christopher Donnelly
JK 5048
301 Institution DR
Bellefonte, PA 16823

_____ 7-4-14
Frank Taylor
BI 0102
301 Institution DR
Bellefonte, PA 16823

_____ 7/4/14
William Parker
JX 4097
301 Institution DR
Bellefonte, PA 16823

_____ 6-26-14
Jared Lee Loughner
P.O. Box 4000
Springfield, MO 65801

_____ 6-30-14
Jimmy James Thule
518 George Rd
Toms River, NJ 08753

_____ 6-22-14
James Holmes
7375 S. Potomac St.
Centennial, CO 80112

_____ 6-21-14
Jodi Ann Arias
P458434
2939 West Durango St
Phoenix, AZ 85009