IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
GRIDWAY ENERGY HOLDINGS, INC., *et al.,* : Case No. 14-10833 (CSS)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 6, 2015 AT 10:00 A.M. (ET)

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

## ADJOURNED/RESOLVED MATTERS

1. Official Committee of Unsecured Creditors' Second (Substantive) Omnibus Objection to Certain (A) Misclassified Claims and (B) No Liability Claims [D.I. 598; 11/11/14]

    Related Pleadings:

    a) Notice of Submission of Proofs of Claim in Connection with Official Committee of Unsecured Creditors' Second (Substantive) Omnibus Objection to Certain (A) Misclassified Claims and (B) No Liability Claims [D.I. 656; 11/25/14]

    b) Order Granting Committee's Second Omnibus (Substantive) Objection to Claims [D.I. 691; 12/10/14]

    Objection Deadline: November 25, 2014 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

[2] The agenda has been amended solely to indicate that the hearing is cancelled.

Objections/Responses Received:

    c)     Response of Electric Reliability Council of Texas, Inc. to Official Committee of Unsecured Creditors' Second (Substantive) Objection to Certain (A) Misclassified Claims and (B) No Liability Claims [D.I. 651; 11/25/14]

Status:    With respect to item (c), this matter is adjourned to the next omnibus hearing scheduled for March 12, 2015 at 2:00 p.m. (ET). All other matters have been resolved and an order has been entered by the Court. No hearing is necessary at this time.

2. Debtors' Motion for Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 732; 12/31/14]

   Related Pleadings:

   a)     Certificate of No Objection [D.I. 769; 1/16/15]

   b)     Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 776; 1/21/15]

   Objection Deadline:    January 14, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:    None

   Status:    An order has been entered by the Court. No hearing is necessary.

3. Debtors' Motion for an Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006 and 9027 Further Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings [D.I. 733; 12/31/14]

   Related Documents:

   a)     Certificate of No Objection [D.I. 770; 1/16/15]

   b)     Order Further Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings [D.I. 777; 1/21/15]

   Objection Deadline:    January 14, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:    None

   Status:    An order has been entered by the Court. No hearing is necessary.

Dated: February 3, 2015
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Donald J. Bowman, Jr. (No. 4383)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302.571.6600
Facsimile:   302.571.1253

-and-

Alan M. Noskow (admitted *pro hac vice*)
Mark A. Salzberg (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M St. NW
Washington, DC 20037
Telephone:  202.457.6000
Facsimile:  202.457.6315

*Co-Attorneys for the Debtors and Debtors in Possession*