IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
GRIDWAY ENERGY HOLDINGS, INC., *et al.,* : Case No. 14-10833 (CSS)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

PLEASE TAKE NOTICE that the omnibus hearing originally scheduled for April 10, 2015 at 1:00 p.m. (ET) before The Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, has been rescheduled to **April 15, 2015 at 10:00 a.m. (ET)**. All matters previously scheduled to go forward at 1:00 p.m. (ET) on April 10, 2015 will now be heard at 10:00 a.m. (ET) on April 15, 2015.

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

01:16715634.1

| | |
|---|---|
| Dated: February 20, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP |

*/s/ Donald J. Bowman, Jr.*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Donald J. Bowman, Jr. (No. 4383)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302.571.6600
Facsimile:   302.571.1253

-and-

Alan M. Noskow (admitted *pro hac vice*)
Mark A. Salzberg (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M St. NW
Washington, DC 20037
Telephone:  202.457.6000
Facsimile:   202.457.6315

*Co-Attorneys for the Debtors and
Debtors in Possession*

01:16715634.1