IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
GRIDWAY ENERGY HOLDINGS, INC., *et al.,* : Case No. 14-10833 (CSS)
:
Debtors.[1] : Jointly Administered
:
: **Ref. Docket No. 837**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 837

PLEASE TAKE NOTICE that on February 27, 2015, Gridway Energy Holdings, Inc. ("**Gridway**") and certain of its subsidiaries and affiliates, as chapter 11 debtors and debtors in possession (collectively with Gridway, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Converting Cases to Chapter 7 of the Bankruptcy Code and (II) Setting Bar Date for Filing Final Chapter 11 Professional Fee Applications and Establishing a Hearing Date Thereon* (the "**Motion**") [Docket No. 837].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Motion without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

01:16766557.1

|  |  |
|---|---|
| Dated: March 4, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Donald J. Bowman, Jr.*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Donald J. Bowman, Jr. (No. 4383)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302.571.6600<br>Facsimile:   302.571.1253<br><br>-and-<br><br>Alan M. Noskow (admitted *pro hac vice*)<br>Mark A. Salzberg (admitted *pro hac vice*)<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M St. NW<br>Washington, DC 20037<br>Telephone:  202.457.6000<br>Facsimile:   202.457.6315<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |