## **EXHIBIT B**

**Certification**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re*                                           :    Chapter 11
:
GRIDWAY ENERGY HOLDINGS, INC. *et al.*,           :    Case No. 14-10833 (CSS)
:
Debtors.[1]                                       :    Jointly Administered
:
------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISMISSAL OF CERTAIN OF THE DEBTORS' CHAPTER 11 CASES; (II) AUTHORIZING THE DISSOLUTION OF CERTAIN OF THE DEBTORS' CORPORATE ENTITIES; (III) MODIFYING THE CAPTION OF THE REMAINING CHAPTER 11 CASES; AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, on _____, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Approving the Dismissal of Certain of the Debtors' Chapter 11 Cases; (II) Authorizing the Dissolution of Certain of the Debtors' Corporate Entities; and (III) Granting Related Relief* [Docket No. ____] (the "**Dismissal Motion**").[2]  The undersigned further certifies that on _____, 2015, the Court entered an order granting the Dismissal Motion [Docket No. ____] (the "**Dismissal Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142).  The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802.  The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

[2] Terms not otherwise defined herein shall be given the meanings ascribed to them in the Dismissal Motion.

01:17697662.6

The undersigned further certifies that all quarterly fees owing to the U.S. Trustee from the Concluded Debtors have been paid in full, and that all conditions to the dismissal of the Concluded Debtor Cases, as set forth in the Dismissal Order, have been satisfied.

Dated: _____, 2015
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Joseph M. Barry (No. 4221)
Donald J. Bowman, Jr. (No. 4383)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302.571.6600
Facsimile:   302.571.1253

*Attorneys for the Debtors and Debtors in Possession*