# **EXHIBIT C**

**Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
GRIDWAY ENERGY HOLDINGS, INC. *et al.*, : Case No. 14-10833 (CSS)
: 
Debtors.[1] : Jointly Administered
: 
------------------------------------------------------------x

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISMISSAL OF CERTAIN OF THE DEBTORS' CHAPTER 11 CASES; (II) AUTHORIZING THE DISSOLUTION OF CERTAIN OF THE DEBTORS' CORPORATE ENTITIES; (III) MODIFYING THE CAPTION OF THE REMAINING CHAPTER 11 CASES; AND (IV) GRANTING RELATED RELIEF**

   **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the *Debtors' Motion for Entry of an Order (I) Approving the Dismissal of Certain of the Debtors' Chapter 11 Cases; (II) Authorizing the Dissolution of Certain of the Debtors' Corporate Entities; and (III) Granting Related Relief* (the "**Motion**"). Copies of the Motion are available for free online at http://omnimgt.com/sblite/gridwayenergy/.

   **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed on or before **October 13, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' undersigned counsel so as to be received on or before the Objection Deadline.

   **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **OCTOBER 19, 2015, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a/ Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of Glacial Energy VI, LLC is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802. The location of the headquarters for the remaining Debtors is 24 Massachusetts Route 6A, Sandwich, MA 02563.

2

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| Dated: September 28, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/*  _____<br>Joseph M. Barry (No. 4221)<br>Donald J. Bowman, Jr. (No. 4383)<br>Travis G. Buchanan (No. 5595)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302.571.6600<br>Facsimile: 302.571.1253<br><br>*Attorneys for the Debtors and Debtors in Possession* |