## Exhibit 1

### Concluded Debtor Cases

| | | |
|---|---|---|
| Glacial Energy of New York | Case No.: | 14-10836 |
| Glacial Energy of New England, Inc. | Case No.: | 14-10837 |
| Glacial Energy of Pennsylvania, Inc. | Case No.: | 14-10843 |
| Glacial Energy of Texas | Case No.: | 14-10845 |
| Glacial Energy of Ohio, Inc. | Case No.: | 14-10847 |
| Negawatt Business Solutions | Case No.: | 14-10851 |
| Ziphany, L.L.C. | Case No.: | 14-10852 |
| Glacial Energy VI, LLC | Case No.: | 14-10853 |

01:17697662.7