# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* :
: Chapter 11
GRIDWAY ENERGY HOLDINGS, *et al.*, :
: Case No. 14-10833 (CSS)
Debtors.[1] :
: Jointly Administered
:
: **Re: Docket No. 1105**
---------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1105

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Debtors' Motion for an Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006 and 9027 Further Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings** [Docket No. 1105] (the "**Motion**") filed on October 2, 2015.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on October 16, 2015.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gridway Energy Holdings, Inc. (5072); Glacial Energy Holdings (3292); Glacial Energy, Inc. (1189); Glacial Energy of New York (0776); Glacial Energy of New England, Inc. (1724); Glacial Energy of Maryland, Inc. (7173); Glacial Energy of California, Inc. (1795 ); Glacial Energy of Illinois, Inc. (1796); Glacial Energy of New Jersey, Inc. (8671); Glacial Energy of Pennsylvania, Inc. (9762); Glacial Energy of Texas (1517); Glacial Energy of Washington DC, Inc. (5548); Glacial Energy of Ohio, Inc. (0103); Glacial Energy of Michigan, Inc. (7110); Glacial Natural Gas, Inc. (0165); Negawatt Business Solutions (6299); Negawatt Business Solutions, Inc. (f/k/a Gridway Energy Partners, Inc.) (7086); Ziphany, L.L.C. (7934); and Glacial Energy VI, LLC (1142). The location of the headquarters of the Debtors is 5326 Yacht Haven Grande, Box 36, St. Thomas, VI 00802.

01:17864983.1

| | |
|---|---|
| Dated: October 20, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Donald J. Bowman, Jr.*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Donald J. Bowman, Jr. (No. 4383)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302.571.6600<br>Facsimile:   302.571.1253<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |